IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 25-30155 |
| | § | |
| ALLIANCE FARM AND RANCH, LLC | § | |
| | § | |
| | § | (CHAPTER 7) |
| DEBTOR. | § | |

**MOTION FOR SUBSTITUTION OF COUNSEL**

This Motion for Substitution of Counsel is brought by Alliance Farm and Ranch, LLC (the "Debtor").  The Debtor requests that the Court grant permission to substitute in place of its current counsel, Thaison Danny Hua, Rejas Hua & Hoang, PLLC, 4909 Bissonnet St., Ste. 100, Houston, TX 77401, its new counsel: Timothy L. Wentworth of Okin Adams Bartlett Curry LLP, 1113 Vine Street, Suite 240, Houston, Texas 77002, Tel. 713.228.4100, facsimile 346.247.7158, email address: twentworth@okinadams.com.

The Debtor requests that this Court enter an order that Timothy L. Wentworth of Okin Adams Bartlett Curry LLP is hereby substituted as attorney of record for the Debtor and should receive all communications from the Court or other counsel relating to this case.  The Debtor approves of the requested substitution of counsel and further requests that Thaison Danny Hua of Rejas Hua & Hoang, PLLC be withdrawn as the attorney of record on behalf of the Debtor.  This substitution is not sought for delay.

The Debtor requests that this Court grant this Motion for Substitution of Counsel, and that Timothy L. Wentworth be added to all mailing lists and that all notices, pleadings and orders in this case be sent to him.

Respectfully submitted,

**OKIN ADAMS BARTLETT CURRY LLP**

By: _____/s/ *Timothy L. Wentworth*_____
    Timothy L. Wentworth
    Texas Bar No. 21179000
    twentworth@okinadams.com
    1113 Vine St., Suite 240
    Houston, Texas 77002
    Tel: 713.228.4100
    Fax: 346.247.7158

and

**REJAS HUA & HOANG, PLLC**

By: _____/s/ *Thaison Danny Hua*_____
    Thaison Danny Hua
    Texas Bar No. 24097852
    thaison@rhhlawgroup.com
    4909 Bissonnet St., Ste. 100
    Houston, TX 77401
    713.300.5075 Phone

**ATTORNEYS FOR ALLIANCE FARM AND RANCH, LLC**

## CERTIFICATE OF SERVICE

This is to certify that on March 14, 2025, a true and correct copy of the foregoing document was served via email and/or the court's electronic filing system upon:

Janet S. Casciato-Northrup, Trustee
1201 Louisiana, Ste. 2800
Houston, TX 77002

US Trustee
515 Rusk
Suite 3516
Houston, TX 77002

/s/ *Timothy L. Wentworth*
Timothy L. Wentworth