IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 25-30155 |
| | § | |
| ALLIANCE FARM AND RANCH, LLC | § | |
| | § | |
| | § | (CHAPTER 7) |
| DEBTOR. | § | |

## ORDER GRANTING MOTION FOR SUBSTITUTION OF COUNSEL

On this day, the Court considered Alliance Farm and Ranch, LLC's Motion for Substitution of Counsel and is of the opinion that the Motion should be GRANTED. It is, therefore,

ORDERED that Timothy L. Wentworth of Okin Adams Bartlett Curry LLP be substituted as counsel of record for Alliance Farm and Ranch, LLC in place of Thaison Danny Hua of Rejas Hua & Hoang, PLLC, as follows:

> Timothy L. Wentworth
> Texas Bar No. 21179000
> twentworth@okinadams.com
> 1113 Vine St., Suite 240
> Houston, Texas 77002
> Tel: 713.228.4100
> Fax: 346.247.7158

IT IS FURTHER ORDERED that all parties correct their records to reflect the substitution of counsel and that all future notices, correspondence, and pleadings be directed to Timothy L. Wentworth, as outlined above.

DATED: _____, 2025.

_____
UNITED STATES BANKRUPTCY JUDGE