IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| IN RE: | § | |
| | § | Bankruptcy Case No. 25-30155 |
| ALLIANCE FARM AND RANCH, LLC | § | |

### CREDITOR DUSTIN ETTER'S REPLY TO DEBTOR'S OBJECTION TO CREDITOR'S MOTION TO DISMISS

Creditor Dustin Etter files this Reply to Debtor's Objection to Creditor's Motion to Dismiss.

1. Creditor's Motion contained a certificate of service and was e-served on Debtor's counsel through the Court's ECF/CM system. There is no dispute that Debtor's counsel actually received the Motion. Debtor obviously has the Motion because Debtor responded to it.

2. It is not true that Creditor has no interest in this case. Creditor has claims against the Debtor for money and for property, both directly and derivatively, as outlined in Creditor's Motion to Dismiss and its attachments.

3. Debtor does not dispute that Debtor has not been diligent in the prosecution of this case. Absent material action and effort on behalf of Debtor to diligently prosecute this case, it should not be allowed to simply linger on.

### PRAYER

4. It is therefore requested and prayed that the Court dismiss this case and grant Etter such other and further relief to which he may be justly entitled.

Respectfully submitted,

IRELAN MCDANIEL, PLLC

By:/s/ Noah Meek
Noah E. W. Meek
State Bar No. 24084554
Email: nmeek@imtexaslaw.com
2520 Caroline St., 2nd Floor
Houston, Texas 77004
Phone: (713) 222-7666
Fax:(713) 222-7669

**ATTORNEYS FOR CREDITOR
DUSTIN ETTER**

## CERTIFICATE OF SERVICE

This is to certify that on March 14, 2025, a true and correct copy of this instrument was served upon all parties **VIA the Court's CM/ECF System** in compliance with the Federal Rules of Civil Procedure.

| | |
|---|---|
| Timothy L. Wentworth<br>1113 Vine St., Suite 240<br>Houston, Texas 77002<br>VIA Email: twentworth@okinadams.com | Len E. Walker<br>The Weaver Law Firm<br>1800 Bering Dr., Suite 1050<br>Houston, Texas 77057 |
| United States Trustee<br>515 Rusk St., Suite 3516<br>Houston, Texas 77002 | Thaison Danny Hua<br>Rejas Hua & Hoang, PLLC<br>4909 Bissonnet St., Suite 100<br>Houston, TX 77401<br>VIA Email: thaison@rhhlawgroup.com |

/s/ Noah Meek
Noah Meek