IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| IN RE: § | |
| § | Bankruptcy Case No. 25-30155 |
| ALLIANCE FARM AND RANCH, LLC § | |

### NOTICE OF HEARING

Please TAKE NOTICE that Creditor's Motion to Dismiss (Doc. 7) is scheduled for a hearing in Courtroom 400 at: **2:00 PM on Wednesday, April 9, 2025**.

Respectfully submitted,

IRELAN MCDANIEL, PLLC

By: /s/ Noah Meek
    Noah E. W. Meek
    State Bar No. 24084554
    Email: nmeek@imtexaslaw.com
    2520 Caroline St., 2nd Floor
    Houston, Texas 77004
    Phone:  (713) 222-7666
    Fax:    (713) 222-7669

**ATTORNEYS FOR CREDITOR
DUSTIN ETTER**

## **CERTIFICATE OF SERVICE**

This is to certify that on March 17, 2025, a true and correct copy of this instrument was served upon all parties **VIA the Court's CM/ECF System and VIA US Mail** in compliance with the Federal Rules of Bankruptcy Procedure.

Timothy L. Wentworth
Okin Adams Bartlett Curry, LLP
1113 Vine St., Suite 240
Houston, Texas 77002
VIA Email: twentworth@okinadams.com

Len E. Walker
The Weaver Law Firm
1800 Bering Dr., Suite 1050
Houston, Texas 77057
VIA Email: lwalker@weaverlawyers.com

United States Trustee
515 Rusk St., Suite 3516
Houston, Texas 77002
VIA Email:
USTPRegion07.HU.ECF@USDOJ.GOV

Janet Northrup
Hughes Watters Askanase, LLP
1201 Louisiana St., 28th Floor
Houston, Texas 77002
Email: jnorthrup@hwa.com

Thaison Danny Hua
Rejas Hua & Hoang, PLLC
4909 Bissonnet St., Suite 100
Houston, TX 77401
VIA Email: thaison@rhhlawgroup.com

   /s/ Noah Meek_____
Noah Meek