IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 25-30155 |
| | § | |
| ALLIANCE FARM AND RANCH, LLC | § | |
| | § | |
| DEBTOR. | § | Chapter 7 |

## NOTICE OF HEARING ON
## DEBTOR'S MOTION TO CONVERT TO CHAPTER 11
(Relates to ECF # 13)

**PLEASE TAKE NOTICE** that the Court has set a hearing to consider *Debtor's Motion to Convert to Chapter 11* [Docket No. 13] (the "Motion") will be held on **March 19, 2025, at 11:00 a.m. (Prevailing Central Time)** at the United States Bankruptcy Court at 515 Rusk Street, in Courtroom 400, 4th Floor, Houston, TX 77002 before the Honorable Alfredo R. Perez, United States Bankruptcy Judge, for the Southern District of Texas, Houston Division.

Respectfully submitted this 17th day of March 2025.

                                          **OKIN ADAMS BARTLETT CURRY LLP**

                                          By:   /s/ *Timothy L. Wentworth*
                                                Timothy L. Wentworth
                                                Texas Bar No. 21179000
                                                Email: twentworth@okinadams.com
                                                1113 Vine St., Suite 240
                                                Houston, Texas 77002
                                                Tel: (713) 228-4100
                                                Fax: (346) 247-7158

                                          **PROPOSED COUNSEL FOR ALLIANCE**
                                          **FARM AND RANCH, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on March 17, 2025, a true and correct copy of the foregoing Notice of Hearing was served via the Court's CM/ECF system and by U.S. First Class Mail to all parties

listed below:

| **VIA First Class Mail:** | **VIA First Class Mail and** |
| | **VIA Electronic mail:** lwalker@weaverlawyers.com |

Dustin Etter
c/o Noah E. W. Meek
Irelan McDaniel, PLLC
2520 Caroline St., 2ndFloor
Houston, Texas 77004

Len E. Walker
The Weaver Law Firm
1800 Bering Dr., Suite 1050
Houston, TX 77057

Erik and Darla Ostrander
20105 Krahn Rd.
Spring, TX 77388

United States Trustee
515 Rusk St., Suite 3516
Houston, TX 77002-2604

Janet S. Northrup, Trustee
1201 Louisiana, Ste. 2800
Houston, TX 77002


By:   /s/ *Timothy L. Wentworth*
   Timothy L. Wenworth