IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 25-30155 |
| | § | |
| ALLIANCE FARM AND RANCH, LLC | § | |
| | § | |
| | § | (CHAPTER 7) |
| DEBTOR. | § | |

**DEBTOR'S WITNESS AND EXHIBIT LIST**

| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF TEXAS<br>HOUSTON DIVISION ||
|---|---|
| Case No: 25-30155 | Name of Debtor:<br>**Alliance Farm and Ranch, LLC** |
| Witnesses:<br>　1. Jerod Furr<br>　2. Deborah Crain | Judge: Alfredo Perez |
| | Hearing Date:  March 19, 2025 |
| | Hearing Time:  11:00 a.m. |
| | Party Names:<br>Alliance Farm and Ranch, LLC |
| | Attorney's Name:  Timothy L. Wentworth |
| | Attorney's Phone: (713) 228-4100 |
| | |

**Nature of Proceedings:**

Hearing on *Debtor's Emergency Motion to Convert to Chapter 11* (Docket No. 13).

| Ex.# | Description | Offered | Objection | Admitted/<br>Not<br>Admitted | Disposition |
|---|---|---|---|---|---|
| 1 | Alliance Farm and Ranch v. Ostrander Petition | X | | | |
| 2 | Substitute Trustee's Deed | X | | | |
| | | | | | |

Respectfully submitted this 18th day of March, 2025.

                                                By*:*   */s/ Timothy L. Wentworth*
                                                Timothy L. Wentworth
                                                Texas Bar No. 21179000
                                                OKIN ADAMS BARTLETT CURRY LLP
                                                twentworth@okinadams.com
                                                1113 Vine St., Suite 240
                                                Houston, Texas 77002
                                                Tel: 713.228.4100
                                                Fax: 346.247.7158
                                                **PROPOSED ATTORNEYS FOR ALLIANCE FARM AND RANCH, LLC**