IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| IN RE: § | |
| § | Bankruptcy Case No. 25-30155 |
| ALLIANCE FARM AND RANCH, LLC § | |

## NOTICE OF CONFLICTING SETTING

The undersigned counsel for Creditor Dustin Etter hereby gives the Court notice of a conflicting setting with the hearing in this Court currently scheduled for 11:00 AM on 3/19/2025. The undersigned counsel has a pre-existing temporary injunction hearing in Galveston, Texas at 10:30 AM on 3/19/2025 in Cause No. 24-CV-2169 in the 122nd District Court of Galveston County, Texas. The prior hearing was set on 3/7/2025.

It is requested that the Court reset the hearing to another date, preferably 3/24, 3/25, 3/26, or 3/28. There is no apparent immediate urgency or other reason why the hearing cannot be reset to early next week.

Respectfully submitted,

IRELAN MCDANIEL, PLLC

By: /s/ Noah Meek
_____
Noah E. W. Meek
State Bar No. 24084554
Email: nmeek@imtexaslaw.com
2520 Caroline St., 2nd Floor
Houston, Texas 77004
Phone: (713) 222-7666
Fax: (713) 222-7669

**ATTORNEYS FOR CREDITOR
DUSTIN ETTER**

## CERTIFICATE OF SERVICE

      This is to certify that on March 18, 2025, a true and correct copy of this instrument was served upon all parties **VIA the Court's CM/ECF System and VIA US Mail** in compliance with the Federal Rules of Bankruptcy Procedure.

Timothy L. Wentworth
Okin Adams Bartlett Curry, LLP
1113 Vine St., Suite 240
Houston, Texas 77002
VIA Email: twentworth@okinadams.com

Len E. Walker
The Weaver Law Firm
1800 Bering Dr., Suite 1050
Houston, Texas 77057
VIA Email: lwalker@weaverlawyers.com

United States Trustee
515 Rusk St., Suite 3516
Houston, Texas 77002
VIA Email:
USTPRegion07.HU.ECF@USDOJ.GOV

Janet Northrup
Hughes Watters Askanase, LLP
1201 Louisiana St., 28th Floor
Houston, Texas 77002
Email: jnorthrup@hwa.com

Thaison Danny Hua
Rejas Hua & Hoang, PLLC
4909 Bissonnet St., Suite 100
Houston, TX 77401
VIA Email: thaison@rhhlawgroup.com

    /s/ Noah Meek
    Noah Meek