IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| IN RE: | § | |
| | § | Bankruptcy Case No. 25-30155 |
| ALLIANCE FARM AND RANCH, LLC | § | |

### CREDITOR DUSTIN ETTER'S RESPONSE TO DEBTOR'S EMERGENCY MOTION TO CONVERT TO CHAPTER 11

Creditor and Interested Party Dustin Etter files this Response to <u>Debtor's Emergency Motion to Convert to Chapter 11</u> (Doc. 13). Mr. Etter is opposed to the Motion to Convert.

1. Mr. Etter, directly and derivatively on behalf of Alliance Energy Partners, LLC, is by far Debtor's largest creditor and perhaps Debtor's only creditor of any consequence. Therefore, in some ways, Mr. Etter arguably stands to benefit the most if the Honea Egypt property is taken (back) by Alliance Farm and Ranch, LLC because it would leave funds to satisfy Mr. Etter's claim against Alliance Farm and Ranch, LLC. However, Mr. Etter opposes conversion because: (a) there does not appear to be any viable way to get the Honea Egypt property back into Debtor's ownership, (b) Debtor has not prosecuted this case in good faith, and (c) Debtor essentially exists to serve as a tool to enable Debtor's owner Jerod Furr to misappropriate funds from Mr. Etter and Alliance Energy Partners, LLC of which Mr. Etter is a 50% owner, so it would be inequitable to convert this case to Chapter 11 and put Mr. Furr, rather than an independent trustee, in control of the business.

        Respectfully submitted,

IRELAN MCDANIEL, PLLC

By: **/s/ Noah Meek**
_____
    Noah E. W. Meek
    State Bar No. 24084554
    Email: nmeek@imtexaslaw.com
    2520 Caroline St., 2nd Floor
    Houston, Texas 77004
    Phone: (713) 222-7666
    Fax:    (713) 222-7669

**ATTORNEYS FOR CREDITOR DUSTIN ETTER**

## CERTIFICATE OF SERVICE

      This is to certify that on March 19, 2025, a true and correct copy of this instrument was served upon all parties **VIA the Court's CM/ECF System** in compliance with the Federal Rules of Bankruptcy Procedure.

Timothy L. Wentworth
Okin Adams Bartlett Curry, LLP
1113 Vine St., Suite 240
Houston, Texas 77002
VIA Email: twentworth@okinadams.com

Reagan H. "Tres" Gibbs, III
Cokinos Young
1221 Lamar St., 16th Floor
Houston, Texas 77010
VIA Email: tgibbs@cokinoslaw.com

United States Trustee
515 Rusk St., Suite 3516
Houston, Texas 77002
VIA Email:
USTPRegion07.HU.ECF@USDOJ.GOV

Janet Northrup
Hughes Watters Askanase, LLP
1201 Louisiana St., 28th Floor
Houston, Texas 77002
Email: jnorthrup@hwa.com

Thaison Danny Hua
Rejas Hua & Hoang, PLLC
4909 Bissonnet St., Suite 100
Houston, TX 77401
VIA Email: thaison@rhhlawgroup.com

    /s/ Noah Meek
_____
    Noah Meek