IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 25-30155 |
| | § | |
| ALLIANCE FARM AND RANCH, LLC | § | |
| | § | |
| | § | (CHAPTER 7) |
| DEBTOR. | § | |

## ORDER GRANTING DEBTOR'S MOTION
## TO CONVERT CASE TO CHAPTER 11

This matter having been presented to the Court upon the Motion of Alliance Farm and Ranch, LLC (the "Debtor"), seeking an Order under 11 U.S.C. § 706(a), converting this bankruptcy case to a case under chapter 11 of the Bankruptcy Code (the "Motion")[1] and the Court having considered the Motion and any objection thereto; and for good cause shown,

**IT IS HEREBY ORDERED** that:

1. The Motion is GRANTED.

2. The Debtor's chapter 7 bankruptcy case is hereby converted to one under chapter 11 of the Bankruptcy Code.

Signed: March 19, 2025

_____
Alfredo R Pérez
United States Bankruptcy Judge

---

[1] Capitalized terms not defined herein shall have the meanings ascribed to them in the Motion.