United States Bankruptcy Court
Southern District of Texas
**ENTERED**
March 19, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 25-30155 |
| | § | |
| ALLIANCE FARM AND RANCH, LLC | § | |
| | § | |
| | § | (CHAPTER 7) |
| DEBTOR. | § | |

## ORDER GRANTING DEBTOR'S MOTION
## TO CONVERT CASE TO CHAPTER 11

This matter having been presented to the Court upon the Motion of Alliance Farm and Ranch, LLC (the "Debtor"), seeking an Order under 11 U.S.C. § 706(a), converting this bankruptcy case to a case under chapter 11 of the Bankruptcy Code (the "Motion")[1] and the Court having considered the Motion and any objection thereto; and for good cause shown,

**IT IS HEREBY ORDERED** that:

1. The Motion is GRANTED.

2. The Debtor's chapter 7 bankruptcy case is hereby converted to one under chapter 11 of the Bankruptcy Code.

Signed: March 19, 2025

Alfredo R Pérez
United States Bankruptcy Judge

---

[1] Capitalized terms not defined herein shall have the meanings ascribed to them in the Motion.

United States Bankruptcy Court
Southern District of Texas

In re:  Case No. 25-30155-arp
ALLIANCE FARM AND RANCH, LLC  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0541-4      User: ADIuser      Page 1 of 2
Date Rcvd: Mar 19, 2025      Form ID: pdf002      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 21, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | ALLIANCE FARM AND RANCH, LLC, 5450 Honea Egypt Rd, Montgomery, TX 77316-2364 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Dustin Etter |
| intp | | Erik and Darla Ostrander |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 21, 2025      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 19, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Janet S Casciato-Northrup | jln@hwa.com  jsn@trustesolutions.net;jsnorthrup@hwa.com;dek@hwa.com |
| Noah E Meek | on behalf of Creditor Dustin Etter nmeek@imtexaslaw.com |
| Reagan H. Tres Gibbs, III | on behalf of Interested Party Erik and Darla Ostrander tgibbs@cokinoslaw.com  kwaller@cokinoslaw.com |
| Thaison Danny Hua | on behalf of Debtor ALLIANCE FARM AND RANCH  LLC thaison@rhhlawgroup.com |

District/off: 0541-4 | User: ADIuser | Page 2 of 2
Date Rcvd: Mar 19, 2025 | Form ID: pdf002 | Total Noticed: 1

Timothy L. Wentworth
  on behalf of Debtor ALLIANCE FARM AND RANCH  LLC twentworth@okinadams.com, sgonzales@okinadams.com;nhollon@okinadams.com

US Trustee
  USTPRegion07.HU.ECF@USDOJ.GOV

TOTAL: 6