Received and E-Filed for Record
1/7/2025 3:28 PM
Melisa Miller, District Clerk
Montgomery County, Texas
Deputy Clerk, Amy Lundy



CAUSE NO. 24-07-11639

| | | |
|---|---|---|
| DUSTIN ETTER, ALLIANCE ENERGY PARNERS, LLC, AE PARTNERS HOLDINGS, INC., AE PARTNERS HOLDINGS, LLC AEP ASSET HOLDINGS, LLC, AND INVICTIS DRILLING MOTORS, LLC | § § § § § § § § | 457th JUDICIAL DISTRICT COURT |
| v. | § | |
| JEROD P. FURR, CORINA FURR, ALLIANCE FARM & RANCH, LLC, AE PARTNERS HOLDINGS, LLC, AE PARTNERS HOLDINGS, INC., ALLIANCE ENERGY PARTNERS, LLC, AEP ASSET HOLDINGS, LLC, and INVICTIS DRILLING MOTORS, LLC | § § § § § § § | MONTGOMERY COUNTY, TEXAS |

**NOTICE OF BANKRUPTCY**

Please take notice that on January 7, 2025, Alliance Farm & Ranch, LLC filed for bankruptcy protection in the United States Bankruptcy Court for the Southern District Of Texas under Case Number 25-30155.

        Respectfully submitted,

        /s/ Alyssa M. Cuellar
        J. Randal Bays
        State Bar No. 01943900
        randy@baysfirm.com
        Alyssa M. Cuellar
        State Bar No. 24135656
        alyssa@baysfirm.com
        The Bays Firm
        1503 Hailey Street
        Conroe, Texas 77301
        Tel: (936) 760-7670
        Fax: (936) 760-7671
        ATTORNEYS FOR JEROD P. FURR, CORINA FURR. ALLIANCE FARM & RANCH, LLC, AE PARTNERS

HOLDINGS, INC., ALLIANCE ENERGY PARTNERS, LLC, AEP ASSET HOLDINGS, LLC, and INVICTIS DRILLING MOTORS, LLC

## **CERTIFICATE OF SERVICE**

This is to certify that the foregoing Notice of Bankruptcy was served on January 7, 2025 on the following counsel of record via e-service pursuant to Rules 21 and 21a of the Texas Rules of Civil Procedure:

Noah Meek
2700 Interstate 45 N, Suite 130
Spring, Texas 77386

                                                                           /s/ Alyssa M. Cuellar
                                                                           Alyssa M. Cuellar

United States Bankruptcy Court
Southern District of Texas

## Notice of Bankruptcy Case Filing



A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 7 of the United States Bankruptcy Code, entered on 01/07/2025 at 10:40 AM and filed on 01/07/2025.

**ALLIANCE FARM AND RANCH**
5450 Honea Egypt Rd
Montgomery, TX 77316
Tax ID / EIN: 81-1976323

The case was filed by the debtor's attorney:

**Thaison Danny Hua**
Rejas Hua & Hoang, PLLC
4909 Bissonnet St.
Ste. 100A
Houston, TX 77401
713-300-5075

The case was assigned case number 25-30155.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page http://www.txs.uscourts.gov/ or at the Clerk's Office, United States Bankruptcy Court, PO Box 61010, Houston, TX 77208.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

**Nathan Ochsner**
**Clerk, U.S. Bankruptcy Court**

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

J Bays
Bar No. 1943900
randy@baysfirm.com
Envelope ID: 95952413
Filing Code Description: Bankruptcy
Filing Description: Notice Of Bankruptcy
Status as of 1/8/2025 10:53 AM CST

Associated Case Party: Dustin Etter

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Nucharee Perez | | nperez@imtexaslaw.com | 1/7/2025 3:28:18 PM | SENT |
| Noah E.Meek | | nmeek@imtexaslaw.com | 1/7/2025 3:28:18 PM | SENT |
| Sarah Cartwright | | scartwright@imtexaslaw.com | 1/7/2025 3:28:18 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Alyssa Cuellar | | alyssa@baysfirm.com | 1/7/2025 3:28:18 PM | SENT |
| J RandalBays | | randy@baysfirm.com | 1/7/2025 3:28:18 PM | SENT |