IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 25-30155 |
| ALLIANCE FARM AND RANCH, LLC | § | |
| | § | |
| *Debtor.* | § | CHAPTER 11 |

**ORDER GRANTING EMERGENCY MOTION TO DISMISS PURSUANT TO § 1112(b)**

Came on for consideration the Emergency Motion to Dismiss filed by Erik Ostrander and Darla Ostrander pursuant to 11 U.S.C. § 1112(b) (the "Motion"). The Court, having jurisdiction to consider the Motion, finding that sufficient notice of the Motion was given, and having heard the evidence and arguments of counsel, finds that the Motion should be granted. Unless otherwise stated herein, all capitalized terms shall have the meanings assigned to them in the Motion. It is therefore:

ORDERED that the Motion is GRANTED in its entirety;

ORDERED that the above-captioned proceeding is dismissed pursuant to 11 U.S.C. § 1112(b) for cause; and it is further

ORDERED that this Court shall have jurisdiction over any and all disputes arising under this Order.

Signed: _____, 2025.

_____
THE HONORABLE ALFREDO R. PEREZ
UNITED STATES BANKRUPTCY JUDGE