IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| | § | CASE NO. 25-30155 |
| ALLIANCE FARM AND RANCH, LLC | § § | |
| *Debtor.* | § | CHAPTER 11 |

**NOTICE OF HEARING**
*[Relates to ECF No. 29]*

Please TAKE NOTICE that *The Ostranders' Emergency Motion to Dismiss* (ECF No. 29) is scheduled for a hearing on **Wednesday, April 9, 2025, at 2:00 PM** in Courtroom 400, located at 515 Rusk Street, Houston, Texas 77002.

Respectfully submitted,

**COKINOS | YOUNG**

By: */s/ Samuel T. Pendergast*
   Reagan H. "Tres" Gibbs, III
   State Bar No. 24083068
   tgibbs@cokinoslaw.com
   Samuel T. Pendergast
   State Bar No. 24133943
   1221 Lamar Street, 16th Floor
   Houston, Texas 77010-3039
   Tel.: (713) 535-5500
   Fax: (713) 535-5533

*Counsel for Erik and Darla Ostrander*

## CERTIFICATE OF SERVICE

      I hereby certify that on April 2, 2025, a true and correct copy of the foregoing document was served upon all parties via the Electronic Case Filing system for the United States Bankruptcy Code for the Southern District of Texas.

| | |
|---|---|
| Timothy L. Wentworth<br>Okin Adams Bartlett Curry, LLP<br>1113 Vine Street, Suite 240<br>Houston, Texas 77002<br>twentworth@okinadams.com | Thaison Danny Hua<br>Rejas Hua & Hoang, PLLC<br>4909 Bissonnet St., Suite 100<br>Houston, TX 77401<br>thaison@rhhlawgroup.com |
| Noah E. Meek<br>Irelan McDaniel, PLLC<br>2520 Caroline Street, 2nd Floor<br>Houston, Texas 77004<br>nmeek@imtexaslaw.com | United States Trustee<br>Office of the US Trustee<br>515 Rusk St., Suite 3516<br>Houston, Texas 77002<br>USTPRegion07.HU.ECF@USDOJ.GOV |

                                            */s/ Samuel T. Pendergast*
                                            Samuel T. Pendergast