# EXHIBIT 3

| A. Settlement Statement | U.S. Department of Housing and Urban Development | OMB No. 2502-0265 |
|---|---|---|

| B. Type of Loan | | | | | |
|---|---|---|---|---|---|
| 1. ☐ FHA   2. ☐ FmHA   3. ☐ Conv Unins  4. ☐ VA   5. ☐ Conv Ins.   6. ☒ Seller Finance  7. ☐ Cash Sale. | | 6. File Number  **2200122TW** | 7. Loan Number | 8. Mortgage Ins Case Number | |

C. Note:  This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

| D. Name & Address of Borrower | E. Name & Address of Seller | F. Name & Address of Lender |
|---|---|---|
| Alliance Farm and Ranch LLC  9823 Friesian Estates Drive  Spring, TX  77379 | Erik C. Ostrander and Darla Ostrander  5450 Honea Egypt Road  Montgomery, TX  77316 | Eric C. Ostrander and Darla R. Ostrander  5450 Honea Egypt Road  Montgomery, TX  77316 |

| G. Property Location | H. Settlement Agent Name |
|---|---|
| A0151 - Cartwright Matthew, Tract 1-A73 Acres, Montgomery County  5450 Honea Egypt Road  Montgomery, TX  77316  See Addendum | University Title Company  1021 University Drive East  College Station, TX  77840   Tax ID: 74-1753734  Underwritten By: National Investors |

| Place of Settlement | I. Settlement Date |
|---|---|
| University Title Company - The Woodlands  2001 Timberloch Place, Ste 500  The Woodlands, TX  77380 | 4/1/2022  Fund: 4/4/2022 |

| J. Summary of Borrower's Transaction | | K. Summary of Seller's Transaction | |
|---|---|---|---|
| **100. Gross Amount Due from Borrower** | | **400. Gross Amount Due to Seller** | |
| 101. Contract Sales Price | $4,800,636.00 | 401. Contract Sales Price | $4,800,636.00 |
| 102. Personal Property | | 402. Personal Property | |
| 103. Settlement Charges to borrower | $3,091.02 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| **Adjustments for items paid by seller in advance** | | **Adjustments for items paid by seller in advance** | |
| 106. HOA Assessment | | 406. HOA Assessment | |
| 107. City Property Taxes | | 407. City Property Taxes | |
| 108. 2022 Est. Property Tax ($30,386.33) | | 408. 2022 Est. Property Tax ($30,386.33) | |
| 109. MUD Taxes | | 409. MUD Taxes | |
| 110. Other Taxes | | 410. Other Taxes | |
| 111. School Property Taxes | | 411. School Property Taxes | |
| 112. | | 412. | |
| 113. | | 413. | |
| 114. | | 414. | |
| 115. | | 415. | |
| 116. | | 416. | |
| **120. Gross Amount Due From Borrower** | $4,803,727.02 | **420. Gross Amount Due to Seller** | $4,800,636.00 |
| **200. Amounts Paid By Or in Behalf Of Borrower** | | **500. Reductions in Amount Due to Seller** | |
| 201. Deposit or earnest money | $30,000.00 | 501. Excess Deposit | |
| 202. Principal amount of new loan(s) | $3,800,636.00 | 502. Settlement Charges to Seller (line 1400) | $362,141.76 |
| 203. Existing loan(s) taken subject to | | 503. Existing Loan(s) Taken Subject to | $3,800,636.00 |
| 204. Loan Amount 2nd Lien | | 504. Payoff of first mortgage loan      to | |
| 205. | | 505. Payoff of second mortgage loan   to | |
| 206. | | 506. | |
| 207. Option Fee | $5,000.00 | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| **Adjustments for items unpaid by seller** | | **Adjustments for items unpaid by seller** | |
| 210. HOA Assessment | | 510. HOA Assessment | |
| 211. City Property Taxes | | 511. City Property Taxes | |
| 212. 2022 Est. Property Tax ($30,386.33)   01/01/22 thru 04/01/22 | $7,575.77 | 512. 2022 Est. Property Tax ($30,386.33)   01/01/22 thru 04/01/22 | $7,575.77 |
| 213. MUD Taxes | | 513. MUD Taxes | |
| 214. Other Taxes | | 514. Other Taxes | |
| 215. School Property Taxes | | 515. School Property Taxes | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| **220. Total Paid By/For Borrower** | $3,843,211.77 | **520. Total Reduction Amount Due Seller** | $4,170,353.53 |
| **300. Cash At Settlement From/To Borrower** | | **600. Cash At Settlement To/From Seller** | |
| 301. Gross Amount due from borrower (line 120) | $4,803,727.02 | 601. Gross Amount due to seller (line 420) | $4,800,636.00 |
| 302. Less amounts paid by/for borrower (line 220) | $3,843,211.77 | 602. Less reductions in amt. due seller (line 520) | $4,170,353.53 |
| **303. Cash From Borrower** | $960,515.25 | **603. Cash To Seller** | $630,282.47 |

Section 5 of the Real Estate Settlement Procedures Act (RESPA) requires the following:  • HUD must develop a Special Information Booklet to help persons borrowing money to purchase of residential real estate to better understand the nature and costs of real estate settlement services;
• Each lender must provide the booklet to all applicants from whom it receives or for whom it prepares a written application to borrow money to finance the purchase of residential real estate;  • Lenders must prepare and distribute with the Booklet a Good Faith Estimate of the settlement costs that the borrower is likely to incur in connection with the settlement. These disclosures are mandatory.

Section 4(a) of RESPA mandates that HUD develop and prescribe this standard form to be used at the time of loan settlement to provide full disclosure of all charges imposed upon the borrower and seller.  These are third party disclosures that are designed to provide the borrower with pertinent information during the settlement process in order to be a better shopper.
The Public Reporting Burden for this collection of information is estimated to average one hour per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information.
This agency may not collect this information, and you are not required to complete this form, unless it displays a currently valid OMB control number.
The information requested does not lend itself to confidentiality.

| L. Settlement Charges | | | | Paid From Borrower's Funds at Settlement | Paid From Seller's Funds at Settlement |
|---|---|---|---|---|---|
| **700. Total Sales/Broker's Commission based on price** $4,800,636.00  @ % = $338,038.16 | | | | | |
| Division of Commission (line 700) as follows: | | | | | |
| 701. $184,019.08 | to | Re/Max Integrity | | | |
| 702. $154,019.08 | to | Connect Realty | | | |
| 703. Commission Paid at Settlement | | | | $0.00 | $338,038.16 |
| 704. Holly Rosser | to | | | | |
| 705. Jeana Hurley | to | | | | |
| **800. Items Payable in Connection with Loan** | | | | | |
| 801. Loan Origination Fee % | to | | | | |
| 802. Loan Discount % | to | | | | |
| 803. Appraisal Fee | to | | | | |
| 804. Credit Report | to | | | | |
| 805. Lender's Inspection Fee | to | | | | |
| 806. Mortgage Insurance Application | to | | | | |
| 807. Assumption Fee | to | | | | |
| **900. Items Required by Lender To Be Paid in Advance** | | | | | |
| 901. Interest from 4/4/2022 to 5/1/2022 @ $0/day | | | | | |
| 902. Mortgage Insurance Premium for months | to | | | | |
| 903. Hazard Insurance Premium for years | to | | | | |
| **1000. Reserves Deposited With Lender** | | | | | |
| 1001. Hazard insurance | months @ | per month | | | |
| 1002. Mortgage insurance | months @ | per month | | | |
| 1003. HOA Assessment | months @ | per month | | | |
| 1004. City Property Taxes | months @ | per month | | | |
| 1005. 2022 Est. Property Tax ($30,386.33) | months @ | per month | | | |
| 1006. MUD Taxes | months @ | per month | | | |
| 1007. Other Taxes | months @ | per month | | | |
| 1008. School Property Taxes | months @ | per month | | | |
| 1011. Aggregate Adjustment | | | | | |
| **1100. Title Charges** | | | | | |
| 1101. Settlement or closing fee | to | | | | |
| 1102. Abstract or title search | to | | | | |
| 1103. Title examination | to | | | | |
| 1104. Title insurance binder | to | | | | |
| 1105. Document preparation | to | Beard & Lane, P.C. | | | $300.00 |
| 1106. Notary fees | to | | | | |
| 1107. Attorney's fees | to | | | | |
| (includes above items numbers: ) | | | | | |
| 1108. Title insurance | to | University Title Company | | $100.00 | $22,032.00 |
| (includes above items numbers: ) | | | | | |
| 1109. Lender's coverage | $3,800,636.00/$100.00 | | | | |
| 1110. Owner's coverage | $4,800,636.00/$23,133.60 | | | | |
| 1111. Escrow fee | to | University Title Company | | $450.00 | $450.00 |
| 1112. State of Texas Policy Guaranty Fee. | to | UTC fbo State of Texas | | $2.00 | $2.00 |
| 1113. T1R Survey Amendment | to | University Title Company | | | $1,101.60 |
| **1200. Government Recording and Transfer Charges** | | | | | |
| 1201. Recording Fees Deed $23.00 ; Mortgage $53.00 ; Rel | to | University Title Company | | $76.00 | |
| 1202. City/county tax/stamps Deed ; Mortgage | to | | | | |
| 1203. State tax/stamps Deed ; Mortgage | to | | | | |
| 1204. Tax certificates | to | RealTaxCONNECT, LLC | | | $75.00 |
| 1205. Courier/Messenger Fee | to | University Title Company | | $18.00 | $18.00 |
| 1206. eRecord Fee | to | University Title Company | | $8.52 | |
| **1300. Additional Settlement Charges** | | | | | |
| 1301. TDHCA - Statement of Ownership & Locatio | to | TDHCA Manufactured Housing Division | | $55.00 | |
| 1302. Mobile Notary Fee | to | Superior Notary Services | | | $125.00 |
| 1303. Survey | to | Precision Surveyors/Accounts Receivale Department | | $2,381.50 | |
| **1400. Total Settlement Charges (enter on lines 103, Section J and 502, Section K)** | | | | $3,091.02 | $362,141.76 |

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a completed copy of pages 1, 2 and 3 of this HUD-1 Settlement Statement.

| Addendum to HUD Settlement Statement |
|---|
| Section G – Additional Tracts of Land |

A0151 CARTWRIGHT MATTHEW, TRACT 1-A (SPLIT FOR AG), ACRES 1.000
5450 Honea Egypt Road
Montgomery, TX

A0151 - Cartwright Matthew, TRACT 1-A, (A0018 1.490 AC), ACRES 50
5450 Honea Egypt Road
Montgomery, TX

A0151 - Cartwright Matthew, TRACT 1-A, (A0018 1.490 AC), ACRES 21.92
5450 Honea Egypt Road
Montgomery, TX

Escrow No. 2200122TW/DO1

## SELLER'S AND/OR PURCHASER'S/BORROWER'S STATEMENT

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the HUD-1 Settlement Statement.

The Seller's and Purchaser's/Borrower's signatures hereon acknowledge their approval and signify their understanding that tax and insurance prorations and reserves are based on figures for the preceding year or supplied by others or estimated for the current year, and in the event of any change for the current year, all necessary adjustments will be made between Purchaser/Borrower and Seller directly. Any deficit in delinquent taxes or mortgage payoffs will be promptly reimbursed to the Settlement Agent by the Seller.

I hereby authorize the Settlement Agent to make expenditures and disbursements as shown above and approve same for payment.

**Seller(s)**

_____      _____
Eric C. Ostrander                         Date

_____      _____
Darla Ostrander                           Date

**Purchaser(s)**

Alliance Farm and Ranch LLC

_____
By; Jerod Furr
As: Managing Member

The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused or will cause the funds to be disbursed in accordance with this statement.

Settlement Agent: _____      Date: 4/11/22

WARNING: It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine and imprisonment. For details, see: Title 18 U.S. Code Sections 1001 and 1010.

Escrow No. 2200122TW/DO1

## SELLER'S AND/OR PURCHASER'S/BORROWER'S STATEMENT

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the HUD-1 Settlement Statement.

The Seller's and Purchaser's/Borrower's signatures hereon acknowledge their approval and signify their understanding that tax and insurance prorations and reserves are based on figures for the preceding year or supplied by others or estimated for the current year, and in the event of any change for the current year, all necessary adjustments will be made between Purchaser/Borrower and Seller directly. Any deficit in delinquent taxes or mortgage payoffs will be promptly reimbursed to the Settlement Agent by the Seller.

I hereby authorize the Settlement Agent to make expenditures and disbursements as shown above and approve same for payment.

**Seller(s)**

_____    4-1-2022
Eric C. Ostrander               Date

_____    4-1-2022
Darla Ostrander                 Date

**Purchaser(s)**

Alliance Farm and Ranch LLC

_____
By: Jerod Furr
As: Managing Member

The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused or will cause the funds to be disbursed in accordance with this statement.

Settlement Agent: _____    Date: 4/1/22

WARNING: It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine and imprisonment. For details, see: Title 18 U.S. Code Sections 1001 and 1010.

## ACCEPTANCE OF FINANCING DOCUMENTS

GF# 2200122TW

**Date:** April 1, 2022

**Lender/Payee:** ERIC C. OSTRANDER and DARLA OSTRANDER

**Borrower:** ALLIANCE FARM AND RANCH LLC

**Property:** ALL THAT CERTAIN 72.9553 ACRE TRACT OF LAND SITUATED IN THE MATTHEW CARTWRIGHT SURVEY, ABSTRACT NO. 151 AND THE ARCHIBALD HODGE SURVEY, ABSTRACT NO. 18, MONTGOMERY COUNTY, TEXAS, BEING OUT OF AND A PART OF THAT CERTAIN CALL 363.560 ACRE TRACT DESCRIBED IN DEED FILED FOR RECORD IN VOLUME 720, PAGE 857 OF THE DEED RECORDS OF MONTGOMERY COUNTY, TEXAS; SAID 72.9553 ACRE TRACT BEING THE SAME PROPERTY DESCRIBED IN WARRANTY DEED FILED FOR RECORD UNDER MONTGOMERY COUNTY CLERK'S FILE (MCCF) NO. 2004-038793 AND BEING MORE PARTICULARLY DESCRIBED BY METES AND BOUNDS IN **EXHIBIT "A"** ATTACHED HERETO AND MADE A PART HEREOF

**Title Company:** University Title Company
2001 Timberloch Place, Suite 500
The Woodlands, Texas 77380

**Attorneys:** Beard & Lane, P.C.
10611 Grant Road
Houston, Texas 77070

**Loan:** Note in the original principal sum of $3,800,636.00, executed by Borrower, payable to Lender, secured by a deed of trust lien in the Property.

We acknowledge that i) we have requested University Title Company to have an attorney prepare certain finance documents pertaining to the above-referenced transaction; ii) an attorney at Beard & Lane, P.C. has prepared said documents; iii) we have reviewed said documents; and iv) we accept said documents and agree to the terms therein.

*Mortgage Compliance*: The Law Firm has not handled any compliance or disclosures pursuant to state or federal mortgage laws and has not handled compliance with state or federal mortgage license requirements. It is the responsibility of Lender to comply with these laws. The Lender and Borrower release the Law Firm from any liability related to mortgage compliance. The Lender and Borrower are advised to consult with a licensed Residential Mortgage Loan Originator to discuss the financing terms and mortgage compliance. The Borrower represents that he/she has examined his budget/income/expenses/debt to income ratio and that he/she has the ability to repay this loan.

X ERIC C. OSTRANDER
ERIK LO
ALLIANCE FARM AND RANCH LLC

X DARLA OSTRANDER

By:_____
(name)
(title)

**PREPARED IN THE OFFICE OF:**
Law Office of Beard & Lane, P.C.
10611 Grant Road
Houston, Texas 77070
Telephone: (281) 897-8848
Email: brent@beardlane.com



STATE OF TEXAS    §
                  §
                  §
                  §
COUNTY OF MONTGOMERY  §

A TRACT OR PARCEL OF LAND CONTAINING 72.9553 ACRES, (3,177,934 SQUARE FEET), SITUATED IN THE MATTHEW CARTWRIGHT SURVEY, ABSTRACT NUMBER 151, AND THE ARCHIBALD HODGE SURVEY, ABSTRACT NO. 18, MONTGOMERY COUNTY, TEXAS, SAID 72.9553 ACRE TRACT OF LAND BEING THAT CERTAIN CALLED 72.9553 ACRE TRACT OF LAND AS CONVEYED TO ERIC C. OSTRANDER AND WIFE, DARLA OSTRANDER BY INSTRUMENT RECORDED IN DOCUMENT NO. 2009-064117 OF THE OFFICIAL PUBLIC RECORDS OF MONTGOMERY COUNTY, TEXAS, AND BEING MORE PARTICULARLY DESCRIBED BY METES AND BOUNDS AS FOLLOWS: (BEARING BASIS: DOCUMENT NO. 2009-064117 OF THE OFFICIAL PUBLIC RECORDS OF MONTGOMERY COUNTY, TEXAS).

BEGINNING at a 5/8" iron rod found on the north line of that certain called 67.452 acre tract of land as conveyed to Montgomery Trace Property Owners Association by instrument recorded in Document No. 2010-007229 of the Official Public Records of Montgomery County, Texas, for a corner of Woodforest, Section 29, a subdivision in Montgomery County, Texas, according to the map or plat thereof recorded in Cabinet Z, Sheet 2438, of the Map Records of Montgomery County, Texas, same being the southeast corner and the POINT OF BEGINNING of the herein described tract;

Thence, N 89°45'07" W, along the north line of said 67.452 Acre Tract, a distance of 1,348.18 feet to a capped, (Precision Surveyors), iron rod set for the northwest corner of said 67.452 Acre Tract, same being the northeast corner of Lot 30, Block 1, Montgomery Trace, Section 4, a subdivision in Montgomery County, Texas, according to the map or plat thereof recorded in Cabinet J, Sheet 131, of the Map Records of Montgomery County, Texas, same being a corner of the herein described tract;

Thence, N 89°49'39" W, along the north line of said Montgomery Trace, Section 4, pass at a distance of 2438.43 feet an iron rod found for reference at the northwest corner of Lot 1, Block 1, of said Montgomery Trace, Section 4, pass at a distance of 2448.64 feet the east line of Honea Egypt Road, a 60 foot wide road easement, and continuing for a total distance of 2478.64 feet to a point on the centerline of Honea Egypt Road for the southwest corner of the herein described tract;

Thence, N 03°40'36" W, along the centerline of Honea Egypt Road, a distance of 119.01 feet to a P. K. Nail set for an angle point in the centerline of Honea Egypt Road, same being a corner of the herein described tract;

Thence, N 05°23'38" W, along the centerline of Honea Egypt Road, a distance of 470.21 feet to the point of curvature of a curve to the left;

Thence, Northwesterly, along the centerline of Honea Egypt Road, with the arc of said curve to the left, having an included angle of 21°27'01", a radius of 231.06 feet, a chord that bears, N 16°07'08" W, a chord distance of 86.00 feet, for an arc length of 86.50 feet to a point for the southwest corner of that certain called 10.0 acre tract of land as conveyed to The Cathedral of Our Lady of Walsingham by instrument recorded in Document No. 2019-065917 of the Official Public Records of Montgomery County, Texas, same being the northwest corner of the herein described tract;

Thence, N 85°42'15" E, in part along the common line of said 10.0 Acre Tract, the common line of that certain called 13.3145 acre tract of land as conveyed to The Cathedral of Our Lady of Walsingham by instrument recorded in Document No. 2019-065917 of the Official Public Records of Montgomery County, Texas and the common line of that certain called 16.018 acre tract of land as conveyed to Justin Hasara and Ector Barrera by instrument recorded in Document No. 2013036026 of the Official Public Records of Montgomery County, Texas, pass at a distance of 32.17 feet an iron rod found for reference on the east line of said Honea Egypt Road, and continuing for a total distance of 3,915.91 feet to a ½" iron rod found on the west line of the aforementioned Woodforest, Section 29, for the southeast corner of said 16.018 Acre Tract, same being the northeast corner of the herein described tract;

Thence, S 00°08'28" E, along the west line of said Woodforest, Section 29, a distance of 976.15 feet to the POINT OF BEGINNING and containing 72.9553 acres or 3,177,934 square feet of land, more or less.



James E. Moseley
Registered Professional Land Surveyor,
No. 5912
Job No. 22-00902
March 1, 2022

See Drawing Attached



STATE OF TEXAS         §
                       §
                       §
                       §
COUNTY OF MONTGOMERY   §

A TRACT OR PARCEL OF LAND CONTAINING 72.9553 ACRES, (3,177,934 SQUARE FEET), SITUATED IN THE MATTHEW CARTWRIGHT SURVEY, ABSTRACT NUMBER 151, AND THE ARCHIBALD HODGE SURVEY, ABSTRACT NO. 18, MONTGOMERY COUNTY, TEXAS, SAID 72.9553 ACRE TRACT OF LAND BEING THAT CERTAIN CALLED 72.9553 ACRE TRACT OF LAND AS CONVEYED TO ERIC C. OSTRANDER AND WIFE, DARLA OSTRANDER BY INSTRUMENT RECORDED IN DOCUMENT NO. 2009-064117 OF THE OFFICIAL PUBLIC RECORDS OF MONTGOMERY COUNTY, TEXAS, AND BEING MORE PARTICULARLY DESCRIBED BY METES AND BOUNDS AS FOLLOWS: (BEARING BASIS: DOCUMENT NO. 2009-064117 OF THE OFFICIAL PUBLIC RECORDS OF MONTGOMERY COUNTY, TEXAS).

BEGINNING at a 5/8" iron rod found on the north line of that certain called 67.452 acre tract of land as conveyed to Montgomery Trace Property Owners Association by instrument recorded in Document No. 2010-007229 of the Official Public Records of Montgomery County, Texas, for a corner of Woodforest, Section 29, a subdivision in Montgomery County, Texas, according to the map or plat thereof recorded in Cabinet Z, Sheet 2438, of the Map Records of Montgomery County, Texas, same being the southeast corner and the POINT OF BEGINNING of the herein described tract;

Thence, N 89°45'07" W, along the north line of said 67.452 Acre Tract, a distance of 1,348.18 feet to a capped, (Precision Surveyors), iron rod set for the northwest corner of said 67.452 Acre Tract, same being the northeast corner of Lot 30, Block 1, Montgomery Trace, Section 4, a subdivision in Montgomery County, Texas, according to the map or plat thereof recorded in Cabinet J, Sheet 131, of the Map Records of Montgomery County, Texas, same being a corner of the herein described tract;

Thence, N 89°49'39" W, along the north line of said Montgomery Trace, Section 4, pass at a distance of 2438.43 feet an iron rod found for reference at the northwest corner of Lot 1, Block 1, of said Montgomery Trace, Section 4, pass at a distance of 2448.64 feet the east line of Honea Egypt Road, a 60 foot wide road easement, and continuing for a total distance of 2478.64 feet to a point on the centerline of Honea Egypt Road for the southwest corner of the herein described tract;

Thence, N 03°40'36" W, along the centerline of Honea Egypt Road, a distance of 119.01 feet to a P. K. Nail set for an angle point in the centerline of Honea Egypt Road, same being a corner of the herein described tract;

Thence, N 05°23'38" W, along the centerline of Honea Egypt Road, a distance of 470.21 feet to the point of curvature of a curve to the left;

Thence, Northwesterly, along the centerline of Honea Egypt Road, with the arc of said curve to the left, having an included angle of 21°27'01", a radius of 231.06 feet, a chord that bears, N 16°07'08" W, a chord distance of 86.00 feet, for an arc length of 86.50 feet to a point for the southwest corner of that certain called 10.0 acre tract of land as conveyed to The Cathedral of Our Lady of Walsingham by instrument recorded in Document No. 2019-065917 of the Official Public Records of Montgomery County, Texas, same being the northwest corner of the herein described tract;

Thence, N 85°42'15" E, in part along the common line of said 10.0 Acre Tract, the common line of that certain called 13.3145 acre tract of land as conveyed to The Cathedral of Our Lady of Walsingham by instrument recorded in Document No. 2019-065917 of the Official Public Records of Montgomery County, Texas and the common line of that certain called 16.018 acre tract of land as conveyed to Justin Hasara and Ector Barrera by instrument recorded in Document No. 2013036026 of the Official Public Records of Montgomery County, Texas, pass at a distance of 32.17 feet an iron rod found for reference on the east line of said Honea Egypt Road, and continuing for a total distance of 3,915.91 feet to a ½" iron rod found on the west line of the aforementioned Woodforest, Section 29, for the southeast corner of said 16.018 Acre Tract, same being the northeast corner of the herein described tract;

Thence, S 00°08'28" E, along the west line of said Woodforest, Section 29, a distance of 976.15 feet to the POINT OF BEGINNING and containing 72.9553 acres or 3,177,934 square feet of land, more or less.



James E. Moseley
Registered Professional Land Surveyor,
No. 5912
Job No. 22-00902
March 1, 2022

See Drawing Attached



STATE OF TEXAS  §
§
§
§
COUNTY OF MONTGOMERY  §

A TRACT OR PARCEL OF LAND CONTAINING 72.9553 ACRES, (3,177,934 SQUARE FEET), SITUATED IN THE MATTHEW CARTWRIGHT SURVEY, ABSTRACT NUMBER 151, AND THE ARCHIBALD HODGE SURVEY, ABSTRACT NO. 18, MONTGOMERY COUNTY, TEXAS, SAID 72.9553 ACRE TRACT OF LAND BEING THAT CERTAIN CALLED 72.9553 ACRE TRACT OF LAND AS CONVEYED TO ERIC C. OSTRANDER AND WIFE, DARLA OSTRANDER BY INSTRUMENT RECORDED IN DOCUMENT NO. 2009-064117 OF THE OFFICIAL PUBLIC RECORDS OF MONTGOMERY COUNTY, TEXAS, AND BEING MORE PARTICULARLY DESCRIBED BY METES AND BOUNDS AS FOLLOWS: (BEARING BASIS: DOCUMENT NO. 2009-064117 OF THE OFFICIAL PUBLIC RECORDS OF MONTGOMERY COUNTY, TEXAS).

BEGINNING at a 5/8" iron rod found on the north line of that certain called 67.452 acre tract of land as conveyed to Montgomery Trace Property Owners Association by instrument recorded in Document No. 2010-007229 of the Official Public Records of Montgomery County, Texas, for a corner of Woodforest, Section 29, a subdivision in Montgomery County, Texas, according to the map or plat thereof recorded in Cabinet Z, Sheet 2438, of the Map Records of Montgomery County, Texas, same being the southeast corner and the POINT OF BEGINNING of the herein described tract;

Thence, N 89°45'07" W, along the north line of said 67.452 Acre Tract, a distance of 1,348.18 feet to a capped, (Precision Surveyors), iron rod set for the northwest corner of said 67.452 Acre Tract, same being the northeast corner of Lot 30, Block 1, Montgomery Trace, Section 4, a subdivision in Montgomery County, Texas, according to the map or plat thereof recorded in Cabinet J, Sheet 131, of the Map Records of Montgomery County, Texas, same being a corner of the herein described tract;

Thence, N 89°49'39" W, along the north line of said Montgomery Trace, Section 4, pass at a distance of 2438.43 feet an iron rod found for reference at the northwest corner of Lot 1, Block 1, of said Montgomery Trace, Section 4, pass at a distance of 2448.64 feet the east line of Honea Egypt Road, a 60 foot wide road easement, and continuing for a total distance of 2478.64 feet to a point on the centerline of Honea Egypt Road for the southwest corner of the herein described tract;

Thence, N 03°40'36" W, along the centerline of Honea Egypt Road, a distance of 119.01 feet to a P. K. Nail set for an angle point in the centerline of Honea Egypt Road, same being a corner of the herein described tract;

Thence, N 05°23'38" W, along the centerline of Honea Egypt Road, a distance of 470.21 feet to the point of curvature of a curve to the left;

Thence, Northwesterly, along the centerline of Honea Egypt Road, with the arc of said curve to the left, having an included angle of 21°27'01", a radius of 231.06 feet, a chord that bears, N 16°07'08" W, a chord distance of 86.00 feet, for an arc length of 86.50 feet to a point for the southwest corner of that certain called 10.0 acre tract of land as conveyed to The Cathedral of Our Lady of Walsingham by instrument recorded in Document No. 2019-065917 of the Official Public Records of Montgomery County, Texas, same being the northwest corner of the herein described tract;

Thence, N 85°42'15" E, in part along the common line of said 10.0 Acre Tract, the common line of that certain called 13.3145 acre tract of land as conveyed to The Cathedral of Our Lady of Walsingham by instrument recorded in Document No. 2019-065917 of the Official Public Records of Montgomery County, Texas and the common line of that certain called 16.018 acre tract of land as conveyed to Justin Hasara and Ector Barrera by instrument recorded in Document No. 2013036026 of the Official Public Records of Montgomery County, Texas, pass at a distance of 32.17 feet an iron rod found for reference on the east line of said Honea Egypt Road, and continuing for a total distance of 3,915.91 feet to a ½" iron rod found on the west line of the aforementioned Woodforest, Section 29, for the southeast corner of said 16.018 Acre Tract, same being the northeast corner of the herein described tract;

Thence, S 00°08'28" E, along the west line of said Woodforest, Section 29, a distance of 976.15 feet to the POINT OF BEGINNING and containing 72.9553 acres or 3,177,934 square feet of land, more or less.



James E. Moseley
Registered Professional Land Surveyor,
No. 5912
Job No. 22-00902
March 1, 2022

See Drawing Attached