# EXHIBIT 5

After recording, return to:

THE WEAVER LAW FIRM
1800 Bering Drive, Suite 1050
Houston, Texas 77057

| | |
|---|---|
| **STATE OF TEXAS** | § |
| | § |
| **COUNTY OF MONTGOMERY** | § |

## SUBSTITUTE TRUSTEE'S DEED

Date:   January 7, 2024

     WHEREAS, by that certain Deed of Trust dated April 1, 2022, and filed for record on April 6, 2022, as Instrument No. 2022043837, in Official Public Records of Montgomery County, Texas (hereinafter referred to as the "Deed of Trust"),

| | |
|---|---|
| Secured Obligations: | Promissory Note ("Note"), dated April 1, 2022, executed by Alliance Farm and Ranch LLC ("Borrower"), as maker, and payable to the order of Erik C. Ostrander and Darla Ostrander ("Beneficiary"), as lender, in the original principal amount of $3,800,636.00, and all extensions, renewals, replacements, and amendments thereof. |
| Deed of Trust: | Deed of Trust, dated April 1, 2022, executed by Borrower, as Grantor, to Brent A. Lane, as trustee, recorded April 6, 2022, as Instrument No. 2022043837 in the Official Public Records of Montgomery County, Texas. |
| Substitute Trustees: | Richard D. Weaver and/or Len E. Walker |
| Substitute Trustees' Address: | THE WEAVER LAW FIRM<br>1800 Bering Drive, Suite 1050<br>Houston, Texas 77057 |

**Foreclosure Sale:**

| | |
|---|---|
| Date: | Tuesday, January 7, 2025 |
| Time: | The sale of the Property (as defined in the Deed of Trust) (such sale is the "Foreclosure Sale") occurred at 10:15am. |
| Place: | Montgomery County Courthouse located at 301 N. Main St., Conroe, Texas 77301. |

| | |
|---|---|
| Terms of Sale: | The Foreclosure Sale was conducted as a public auction, and the real property, more particularly described in Exhibit "A", was sold to the highest bidder for cash, except that Beneficiary's bid was by credit against the indebtedness secured by the lien of the Deed of Trust. |
| Grantee: | Erik C. Ostrander and Darla Ostrander |
| Grantee's Address: | 103 Geneseo, San Antonio, Texas 78209 |
| Purchase Price: | $4,600,000.00 |

Default has occurred in the payment of the Note and in the performance of the obligations of the Deed of Trust. Because of that default, Beneficiary, the current owner and holder of the Note, conveyed to Trustee the Property for the purposes of securing and enforcing payment of, among other things, the Note.

As evidenced by the Affidavit of Posting, Filing, and Mailing Notice of Foreclosure Sale attached hereto and incorporated herein as Exhibit "B" (the "Foreclosure Affidavit"), herein at the request of Beneficiary, Substitute Trustee: (i) filed written notice ("Notice") of the earliest time, place and terms of the Foreclosure Sale with the County Clerk of Montgomery County, Texas and (ii) posted the Notice in the county in which the Property is situated. At the request of Beneficiary, Substitute Trustee or an agent or agents of the Substitute Trustee, served the Notice by certified mail, return receipt requested, on each debtor obligated to pay the Note according to the records of the Beneficiary and as required by law.

The Foreclosure Sale was held by Len E. Walker, as the Substitute Trustee, pursuant to the terms of the Deed of Trust and in accordance with the laws of the State of Texas on and at the Date, Time, and Place of Foreclosure Sale.

Grantee, being the highest bidder at the Foreclosure Sale, did purchase the Property for the Purchase Price.

Substitute Trustee, in consideration of the foregoing and of the payment to Substitute Trustee of the Purchase price, by the authority conferred on the Substitute Trustee by the Deed of Trust, GRANTS, SELLS and CONVEYS to Grantee, its legal representatives, successors, and assigns, the Property, together with, all and singular, the rights, privileges, and appurtenances thereto, subject subordinate, and inferior to all matters of record as of the date of recordation of the Deed of Trust (the "Permitted Exceptions").

TO HAVE AND TO HOLD the Property, together with the rights, privileges, and appurtenances thereto, subject, subordinate, and inferior to the Permitted Exceptions, to Grantee, its legal representatives, successors, and assigns to warrant and forever defend all and singular the Property to Grantee, its legal representatives, successors, and assigns, against every person whomsoever lawfully claim or to claim the same or any part thereof, subject to the Permitted Exceptions.

**Assert and protect your rights as a member of the armed forces of the United States. If you are or your spouse is serving on active military duty, including active military duty as a member of the Texas National Guard or the National Guard of another state or as a member of a reserve component of the armed forces of the United States, please send written notice of the active duty military service to the sender of this notice immediately.**

SUBSTITUTE TRUSTEE:

_____
Len E. Walker

**STATE OF TEXAS** §
§
**COUNTY OF MONTGOMERY** §

This instrument was acknowledged before me on this 7th day of January 2025, by Len E. Walker, as Substitute Trustee.

GUADALUPE PRICILLA LEON
Notary Public, State of Texas
Comm. Expires 08-14-2027
Notary ID 134506202

_____
Notary Public in and for the State of Texas

Attachments: Exhibits "A" & "B"

Substitute Trustee's Deed - Page 3

# Exhibit A

ALL THAT CERTAIN 72.9553 ACRE TRACT OF LAND SITUATED IN THE MATTHEW CARTWRIGHT SURVEY, ABSTRACT NO. 151 AND THE ARCHIBALD HODGE SURVEY, ABSTRACT NO. 18, MONTGOMERY COUNTY, TEXAS, BEING OUT OF AND A PART OF THAT CERTAIN CALL 363.560 ACRE TRACT DESCRIBED IN DEED FILED FOR RECORD IN VOLUME 720, PAGE 857 OF THE DEED RECORDS OF MONTGOMERY COUNTY, TEXAS; SAID 72.9553 ACRE TRACT BEING THE SAME PROPERTY DESCRIBED IN WARRANTY DEED FILED FOR RECORD UNDER MONTGOMERY COUNTY CLERK'S FILE (MCCF) NO. 2004-038793 AND BEING MORE PARTICULARLY DESCRIBED BY METES AND BOUNDS AS FOLLOWS:

BEGINNING AT AN IRON ROD FOUND IN THE SOUTH LINE OF SAID MATTHEW CARTWRIGHT SURVEY AND THE NORTH LINE OF THE THOMAS CURRY SURVEY, ABSTRACT NO. 1136, MONTGOMERY COUNTY, TEXAS, AT AN ANGLE POINT IN THE WOODFOREST PARTNERS, LP. TRACT (MCCF NO. 2006-103723) FOR THE SOUTHEAST CORNER OF THE HEREIN DESCRIBED TRACT;

THENCE NORTH 89°45'07" WEST ALONG A COMMON LINE WITH SAID WOODFOREST PARTNERS TRACT, A DISTANCE OF 1348.18 FEET TO A POINT AT THE NORTHWEST CORNER OF LOT 30, BLOCK 1, OF MONTGOMERY TRACE, SECTION 4, A SUBDIVISION IN MONTGOMERY COUNTY, TEXAS, ACCORDING TO THE MAP OR PLAT THEREOF RECORDED IN CABINET 3, SHEET 132 OF THE MAP RECORDS OF MONTGOMERY COUNTY, TEXAS;

THENCE NORTH 89°49'39" WEST ALONG THE NORTH LINE OF MONTGOMERY TRACE, SECTION 4, AT A DISTANCE OF 2448.64 FEET PASS AN IRON ROD FOUND AT THE NORTHWEST CORNER OF LOT 1, BLOCK 1, OF MONTGOMERY TRACE, SECTION 4, AND CONTINUE FOR A TOTAL DISTANCE OF 2478.64 FEET TO A P.K. NAIL SET IN THE CENTERLINE OF HONEA EGYPT ROAD (A 60-FOOT ROADWAY EASEMENT) AND IN THE EAST LINE OF SAID ARCHIBALD HODGE SURVEY AND THE WEST LINE OF SAID MATTHEW CARTWRIGHT SURVEY FOR THE SOUTHWEST CORNER OF THE HEREIN DESCRIBED TRACT;

THENCE NORTH 03°40'36" WEST ALONG THE CENTERLINE OF HONEA EGYPT ROAD, A DISTANCE OF 119.01 FEET TO A P.K. NAIL SET AT AN ANGLE POINT; THENCE NORTH 05°23'38" WEST CONTINUING ALONG THE CENTERLINE OF HONEA EGYPT ROAD, A DISTANCE OF 470.21 FEET TO A P.K. NAIL SET AT THE BEGINNING POINT OF A CURVE TO THE LEFT, HAVING A RADIUS OF 231.06 FEET;

THENCE IN A NORTHWESTERLY DIRECTION CONTINUING ALONG THE CENTERLINE OF HONEA EGYPT ROAD WITH SAID CURVE TO THE LEFT, HAVING A RADIUS OF 231.06 FEET, AN ARC LENGTH OF 86.50 FEET TO A P.K.

**NAIL SET AT THE SOUTHWEST CORNER OF THE DONALD ALLAN STEFAN AND LINDA C. STEFAN TRACT (MCCF NO. 2000-017069) FOR THE NORTHWEST CORNER OF THE HEREIN DESCRIBED TRACT;**

**THENCE NORTH 85°42'15" EAST ALONG THE SOUTH LINE OF SAID STEFAN TRACT, AT A DISTANCE OF 32.17 FEET PASS AN IRON ROD FOUND IN THE LINE OF HONEA EGYPT ROAD, AND CONTINUE FOR A TOTAL DISTANCE OF 3915.91 FEET TO AN IRON ROD FOUND IN A COMMON LINE WITH SAID WOODFOREST PARTNERS TRACT FOR THE NORTHEAST CORNER OF THE HEREIN DESCRIBED TRACT;**

**THENCE SOUTH 00°8'28" WEST ALONG SAID COMMON LINE WITH SAID WOODFOREST PARTNERS TRACT, A DISTANCE OF 976.15 FEET TO THE POINT OF BEGINNING AND CONTAINING 72.9553 ACRES OF LAND.**

**MORE COMMONLY KNOWN AS: 5450 HONEA EGYPT ROAD, MONTGOMERY, TEXAS 77316.**

# Exhibit B

### AFFIDAVIT OF POSTING, FILING, AND MAILING
### NOTICE OF FORECLOSURE SALE

| | |
|---|---|
| STATE OF TEXAS | § |
| | § |
| COUNTY OF MONTGOMERY | § |

**DATE:** December 6, 2024

**DEED OF TRUST:**

    **DATE:** April 1, 2022

    **GRANTOR:** Alliance Farm and Ranch LLC

    **TRUSTEE:** Brent A. Lane

    **BENEFICIARY:** Erik C. Ostrander and Darla Ostrander

    **RECORDING INFORMATION:** Recorded in Clerk's File No. 2022043837 in the Official Public Records of Montgomery County, Texas.

    **PROPERTY:** See Exhibit "A" attached hereto.

**SUBSTITUTE TRUSTEE(S):** Richard D. Weaver and/or Len E. Walker

**SUBSTITUTE TRUSTEE'S ADDRESS:** THE WEAVER LAW FIRM
1800 Bering Drive, Suite 1050
Houston, Texas 77057

**NOTICE OF FORECLOSURE SALE:** The Notice of Substitute Trustee's Sale was filed with the county clerk's office of Montgomery County, Texas, in compliance with SECTION 51.002 of the TEXAS PROPERTY CODE and the Deed of Trust. A true and correct copy of the Notice of Foreclosure Sale is attached hereto as Exhibit "B".

BEFORE ME, THE UNDERSIGNED AUTHORITY, on this day personally appeared Affiant, a person well known to me, who upon oath stated:

"I am over the age of 18 years. I have never been convicted of a felony or a crime of moral turpitude and have personal knowledge of the facts set forth herein. I have been duly appointed as a Substitute Trustee with respect to the matters set forth herein. I performed the following actions at the request of Grantor.

On December 6, 2024, I served or caused to be served a true and correct copy of the Notice of Foreclosure Sale on the following persons at the following addresses at approximately 5:00 p.m., by causing the Notice of Foreclosure Sale ("Notice"), a true and correct copy of which is attached hereto,

Page 1 of 4

to be deposited in a wrapper, postage pre-paid, certified mail, return receipt requested, in a post office or official depository under the care and custody of the U.S. Postal Service as follows:

| | |
|---|---|
| Alliance Farm & Ranch LLC<br>Attn: Jerod Furr, managing member<br>9823 Friesian Estate Dr.<br>Spring, Texas 77379 | <u>*Via CMRRR: 7022 3330 0001 2136 0762*</u><br><u>*& First Class U.S. Mail*</u> |

Furthermore, the Notice was posted at the following place, on the following date:

Date:               December 6, 2024

Place of Posting:   Montgomery County Courthouse
                    301 N. Main Street
                    Conroe, Texas 77301

A duplicate copy of the Notice was filed with the county clerk's office of Montgomery County, Texas on December 6, 2024.

Affiant's Signature: _____

Affiant's Address:   THE WEAVER LAW FIRM
                     1800 Bering Drive, Suite 1050
                     Houston, Texas 77057

SUBSCRIBED AND SWORN TO before me on the 7th day of January 2025, by Len E. Walker, as Substitute Trustee.

_____
Notary Public in and for the State of Texas

GUADALUPE PRICILLA LEON
Notary Public, State of Texas
Comm. Expires 08-14-2027
Notary ID 134506202

After recording, return to:
**THE WEAVER LAW FIRM**
1800 Bering Drive, Suite 1050
Houston, Texas 77057

Exhibit A

The Land referred to herein below is situated in the County of Montgomery, State of Texas, with an address at **5450 Honea Egypt Road, Montgomery County, Texas 77316** and is described as follows:

ALL THAT CERTAIN 72.9553 ACRE TRACT OF LAND SITUATED IN THE MATTHEW CARTWRIGHT SURVEY, ABSTRACT NO. 151 AND THE ARCHIBALD HODGE SURVEY, ABSTRACT NO. 18, MONTGOMERY COUNTY, TEXAS, BEING OUT OF AND A PART OF THAT CERTAIN CALL 363.560 ACRE TRACT DESCRIBED IN DEED FILED FOR RECORD IN VOLUME 720, PAGE 857 OF THE DEED RECORDS OF MONTGOMERY COUNTY, TEXAS; SAID 72.9553 ACRE TRACT BEING THE SAME PROPERTY DESCRIBED IN WARRANTY DEED FILED FOR RECORD UNDER MONTGOMERY COUNTY CLERK'S FILE (MCCF) NO. 2004-038793 AND BEING MORE PARTICULARLY DESCRIBED BY METES AND BOUNDS AS FOLLOWS:

BEGINNING AT AN IRON ROD FOUND IN THE SOUTH LINE OF SAID MATTHEW CARTWRIGHT SURVEY AND THE NORTH LINE OF THE THOMAS CURRY SURVEY, ABSTRACT NO. 1136, MONTGOMERY COUNTY, TEXAS, AT AN ANGLE POINT IN THE WOODFOREST PARTNERS, LP. TRACT (MCCF NO. 2006-103723) FOR THE SOUTHEAST CORNER OF THE HEREIN DESCRIBED TRACT;

THENCE NORTH 89°45'07" WEST ALONG A COMMON LINE WITH SAID WOODFOREST PARTNERS TRACT, A DISTANCE OF 1348.18 FEET TO A POINT AT THE NORTHWEST CORNER OF LOT 30, BLOCK 1, OF MONTGOMERY TRACE, SECTION 4, A SUBDIVISION IN MONTGOMERY COUNTY, TEXAS, ACCORDING TO THE MAP OR PLAT THEREOF RECORDED IN CABINET 3, SHEET 132 OF THE MAP RECORDS OF MONTGOMERY COUNTY, TEXAS;

THENCE NORTH 89°49'39" WEST ALONG THE NORTH LINE OF MONTGOMERY TRACE, SECTION 4, AT A DISTANCE OF 2448.64 FEET PASS AN IRON ROD FOUND AT THE NORTHWEST CORNER OF LOT 1, BLOCK 1, OF MONTGOMERY TRACE, SECTION 4, AND CONTINUE FOR A TOTAL DISTANCE OF 2478.64 FEET TO A P.K. NAIL SET IN THE CENTERLINE OF HONEA EGYPT ROAD (A 60-FOOT ROADWAY EASEMENT) AND IN THE EAST LINE OF SAID ARCHIBALD HODGE SURVEY AND THE WEST LINE OF SAID MATTHEW CARTWRIGHT SURVEY FOR THE SOUTHWEST CORNER OF THE HEREIN DESCRIBED TRACT;

THENCE NORTH 03°40'36" WEST ALONG THE CENTERLINE OF HONEA EGYPT ROAD, A DISTANCE OF 119.01 FEET TO A P.K. NAIL SET AT AN ANGLE POINT; THENCE NORTH 05°23'38" WEST CONTINUING ALONG THE CENTERLINE OF HONEA EGYPT ROAD, A DISTANCE OF 470.21 FEET TO A P.K. NAIL SET AT THE BEGINNING POINT OF A CURVE TO THE LEFT, HAVING A RADIUS OF 231.06 FEET;

THENCE IN A NORTHWESTERLY DIRECTION CONTINUING ALONG THE CENTERLINE OF HONEA EGYPT ROAD WITH SAID CURVE TO THE LEFT, HAVING A RADIUS OF 231.06 FEET, AN ARC LENGTH OF 86.50 FEET TO A P.K.

NAIL SET AT THE SOUTHWEST CORNER OF THE DONALD ALLAN STEFAN AND LINDA C. STEFAN TRACT (MCCF NO. 2000-017069) FOR THE NORTHWEST CORNER OF THE HEREIN DESCRIBED TRACT;

THENCE NORTH 85°42'15" EAST ALONG THE SOUTH LINE OF SAID STEFAN TRACT, AT A DISTANCE OF 32.17 FEET PASS AN IRON ROD FOUND IN THE LINE OF HONEA EGYPT ROAD, AND CONTINUE FOR A TOTAL DISTANCE OF 3915.91 FEET TO AN IRON ROD FOUND IN A COMMON LINE WITH SAID WOODFOREST PARTNERS TRACT FOR THE NORTHEAST CORNER OF THE HEREIN DESCRIBED TRACT;

THENCE SOUTH 00°8'28" WEST ALONG SAID COMMON LINE WITH SAID WOODFOREST PARTNERS TRACT, A DISTANCE OF 976.15 FEET TO THE POINT OF BEGINNING AND CONTAINING 72.9553 ACRES OF LAND.

# Exhibit B

DOC# 0088
POSTED
12/06/2024 04:07PM
Rosio Munoz
L. BRANDON STEINMANN, COUNTY CLERK
MONTGOMERY COUNTY, TEXAS

**After recording, return to:**
THE WEAVER LAW FIRM
1800 Bering Drive, Suite 1050
Houston, Texas 77057

| | |
|---|---|
| STATE OF TEXAS | § |
| | § |
| COUNTY OF MONTGOMERY | § |

## NOTICE OF FORECLOSURE SALE

| | |
|---|---|
| Date: | December 6, 2025 |
| Secured Obligations: | Promissory Note ("Note"), dated April 1, 2022, executed by Alliance Farm and Ranch LLC ("Borrower"), as maker, and payable to the order of Erik C. Ostrander and Darla Ostrander ("Beneficiary"), as lender, in the original principal amount of $3,800,636.00, and all extensions, renewals, replacements, and amendments thereof. |
| Deed of Trust: | Deed of Trust, dated April 1, 2022, executed by Borrower, as grantor, to Brent A. Lane, as trustee, for the benefit of Beneficiary, as lender, recorded as Clerk's File No. 2022043837 in the Official Public Records of Real Property of Montgomery County, Texas. |
| Substitute Trustees: | Richard D. Weaver and/or Len E. Walker |
| Substitute Trustees' Address: | 1800 Bering Drive, Suite 1050<br>Houston, Texas 77057 |

**Foreclosure Sale:**

| | |
|---|---|
| Date: | Tuesday, January 7, 2025 |
| Time: | The sale of the Property (as defined in the Deed of Trust) (such sale is the "Foreclosure Sale") will take place between the hours of 10:00 a.m. and 1:00 p.m. local time, the earliest time at which the Foreclosure Sale will be is 10:00 a.m. |
| Place: | Montgomery County Courthouse, at the following location: Old 1936 Courthouse at 301 N. Main St., Conroe, Texas 77301, or if the preceding area is no longer the designated area, the area as designated by the Montgomery County Commissioners Court. |
| Terms of Sale: | The Foreclosure Sale will be conducted as a public auction, and the real property, more particularly described in Exhibit "A", will be sold to the |

highest bidder for cash, except that Lender's bid may be by credit against the indebtedness secured by the lien of the Deed of Trust.

Default has occurred in the payment of the Note and in the performance of the obligations of the Deed of Trust. Because of that default, Beneficiary, the current owner and holder of the Note, has requested Substitute Trustee to sell the Property.

Therefore, notice is given that on and at the Date, Time, and Place of Sale described above, Substitute Trustee will sell the Property by public sale to the highest bidder for cash in accordance with the Deed of Trust

**Assert and protect your rights as a member of the armed forces of the United States. If you are or your spouse is serving on active military duty, including active military duty as a member of the Texas National Guard or the National Guard of another state or as a member of a reserve component of the armed forces of the United States, please send written notice of the active duty military service to the sender of this notice immediately.**

**THIS INSTRUMENT APPOINTS THE SUBSTITUTE TRUSTEE(S) IDENTIFIED TO SELL THE PROPERTY DESCRIBED IN THE SECURITY INSTRUMENT IDENTIFIED IN THIS NOTICE OF SALE THE PERSON SIGNING THIS NOTICE IS THE ATTORNEY OR AUTHORIZED AGENT OF THE MORTGAGEE OR MORTGAGE SERVICER.**

**SUBSTITUTE TRUSTEE:**

_____
Richard D. Weaver

**SUBSTITUTE TRUSTEE:**

_____
Len E. Walker

**STATE OF TEXAS**         §
                           §
**COUNTY OF HARRIS**       §

This instrument was acknowledged before me on this 6th day of December 2024, by Richard D. Weaver, as Substitute Trustee, and Len E. Walker, as Substitute Trustee.

_____
Notary Public in and for the State of Texas

GUADALUPE PRICILLA LEON
Notary Public, State of Texas
Comm. Expires 08-14-2027
Notary ID 134506202

EXHIBIT "A"

ALL THAT CERTAIN 72.9553 ACRE TRACT OF LAND SITUATED IN THE MATTHEW CARTWRIGHT SURVEY, ABSTRACT NO. 151 AND THE ARCHIBALD HODGE SURVEY, ABSTRACT NO. 18, MONTGOMERY COUNTY, TEXAS, BEING OUT OF AND A PART OF THAT CERTAIN CALL 363.560 ACRE TRACT DESCRIBED IN DEED FILED FOR RECORD IN VOLUME 720, PAGE 857 OF THE DEED RECORDS OF MONTGOMERY COUNTY, TEXAS; SAID 72.9553 ACRE TRACT BEING THE SAME PROPERTY DESCRIBED IN WARRANTY DEED FILED FOR RECORD UNDER MONTGOMERY COUNTY CLERK'S FILE (MCCF) NO. 2004-038793 AND BEING MORE PARTICULARLY DESCRIBED BY METES AND BOUNDS AS FOLLOWS:

BEGINNING AT AN IRON ROD FOUND IN THE SOUTH LINE OF SAID MATTHEW CARTWRIGHT SURVEY AND THE NORTH LINE OF THE THOMAS CURRY SURVEY, ABSTRACT NO. 1136, MONTGOMERY COUNTY, TEXAS, AT AN ANGLE POINT IN THE WOODFOREST PARTNERS, LP. TRACT (MCCF NO. 2006-103723) FOR THE SOUTHEAST CORNER OF THE HEREIN DESCRIBED TRACT;

THENCE NORTH 89°45'07" WEST ALONG A COMMON LINE WITH SAID WOODFOREST PARTNERS TRACT, A DISTANCE OF 1348.18 FEET TO A POINT AT THE NORTHWEST CORNER OF LOT 30, BLOCK 1, OF MONTGOMERY TRACE, SECTION 4, A SUBDIVISION IN MONTGOMERY COUNTY, TEXAS, ACCORDING TO THE MAP OR PLAT THEREOF RECORDED IN CABINET 3, SHEET 132 OF THE MAP RECORDS OF MONTGOMERY COUNTY, TEXAS;

THENCE NORTH 89°49'39" WEST ALONG THE NORTH LINE OF MONTGOMERY TRACE, SECTION 4, AT A DISTANCE OF 2448.64 FEET PASS AN IRON ROD FOUND AT THE NORTHWEST CORNER OF LOT 1, BLOCK 1, OF MONTGOMERY TRACE, SECTION 4, AND CONTINUE FOR A TOTAL DISTANCE OF 2478.64 FEET TO A P.K. NAIL SET IN THE CENTERLINE OF HONEA EGYPT ROAD (A 60-FOOT ROADWAY EASEMENT) AND IN THE EAST LINE OF SAID ARCHIBALD HODGE SURVEY AND THE WEST LINE OF SAID MATTHEW CARTWRIGHT SURVEY FOR THE SOUTHWEST CORNER OF THE HEREIN DESCRIBED TRACT;

THENCE NORTH 03°40'36" WEST ALONG THE CENTERLINE OF HONEA EGYPT ROAD, A DISTANCE OF 119.01 FEET TO A P.K. NAIL SET AT AN ANGLE POINT; THENCE NORTH 05°23'38" WEST CONTINUING ALONG THE CENTERLINE OF HONEA EGYPT ROAD, A DISTANCE OF 470.21 FEET TO A P.K. NAIL SET AT THE BEGINNING POINT OF A CURVE TO THE LEFT, HAVING A RADIUS OF 231.06 FEET;

THENCE IN A NORTHWESTERLY DIRECTION CONTINUING ALONG THE CENTERLINE OF HONEA EGYPT ROAD WITH SAID CURVE TO THE LEFT, HAVING A RADIUS OF 231.06 FEET, AN ARC LENGTH OF 86.50 FEET TO A P.K.

ALL THAT CERTAIN 72.9553 ACRE TRACT OF LAND SITUATED IN THE MATTHEW CARTWRIGHT SURVEY, ABSTRACT NO. 151 AND THE ARCHIBALD HODGE SURVEY, ABSTRACT NO. 18, MONTGOMERY COUNTY, TEXAS, BEING OUT OF AND A PART OF THAT CERTAIN CALL 363.560 ACRE TRACT DESCRIBED IN DEED FILED FOR RECORD IN VOLUME 720, PAGE 857 OF THE DEED RECORDS OF MONTGOMERY COUNTY, TEXAS; SAID 72.9553 ACRE TRACT BEING THE SAME PROPERTY DESCRIBED IN WARRANTY DEED FILED FOR RECORD UNDER MONTGOMERY COUNTY CLERK'S FILE (MCCF) NO. 2004-038793 AND BEING MORE PARTICULARLY DESCRIBED BY METES AND BOUNDS AS FOLLOWS:

BEGINNING AT AN IRON ROD FOUND IN THE SOUTH LINE OF SAID MATTHEW CARTWRIGHT SURVEY AND THE NORTH LINE OF THE THOMAS CURRY SURVEY, ABSTRACT NO. 1136, MONTGOMERY COUNTY, TEXAS, AT AN ANGLE POINT IN THE WOODFOREST PARTNERS, LP. TRACT (MCCF NO. 2006-103723) FOR THE SOUTHEAST CORNER OF THE HEREIN DESCRIBED TRACT;

THENCE NORTH 89°45'07" WEST ALONG A COMMON LINE WITH SAID WOODFOREST PARTNERS TRACT, A DISTANCE OF 1348.18 FEET TO A POINT AT THE NORTHWEST CORNER OF LOT 30, BLOCK 1, OF MONTGOMERY TRACE, SECTION 4, A SUBDIVISION IN MONTGOMERY COUNTY, TEXAS, ACCORDING TO THE MAP OR PLAT THEREOF RECORDED IN CABINET 3, SHEET 132 OF THE MAP RECORDS OF MONTGOMERY COUNTY, TEXAS;

THENCE NORTH 89°49'39" WEST ALONG THE NORTH LINE OF MONTGOMERY TRACE, SECTION 4, AT A DISTANCE OF 2448.64 FEET PASS AN IRON ROD FOUND AT THE NORTHWEST CORNER OF LOT 1, BLOCK 1, OF MONTGOMERY TRACE, SECTION 4, AND CONTINUE FOR A TOTAL DISTANCE OF 2478.64 FEET TO A P.K. NAIL SET IN THE CENTERLINE OF HONEA EGYPT ROAD (A 60-FOOT ROADWAY EASEMENT) AND IN THE EAST LINE OF SAID ARCHIBALD HODGE SURVEY AND THE WEST LINE OF SAID MATTHEW CARTWRIGHT SURVEY FOR THE SOUTHWEST CORNER OF THE HEREIN DESCRIBED TRACT;

THENCE NORTH 03°40'36" WEST ALONG THE CENTERLINE OF HONEA EGYPT ROAD, A DISTANCE OF 119.01 FEET TO A P.K. NAIL SET AT AN ANGLE POINT; THENCE NORTH 05°23'38" WEST CONTINUING ALONG THE CENTERLINE OF HONEA EGYPT ROAD, A DISTANCE OF 470.21 FEET TO A P.K. NAIL SET AT THE BEGINNING POINT OF A CURVE TO THE LEFT, HAVING A RADIUS OF 231.06 FEET;

THENCE IN A NORTHWESTERLY DIRECTION CONTINUING ALONG THE CENTERLINE OF HONEA EGYPT ROAD WITH SAID CURVE TO THE LEFT, HAVING A RADIUS OF 231.06 FEET, AN ARC LENGTH OF 86.50 FEET TO A P.K.

NAIL SET AT THE SOUTHWEST CORNER OF THE DONALD ALLAN STEFAN AND LINDA C. STEFAN TRACT (MCCF NO. 2000-017069) FOR THE NORTHWEST CORNER OF THE HEREIN DESCRIBED TRACT;

THENCE NORTH 85°42'15" EAST ALONG THE SOUTH LINE OF SAID STEFAN TRACT, AT A DISTANCE OF 32.17 FEET PASS AN IRON ROD FOUND IN THE LINE OF HONEA EGYPT ROAD, AND CONTINUE FOR A TOTAL DISTANCE OF 3915.91 FEET TO AN IRON ROD FOUND IN A COMMON LINE WITH SAID WOODFOREST PARTNERS TRACT FOR THE NORTHEAST CORNER OF THE HEREIN DESCRIBED TRACT;

THENCE SOUTH 00°8'28" WEST ALONG SAID COMMON LINE WITH SAID WOODFOREST PARTNERS TRACT, A DISTANCE OF 976.15 FEET TO THE POINT OF BEGINNING AND CONTAINING 72.9553 ACRES OF LAND.

**MORE COMMONLY KNOWN AS: 5450 HONEA EGYPT ROAD, MONTGOMERY, TEXAS 77316.**

Doc #: 2025001866

Pages 10

**E-FILED FOR RECORD**
01/07/2025    04:09PM



County Clerk,
Montgomery County, Texas

STATE OF TEXAS,
COUNTY OF MONTGOMERY
I hereby certify that this instrument was e-filed in the file number sequence on the date and time stamped herein by me and was duly e-RECORDED in the Official Public Records of Montgomery County, Texas.

**01/07/2025**

County Clerk,
Montgomery County, Texas

**Doc #: 2025002370**
**Pages 16**

**E-FILED FOR RECORD**
01/08/2025   04:41PM


County Clerk,
Montgomery County, Texas

STATE OF TEXAS,
COUNTY OF MONTGOMERY
I hereby certify that this instrument was e-filed in the file number sequence on the date and time stamped herein by me and was duly e-RECORDED in the Official Public Records of Montgomery County, Texas.

**01/08/2025**

County Clerk,
Montgomery County, Texas