# EXHIBIT 7

United States Bankruptcy Court
Southern District of Texas



# Notice of Bankruptcy Case Filing

A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 7 of the United States Bankruptcy Code, entered on 01/07/2025 at 10:40 AM and filed on 01/07/2025.

**ALLIANCE FARM AND RANCH, LLC**
5450 Honea Egypt Rd
Montgomery, TX 77316
Tax ID / EIN: 81-1973623, 88-1383507
*aka* **Alliance Farm and Ranch**

The case was filed by the debtor's attorney:

**Thaison Danny Hua**
Rejas Hua & Hoang, PLLC
4909 Bissonnet St.
Ste. 100
Houston, TX 77401
713-300-5075

The case was assigned case number 25-30155 to Judge Alfredo R Perez.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page http://www.txs.uscourts.gov/ or at the Clerk's Office, United States Bankruptcy Court, PO Box 61010, Houston, TX 77208.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

**Nathan Ochsner
Clerk, U.S. Bankruptcy Court**

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 04/04/2025 11:51:42 | | | |
| **PACER Login:** | stpendergast | **Client Code:** | 9999-999999 |
| **Description:** | Notice of Filing | **Search Criteria:** | 25-30155 |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |