IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 25-30155 |
| | § | |
| ALLIANCE FARM AND RANCH, LLC | § | |
| | § | |
| | § | (CHAPTER 7) |
| DEBTOR. | § | |

**DEBTOR'S WITNESS AND EXHIBIT LIST**

| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF TEXAS<br>HOUSTON DIVISION ||
|---|---|
| Case No: 25-30155 | Name of Debtor:<br>**Alliance Farm and Ranch, LLC** |
| Witnesses:<br>  1. Jerod Furr<br>  2. Deborah Crain | Judge: Alfredo Perez |
| | Hearing Date:  April 9, 2025 |
| | Hearing Time:  2:00 p.m. |
| | Party Names:<br>Alliance Farm and Ranch, LLC |
| | Attorney's Name:  Timothy L. Wentworth |
| | Attorney's Phone: (713) 228-4100 |
| | |

**Nature of Proceedings:**

Hearing on *Dustin Etter's Motion to Dismiss* (Docket No. 7) and *The Ostrander's Emergency Motion to Dismiss* (Docket No. 29)

| *Ex.#* | *Description* | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

Respectfully submitted this 7th day of April, 2025.

        By: */s/ Timothy L. Wentworth*
        Timothy L. Wentworth
        Texas Bar No. 21179000
        OKIN ADAMS BARTLETT CURRY LLP
        twentworth@okinadams.com
        1113 Vine St., Suite 240
        Houston, Texas 77002
        Tel: 713.228.4100
        Fax: 346.247.7158
        **PROPOSED ATTORNEYS FOR ALLIANCE FARM AND RANCH, LLC**

4921-5479-5058, v. 3