IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| IN RE: | § | |
| | § | Bankruptcy Case No. 25-30155 |
| ALLIANCE FARM AND RANCH, LLC | § | |

**CREDITOR DUSTIN ETTER'S WITNESS AND EXHIBIT LIST**

For the hearing to be held at 2:00 PM on 4/9/2025 on Creditor's Motion to Dismiss (Doc. 7).

Witness(es):

1. Jerod Furr

Exhibits:

1. State court notice of bankruptcy
2. State court request for production responses
3. State court interrogatory answers
4. State court admission responses
5. Response to state court motion to compel

Any witness or exhibit designated by any other party for the hearing.

Respectfully submitted,

IRELAN MCDANIEL, PLLC

By: /s/ Noah Meek
    Noah E. W. Meek
    State Bar No. 24084554
    Email: nmeek@imtexaslaw.com
    2520 Caroline St., 2nd Floor
    Houston, Texas 77004
    Phone: (713) 222-7666
    Fax:    (713) 222-7669

**ATTORNEYS FOR CREDITOR
DUSTIN ETTER**

## **CERTIFICATE OF SERVICE**

      This is to certify that on April 7, 2025, a true and correct copy of this instrument was served upon all parties **VIA the Court's CM/ECF System** in compliance with the Federal Rules of Bankruptcy Procedure.

Timothy L. Wentworth
Okin Adams Bartlett Curry, LLP
1113 Vine St., Suite 240
Houston, Texas 77002
VIA Email: twentworth@okinadams.com

Reagan H. "Tres" Gibbs, III
Cokinos Young
1221 Lamar St., 16th Floor
Houston, Texas 77010
VIA Email: tgibbs@cokinoslaw.com

United States Trustee
515 Rusk St., Suite 3516
Houston, Texas 77002
VIA Email:
USTPRegion07.HU.ECF@USDOJ.GOV

Janet Northrup
Hughes Watters Askanase, LLP
1201 Louisiana St., 28th Floor
Houston, Texas 77002
VIA Email: jnorthrup@hwa.com

Thaison Danny Hua
Rejas Hua & Hoang, PLLC
4909 Bissonnet St., Suite 100
Houston, TX 77401
VIA Email: thaison@rhhlawgroup.com

                                                   /s/ Noah Meek
                                            Noah Meek