**EXHIBIT 3**         CAUSE NO. 24-07-11639

| | | |
|---|---|---|
| DUSTIN ETTER | § | 457th JUDICIAL DISTRICT COURT |
| | § | |
| v. | § | |
| JEROD P. FURR, et al. | § | |
| | § | MONTGOMERY COUNTY, TEXAS |

**JEROD P. FURR'S, CORINA FURR'S, AE PARTNERS HOLDINGS, INC.'s, ALLIANCE ENERGY PARTNERS, LLC'S, AEP ASSET HOLDINGS, LLC'S, and INVICTIS DRILLING MOTORS, LLC'S OBJECTIONS AND ANSWERS TO PLAINTIFF'S THIRD SET OF INTERROGATORIES**

TO:   Dustin Etter, by and through his attorney of record, Noah Meek, IRELAN MCDANIEL, PLLC, 2520 Caroline Street, 2nd Floor, Houston, Texas 77004.

Pursuant to Rules 192 and 197.2 of the Texas Rules of Civil Procedure, Defendants, Jerod P. Furr, Corina Furr, AE Partners Holdings, Inc., Alliance Energy Partners, LLC, Alliance Farm & Ranch, LLC, AEP Asset Holdings, LLC, and Invictis Drilling Motors, LLC serve their Objections and Answers to Plaintiff's Third Set of Interrogatories.

Respectfully submitted,

  /s/ Alyssa M. Cuellar  
J. Randal Bays
State Bar No. 01943900
randy@baysfirm.com
Alyssa M. Cuellar
State Bar No. 24135656
alyssa@baysfirm.com
THE BAYS FIRM
1503 Hailey Street
Conroe, Texas 77301
Tel: (936) 760-7670
Fax: (936) 760-7671
ATTORNEYS FOR JEROD P. FURR, CORINA FURR, ALLIANCE FARM & RANCH, LLC, AE PARTNERS

HOLDINGS, INC., ALLIANCE ENERGY PARTNERS, LLC, AEP ASSET HOLDINGS, LLC'S, and INVICTIS DRILLING MOTORS, LLC

## PLAINTIFF'S THIRD SET OF INTERROGATORIES

**INTERROGATORY NO. 11:** Please briefly describe each allegedly defamatory statement made by Dustin Etter about any Counter-Plaintiff in this lawsuit forming all or part of the basis of any claim of any Counter-Plaintiff in this lawsuit. Please include in the description of each such statement:
(a) The date the statement was made;
(b) The person who made the statement;
(c) The person(s) who the statement was made to;
(d) The form of the statement (i.e. in person, by phone, by email, by letter); and
(e) How any part of the statement is alleged to be false.


**OBJECTION:** On January 7, 2025, Alliance Farm & Ranch, LLC filed for bankruptcy protection in the United States Bankruptcy Court for the Southern District Of Texas under Case Number 25-30155. Because the filing of bankruptcy stays litigation, and because this lawsuit surrounds 5450 Honea Egypt Road, Montgomery, Texas 77356, which is wholly owned by Alliance Farm & Ranch, LLC, Defendants refuse to answer this request.

**INTERROGATORY NO. 12:** Please briefly describe any wedding-related expense (either by individual item or by category) for any wedding or related event (i.e. reception, honeymoon, bachelor's party, photography) for Jerod Furr and Corrina Furr getting married which was in any part paid for (whether as compensation, as a gift, as a loan, or otherwise) by AE Partners Holdings, Inc., AEP Asset Holdings, LLC, Alliance Energy Partners, LLC, and/or Invictus Drilling Motors, LLC. Please include in the description for each such item or category of expense:

(a) The name and/or brief description of the item or category;
(b) The name, address, and phone number largest vendor paid for the item or category; and
(c) The total amount for the item or category.

**OBJECTION:** On January 7, 2025, Alliance Farm & Ranch, LLC filed for bankruptcy protection in the United States Bankruptcy Court for the Southern District Of Texas under Case Number 25-30155. Because the filing of bankruptcy stays litigation, and because this lawsuit surrounds 5450 Honea Egypt Road, Montgomery, Texas 77356, which is wholly owned by Alliance Farm & Ranch, LLC, Defendants

refuse to answer this request.

**INTERROGATORY NO. 13:** Please briefly describe any expense (either by individual item or by category) for any improvement made to any part of the property at 5450 Honea Egypt Rd., Montgomery, Texas 77316 which was in any part paid for (whether as compensation, as a gift, as a loan, or otherwise) by AE Partners Holdings, Inc., AEP Asset Holdings, LLC, Alliance Energy Partners, LLC, and/or Invictus Drilling Motors, LLC. Please include in the description for each such item or category:
(a) The name and/or brief description of the item or category;
(b) The name, address, and phone number largest vendor paid for the item or category; and
(c) The total amount for the item or category.

**OBJECTION:** On January 7, 2025, Alliance Farm & Ranch, LLC filed for bankruptcy protection in the United States Bankruptcy Court for the Southern District Of Texas under Case Number 25-30155. Because the filing of bankruptcy stays litigation, and because this lawsuit surrounds 5450 Honea Egypt Road, Montgomery, Texas 77356, which is wholly owned by Alliance Farm & Ranch, LLC, Defendants refuse to answer this request.

## CERTIFICATE OF SERVICE

This is to certify that on January 8, 2025, Jerod P. Furr's, Corina Furr's, AE Partners Holdings, Inc.'s, Alliance Energy Partners, LLC's, Alliance Farm & Ranch, LLC's, AEP Asset Holdings, LLC's, and Invictis Drilling Motors, LLC's Objections and Answers to Plaintiff's Third Set of Interrogatories was served on the following counsel of record via e-service pursuant to Rules 21 and 21a of the Texas Rules of Civil Procedure:

Noah Meek
IRELAN MCDANIEL, PLLC
2520 Caroline Street, 2nd Floor
Houston, Texas 77004.

                                             /s/ Alyssa M. Cuellar
                                             Alyssa M. Cuellar