## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **IN RE:** | § | **CASE NO. 25-30155** |
| | § | |
| **ALLIANCE FARM AND RANCH, LLC,** | § | **(CHAPTER 11)** |
| | § | |
| **DEBTOR** | § | |
| | § | |
| | § | |
| **IN RE:** | § | **CASE NO. 25-31937** |
| | § | |
| **ALLIANCE ENERGY PARTNERS, LLC,** | § | **(CHAPTER 11)** |
| | § | |
| **DEBTOR** | § | |

## DEBTORS' EMERGENCY MOTION FOR
## ENTRY OF AN ORDER (I) DIRECTING JOINT ADMINISTRATION OF
## RELATED CHAPTER 11 CASES AND (II) GRANTING RELATED RELIEF

---

**NOTICE PURSUANT TO LOCAL RULE 9013-1**

**A HEARING ON THIS MOTION HAS BEEN SET FOR WEDNESDAY, APRIL 9, 2025 AT 2:00 PM IN COURTROOM NO. 400, UNITED STATES COURTHOUSE, 515 RUSK, HOUSTON, TX 77002.**

**THIS MOTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THE MOTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE. IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY. YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN 21 DAYS OF THE DATE THIS WAS SERVED ON YOU. YOUR RESPONSE MUST STATE WHY THE MOTION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE MOTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING.**

**EMERGENCY RELIEF HAS BEEN REQUESTED. RELIEF IS REQUESTED NOT LATER THAN 2:00 P.M. (PREVAILING CENTRAL TIME) ON APRIL 9, 2025. IF THE COURT CONSIDERS THE MOTION ON AN EMERGENCY BASIS, THEN YOU WILL HAVE LESS THAN 21 DAYS TO ANSWER. IF YOU OBJECT TO THE REQUESTED RELIEF OR IF YOU BELIEVE THAT THE EMERGENCY CONSIDERATION IS NOT WARRANTED, YOU SHOULD FILE AN IMMEDIATE RESPONSE.**

**REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEY.**

Alliance Farm and Ranch, LLC and Alliance Energy Partners, LLC, the above-captioned debtors and debtors in possession (collectively, the "Debtors"), hereby file this *Emergency Motion for Entry of an Order (I) Directing Joint Administration of Related Chapter 11 Cases and (II) Granting Related Relief* (the "Motion"), and in support hereof, respectfully state as follows:

## I.  JURISDICTION AND VENUE

1.      The Court has jurisdiction to consider this Motion pursuant to 28 U.S.C. § 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A).  Venue is proper in this Court under 28 U.S.C. §§ 1408 and 1409.

2.      The statutory predicates for the relief requested in this Motion are section 105(a) of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (as amended and modified, the "Bankruptcy Code"), Rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 1015-1 of the Bankruptcy Local Rules for the Southern District of Texas (the "Bankruptcy Local Rules").

## II.  BACKGROUND

3.      On January 7, 2025, Alliance Farm and Ranch, LLC ("Farm and Ranch") filed a voluntary petition for relief under chapter 7 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of Texas, Houston Division.  Upon motion of the Debtor, the case was converted to a Chapter 11 case on March 19, 2025 (the "Conversion Date"). On April 7, 2025, Alliance Energy Partners, LLC ("Energy") filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of Texas, Houston Division.

4.      Pursuant to Bankruptcy Code sections 1107(a) and 1108, the Debtors are operating their businesses and managing their property as debtors in possession. No official committee has

2

been appointed in the Chapter 11 Cases, and no request has been made for the appointment of a

trustee or examiner.

5.      Farm and Ranch is a Texas limited liability corporation owned 100% by Jerod Furr

("Furr") who is also its managing member.  Energy is a Texas limited liability corporation owned

100% by a Texas corporation AE Partners Holdings, Inc. ("Holdings").  Holdings is owned 100%

by Furr.  Furr is Energy's sole manager.

6.      Farm and Ranch owned a 73-acre ranch located at 5450 Honea Egypt Rd.,

Montgomery, Texas 77316 (the "Property") and operated its ranching and cattle business thereon.

The mortgage on the Property was held by Erik and Darla Ostrander ("Ostrander") in the

approximate amount of $4 million.  On January 3, 2025, the Farm and Ranch filed a lawsuit styled

*Alliance Farm and Ranch, LLC v. Erik C. Ostrander and Darla Ostrander*, Cause No. 25-01-

00068 in the District Court of Montgomery County, Texas, 284th Judicial District (the "Lawsuit").

By the Lawsuit, the Debtor sought to enjoin Ostrander's foreclosure of the Property scheduled for

January 7, 2025. Ostrander purportedly foreclosed on the Property on January 7, 2025. The

Debtor's claims asserted in the Lawsuit will have bearing upon the validity of the foreclosure and

constitute the primary asset of the Farm and Ranch bankruptcy estate.  Farm and Ranch has

minimal creditors other than Ostrander's secured claim.

7.      Energy provides downhole drilling and measurement while drilling ("MWD")

services to the oil and gas industry. Prior to its bankruptcy filing, Energy operated its business as

a tenant of Farm and Ranch at the Property.  As a result of Ostrander's foreclosure, Energy has

had to temporarily cease its operations.

8.      Energy is the largest unsecured creditor of Farm and Ranch with a claim totaling

approximately $1,000,000.00 as a result of its loan of funds to Farm and Ranch to purchase the

3

Property.  Other than its claim against Farm and Ranch, Energy owes approximately $3 million to vendors as general unsecured debt and has minimal assets with which to pay creditors.

9.     The Debtors believe that the best chance for reorganization or orderly liquidation of the companies is to allow Farm and Ranch to prosecute its claims against Ostrander.  If successful, Farm and Ranch would either (1) be able to reclaim the Property, thereby providing a base of operations of both Debtors to continue their businesses, or (2) in the event of a monetary recovery, be able to provide a substantial dividend to Energy's creditors in a liquidation.

### III.     RELIEF REQUESTED

10.     By this Motion, the Debtors seek entry of an order, substantially in the form submitted herewith: (i) directing procedural consolidation and joint administration of their related Chapter 11 Cases; and (ii) granting related relief.  The Debtors request that the Court maintain one file and one docket for the jointly-administered Chapter 11 Cases under the case of Alliance Farm and Ranch, LLC.

### IV.     BASIS FOR RELIEF REQUESTED

**A.     Joint Administration is in the Best Interests of the Estates**

11.     Bankruptcy Code section 105(a) empowers the bankruptcy court to "issue any order, process, or judgment that is necessary or appropriate to carry out the provisions of this title." 11 U.S.C. § 105(a).  Bankruptcy Rule 1015(b) provides that if "two or more petitions are pending in the same court by or against … a debtor and an affiliate, the court may order joint administration of the estates."  FED. R. BANKR. P. 1015(a).  The primary considerations to be weighed by the Court when considering joint administration are: (i) protecting creditors of different estates against potential conflicts of interest; and (ii) avoiding unnecessary costs and delays. *See* FED. R. BANKR. P. 1015(c) (discussing factors to consider); *see also Wells Fargo Bank of Texas N.A. v. Sommers*

*(In re Amco Ins.)*, 444 F.3d 690, 694-96 (5th Cir. 2006).  Bankruptcy Local Rule 1015-1 provides additional authority for the Court to order joint administration of the cases.

12.     The Debtors submit that joint administration of their Chapter 11 Cases is necessary and appropriate under the circumstances.  The Debtors commenced the two cases by filing voluntary petitions with the Court.  The Debtors are "affiliates" as that term is defined in section 101(2) of the Bankruptcy Code.  Pursuant to Bankruptcy Local Rule 1015-1, the instant Motion has been filed in the Chapter 11 Case with the lowest case number.

13.     The Debtors' financial affairs, management, and business operations are related. The same person operates both entities as managing member.  Both Debtors historically operated from the same business location.  Further, Energy's claims against Farm and Ranch provide a way to compensate Energy's creditors with no or minimal detriment to the creditors of Farm and Ranch.

14.     Many of the motions, hearings, and orders in the Chapter 11 Cases will affect both Debtors and their respective estates.  Given the provisions of the Bankruptcy Rules and Bankruptcy Local Rules, the Debtors submit that joint administration will save substantial costs and prevent delays, which will serve the interests of estates and their creditors, and will in turn foster the most expeditious and economical administration of the estates. Moreover, the supervision of the administrative aspect of the Chapter 11 Cases by the Office of the United States Trustee for the Southern District of Texas will be simplified, and the Court will also be relieved of the burden of entering duplicative orders and maintaining duplicative files.

15.     The rights of creditors will not be adversely affected by the joint administration of these Chapter 11 Cases, as the relief requested in this Motion is purely procedural.  Indeed, this Motion is not intended to affect substantive rights and all creditors and parties in interest will maintain whatever rights they have under the Bankruptcy Code and applicable law, including

5

asserting claims or other rights against a particular Debtor's estate. Thus, all creditors will benefit

by the reduced costs that will result from the joint administration of the Chapter 11 Cases.

**B.**     **Separate Docket Entries and Proofs of Claim**

16.     The Debtors also seek the Court's direction that a notation substantially similar to

the following notation be entered on the docket in the Energy chapter 11 case to reflect joint

administration of these cases:

> An order has been entered in this case directing the joint administration of the
> chapter 11 cases of Alliance Farm and Ranch, LLC and Alliance Energy Partners,
> LLC.  The docket in Case No. 25-30155 should be consulted for all matters
> affecting this case, and all further pleadings and other papers shall be filed in, and
> all further docket entries shall be made in, Case No. 25-30155.

17.     In view of the fact that joint administration is a procedural matter only, the Debtors

respectfully request that the Court direct that any creditor filing a proof of claim against the Debtors

or their respective estates clearly assert its claim against the particular Debtor obligated on such

claim, and not against the jointly-administered Debtors as a whole.

18.     For these reasons, the Debtors submit that the relief requested in this Motion is in

the best interests of the Debtors, their estates, creditors, and other parties in interests and, should

therefore be granted by the Court.

**V.     EMERGENCY CONSIDERATION**

19.     The Debtors respectfully request emergency consideration of this Motion pursuant

to Bankruptcy Local Rule 9013-1(i) and Bankruptcy Rule 6003, which authorizes a court to grant

relief within the first 21 days after the commencement of a chapter 11 case "to the extent that relief

is necessary to avoid immediate and irreparable harm." FED. R. BANKR. P. 6003.  The Debtors

believe an immediate and orderly transition into chapter 11 is critical to the viability of the Debtors

and the success of these Chapter 11 Cases.  The Debtors submit that they have satisfied the

6

"immediate and irreparable harm" standard of Bankruptcy Rule 6003, and the Debtors believe that emergency consideration is necessary and request that this Motion be heard at the first day hearing.

## VI.   <u>RESERVATION OF RIGHTS</u>

20.     Nothing contained herein shall be deemed: (i) an admission as to the amount of, basis for, or validity of any claim against any of the Debtors under the Bankruptcy Code or other applicable non-bankruptcy law; (ii) an impairment or waiver of the Debtors' or any other party in interest's right to dispute any claim against, or interest in, any Debtor, its property or its estate; (iii) a promise or requirement to pay any prepetition claim; (iv) an assumption, adoption, or rejection of any agreement, contract, or lease under section 365 of the Bankruptcy Code; (v) an implication or admission that any particular claim is of a type specified or defined in this Motion, or any order granting the relief requested by this Motion; (vi) an implication, admission, or finding as to (a) the validity, enforceability, or perfection of any interest or encumbrance on the property of any Debtor or its estate or (b) the applicability of any exception or exclusion from property of the estate under section 541 of the Bankruptcy Code or other applicable law; (vii) an impairment or waiver of any claims or causes of action which may exist against any entity; or (viii) a waiver of any Debtors' or any other party in interest's rights under the Bankruptcy Code or any other applicable law.

## VII.   <u>NOTICE</u>

21.     Notice of this Motion will be served on any party entitled to notice pursuant to Bankruptcy Rule 2002 and any other party entitled to notice pursuant to Bankruptcy Local Rule 9013-1(d).

## VIII. <u>PRAYER</u>

WHEREFORE, the Debtors respectfully request that the Court enter an order, substantially in the form submitted herewith: (i) granting the relief requested in this Motion; and (ii) granting the Debtors such other and further relief as the Court may deem just and proper.

DATED: April 7, 2025.

**OKIN ADAMS BARTLETT CURRY LLP**

By: _____ /s/ *Timothy L. Wentworth* _____
Timothy L. Wentworth
Texas Bar No. 21179000
Email: twentworth@okinadams.com
1113 Vine St., Suite 240
Houston, Texas 77002
Tel: 713.228.4100
Fax: 346.247.7158

**PROPOSED ATTORNEYS FOR THE DEBTORS**

## <u>CERTIFICATE OF ACCURACY PURSUANT TO B.L.R 9013-1(i)</u>

In accordance with Bankruptcy Local Rule 9013-1(i), I hereby certify the accuracy of the matters set forth in the foregoing Motion.

By: __ /s/ *Timothy L. Wentworth* _____
Timothy L. Wentworth

8

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 7, 2025, a true and correct copy of the foregoing Motion was served via the Court's CM/ECF system and by United States First Class Mail to the parties listed below and on those parties listed on the attached service lists.

Dustin Etter
c/o Noah E. W. Meek
Irelan McDaniel, PLLC
2520 Caroline St., 2nd Floor
Houston, Texas 77004

Erik and Darla Ostrander
20105 Krahn Rd.
Spring, TX 77388

Len E. Walker
The Weaver Law Firm
1800 Bering Dr., Suite 1050
Houston, TX 77057

United States Trustee
515 Rusk St., Suite 3516
Houston, TX 77002-2604

Reagan H. "Tres" Gibbs
Samuel T. Pendergast
Cokins Young
1221 Lamar St., 16th Floor
Houston, TX 77010-3039

By: /s/ Timothy L. Wentworth
Timothy L. Wentworth

4900-1042-6417, v. 2

```
Label Matrix for local noticing        ALLIANCE FARM AND RANCH, LLC            4
0541-4                                  5450 Honea Egypt Rd
Case 25-30155                           Montgomery, TX 77316-2364               United States Bankruptcy Court
Southern District of Texas                                                     PO Box 61010
Houston                                                                        Houston, TX 77208-1010
Mon Apr  7 14:22:35 CDT 2025

Alliance Energy Partners, LLC           Alliance Energy Partners, LLC          Dustin Etter
20008 Champions Forest Dr., Suite 1203  5450 Honea Egypt Rd                    c/o Noah E. W. Meek
Spring, TX 77379-8697                   Montgomery, TX 77316-2364              Irelan McDaniel, PLLC
                                                                               2520 Caroline, 2nd Floor
                                                                               Houston, TX 77004-1000


Erik and Darla Ostrander                Reagan H. 'Tres' Gibbs, III            Timothy L. Wentworth
20105 Krahn Rd.                         Cokinos Young                          Okin Adams Bartlett Curry LLP
Spring, TX 77388-4012                   1221 Lamar, 16th Floor                 1113 Vine St., Suite 240
                                        Houston, TX 77010-3039                 Houston, TX 77002-1044


US Trustee                              United States Trustee's Office         Thaison Danny Hua
Office of the US Trustee                515 Rusk St., Suite 3516               Rejas Hua & Hoang, PLLC
515 Rusk Ave                           Houston, TX 77002-2604                 4909 Bissonnet St.
Ste 3516                                                                       Ste. 100
Houston, TX 77002-2604                                                         Houston, TX 77401-4051


Timothy L. Wentworth
Okin Adams, LLP
1113 Vine St., Suite 240
Houston, TX 77002-1044
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)Alliance Farm and Ranch, LLC        (u)Dustin Etter                        (u)Erik and Darla Ostrander
5450 Honea Egypt Rd.
Montgomery, TX 77316-2364



End of Label Matrix
Mailable recipients   12
Bypassed recipients    3
Total                 15
```

Label Matrix for local noticing
0541-4
Case 25-31937
Southern District of Texas
Houston
Mon Apr  7 16:52:03 CDT 2025

Alliance Energy Partners, LLC
20008 Champions Forest Dr.
Suite 1203
Spring, TX 77379-8697

4

United States Bankruptcy Court
PO Box 61010
Houston, TX 77208-1010

405 Technology Solutions
PO Box 8433
Moore, OK 73153-8433

ADM Machine Shop
14217 HWY TX-105
Conroe, TX 77306-5356

AI Driller Inc
1801 W Wall St
Midland, TX 79701-6531

ASAP Thread Protecters
Jose Carrasco
Houston, TX 77066

Adobe Oilfield Services, Ltd
705 W. Hillmont
Odessa, TX 79764-1931

All-American Trucking
P.O. Box 270568
Houston, TX 77277-0568

Alliance Drilling Tools, LLC
PO Box 1503
Evanston, WY 82931-1503

Alliance Farm and Ranch
5450 Honea Egypt Rd.
Montgomery, TX 77316-2364

ArcoTech Drilling Solutions
REME Technologies dba Arcotech
PO Box 916
Broussard, LA 70518-0916

Arrington Directional LLC
Camp Arrington
2029 Eagle View Dr.
Navasota, TX 77868-3951

Bench Tree Rentals, LLC
2933 E. Davis
Conroe, TX 77301-7216

Benjamin W. Kadden
Lugenbuhl, Wheaton, Peck, Rankin
601 Poydras, Suite 2775
New Orleans, LA 70130-6041

Big H Transport LLC
PO Box 215
Dobbin, TX 77333-0215

Black Diamond
15425 North Freeway Suite 350
Houston, TX 77090-6016

Black Diamond Oilfield Rentals, LLC
15425 North Freeway Suite 350
Houston, TX 77090-6016

Brent William Smith
16516 El Camino Real, Suite 406
Houston, TX 77062-5723

Brittany Lopez CPA PC
7 Grogans Park, Suite 10
The Woodlands, TX 77380-2402

Cavare Inc
Bill Beattie
12066 FM 3083 Rd
Conroe, TX 77301-6104

Conroe Welding Supply Inc
415 South Frazier
Conroe, TX 77301-5098

DAC Electrical Services, LLC
7926 Adcock Acres Dr.
Conroe, TX 77303-4014

DAVM, LLC
12419 Bagwell Rd
Willis, TX 77378-4705

DIG
PO Box 916
Broussard, LA 70518-0916

Directional Manufacturing and Supply
1098 Marcon Dr
Lafayette, LA 70507

Discovery Downhole Services
1855 Skyview Dr.
Casper, WY 82601-9641

Downhole Works LLC
28723 Shirley Court
Magnolia, TX 77355-5613

Drakewell LLC
3324 NW 135TH ST
Oklahoma City, OK 73120-4054

Dril Tech, LLC
PO Box 622039
Dallas, TX 75262-2039

Drilling Tools International
1514 South County Road 1309
Midland, TX 79707-5839

Dura Coatings
13920 South Meridian
Oklahoma City, OK 73173-8804

Dustin Etter
c/o Noah E. W. Meek
Irelan McDaniel, PLLC
2520 Caroline, 2nd Floor
Houston, TX 77004-1000

Dyna-Drill
23400 Colonial Parkway
Katy, TX 77493-3598

Dyna-Drill Technologies LLC
23400 Colonial Parkway
Katy, TX 77493-3598

DynoMax Drilling Tools USA, Inc.
2830 Farrell Road
Houston, TX 77073-4106

FT Machine LLC
820 Turney Dr
Houston, TX 77038-3922

Ferretville Investments LLC
20008 Champion Forest Dr., Suite 1204
Spring, TX 77379-8697

Gator Technologies
2017 Traders Ridge Drive
Conroe, TX 77301-2153

GeoGuidance Drilling Services
P.O. Box 42647
Bakersfield, CA 93384-2647

Gordon Technologies LLC
PO Box 1486
Scott, LA 70583-1486

IAE International, Inc. d/b/a Sniper
13300 Stonefield Dr.
Houston, TX 77014-2923

IMECH - Innovative Mech. Solutions, LLC
2418 Greens Rd
Houston, TX 77032-1332

InMotion Technical Support
P.O. Box 770391
Houston, TX 77215-0391

Innova Drilling and Intervention
3050 Post Oak Blvd  Suite 510
Houston, TX 77056-6512

J & B Breakout Unit Repairs LLC
PO Box 604
Conroe, TX 77305-0604

Justin Renshaw
2900 Weslayan, Suite 360
Houston, TX 77027-5132

Keystone Manufacturing
12243 Northwoods Park Drive Suite A
Houston, TX 77041

Kyle V. Littlefield
32084 Ponderosa Way
Evergreen, CO 80439-6645

LMJ Solutions Oilfield Services
2700 Industrial Ln
Conroe, TX 77301-4072

Lion Inspection Services
3002 Farrell Rd
Houston, TX 77073-3007

Lone Star Trucking
P.O. Box 872
Odessa, TX 79760-0872

NOS
2800 Broadway, Suite C-709
Pearland, TX 77581-9502

On Point Logistics
15814 Champion Forest Dr. Suite 1083
Spring, TX 77379-7141

Pegasus NGV Trucking
PO Box 689
Broussard, LA 70518-0689

Performance Power Inc.
P.O. Box 1608
Casper, WY 82602-1608

Platinum Transport Service
3526 Azalea Sands Dr.
Spring, TX 77386-2926

Pmax Energy Services Inc
16655-2 Telge Road
Cypress, TX 77429-1387

Rig Runner
24955 I45 North
The Woodlands, TX 77380

Schumacher-Dixie, LLC
5610 Polk Street
Houston, TX 77023-2106

Spira Systems Inc
16518 Aldine Westfield Road Suite A
Houston, TX 77032-1363

Steel River Manufacturing LLC
18300 Strack Drive Suite 800
Spring, TX 77379-8798

Surface Resistance Technologies LLC
2998 Old Highway 105 E
Conroe, TX 77301-6452

Tellez Machine
606 Midland Dr
Houston, TX 77037-1227

Timothy L. Wentworth
Okin Adams Bartlett Curry LLP
1113 Vine St., Suite 240
Houston, TX 77002-1044

Timothy W. Strickland
Kean Miller, LLC
711 Louisiana St., Suite 1800
Houston, TX 77002-2832

Triumph Express
5805 Archduke Dr.
Houston, TX 77032

Turnazontal LLC
8514 Hamer Ranch
San Antonio, TX 78254-4526

US Trustee
Office of the US Trustee
515 Rusk Ave
Ste 3516
Houston, TX 77002-2604

United Machine Works
P O Box 525
New Waverly, TX 77358-0525

United States Trustee's Office
515 Rusk St., Suite 3516
Houston, TX 77002-2604

Viking Power Technologies
5203 Aeropark Dr.
Houston, TX 77032-4039

Viper Energy Technology
16623 Aldine Westfield Rd.
Houston, TX 77032-1351

William Hotze
Kane Russell Coleman Logan, PC
5151 San Felipe, 8th Floor
Houston, TX 77056-3607

Workrise - Rusco Operating, LLC
111 Congress Ave. Suite 1300
Austin, TX 78701-4092

Xela Media
851 Fisher Street unit B
Houston, TX 77018-5338

Timothy L. Wentworth
Okin Adams, LLP
1113 Vine St., Suite 240
Houston, TX 77002-1044

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Alliance Energy Partners, LLC
20008 Champions Forest Dr., Suite 1203
Spring, TX 77379-8697

(u)Alliance Energy Partners, LLC20008 Champio
United States Trustee's Office515 R
405 Technology SolutionsPO Box 8433M
ADM Machine Shop14217 HWY TX-105Conr
Adobe Oilfield Services, Ltd705 W. Hill
AI Driller Inc1801 W Wall StMidland

(d)Alliance Farm and Ranch, LLC
5450 Honea Egypt Rd.
Montgomery, TX 77316-2364

(u)Timothy L. WentworthOkin Adams Bartlett Cu

(u)Timothy L. WentworthOkin Adams Bartlett Cu
Alliance Energy Partners, LLC20008 Cham
United States Trustee's Office515 R
405 Technology SolutionsPO Box 8433M
ADM Machine Shop14217 HWY TX-105Conr
Adobe Oilfield Services, Ltd705 W. Hill

(d)Workrise- Rusco Operating, LLC
111 Congress Ave. Suite 1300
Austin, TX 78701-4092

End of Label Matrix
Mailable recipients    76
Bypassed recipients     6
Total                  82