IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 25-30155 |
| | § | |
| ALLIANCE FARM AND RANCH, LLC | § | |
| | § | |
| | § | (CHAPTER 11) |
| DEBTOR. | § | |

**DEBTOR'S OBJECTION TO THE OSTRANDERS'
EMERGENCY MOTION TO DISMISS**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

Alliance Farm and Ranch, LLC (the "Debtor") files this *Objection to The Ostranders' Motion to Dismiss,* and in support hereof, respectfully states as follows:

A. The Ostranders Lack Standing

1. The Ostranders assert that its foreclosure of the 5450 Honea Egypt Rd. property (the "Property") occurred on January 7, 2025 at 10:15 a.m. This bankruptcy case was filed on January 7, 2025 at 10:40 a.m. The Debtor does not dispute that the automatic stay does not apply to the foreclosure. There is also no dispute that the Ostranders hold no unsecured deficiency claim in this bankruptcy case since the amount they bid-in in at the foreclosure matched or exceeded the amount owed by the Debtor. The Ostranders' only role in this case is as the defendant in litigation brought by the Debtor. As such, the Ostranders have no stake in this case and lack standing to assert their dismissal motion. See *In re Odin Demolition & Asset Recovery, LLC*, 544 B.R. 615, 625 (Bankr. S.D. Tex. 2016) and the cases cited therein.

B. Dismissal of Case

2. The Ostranders assert that this case should be dismissed since "there is nothing to liquidate or reorganize." This is incorrect. The Debtor has claims against the Ostranders that, if

successfully prosecuted, would go to pay its creditors including the claim of its affiliate Alliance Energy Partners, Inc. ("Energy") in the amount of $1 million.

3. Courts have held that the fact that a debtor has no physical assets or ongoing business activities does not mean that it has no realistic prospects for proposing a plan of reorganization. *In re Toyota of Yonkers, Inc*., 135 B.R. 471, 476 (Bankr. S.D.N.Y. 1992). Further, there is no requirement in the Bankruptcy Code that a debtor must prove that a plan is confirmable in order to file a petition. *In re Gen. Growth Props*., 409 B.R. 43, 65 (Bankr. S.D.N.Y. 2009).

4. Dismissal of this case would harm the creditors of both the Debtor and Energy. Energy's claim against the Debtor may be the only asset it has to pay its creditors. As such, there is a compelling reason to maintain this case.

WHEREFORE, the Debtor respectfully prays that this Court deny the Motion to Dismiss the case; and grant the Debtor such other and further relief as this Court may deem just and proper.

Dated: April 7, 2025.

**OKIN ADAMS BARTLETT CURRY LLP**

By: /s/ *Timothy L. Wentworth*
Timothy L. Wentworth
Texas Bar No. 21179000
1113 Vine St., Suite 240
Houston, Texas 77002
Tel: 713.228.4100
Fax: 346.247.7158

**PROPOSED COUNSEL FOR ALLIANCE FARM AND RANCH, LLC**

4922-5224-7858, v. 2

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 7, 2025, a true and correct copy of the foregoing Objection was served via the Court's CM/ECF system and by United States First Class Mail to the parties listed below and to the parties listed on the attached service lists.

Dustin Etter
c/o Noah E. W. Meek
Irelan McDaniel, PLLC
2520 Caroline St., 2nd Floor
Houston, Texas 77004

Erik and Darla Ostrander
20105 Krahn Rd.
Spring, TX 77388

Len E. Walker
The Weaver Law Firm
1800 Bering Dr., Suite 1050
Houston, TX 77057

United States Trustee
515 Rusk St., Suite 3516
Houston, TX 77002-2604

Reagan H. "Tres" Gibbs
Samuel T. Pendergast
Cokins Young
1221 Lamar St., 16th Floor
Houston, TX 77010-3039

By: /s/ *Timothy L. Wentworth*
Timothy L. Wentworth

4922-5224-7858, v. 2

```
Label Matrix for local noticing        ALLIANCE FARM AND RANCH, LLC           4
0541-4                                 5450 Honea Egypt Rd                    United States Bankruptcy Court
Case 25-30155                          Montgomery, TX 77316-2364              PO Box 61010
Southern District of Texas                                                    Houston, TX 77208-1010
Houston
Mon Apr  7 14:22:35 CDT 2025

Alliance Energy Partners, LLC          Alliance Energy Partners, LLC          Dustin Etter
20008 Champions Forest Dr., Suite 1203 5450 Honea Egypt Rd                    c/o Noah E. W. Meek
Spring, TX 77379-8697                  Montgomery, TX 77316-2364              Irelan McDaniel, PLLC
                                                                              2520 Caroline, 2nd Floor
                                                                              Houston, TX 77004-1000


Erik and Darla Ostrander              Reagan H. 'Tres' Gibbs, III             Timothy L. Wentworth
20105 Krahn Rd.                       Cokinos Young                           Okin Adams Bartlett Curry LLP
Spring, TX 77388-4012                 1221 Lamar, 16th Floor                  1113 Vine St., Suite 240
                                      Houston, TX 77010-3039                  Houston, TX 77002-1044


US Trustee                            United States Trustee's Office          Thaison Danny Hua
Office of the US Trustee              515 Rusk St., Suite 3516                Rejas Hua & Hoang, PLLC
515 Rusk Ave                          Houston, TX 77002-2604                  4909 Bissonnet St.
Ste 3516                                                                      Ste. 100
Houston, TX 77002-2604                                                        Houston, TX 77401-4051


Timothy L. Wentworth
Okin Adams, LLP
1113 Vine St., Suite 240
Houston, TX 77002-1044
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)Alliance Farm and Ranch, LLC        (u)Dustin Etter                        (u)Erik and Darla Ostrander
5450 Honea Egypt Rd.
Montgomery, TX 77316-2364
```


End of Label Matrix
Mailable recipients    12
Bypassed recipients     3
Total                  15

```
Label Matrix for local noticing          Alliance Energy Partners, LLC          4
0541-4                                    20008 Champions Forest Dr.             United States Bankruptcy Court
Case 25-31937                             Suite 1203                             PO Box 61010
Southern District of Texas                Spring, TX 77379-8697                  Houston, TX 77208-1010
Houston
Mon Apr  7 16:52:03 CDT 2025

405 Technology Solutions                  ADM Machine Shop                       AI Driller Inc
PO Box 8433                               14217 HWY TX-105                       1801 W Wall St
Moore, OK 73153-8433                      Conroe, TX 77306-5356                  Midland, TX 79701-6531


ASAP Thread Protecters                    Adobe Oilfield Services, Ltd           All-American Trucking
Jose Carrasco                             705 W. Hillmont                        P.O. Box 270568
Houston, TX 77066                         Odessa, TX 79764-1931                  Houston, TX 77277-0568


Alliance Drilling Tools, LLC              Alliance Farm and Ranch                ArcoTech Drilling Solutions
PO Box 1503                               5450 Honea Egypt Rd.                   REME Technologies dba Arcotech
Evanston, WY 82931-1503                   Montgomery, TX 77316-2364              PO Box 916
                                                                                 Broussard, LA 70518-0916


Arrington Directional LLC                 Bench Tree Rentals, LLC                Benjamin W. Kadden
Camp Arrington                            2933 E. Davis                          Lugenbuhl, Wheaton, Peck, Rankin
2029 Eagle View Dr.                       Conroe, TX 77301-7216                  601 Poydras, Suite 2775
Navasota, TX 77868-3951                                                          New Orleans, LA 70130-6041


Big H Transport LLC                       Black Diamond                          Black Diamond Oilfield Rentals, LLC
PO Box 215                                15425 North Freeway Suite 350          15425 North Freeway Suite 350
Dobbin, TX 77333-0215                     Houston, TX 77090-6016                 Houston, TX 77090-6016


Brent William Smith                       Brittany Lopez CPA PC                  Cavare Inc
16516 El Camino Real, Suite 406           7 Grogans Park, Suite 10               Bill Beattie
Houston, TX 77062-5723                    The Woodlands, TX 77380-2402           12066 FM 3083 Rd
                                                                                 Conroe, TX 77301-6104


Conroe Welding Supply Inc                 DAC Electrical Services, LLC           DAVM, LLC
415 South Frazier                         7926 Adcock Acres Dr.                  12419 Bagwell Rd
Conroe, TX 77301-5098                     Conroe, TX 77303-4014                  Willis, TX 77378-4705


DIG                                       Directional Manufacturing and Supply   Discovery Downhole Services
PO Box 916                                1098 Marcon Dr                         1855 Skyview Dr.
Broussard, LA 70518-0916                  Lafayette, LA 70507                    Casper, WY 82601-9641


Downhole Works LLC                        Drakewell LLC                          Dril Tech, LLC
28723 Shirley Court                       3324 NW 135TH ST                       PO Box 622039
Magnolia, TX 77355-5613                   Oklahoma City, OK 73120-4054           Dallas, TX 75262-2039
```

| | | |
|---|---|---|
| Drilling Tools International<br>1514 South County Road 1309<br>Midland, TX 79707-5839 | Dura Coatings<br>13920 South Meridian<br>Oklahoma City, OK 73173-8804 | Dustin Etter<br>c/o Noah E. W. Meek<br>Irelan McDaniel, PLLC<br>2520 Caroline, 2nd Floor<br>Houston, TX 77004-1000 |
| Dyna-Drill<br>23400 Colonial Parkway<br>Katy, TX 77493-3598 | Dyna-Drill Technologies LLC<br>23400 Colonial Parkway<br>Katy, TX 77493-3598 | DynoMax Drilling Tools USA, Inc.<br>2830 Farrell Road<br>Houston, TX 77073-4106 |
| FT Machine LLC<br>820 Turney Dr<br>Houston, TX 77038-3922 | Ferretville Investments LLC<br>20008 Champion Forest Dr., Suite 1204<br>Spring, TX 77379-8697 | Gator Technologies<br>2017 Traders Ridge Drive<br>Conroe, TX 77301-2153 |
| GeoGuidance Drilling Services<br>P.O. Box 42647<br>Bakersfield, CA 93384-2647 | Gordon Technologies LLC<br>PO Box 1486<br>Scott, LA 70583-1486 | IAE International, Inc. d/b/a Sniper<br>13300 Stonefield Dr.<br>Houston, TX 77014-2923 |
| IMECH - Innovative Mech. Solutions, LLC<br>2418 Greens Rd<br>Houston, TX 77032-1332 | InMotion Technical Support<br>P.O. Box 770391<br>Houston, TX 77215-0391 | Innova Drilling and Intervention<br>3050 Post Oak Blvd  Suite 510<br>Houston, TX 77056-6512 |
| J & B Breakout Unit Repairs LLC<br>PO Box 604<br>Conroe, TX 77305-0604 | Justin Renshaw<br>2900 Weslayan, Suite 360<br>Houston, TX 77027-5132 | Keystone Manufacturing<br>12243 Northwoods Park Drive Suite A<br>Houston, TX 77041 |
| Kyle V. Littlefield<br>32084 Ponderosa Way<br>Evergreen, CO 80439-6645 | LMJ Solutions Oilfield Services<br>2700 Industrial Ln<br>Conroe, TX 77301-4072 | Lion Inspection Services<br>3002 Farrell Rd<br>Houston, TX 77073-3007 |
| Lone Star Trucking<br>P.O. Box 872<br>Odessa, TX 79760-0872 | NOS<br>2800 Broadway, Suite C-709<br>Pearland, TX 77581-9502 | On Point Logistics<br>15814 Champion Forest Dr. Suite 1083<br>Spring, TX 77379-7141 |
| Pegasus NGV Trucking<br>PO Box 689<br>Broussard, LA 70518-0689 | Performance Power Inc.<br>P.O. Box 1608<br>Casper, WY 82602-1608 | Platinum Transport Service<br>3526 Azalea Sands Dr.<br>Spring, TX 77386-2926 |
| Pmax Energy Services Inc<br>16655-2 Telge Road<br>Cypress, TX 77429-1387 | Rig Runner<br>24955 I45 North<br>The Woodlands, TX 77380 | Schumacher-Dixie, LLC<br>5610 Polk Street<br>Houston, TX 77023-2106 |

| | | |
|---|---|---|
| Spira Systems Inc<br>16518 Aldine Westfield Road Suite A<br>Houston, TX 77032-1363 | Steel River Manufacturing LLC<br>18300 Strack Drive Suite 800<br>Spring, TX 77379-8798 | Surface Resistance Technologies LLC<br>2998 Old Highway 105 E<br>Conroe, TX 77301-6452 |
| Tellez Machine<br>606 Midland Dr<br>Houston, TX 77037-1227 | Timothy L. Wentworth<br>Okin Adams Bartlett Curry LLP<br>1113 Vine St., Suite 240<br>Houston, TX 77002-1044 | Timothy W. Strickland<br>Kean Miller, LLC<br>711 Louisiana St., Suite 1800<br>Houston, TX 77002-2832 |
| Triumph Express<br>5805 Archduke Dr.<br>Houston, TX 77032 | Turnazontal LLC<br>8514 Hamer Ranch<br>San Antonio, TX 78254-4526 | US Trustee<br>Office of the US Trustee<br>515 Rusk Ave<br>Ste 3516<br>Houston, TX 77002-2604 |
| United Machine Works<br>P O Box 525<br>New Waverly, TX 77358-0525 | United States Trustee's Office<br>515 Rusk St., Suite 3516<br>Houston, TX 77002-2604 | Viking Power Technologies<br>5203 Aeropark Dr.<br>Houston, TX 77032-4039 |
| Viper Energy Technology<br>16623 Aldine Westfield Rd.<br>Houston, TX 77032-1351 | William Hotze<br>Kane Russell Coleman Logan, PC<br>5151 San Felipe, 8th Floor<br>Houston, TX 77056-3607 | Workrise - Rusco Operating, LLC<br>111 Congress Ave. Suite 1300<br>Austin, TX 78701-4092 |
| Xela Media<br>851 Fisher Street unit B<br>Houston, TX 77018-5338 | Timothy L. Wentworth<br>Okin Adams, LLP<br>1113 Vine St., Suite 240<br>Houston, TX 77002-1044 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Alliance Energy Partners, LLC<br>20008 Champions Forest Dr., Suite 1203<br>Spring, TX 77379-8697 | (u)Alliance Energy Partners, LLC20008 Champio<br>United States Trustee's Office515 R<br>405 Technology SolutionsPO Box 8433M<br>ADM Machine Shop14217 HWY TX-105Conr<br>Adobe Oilfield Services, Ltd705 W. Hill<br>AI Driller Inc1801 W Wall StMidland | (d)Alliance Farm and Ranch, LLC<br>5450 Honea Egypt Rd.<br>Montgomery, TX 77316-2364 |
| (u)Timothy L. WentworthOkin Adams Bartlett Cu | (u)Timothy L. WentworthOkin Adams Bartlett Cu<br>Alliance Energy Partners, LLC20008 Cham<br>United States Trustee's Office515 R<br>405 Technology SolutionsPO Box 8433M<br>ADM Machine Shop14217 HWY TX-105Conr<br>Adobe Oilfield Services, Ltd705 W. Hill | (d)Workrise- Rusco Operating, LLC<br>111 Congress Ave. Suite 1300<br>Austin, TX 78701-4092 |

End of Label Matrix
Mailable recipients      76
Bypassed recipients       6
Total                    82