**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | **Bankruptcy Case No. 25-30155** |
| **ALLIANCE FARM AND RANCH, LLC** | § | |

**DUSTIN ETTER'S WITNESS AND EXHIBIT LIST**

For the hearing to be held at 2:00 PM on 4/9/2025 on <u>Debtor's Motion to Jointly</u>

<u>Administer</u> (Doc. 40).

<u>Witness(es)</u>:

1. Jerod Furr

2. Timothy J. Wentworth

3. Noah Meek

<u>Exhibits</u>:

1. State court response to motion to appoint receiver

2. Affidavit of Wentworth

3. FT Machine default judgment

4. Black Diamond default judgment

5. State court hearing transcript excerpts

6. State court interrogatory answers

Any witness or exhibit designated by any other party for the hearing.

Respectfully submitted,

IRELAN MCDANIEL, PLLC

By:___/s/ Noah Meek_____
      Noah E. W. Meek
      State Bar No. 24084554
      Email: nmeek@imtexaslaw.com
      2520 Caroline St., 2nd Floor
      Houston, Texas 77004
      Phone:  (713) 222-7666
      Fax:     (713) 222-7669

**ATTORNEYS FOR CREDITOR
DUSTIN ETTER**

**<u>CERTIFICATE OF SERVICE</u>**

      This is to certify that on April 8, 2025, a true and correct copy of this instrument was served upon all parties **VIA the Court's CM/ECF System** in compliance with the Federal Rules of Bankruptcy Procedure.

Timothy L. Wentworth
Okin Adams Bartlett Curry, LLP
1113 Vine St., Suite 240
Houston, Texas 77002
VIA Email: twentworth@okinadams.com

Reagan H. "Tres" Gibbs, III
Cokinos Young
1221 Lamar St., 16th Floor
Houston, Texas 77010
VIA Email: tgibbs@cokinoslaw.com

United States Trustee
515 Rusk St., Suite 3516
Houston, Texas 77002
VIA Email:
USTPRegion07.HU.ECF@USDOJ.GOV

Janet Northrup
Hughes Watters Askanase, LLP
1201 Louisiana St., 28th Floor
Houston, Texas 77002
VIA Email: jnorthrup@hwa.com

Thaison Danny Hua
Rejas Hua & Hoang, PLLC
4909 Bissonnet St., Suite 100
Houston, TX 77401
VIA Email: thaison@rhhlawgroup.com

                                 /s/ Noah Meek
                                 Noah Meek