1/8/2025 12:22 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 95987682
By: Ashley Lopez
Filed: 1/8/2025 10:14 AM

CAUSE NO. 2024-84428 **EXHIBIT 3**

| | | |
|---|---|---|
| FT MACHINE, LLC | § | IN THE DISTRICT COURT |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 133RD JUDICIAL DISTRICT |
| | § | |
| ALLIANCE ENERGY PARTNERS, LLC | § | |
| | § | |
| Defendant. | § | HARRIS COUNTY, TEXAS |

**ORDER ON PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT**

ON THIS DAY, came to be considered the Motion for Default Judgment filed by Plaintiff FT Machine, LLC. ("Plaintiff") against Defendant Alliance Energy Partners, LLC. ("Defendant"). The court determined Defendant was properly served with citation and Plaintiff's Original Petition. Defendant has failed to appear or answer within the time prescribed by law and has defaulted. Further, the Court finds that the executed citation was returned in accordance with Rule 107 of the Texas rules of Civil Procedure and has been on file with the Clerk of the Court for more than ten (10) days, exclusive of the date of filing and this day. Plaintiff is therefore entitled, under the provisions of Rule 239 of the Texas Rules of Civil Procedure to a default judgment against Defendant.

The Court is of the opinion and finds that Defendant has by default admitted the material allegations of Plaintiff's Original Petition on file herein; default against Defendant on the liability of Plaintiff's cause of action; that after considering evidence of reasonable and necessary attorneys' fees, such attorneys' fees shown below are reasonable and necessary; and that, in accordance with the written instruments on file, Plaintiff should be granted judgment by default against Defendant.

It is therefore ORDERED, ADJUDGED, AND DECREED that Plaintiffs have and recover judgment from Defendant Alliance Energy Partners, LLC as follows:

Actual Damages: $ 79,073.50

Attorneys' Fees: $ 3,025.00

Costs: $ 463.35

It is further ORDERED, ADJUDGED, AND DECREED that if this matter is appealed to the court of appeals and Plaintiff is successful then an additional amount of $12,500.00 is awarded to Plaintiff for reasonable and necessary attorneys' fees and if the matter is appealed to the Texas Supreme Court and Plaintiff is successful then an additional amount of $12,500.00 is awarded to Plaintiff for reasonable and necessary attorneys' fees.

It is further ORDERED, ADJUDGED, AND DECREED that Plaintiff has and recover of and from Defendant interest at the rate of 8.5% per annum on the entire judgment amount, including pre-judgment interest, attorneys' fees, and court costs, from the date said judgment is signed until such judgment is fully and finally paid.

It is further ORDERED, ADJUDGED, AND DECREED that all Court costs incurred herein are taxed against Defendant.

It is further ORDERED, ADJUDGED, AND DECREED that Plaintiff be allowed such writs and processes as may be necessary in the enforcement and collection of this judgment.

SIGNED this _____ day of on _____, 2025.

Signed:
1/29/2025

_____
PRESIDING JUDGE

APPROVED AS TO FORM

Law Offices of Brent W. Smith, PLLC

By: /s/ Brent Smith
Brent Smith
State Bar No. 24083875
Email: brent@bwsmithlaw.com
Law Offices of Brent W. Smith, PLLC

16516 El Camino Real #406
Houston, TX 77062
Tel. 832-548-0350
Attorney for FT Machine, LLC

Certified Document Number: 118734634 - Page 3 of 6

# Activities Export

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|------|------|-------------|--------|------|-----|----------|------------------|--------------|
| 01/08/2025 | | Finalized motion for default, exhibits, proposed order, notice of submission. Filed all documents.<br><br>Unbilled | 00061-FT Machine v Alliance | Brent Smith | 1.00h | $250.00 | - | $250.00 |
| 01/06/2025 | | Drafted Motion for Default Judgment, prepared exhibits.<br><br>Unbilled | 00061-FT Machine v Alliance | Brent Smith | 2.80h | $250.00 | - | $700.00 |
| 12/12/2024 | | Process server fee<br>Billed invoice 167 | 00061-FT Machine v Alliance | Brent Smith | 1.00 | $95.00 | - | $95.00 |
| 12/12/2024 | | Received citation return. Verified the filing was filed with the Court. Call with process server about multiple lawsuits being received by the registered agent. Heads up that is not the only party suing defendant. Text update to Chris.<br><br>Billed invoice 167 | 00061-FT Machine v Alliance | Brent Smith | 0.40h | $250.00 | - | $100.00 |
| 12/04/2024 | | Received and filed the accepted copy of the original petition and exhibits. Received and filed the citation. Sent all documents to the process server for service of the petition and exhibits on the defendant.<br><br>Billed invoice 160 | 00061-FT Machine v Alliance | Brent Smith | 0.30h | $250.00 | - | $75.00 |
| 12/03/2024 | | Rescan and prepare exhibits that did not meet filing requirements. Refiled with Harris County District Clerk.<br><br>Billed invoice 160 | 00061-FT Machine v Alliance | Brent Smith | 0.40h | $250.00 | - | $100.00 |

**$0.00**
0.00h

**$3,488.35**
12.10h

# Activities Export

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 12/03/2024 | | Harris County new case filing fee and citation fee.<br><br>Billed invoice 160 | 00061-FT Machine v Alliance | Brent Smith | 1.00 | $368.35 | - | $368.35 |
| 11/26/2024 | | Finalize Original Petition. Prepared and tagged Exhibits. Filed with Harris County District Clerk<br><br>Billed invoice 160 | 00061-FT Machine v Alliance | Brent Smith | 1.00h | $250.00 | - | $250.00 |
| 11/25/2024 | | Follow up with Chris and Krystal about the affidavits.<br><br>Billed invoice 160 | 00061-FT Machine v Alliance | Brent Smith | 0.10h | $250.00 | - | $25.00 |
| 11/08/2024 | | Received and reviewed invoices and accounts receivable documentation. Finalized petition and affidavits. Sent drafts to Christian for review, execution, and return for filing petition.<br><br>Billed invoice 160 | 00061-FT Machine v Alliance | Brent Smith | 0.80h | $250.00 | - | $200.00 |
| 10/31/2024 | | Review of documents and drafting of Affidavits for the Business Records affidavit and Affidavit of Account. Need invoices, accounts receivable, and any payment documentation for credits for the affidavits to finalize.<br><br>Billed invoice 146 | 00061-FT Machine v Alliance | Brent Smith | 1.30h | $250.00 | - | $325.00 |
| 10/30/2024 | | Review of file and emails, and began drafting Original Petition. Legal research on claims. Search of Secretary of State for defendant information for the lawsuit. Email communication with Christian. | 00061-FT Machine v Alliance | Brent Smith | 3.50h | $250.00 | - | $875.00 |

|  |  |
|---|---|
| $0.00 | $3,488.35 |
| 0.00h | 12.10h |

# Activities Export

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|------|------|-------------|--------|------|-----|----------|------------------|--------------|
| 10/18/2024 | | Billed invoice 146 | | | | | | |
| | | Prepared file and began drafting Original Petition.<br>Billed invoice 146 | 00061-FT Machine<br>FT Machine v Alliance | Brent Smith | 0.50h | $250.00 | - | $125.00 |
| | | | | | | | $0.00<br>0.00h | $3,488.35<br>12.10h |



I, Marilyn Burgess, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   April 8, 2025

Certified Document Number:        118734634 Total Pages:  6

Marilyn Burgess, DISTRICT CLERK

HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 51.301 and 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**