11/25/2024 4:23:22 PM
Marilyn Burgess - District Clerk
Harris County
Envelope No: 94691727
By: TRAVIS, TAUJHNAE L
Filed: 11/25/2024 4:23:22 PM

CAUSE NO. <u>2024-68798</u>   **EXHIBIT 4**

| | | |
|---|---|---|
| BLACK DIAMOND OILFIELD RENTALS, LLC | § § § | IN THE DISTRICT COURT OF |
| *Plaintiff,* | § | |
| | § | HARRIS COUNTY, TEXAS |
| V. | § § | |
| ALLIANCE ENERGY PARTNERS, LLC | § § | 269th JUDICIAL DISTRICT |
| *Defendant.* | § | |

### ORDER ON PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

After considering Plaintiff, Black Diamond Oilfield Rentals, LLC's Motion for Default Judgment, the pleadings, and the affidavits, the Court finds it meritorious and therefore ORDERS as follows:

1. Plaintiff Black Diamond Oilfield Rentals, LLC's Motion for Default Judgment against Defendant Alliance Energy Partners, LLC is GRANTED.

2. It is ORDERED that Plaintiff Black Diamond Oilfield Rentals, LLC be awarded the entire unpaid principal balance of the Account and all other amounts due and owing pursuant to the terms of the Account for Alliance Energy Partners, LLC's breach of contract.

3. It is ORDERED that Plaintiff Black Diamond Oilfield Rentals, LLC be awarded reasonable attorney's fees, at all levels of the legal process; all cost of court herein; and

4. It is ORDERED that Plaintiff Black Diamond Oilfield Rentals, LLC is awarded post-judgment interest on the above damages to the maximum extent permitted under Texas law.

SIGNED this _____ day of _____, 2024.

Signed: 12/10/2024

_____

PRESIDING JUDGE

Certified Document Number: 117977944 - Page 2 of 2



I, Marilyn Burgess, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this   April 8, 2025

Certified Document Number:        117977944 Total Pages:  2

Marilyn Burgess, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 51.301 and 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**