United States Bankruptcy Court
Southern District of Texas
**ENTERED**
April 08, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 25-30155 |
| | § | |
| ALLIANCE FARM AND RANCH, LLC | § | |
| | § | |
| | § | (CHAPTER 7) |
| DEBTOR. | § | |

## ORDER GRANTING MOTION FOR SUBSTITUTION OF COUNSEL

On this day, the Court considered Alliance Farm and Ranch, LLC's Motion for Substitution of Counsel and is of the opinion that the Motion should be GRANTED. It is, therefore,

ORDERED that Timothy L. Wentworth of Okin Adams Bartlett Curry LLP be substituted as counsel of record for Alliance Farm and Ranch, LLC in place of Thaison Danny Hua of Rejas Hua & Hoang, PLLC, as follows:

> Timothy L. Wentworth
> Texas Bar No. 21179000
> twentworth@okinadams.com
> 1113 Vine St., Suite 240
> Houston, Texas 77002
> Tel: 713.228.4100
> Fax: 346.247.7158

IT IS FURTHER ORDERED that all parties correct their records to reflect the substitution of counsel and that all future notices, correspondence, and pleadings be directed to Timothy L. Wentworth, as outlined above.

Signed: April 08, 2025

Alfredo R Pérez
United States Bankruptcy Judge

United States Bankruptcy Court

Southern District of Texas

| | |
|---|---|
| In re: | Case No. 25-30155-arp |
| ALLIANCE FARM AND RANCH, LLC | Chapter 11 |
| Alliance Energy Partners, LLC | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 1 of 2 |
| Date Rcvd: Apr 08, 2025 | Form ID: pdf002 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 10, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | ALLIANCE FARM AND RANCH, LLC, 5450 Honea Egypt Rd, Montgomery, TX 77316-2364 |
| jdb | + | Alliance Energy Partners, LLC, 20008 Champions Forest Dr., Suite 1203, Spring, TX 77379-8697 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Dustin Etter |
| intp | | Erik and Darla Ostrander |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 10, 2025        Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 8, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Noah E Meek | on behalf of Creditor Dustin Etter nmeek@imtexaslaw.com |
| Reagan H. Tres Gibbs, III | on behalf of Interested Party Erik and Darla Ostrander tgibbs@cokinoslaw.com  kwaller@cokinoslaw.com |
| Samuel Thomas Pendergast | on behalf of Interested Party Erik and Darla Ostrander spendergast@cokinoslaw.com |
| Thaison Danny Hua | |

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 2 of 2 |
| Date Rcvd: Apr 08, 2025 | Form ID: pdf002 | Total Noticed: 2 |

        on behalf of Debtor ALLIANCE FARM AND RANCH  LLC thaison@rhhlawgroup.com

Timothy L. Wentworth
        on behalf of Joint Debtor Alliance Energy Partners  LLC twentworth@okinadams.com,
        sgonzales@okinadams.com;nhollon@okinadams.com

Timothy L. Wentworth
        on behalf of Debtor ALLIANCE FARM AND RANCH  LLC twentworth@okinadams.com,
        sgonzales@okinadams.com;nhollon@okinadams.com

US Trustee
        USTPRegion07.HU.ECF@USDOJ.GOV


TOTAL: 7