IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 25-30155 |
| | § | |
| ALLIANCE FARM AND RANCH, LLC LLC | § § | |
| | § | |
| | § | |
| DEBTOR. | § | Chapter 11 |

### NOTICE OF HEARING ON DEBTOR'S APPLICATION TO AUTHORIZE EMPLOYMENT AND RETENTION OF OKIN ADAMS BARTLETT CURRY LLP AND APPLICATION FOR ENTRY FOR AN ORDER AS COUNSEL FOR THE DEBTOR
**(Relates to ECF # 26)**

**PLEASE TAKE NOTICE** that the Court has set a hearing to *Application for an Order Pursuant to Sections 327(a) and 328(a) of the Bankruptcy Code Authorizing the Employment and Retention of Okin Adams Bartlett Curry LLP as Counsel for the Debtor* (***ECF Docket #26***)(the "Application") will be held on **May 1, 2025, at 11:00 a.m. (Prevailing Central Time)** at the United States Bankruptcy Court at 515 Rusk Street, in Courtroom 400, 4th Floor, Houston, TX 77002 before the Honorable Alfredo R. Perez, United States Bankruptcy Judge, for the Southern District of Texas, Houston Division.

Respectfully submitted this 14th day of April 2025.

                                             **OKIN ADAMS BARTLETT CURRY LLP**
                                             By*:*     */s/ Timothy L. Wentworth*
                                                  Timothy L. Wentworth
                                                  Texas Bar No. 21179000
                                                  1113 Vine St., Suite 240
                                                  Houston, Texas 77002
                                                  Tel: (713) 228-4100
                                                  Fax: (346) 247-7158
                                                  Email: twentworth@okinadams.com

                                             **PROPOSED COUNSEL FOR**
                                             **ALLIANCE FARM AND RANCH, LLC**

## **CERTIFICATE OF SERVICE**

I hereby certify that on **April 14, 2025**, a true and correct copy of the foregoing **Notice of Hearing** was served via the Court's CM/ECF system and via first class mail to all parties on the attached service list, consenting to service through the same.

> By:    /s/ *Timothy L. Wentworth*
>         Timothy L. Wenworth