| | | |
|---|---|---|
| Label Matrix for local noticing<br>0541-4<br>Case 25-30155<br>Southern District of Texas<br>Houston<br>Mon Apr  7 14:16:11 CDT 2025 | ALLIANCE FARM AND RANCH, LLC<br>5450 Honea Egypt Rd<br>Montgomery, TX 77316-2364 | 4<br>United States Bankruptcy Court<br>PO Box 61010<br>Houston, TX 77208-1010 |
| Alliance Energy Partners, LLC<br>20008 Champions Forest Dr., Suite 1203<br>Spring, TX 77379-8697 | Alliance Energy Partners, LLC<br>5450 Honea Egypt Rd<br>Montgomery, TX 77316-2364 | Dustin Etter<br>c/o Noah E. W. Meek<br>Irelan McDaniel, PLLC<br>2520 Caroline, 2nd Floor<br>Houston, TX 77004-1000 |
| Erik and Darla Ostrander<br>20105 Krahn Rd.<br>Spring, TX 77388-4012 | Reagan H. 'Tres' Gibbs, III<br>Cokinos Young<br>1221 Lamar, 16th Floor<br>Houston, TX 77010-3039 | Timothy L. Wentworth<br>Okin Adams Bartlett Curry LLP<br>1113 Vine St., Suite 240<br>Houston, TX 77002-1044 |
| US Trustee<br>Office of the US Trustee<br>515 Rusk Ave<br>Ste 3516<br>Houston, TX 77002-2604 | United States Trustee's Office<br>515 Rusk St., Suite 3516<br>Houston, TX 77002-2604 | Thaison Danny Hua<br>Rejas Hua & Hoang, PLLC<br>4909 Bissonnet St.<br>Ste. 100<br>Houston, TX 77401-4051 |
| Timothy L. Wentworth<br>Okin Adams, LLP<br>1113 Vine St., Suite 240<br>Houston, TX 77002-1044 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Alliance Farm and Ranch, LLC<br>5450 Honea Egypt Rd.<br>Montgomery, TX 77316-2364 | (u)Dustin Etter | (u)Erik and Darla Ostrander |

End of Label Matrix
Mailable recipients    12
Bypassed recipients     3
Total                  15