IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 25-30155 |
| | § | |
| ALLIANCE FARM AND RANCH, LLC | § | |
| | § | |
| | § | (CHAPTER 11) |
| DEBTOR. | § | |

**DEBTOR'S REPLY TO THE OSTRANDERS' POST-HEARING
BRIEF IN SUPPORT OF MOTION TO DISMISS**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

Alliance Farm and Ranch, LLC (the "Debtor") files this *Reply to the Ostranders' Post-Hearing Brief in Support of Motion to Dismiss,* and in support hereof, respectfully states as follows:

1. The Debtor files this reply to correct misstatements in the Ostranders' brief. First, the Ostranders continue to assert that the Debtor has only one asset – the real property. This is incorrect. The Debtor has a valuable cause of action against the Ostranders. Further, it is apparent from evidence presented at the hearing that the Ostranders failed to property foreclose on the Debtor's personal property[1], valued at $231,532.00 on the Debtor's schedules. Further, since the Ostranders have been, or will be, made whole by the foreclosure and sale of the real property, it is likely that the personal property will be unencumbered.

2. The Ostranders claim that the Debtor "currently has no employees and had no employees in 2024." This assertion is misleading. Jerod Furr testified that the Debtor operated the ranch in 2024, that the business generated income, and that the Debtor utilized contract labor.

---

[1] The Debtor has been unable to locate any documents that granted the Ostranders a perfected security interest in the personal property.

3. The Ostranders wholly ignore the benefit that will inure to the Debtor's largest unsecured creditor, Alliance Energy Partners, LLC. ("AEP"), from the continued prosecution of this case. AEP has over $2 million in non-insider unsecured creditors that stand to gain from this case.

4. "Courts can determine good faith only on an ad hoc basis and must decide whether the petitioner has abused the provisions, purpose, or spirit of bankruptcy law." *In re Tamecki*, 229 F.3d 205, 207 (3d Cir. 2000). There is no such evidence before the Court. Further, "it is quite common and not inappropriate for a debtor to use chapter 11 to obtain a respite from a creditor or creditors aggressively seeking to collect on a debt, even when execution is imminent, provided that financial rehabilitation is possible." *In re McStay*, 82 B.R. 763, 768 (Bankr. E.D. Pa. 1988). The Debtor has presented ample evidence that it can formulate a plan that will provide a meaningful payment to its creditors, and by extension, the creditors of AEP.

WHEREFORE, the Debtor respectfully prays that this Court grant the Application; and grant the Debtor such other and further relief as this Court may deem just and proper.

Dated: April 16, 2025.

                                    **OKIN ADAMS BARTLETT CURRY LLP**

                                    By: /s/ *Timothy L. Wentworth*
                                    Timothy L. Wentworth
                                    Texas Bar No. 21179000
                                    1113 Vine St., Suite 240
                                    Houston, Texas 77002
                                    Tel: 713.228.4100
                                    Fax: 346.247.7158

                                    **PROPOSED COUNSEL FOR ALLIANCE FARM AND RANCH, LLC**

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 16, 2025, a true and correct copy of the foregoing Reply was served via the Court's CM/ECF system and by United States First Class Mail to the parties listed on the attached service lists.

By: /s/ *Timothy L. Wentworth*
Timothy L. Wentworth

4900-5174-3287, v. 3

```
Label Matrix for local noticing          ALLIANCE FARM AND RANCH, LLC           4
0541-4                                   5450 Honea Egypt Rd                    United States Bankruptcy Court
Case 25-30155                            Montgomery, TX 77316-2364              PO Box 61010
Southern District of Texas                                                      Houston, TX 77208-1010
Houston
Mon Apr  7 14:22:35 CDT 2025

Alliance Energy Partners, LLC            Alliance Energy Partners, LLC          Dustin Etter
20008 Champions Forest Dr., Suite 1203   5450 Honea Egypt Rd                    c/o Noah E. W. Meek
Spring, TX 77379-8697                    Montgomery, TX 77316-2364              Irelan McDaniel, PLLC
                                                                                2520 Caroline, 2nd Floor
                                                                                Houston, TX 77004-1000

Erik and Darla Ostrander                 Reagan H. 'Tres' Gibbs, III            Timothy L. Wentworth
20105 Krahn Rd.                          Cokinos Young                          Okin Adams Bartlett Curry LLP
Spring, TX 77388-4012                    1221 Lamar, 16th Floor                 1113 Vine St., Suite 240
                                         Houston, TX 77010-3039                 Houston, TX 77002-1044

US Trustee                               United States Trustee's Office         Thaison Danny Hua
Office of the US Trustee                 515 Rusk St., Suite 3516               Rejas Hua & Hoang, PLLC
515 Rusk Ave                             Houston, TX 77002-2604                 4909 Bissonnet St.
Ste 3516                                                                        Ste. 100
Houston, TX 77002-2604                                                          Houston, TX 77401-4051

Timothy L. Wentworth
Okin Adams, LLP
1113 Vine St., Suite 240
Houston, TX 77002-1044
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)Alliance Farm and Ranch, LLC          (u)Dustin Etter                        (u)Erik and Darla Ostrander
5450 Honea Egypt Rd.
Montgomery, TX 77316-2364
```

```
End of Label Matrix
Mailable recipients     12
Bypassed recipients      3
Total                   15
```