# Receipts and Disbursements Ledger

**Printed at 12:28 PM, Apr 04, 2022**

**EXHIBIT 3**

| | |
|---|---|
| Buyer/Borrower: | **Alliance Farm and Ranch LLC** |
| Seller: | **Erik C. Ostrander and Darla Ostrander** |
| Lender: | **Eric C. Ostrander and Darla R. Ostrander** |
| Closing Date: | **4/1/2022** |
| File Number: | **2200122TW** |
| Property Address: | **5450 Honea Egypt Road, Montgomery TX 77316** |
| Closer: | **DO1 - Danell Osborn** |
| Primary Bank: | **Woodlands First Financial Escrow Acct** |

Open Date: **01/20/2022**

Escrow Assistant: **Danell Osborn**

**Woodlands First Financial Escrow Acct**

## Receipts

| Trans ID: | Payor | Description: | Type of Funds | Deposit Date | Amount | |
|---|---|---|---|---|---|---|
| 2200122TW-1 | Alliance Energy Partners LLC | Earnest Money | Check | 01/24/2022 | 30,000.00 | C |
| | | Total | | | 30,000.00 | |
| 2200122TW-2 | Alliance Energy Partners LLC | Option Fee | Check | 01/24/2022 | 5,000.00 | C |
| | | Total | | | 5,000.00 | |
| 2200122TW-3 | Alliance Farm and Ranch LLC | Funds from Buyer | Wire | 04/01/2022 | 960,515.25 | |
| | | Total | | | 960,515.25 | |
| | | **Total Receipts** | | | **995,515.25** | |

## Disbursements

| Check #: | Payee | Description: | Type of Funds | Check Date | Amount |
|---|---|---|---|---|---|
| | **Erik C. Ostrander and Darla Ostrander** | | | | |
| 603 | | Proceeds of Sale | Check | Not Issued | 630,232.47 |
| | | Total | | | 630,232.47 |
| | **Holly Rosser** | | | | |
| | | Listing Agent Commission | Check | Not Issued | 174,768.13 |
| | | Total | | | 174,768.13 |
| | **Jeana Hurley** | | | | |
| | | Selling Agent Commission | Check | Not Issued | 139,290.38 |
| | | Total | | | 139,290.38 |



**Woodlands First Financial Escrow Acct**

| Disbursements | | | | | | |
|---|---|---|---|---|---|---|
| **Check #:** | **Payee** | **Description:** | **Type of Funds** | **Check Date** | **Amount** | |
| 2475 | **University Title Company** | | | | | |
| | 1199 | Title Insurance to Underwriter | Check | 04/04/2022 | (3,485.04) | |
| | 1206 | eRecord Fee | Check | 04/04/2022 | 8.52 | |
| | 1205 | Courier/Messenger Fee | Check | 04/04/2022 | 36.00 | |
| | 1201 | Recording Fees | Check | 04/04/2022 | 76.00 | |
| | 1111 | Escrow fee | Check | 04/04/2022 | 900.00 | |
| | 1113 | T1R Survey Amendment | Check | 04/04/2022 | 1,101.60 | |
| | 1108 | Title insurance | Check | 04/04/2022 | 22,132.00 | |
| | | **Total** | | | **20,769.08** | |
| XFer | **Transfer to File GTR22Q2TWFF** | | | | | |
| | 1112 | State of Texas Policy Guaranty Fee. | Transfer | 04/04/2022 | 4.00 | C |
| | | **Total** | | | **4.00** | |
| 2469 | **Precision Surveyors/Accounts Receivale D** | | | | | |
| | 1303 | Survey | Check | 04/04/2022 | 2,381.50 | |
| | | **Total** | | | **2,381.50** | |
| 2470 | **TDHCA Manufactured Housing Division** | | | | | |
| | 1301 | TDHCA - Statement of Ownership & Locatio | Check | 04/04/2022 | 55.00 | |
| | | **Total** | | | **55.00** | |
| 2471 | **Superior Notary Services** | | | | | |
| | 1302 | Mobile Notary Fee | Check | 04/04/2022 | 125.00 | |
| | | **Total** | | | **125.00** | |
| 2472 | **Beard & Lane, P.C.** | | | | | |
| | 1105 | Document preparation | Check | 04/04/2022 | 350.00 | |
| | | **Total** | | | **350.00** | |
| 2473 | **Re/Max Integrity** | | | | | |
| | | Less Commission paid to Holly Rosser | Check | 04/04/2022 | (174,768.13) | |
| | 701 | Commission Paid at Settlement | Check | 04/04/2022 | 184,019.08 | |
| | | **Total** | | | **9,250.95** | |
| XFer | **Transfer to File RTC22TWFF** | | | | | |
| | 1204 | Tax certificates | Transfer | 04/04/2022 | 75.00 | C |
| | | **Total** | | | **75.00** | |

Receipts and Disbursements Ledger 2018      4/4/2022 12:28:32 PM

File Number: 2200122TW

powered by: 

**Woodlands First Financial Escrow Acct**

## Disbursements

| Check #: | Payee | Description: | Type of Funds | Check Date | Amount | |
|---|---|---|---|---|---|---|
| 2474 | Connect Realty | | | | | |
| | | less Selling Agent - Jeana Hurley | Check | 04/04/2022 | (139,290.38) | |
| | 702 | Commission Paid at Settlement | Check | 04/04/2022 | 154,019.08 | |
| | | **Total** | | | **14,728.70** | |
| XFer | Transfer to File NITIC22TWFF | | | | | |
| | 1108 | Title Insurance | Transfer | 04/04/2022 | 3,485.04 | C |
| | | **Total** | | | **3,485.04** | |
| | | **Total Disbursements** | | | **995,515.25** | |

| | |
|---|---|
| Scheduled Disbursements: | 995,515.25 |
| Actual Disbursements: | 51,224.27 |
| Pre-Disbursements Balance: | 0.00 |
| Account Balance: | 944,290.98 |

**Approved By:** _____