EXHIBIT 4


HONEA EGYPT ROAD
METAL BUILDING
72.9553 ACRES
SITUATED IN THE MATTHEW CARTWRIGHT SURVEY, A-151 AND THE ARCHIBALD HODGE SURVEY, A-18
MONTGOMERY COUNTY, TEXAS
PRECISION SURVEYORS

STATE OF TEXAS §
§
§
§
COUNTY OF MONTGOMERY §

A TRACT OR PARCEL OF LAND CONTAINING 72.9553 ACRES, (3,177,934 SQUARE FEET), SITUATED IN THE MATTHEW CARTWRIGHT SURVEY, ABSTRACT NUMBER 151, AND THE ARCHIBALD HODGE SURVEY, ABSTRACT NO. 18, MONTGOMERY COUNTY, TEXAS, SAID 72 9553 ACRE TRACT OF LAND BEING THAT CERTAIN CALLED 72.9553 ACRE TRACT OF LAND AS CONVEYED TO ERIC C. OSTRANDER AND WIFE, DARLA OSTRANDER BY INSTRUMENT RECORDED IN DOCUMENT NO 2009-064117 OF THE OFFICIAL PUBLIC RECORDS OF MONTGOMERY COUNTY, TEXAS, AND BEING MORE PARTICULARLY DESCRIBED BY METES AND BOUNDS AS FOLLOWS: (BEARING BASIS: DOCUMENT NO. 2009-064117 OF THE OFFICIAL PUBLIC RECORDS OF MONTGOMERY COUNTY, TEXAS)

BEGINNING at a 5/8” iron rod found on the north line of that certain called 67.452 acre tract of land as conveyed to Montgomery Trace Property Owners Association by instrument recorded in Document No 2010-007229 of the Official Public Records of Montgomery County, Texas, for a corner of Woodforest, Section 29, a subdivision in Montgomery County, Texas, according to the map or plat thereof recorded in Cabinet Z, Sheet 2438, of the Map Records of Montgomery County, Texas, same being the southeast corner and the POINT OF BEGINNING of the herein described tract;

Thence, N 89°45’07” W, along the north line of said 67 452 Acre Tract, a distance of 1,348 18 feet to a capped, (Precision Surveyors), iron rod set for the northwest comer of said 67.452 Acre Tract, same being the northeast comer of Lot 30, Block 1, Montgomery Trace, Section 4, a subdivision in Montgomery County, Texas, according to the map or plat thereof recorded in Cabinet J, Sheet 131, of the Map Records of Montgomery County, Texas, same being a corner of the herein described tract;

Thence, N 89°49’39” W, along the north line of said Montgomery Trace, Section 4, pass at a distance of 2438.43 feet an iron rod found for reference at the northwest comer of Lot 1, Block 1, of said Montgomery Trace, Section 4, pass at a distance of 2448.64 feet the east line of Honea Egypt Road, a 60 foot wide road easement, and continuing for a total distance of 2478 64 feet to a point on the centerline of Honea Egypt Road for the southwest corner of the herein described tract;

Thence, N 03°40’36” W, along the centerline of Honea Egypt Road, a distance of 119.01 feet to a P K. Nail set for an angle point in the centerline of Honea Egypt Road, same being a corner of the herein described tract;

Thence, N 05°23’38” W, along the centerline of Honea Egypt Road, a distance of 470.21 feet to the point of curvature of a curve to the left;

Thence, Northwesterly, along the centerline of Honea Egypt Road, with the arc of said curve to the left, having an included angle of 21°27’01”, a radius of 231.06 feet, a chord that bears, N 16°07’08” W, a chord distance of 86.00 feet, for an arc length of 86.50 feet to a point for the southwest comer of that certain called 10.0 acre tract of land as conveyed to The Cathedral of Our Lady of Walsingham by instrument recorded in Document No. 2019-065917 of the Official Public Records of Montgomery County, Texas, same being the northwest corner of the herein described tract;

Thence, N 85°42’15" E, in part along the common line of said 10.0 Acre Tract, the common line of that certain called 13.3145 acre tract of land as conveyed to The Cathedral of Our Lady of Walsingham by instrument recorded in Document No. 2019-065917 of the Official Public Records of Montgomery County, Texas and the common line of that certain called 16 018 acre tract of land as conveyed to Justin Hasara and Ector Barrera by instrument recorded in Document No. 2013036026 of the Official Public Records of Montgomery County, Texas, pass at a distance of 32.17 feet an iron rod found for reference on the east line of said Honea Egypt Road, and continuing for a total distance of 3,915 91 feet to a 14” iron rod found on the west line of the aforementioned Woodforest, Section 29, for the southeast corner of said 16.018 Acre Tract, same being the northeast comer of the herein described tract;

Thence, S 00°08’28” E, along the west line of said Woodforest, Section 29, a distance of 976.15 feet to the POINT OF BEGINNING and containing 72 9553 acres or 3,177,934 square feet of land, more or less.




James E. Moseley
Registered Professional Land Surveyor,
No. 5912
Job No. 22-00902
March 1,2022

See Drawing Attached


HONEA EGYPT ROAD
72.9553 ACRES
SITUATED IN THE MATTHEW CARTWRIGHT SURVEY, A-151 AND THE ARCHIBALD HODGE SURVEY, A-18 MONTGOMERY COUNTY, TEXAS
PRECISION SURVEYORS

STATE OF TEXAS §
§
§
§
COUNTY OF MONTGOMERY §

A TRACT OR PARCEL OF LAND CONTAINING 72 9553 ACRES, (3,177,934 SQUARE FEET), SITUATED IN THE MATTHEW CARTWRIGHT SURVEY, ABSTRACT NUMBER 151, AND THE ARCHIBALD HODGE SURVEY, ABSTRACT NO. 18, MONTGOMERY COUNTY, TEXAS, SAID 72 9553 ACRE TRACT OF LAND BEING THAT CERTAIN CALLED 72.9553 ACRE TRACT OF LAND AS CONVEYED TO ERIC C. OSTRANDER AND WIFE, DARLA OSTRANDER BY INSTRUMENT RECORDED IN DOCUMENT NO. 2009-064117 OF THE OFFICIAL PUBLIC RECORDS OF MONTGOMERY COUNTY, TEXAS, AND BEING MORE PARTICULARLY DESCRIBED BY METES AND BOUNDS AS FOLLOWS: (BEARING BASIS: DOCUMENT NO 2009-064117 OF THE OFFICIAL PUBLIC RECORDS OF MONTGOMERY COUNTY, TEXAS)

BEGINNING at a 5/8" iron rod found on the north line of that certain called 67.452 acre tract of land as conveyed to Montgomery Trace Property Owners Association by instrument recorded in Document No. 2010-007229 of the Official Public Records of Montgomery County, Texas, for a corner of Woodforest, Section 29, a subdivision in Montgomery County, Texas, according to the map or plat thereof recorded in Cabinet Z, Sheet 2438, of the Map Records of Montgomery County, Texas, same being the southeast comer and the POINT OF BEGINNING of the herein described tract;

Thence, N 89°45'07" W, along the north line of said 67 452 Acre Tract, a distance of 1,348.18 feet to a capped, (Precision Surveyors), iron rod set for the northwest comer of said 67.452 Acre Tract, same being the northeast comer of Lot 30, Block 1, Montgomery Trace, Section 4, a subdivision in Montgomery County, Texas, according to the map or plat thereof recorded in Cabinet J, Sheet 131, of the Map Records of Montgomery County, Texas, same being a corner of the herein described tract;

Thence, N 89°49'39" W, along the north line of said Montgomery Trace, Section 4, pass at a distance of 2438.43 feet an iron rod found for reference at the northwest comer of Lot 1, Block 1, of said Montgomery Trace, Section 4, pass at a distance of 2448.64 feet the east line of Honea Egypt Road, a 60 foot wide road easement, and continuing for a total distance of 2478 64 feet to a point on the centerline of Honea Egypt Road for the southwest corner of the herein described tract;

Thence, N 03°40'36" W, along the centerline of Honea Egypt Road, a distance of 119.01 feet to a P. K. Nail set for an angle point in the centerline of Honea Egypt Road, same being a corner of the herein described tract;

Thence, N 05°23'38" W, along the centerline of Honea Egypt Road, a distance of 470.21 feet to the point of curvature of a curve to the left;

Thence, Northwesterly, along the centerline of Honea Egypt Road, with the arc of said curve to the left, having an included angle of21°27'01", a radius of 231 06 feet, a chord that bears, N 16°07'08" W, a chord distance of 86.00 feet, for an arc length of 86.50 feet to a point for the southwest comer of that certain called 10.0 acre tract of land as conveyed to The Cathedral of Our Lady of Walsingham by instrument recorded in Document No. 2019-065917 of the Official Public Records of Montgomery County, Texas, same being the northwest corner of the herein described tract;

Thence, N 85°42'15" E, in part along the common line of said 10.0 Acre Tract, the common line of that certain called 13 3145 acre tract of land as conveyed to The Cathedral of Our Lady of Walsingham by instrument recorded in Document No. 2019-065917 of the Official Public Records of Montgomery County, Texas and the common line of that certain called 16 018 acre tract of land as conveyed to Justin Hasara and Ector Barrera by instrument recorded in Document No. 2013036026 of the Official Public Records of Montgomery County, Texas, pass at a distance of 32.17 feet an iron rod found for reference on the east line of said Honea Egypt Road, and continuing for a total distance of 3,915.91 feet to a 'A" iron rod found on the west line of the aforementioned Woodforest, Section 29, for the southeast corner of said 16.018 Acre Tract, same being the northeast corner of the herein described tract;

Thence, S 00°08'28" E, along the west line of said Woodforest, Section 29, a distance of 976 15 feet to the POINT OF BEGINNING and containing 72.9553 acres or 3,177,934 square feet of land, more or less.

STATE OF TEXAS REGISTERED JAMES MOSELEY 5912 PROFESSIONAL LAND SURVEYOR

James E Moseley
Registered Professional Land Surveyor,
No. 5912
Job No. 22-00902
March 1, 2022

**See Drawing Attached**


HONEA EGYPT ROAD
72.9553 ACRES
SITUATED IN THE MATTHEW CARTWRIGHT SURVEY, A-151 AND THE ARCHIBALD HODGE SURVEY, A-18
MONTGOMERY COUNTY, TEXAS
PRECISION SURVEYORS

STATE OF TEXAS §
§
§
§
COUNTY OF MONTGOMERY §

A TRACT OR PARCEL OF LAND CONTAINING 72.9553 ACRES, (3,177,934 SQUARE FEET), SITUATED IN THE MATTHEW CARTWRIGHT SURVEY, ABSTRACT NUMBER 151, AND THE ARCHIBALD HODGE SURVEY, ABSTRACT NO. 18, MONTGOMERY COUNTY, TEXAS, SAID 72.9553 ACRE TRACT OF LAND BEING THAT CERTAIN CALLED 72.9553 ACRE TRACT OF LAND AS CONVEYED TO ERIC C. OSTRANDER AND WIFE, DARLA OSTRANDER BY INSTRUMENT RECORDED IN DOCUMENT NO. 2009-064117 OF THE OFFICIAL PUBLIC RECORDS OF MONTGOMERY COUNTY, TEXAS, AND BEING MORE PARTICULARLY DESCRIBED BY METES AND BOUNDS AS FOLLOWS: (BEARING BASIS: DOCUMENT NO. 2009-064117 OF THE OFFICIAL PUBLIC RECORDS OF MONTGOMERY COUNTY, TEXAS).

BEGINNING at a 5/8" iron rod found on the north line of that certain called 67.452 acre tract of land as conveyed to Montgomery Trace Property Owners Association by instrument recorded in Document No. 2010-007229 of the Official Public Records of Montgomery County, Texas, for a corner of Woodforest, Section 29, a subdivision in Montgomery County, Texas, according to the map or plat thereof recorded in Cabinet Z, Sheet 2438, of the Map Records of Montgomery County, Texas, same being the southeast comer and the POINT OF BEGINNING of the herein described tract;

Thence, N 89'45'07" W, along the north line of said 67.452 Acre Tract, a distance of 1,348.18 feet to a capped, (Precision Surveyors), iron rod set for the northwest comer of said 67.452 Acre Tract, same being the northeast comer of Lot 30, Block 1, Montgomery Trace, Section 4, a subdivision in Montgomery County, Texas, according to the map or plat thereof recorded in Cabinet J, Sheet 131, of the Map Records of Montgomery County, Texas, same being a corner of the herein described tract;

Thence, N 89'49'39" W, along the north line of said Montgomery Trace, Section 4, pass at a distance of 2438.43 feet an iron rod found for reference at the northwest comer of Lot 1, Block 1, of said Montgomery Trace, Section 4, pass at a distance of 2448.64 feet the east line of Honea Egypt Road, a 60 foot wide road easement, and continuing for a total distance of 2478.64 feet to a point on the centerline of Honea Egypt Road for the southwest corner of the herein described tract;

Thence, N 03'40'36" W, along the centerline of Honea Egypt Road, a distance of 119.01 feet to a P. K. Nail set for an angle point in the centerline of Honea Egypt Road, same being a corner of the herein described tract;

Thence, N 05'23'38" W, along the centerline of Honea Egypt Road, a distance of 470.21 feet to the point of curvature of a curve to the left;

Thence, Northwesterly, along the centerline of Honea Egypt Road, with the arc of said curve to the left, having an included angle of 21'27'01", a radius of 231.06 feet, a chord that bears, N 16'07'08" W, a chord distance of 86.00 feet, for an arc length of 86.50 feet to a point for the southwest corner of that certain called 10.0 acre tract of land as conveyed to The Cathedral of Our Lady of Walsingham by instrument recorded in Document No. 2019-065917 of the Official Public Records of Montgomery County, Texas, same being the northwest corner of the herein described tract;

Thence, N 85'42'15" E, in part along the common line of said 10.0 Acre Tract, the common line of that certain called 13.3145 acre tract of land as conveyed to The Cathedral of Our Lady of Walsingham by instrument recorded in Document No. 2019-065917 of the Official Public Records of Montgomery County, Texas and the common line of that certain called 16.018 acre tract of land as conveyed to Justin Hasara and Ector Barrera by instrument recorded in Document No. 2013036026 of the Official Public Records of Montgomery County, Texas, pass at a distance of 32.17 feet an iron rod found for reference on the east line of said Honea Egypt Road, and continuing fora total distance of 3,915.91 feet to a 14" iron rod found on the west line of the aforementioned Woodforest, Section 29, for the southeast corner of said 16.018 Acre Tract, same being the northeast corner of the herein described tract;

Thence, S 00'08'28" E, along the west line of said Woodforest, Section 29, a distance of 976.15 feet to the POINT OF BEGINNING and containing 72.9553 acres or 3,177,934 square feet of land, more or less.




James E. Moseley
Registered Professional Land Surveyor,
No. 5912
Job No. 22-00902
March 1, 2022

See Drawing Attached