

PROMULGATED BY THE TEXAS REAL ESTATE COMMISSION (TREC)  11-2-2015

# AMENDMENT
TO CONTRACT CONCERNING THE PROPERTY AT

**5450 Honea Egypt Rd**                                **Montgomery**
(Street Address and City)

Seller and Buyer amend the contract as follows: (check each applicable box)

☐ (1) The Sales Price in Paragraph 3 of the contract is:
  A. Cash portion of Sales Price payable by Buyer at closing ............ $ _____
  B. Sum of financing described in the contract ............................... $ _____
  C. Sales Price (Sum of A and B) ...................................................... $ _____

☐ (2) In addition to any repairs and treatments otherwise required by the contract, Seller, at Seller's expense, shall complete the following repairs and treatments:

☐ (3) The date in Paragraph 9 of the contract is changed to _____, _____.

☐ (4) The amount in Paragraph 12A(1)(b) of the contract is changed to $ _____.

☐ (5) The cost of lender required repairs and treatment, as itemized on the attached list, will be paid as follows: $ _____ by Seller; $ _____ by Buyer.

☐ (6) Buyer has paid Seller an additional Option Fee of $ _____ for an extension of the unrestricted right to terminate the contract on or before 5:00 p.m. on _____, _____. This additional Option Fee ☐ will ☐ will not be credited to the Sales Price.

☐ (7) Buyer waives the unrestricted right to terminate the contract for which the Option Fee was paid.

☐ (8) The date for Buyer to give written notice to Seller that Buyer cannot obtain Buyer Approval as set forth in the Third Party Financing Addendum is changed to _____, _____.

[X] (9) Other Modifications: (Insert only factual statements and business details applicable to this sale.)
**AS-IS no repairs**

**Buyers name has changed to Alliance Farm and Ranch LLC.**

**Brokers bonus per listing agreement has changed and is to be disbursed as follows:
10,000 to selling agent / Jeana Hurley, and 40,000 to listing agent / Holly Rosser**

EXECUTED the _____ day of  **03/29/2022** _____, _____. (BROKER: FILL IN THE DATE OF FINAL ACCEPTANCE.)

_DocuSigned by:_
**.VaZ Furr**                                                             **03/29/2022**
Buyer **Alliance-Farmand:Ranch LLC**                      Seller **Erik Ostrander**
                                                                                 3/29/2022, 12:01:13 AM GMT

                                                                                  **03/28/2022**
Buyer                                                                 Seller **Darla Ostrander**
                                                                                 3/28/2022, 11:50:56 PM GMT

This form has been approved by the Texas Real Estate Commission for use with similarly approved or promulgated contract forms. Such approval relates to this form only. TREC forms are intended for use only by trained real estate license holders. No representation is made as to the legal validity or adequacy of any provision in any specific transactions. It is not intended for complex transactions. Texas Real Estate Commission, P.O. Box 12188, Austin, TX 78711-2188, 512-936-3000 (http://www.trec.texas.gov) TREC No. 39-8. This form replaces TREC No. 39-7.

(TXR-1903)                                                                                                                TREC NO. 39-8

RE/MAX Integrity, 19510 Kuykendahl Spring TX 77379        Phone: 8326310651    Fax: 8324823978    Erik and Darla
Holly Rosser        Produced with Lone Wolf Transactions (zipForm Edition) 231 Shearson Cr. Cambridge, Ontario, Canada N1T 1J5    www.lwolf.com