**EXHIBIT 13**

No. 24-07-11639

| | | |
|---|---|---|
| **DUSTIN ETTER** | : | **IN THE DISTRICT COURT OF** |
| | : | |
| **vs.** | : | **MONTGOMERY COUNTY, TEXAS** |
| | : | |
| **JEROD P. FURR, et al.** | : | **457TH JUDICIAL DISTRICT** |

Direct Interrogatories to:

Custodian of Records for
University Title Company
c/o Corporation Service Company d/b/a CSC Lawyers Incorporated, 211 E 7th Street, Suite 620
Austin, TX 78701

Nell McCallum & Associates, Inc.

**Order No. 56347.003**

CAUSE NO. 24-07-11639

| | | |
|---|---|---|
| **DUSTIN ETTER** | § | **IN THE DISTRICT COURT OF** |
| | § | |
| **v.** | § | **MONTGOMERY COUNTY, TEXAS** |
| | § | |
| **JEROD P. FURR, et al.** | § | **457th JUDICIAL DISTRICT** |

## DIRECT QUESTIONS TO BE PROPOUNDED TO THE WITNESS

**Records Custodian for:** University Title Company
**Types of Records:** Described in Exhibit A

1. State your full name, your position or title, the complete legal name of your employer, and your complete address.

ANSWER:

Darlene Fairchild, Vice President – Compliance Officer

1021 University Dr. East, College Station, TX 77840

2. Have you or your employer made or caused to be made copies of any records, including memoranda, reports, records, or data compilations, as set forth in the Exhibit A to this Notice of Deposition by Written Questions, which is incorporated herein by reference?

ANSWER:

Yes

3. Do you have such records as described above?

ANSWER:

Yes

4. Are these records kept under your care, supervision, custody or control?

ANSWER:

....Yes

5. Are these records kept in the regular course of business?

ANSWER:

Yes

6. Was it the regular practice of your company or organization to make these records?

ANSWER:

Yes

7. Were these records made by, or from information transmitted by, a person with knowledge of the facts, events, conditions, opinions, or diagnoses stated therein?

ANSWER:

Yes

8. Were these records made at or near the time the acts, events, conditions, opinions, or diagnoses occurred or within a reasonable time thereafter?

ANSWER:

Yes

9. Was the method of preparation of these records trustworthy?

ANSWER:

Yes

10. Were these records kept as described above?

ANSWER:

Yes

_____

_____

11. Are these records complete and accurate?

ANSWER:

Yes _____

_____

12. Please attach true and accurate copies of the records to this Deposition By Written Questions. Have you attached true and accurate copies of the records and if so, how many pages are attached?

ANSWER:

Entire file Is copied to the flash drive provided with this document.

_____

Signed this __11th__ day of __December_____, 2024.

_____
Witness Signature

__Darlene Fairchild_____
Printed Name

__Vice President - Compliance Officer__
Title

STATE OF __Texas_____ §
                             §
COUNTY OF __Brazos_____ §

BEFORE ME, on this day personally appeared __Darlene Fairchild_____, known to me or proved to me to be the person whose name is subscribed to the foregoing instrument, acknowledged to me that s/he executed the same for the purposes and consideration therein, and expressed and declared that the statements therein contained and true and correct.

Given under my hand and seal of office this ____ day of __Dec., 2024__.

HEATHER R MICHALSKY
NOTARY PUBLIC
STATE OF TEXAS
MY COMM. EXP. 05/25/25
NOTARY ID 19311149

Notary Public, State of __Texas__

No. **24-07-11639**

| | | |
|---|---|---|
| **DUSTIN ETTER** | : | **IN THE DISTRICT COURT OF** |
| | : | |
| vs. | : | **MONTGOMERY COUNTY, TEXAS** |
| | : | |
| **JEROD P. FURR, et al.** | : | **457TH JUDICIAL DISTRICT** |

**CERTIFICATION TO THE DEPOSITION**

RE:  **University Title Company**

I, Shirley Mae Chesson, Notary Public in and for the State of Texas, hereby certify pursuant to the Rule 203, Texas Rules of Civil Procedure,

1. That this Deposition by Written Questions of Darlene Fairchild is a true and exact duplicate of the records, given by the witness named herein, after said witness was duly sworn by Heather R. Michalsky;

2. That the transcript is a true record of the testimony given by the witness;

3. That $ _____ is the charge for the preparation of the completed Deposition by Written Questions and any copies of exhibits, charged to Attorney for Intervenor, **Noah E.W. Meek, TBA # 24084554;**

4. That the deposition transcript was submitted on December 11, 2024 to the witness for examination, signature and return to the officer by a specified date;

5. That changes, if any made by the witness, in the transcript and otherwise are attached thereto or incorporated therein;

6. That the witness returned the transcript;

7. That the original deposition by Written Questions and a copy thereof, together with copies of all exhibits was delivered to the attorney or party who Noticed the first questions for safekeeping and use at trial;

8. That pursuant to information made a part of the records at the time said testimony was taken, the following includes all parties of record:

    J. Randel Bays (The Bays Firm)

9. A copy of this Notice of Delivery was served on all parties shown herein.

GIVEN UNDER MY HAND AND SEAL OF OFFICE ON THIS THE ____ day of _____, 2025.

**Nell McCallum & Associates, Inc.**
**Beaumont/Houston, Texas**
**800-859-9249   Fax 409 241-7170**

Notary Public in and for the State of Texas

Order No. **56347.003**

**NELL MCCALLUM & ASSOCIATES, INC., HAS VERIFIED THAT THESE RECORDS ARE COMPLETE AND THE BEST POSSIBLE QUALITY.**

One (1) USB obtained pursuant to the
Notice of Written Questions to University Title Company
c/o Corporation Service Company d/b/a CSC Lawyers Incorporated, 211 E 7th Street, Suite 620
Austin, TX 78701
have been delivered to
Noah E.W. Meek, Irelan McDaniel, PLLC
2520 Caroline Street, 2nd Floor
Houston, TX 77004

Noah E.W. Meek will file at time of trial.

**Order No. 56347.003**

CAUSE NO. 24-07-11639

| | | |
|---|---|---|
| DUSTIN ETTER | § | IN THE DISTRICT COURT OF |
| v. | § | MONTGOMERY COUNTY, TEXAS |
| JEROD P. FURR, et al. | § | 457TH JUDICIAL DISTRICT |

## NOTICE OF INTENTION TO TAKE DEPOSITION BY WRITTEN QUESTIONS AND SUBPOENA DUCES TECUM TO UNIVERSITY TITLE COMPANY

To all parties by and through their attorneys of record:

PLEASE TAKE NOTICE that pursuant to Tex. R. Civ. P. 200, at least twenty (20) days from service of this notice with attached questions to the witness and all parties, the deposition by written questions will be taken of Custodian of Records for:

University Title Company
Through its registered agent
Corporation Service Company d/b/a CSC Lawyers Incorporated
211 E7,h Street, Suite 620
Austin, Texas 78701 USA

before a Notary Public for: Nell McCallum & Associates, Inc., 718 Westcott Street, Houston, TX 77007, or its designated agent, to be used as evidence in the above-styled and numbered cause. A copy of the Questions is attached hereto and will be propounded by a representative of Nell McCallum & Associates, Inc.

As authorized by Tex. R. Civ. P. 176, a subpoena duces tecum is requested for the witness to produce any and all records as described on the attached Questions and/or Exhibit A and any other such record in the possession, custody or control of said witness, and every such record to which the witness may have access, pertaining to: the Items described in Exhibit A attached hereto.

The witness is instructed to turn all such records over to the officer authorized to take this deposition to be attached to the deposition either by electronically producing those documents, or in a manner such that photographic reproductions of the same may be made.

Respectfully submitted,

Irelan McDaniel, PLLC

By: /s/ Noah Meek
　　Noah E. W. Meek
　　State Bar No. 24084554
　　E-mail: nmeek@imtexasja.wxom
　　2520 Caroline St, 2nd Floor
　　Houston, Texas 77004
　　Phone:　(713)222-7666
　　Fax:　　(713) 222-7669

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE^ERVICE

This is to certify that on this 3rd day of December, 2024, a true and correct copy of this <u>Notice oOntention to Take Deposition by Written Questions and Subpoena Duces Tecum to University Title Company</u> was served upon all parties *via E-Service* in compliance with TRCP 21 and 21a.

　　J. Randal Bays & Alyssa M. Cuellar, *Counsel for Defendants*
　　　　VIA Email: randyObagflrmxom
　　　　VIA Email: atys§a@bag§firmxgm

　　　　　　　　　　　　　　/s/ Noah Meek
　　　　　　　　　　　　　　Noah Meek

CAUSE NO. 24-07-11639

| | | |
|---|---|---|
| DUSTIN ETTER | § | IN THE DISTRICT COURT OF |
| | § | |
| v. | § | MONTGOMERY COUNTY, TEXAS |
| | § | |
| JEROD P. FURR, et al. | § | 457™ JUDICIAL DISTRICT |

## DIRECT QUESTIONS TO BE PROPOUNDED TO THE WITNESS

Records Custodian for: University Title Company
Types of Records: Described in Exhibit A

1. State your full name, your position or title, the complete legal name of your employer, and your complete address.

   ANSWER:

   _____

   _____

2. Have you or your employer made or caused to be made copies of any records, including memoranda, reports, records, or data compilations, as set forth in the Exhibit A to this Notice of Deposition by Written Questions, which is incorporated herein by reference?

   ANSWER:

   _____

   _____

3. Do you have such records as described above?

   ANSWER:

   _____

   _____

4. Are these records kept under your care, supervision, custody or control?

   ANSWER.

   _____

   _____

5. Are these records kept in the regular course of business?

ANSWER:

_____

_____

6. Was it the regular practice of your company or organization to make these records?

ANSWER:

_____

_____

7. Were these records made by, or from information transmitted by, a person with knowledge of the facts, events, conditions, opinions, or diagnoses stated therein?

ANSWER:

_____

_____

8. Were these records made at or near the time the acts, events, conditions, opinions, or diagnoses occurred or within a reasonable time thereafter?

ANSWER:

_____

_____

9. Was the method of preparation of these records trustworthy?

ANSWER:

_____

_____

10. Were these records kept as described above?

ANSWER:

_____

_____

11. Are these records complete and accurate?

ANSWER:

_____

_____

12. Please attach true and accurate copies of the records to this Deposition By Written Questions. Have you attached true and accurate copies of the records and if so, how many pages are attached?

ANSWER:

_____

_____

Signed this _____ day of _____—_____, _____.

_____
Witness Signature

_____
Printed Name

_____
Title

STATE OF _____ §
§
COUNTY OF _____ §

    BEFORE ME, on this day personally appeared _____, known to me or proved to me to be the person whose name is subscribed to the foregoing instrument, acknowledged to me that s/he executed the same for the purposes and consideration therein, and expressed and declared that the statements therein contained and true and correct.

    Given under my hand and seal of office this _____ day of _____, _____.

_____
Notary Public, State of _____

# EXHIBIT A
## SUBPOENA DUCES TECUM

1. Any website posts or social media posts created or dated at any time on or after 1/1/2022 listing or advertising for sale the property located at 5450 Honea Egypt Rd., Montgomery, Texas 77316.

2. Any broker agreements, sate agent agreements, listing agreements, or other similar agreements created or dated at any time on or after 1/1/2021 regarding or covering any services related to the property located at 5450 Honea Egypt Rd., Montgomery, Texas 77316.

3. Any sales contracts, offers of sales contracts, or amendments to any sales contract created or dated at any time on or after 1/1/2022 pertaining to the property located at 5450 Honea Egypt Rd., Montgomery, Texas 77316.

4. Any title commitment, title policy, closing statement, settlement statement, or other similar document created or dated at any time on or after 1/1/2022 pertaining to the property located at 5450 Honea Egypt Rd., Montgomery, Texas 77316. This specifically includes but is not limited to any such communications related to GF# 2200122TW.

5. Any letters, emails, text messages, social media messages, or other similar communications created or dated at any time on or after 2/1/2022 with Jerod Furr, Corrina Furr, Randall Bays, or Alyssa Cuellar.

6. Any letters, emails, text messages, social media messages, or other similar communications created or dated at any time on or after 2/1/2022 which discuss, reference, or pertain to GF# 2200122TW.

## DEPOSITION SUBPOENA TO TESTIFY OR PRODUCE DOCUMENTS OR THINGS

## THE STATE OF TEXAS

To any Sheriff or Constable of the State of Texas or other person authorized to serve subpoenas under RULE 176 OF TEXAS RULES OF CIVIL PROCEDURE. - GREETINGS -

You are hereby Commanded to subpoena and summon the following witness(es): Custodian of Records for:

**University Title Company, c/o Corporation Service Company d/b/a CSC Lawyers Incorporated, 211 E 7th Street, Suite 620, Austin, TX 78701**

to be and appear before a Notary Public for Nell McCallum & Associates, Inc., 3560 Delaware, Suite 402, Beaumont, TX 77706, 800 859-9249 or 718 Westcott, Houston, TX 77007, or its designated agent, on VJJ(XAUAfY4u^ Ss____, 2025 at the office of the custodian and there under oath to make answers of certain written questions to be propounded to the witness and to bring and produce for inspection and photocopying

**Any and all records as described on the attached Exhibit 'A'**

and any other such record in the possession, custody or control of the said witness, and every such record to which the witness may have access, at any and all times whatsoever, then and there to give evidence at the instance of the Intervenor, represented by Noah Meek, Attorney of Record, Cause No. 24-07-11639, Montgomery County, Texas, 457th Judicial District.

This Subpoena is issued under and by virtue of Rule 200 and Notice of Deposition Upon Written Questions on file with the above named court, styled

**DUSTIN ETTER**

vs.

**JEROD P. FURR, et al.**

and there remain from day to day and time to time until discharged according to law.

**WITNESS MY HAND,** this 17th day of December, 2024.

[Notary Seal: BECKY NATION, Notary Public, State of Texas, Comm' Expires 11-07-2027, Notary ID 2308121]

_Becky Nation_
NOTARY PUBLIC

**176,8 Enforcement of Subpoena,** *(a) Contempt.* Failure by any person without adequate excuse to obey a subpoena served upon that person may be deemed a contempt of the court from which the subpoena is issued or a district court in the county in which the subpoena is served, and may be punished by fine or confinement, or both.

### OFFICER'S RETURN

Came to hand this _____ day of _____, 20____, and executed this the _____ day of _____,20____, in the following manner: By delivering to the witness _____, a true copy hereof.

Returned, this _____ day of _____, 20____.

_____
PROCESS SERVER

Order No. 56347.003