IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| IN RE: | § |
| | § |
| ALLIANCE FARM AND RANCH, LLC | § Bankruptcy Case No. 25-30155 |
| and | § |
| ALLIANCE ENERGY PARTNERS, LLC | § |

**DUSTIN ETTER'S WITNESS AND EXHIBIT LIST**

For the hearing to be held at 11:00 AM on 5/1/2025 on <u>Debtor's Application to Authorize Employment and Retention of Okin Adams</u> (Doc. 26).

**Witness(es)**:

1. Jerod Furr
2. Timothy J. Wentworth
3. Matthew Okin
4. Dustin Etter
5. Noah Meek

**Exhibits**:

1. Plaintiff's Sixth Amended Petition in state court suit (Doc. 56-1)
2. Purchase Contract executed by AEP for Honea Egypt property (Doc. 56-2)
3. Disbursement Ledger for Honea Egypt property (Doc. 56-3)
4. Survey for Honea Egypt property (Doc. 56-4)
5. Amendment to Purchase Contract (Doc. 56-5)
6. April 2022 Bank Statement for AEP (Doc. 56-6)
7. Alliance Farm's state court additional evidence submission (Doc. 56-7)
8. Real Estate Lien Note (Doc. 56-8)
9. Declaration of Jerod Furr (Doc. 56-9)

10. Remodeling Invoices (Doc. 56-10)

11. Affidavit of Jerod Furr (Doc. 56-11)

12. Commercial Lease Agreement (Doc. 56-12)

13. Deposition on written questions responses from University Title (Doc. 56-13)

14. Alliance Farm's bankruptcy schedules (Doc. 34)

15. AEP's petition for bankruptcy (Doc. 1 in Case No. 25-31937)

Any witness or exhibit designated by any other party for the hearing.

Respectfully submitted,

IRELAN MCDANIEL, PLLC

By: /s/ Noah Meek
_____
Noah E. W. Meek
State Bar No. 24084554
Email: nmeek@imtexaslaw.com
2520 Caroline St., 2nd Floor
Houston, Texas 77004
Phone: (713) 222-7666
Fax:    (713) 222-7669

**ATTORNEYS FOR DUSTIN ETTER**

**CERTIFICATE OF SERVICE**

This is to certify that on April 24, 2025, a true and correct copy of this instrument was served upon all parties **VIA the Court's CM/ECF System** in compliance with the Federal Rules of Bankruptcy Procedure.

/s/ Noah Meek
Noah Meek