IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| ALLIANCE FARM & RANCH, LLC and | § | Case No. 25-30155 |
| ALLIANCE ENERGY PARTNERS, LLC | § | |
| Debtor | § | (Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

Dustin Etter hereby gives notice of his appearance in this case by and through the following named counsel noted below. Please ensure that all orders, notices, pleadings, and other documents filed or served in this case be served to counsel as noted:

Heather Heath McIntyre
Abdiel Castro-Lopez
HUGHES WATTERS ASKANASE, L.L.P.
TotalEnergies Tower
1201 Louisiana, 28th Floor
Houston, Texas 77002
Telephone (713) 590-4200
Telecopier (713) 590-4230
hmcintyre@hwa.com
alopezcastro@hwa.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to §1109(b) of the Bankruptcy Code, the preceding demand includes not only the notices and papers referred to in the Bankruptcy Rules and sections of the Bankruptcy Code specified above, but also includes, without limitation, any plans of reorganization, notices of hearings orders, pleadings, motions, applications, complaints, demands, requests, petitions, disclosure statements, memoranda, briefs and any other documents brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, whether transmitted or conveyed by mail, hand

3138589

delivery, telephone, telecopies, telegraph or telex or otherwise filed or made with regard to the above-captioned case and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that neither this *Notice of Appearance* nor any later appearance, pleadings, proof of claim, claim or suit shall constitute a waiver of (i) the right to have final orders in non-core matters entered only after *de novo* review by a District Judge, (ii) the right trial by jury in any proceeding related to this case or any case, controversy, or proceeding related to this case (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction of this Bankruptcy Court for any purpose other than with respect to this notice, (v) an election of remedy, (vi) any other rights, claims, actions defenses, setoffs, or recoupments as appropriate, in law or in equity, under any agreements all of which rights, claims, actions, defenses, setoffs, and recoupment.

DATE:  April 28, 2025.

Respectfully submitted:

*/s/ Heather Heath McIntyre*
Heather McIntyre      TBN 24041076
hmcintyre@hwa.com
Abdiel Lopez-Castro   TBN 24140125
alopezcastro@hwa.com
HUGHESWATTERSASKANASE, LLP
1201 Louisiana, 28th Floor
Houston, Texas 77002
Telephone:  (713) 590-4200
Facsimile:  (713) 590-4230
**ATTORNEYS FOR DUSTIN ETTER**

3138589

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the foregoing *Notice of Appearance and Request for Notices* has been served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas on this 28th day of April, 2025.

                                                 */s/ Heather Heath McIntyre*
                                                 Heather Heath McIntyre

3138589