United States Bankruptcy Court
Southern District of Texas
**ENTERED**
April 28, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 25-30155 |
| | § | |
| ALLIANCE FARM AND RANCH, LLC, | § | (CHAPTER 11) |
| | § | |
| DEBTOR | § | |
| | § | |
| | § | |
| IN RE: | § | CASE NO. 25-31937 |
| | § | |
| ALLIANCE ENERGY PARTNERS, LLC, | § | (CHAPTER 11) |
| | § | |
| DEBTOR | § | |

**ORDER GRANTING DEBTORS' UNOPPOSED
EMERGENCY MOTION FOR CONTINUANCE OF HEARING**
(Relates to ECF # 61)

The Court considered the *Unopposed Emergency Motion for Continuance of Hearing on Applications to Employ Counsel for the Debtor* (the "Motion")[1] filed by Alliance Farm and Ranch, LLC, *et al.*, the above-captioned debtors and debtors in possession (the "Debtors"). The Court, having reviewed the Motion and any objections thereto; and based on the matters reflected in the record of the hearing held on the Motion, if any; it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334; that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A); that notice of the Motion was sufficient; and it appearing that the emergency relief requested is in the best interests of the Debtors, their estates, creditors, and other parties in interest, and that good cause has been shown therefore, finds that the Motion should be GRANTED. It is therefore hereby **ORDERED** that:

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

2

1.	The Hearing on the employment Applications scheduled for May 1, 2025 at 11:00 a.m. (prevailing Central Time) is hereby continued to **May 27, 2025 at 11:00 a.m. (prevailing Central Time)**.

Signed: April 28, 2025

_____
Alfredo R Pérez
United States Bankruptcy Judge