IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| ALLIANCE FARM AND RANCH, LLC | § | Bankruptcy Case No. 25-30155 |
| and | § | |
| ALLIANCE ENERGY PARTNERS, LLC | § | |

**ORDER GRANTING**
**DUSTIN ETTER'S EMERGENCY MOTION TO RESCHEDULE**

Dustin Etter's Emergency Motion to Reschedule (Doc. 64) is in all things GRANTED.

The hearings on the applications to employ counsel for Debtor Alliance Farm and Ranch, LLC (Doc 26 and Doc 31) are hereby rescheduled for: May ___, at ___ AM / PM.

SIGNED on _____, 2025.

_____
JUDGE PRESIDING