United States Bankruptcy Court
Southern District of Texas
**ENTERED**
April 28, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 25-30155 |
| | § | |
| ALLIANCE FARM AND RANCH, LLC, | § | (CHAPTER 11) |
| | § | |
| DEBTOR | § | |
| | § | |
| IN RE: | § | CASE NO. 25-31937 |
| | § | |
| ALLIANCE ENERGY PARTNERS, LLC, | § | (CHAPTER 11) |
| | § | |
| DEBTOR | § | |

**ORDER GRANTING DEBTORS' UNOPPOSED
EMERGENCY MOTION FOR CONTINUANCE OF HEARING**
(Relates to ECF # 61)

The Court considered the *Unopposed Emergency Motion for Continuance of Hearing on Applications to Employ Counsel for the Debtor* (the "Motion")[1] filed by Alliance Farm and Ranch, LLC, *et al.*, the above-captioned debtors and debtors in possession (the "Debtors"). The Court, having reviewed the Motion and any objections thereto; and based on the matters reflected in the record of the hearing held on the Motion, if any; it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334; that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A); that notice of the Motion was sufficient; and it appearing that the emergency relief requested is in the best interests of the Debtors, their estates, creditors, and other parties in interest, and that good cause has been shown therefore, finds that the Motion should be GRANTED. It is therefore hereby **ORDERED** that:

---
[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

1.      The Hearing on the employment Applications scheduled for May 1, 2025 at 11:00 a.m. (prevailing Central Time) is hereby continued to **May 27, 2025 at 11:00 a.m. (prevailing Central Time)**.

Signed: April 28, 2025

*[signature]*
Alfredo R Pérez
United States Bankruptcy Judge

United States Bankruptcy Court
Southern District of Texas

| | |
|---|---|
| In re: | Case No. 25-30155-arp |
| ALLIANCE FARM AND RANCH, LLC | Chapter 11 |
| Alliance Energy Partners, LLC | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 1 of 2 |
| Date Rcvd: Apr 28, 2025 | Form ID: pdf002 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 30, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | ALLIANCE FARM AND RANCH, LLC, 5450 Honea Egypt Rd, Montgomery, TX 77316-2364 |
| jdb | + | Alliance Energy Partners, LLC, 20008 Champions Forest Dr., Suite 1203, Spring, TX 77379-8697 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Dustin Etter |
| intp | | Erik and Darla Ostrander |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: Apr 30, 2025 | Signature: | /s/Gustava Winters |

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 28, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Ha Minh Nguyen | on behalf of U.S. Trustee US Trustee ha.nguyen@usdoj.gov |
| Heather Heath McIntyre | on behalf of Creditor Dustin Etter HMcIntyre@hwallp.com dek@hwallp.com;lslater@hwa.com |
| Justin William Randall Renshaw | on behalf of Creditor IAE International Inc justin@renshaw-law.com, kim@renshaw-law.com |
| Noah E Meek | |

| District/off: 0541-4 | User: ADIuser | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Apr 28, 2025 | Form ID: pdf002 | Total Noticed: 2 |

| | |
|---|---|
| Noah E Meek | on behalf of Interested Party Dustin Etter nmeek@imtexaslaw.com |
| | on behalf of Creditor Dustin Etter nmeek@imtexaslaw.com |
| Reagan H. Tres Gibbs, III | on behalf of Interested Party Erik and Darla Ostrander tgibbs@cokinoslaw.com  kwaller@cokinoslaw.com |
| Samuel Thomas Pendergast | on behalf of Interested Party Erik and Darla Ostrander spendergast@cokinoslaw.com  jgraffagnino@cokinoslaw.com |
| Timothy L. Wentworth | on behalf of Debtor ALLIANCE FARM AND RANCH  LLC twentworth@okinadams.com, sgonzales@okinadams.com;nhollon@okinadams.com |
| Timothy L. Wentworth | on behalf of Debtor Alliance Energy Partners  LLC twentworth@okinadams.com, sgonzales@okinadams.com;nhollon@okinadams.com |
| Timothy L. Wentworth | on behalf of Joint Debtor Alliance Energy Partners  LLC twentworth@okinadams.com, sgonzales@okinadams.com;nhollon@okinadams.com |
| US Trustee | USTPRegion07.HU.ECF@USDOJ.GOV |

TOTAL: 11