United States Bankruptcy Court
Southern District of Texas
**ENTERED**
May 01, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| ALLIANCE FARM AND RANCH, LLC | § | Bankruptcy Case No. 25-30155 |
| and | § | |
| ALLIANCE ENERGY PARTNERS, LLC | § | |

### ORDER GRANTING
### DUSTIN ETTER'S EMERGENCY MOTION TO RESCHEDULE

Dustin Etter's Emergency Motion to Reschedule (Doc. 64) is in all things GRANTED.

The hearings on the applications to employ counsel for Debtor Alliance Farm and Ranch, LLC (Doc 26 and Doc 31) are hereby rescheduled for: May 16, 10:00 AM by telephone and video conference only. To join by phone dial 832-917-1510 conference code 282694. To join by video go to https://meet.goto.com/JudgePerez. Audio connections by phone are required for all video participants.

Signed: May 01, 2025

Alfredo R Pérez
United States Bankruptcy Judge