United States Bankruptcy Court
Southern District of Texas
**ENTERED**
May 01, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § | |
| § | |
| ALLIANCE FARM AND RANCH, LLC § | Bankruptcy Case No. 25-30155 |
| and § | |
| ALLIANCE ENERGY PARTNERS, LLC § | |

**ORDER GRANTING**
**DUSTIN ETTER'S EMERGENCY MOTION TO RESCHEDULE**

Dustin Etter's Emergency Motion to Reschedule (Doc. 64) is in all things GRANTED.

The hearings on the applications to employ counsel for Debtor Alliance Farm and Ranch, LLC (Doc 26 and Doc 31) are hereby rescheduled for: May 16, 10:00 AM by telephone and video conference only. To join by phone dial 832-917-1510 conference code 282694. To join by video go to https://meet.goto.com/JudgePerez. Audio connections by phone are required for all video participants.

Signed: May 01, 2025

Alfredo R Pérez
United States Bankruptcy Judge

United States Bankruptcy Court
Southern District of Texas

In re: Case No. 25-30155-arp
ALLIANCE FARM AND RANCH, LLC  Chapter 11
Alliance Energy Partners, LLC
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0541-4      User: ADIuser      Page 1 of 2
Date Rcvd: May 01, 2025      Form ID: pdf002      Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 03, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | ALLIANCE FARM AND RANCH, LLC, 5450 Honea Egypt Rd, Montgomery, TX 77316-2364 |
| jdb | + | Alliance Energy Partners, LLC, 20008 Champions Forest Dr., Suite 1203, Spring, TX 77379-8697 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Dustin Etter |
| intp | | Erik and Darla Ostrander |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 03, 2025      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 1, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Ha Minh Nguyen | on behalf of U.S. Trustee US Trustee ha.nguyen@usdoj.gov |
| Heather Heath McIntyre | on behalf of Creditor Dustin Etter HMcIntyre@hwallp.com dek@hwallp.com;lslater@hwa.com |
| Justin William Randall Renshaw | on behalf of Creditor IAE International Inc justin@renshaw-law.com, kim@renshaw-law.com |
| Noah E Meek | |

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 2 of 2 |
| Date Rcvd: May 01, 2025 | Form ID: pdf002 | Total Noticed: 2 |

        on behalf of Interested Party Dustin Etter nmeek@imtexaslaw.com

Noah E Meek
        on behalf of Creditor Dustin Etter nmeek@imtexaslaw.com

Reagan H. Tres Gibbs, III
        on behalf of Interested Party Erik and Darla Ostrander tgibbs@cokinoslaw.com  kwaller@cokinoslaw.com

Samuel Thomas Pendergast
        on behalf of Interested Party Erik and Darla Ostrander spendergast@cokinoslaw.com  jgraffagnino@cokinoslaw.com

Timothy L. Wentworth
        on behalf of Debtor ALLIANCE FARM AND RANCH  LLC twentworth@okinadams.com, sgonzales@okinadams.com;nhollon@okinadams.com

Timothy L. Wentworth
        on behalf of Debtor Alliance Energy Partners  LLC twentworth@okinadams.com, sgonzales@okinadams.com;nhollon@okinadams.com

Timothy L. Wentworth
        on behalf of Joint Debtor Alliance Energy Partners  LLC twentworth@okinadams.com, sgonzales@okinadams.com;nhollon@okinadams.com

US Trustee

        USTPRegion07.HU.ECF@USDOJ.GOV


TOTAL: 11