## April 2022

| Date | Payee | Amount | Total | Method |
|---|---|---:|---:|---|
| 4/1/2022 | University Title | 960,515.25 | $960,515.25 | ACH |
| 4/1/2022 | Brittany Lopez | 301.91 | | |
| 4/1/2022 | Gator Technologies | 7,373.00 | | |
| 4/1/2022 | JA Oilfield | 7,800.00 | | |
| 4/1/2022 | JL Henry Corp | 5,125.00 | | |
| 4/1/2022 | Pegasus Nvg Trucking | 765.90 | | |
| 4/1/2022 | 90 Right Consulting | 13,608.00 | | |
| 4/1/2022 | Eric Trowbridge | 15,876.00 | | |
| 4/1/2022 | Jason Almand | 9,072.00 | | |
| 4/1/2022 | Justin Bailey | 18,144.00 | | |
| 4/1/2022 | Robert Roman Duran | 6,804.00 | | |
| 4/1/2022 | T. Gibson Consulting | 4,536.00 | $89,405.81 | ACH |
| 4/4/2022 | Progressive | 165.00 | $165.00 | Deposit |
| 4/4/2022 | Microsoft | 13.54 | $13.54 | Internet Payment |
| 4/4/2022 | American Express Platinum | 16,453.93 | $16,453.93 | Internet Payment |
| 4/4/2022 | American Express | 3,147.66 | $3,147.66 | Internet Payment |
| 4/4/2022 | InMotion Technical Support | 733.65 | $733.65 | ACH |
| 4/4/2022 | BD&S Solutions | 5,632.98 | $5,632.98 | ACH |
| 4/4/2022 | Hugo Garcia Quevedo | 7,186.72 | $7,186.72 | ACH |
| 4/4/2022 | RBJ Architectural | 2,350.25 | $2,350.25 | CHECK |
| 4/5/2022 | Colgate | 46,500.00 | $46,500.00 | Deposit |
| 4/5/2022 | Gladiator Home Security | 20,484.15 | $20,484.15 | CHECK |
| 4/6/2022 | Sandridge Apartments (Embrey) | 2,348.69 | $2,348.69 | Internet Payment |
| 4/6/2022 | Applied Machinery Corp. | 65,000.00 | $65,000.00 | Wire |
| 4/6/2022 | Gordon Technologies | 268,208.54 | | |
| 4/6/2022 | JA Oilfield | 31,900.00 | | |
| 4/6/2022 | Turnazontal | 4,910.00 | | |
| 4/6/2022 | 90 Right Consulting | 9,072.00 | | |
| 4/6/2022 | Arrington Directional | 7,700.00 | | |
| 4/6/2022 | Clay Clevenger | 7,700.00 | | |
| 4/6/2022 | T. Gibson Consulting | 9,072.00 | $338,562.54 | ACH |
| 4/8/2022 | Jerod Furr | 30,000.00 | $30,000.00 | Transfer |
| 4/11/2022 | MBFS (Mercedes) | 4,294.73 | 4,294.73 | Internet Payment |
| 4/11/2022 | Darrin Batchelor (Expenses) | 356.14 | $356.14 | Check |
| 4/12/2022 | Tensor Energy Services | 115,824.00 | $115,824.00 | WIRE |
| 4/12/2022 | Colgate | 615,358.13 | $615,358.13 | Deposit |
| 4/13/2022 | Ally (F150) | 859.55 | $859.55 | Internet Payment |
| 4/14/2022 | Microsoft | 13.53 | $13.53 | Internet Payment |
| 4/14/2022 | Transfer to Checking | 7,000.00 | $7,000.00 | Transfer |
| 4/14/2022 | Dustin Etter | 30,000.00 | $30,000.00 | ACH |
| 4/14/2022 | Alliance Drilling Tools | 5,600.00 | | |
| 4/14/2022 | Gator Technologies | 28,907.50 | | |
| 4/14/2022 | Gordon Technologies | 161,298.39 | | |
| 4/14/2022 | InMotion Technical Support | 162.09 | | |
| 4/14/2022 | JL Henry Corp | 17,912.00 | | |

| Date | Payee | Amount | Total | Method |
|---|---|---|---|---|
| 4/14/2022 | Pegasus Nvg Trucking | 1,706.00 | | |
| 4/14/2022 | United Water Works | 5,304.25 | | |
| 4/14/2022 | 90 Right Consulting | 2,268.00 | | |
| 4/14/2022 | Arrington Directional | 4,400.00 | | |
| 4/14/2022 | Blake Farrell | 8,800.00 | | |
| 4/14/2022 | Clay Clevenger | 9,900.00 | | |
| 4/14/2022 | Eric Trowbridge | 5,103.00 | | |
| 4/14/2022 | Harry Pierce | 17,010.00 | | |
| 4/14/2022 | Jason Almand | 7,371.00 | | |
| 4/14/2022 | Jeffrey Gibson | 18,144.00 | | |
| 4/14/2022 | John Wesley Lindsey | 21,546.00 | | |
| 4/14/2022 | Justin Bailey | 4,536.00 | | |
| 4/14/2022 | Luis Garza LLC | 24,948.00 | | |
| 4/14/2022 | Reynaldo Zarate | 19,278.00 | | |
| 4/14/2022 | Robert Roman Duran | 12,474.00 | | |
| 4/14/2022 | Shane Davis | 5,670.00 | | |
| 4/14/2022 | T. Gibson Consulting | 6,804.00 | | |
| 4/14/2022 | Foster Enterprises | 585.90 | $389,728.13 | ACH |
| 4/15/2022 | IRS | 2,153.46 | $2,153.46 | Internet Payment |
| 4/18/2022 | Alert 360 | 59.48 | $59.48 | Internet Payment |
| 4/18/2022 | Dustin Etter | 94,802.00 | $94,802.00 | ACH |
| 4/19/2022 | Colgate | 909,873.67 | $909,873.67 | Deposit |
| 4/20/2022 | DH3 Energy Inc. (Daniel Hudspeth) | $28,830.00 | | |
| 4/20/2022 | DAC Electrical Services | $374.29 | | |
| 4/20/2022 | RBJ Architectural | 2,828.25 | $32,032.54 | ACH |
| 4/21/2022 | Slack | 55.84 | $55.84 | Internet Payment |
| 4/21/2022 | Services Charges | 112.05 | $112.05 | Service Charges |
| 4/22/2022 | First Insurance | 9,926.23 | $9,926.23 | Internet Payment |
| 4/22/2022 | Arroyos Remodeling | 14,000.00 | $14,000.00 | ACH |
| 4/22/2022 | Alliance Drilling Tools | 3,300.00 | | |
| 4/22/2022 | Drakewell | 7,670.00 | | |
| 4/22/2022 | IAE International (Sniper) | 95,526.30 | | |
| 4/22/2022 | JL Henry Corp | 12,075.00 | | |
| 4/22/2022 | REME LLC, DIG | 246,573.27 | | |
| 4/22/2022 | RP Hydraulix | 18,110.23 | | |
| 4/22/2022 | Supreme Source Energy | 6,206.60 | $389,461.00 | ACH |
| 4/25/2022 | BCBS (Health Care Services) | 16,985.68 | $16,985.68 | Internet Payment |
| 4/25/2022 | San Joaquin Tractor Co | 25,694.00 | $25,694.00 | ACH |
| 4/25/2022 | T Gibson Consulting | 6,804.00 | | |
| 4/25/2022 | 90 Right Consulting | 1,134.00 | | |
| 4/25/2022 | Justin Bailey | 7,938.00 | | |
| 4/25/2022 | Blake Farrell | 5,500.00 | | |
| 4/25/2022 | Arrington Directional | 2,200.00 | | |
| 4/25/2022 | Clay Clevenger | 4,400.00 | $27,976.00 | ACH |
| 4/25/2022 | Darrin Batchelor (Expenses) | 420.41 | $420.41 | Check |
| 4/28/2022 | DH3 Energy Inc. (Daniel Hudspeth) | 28,830.00 | $28,830.00 | ACH |
| 4/28/2022 | Transfer to Checking | 5,000.00 | $5,000.00 | Transfer |

EXHIBIT G

| Date | Payee | Amount | Total | Method |
|---|---|---:|---:|---|
| 4/28/2022 | Ferretville Investments | 2,089.70 | | |
| 4/28/2022 | REME LLC, DIG | 234,499.73 | | |
| 4/28/2022 | Dave Hubenak | 10,750.00 | | |
| 4/28/2022 | Harry Pierce | 19,278.00 | | |
| 4/28/2022 | Jeffrey Gibson | 5,670.00 | | |
| 4/28/2022 | John Wesley Lindsey | 15,876.00 | $374,701.83 | ACH |
| 4/29/2022 | Colgate | 1,131,442.51 | $1,131,442.51 | Deposit |
| 4/29/2022 | IRS | 3,554.40 | $3,554.40 | Internet Payment |
| 4/29/2022 | Eric Ostrander | 21,583.82 | $21,583.82 | ACH |

| May 2022 | | | | | Recorded in Quickbooks |
|---|---|---|---|---|---|
| 5/2/2022 | Sandridge Apartments (Embrey) | 2,276.00 | 2,276.00 | Internet Payment | x |
| 5/3/2022 | State Auto Insurance | 751.70 | 751.70 | Internet Payment | x |
| 5/3/2022 | Dave Hubenak | 2,602.00 | | | x |
| 5/3/2022 | Turnazontal | 7,780.00 | | | x |
| 5/3/2022 | Gordon Technologies | 223,372.35 | | | x |
| 5/3/2022 | Gator Technologies | 15,019.50 | | | x |
| 5/3/2022 | JL Henry Corp | 4,950.00 | | | x |
| 5/3/2022 | Alliance Drilling Tools | 10,655.00 | | | x |
| 5/3/2022 | Brittany Lopez CPA | 572.25 | 264,951.10 | ACH | x |
| 5/4/2022 | Microsoft | 13.54 | 13.54 | Internet Payment | x |
| 5/5/2022 | BD&S Solutions | 5,619.02 | | | x |
| 5/5/2022 | Eric Trowbridge | 7,371.00 | | | x |
| 5/5/2022 | Jason Almand | 12,474.00 | | | x |
| 5/5/2022 | Luis Garza LLC | 7,938.00 | | | x |
| 5/5/2022 | Reynaldo Zarate | 18,144.00 | | | x |
| 5/5/2022 | Robert Roman Duran | 5,103.00 | | | x |
| 5/5/2022 | Shane Davis | 17,010.00 | | | x |
| 5/5/2022 | Cavare | 25,000.00 | 98,659.02 | ACH | x |
| 5/6/2022 | Coast to Coast Septic Pumping | 560.00 | 560.00 | Check | x |
| 5/9/2022 | American Express Blue | 2,068.14 | 2,068.14 | Internet Payment | x |
| 5/9/2022 | American Express Platinum | 25,474.14 | 25,474.14 | Internet Payment | x |
| 5/11/2022 | DH3 Energy Inc. (Daniel Hudspeth) | 14,415.00 | 14,415.00 | ACH | x |
| 5/10/2022 | Darrin Batchelor (Expenses) | 187.15 | 187.15 | Check | x |
| 5/11/2022 | MBFS (Mercedes) | 4,294.73 | 4,294.73 | Internet Payment | x |
| 5/11/2022 | Champion Energy | 830.87 | 830.87 | Internet Payment | x |
| 5/11/2022 | Jerod | 30,000.00 | 30,000.00 | Transfer | x |
| 5/11/2022 | Payroll | 10,000.00 | 10,000.00 | Transfer | |
| 5/11/2022 | Chris Hargrave Expenses | 311.85 | 311.85 | ACH | x |
| 5/11/2022 | Eric Ostrander | 1,498.88 | 1,498.88 | ACH | x |
| 5/11/2022 | Gordon Technologies | 70,010.00 | | | x |
| 5/11/2022 | Gator Technologies | 26,256.50 | | | x |
| 5/11/2022 | IAE International (Sniper) | 81,329.05 | | | x |
| 5/11/2022 | JL Henry Corp | 4,550.00 | | | x |
| 5/11/2022 | Alliance Drilling Tools | 3,860.00 | | | x |
| 5/11/2022 | Brittany Lopez CPA | 1,102.20 | | | x |
| 5/11/2022 | T. Gibson Consulting | 12,474.00 | | | x |
| 5/11/2022 | 90 Right Consulting | 21,546.00 | | | x |
| 5/11/2022 | Justin Bailey | 11,340.00 | | | x |
| 5/11/2022 | Eric Trowbridge | 12,474.00 | | | x |
| 5/11/2022 | Jason Almand | 3,402.00 | 248,343.75 | ACH | x |
| 5/12/2022 | Colgate Payment | 635,816.79 | 635,816.79 | Deposit | x |
| 5/12/2022 | Robert Roman Duran | 9,072.00 | 9,072.00 | ACH | x |
| 5/12/2022 | Brittany Lopez CPA | 1,093.79 | | | x |
| 5/12/2022 | Arroyos Remodeling | 18,450.00 | 19,543.79 | ACH | x |

| Date | Payee | Amount | Total | Method | x |
|---|---|---:|---:|---|---|
| 5/12/2022 | Darrin Batchelor (Insur. Reimburse) | 659.18 | 659.18 | ACH | x |
| 5/12/2022 | Dustin Etter | 30,000.00 | 30,000.00 | ACH | x |
| 5/13/2022 | IRS | 193.94 | 193.94 | Internet Payment | |
| 5/13/2022 | Ally (F150) | 859.55 | 859.55 | Internet Payment | x |
| 5/13/2022 | IRS | 3,318.60 | 3,318.60 | Internet Payment | |
| 5/16/2022 | Microsoft | 13.53 | 13.53 | Internet Payment | x |
| 5/16/2022 | ATT | 257.13 | 257.13 | Internet Payment | x |
| 5/16/2022 | Dirrill Moore | 18,144.00 | | | x |
| 5/16/2022 | Viper | 57,423.00 | 75,567.00 | ACH | x |
| 5/17/2022 | Alert 360 | 59.48 | 59.48 | Internet Payment | x |
| 5/17/2022 | Dig | 70,616.98 | | | x |
| 5/17/2022 | JA Oilfield | 22,200.00 | | | x |
| 5/17/2022 | NOS | 4,286.70 | | | x |
| 5/17/2022 | JL Henry Corp | 8,575.00 | | | x |
| 5/17/2022 | T. Gibson | 10,206.00 | | | x |
| 5/17/2022 | Robert Roman Duran | 12,474.00 | | | x |
| 5/17/2022 | Justin Bailey | 10,206.00 | | | x |
| 5/17/2022 | Eric Trowbridge | 2,835.00 | | | x |
| 5/17/2022 | Jason Almand | 10,773.00 | 152,172.68 | ACH | x |
| 5/19/2022 | R.Slater Enterprises | 6,900.00 | | | x |
| 5/19/2022 | Brittany Lopez CPA | 539.39 | 7,439.39 | ACH | x |
| 5/19/2022 | Ricky Matthews Pro-Paving | 13,405.00 | 13,405.00 | Check | x |
| 5/23/2022 | Service Charges | 244.11 | 244.11 | Service Charges | |
| 5/24/2022 | Insurance First | 9,926.23 | 9,926.23 | Internet Payment | x |
| 5/24/2022 | Champion Energy | 531.84 | 531.84 | ACH | x |
| 5/24/2022 | Champion Energy | 403.95 | 403.95 | ACH | x |
| 5/24/2022 | Champion Energy | 26.59 | 26.59 | ACH | x |
| 5/24/2022 | Champion Energy | 25.18 | 25.18 | ACH | x |
| 5/24/2022 | Payroll | 13,073.33 | 13,073.33 | Transfer | |
| 5/24/2022 | Guerrero Morales | 23,171.00 | | | x |
| 5/24/2022 | Discovery Downhole | 5,925.00 | 29,096.00 | ACH | x |
| 5/24/2022 | Darrin Batchelor | 800.00 | 800.00 | Check | x |
| 5/26/2022 | Gulf Coast Exotic LLC | 26,960.00 | 26,960.00 | WIRE | x |
| 5/27/2022 | IRS | 3,501.22 | 3,501.22 | Internet Payment | |
| 5/27/2022 | Guerrero Morales | 28,623.00 | | | x |
| 5/27/2022 | Dirrill Moore | 22,113.00 | | | x |
| 5/27/2022 | Dan Allen Holden | 1,701.00 | 52,437.00 | ACH | x |
| 5/27/2022 | Ricky Matthews Pro-Paving | 14,305.00 | 14,305.00 | Check | x |
| 5/27/2022 | Coast to Coast Septic Pumping | 1,000.00 | 1,000.00 | Check | x |

EXHIBIT G

| June 2022 | | | | | Recorded in Quickbooks |
|---|---|---|---|---|---|
| 6/1/2022 | Alliance Drilling Tool | 6,000.00 | | | x |
| 6/1/2022 | Arroyos Remodeling | 16,500.00 | | | x |
| 6/1/2022 | Drakewell | 8,435.00 | | | x |
| 6/1/2022 | Eric Ostrander | 23,082.70 | | | x |
| 6/1/2022 | Gator Technologies | 12,793.41 | | | x |
| 6/1/2022 | Gordon Technologies | 203,110.17 | | | x |
| 6/1/2022 | JL Henry Corp | 12,250.00 | | | x |
| 6/1/2022 | REME (Dig) | 222,245.64 | | | x |
| 6/1/2022 | RP Hydraulix | 2,570.94 | | | x |
| 6/1/2022 | Supreme Source Energy | 14,118.75 | | | x |
| 6/1/2022 | Turnazontal | 12,160.00 | | | x |
| 6/1/2022 | Dyna-Drill Technologies | 118,681.80 | | | x |
| 6/1/2022 | Harry Pierce | 22,680.00 | | | x |
| 6/1/2022 | Jeffrey Gibson | 20,412.00 | | | x |
| 6/1/2022 | John Wesley Lindsey | 13,608.00 | | | x |
| 6/1/2022 | Luis Garza | 20,412.00 | | | x |
| 6/1/2022 | Reynaldo Zarate | 11,340.00 | | | x |
| 6/1/2022 | Robert Roman Duran | 11,340.00 | 751,740.41 | ACH | x |
| 6/2/2022 | IRS | 483.12 | 483.12 | Internet Payment | |
| 6/2/2022 | BCBS (Health Care Services) | 3,694.66 | 3,694.66 | Internet Payment | x |
| 6/2/2022 | Sandridge Apartments (Embrey) | 2,400.00 | 2,400.00 | Internet Payment | x |
| 6/2/2022 | 90 Right Consulting | 18,144.00 | | | x |
| 6/2/2022 | Justin Bailey | 11,340.00 | | | x |
| 6/2/2022 | T. Gibson | 6,804.00 | | | x |
| 6/2/2022 | Ferretville Investment | 2,127.68 | 38,415.68 | ACH | x |
| 6/2/2022 | Gladiator Home Security | 1,661.64 | 1,661.64 | Check | x |
| 6/2/2022 | State Auto | 751.70 | 751.70 | Internet Payment | x |
| 6/6/2022 | Microsoft | 13.54 | 13.54 | Internet Payment | x |
| 6/6/2022 | Tax Rev.GRT | 5.00 | 5.00 | Internet Payment | |
| 6/6/2022 | Gladiator Home Security | 1,661.64 | 1,661.64 | Check | x |
| 6/7/2022 | American Express Blue | 10,675.20 | 10,675.20 | Internet Payment | x |
| 6/7/2022 | Jason Almand | 20,779.00 | | | x |
| 6/7/2022 | Robert Roman Duran | 4,536.00 | | | x |
| 6/7/2022 | Shane Davis | 27,216.00 | | | x |
| 6/7/2022 | Arroyos Remodeling | 28,337.00 | 80,868.00 | ACH | x |
| 6/7/2022 | Darrin Batchelor (Expenses) | 564.38 | 564.38 | Check | x |
| 6/8/2022 | Crimson Payment | 212,427.52 | 212,427.52 | Deposit | x |
| 6/8/2022 | Dustin Etter | 30,000.00 | 30,000.00 | ACH | x |
| 6/9/2022 | Tax Rev.GRT | 14,411.82 | 14,411.82 | Internet Payment | |
| 6/9/2022 | Tax Rev.GRT | 33,043.78 | 33,043.78 | Internet Payment | |
| 6/9/2022 | Tax Rev.GRT | 79,849.51 | 79,849.51 | Internet Payment | |
| 6/9/2022 | Tax Rev.GRT | 111,247.79 | 111,247.79 | Internet Payment | |
| 6/9/2022 | BD&S Solutions | 5,613.08 | | | x |
| 6/9/2022 | Cavare Inc | 25,072.90 | | | x |
| 6/9/2022 | DAC Electrical Services | 1,144.36 | | | x |

Case 25-30155   Document 68-7   Filed in TXSB on 05/05/25   Page 6 of 20

EXHIBIT G

| Date | Payee | Amount | Amount 2 | Method | X |
|---|---|---|---|---|---|
| 6/9/2022 | Discovery Downhole | 9,599.10 | | | x |
| 6/9/2022 | Dyna-Drill Technologies | 17,897.60 | | | x |
| 6/9/2022 | IAE International (Sniper) | 36,431.60 | | | x |
| 6/9/2022 | JL Henry Corp | 11,825.00 | | | x |
| 6/9/2022 | NOS | 7,209.45 | | | x |
| 6/9/2022 | Pegasus | 19,254.79 | | | x |
| 6/9/2022 | Turnazontal | 8,990.00 | | | x |
| 6/9/2022 | Viper Energy | 119,781.00 | | | x |
| 6/9/2022 | Eric Trowbridge | 5,670.00 | 268,488.88 | ACH | x |
| 6/10/2022 | Republic Services | 2,705.08 | 2,705.08 | Internet Payment | x |
| 6/10/2022 | Sandridge Apartments (Embrey) | 18.76 | 18.76 | Internet Payment | x |
| 6/13/2022 | MBFS (Mercedes) | 4,294.73 | 4,294.73 | Internet Payment | x |
| 6/13/2022 | Jerod | 75,000.00 | 75,000.00 | Transfer | x |
| 6/13/2022 | Checking (Payroll) | 15,000.00 | 15,000.00 | Transfer | x |
| 6/13/2022 | Xela Media | 35,876.85 | 35,876.85 | Check | x |
| 6/14/2022 | Microsoft | 13.53 | 13.53 | Internet Payment | x |
| 6/14/2022 | Ally (F150) | 859.55 | 859.55 | Internet Payment | x |
| 6/14/2022 | Arroyos Remodeling | 20,094.20 | 20,094.20 | ACH | x |
| 6/14/2022 | Brannon Wood | 14,175.00 | | | x |
| 6/14/2022 | Justin Bailey | 9,072.00 | | | x |
| 6/14/2022 | T. Gibson | 13,608.00 | 36,855.00 | ACH | x |
| 6/15/2022 | IRS | 4,189.36 | 4,189.36 | Internet Payment | x |
| 6/16/2022 | Alert 360 | 59.48 | 59.48 | Internet Payment | x |
| 6/16/2022 | American Express Platinum | 11,671.68 | 11,671.68 | Internet Payment | x |
| 6/16/2022 | 90 Right Consulting | 4,536.00 | 4,536.00 | ACH | x |
| 6/21/2022 | Slack | 8.25 | $8.25 | Internet Payment | x |
| 6/21/2022 | Arroyos Remodeling | 29,755.00 | 29,755.00 | ACH | x |
| 6/21/2022 | Service Charges | 138.87 | 138.87 | Service Charges | x |
| 6/22/2022 | Champion Energy | 3,052.27 | 3,052.27 | Internet Payment | x |
| 6/22/2022 | Insurance First | 9,926.23 | 9,926.23 | Internet Payment | x |
| 6/22/2022 | Dirrill Moore | 27,216.00 | | | x |
| 6/22/2022 | Harry Pierce | 15,876.00 | | | x |
| 6/22/2022 | Jeffrey Gibson | 20,412.00 | | | x |
| 6/22/2022 | John Wesley Lindsey | 13,608.00 | | | x |
| 6/22/2022 | Robert Roman Duran | 10,206.00 | 87,318.00 | ACH | x |
| 6/22/2022 | Darrin Batchelor (Expenses) | 623.62 | 623.62 | Check | x |
| 6/23/2022 | Colgate | 1,815,310.20 | 1,815,310.20 | Deposit | x |
| 6/23/2022 | Amazon | 35.60 | 35.60 | Internet Payment | x |
| 6/23/2022 | Amazon | 7.57 | 7.57 | Internet Payment | x |
| 6/23/2022 | Brinks Home Alarm Serv. | 67.07 | 67.07 | Internet Payment | x |
| 6/23/2022 | Alliance Drilling Tool | 17,195.00 | | | x |
| 6/23/2022 | Arroyos Remodeling | 34,155.80 | | | x |
| 6/23/2022 | Bico Drilling Tools | 23,720.00 | | | x |
| 6/23/2022 | Big H Transport | 760.00 | | | x |
| 6/23/2022 | Brittany Lopez | 2,780.15 | | | x |
| 6/23/2022 | Cavare Inc | 61,111.00 | | | x |
| 6/23/2022 | DAC Electrical Services | 579.95 | | | x |

EXHIBIT G

| Date | Payee | Amount | Amount 2 | Method | Flag |
|---|---|---:|---:|---|:---:|
| 6/23/2022 | Discovery Downhole | 28,012.50 | | | x |
| 6/23/2022 | Dyna-Drill Technologies | 12,982.80 | | | x |
| 6/23/2022 | Gator Technologies | 43,254.00 | | | x |
| 6/23/2022 | Gordon Technologies | 52,025.53 | | | x |
| 6/23/2022 | I-Deal Hotshot | 1,750.00 | | | x |
| 6/23/2022 | IAE International (Sniper) | 21,294.60 | | | x |
| 6/23/2022 | JA Oilfield | 63,450.00 | | | x |
| 6/23/2022 | JL Henry Corp | 24,236.50 | | | x |
| 6/23/2022 | Liberty Logistics | 10,100.00 | | | x |
| 6/23/2022 | Pegasus | 23,990.57 | | | x |
| 6/23/2022 | Rising Star Hotshot | 7,000.00 | | | x |
| 6/23/2022 | Sacred Freedom Marketing | 7,980.00 | | | x |
| 6/23/2022 | Turnazontal | 5,700.00 | | | x |
| 6/23/2022 | Viper Energy | 115,448.60 | | | x |
| 6/23/2022 | DH3 Energy (Daniel Hudspeth) | 17,856.00 | | | x |
| 6/23/2022 | 405 Technology | 500.00 | 575,883.00 | ACH | x |
| 6/24/2022 | Arrow Energy | 8,952.87 | 8,952.87 | Deposit | x |
| 6/24/2022 | Amazon | 143.63 | 143.63 | Internet Payment | x |
| 6/24/2022 | ATT | 127.77 | 127.77 | Internet Payment | x |
| 6/24/2022 | Supreme Source Energy | 20,833.33 | 20,833.33 | Wire | |
| 6/24/2022 | Supreme Source Energy | 20,833.33 | 20,833.33 | Wire | |
| 6/24/2022 | Danny Williams | 20,833.33 | 20,833.33 | Wire | |
| 6/24/2022 | Supreme Source Energy | 750,000.00 | 750,000.00 | Wire | |
| 6/24/2022 | Chris Hargrave (expenses) | 262.74 | 262.74 | ACH | Returned 6/28 |
| 6/24/2022 | Supreme Source Energy | 71,760.25 | 71,760.25 | ACH | x |
| 6/28/2022 | Checking (Payroll) | 13,500.00 | 13,500.00 | Transfer | x |
| 6/28/2022 | Chris Hargrave (expenses) | 262.74 | 262.74 | ACH | x |
| 6/29/2022 | Brannon Wood | 5,720.00 | | | x |
| 6/29/2022 | Guerrero Morales | 32,712.00 | | | x |
| 6/29/2022 | Luis Garza | 20,412.00 | | | x |
| 6/29/2022 | Reynaldo Zarate | 20,412.00 | | | x |
| 6/29/2022 | Rodney Rice | 8,446.10 | | | x |
| 6/29/2022 | Bico Drilling Tools | 17,150.00 | | | x |
| 6/29/2022 | Dave Hubenak | 43,125.00 | | | x |
| 6/29/2022 | Eric Ostrander | 23,082.70 | | | x |
| 6/29/2022 | Extreme Coatings | 850.00 | | | x |
| 6/29/2022 | Ferretville Investment | 2,101.40 | | | x |
| 6/29/2022 | Gator Technologies | 11,535.50 | | | x |
| 6/29/2022 | Gordon Technologies | 554,170.92 | | | x |
| 6/29/2022 | JA Oilfield | 12,200.00 | | | x |
| 6/29/2022 | JL Henry Corp | 2,150.00 | | | x |
| 6/29/2022 | Liberty Logistics | 2,250.00 | | | x |
| 6/29/2022 | Pegasus | 7,357.79 | | | x |
| 6/29/2022 | Rising Star Hotshot | 3,475.00 | | | x |
| 6/29/2022 | Turnazontal | 4,090.00 | 771,240.41 | ACH | x |
| 6/30/2022 | IRS | 4,698.52 | 4,698.52 | Internet Payment | |
| 6/30/2022 | Dustin Etter | 30,000.00 | 30,000.00 | ACH | x |

EXHIBIT G

## July 2022

| Date | Payee | Amount | Amount 2 | Type | Recorded in Quickbooks |
|---|---|---|---|---|---|
| 7/1/2022 | Arrow S Energy | 10,600.00 | 10,600.00 | Deposit | x |
| 7/1/2022 | Crimson Energy | 97,254.80 | 97,254.80 | Deposit | x |
| 7/1/2022 | BCBS (Health Care Services) | 6,331.40 | 6,331.40 | ACH | x |
| 7/5/2022 | Microsoft | 13.54 | 13.54 | ACH | x |
| 7/5/2022 | State Auto | 905.13 | 905.13 | ACH | x |
| 7/5/2022 | Sandridge Apartments (Embrey) | 2,351.46 | 2,351.46 | ACH | x |
| 7/6/2022 | Brinks Home Alarm Serv. | 67.07 | 67.07 | ACH | x |
| 7/6/2022 | Brinks Home Alarm Serv. | 67.07 | 67.07 | ACH | x |
| 7/6/2022 | Brinks Home Alarm Serv. | 67.07 | 67.07 | ACH | x |
| 7/7/2022 | Amazon | 43.29 | 43.29 | ACH | x |
| 7/7/2022 | Amex Blue | 4,308.97 | 4,308.97 | ACH | x |
| 7/8/2022 | Jerod | 100,000.00 | 100,000.00 | Transfer | x |
| 7/11/2022 | MBFS (Mercedes) | 4,294.73 | 4,294.73 | ACH | x |
| 7/11/2022 | 90 Right Consulting | 22,680.00 | | | x |
| 7/11/2022 | Harry Pierce | 9,072.00 | | | x |
| 7/11/2022 | Jeffrey Gibson | 15,876.00 | | | x |
| 7/11/2022 | John Wesley Lindsey | 15,876.00 | | | x |
| 7/11/2022 | Shane Davis | 22,680.00 | | | x |
| 7/11/2022 | T. Gibson | 13,608.00 | | | x |
| 7/11/2022 | Arroyos Remodeling | 44,492.00 | | | x |
| 7/11/2022 | BD&S Solutions | 5,432.73 | | | x |
| 7/11/2022 | Rodney Rice | 10,000.00 | 159,716.73 | ACH | x |
| 7/12/2022 | Justin Bailey | 13,608.00 | | | x |
| 7/12/2022 | Leo Card | 22,113.00 | | | x |
| 7/12/2022 | Chuck's Landscape and Design | 44,113.21 | 78,834.21 | ACH | x |
| 7/13/2022 | Ally (F150) | 859.55 | 859.55 | ACH | x |
| 7/13/2022 | Republic Services | 2,688.05 | 2,688.05 | ACH | x |
| 7/14/2022 | Amazon | 37.32 | 37.32 | ACH | x |
| 7/14/2022 | Microsoft | 13.53 | 13.53 | ACH | x |
| 7/15/2022 | Arrow Energy | 10,600.00 | 10,600.00 | Deposit | x |
| 7/15/2022 | IRS | 5,128.94 | 5,128.94 | ACH | |
| 7/15/2022 | Checking (Payroll) | 15,000.00 | 15,000.00 | Transfer | x |
| 7/18/2022 | Alert 360 | 59.48 | 59.48 | ACH | x |
| 7/18/2022 | AMEX Platinum | 34,061.43 | 34,061.43 | ACH | x |
| 7/19/2022 | Champion Energy | 5,366.89 | 5,366.89 | ACH | x |
| 7/19/2022 | Dirrill Moore | 23,831.00 | | | x |
| 7/19/2022 | Eddie Martinez | 10,823.00 | | | x |
| 7/19/2022 | Reynaldo Zarate | 14,742.00 | | | x |
| 7/19/2022 | Rodney Rice | 10,000.00 | | | x |
| 7/19/2022 | Shane Davis | 13,608.00 | 73,004.00 | ACH | x |
| 7/21/2022 | Slack | 8.53 | 8.53 | ACH | x |
| 7/21/2022 | IRS | 48,667.69 | 48,667.69 | | x |
| 7/21/2022 | Richard McNabb (Expenses) | 259.00 | 259.00 | ACH | x |
| 7/21/2022 | Harry Pierce | 15,876.00 | | | x |
| 7/21/2022 | John Wesley Lindsey | 9,072.00 | | | x |
| 7/21/2022 | Luis Garza | 17,010.00 | 41,958.00 | ACH | x |
| 7/21/2022 | Service Charges | 321.05 | 321.05 | Service Charges | x |
| 7/22/2022 | Colgate | 2,943,333.28 | 2,943,333.28 | Deposit | x |

EXHIBIT G

| Date | Payee | Amount | Amount | Type | x |
|---|---|---:|---:|---|:-:|
| 7/22/2022 | Insurance First | 9,926.23 | 9,926.23 | ACH | x |
| 7/25/2022 | Brinks Home Alarm Serv. | 67.07 | 67.07 | ACH | x |
| 7/25/2022 | ATT | 185.37 | 185.37 | ACH | x |
| 7/25/2022 | AE Partners Holdings | 700,000.00 | 700,000.00 | WIRE | |
| 7/25/2022 | Jeffrey Gibson | 6,804.00 | | | x |
| 7/25/2022 | O.D. Inspections | 11,555.00 | | | x |
| 7/25/2022 | Alliance Drilling Tools | 17,675.00 | | | x |
| 7/25/2022 | Bico Drilling Tools | 72,210.00 | | | x |
| 7/25/2022 | Big H Transport | 6,751.25 | | | x |
| 7/25/2022 | Brittany Lopez | 1,821.45 | | | x |
| 7/25/2022 | Cavare Inc | 62,483.75 | | | x |
| 7/25/2022 | Discovery Downhole Services | 70,539.60 | | | x |
| 7/25/2022 | Drakewell | 20,987.50 | | | x |
| 7/25/2022 | Dyna-Drill | 83,190.00 | | | x |
| 7/25/2022 | Gator Technologies | 19,197.00 | | | x |
| 7/25/2022 | IAE International (Sniper) | 13,585.00 | | | x |
| 7/25/2022 | JL Henry | 5,275.00 | | | x |
| 7/25/2022 | Liberty Logistics | 8,800.00 | | | x |
| 7/25/2022 | NOS | 5,991.64 | | | x |
| 7/25/2022 | Pegasus | 6,903.99 | | | x |
| 7/25/2022 | REME (DIG) | 543,644.97 | | | x |
| 7/25/2022 | Rising Star Hot Shot | 6,675.00 | | | x |
| 7/25/2022 | Turnazontal | 13,160.00 | | | x |
| 7/25/2022 | Viper Energy | 334,597.30 | 1,311,847.45 | ACH | x |
| 7/26/2022 | DH3 Energy | 28,830.00 | 28,830.00 | ACH | x |
| 7/28/2022 | Transfer to Checking Payroll | 15,000.00 | 15,000.00 | Transfer | x |
| 7/28/2022 | 90 Right Consulting | 10,206.00 | | | x |
| 7/28/2022 | T. Gibson | 11,340.00 | 28,546.00 | ACH | x |
| 7/29/2022 | Justin Bailey | 28,546.00 | 28,546.00 | WIre | x |
| 7/29/2022 | IRS | 4,966.14 | 4,966.14 | | x |
| 7/29/2022 | Justin Bailey (Reversed Payment) | 28,546.00 | 28,546.00 | Wire Credit | x |
| 7/29/2022 | Alliance Farm and Ranch | 20,000.00 | 20,000.00 | ACH | x |

EXHIBIT G

| Aug. 2022 | | | | | Recorded in Quickbooks |
|---|---|---|---|---|---|
| 8/1/2022 | Justin Bailey | 21,546.00 | 6,331.40 | Wire | x |
| 8/1/2022 | Jerod Furr Checking | 75,000.00 | 75,000.00 | Transfer | x |
| 8/1/2022 | Arroyos Remodeling | 39,700.00 | 39,700.00 | ACH | x |
| 8/1/2022 | 405 Technology | 500.00 | | | x |
| 8/1/2022 | Big H Transport | 250.00 | | | x |
| 8/1/2022 | Carbide Tooling | 1,064.88 | | | x |
| 8/1/2022 | DAC Electrical Services | 593.90 | | | x |
| 8/1/2022 | Ferretville Investment | 2,091.11 | | | x |
| 8/1/2022 | Gator Technologies | 5,150.50 | | | x |
| 8/1/2022 | Liberty Logistics | 6,350.00 | | | x |
| 8/1/2022 | Pegusus | 11,055.53 | | | x |
| 8/1/2022 | Turnazontal | 5,880.00 | | | x |
| 8/1/2022 | Viper Energy | 131,964.90 | | | x |
| 8/1/2022 | Dustin Etter | 350,000.00 | | | x |
| 8/1/2022 | Dustin Etter | 30,000.00 | 544,900.82 | ACH | x |
| 8/1/2022 | Darrin Bachelor Expenses | 607.86 | 607.86 | Check | x |
| 8/1/2022 | Texas Mutual | 185.00 | 185.00 | ACH | x |
| 8/1/2022 | Sandridge Apartments (Embrey) | 2,347.28 | 2,347.28 | ACH | x |
| 8/1/2022 | Colgate | 760,522.67 | 760,522.67 | Deposit | x |
| 8/2/2022 | Liberty Logistics | 1,350.00 | 1,350.00 | ACH | x |
| 8/3/2022 | Brinks Home Alarm Serv. | 67.07 | 67.07 | ACH | x |
| 8/3/2022 | Brinks Home Alarm Serv. | 67.07 | 67.07 | ACH | x |
| 8/3/2022 | Brinks Home Alarm Serv. | 67.07 | 67.07 | ACH | x |
| 8/3/2022 | State Auto | 905.13 | 905.13 | ACH | x |
| 8/4/2022 | Microsoft | 13.54 | 13.54 | ACH | x |
| 8/4/2022 | BCBS (Health Care Services) | 7,347.45 | 7,347.45 | ACH | x |
| 8/5/2022 | Arrow Energy | 12,985.00 | 12,985.00 | Deposit | x |
| 8/5/2022 | Leo Card | 15,359.00 | 15,359.00 | ACH | x |
| 8/8/2022 | Amex Blue | 11,840.83 | 11,840.83 | ACH | x |
| 8/10/2022 | Checking (Payroll) | 18,000.00 | 18,000.00 | Transfer | |
| 8/10/2022 | Brannon Wood | 9,072.00 | | | x |
| 8/10/2022 | Eddie Martinez | 16,293.00 | | | x |
| 8/10/2022 | Jason Almand | 27,216.00 | | | x |
| 8/10/2022 | Robert Roman Duran | 18,144.00 | 70,725.00 | ACH | x |
| 8/11/2022 | MBFS (Mercedes) | 4,294.73 | 4,294.73 | ACH | x |
| 8/11/2022 | Hanover Insurance | 897.73 | 897.73 | ACH | |
| 8/12/2022 | IRS | 4,998.48 | | ACH | |
| 8/12/2022 | IRS | 43,482.03 | | ACH | |
| 8/12/2022 | Ronal Equiptment Inc | 2,046.00 | | | x |
| 8/12/2022 | RP Hydraulix | 4,562.75 | | | x |
| 8/12/2022 | Rodney Rice | 12,250.00 | 18,858.75 | ACH | x |
| 8/12/2022 | Alliance Drilling Tool | 14,670.00 | | | x |
| 8/15/2022 | BD&S Solutions | 5,648.74 | | | x |
| 8/15/2022 | Bico Drilling Tools | 19,250.00 | | | x |
| 8/15/2022 | Cavare Inc | 42,327.10 | | | x |
| 8/15/2022 | Discovery Downhole | 110,685.20 | | | x |
| 8/16/2022 | Gator Technologies | 44,182.00 | | | x |
| 8/16/2022 | Gordan Technologies | 421,900.00 | | | x |
| 8/16/2022 | InMotion Technical | 282.81 | | | x |

| Date | Payee | Amount | Amount 2 | Type | Mark |
|---|---|---|---|---|---|
| 8/17/2022 | JL Henry Corp. | 950.00 | | | x |
| 8/19/2022 | Liberty Logistics | 1,575.00 | | | x |
| 8/19/2022 | NOS | 5,223.06 | | | x |
| 8/19/2022 | Pegasus | 2,530.00 | | | x |
| 8/20/2022 | Rising Star Hot Shot | 7,450.00 | | | x |
| 8/21/2022 | Turnazontal | 2,520.00 | | | x |
| 8/12/2022 | 90 Right Consulting | 12,474.00 | | | x |
| 8/15/2022 | Justin Bailey | 7,938.00 | | | x |
| 8/15/2022 | T. Gibson Consulting | 18,144.00 | 717,749.91 | ACH | x |
| 8/15/2022 | Microsoft | 13.54 | 13.54 | ACH | x |
| 8/15/2022 | Ally (F150) | 859.55 | 859.55 | ACH | x |
| 8/15/2022 | Republic Services | 372.26 | 372.26 | ACH | x |
| 8/15/2022 | Dirrill Moore | 18,144.00 | 18,144.00 | ACH | x |
| 8/16/2022 | Colgate | 1,568,886.13 | 1,568,886.13 | Deposit | x |
| 8/16/2022 | Amazon | 55.97 | 55.97 | ACH | x |
| 8/16/2022 | Alert 360 | 59.48 | 59.48 | ACH | x |
| 8/17/2022 | AMEX Platinum | 10,144.38 | 10,144.38 | ACH | x |
| 8/19/2022 | Arrow Energy | 19,080.00 | 19,080.00 | Deposit | x |
| 8/19/2022 | Chris Hargrave (Expenses) | 364.80 | 364.80 | ACH | x |
| 8/19/2022 | Big H Transport | 1,100.00 | | | x |
| 8/19/2022 | Brittany Lopez | 747.80 | | | x |
| 8/19/2022 | Cavare Inc | 24,765.00 | | | x |
| 8/19/2022 | Gator Technologies | 11,364.50 | | | x |
| 8/19/2022 | Gordan Technologies | 224,389.88 | | | x |
| 8/19/2022 | Invictus Drilling Motors | 105,204.40 | | | x |
| 8/19/2022 | JL Henry Corp. | 5,950.00 | | | x |
| 8/19/2022 | Liberty Logistics | 8,050.00 | | | x |
| 8/19/2022 | NOS | 3,247.50 | | | x |
| 8/19/2022 | Patriot Downhole (Firethorne) | 10,834.00 | | | x |
| 8/19/2022 | Pegasus | 4,742.50 | | | x |
| 8/19/2022 | Rising Star Hot Shot | 9,825.00 | | | x |
| 8/19/2022 | Turnazontal | 10,750.00 | | | x |
| 8/19/2022 | Viper Energy | 103,939.40 | 524,909.98 | ACH | x |
| 8/22/2022 | Slack | 8.53 | 8.53 | ACH | x |
| 8/22/2022 | Jerod | 75,000.00 | 75,000.00 | Transfer | x |
| 8/22/2022 | Rodney Rice | 18,000.00 | 18,000.00 | ACH | x |
| 8/22/2022 | Bank Service Charges | 183.82 | 183.82 | Service Charges | |
| 8/23/2022 | Colgate | 237,106.06 | 237,106.06 | Deposit | x |
| 8/23/2022 | Brinks Home Alarm Serv. | 67.07 | 67.07 | ACH | x |
| 8/23/2022 | ATT | 185.37 | 185.37 | ACH | x |
| 8/23/2022 | Champion Energy | 5,154.92 | 5,154.92 | ACH | x |
| 8/23/2022 | Insurance First | 9,926.23 | 9,926.23 | ACH | x |
| 8/24/2022 | Arroyos Remodeling | 43,150.00 | 43,150.00 | ACH | x |
| 8/26/2022 | Transfer to Payroll Account | 15,000.00 | 15,000.00 | Transfer | |
| 8/29/2022 | 90 Right Consulting | 2,835.00 | | | x |
| 8/29/2022 | Eddie Martinez | 22,163.00 | | | x |
| 8/29/2022 | Harry Pierce | 22,680.00 | | | x |
| 8/29/2022 | JDC Directional | 13,091.00 | | | x |
| 8/29/2022 | Jeffrey Gibson | 26,082.00 | | | x |
| 8/29/2022 | John Wesley Lindsey | 26,082.00 | | | x |
| 8/29/2022 | Leo Card | 15,876.00 | | | x |

EXHIBIT G

| Date | Payee | Amount | Total | Method | X |
|---|---|---:|---:|---|:---:|
| 8/29/2022 | Luis Garza | 17,010.00 | | | x |
| 8/29/2022 | Reynoldo Zarate | 32,886.00 | | | x |
| 8/29/2022 | Shane Davis | 20,412.00 | | | x |
| 8/29/2022 | Alliance Drilling Tool | 640.00 | | | x |
| 8/29/2022 | Cavare Inc | 22,106.25 | | | x |
| 8/29/2022 | Discovery Downhole | 15,891.70 | | | x |
| 8/29/2022 | Gordan Technologies | 239,755.00 | | | x |
| 8/29/2022 | Invictus Drilling Motors | 50,658.80 | | | x |
| 8/29/2022 | Pegasus | 10,478.35 | | | x |
| 8/29/2022 | REME dba DIG | 312,710.18 | 851,357.28 | ACH | x |
| 8/30/2022 | Colgate | 707,239.11 | 707,239.11 | Deposit | x |
| 8/30/2022 | IRS | 4,997.72 | 4,997.72 | ACH | |
| 8/30/2022 | DH3 (Daniel Hudspeth) | 28,830.00 | 28,830.00 | ACH | x |

EXHIBIT G

| Sept. 2022 | | | | | Recorded in Quickbooks |
|---|---|---|---|---|---|
| 9/1/2022 | Alliance Farm and Ranch | 20,000.00 | 20,000.00 | Wire | x |
| 9/1/2022 | Discovery Downhole | 24,400.00 | | | x |
| 9/1/2022 | Drakewell | 10,935.00 | | | x |
| 9/1/2022 | Dyno-Flo | 700.00 | | | x |
| 9/1/2022 | Ferretville Investment | 2,084.48 | | | x |
| 9/1/2022 | Gator Technologies | 10,801.50 | | | x |
| 9/1/2022 | Liberty Logistics | 9,575.00 | | | x |
| 9/1/2022 | NOS | 649.50 | | | x |
| 9/1/2022 | Viper Energy | 138,651.30 | 197,796.78 | ACH | x |
| 9/2/2022 | Arrow Energy | 6,625.00 | 6,625.00 | Deposit | x |
| 9/2/2022 | Republic Services | 1,113.69 | 1,113.69 | ACH | x |
| 9/2/2022 | Sandridge Apartments (Embrey) | 2,345.44 | 2,345.44 | ACH | x |
| 9/2/2022 | Dirrill Moore | 4,019.00 | 4,019.00 | ACH | x |
| 9/6/2022 | Microsoft | 13.54 | 13.54 | ACH | x |
| 9/6/2022 | Brinks Home Alarm Serv. | 67.07 | 67.07 | ACH | x |
| 9/6/2022 | Brinks Home Alarm Serv. | 67.07 | 67.07 | ACH | x |
| 9/6/2022 | Brinks Home Alarm Serv. | 67.07 | 67.07 | ACH | x |
| 9/6/2022 | State Auto | 905.13 | 905.13 | ACH | x |
| 9/6/2022 | BCBS (Health Care Services) | 11,392.47 | 11,392.47 | ACH | x |
| 9/6/2022 | AE Partners Holdings | 500,000.00 | 500,000.00 | Wire | |
| 9/7/2022 | Amex Blue | 6,391.21 | 6,391.21 | ACH | x |
| 9/7/2022 | Brannon Wood | 19,895.00 | | | x |
| 9/7/2022 | Harry Pierce | 5,670.00 | | | x |
| 9/7/2022 | Jason Almand | 16,493.00 | | | x |
| 9/7/2022 | Jeffrey Gibson | 11,340.00 | | | x |
| 9/7/2022 | John Wesley Lindsey | 5,670.00 | | | x |
| 9/7/2022 | Robert Roman Duran | 22,680.00 | | | x |
| 9/7/2022 | Rodney Rice | 6,250.00 | 87,998.00 | ACH | x |
| 9/9/2022 | Arrow Energy | 14,045.00 | 14,045.00 | Deposit | x |
| 9/9/2022 | Rodney Rice | 13,250.00 | 13,250.00 | ACH | x |
| 9/9/2022 | 90 Right Consulting | 20,412.00 | | | x |
| 9/9/2022 | Justin Bailey | 24,948.00 | | | x |
| 9/9/2022 | T. Gibson Consulting | 20,412.00 | 65,772.00 | ACH | x |
| 9/12/2022 | MBFS (Mercedes) | 4,294.73 | 4,294.73 | ACH | x |
| 9/12/2022 | Texas Mutual | 300.00 | 300.00 | ACH | X |
| 9/13/2022 | Ally (F150) | 859.55 | 859.55 | ACH | X |
| 9/13/2022 | Hanover Insurance | 874.73 | 874.73 | ACH | x |
| 9/13/2022 | Joseph Blakeney | 7,938.00 | | | x |
| 9/13/2022 | Luis Garza | 34,020.00 | | | x |
| 9/13/2022 | Reynaldo Zarate | 15,876.00 | | | x |
| 9/13/2022 | Shane Davis | 14,742.00 | | | x |
| 9/13/2022 | Alliance Drilling Tools | 17,730.00 | | | x |
| 9/13/2022 | B&T Rentals | 2,139.00 | | | x |
| 9/13/2022 | Bico | 19,250.00 | | | x |
| 9/13/2022 | Gordan Technologies | 76,250.00 | | | x |
| 9/13/2022 | JA Oilfield | 31,400.00 | | | x |
| 9/13/2022 | Liberty Logistics | 6,000.00 | | | x |
| 9/13/2022 | NOS | 4,735.94 | | | x |

EXHIBIT G

| Date | Description | Amount | Total | Type | Mark |
|---|---|---|---|---|---|
| 9/13/2022 | Pegasus | 9,229.22 | | | x |
| 9/13/2022 | REME (Dig) | 79,354.74 | | | x |
| 9/13/2022 | Rising Star Hot Shot | 6,050.00 | | | x |
| 9/13/2022 | Turnazontal | 1,520.00 | | | x |
| 9/13/2022 | Viper Energy | 79,787.90 | 406,022.80 | ACH | x |
| 9/14/2022 | Microsoft | 13.34 | 13.34 | ACH | x |
| 9/14/2022 | IRS | 5,038.78 | 5,038.78 | ACH | |
| 9/14/2022 | Transfer to Checking (payroll) | 15,000.00 | 15,000.00 | Transfer | |
| 9/14/2022 | Jerod | 45,000.00 | 45,000.00 | Transfer | x |
| 9/16/2022 | AE Partners Holdings | 200,000.00 | 200,000.00 | Wire Deposit | |
| 9/16/2022 | Alert 360 | 59.48 | 59.48 | ACH | x |
| 9/16/2022 | AMEX Platinum | 8,605.20 | 8,605.20 | ACH | x |
| 9/16/2022 | IRS | 84,173.74 | 84,173.74 | ACH | |
| 9/16/2022 | Darrin Batchelor (Expenses) | 323.53 | | | x |
| 9/16/2022 | Dustin Etter | 15,000.00 | 15,000.00 | ACH | x |
| 9/16/2022 | Arroyos Remodeling | 60,925.00 | 60,925.00 | ACH | x |
| 9/20/2022 | Champion Energy | 4,375.14 | 4,375.14 | ACH | x |
| 9/20/2022 | Brannon Wood | 3,402.00 | | | x |
| 9/20/2022 | Eddie Martinez | 18,761.00 | | | x |
| 9/20/2022 | Harry Pierce | 8,972.00 | | | x |
| 9/20/2022 | JDC Directional/Jason Cambell | 4,019.00 | | | x |
| 9/20/2022 | Jeffrey Gibson | 5,670.00 | | | x |
| 9/20/2022 | Leo Card | 2,885.00 | | | x |
| 9/20/2022 | Shane Davis | 17,627.00 | 61,336.00 | ACH | x |
| 9/21/2022 | Colgate | 777,425.00 | 777,425.00 | Deposit | x |
| 9/21/2022 | Slack | 9.33 | 9.33 | ACH | x |
| 9/21/2022 | Big H Transport | 800.00 | | | x |
| 9/21/2022 | Cobra Trucking | 5,075.00 | | | x |
| 9/21/2022 | Gordan Technologies | 152,950.00 | | | x |
| 9/21/2022 | Invictus Drilling Motors | 76,919.40 | | | x |
| 9/21/2022 | JL Henry Corp. | 550.00 | | | x |
| 9/21/2022 | Pegasus | 13,953.87 | | | x |
| 9/21/2022 | REME (Dig) | 100.00 | 250,348.27 | ACH | x |
| 9/21/2022 | Bank Service Charges | 207.25 | 207.25 | ACH | |
| 9/22/2022 | Insurance First | 9,926.23 | 9,926.23 | ACH | x |
| 9/23/2022 | Arrow Energy | 7,950.00 | 7,950.00 | Deposit | x |
| 9/23/2022 | Amazon | 22.72 | 22.72 | ACH | x |
| 9/23/2022 | Brinks Home Alarm Serv. | 67.07 | 67.07 | ACH | x |
| 9/26/2022 | ATT | 185.37 | 185.37 | ACH | x |
| 9/26/2022 | Rodney Rice | 7,500.00 | 7,500.00 | ACH | x |
| 9/27/2022 | Colgate | 1,214,275.00 | 1,214,275.00 | Deposit | x |
| 9/27/2022 | DH3 Energy | 47,337.00 | | | x |
| 9/27/2022 | Eddie Martinez | 6,804.00 | | | x |
| 9/27/2022 | Harry Pierce | 1,134.00 | | | x |
| 9/27/2022 | Shane Davis | 8,972.00 | 64,247.00 | ACH | x |
| 9/29/2022 | Sacred Freedom Marketing | 18,620.00 | 18,620.00 | ACH | x |
| 9/29/2022 | Dustin Etter | 35,000.00 | 35,000.00 | ACH | x |
| 9/29/2022 | Ferretville Investment | 2,074.75 | | | x |
| 9/29/2022 | Bico | 22,085.00 | | | x |
| 9/29/2022 | Turnazontal | 4,025.00 | | | x |

EXHIBIT G

| Date | Payee | Amount | Balance | Type | |
|---|---|---|---|---|---|
| 9/29/2022 | NOS | 811.88 | | | x |
| 9/29/2022 | Gordan Technologies | 124,475.00 | | | x |
| 9/29/2022 | Pegasus | 13,161.91 | | | x |
| 9/29/2022 | Drakewell | 12,450.00 | | | x |
| 9/29/2022 | Alliance Drilling Tools | 24,815.00 | | | x |
| 9/29/2022 | Rising Star Hot Shot | 21,700.00 | | | x |
| 9/29/2022 | Liberty Logistics | 13,375.00 | | | x |
| 9/29/2022 | Alliance Farm and Ranch | 20,000.00 | 258,973.54 | ACH | x |
| 9/30/2022 | IRS | 7,634.28 | 7,634.28 | ACH | x |
| 9/30/2022 | Arrow Energy | 9,805.00 | 9,805.00 | Deposit | x |

EXHIBIT G

| Oct. 2022 | | | | | Recorded in Quickbooks |
|---|---|---|---|---|---|
| 10/3/2022 | Microsoft | 13.54 | 13.54 | ACH | X |
| 10/3/2022 | Chris Hargrave Expenses | 423.90 | 423.90 | ACH | X |
| 10/3/2022 | Rodney Rice | 9,250.00 | | | X |
| 10/3/2022 | Arroyos Remodeling | 44,796.00 | 54,046.00 | ACH | X |
| 10/4/2022 | Brinks Home Alarm Serv. | 67.07 | 67.07 | ACH | X |
| 10/4/2022 | Brinks Home Alarm Serv. | 67.07 | 67.07 | ACH | X |
| 10/4/2022 | Brinks Home Alarm Serv. | 67.07 | 67.07 | ACH | X |
| 10/4/2022 | State Auto | 905.13 | 905.13 | ACH | x |
| 10/4/2022 | Sandridge Apartments (Embrey) | 2,345.56 | 2,345.56 | ACH | x |
| 10/5/2022 | Colgate | 1,264,681.91 | 1,264,681.91 | Deposit | X |
| 10/5/2022 | IRS | 34,674.49 | 34,674.49 | ACH | |
| 10/7/2022 | Arrow Energy | 11,925.00 | 11,925.00 | Deposit | X |
| 10/7/2022 | Amex Blue | 4,388.57 | 4,388.57 | ACH | X |
| 10/11/2022 | MBFS (Mercedes) | 4,294.73 | 4,294.73 | ACH | X |
| 10/12/2022 | Hanover Insurance | 874.73 | 874.73 | ACH | X |
| 10/12/2022 | Rodney Rice | 11,250.00 | 11,250.00 | ACH | X |
| 10/13/2022 | Ally (F150) | 859.55 | 859.55 | ACH | X |
| 10/13/2022 | Transfer to Payroll | 19,000.00 | 19,000.00 | Transfer | |
| 10/14/2022 | Arrow Energy | 9,275.00 | 9,275.00 | Deposit | X |
| 10/14/2022 | Republic Services | 361.17 | 361.17 | ACH | X |
| 10/14/2022 | IRS | 7,447.62 | 7,447.62 | ACH | |
| 10/17/2022 | Jeana Hurley Expenses | 587.77 | 587.77 | ACH | X |
| 10/17/2022 | DIG (REME) | 60,009.12 | | | X |
| 10/17/2022 | Bico Drilling Tools | 41,996.50 | | | X |
| 10/17/2022 | Turnazontal | 13,375.00 | | | X |
| 10/17/2022 | NOS | 2,354.44 | | | X |
| 10/17/2022 | Gordon | 215,500.00 | | | X |
| 10/17/2022 | Gator | 48,427.50 | | | X |
| 10/17/2022 | IAE International (Sniper) | 28,077.75 | | | X |
| 10/17/2022 | Pegasus | 33,656.10 | | | X |
| 10/17/2022 | Alliance Drilling Tools | 14,250.00 | | | X |
| 10/17/2022 | Rising Star Hot Shot | 12,400.00 | | | X |
| 10/17/2022 | Liberty Logistics | 21,525.00 | | | X |
| 10/17/2022 | Viper | 214,760.75 | | | X |
| 10/17/2022 | Cobra | 1,275.00 | | | X |
| 10/17/2022 | Brittany Lopez | 4,297.15 | 711,904.31 | ACH | X |
| 10/17/2022 | Microsoft | 13.34 | 13.34 | ACH | X |
| 10/17/2022 | Jerod Furr Transfer | 25,000.00 | 25,000.00 | Transfer | X |
| 10/18/2022 | Alert 360 | 59.48 | 59.48 | ACH | X |
| 10/18/2022 | AMEX Platinum | 6,999.04 | 6,999.04 | ACH | X |
| 10/20/2022 | Acme Truck Line | 4,070.13 | | | X |
| 10/20/2022 | Arroyos Remodeling | 26,403.00 | | | X |
| 10/20/2022 | MWD Direct | 27,201.00 | 57,674.13 | ACH | X |
| 10/21/2022 | Slack | 9.33 | 9.33 | ACH | X |
| 10/21/2022 | Champion Energy | 4,330.20 | 4,330.20 | ACH | X |

EXHIBIT G

| Date | Description | Amount | Amount 2 | Type | X |
|---|---|---|---|---|---|
| 10/21/2022 | Bank Service Charges | 242.49 | 242.49 | ACH | X |
| 10/24/2022 | ATT | 185.37 | 185.37 | ACH | X |
| 10/24/2022 | Insurance First | 9,926.23 | 9,926.23 | ACH | X |
| 10/24/2022 | Xela Media | 47,992.62 | 47,922.62 | ACH | X |
| 10/25/2022 | Brinks Home Alarm Serv. | 67.07 | 67.07 | ACH | X |
| 10/25/2022 | BD&S Solutions | 402.95 | 402.95 | ACH | X |
| 10/25/2022 | Travis Daily Expenses | 1,024.10 | 1,024.10 | ACH | X |
| 10/26/2022 | Xela Media ACH Return | (47,992.62) | (47,992.62) | ACH | X |
| 10/26/2022 | Colgate | 94,919.70 | 94,919.70 | Deposit | X |
| 10/27/2022 | Blue Cross Blue Shield | 20,122.24 | 20,122.24 | ACH | X |
| 10/27/2022 | Xela Media | 47,992.62 | 47,992.62 | ACH | X |
| 10/27/2022 | Transfer to Payroll | 20,000.00 | 20,000.00 | ACH | |
| 10/28/2022 | Arrow Energy | 21,484.87 | 21,484.87 | Deposit | X |
| 10/31/2022 | IRS | 7,547.30 | 7,547.30 | ACH | |

EXHIBIT G

| DEC. 2022 | | | | | Recorded in Quickbooks |
|---|---|---|---|---|---|
| 12/1/2022 | Alliance Farm and Ranch | 15,000.00 | 15,000.00 | Deposit | |
| 12/1/2022 | Blue Cross Blue Shield | 20,122.24 | 20,122.24 | ACH | x |
| 12/1/2022 | Alliance Farm and Ranch | 20,000.00 | 20,000.00 | ACH | x |
| 12/2/2022 | Amex Blue | 1,887.55 | 1,887.55 | ACH | x |
| 12/2/2022 | Sandridge Apartments (Embrey) | 2,346.46 | 2,346.46 | ACH | x |
| 12/2/2022 | J.Parker Construction | 500.00 | 500.00 | Transfer | |
| 12/5/2022 | Microsoft | 13.54 | 13.54 | ACH | x |
| 12/5/2022 | J.Parker Construction | 2,000.00 | 2,000.00 | Transfer | |
| 12/5/2022 | Republic Services | 967.21 | 967.21 | ACH | x |
| 12/5/2022 | State Auto | 905.13 | 905.13 | ACH | x |
| 12/5/2022 | Brinks Home Alarm Serv. | 67.07 | 67.07 | ACH | x |
| 12/5/2022 | Brinks Home Alarm Serv. | 67.07 | 67.07 | ACH | x |
| 12/5/2022 | Brinks Home Alarm Serv. | 67.07 | 67.07 | ACH | x |
| 12/5/2022 | Travis Daily Expenses | 1,621.53 | 1,621.53 | ACH | x |
| 12/6/2022 | Texas Mutual | 417.00 | 417.00 | ACH | x |
| 12/6/2022 | Justin Bailey | 5,670.00 | | | x |
| 12/6/2022 | T. Gibson | 5,670.00 | 11,340.00 | ACH | x |
| 12/7/2022 | Amazon | 64.52 | 64.52 | ACH | x |
| 12/8/2022 | Invictus Drilling Motors | 12,770.00 | 12,770.40 | ACH | x |
| 12/9/2022 | Arrow Energy | 31,846.38 | 31,846.38 | Deposit | x |
| 12/12/2022 | MBFS (Mercedes) | 4,294.73 | 4,294.73 | | x |
| 12/12/2022 | Rodney Rice | 30,043.75 | | | x |
| 12/12/2022 | 4D Guest Ranch | 9,500.00 | 39,543.75 | ACH | x |
| 12/13/2022 | Transfer Payroll | 24,000.00 | 24,000.00 | Transfer | x |
| 12/13/2022 | Hanover Insurance | 874.73 | 874.73 | ACH | x |
| 12/13/2022 | Ally (F150) | 859.55 | 859.55 | ACH | x |
| 12/14/2022 | Gordan Technologies | 7,725.00 | 7,725.00 | ACH | x |
| 12/15/2022 | Microsoft | 13.34 | 13.34 | ACH | x |
| 12/15/2022 | IRS | 9,432.94 | 9,432.94 | ACH | |
| 12/15/2022 | Invictus Drilling Motors | 39,773.00 | 39,773.00 | ACH | x |
| 12/16/2022 | Alert 360 | 59.48 | 59.48 | ACH | x |
| 12/16/2022 | AMEX Platinum | 10,688.66 | 10,688.66 | ACH | x |
| 12/19/2022 | Champion Energy | 2,967.59 | 2,967.59 | ACH | x |
| 12/20/2022 | Alliance Drilling Tools | 275.00 | | | x |
| 12/20/2022 | Arroyos Remodeling | 2,150.00 | | | x |
| 12/20/2022 | DrillPlus Solutions | 9,000.00 | | | x |
| 12/20/2022 | Invictus Drilling Motors | 54,904.00 | | | x |
| 12/20/2022 | JA Oilfield | 5,900.00 | | | x |
| 12/20/2022 | NOS | 1,500.00 | | | x |
| 12/20/2022 | DIG (REME) | 10,970.00 | | | x |
| 12/20/2022 | Brannon Wood | 6,804.00 | | | x |
| 12/20/2022 | Harry Pierce | 32,886.00 | | | x |
| 12/20/2022 | Justin Bailey | 17,010.00 | | | x |
| 12/20/2022 | Shane Davis | 32,886.00 | | | x |
| 12/20/2022 | T. Gibson | 10,206.00 | 184,491.00 | ACH | x |

EXHIBIT G

| Date | Payee | Amount | Amount | Method | X |
|---|---|---|---|---|---|
| 12/21/2022 | Slack | 9.33 | 9.33 | ACH | x |
| 12/21/2022 | Bank Service Charges | 145.92 | 145.92 | ACH | x |
| 12/22/2022 | DH3 Energy | 28,830.00 | 28,830.00 | ACH | x |
| 12/23/2022 | Centennial Resources | 40,470.00 | 40,470.00 | ACH | x |
| 12/23/2022 | Brinks Home Alarm Serv. | 67.07 | 67.07 | ACH | x |
| 12/27/2022 | ATT | 146.14 | 146.14 | ACH | x |
| 12/29/2022 | AE Partners Holdings | 85,000.00 | 85,000.00 | Wire | |
| 12/29/2022 | BD&S Solutions | 238.49 | | | x |
| 12/29/2022 | Ferretville | 2,140.68 | 2,379.17 | ACH | x |
| 12/30/2022 | Republic Services | 125.86 | 125.86 | ACH | x |
| 12/30/2022 | IRS | 9,780.82 | 9,780.82 | ACH | |
| 12/30/2022 | Transfer to Payroll | 24,000.00 | 24,000.00 | ACH | x |
| 12/20/2022 | NOS | 1,500.00 | | | x |
| 12/20/2022 | DIG (REME) | 10,970.00 | | | x |
| 12/20/2022 | Brannon Wood | 6,804.00 | | | x |
| 12/20/2022 | Harry Pierce | 32,886.00 | | | x |
| 12/20/2022 | Justin Bailey | 17,010.00 | | | x |
| 12/20/2022 | Shane Davis | 32,886.00 | | | x |
| 12/20/2022 | T. Gibson | 10,206.00 | 184,491.00 | ACH | x |
| 12/21/2022 | Slack | 9.33 | 9.33 | ACH | x |
| 12/21/2022 | Bank Service Charges | 145.92 | 145.92 | ACH | x |
| 12/22/2022 | DH3 Energy | 28,830.00 | 28,830.00 | ACH | x |
| 12/23/2022 | Centennial Resources | 40,470.00 | 40,470.00 | ACH | x |
| 12/23/2022 | Brinks Home Alarm Serv. | 67.07 | 67.07 | ACH | x |
| 12/27/2022 | ATT | 146.14 | 146.14 | ACH | x |
| 12/29/2022 | AE Partners Holdings | 85,000.00 | 85,000.00 | Wire | |
| 12/29/2022 | BD&S Solutions | 238.49 | | | x |
| 12/29/2022 | Ferretville | 2,140.68 | 2,379.17 | ACH | x |
| 12/30/2022 | Republic Services | 125.86 | 125.86 | ACH | x |
| 12/30/2022 | IRS | 9,780.82 | 9,780.82 | ACH | |
| 12/30/2022 | Transfer to Payroll | 24,000.00 | 24,000.00 | ACH | x |

EXHIBIT G