IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: § | |
| § | Case No. 25-30155 |
| ALLIANCE FARM AND RANCH, LLC & § | |
| ALLIANCE ENERGY PARTNERS, LLC § | (Jointly Administered) |
| Debtors. § | |

### ORDER APPROVING EMERGENCY MOTION TO CONVERT CHAPTER 11 CASES TO CHAPTER 7

Came on for consideration the *Emergency Motion to Convert Chapter 11 Cases to Chapter 7*, and the Court finds that the Motion should be granted. It is therefore,

**ORDERED** that Alliance Farm and Ranch, LLC; Case No. 25-30155 is converted to a case under Chapter 7 and shall no longer be jointly administered with case No. 25-31937. It is further,

**ORDERED** that Alliance Energy Partners, LLC; Case No. 25-31937 is converted to a case under Chapter 7 and shall be no longer be jointly administered with Case No. 25-30155. It is further,

**ORDERED** that a Chapter 7 trustee be appointed for each case upon conversion. It is further,

**ORDERED** that this Court hereby retains jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

Signed: _____, 2025

_____
**ALFREDO R. PEREZ**
**UNITED STATES BANKRUPTCY JUDGE**

3138839