IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 25-30155 |
| ALLIANCE FARM AND RANCH, LLC & | § | |
| ALLIANCE ENERGY PARTNERS, LLC | § | (Jointly Administrated) |
| Debtors. | § | |

## NOTICE OF ISSUANCE OF SUBPOENAS

Notice is hereby provided that subpoenas for records have been issued under Fed. R. Bankr. P. 9016, and have been served on the following:

1. Truist Bank
2. Frost Bank

A copy of the subpoenas may be requested from the undersigned counsel.

Dated: May 6, 2025.

> Respectfully submitted,
>
> */s/ Heather Heath McIntyre*
> Heather H. McIntyre   TBN 24041076
> hmcintyre@hwa.com
> Abdiel Lopez-Castro   TBN 24140125
> alopezcastro@hwa.com
> Hughes Watters Askanase, LLP
> 1201 Louisiana, 28th Floor
> Houston, Texas 77002
> Telephone: (713) 590-4200
> Facsimile: (713) 590-4230
> **COUNSEL FOR DUSTIN ETTER, CREDITOR**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was served on all parties receiving ECF notice via the Court's CM/ECF system in the above-referenced case on May 6, 2025.

> */s/ Heather Heath McIntyre*
> Heather Heath McIntyre