**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **CASE NO. 25-30155** |
| | § | |
| **ALLIANCE FARM AND RANCH, LLC,** | § | **(Chapter 11)** |
| | § | |
| **DEBTOR** | § | |
| | § | |
| | § | |
| | § | |
| **IN RE:** | § | **CASE NO. 25-31937** |
| | § | |
| **ALLIANCE ENERGY PARTNERS, LLC,** | § | **(Chapter 11)** |
| | § | |
| **DEBTOR** | § | |
| | § | |

**NOTICE OF HEARING ON DEBTORS' APPLICATION TO AUTHORIZE**
**EMPLOYMENT AND RETENTION OF OKIN ADAMS BARTLETT CURRY LLP AS**
**DEBTORS' COUNSEL AND APPLICATION TO EMPLOY DEBORAH CRAIN AS**
**SPECIAL COUNSEL FOR THE DEBTORS**
**(Relates to ECF # 26/31)**

**PLEASE TAKE NOTICE** that the Court has reset the hearing on the *Application for an Order Pursuant to Sections 327(a) and 328(a) of the Bankruptcy Code Authorizing the Employment and Retention of Okin Adams Bartlett Curry LLP as Counsel for the Debtors* (***ECF Docket #26*** )(the "Application") and the *Application for an Order Pursuant to Sections 327(a) and 328(a) of the Bankruptcy Code Authorizing the Employment and Retention of Deborah Crain and E-Merger Law, PLLC as Special Counsel for the Debtors (**ECF Docket #31**)* which will be held on **Tuesday, May 20, 2025, at 10:00 a.m. (Prevailing Central Time)** at the **United States Bankruptcy Court at 515 Rusk Street, in Courtroom 400, 4th Floor, Houston, TX 77002** before the Honorable Alfredo R. Perez, United States Bankruptcy Judge, for the Southern District of Texas, Houston Division.

Respectfully submitted this 7th day of May 2025.

**OKIN ADAMS BARTLETT CURRY LLP**
By*:      /s/ Timothy L. Wentworth*

Timothy L. Wentworth
Texas Bar No. 21179000
1113 Vine St., Suite 240
Houston, Texas 77002
Tel: (713) 228-4100
Fax: (346) 247-7158
Email: twentworth@okinadams.com

**PROPOSED COUNSEL FOR ALLIANCE
FARM AND RANCH, LLC**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on **May 7, 2025**, a true and correct copy of the foregoing **Notice of Hearing** was served via the Court's CM/ECF system and via first class mail to all parties on the attached service list, consenting to service through the same.

By: _____*/s/ Timothy L. Wentworth*_____
    Timothy L. Wenworth