| | | |
|---|---|---|
| Label Matrix for local noticing<br>0541-4<br>Case 25-30155<br>Southern District of Texas<br>Houston<br>Wed May  7 13:56:18 CDT 2025 | ALLIANCE FARM AND RANCH, LLC<br>5450 Honea Egypt Rd<br>Montgomery, TX 77316-2364 | Alliance Energy Partners, LLC<br>20008 Champions Forest Dr.<br>Suite 1203<br>Spring, TX 77379-8697 |
| 4<br>United States Bankruptcy Court<br>PO Box 61010<br>Houston, TX 77208-1010 | Alliance Energy Partners, LLC<br>5450 Honea Egypt Rd<br>Montgomery, TX 77316-2364 | Amerisource Funding, Inc.<br>P.O. Box 4738<br>Houston TX 77210-4738 |
| Dustin Etter<br>c/o Noah E. W. Meek<br>Irelan McDaniel, PLLC<br>2520 Caroline, 2nd Floor<br>Houston, TX 77004-1000 | Erik and Darla Ostrander<br>20105 Krahn Rd.<br>Spring, TX 77388-4012 | Reagan H. 'Tres' Gibbs, III<br>Cokinos Young<br>1221 Lamar, 16th Floor<br>Houston, TX 77010-3039 |
| Timothy L. Wentworth<br>Okin Adams Bartlett Curry LLP<br>1113 Vine St., Suite 240<br>Houston, TX 77002-1044 | US Trustee<br>Office of the US Trustee<br>515 Rusk Ave<br>Ste 3516<br>Houston, TX 77002-2604 | United States Trustee's Office<br>515 Rusk St., Suite 3516<br>Houston, TX 77002-2604 |
| Timothy L. Wentworth<br>Okin Adams, LLP<br>1113 Vine St., Suite 240<br>Houston, TX 77002-1044 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Alliance Energy Partners, LLC<br>20008 Champions Forest Dr., Suite 1203<br>Spring, TX 77379-8697 | (d)Alliance Farm and Ranch, LLC<br>5450 Honea Egypt Rd.<br>Montgomery, TX 77316-2364 | (u)Dustin Etter |
| (u)Erik and Darla Ostrander | End of Label Matrix<br>Mailable recipients    12<br>Bypassed recipients     4<br>Total                  16 | |