IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 25-30155 |
| ALLIANCE FARM AND RANCH, LLC & | § | |
| ALLIANCE ENERGY PARTNERS, LLC | § | (Jointly Administered) |
| Debtors. | § | |

**NOTICE OF HEARING**
[Related to Docket No. 68]

PLEASE TAKE NOTICE that the Court has set a hearing to consider the relief requested on the *Emergency Motion to Convert Chapter 11 Cases to Chapter 7* filed May 6, 2025 at Docket No. 68 for **Tuesday, May 20, 2025, at 10:00 a.m. (Central Time)** at the United States Bankruptcy Court in Courtroom 400 at 515 Rusk Avenue, 4th Floor, Houston, Texas 77002 before the Honorable Alfredo R. Perez, United States Bankruptcy Judge for the Southern District of Texas.[1]

Dated: May 7, 2025.

Respectfully submitted:

/s/ Abdiel Lopez-Castro
Heather McIntyre    TBN 24041076
hmcintyre@hwa.com
Abdiel Lopez-Castro  TBN 24140125
alopezcastro@hwa.com
HUGHESWATTERSASKANASE, LLP
1201 Louisiana, 28th Floor
Houston, Texas 77002
Telephone: (713) 590-4200
Facsimile: (713) 590-4230
**ATTORNEYS FOR DUSTIN ETTER**

---

[1] Hearing participation procedures are available on the Court's website at: https://www.txs.uscourts.gov/page/united-states-bankruptcy-judge-alfredo-r-perez

3138927

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of this *Notice of Hearing* was served on (i) all parties receiving CM/ECF notice in the case, and (ii) all parties listed on the attached Service List by U.S. First Class Mail, postage prepaid, to the extent not served via CM/ECF, on May 7, 2025.

                                        */s/ Abdiel Lopez-Castro*
                                        Abdiel Lopez-Castro