| | | |
|---|---|---|
| Label Matrix for local noticing<br>0541-4<br>Case 25-30155<br>Southern District of Texas<br>Houston<br>Tue May  6 08:25:48 CDT 2025 | ALLIANCE FARM AND RANCH, LLC<br>5450 Honea Egypt Rd<br>Montgomery, TX 77316-2364 | Alliance Energy Partners, LLC<br>20008 Champions Forest Dr.<br>Suite 1203<br>Spring, TX 77379-8697 |
| 4<br>United States Bankruptcy Court<br>PO Box 61010<br>Houston, TX 77208-1010 | Alliance Energy Partners, LLC<br>5450 Honea Egypt Rd<br>Montgomery, TX 77316-2364 | Amerisource Funding, Inc.<br>P.O. Box 4738<br>Houston TX 77210-4738 |
| Dustin Etter<br>c/o Noah E. W. Meek<br>Irelan McDaniel, PLLC<br>2520 Caroline, 2nd Floor<br>Houston, TX 77004-1000 | Erik and Darla Ostrander<br>20105 Krahn Rd.<br>Spring, TX 77388-4012 | Reagan H. 'Tres' Gibbs, III<br>Cokinos Young<br>1221 Lamar, 16th Floor<br>Houston, TX 77010-3039 |
| Timothy L. Wentworth<br>Okin Adams Bartlett Curry LLP<br>1113 Vine St., Suite 240<br>Houston, TX 77002-1044 | US Trustee<br>Office of the US Trustee<br>515 Rusk Ave<br>Ste 3516<br>Houston, TX 77002-2604 | United States Trustee's Office<br>515 Rusk St., Suite 3516<br>Houston, TX 77002-2604 |
| Timothy L. Wentworth<br>Okin Adams, LLP<br>1113 Vine St., Suite 240<br>Houston, TX 77002-1044 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Alliance Energy Partners, LLC<br>20008 Champions Forest Dr., Suite 1203<br>Spring, TX 77379-8697 | (d)Alliance Farm and Ranch, LLC<br>5450 Honea Egypt Rd.<br>Montgomery, TX 77316-2364 | (u)Dustin Etter |
| (u)Erik and Darla Ostrander | End of Label Matrix<br>Mailable recipients    12<br>Bypassed recipients     4<br>Total                  16 | |

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0541-4<br>Case 25-31937<br>Southern District of Texas<br>Houston<br>Thu Apr 10 10:17:47 CDT 2025 | Alliance Energy Partners, LLC<br>20008 Champions Forest Dr.<br>Suite 1203<br>Spring, TX 77379-8697 | IAE International, Inc<br>co Renshaw PC<br>2900 Weslayan<br>Suite 360<br>Houston, TX 77027-5132 |
| 4<br>United States Bankruptcy Court<br>PO Box 61010<br>Houston, TX 77208-1010 | 405 Technology Solutions<br>PO Box 8433<br>Moore, OK 73153-8433 | ADM Machine Shop<br>14217 HWY TX-105<br>Conroe, TX 77306-5356 |
| AI Driller Inc<br>1801 W Wall St<br>Midland, TX 79701-6531 | ASAP Thread Protecters<br>Jose Carrasco<br>Houston, TX 77066 | Adobe Oilfield Services, Ltd<br>705 W. Hillmont<br>Odessa, TX 79764-1931 |
| All-American Trucking<br>P.O. Box 270568<br>Houston, TX 77277-0568 | Alliance Drilling Tools, LLC<br>PO Box 1503<br>Evanston, WY 82931-1503 | Alliance Farm and Ranch<br>5450 Honea Egypt Rd.<br>Montgomery, TX 77316-2364 |
| ArcoTech Drilling Solutions<br>REME Technologies dba Arcotech<br>PO Box 916<br>Broussard, LA 70518-0916 | Arrington Directional LLC<br>Camp Arrington<br>2029 Eagle View Dr.<br>Navasota, TX 77868-3951 | Bench Tree Rentals, LLC<br>2933 E. Davis<br>Conroe, TX 77301-7216 |
| Benjamin W. Kadden<br>Lugenbuhl, Wheaton, Peck, Rankin<br>601 Poydras, Suite 2775<br>New Orleans, LA 70130-6041 | Big H Transport LLC<br>PO Box 215<br>Dobbin, TX 77333-0215 | Black Diamond<br>15425 North Freeway Suite 350<br>Houston, TX 77090-6016 |
| Black Diamond Oilfield Rentals, LLC<br>15425 North Freeway Suite 350<br>Houston, TX 77090-6016 | Brent William Smith<br>16516 El Camino Real, Suite 406<br>Houston, TX 77062-5723 | Brittany Lopez CPA PC<br>7 Grogans Park, Suite 10<br>The Woodlands, TX 77380-2402 |
| Cavare Inc<br>Bill Beattie<br>12066 FM 3083 Rd<br>Conroe, TX 77301-6104 | Conroe Welding Supply Inc<br>415 South Frazier<br>Conroe, TX 77301-5098 | DAC Electrical Services, LLC<br>7926 Adcock Acres Dr.<br>Conroe, TX 77303-4014 |
| DAVM, LLC<br>12419 Bagwell Rd<br>Willis, TX 77378-4705 | DIG<br>PO Box 916<br>Broussard, LA 70518-0916 | Directional Manufacturing and Supply<br>1098 Marcon Dr<br>Lafayette, LA 70507 |
| Discovery Downhole Services<br>1855 Skyview Dr.<br>Casper, WY 82601-9641 | Downhole Works LLC<br>28723 Shirley Court<br>Magnolia, TX 77355-5613 | Drakewell LLC<br>3324 NW 135TH ST<br>Oklahoma City, OK 73120-4054 |

| | | |
|---|---|---|
| Dril Tech, LLC<br>PO Box 622039<br>Dallas, TX 75262-2039 | Drilling Tools International<br>1514 South County Road 1309<br>Midland, TX 79707-5839 | Dura Coatings<br>13920 South Meridian<br>Oklahoma City, OK 73173-8804 |
| Dustin Etter<br>c/o Noah E. W. Meek<br>Irelan McDaniel, PLLC<br>2520 Caroline, 2nd Floor<br>Houston, TX 77004-1000 | Dyna-Drill<br>23400 Colonial Parkway<br>Katy, TX 77493-3598 | Dyna-Drill Technologies LLC<br>23400 Colonial Parkway<br>Katy, TX 77493-3598 |
| DynoMax Drilling Tools USA, Inc.<br>2830 Farrell Road<br>Houston, TX 77073-4106 | FT Machine LLC<br>820 Turney Dr<br>Houston, TX 77038-3922 | Ferretville Investments LLC<br>20008 Champion Forest Dr., Suite 1204<br>Spring, TX 77379-8697 |
| Gator Technologies<br>2017 Traders Ridge Drive<br>Conroe, TX 77301-2153 | GeoGuidance Drilling Services<br>P.O. Box 42647<br>Bakersfield, CA 93384-2647 | Gordon Technologies LLC<br>PO Box 1486<br>Scott, LA 70583-1486 |
| IAE International, Inc. d/b/a Sniper<br>13300 Stonefield Dr.<br>Houston, TX 77014-2923 | IMECH - Innovative Mech. Solutions, LLC<br>2418 Greens Rd<br>Houston, TX 77032-1332 | InMotion Technical Support<br>P.O. Box 770391<br>Houston, TX 77215-0391 |
| Innova Drilling and Intervention<br>3050 Post Oak Blvd  Suite 510<br>Houston, TX 77056-6512 | J & B Breakout Unit Repairs LLC<br>PO Box 604<br>Conroe, TX 77305-0604 | Justin Renshaw<br>2900 Weslayan, Suite 360<br>Houston, TX 77027-5132 |
| Keystone Manufacturing<br>12243 Northwoods Park Drive Suite A<br>Houston, TX 77041 | Kyle V. Littlefield<br>32084 Ponderosa Way<br>Evergreen, CO 80439-6645 | LMJ Solutions Oilfield Services<br>2700 Industrial Ln<br>Conroe, TX 77301-4072 |
| Lion Inspection Services<br>3002 Farrell Rd<br>Houston, TX 77073-3007 | Lone Star Trucking<br>P.O. Box 872<br>Odessa, TX 79760-0872 | NOS<br>2800 Broadway, Suite C-709<br>Pearland, TX 77581-9502 |
| On Point Logistics<br>15814 Champion Forest Dr. Suite 1083<br>Spring, TX 77379-7141 | Pegasus NGV Trucking<br>PO Box 689<br>Broussard, LA 70518-0689 | Performance Power Inc.<br>P.O. Box 1608<br>Casper, WY 82602-1608 |
| Platinum Transport Service<br>3526 Azalea Sands Dr.<br>Spring, TX 77386-2926 | Pmax Energy Services Inc<br>16655-2 Telge Road<br>Cypress, TX 77429-1387 | Rig Runner<br>24955 I45 North<br>The Woodlands, TX 77380 |

Schumacher-Dixie, LLC
5610 Polk Street
Houston, TX 77023-2106

Spira Systems Inc
16518 Aldine Westfield Road Suite A
Houston, TX 77032-1363

Steel River Manufacturing LLC
18300 Strack Drive Suite 800
Spring, TX 77379-8798

Surface Resistance Technologies LLC
2998 Old Highway 105 E
Conroe, TX 77301-6452

Tellez Machine
606 Midland Dr
Houston, TX 77037-1227

Timothy L. Wentworth
Okin Adams Bartlett Curry LLP
1113 Vine St., Suite 240
Houston, TX 77002-1044

Timothy W. Strickland
Kean Miller, LLC
711 Louisiana St., Suite 1800
Houston, TX 77002-2832

Triumph Express
5805 Archduke Dr.
Houston, TX 77032

Turnazontal LLC
8514 Hamer Ranch
San Antonio, TX 78254-4526

US Trustee
Office of the US Trustee
515 Rusk Ave
Ste 3516
Houston, TX 77002-2604

United Machine Works
P O Box 525
New Waverly, TX 77358-0525

United States Trustee's Office
515 Rusk St., Suite 3516
Houston, TX 77002-2604

Viking Power Technologies
5203 Aeropark Dr.
Houston, TX 77032-4039

Viper Energy Technology
16623 Aldine Westfield Rd.
Houston, TX 77032-1351

William Hotze
Kane Russell Coleman Logan, PC
5151 San Felipe, 8th Floor
Houston, TX 77056-3607

Workrise - Rusco Operating, LLC
111 Congress Ave. Suite 1300
Austin, TX 78701-4092

Xela Media
851 Fisher Street unit B
Houston, TX 77018-5338

Dustin Etter
2520 Caroline, 2nd Floor
Houston, TX 77004-1000

Timothy L. Wentworth
Okin Adams, LLP
1113 Vine St., Suite 240
Houston, TX 77002-1044

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Alliance Energy Partners, LLC
20008 Champions Forest Dr., Suite 1203
Spring, TX 77379-8697

(u)Alliance Energy Partners, LLC20008 Champio
United States Trustee's Office515 R
405 Technology SolutionsPO Box 8433M
ADM Machine Shop14217 HWY TX-105Conr
Adobe Oilfield Services, Ltd705 W. Hill
AI Driller Inc1801 W Wall StMidland

(d)Alliance Farm and Ranch, LLC
5450 Honea Egypt Rd.
Montgomery, TX 77316-2364

(u)Timothy L. WentworthOkin Adams Bartlett Cu

(u)Timothy L. WentworthOkin Adams Bartlett Cu
Alliance Energy Partners, LLC20008 Cham
United States Trustee's Office515 R
405 Technology SolutionsPO Box 8433M
ADM Machine Shop14217 HWY TX-105Conr
Adobe Oilfield Services, Ltd705 W. Hill

(d)Workrise- Rusco Operating, LLC
111 Congress Ave. Suite 1300
Austin, TX 78701-4092

```
End of Label Matrix
Mailable recipients    78
Bypassed recipients     6
Total                  84
```