| Information to identify the case: | | |
|---|---|---|
| Debtor | **ALLIANCE FARM AND RANCH, LLC**<br>Name | EIN: 81–1973623, 88–1383507 |
| United States Bankruptcy Court  Southern District of Texas | | Date case filed in chapter:  7  1/7/25 |
| Case number:  25–30155 | | Date case converted to chapter:  11  3/19/25 |

Official Form 309F1 (For Corporations or Partnerships)

# Notice of Chapter 11 Bankruptcy Case                                    10/20

**For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors and debtors, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | ALLIANCE FARM AND RANCH, LLC | |
| 2. | **All other names used in the last 8 years** | aka Alliance Farm and Ranch | |
| 3. | **Address** | 5450 Honea Egypt Rd<br>Montgomery, TX 77316 | |
| 4. | **Debtor's attorney**<br>Name and address | Timothy L. Wentworth<br>Okin Adams, LLP<br>1113 Vine St., Suite 240<br>Houston, TX 77002 | Contact phone  713–228–4100<br><br>Email:  twentworth@okinadams.com |
| 5. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | United States Bankruptcy Court<br>PO Box 61010<br>Houston, TX 77208 | Hours open:<br>8:00 am – 5:00 pm Monday through Friday<br><br>Contact phone  (713) 250–5500<br><br>Date: 5/9/25 |
| 6. | **Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath.<br>Creditors may attend, but are not required to do so. | **June 2, 2025 at 02:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Telephone Conference, Call 866–707–5468, passcode 6166997**<br><br>For additional meeting information go to *www.justice.gov/ust/moc*. |

**For more information, see page 2 >**

| Debtor **ALLIANCE FARM AND RANCH, LLC** and **Alliance Energy Partners, LLC** | Case number **25–30155** |
|---|---|

| | | |
|---|---|---|
| **7. Proof of claim deadline** | **Deadline for filing proof of claim:** | |
| | **For a governmental unit:** | 11/3/25 |
| | A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. | |
| | Your claim will be allowed in the amount scheduled unless:<br>• your claim is designated as *disputed*, *contingent*, or *unliquidated*;<br>• you file a proof of claim in a different amount; or<br>• you receive another notice. | |
| | If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled. | |
| | You may review the schedules at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. | |
| | Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| **8. Exception to discharge deadline**<br>The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below.<br><br>**Deadline for filing the complaint:** | _____ |
| **9. Creditors with a foreign address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **10. Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business. | |
| **11. Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. | |

United States Bankruptcy Court
Southern District of Texas

In re: Case No. 25-30155-arp
ALLIANCE FARM AND RANCH, LLC Chapter 11
Alliance Energy Partners, LLC
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0541-4      User: ADIuser      Page 1 of 2
Date Rcvd: May 09, 2025      Form ID: 309F1      Total Noticed: 17

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 11, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | ALLIANCE FARM AND RANCH, LLC, 5450 Honea Egypt Rd, Montgomery, TX 77316-2364 |
| jdb | + | Alliance Energy Partners, LLC, 20008 Champions Forest Dr., Suite 1203, Spring, TX 77379-8697 |
| aty | + | Abdiel Lopez-Castro, Hughes Watters Askanase, LLP, 1201 Louisiana, 28th Floor, Houston, TX 77002-5607 |
| aty | + | Ha Minh Nguyen, Office of the United States Trustee, 515 Rusk St, Ste 3516, Houston, TX 77002-2604 |
| aty | + | Heather Heath McIntyre, Hughes Watters & Askanase, TotalEnergies Tower, 1201 Louisiana, 28th Floor, Ste 28th Floor Houston, TX 77002-5607 |
| aty | + | Noah E Meek, Irelan McDaniel, PLLC, 2520 Caroline, 2nd Floor, Houston, TX 77004-1000 |
| aty | + | Reagan H. Tres Gibbs, III, Cokinos Law, 1221 Lamar, 16th Floor, Houston, TX 77010-3039 |
| aty | + | Samuel Thomas Pendergast, Cokinos Young, 1221 Lamar Street, Ste 16th Floor, Houston, TX 77010-3039 |
| 12918347 | + | Alliance Energy Partners, LLC, 5450 Honea Egypt Rd, Montgomery, TX 77316-2364 |
| 12932361 | + | Amerisource Funding, Inc., P.O. Box 4738, Houston TX 77210-4738 |
| 12918348 | + | Dustin Etter, c/o Noah E. W. Meek, Irelan McDaniel, PLLC, 2520 Caroline, 2nd Floor, Houston, TX 77004-1000 |
| 12918349 | + | Erik and Darla Ostrander, 20105 Krahn Rd., Spring, TX 77388-4012 |
| 12918350 | | Reagan H. 'Tres' Gibbs, III, Cokinos Young, 1221 Lamar, 16th Floor, Houston, TX 77010-3039 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: twentworth@okinadams.com | May 09 2025 20:06:00 | Timothy L. Wentworth, Okin Adams, LLP, 1113 Vine St., Suite 240, Houston, TX 77002 |
| ust | + | Email/Text: ustpregion07.hu.ecf@usdoj.gov | May 09 2025 20:08:00 | US Trustee, Office of the US Trustee, 515 Rusk Ave, Ste 3516, Houston, TX 77002-2604 |
| 12918343 | | Email/Text: twentworth@okinadams.com | May 09 2025 20:06:00 | Timothy L. Wentworth, Okin Adams Bartlett Curry LLP, 1113 Vine St., Suite 240, Houston, TX 77002 |
| 12918345 | + | Email/Text: ustpregion07.hu.ecf@usdoj.gov | May 09 2025 20:08:00 | United States Trustee's Office, 515 Rusk St., Suite 3516, Houston, TX 77002-2604 |

TOTAL: 4

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Dustin Etter |
| intp | | Erik and Darla Ostrander |
| 12918346 | *+ | Alliance Energy Partners, LLC, 20008 Champions Forest Dr., Suite 1203, Spring, TX 77379-8697 |
| 12918344 | *+ | Alliance Farm and Ranch, LLC, 5450 Honea Egypt Rd., Montgomery, TX 77316-2364 |

TOTAL: 2 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 2 of 2 |
| Date Rcvd: May 09, 2025 | Form ID: 309F1 | Total Noticed: 17 |

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 11, 2025     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 7, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Abdiel Lopez-Castro | on behalf of Creditor Dustin Etter alopezcastro@hwa.com |
| Ha Minh Nguyen | on behalf of U.S. Trustee US Trustee ha.nguyen@usdoj.gov |
| Heather Heath McIntyre | on behalf of Creditor Dustin Etter HMcIntyre@hwallp.com dek@hwallp.com;lslater@hwa.com |
| Justin William Randall Renshaw | on behalf of Creditor IAE International Inc justin@renshaw-law.com, kim@renshaw-law.com |
| Noah E Meek | on behalf of Interested Party Dustin Etter nmeek@imtexaslaw.com |
| Noah E Meek | on behalf of Creditor Dustin Etter nmeek@imtexaslaw.com |
| Reagan H. Tres Gibbs, III | on behalf of Interested Party Erik and Darla Ostrander tgibbs@cokinoslaw.com kwaller@cokinoslaw.com |
| Samuel Thomas Pendergast | on behalf of Interested Party Erik and Darla Ostrander spendergast@cokinoslaw.com jgraffagnino@cokinoslaw.com |
| Timothy L. Wentworth | on behalf of Joint Debtor Alliance Energy Partners LLC twentworth@okinadams.com, sgonzales@okinadams.com;nhollon@okinadams.com |
| Timothy L. Wentworth | on behalf of Debtor ALLIANCE FARM AND RANCH LLC twentworth@okinadams.com, sgonzales@okinadams.com;nhollon@okinadams.com |
| Timothy L. Wentworth | on behalf of Debtor Alliance Energy Partners LLC twentworth@okinadams.com, sgonzales@okinadams.com;nhollon@okinadams.com |
| US Trustee | USTPRegion07.HU.ECF@USDOJ.GOV |

TOTAL: 12