IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 25-30155 |
| **ALLIANCE FARM AND RANCH, LLC &** | § | |
| **ALLIANCE ENERGY PARTNERS, LLC** | § | (Jointly Administered) |
| Debtors. | § | |

**NOTICE OF INTENT TO ADDUCE TESTIMONY FROM A REMOTE LOCATION
BY TELEPHONE AND VIDEO TECHNOLOGY**
[Related to Docket No. 68]

1. This Notice is filed pursuant to BLR 9017-1(c)(2)(B) by Dustin Etter.

2. This Notice pertains to the matters scheduled for hearing or trial in this case on Tuesday, May 20, 2025 at 10:00 a.m. (Central Time) (the "**Hearing**"), which include consideration on the:

    i. *Application to Employ Okin Adams Bartlett Curry, LLP as General Counsel* [Docket No. 26];

    ii. *Application to Employ Deborah L. Crain and E-Merger Law, PLLC as Special Counsel* [Docket No. 31]; and

    iii. *Emergency Motion to Convert Case from Chapter 11 to Chapter 7* [Docket No. 68].

3. The party filing this Notice intends to call one or more of the following witnesses to testify at the Hearing by telephone and video technology:

    i. Dustin Etter, minority interest holder of AE Partners Holdings, Inc. and its subsidiary, Debtor Alliance Energy Partners, LLC.

4. **Any party-in-interest may object to this notice within 3 days of its filing on the Court's docket. If no party-in-interest files a timely objection, the Court will allow the identified witnesses to give testimony remotely using the Court's telephone and video technology. If the Court does not authorize the testimony to be taken remotely, the Court will schedule a date for the witness's testimony to be given live in open court. Both the witness(es) and the objector must appear in person at the scheduled date.**

5. This Notice may be withdrawn at any time prior to the scheduled hearing or trial.

3138930

Dated: May 12, 2025.

                Respectfully submitted,

*/s/ Heather Heath McIntyre*
Heather H. McIntyre   TBN 24041076
hmcintyre@hwa.com
Abdiel Lopez-Castro   TBN 24140125
alopezcastro@hwa.com
HUGHESWATTERSASKANASE, LLP
1201 Louisiana, 28th Floor
Houston, Texas 77002
Telephone: (713) 590-4200
Facsimile: (713) 590-4230
**ATTORNEYS FOR DUSTIN ETTER**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on all parties receiving CM/ECF notice in the case on May 12, 2025.

*/s/ Heather Heath McIntyre*
Heather Heath McIntyre

3138930