UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE:<br><br>ALLIANCE FARM AND RANCH LLC<br><br>DEBTOR | CASE NO. 25-30155<br><br>Chapter 11 |
| IN RE:<br><br>ALLIANCE ENERGY PARTNERS, LLC<br><br>DEBTOR | CASE NO. 25-31937<br><br>Chapter 11 |

THE UNITED STATES TRUSTEE'S
NOTICE OF APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS

TO THE HONORABLE ALFREDO R PEREZ
UNITED STATES BANKRUPTCY JUDGE:

Kevin M. Epstein, the United States Trustee for Region 7, hereby appoints the following eligible creditors to the Committee of Unsecured Creditors pursuant to 11 U.S.C. § 1102(a)(1) in this case:

| | Members |
|---|---|
| 1. | David Freer<br>Gordon Technologies LLC<br>818 I-10 South Frontage Road<br>Scott, LA 70583<br>dfreer@gordontechnologies.com |
| 2. | Bradley Vincent |

| |
|---|
| DrilTech, LLC<br>248 Rousseau Road<br>Youngsville, LA 70592<br>brad.vincent@driltech.net |

                                                RESPECTFULLY SUBMITTED:
                                                KEVIN M. EPSTEIN
                                                UNITED STATES TRUSTEE

DATED: <u>May 12, 2025</u>                                      */s/ Ha M. Nguyen*
                                                Ha M. Nguyen, Trial Attorney
                                                CA Bar #305411
                                                FED ID NO. 3623593
                                                United States Department of Justice
                                                Office of the United States Trustee
                                                515 Rusk Street, Suite 3516
                                                Houston, Texas 77002
                                                E-mail: Ha.Nguyen@usdoj.gov
                                                Cell: 202-590-7962

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing was served by electronic means on all PACER participants on May 12, 2025.

                                                <u>/s/ Ha. M. Nguyen</u>
                                                Ha M. Nguyen