UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: <br> ALLIANCE FARM AND RANCH LLC <br> DEBTOR | CASE NO. 25-30155 <br> Chapter 11 |
| IN RE: <br> ALLIANCE ENERGY PARTNERS, LLC <br> DEBTOR | CASE NO. 25-31937 <br> Chapter 11 |

NOTICE OF ORGANIZATIONAL MEETING OF THE
<u>OFFICIAL UNSECURED CREDITORS' COMMITTEE</u>

TO THE HONORABLE ALFREDO R PEREZ
UNITED STATES BANKRUPTCY JUDGE:

　　An organizational meeting of the Official Unsecured Creditors' Committee in the above-entitled cases have been scheduled via video teleconference call on **Tuesday, May 13, 2025, at 10:30 a.m. (Houston Time)**. The members of the Official Unsecured Creditors' Committee will be provided with a video teleconference invitation.

Dated: May 12, 2025

　　　　　　　　　　　　　　　　　　　　RESPECTFULLY SUBMITTED:
　　　　　　　　　　　　　　　　　　　　KEVIN M. EPSTEIN
　　　　　　　　　　　　　　　　　　　　UNITED STATES TRUSTEE

DATED: May 12, 2025                    /s/ Ha M. Nguyen
                                                          Ha M. Nguyen, Trial Attorney
                                                          CA Bar #305411
                                                          FED ID NO. 3623593
                                                          United States Department of Justice
                                                          Office of the United States Trustee
                                                          515 Rusk Street, Suite 3516
                                                          Houston, Texas 77002
                                                          E-mail: Ha.Nguyen@usdoj.gov
                                                          Cell: 202-590-7962

## CERTIFICATE OF SERVICE

     I hereby certify that a true and correct copy of the foregoing was served by electronic means on all PACER participants on May 12, 2025.

                                                          /s/ Ha. M. Nguyen
                                                          Ha M. Nguyen