IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE:<br><br>ALLIANCE FARM AND RANCH LLC<br><br>DEBTOR | CASE NO. 25-30155<br><br>Chapter 11 |
| IN RE:<br><br>ALLIANCE ENERGY PARTNERS, LLC<br><br>DEBTOR | CASE NO. 25-31937<br><br>Chapter 11 |

**NOTICE OF APPEARANCE AND REQUEST
FOR SERVICE OF NOTICES AND PLEADINGS**

Pursuant to Rules 2002(g) and 9010(b) of the Federal Rules of Bankruptcy Procedure, the undersigned counsel enters an appearance on behalf of DrilTech, LLC ("DrilTech"), and requests that copies of all pleadings, motions, notices, and other papers, filed or served, in this proceeding, be served upon the undersigned counsel for DrilTech at the following street addresses, e-mail addresses or facsimile numbers:

> Rachel T. Kubanda
> Texas State Bar No. 24093258
> Rachel.Kubanda@keanmiller.com
> Kristina P. Tipton
> Texas State Bar No. 24143465
> Kristina.Tipton@keanmiller.com
> KEAN MILLER LLP
> 711 Louisiana Street, Suite 1800
> Houston, Texas 77002
> Telephone: (713) 844-3000
> Telecopier: (713) 844-3030

**FURTHER NOTICE** is hereby given that the foregoing request includes all notices and copies of all motions, notices, reports, briefs, applications, complaints, demands, hearings, pleadings, adversary proceedings, proposed orders, confirmed copies of orders, or request, formal or informal, whether transmitted or conveyed by mail, e-mail, fax or otherwise that has been filed with the court, any other documents or instruments filed in the above-referenced bankruptcy and any other matter in which notice is required pursuant to 11 U.S.C. § 1109(b) and Bankruptcy Rules 2002(a) and (b), 3017(a), and 9013 of the Federal Rules of Bankruptcy Procedure.

**FURTHER NOTICE** is hereby given that this Notice of Appearance and any later appearance, pleading, claim or suit shall not be deemed to be a waiver of the rights of DrilTech to: (1) have final orders in matters and proceedings in which a Bankruptcy Court does not have the power to enter a final order under Article III of the Constitution entered only after *de novo* review by a District Court Judge; (2) trial by jury in any proceeding so triable in this bankruptcy or any case, controversy, or proceeding related to this case; (3) have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (4) any rights, actions, or defenses relating to the scope of the Bankruptcy Court's jurisdiction; or (5) any other rights, claims, actions, defenses, setoffs, or recoupments to which DrilTech is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments DrilTech expressly reserves.  Nor shall this Notice of Appearance be deemed to constitute consent to electronic service of any pleading or papers for which mailed or personal service is required under the applicable Bankruptcy Rules or Federal Rules of Civil Procedure.

[*Signature on Next Page*.]

Dated: May 12, 2025          Respectfully submitted:

K<small>EAN</small> M<small>ILLER</small> LLP

By:   */s/ Rachel T. Kubanda*
Rachel T. Kubanda
Texas State Bar No. 24093258
Rachel.Kubanda@keanmiller.com
Kristina P. Tipton
Texas State Bar No. 24143465
Kristina.Tipton@keanmiller.com
711 Louisiana Street, Suite 1800
Houston, Texas 77002
Telephone: (713) 844-3000
Telecopier: (713) 844-3030

***Attorneys for DrilTech, LLC***

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on May 12, 2025, a copy of the foregoing document served to all parties entitled to receive notices through the Court's electronic notification system as permitted by Local Rules of the U.S. Bankruptcy Court for the Southern District of Texas.

By: */s/ Rachel T. Kubanda*
Rachel T. Kubanda