# WITNESS AND EXHIBIT LIST
### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

**U.S. Bankruptcy Judge: Alfredo R Perez**

| | |
|---|---|
| **Main Case No:** | 25-30155 |
| **Name of Debtor:** | Alliance Farm & Ranch, LLC, *et al.* |
| **Adversary Case No:** | |
| **Style of Adversary:** | |

| **Does this amend or supplement a previously filed Witness & Exhibit List? If so, state the date and CM/ECF No. of such previous filing.** | **Yes** | **No** |
|---|---|---|
| | | X |
| | **Date** | **CM/ECF No.** |
| | | |

| | |
|---|---|
| **Hearing/Trial Date:** | May 20, 2025 |
| **Hearing Time:** | 10:00 AM |
| **Party's Name:** | Dustin Etter |
| **Attorney's Name:** | Heather Heath McIntyre |
| **Attorney's Phone:** | (713) 590-4200 |

| **Nature of Proceeding(s)** | **CM/ECF No.** | **Matter** |
|---|---|---|
| | 26 | Application to Employ Okin Adams Bartlett Curry, LLP as General Counsel |
| | 31 | Application to Employ Deborah L. Crain and E-Merger Law, PLLC as Special Counsel |
| | 68 | Emergency Motion to Convert Case from Chapter 11 to Chapter 7 |

| WITNESS LIST | |
|---|---|
| **Lay Witnesses:** | Dustin Etter |
| | Jarod Furr |
| | Noah Meek |
| | Any witness called or designated by another party |
| **Expert Witnesses:** | Any witness called or designated by another party |

| REBUTTAL/ IMPEACHMENT WITNESSES | |
|---|---|
| **Lay Witnesses:** | Any witness called or designated by another party |
| **Expert Witnesses:** | Any witness called or designated by another party |

3138959

| Ex. No. | Description | Offered | Objection | Disposition |
|---|---|---|---|---|
| | | For Court Use Only | | |
| 1. | Emergency Motion to Convert Chapter 11 Cases to Chapter 7 [Dkt No. 68] | | | |
| 2. | Contribution Agreement [Dkt No. 68-1] | | | |
| 3. | AEP Truist Bank Statements April - June 2022 [Dkt No. 68-2] | | | |
| 4. | AEP Vendor Quick Report for Eric Ostrander [Dkt No. 68-3] | | | |
| 5. | June 2022 ACH Ledger [Dkt No. 68-4] | | | |
| 6. | November & December 2022 ACH Ledger [Dkt No. 68-5] | | | |
| 7. | TX Franchise Report - J Parker Construction LLC [Dkt No. 68-6] | | | |
| 8. | April - December 2022 ACH Ledger [Dkt No. 68-7] | | | |
| 9. | Ranch Real Estate Lien Note [Dkt No. 76] | | | |
| 10. | List of Equity Security Holders [Dkt No. 35] | | | |
| 11. | Plaintiff's Eighth Amended Petition [Claim No. 2-1, Part 2] | | | |
| 12. | Deed of Trust [Dkt No. 37-2] | | | |
| 13. | Farm & Ranch Contract – Ostrander & Milner [Dkt No. 37-6] | | | |
| 14. | Order Denying Emergency Motion to Dismiss and Granting Emergency Motion for Joint Administration [Dkt No. 54] | | | |
| 15. | Hearing Transcript [Dkt No. 44-5] | | | |
| 16. | Defendants' Answers to Plaintiff's Second Set of Interrogatories [Dkt No. 44-6] | | | |
| 17. | Farm & Ranch Contract – Ostrander & AEP [Dkt No. 56-2] | | | |
| 18. | Receipts and Disbursements Ledger [Dkt No. 56-3] | | | |
| 19. | Ranch Contract Amendment [Dkt No. 56-5] | | | |
| 20. | Remodel Invoices [Dkt No. 56-10] | | | |
| 21. | Commercial Lease Agreement [Dkt No. 56-12] | | | |
| 22. | Etter's Emergency Motion to Reschedule [Dkt No. 64] | | | |
| 23. | Notice of Lis Pendens | | | |
| 24. | Emergency Motion to Expunge Notice of Lis Pendens | | | |
| 25. | Notice of Submission for Motion to Expunge Lis Pendens | | | |
| 26. | Debtor AFR's Schedules Petition [Dkt No. 1] | | | |
| 27. | Debtor AFR's Schedules A/B, D, E/F, G, and H (without SoFA) [Dkt No. 34] | | | |
| 28. | Debtor AFR's Statement of Financial Affairs [Dkt No. 36] | | | |
| 29. | Debtor AEP's Petition and Schedules A/B, D, E/F, G, and H (without SoFA) [Dkt No. 1, Case No. 25-31937] | | | |

3138959

| | | | | |
|---|---|---|---|---|
| 30. | Notice of Foreclosure Sale | | | |
| 31. | Ranch Improvements Payment Totals | | | |
| 32. | AEP American Express Bank Statements | | | |
| 33. | Declaration of Noah Meek | | | |
| | | | | |
| **REBUTTAL/IMPEACHMENT EXHIBITS** | | | | |
| 1. | Any and all exhibits listed or used by another other party | | | |

Dustin Etter reserves any and all rights to amend or supplement this *Witness and Exhibit List*, to call any witnesses designated by any other party, and use any other exhibit designated by any other party to the hearing.

Dated: May 14, 2025.

Respectfully submitted,

*/s/ Heather Heath McIntyre*
Heather H. McIntyre   TBN 24041076
hmcintyre@hwa.com
Abdiel Lopez-Castro   TBN 24140125
alopezcastro@hwa.com
HUGHESWATTERSASKANASE, LLP
Total Plaza
1201 Louisiana, 28th Floor
Houston, Texas 77002
Telephone: (713) 590-4200
Facsimile: (713) 590-4230
**ATTORNEYS FOR DUSTIN ETTER**

3138959

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that the foregoing has been served on (i) all parties receiving ECF in the above-referenced case via ECF and (ii) parties listed below as indicated on May 14, 2025:

| <u>Debtor:</u><br>Alliance Farm & Ranch, LLC<br>c/o Timothy L. Wentworth<br>Okin Adams Bartlett Curry, LLP<br>1113 Vine St., Suite 240<br>Houston, TX 77002<br>*VIA ECF* | <u>Debtor:</u><br>Alliance Energy Partners, LLC<br>c/o Timothy L. Wentworth<br>Okin Adams Bartlett Curry, LLP<br>1113 Vine St., Suite 240<br>Houston, TX 77002<br>*VIA ECF* |
|---|---|
| <u>Proposed General Counsel for Debtors:</u><br>Okin Adams Bartlett Curry, LLP<br>c/o Timothy L. Wentworth<br>1113 Vine St., Suite 240<br>Houston, TX 77002<br>*VIA ECF* | <u>Proposed Special Counsel for Debtors:</u><br>Deborah L. Crain and E-Merger Law, PLLC<br>c/o Deborah L. Crain<br>1334 Brittmoore Rd., Suite 2314<br>Houston, TX 77043<br>*VIA EMAIL:* dcrain@lawla.com |
| <u>Unites States Trustee:</u><br>Office of the U.S. Trustee<br>c/o Ha Minh Nguyen<br>515 Rusk St., Suite 3516<br>Houston, TX 77002<br>*VIA ECF & EMAIL:* ha.nguyen@usdoj.gov | |

        */s/ Heather Heath McIntyre*
        Heather Heath McIntyre

3138959