# EXHIBIT 3



Page 1 of 3  04/29/22
TX    3728



663-25-01-00 21508  4 C 001 30 S  66 002
ALLIANCE ENERGY PARTNERS LLC
9823 FRIESIAN ESTATES DR
SPRING  TX  77379-1412

# Your account statement
For 04/29/2022

**Contact us**

 Truist.com

 (844) 4TRUIST or (844) 487-8478

■ **ANALYZED CHECKING**   3728

### Account summary

| | |
|---|---|
| Your previous balance as of 03/31/2022 | $4,089,240.09 |
| Checks | - 23,610.95 |
| Other withdrawals, debits and service charges | - 3,113,649.44 |
| Deposits, credits and interest | + 2,703,339.31 |
| Your new balance as of 04/29/2022 | = $3,655,319.01 |

### Checks

| DATE | CHECK # | AMOUNT($) | DATE | CHECK # | AMOUNT($) | DATE | CHECK # | AMOUNT($) |
|---|---|---|---|---|---|---|---|---|
| 04/04 | 1026 | 2,350.25 | 04/25 | 1030 | 420.41 | 04/05 | 1031 | 20,484.15 |
| 04/11 | *1029 | 356.14 | | | | | | |

\* indicates a skip in sequential check numbers above this item

Total checks  = $23,610.95

### Other withdrawals, debits and service charges

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 04/01 | PC NON-REPETITIVE WIRE WIRE REF# 20220401-00018641 | 960,515.25 |
| 04/01 | ACH SETTLEMENT | 89,405.81 |
| 04/04 | DEBIT CARD RECURRING PYMT MSFT * E0600I5XVV 04-02 MSBILL.INFO    WA 9527 | 13.54 |
| 04/04 | ACH CORP DEBIT ACH PMT    AMEX EPAYMENT Alliance Energy Partne CUSTOMER ID W6830 | 3,147.66 |
| 04/04 | ACH CORP DEBIT ACH PMT    AMEX EPAYMENT Alliance Energy Partne CUSTOMER ID W5362 | 16,453.93 |
| 04/04 | ACH SETTLEMENT | 733.65 |
| 04/04 | ACH SETTLEMENT | 5,632.98 |
| 04/04 | ACH SETTLEMENT | 7,186.72 |
| 04/06 | INTERNET PAYMENT WEB PMTS   EMBREY-120002 3T58L9 | 2,348.69 |
| 04/06 | PC NON-REPETITIVE WIRE WIRE REF# 20220406-00028197 | 65,000.00 |
| 04/06 | ACH SETTLEMENT | 338,562.54 |
| 04/08 | M-APP TRANSFER TRANSFER TO CHECKING 1440003583493 04-08-22 | 30,000.00 |
| 04/11 | ACH CORP DEBIT Auto Pay   MBFS.COM BBT CUSTOMER ID 5002015603 | 4,294.73 |
| 04/12 | PC INTL USD WIRE WIRE REF# 20220412-00027264 | 115,824.00 |
| 04/13 | ACH CORP DEBIT ALLY PAYMT ALLY Alliance Energy CUSTOMER ID 0091747751/001 | 859.55 |
| 04/14 | DEBIT CARD RECURRING PYMT MSFT * E0100I8QTE 04-14 MSBILL.INFO    WA 9527 | 13.53 |
| 04/14 | CM ON-LINE ACCT TRANSFER TRANSFER TO CHECKING 1440017595958 04-14-22 | 7,000.00 |
| 04/14 | ACH SETTLEMENT | 30,000.00 |
| 04/14 | ACH SETTLEMENT | 389,728.13 |
| 04/15 | ACH CORP DEBIT USATAXPYMT IRS ALLIANCE ENERGY PARTNE CUSTOMER ID 225250551931755 | 2,153.46 |
| 04/18 | ACH     ALERT 360 5009 ALLIANCE ENERGY | 59.48 |
| 04/18 | ACH SETTLEMENT | 94,802.00 |
| 04/20 | ACH SETTLEMENT | 32,032.54 |

*continued*

■ ANALYZED CHECKING       3728 (continued)

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---:|
| 04/21 | DEBIT CARD RECURRING PYMT SLACK T01FG9DHCGL 04-20 HTTPSSLACK.CO CA 9527 | 55.84 |
| 04/21 | SERVICE CHARGES - PRIOR PERIOD | 112.05 |
| 04/22 | ACH CORP DEBIT INSURANCE  FIRST INSURANCE Alliance Energy PartneCUSTOMER ID 900-95775938 | 9,926.23 |
| 04/22 | ACH SETTLEMENT | 14,000.00 |
| 04/22 | ACH SETTLEMENT | 389,461.40 |
| 04/25 | ACH CORP DEBIT OBPPAYMT   HEALTH CARE SERV ALLIANCE ENERGY PARTNE CUSTOMER ID 5062170582 | 16,985.68 |
| 04/25 | ACH SETTLEMENT | 25,694.00 |
| 04/25 | ACH SETTLEMENT | 27,976.00 |
| 04/27 | CM ON-LINE ACCT TRANSFER TRANSFER TO CHECKING 1440017595958 04-27-22 | 5,000.00 |
| 04/27 | ACH SETTLEMENT | 28,830.00 |
| 04/28 | ACH SETTLEMENT | 374,701.83 |
| 04/29 | ACH CORP DEBIT USATAXPYMT IRS ALLIANCE ENERGY PARTNE CUSTOMER ID 225251901831926 | 3,554.40 |
| 04/29 | ACH SETTLEMENT | 21,583.82 |
| Total other withdrawals, debits and service charges | | = $3,113,649.44 |

**Deposits, credits and interest**

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---:|
| 04/04 | REFUND    PROG COUNTY MUT 2068 ALLIANCE EN ERGY PARTN | 165.00 |
| 04/05 | PAYMENT    COLGATE OPERATIN P002 ALLIANCE ENERGY PARTNE | 46,500.00 |
| 04/12 | PAYMENT    COLGATE OPERATIN P002 ALLIANCE ENERGY PARTNE | 615,358.13 |
| 04/19 | PAYMENT    COLGATE OPERATIN P002 ALLIANCE ENERGY PARTNE | 909,873.67 |
| 04/29 | PAYMENT    COLGATE OPERATIN P002 ALLIANCE ENERGY PARTNE | 1,131,442.51 |
| Total deposits, credits and interest | | = $2,703,339.31 |


## Questions, comments or errors?

For general questions/comments or to report errors about your statement or account, please call us at 1-844-4TRUIST (1-844-487-8478) 24 hours a day, 7 days a week. Truist Contact Center teammates are available to assist you from 8am 8pm EST Monday-Friday and 8am 5pm EST on Saturday. You may also contact your local Truist branch. To locate a Truist branch in your area, please visit Truist.com.

**Electronic fund transfers (For Consumer Accounts Only. Commercial Accounts refer to the Commercial Bank Services Agreement.)**
Services such as Bill Payments and Zelle® are subject to the terms and conditions governing those services, which may not provide an error resolution process in all cases. Please refer to the terms and conditions for those services.

In case of errors or questions about your electronic fund transfers, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, IMMEDIATELY call 1-844-487-8478 or write to:
Fraud Management
P.O. Box 1014
Charlotte, NC 28201

Tell us as soon as you can, if you think your statement or receipt is wrong, or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.
- Tell us your name and deposit account number (if any)
- Describe the error or transfer you are unsure of, and explain as clearly as you can why you believe it is an error or why you need more information
- Tell us the dollar amount of the suspected error

If you tell us orally, we may require that you also send us your complaint or question in writing within ten (10) business days. We will tell you the results of our investigation within ten (10) business days after we hear from you, and we will correct any error promptly. If we need more time, however, we may take up to forty-five (45) days to investigate your complaint or questions for ATM transactions made within the United States and up to ninety (90) days for new accounts, foreign initiated transactions and point-of-sale transactions. If we decide to do this, we will re-credit your account within ten (10) business days for the amount you think is in error, minus a maximum of $50. If we ask you to put your complaint in writing, and we do not receive it within ten (10) business days, we may not re-credit your account and you will not have use of the money during the time it takes us to complete our investigation.

Tell us AT ONCE if you believe your access device has been lost or stolen, or someone may have electronically transferred money from your account without your permission, or someone has used information from a check to conduct an unauthorized electronic fund transfer. If you tell us within two (2) business days after you learn of the loss or theft of your access device or the unauthorized transaction, you can lose no more than $50 if someone makes electronic transfers without your permission.

If you do NOT tell us within two (2) business days after you learn of the loss or theft of your access device or the unauthorized transaction, and we can prove we could have stopped someone from making electronic transfers without your permission if you had told us, you could lose as much as $500. Also, if your periodic statement shows transfers you did not make, tell us at once. If you do not tell us within sixty (60) days after the statement was mailed to you, you may not get back any money you lost after sixty (60) days if we can prove we could have stopped someone from taking the money if you had told us in time.

**Important information about your Truist Ready Now Credit Line Account**
Once advances are made from your Truist Ready Now Credit Line Account, an INTEREST CHARGE will automatically be imposed on the account's outstanding "Average daily balance." The INTEREST CHARGE is calculated by applying the "Daily periodic rate" to the 'Average daily balance" of your account (including current transactions) and multiplying this figure by the number of days in the billing cycle. To get the "Average daily balance," we take the beginning account balance each day, add any new advances or debits, and subtract any payments or credits and the last unpaid INTEREST CHARGE. This gives us the daily balance. Then we add all of the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the 'Average daily balance."

**Billing Rights Summary**
**In case of errors or questions about your Truist Ready Now Credit Line statement**
If you think your statement is incorrect, or if you need more information about a Truist Ready Now Credit Line transaction on your statement, please call 1-844-4TRUIST or visit your local Truist branch. To dispute a payment, please write to us on a separate sheet of paper at the following address:
Card and Direct to Consumer Lending
PO Box 200
Wilson NC 27894-0200

We must hear from you no later than sixty (60) days after we sent you the FIRST statement on which the error or problem appeared. You may telephone us, but doing so will not preserve your rights. In your letter, please provide the following information:
- Your name and account number
- Describe the error or transfer you are unsure about, and explain in detail why you believe this is an error or why you need more information
- The dollar amount of the suspected error

During our investigation process, you are not responsible for paying any amount in question; you are, however, obligated to pay the items on your statement that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount in question.

**Mail-in deposits**
If you wish to mail a deposit, please send a deposit ticket and check to your local Truist branch. Visit Truist.com to locate the Truist branch closest to you. Please do not send cash.

**Change of address**
If you need to change your address, please visit your local Truist branch or call Truist Contact Center at 1-844-4TRUIST (1-844-487-8478).

| How to Reconcile Your Account | | Outstanding Checks and Other Debits (Section A) | | | |
|---|---|---|---|---|---|
| | | Date/Check # | Amount | Date/Check # | Amount |
| 1. | List the new balance of your account from your latest statement here: | | | | |
| 2. | Record any outstanding debits (checks, check card purchases, ATM withdrawals, electronic transactions, etc.) in section A. Record the transaction date, the check number or type of debit and the debit amount. Add up all of the debits, and enter the sum here: | | | | |
| 3. | Subtract the amount in Line 2 above from the amount in Line 1 above and enter the total here: | | | | |
| 4. | Record any outstanding credits in section B. Record the transaction date, credit type and the credit amount. Add up all of the credits and enter the sum here: | | | | |
| | | **Outstanding Deposits and Other Credits (Section B)** | | | |
| 5. | Add the amount in Line 4 to the amount in Line 3 to find your balance. Enter the sum here. This amount should match the balance in your register. | | Date/Type | Amount | Date/Type | Amount |

For more information, please contact your local Truist branch, visit Truist.com or contact us at 1-844-4TRUIST (1-844-487-8478). MEMBER FDIC



Page 1 of 3  05/31/22
TX         3728



663-25-01-00 21508 6 C 001 30 S 66 002
ALLIANCE ENERGY PARTNERS LLC
9823 FRIESIAN ESTATES DR
SPRING TX 77379-1412

# Your account statement
For 05/31/2022

**Contact us**

 Truist.com

 (844) 4TRUIST or (844) 487-8478

■ ANALYZED CHECKING       3728

**Account summary**

| | |
|---|---|
| Your previous balance as of 04/29/2022 | $3,655,319.01 |
| Checks | - 30,257.15 |
| Other withdrawals, debits and service charges | - 1,139,270.44 |
| Deposits, credits and interest | + 635,816.79 |
| Your new balance as of 05/31/2022 | = $3,121,608.21 |

**Checks**

| DATE | CHECK # | AMOUNT($) | DATE | CHECK # | AMOUNT($) | DATE | CHECK # | AMOUNT($) |
|---|---|---|---|---|---|---|---|---|
| 05/06 | 1032 | 560.00 | 05/24 | 1034 | 800.00 | 05/19 | 1358 | 13,405.00 |
| 05/10 | 1033 | 187.15 | 05/27 | *1357 | 14,305.00 | 05/27 | *1360 | 1,000.00 |

* indicates a skip in sequential check numbers above this item

Total checks  = $30,257.15

**Other withdrawals, debits and service charges**

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 05/02 | SIGONFILE EMBREY-120002 2BP9 JerodFurr | 2,276.00 |
| 05/03 | VENDOR PMT State Auto - Inb 8612 State Automobile Ins | 751.70 |
| 05/03 | ACH SETTLEMENT | 264,951.10 |
| 05/05 | DEBIT CARD RECURRING PYMT MSFT * E0600IKA4F 05-05 MSBILL.INFO   WA 9527 | 13.54 |
| 05/05 | ACH SETTLEMENT | 98,659.02 |
| 05/09 | ACH CORP DEBIT ACH PMT    AMEX EPAYMENT Alliance Energy Partne CUSTOMER ID W6572 | 2,068.14 |
| 05/09 | ACH CORP DEBIT ACH PMT    AMEX EPAYMENT Alliance Energy Partne CUSTOMER ID W4632 | 25,474.14 |
| 05/10 | ACH SETTLEMENT | 14,415.00 |
| 05/11 | ACH CORP DEBIT Auto Pay   MBFS.COM BBT CUSTOMER ID 5002015603 | 4,294.73 |
| 05/11 | INTERNET PAYMENT 2816535090 CHAMPION ENERGY E6B0E74E7723 | 830.87 |
| 05/11 | TRUIST APP TRANSFER TRANSFER TO CHECKING 1440003583493 05-11-22 | 30,000.00 |
| 05/11 | BUSINESS ONLINE TRANSFER TRANSFER TO CHECKING 1440017595958 05-11-22 | 10,000.00 |
| 05/11 | ACH SETTLEMENT | 311.85 |
| 05/11 | ACH SETTLEMENT | 1,498.88 |
| 05/11 | ACH SETTLEMENT | 248,343.75 |
| 05/12 | ACH SETTLEMENT | 9,072.00 |
| 05/12 | ACH SETTLEMENT | 19,543.79 |
| 05/12 | ACH SETTLEMENT | 30,659.18 |
| 05/13 | ACH CORP DEBIT USATAXPYMT IRS ALLIANCE ENERGY PARTNE CUSTOMER ID 225253302843675 | 193.94 |
| 05/13 | ACH CORP DEBIT ALLY PAYMT ALLY Alliance Energy CUSTOMER ID 0091747751/001 | 859.55 |
| 05/13 | ACH CORP DEBIT USATAXPYMT IRS ALLIANCE ENERGY PARTNE CUSTOMER ID 225253304919015 | 3,318.60 |
| 05/16 | DEBIT CARD RECURRING PYMT MSFT * E0100IM5AU 05-14 MSBILL.INFO   WA 9527 | 13.53 |
| 05/16 | TELEPHONE PAYMENT Payment    ATT 545165005CSR1K | 257.13 |

*continued*

■ ANALYZED CHECKING        3728 (continued)

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---:|
| 05/16 | Payment   ATT 0513 Alliance Energy Partne | 0.00 |
| 05/16 | ACH SETTLEMENT | 75,567.00 |
| 05/17 | ACH      ALERT 360 5009 ALLIANCE ENERGY | 59.48 |
| 05/17 | ACH SETTLEMENT | 152,172.68 |
| 05/19 | ACH SETTLEMENT | 7,439.39 |
| 05/23 | SERVICE CHARGES - PRIOR PERIOD | 244.11 |
| 05/24 | INTERNET PAYMENT 2816535090 CHAMPION ENERGY 9F18AD93F98D | 25.18 |
| 05/24 | INTERNET PAYMENT 2816535090 CHAMPION ENERGY B8B2A9F125E2 | 26.59 |
| 05/24 | INTERNET PAYMENT 2816535090 CHAMPION ENERGY 4DD7466FC2DC | 403.95 |
| 05/24 | INTERNET PAYMENT 2816535090 CHAMPION ENERGY C92C239973B4 | 531.84 |
| 05/24 | ACH CORP DEBIT INSURANCE  FIRST INSURANCE Alliance Energy PartneCUSTOMER ID 900-95775938 | 9,926.23 |
| 05/24 | CM ON-LINE ACCT TRANSFER TRANSFER TO CHECKING 1440017595958 05-24-22 | 13,073.33 |
| 05/24 | ACH SETTLEMENT | 29,096.00 |
| 05/26 | PC NON-REPETITIVE WIRE WIRE REF# 20220526-00029823 | 26,960.00 |
| 05/27 | ACH CORP DEBIT USATAXPYMT IRS ALLIANCE ENERGY PARTNE CUSTOMER ID 225254700863006 | 3,501.22 |
| 05/27 | ACH SETTLEMENT | 52,437.00 |
| | Total other withdrawals, debits and service charges | = $1,139,270.44 |

### Deposits, credits and interest

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---:|
| 05/12 | PAYMENT   COLGATE OPERATIN P002 ALLIANCE ENERGY PARTNE | 635,816.79 |
| | Total deposits, credits and interest | = $635,816.79 |



Page 3 of 3   05/31/22
TX          3728

## Questions, comments or errors?

For general questions/comments or to report errors about your statement or account, please call us at 1-844-4TRUIST (1-844-487-8478) 24 hours a day, 7 days a week. Truist Contact Center teammates are available to assist you from 8am 8pm EST Monday-Friday and 8am 5pm EST on Saturday. You may also contact your local Truist branch. To locate a Truist branch in your area, please visit Truist.com.

**Electronic fund transfers (For Consumer Accounts Only. Commercial Accounts refer to the Commercial Bank Services Agreement.)**
Services such as Bill Payments and Zelle® are subject to the terms and conditions governing those services, which may not provide an error resolution process in all cases. Please refer to the terms and conditions for those services.

In case of errors or questions about your electronic fund transfers, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, IMMEDIATELY call 1-844-487-8478 or write to:
Fraud Management
P.O. Box 1014
Charlotte, NC 28201
Tell us as soon as you can, if you think your statement or receipt is wrong, or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.
- Tell us your name and deposit account number (if any)
- Describe the error or transfer you are unsure of, and explain as clearly as you can why you believe it is an error or why you need more information
- Tell us the dollar amount of the suspected error

If you tell us orally, we may require that you also send us your complaint or question in writing within ten (10) business days. We will tell you the results of our investigation within ten (10) business days after we hear from you, and we will correct any error promptly. If we need more time, however, we may take up to forty-five (45) days to investigate your complaint or questions for ATM transactions made within the United States and up to ninety (90) days for new accounts, foreign initiated transactions and point-of-sale transactions. If we decide to do this, we will re-credit your account within ten (10) business days for the amount you think is in error, minus a maximum of $50. If we ask you to put your complaint in writing, and we do not receive it within ten (10) business days, we may not re-credit your account and you will not have use of the money during the time it takes us to complete our investigation.

Tell us AT ONCE if you believe your access device has been lost or stolen, or someone may have electronically transferred money from your account without your permission, or someone has used information from a check to conduct an unauthorized electronic fund transfer. If you tell us within two (2) business days after you learn of the loss or theft of your access device or the unauthorized transaction, you can lose no more than $50 if someone makes electronic transfers without your permission.

If you do NOT tell us within two (2) business days after you learn of the loss or theft of your access device or the unauthorized transaction, and we can prove we could have stopped someone from making electronic transfers without your permission if you had told us, you could lose as much as $500. Also, if your periodic statement shows transfers you did not make, tell us at once. If you do not tell us within sixty (60) days after the statement was mailed to you, you may not get back any money you lost after sixty (60) days if we can prove we could have stopped someone from taking the money if you had told us in time.

**Important information about your Truist Ready Now Credit Line Account**
Once advances are made from your Truist Ready Now Credit Line Account, an INTEREST CHARGE will automatically be imposed on the account's outstanding "Average daily balance." The INTEREST CHARGE is calculated by applying the "Daily periodic rate" to the 'Average daily balance" of your account (including current transactions) and multiplying this figure by the number of days in the billing cycle. To get the "Average daily balance," we take the beginning account balance each day, add any new advances or debits, and subtract any payments or credits and the last unpaid INTEREST CHARGE. This gives us the daily balance. Then we add all of the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the 'Average daily balance."

**Billing Rights Summary**
**In case of errors or questions about your Truist Ready Now Credit Line statement**
If you think your statement is incorrect, or if you need more information about a Truist Ready Now Credit Line transaction on your statement, please call 1-844-4TRUIST or visit your local Truist branch. To dispute a payment, please write to us on a separate sheet of paper at the following address:
Card and Direct to Consumer Lending
PO Box 200
Wilson NC 27894-0200
We must hear from you no later than sixty (60) days after we sent you the FIRST statement on which the error or problem appeared. You may telephone us, but doing so will not preserve your rights. In your letter, please provide the following information:
- Your name and account number
- Describe the error or transfer you are unsure about, and explain in detail why you believe this is an error or why you need more information
- The dollar amount of the suspected error

During our investigation process, you are not responsible for paying any amount in question; you are, however, obligated to pay the items on your statement that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount in question.

**Mail-in deposits**
If you wish to mail a deposit, please send a deposit ticket and check to your local Truist branch. Visit Truist.com to locate the Truist branch closest to you. Please do not send cash.

**Change of address**
If you need to change your address, please visit your local Truist branch or call Truist Contact Center at 1-844-4TRUIST (1-844-487-8478).

| How to Reconcile Your Account | | Outstanding Checks and Other Debits (Section A) | | | |
|---|---|---|---|---|---|
| | | Date/Check # | Amount | Date/Check # | Amount |
| 1. List the new balance of your account from your latest statement here: | | | | | |
| 2. Record any outstanding debits (checks, check card purchases, ATM withdrawals, electronic transactions, etc.) in section A. Record the transaction date, the check number or type of debit and the debit amount. Add up all of the debits, and enter the sum here: | | | | | |
| 3. Subtract the amount in Line 2 above from the amount in Line 1 above and enter the total here: | | | | | |
| 4. Record any outstanding credits in section B. Record the transaction date, credit type and the credit amount. Add up all of the credits and enter the sum here: | | | | | |
| | | Outstanding Deposits and Other Credits (Section B) | | | |
| | | Date/Type | Amount | Date/Type | Amount |
| 5. Add the amount in Line 4 to the amount in Line 3 to find your balance. Enter the sum here. This amount should match the balance in your register. | | | | | |

For more information, please contact your local Truist branch, visit Truist.com or contact us at 1-844-4TRUIST (1-844-487-8478). MEMBER FDIC

EXHIBIT B PAGE 3 OF 3

0022057



Page 1 of 3      06/30/22
TX              3728



663-25-01-00 21508  5 C 001 30 S  66 002
ALLIANCE ENERGY PARTNERS LLC
9823 FRIESIAN ESTATES DR
SPRING TX  77379-1412

# Your account statement
For 06/30/2022

**Contact us**

 Truist.com

 (844) 4TRUIST or (844) 487-8478

■ ANALYZED CHECKING         3728

**Account summary**

| | |
|---|---|
| Your previous balance as of 05/31/2022 | $3,121,608.21 |
| Checks | - 40,388.13 |
| Other withdrawals, debits and service charges | - 4,012,337.12 |
| Deposits, credits and interest | + 2,037,216.07 |
| Your new balance as of 06/30/2022 | = $1,106,099.03 |

**Checks**

| DATE | CHECK # | AMOUNT($) | DATE | CHECK # | AMOUNT($) | DATE | CHECK # | AMOUNT($) |
|---|---|---|---|---|---|---|---|---|
| 06/13 | 1035 | 35,876.85 | 06/07 | 1354 | 564.38 | 06/02 | 1356 | 1,661.64 |
| 06/22 | *1353 | 623.62 | 06/06 | 1355 | 1,661.64 | | | |

\* indicates a skip in sequential check numbers above this item    Total checks    = $40,388.13

**Other withdrawals, debits and service charges**

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 06/01 | ACH SETTLEMENT | 751,740.41 |
| 06/02 | ACH CORP DEBIT USATAXPYMT IRS ALLIANCE ENERGY PARTNE CUSTOMER ID 225255300316808 | 483.12 |
| 06/02 | ACH CORP DEBIT OBPPAYMT   HEALTH CARE SERV ALLIANCE ENERGY PARTNE CUSTOMER ID 9674300011 | 3,694.66 |
| 06/02 | INTERNET PAYMENT WEB PMTS   EMBREY-120002 YSQ3W9 | 2,400.00 |
| 06/02 | ACH SETTLEMENT | 38,415.68 |
| 06/03 | VENDOR PMT State Auto - Inb 8491 State Automobile Ins | 751.70 |
| 06/06 | DEBIT CARD RECURRING PYMT MSFT * E0600IXPEP 06-04 MSBILL.INFO    WA 9527 | 13.54 |
| 06/06 | Alarm Svc  Brinks Home Sec 0417 jerod Furr | 0.00 |
| 06/06 | Alarm Svc  Brinks Home Sec 0419 Jerod Furr | 0.00 |
| 06/06 | Alarm Svc  Brinks Home Sec 0418 Jerod Furr | 0.00 |
| 06/06 | Alarm Svc  Brinks Home Sec 0420 Jerod Furr | 0.00 |
| 06/06 | ACH CORP DEBIT TRD PMNT   TAX_REV_GRT_ECKS ALLIANCE ENERGY PARTNE CUSTOMER ID 952479872 | 5.00 |
| 06/07 | ACH CORP DEBIT ACH PMT    AMEX EPAYMENT Alliance Energy Partne CUSTOMER ID W8476 | 10,675.20 |
| 06/07 | ACH SETTLEMENT | 80,868.00 |
| 06/08 | ACH SETTLEMENT | 30,000.00 |
| 06/09 | ACH CORP DEBIT TRD PMNT   TAX_REV_GRT_ECKS ALLIANCE ENERGY PARTNE CUSTOMER ID 795701376 | 14,411.82 |
| 06/09 | ACH CORP DEBIT TRD PMNT   TAX_REV_GRT_ECKS ALLIANCE ENERGY PARTNE CUSTOMER ID 934113408 | 33,043.78 |
| 06/09 | ACH CORP DEBIT TRD PMNT   TAX_REV_GRT_ECKS ALLIANCE ENERGY PARTNE CUSTOMER ID 1500098688 | 79,849.51 |

continued

■ ANALYZED CHECKING    3728 (continued)

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---:|
| 06/09 | ACH CORP DEBIT TRD PMNT  TAX_REV_GRT_ECKS ALLIANCE ENERGY PARTNE CUSTOMER ID 1849847936 | 111,247.79 |
| 06/09 | ACH SETTLEMENT | 268,488.88 |
| 06/10 | INTERNET PAYMENT RSIBILLPAY REPUBLICSERVICES 308530139953 | 2,705.08 |
| 06/10 | INTERNET PAYMENT WEB PMTS  EMBREY-120002 ZLRBZ9 | 18.76 |
| 06/13 | ACH CORP DEBIT Auto Pay  MBFS.COM BBT CUSTOMER ID 5002015603 | 4,294.73 |
| 06/13 | TRUIST APP TRANSFER TRANSFER TO CHECKING 1440003583493 06-13-22 | 75,000.00 |
| 06/13 | BUSINESS ONLINE TRANSFER TRANSFER TO CHECKING 1440017595958 06-13-22 | 15,000.00 |
| 06/14 | DEBIT CARD RECURRING PYMT MSFT * E0100IZSNQ 06-14 MSBILL.INFO   WA 9527 | 13.53 |
| 06/14 | ACH CORP DEBIT ALLY PAYMT ALLY Alliance Energy CUSTOMER ID 0091747751/001 | 859.55 |
| 06/14 | ACH SETTLEMENT | 20,094.20 |
| 06/14 | ACH SETTLEMENT | 36,855.00 |
| 06/15 | ACH CORP DEBIT USATAXPYMT IRS ALLIANCE ENERGY PARTNE CUSTOMER ID 225256601055966 | 4,189.36 |
| 06/16 | ACH     ALERT 360 5009 ALLIANCE ENERGY | 59.48 |
| 06/16 | ACH CORP DEBIT ACH PMT   AMEX EPAYMENT Alliance Energy Partne CUSTOMER ID W5100 | 11,671.68 |
| 06/16 | ACH SETTLEMENT | 4,536.00 |
| 06/21 | DEBIT CARD RECURRING PYMT SLACK T01FG9DHCGL 06-20 HTTPSSLACK.CO  CA 9527 | 8.25 |
| 06/21 | ACH SETTLEMENT | 29,755.00 |
| 06/21 | SERVICE CHARGES - PRIOR PERIOD | 138.87 |
| 06/22 | INTERNET PAYMENT 2816535090 CHAMPION ENERGY 5A682B28865C | 3,052.27 |
| 06/22 | ACH CORP DEBIT INSURANCE  FIRST INSURANCE Alliance Energy Partne CUSTOMER ID 900-95775938 | 9,926.23 |
| 06/22 | ACH SETTLEMENT | 87,318.00 |
| 06/23 | DEBIT CARD PURCHASE AMZN Mktp US*WZ60G 06-23 Amzn.com/bill  WA 9527 | 7.57 |
| 06/23 | DEBIT CARD PURCHASE AMZN MKTP US*27935 06-23 AMZN.COM/BILL  WA 9527 | 35.60 |
| 06/23 | Alarm Svc  Brinks Home Sec 8062 Jerod Furr | 67.07 |
| 06/23 | ACH SETTLEMENT | 575,883.00 |
| 06/24 | DEBIT CARD PURCHASE AMZN Mktp US*681MO 06-23 Amzn.com/bill  WA 9527 | 143.63 |
| 06/24 | Payment  ATT PAYX Alliance Energy Partne | 127.77 |
| 06/24 | PC NON-REPETITIVE WIRE WIRE REF# 20220624-00019200 | 20,833.33 |
| 06/24 | PC NON-REPETITIVE WIRE WIRE REF# 20220624-00019313 | 20,833.33 |
| 06/24 | PC NON-REPETITIVE WIRE WIRE REF# 20220624-00019571 | 20,833.34 |
| 06/24 | PC NON-REPETITIVE WIRE WIRE REF# 20220624-00019475 | 750,000.00 |
| 06/24 | ACH SETTLEMENT | 262.74 |
| 06/24 | ACH SETTLEMENT | 71,760.25 |
| 06/28 | BUSINESS ONLINE TRANSFER TRANSFER TO CHECKING 1440017595958 06-28-22 | 13,500.00 |
| 06/28 | ACH SETTLEMENT | 262.74 |
| 06/29 | ACH SETTLEMENT | 771,240.41 |
| 06/30 | ACH CORP DEBIT USATAXPYMT IRS ALLIANCE ENERGY PARTNE CUSTOMER ID 225258165259922 | 4,698.52 |
| 06/30 | ACH RETURN | 262.74 |
| 06/30 | ACH SETTLEMENT | 30,000.00 |
| | Total other withdrawals, debits and service charges | = $4,012,337.12 |

**Deposits, credits and interest**

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---:|
| 06/08 | COUNTER DEPOSIT | 212,427.52 |
| 06/23 | PAYMENT   COLGATE OPERATIN P002 ALLIANCE ENERGY PARTNE | 1,815,310.20 |
| 06/24 | ARROW S   ARENMGM1 0398 ALLIANCE ENERGY PARTNE CUSTOMER ID 17015 | 8,952.87 |
| 06/28 | ACH RETURN | 262.74 |
| 06/29 | ACH REVERSAL SETTLEMENT | 262.74 |
| | Total deposits, credits and interest | = $2,037,216.07 |



Page 3 of 3    06/30/22
TX             3728

## Questions, comments or errors?

For general questions/comments or to report errors about your statement or account, please call us at 1-844-4TRUIST (1-844-487-8478) 24 hours a day, 7 days a week. Truist Contact Center teammates are available to assist you from 8am 8pm EST Monday-Friday and 8am 5pm EST on Saturday. You may also contact your local Truist branch. To locate a Truist branch in your area, please visit Truist.com.

**Electronic fund transfers (For Consumer Accounts Only. Commercial Accounts refer to the Commercial Bank Services Agreement.)**
Services such as Bill Payments and Zelle® are subject to the terms and conditions governing those services, which may not provide an error resolution process in all cases. Please refer to the terms and conditions for those services.

In case of errors or questions about your electronic fund transfers, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, IMMEDIATELY call 1-844-487-8478 or write to:

    Fraud Management
    P.O. Box 1014
    Charlotte, NC 28201

Tell us as soon as you can, if you think your statement or receipt is wrong, or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.
- Tell us your name and deposit account number (if any)
- Describe the error or transfer you are unsure of, and explain as clearly as you can why you believe it is an error or why you need more information
- Tell us the dollar amount of the suspected error

If you tell us orally, we may require that you also send us your complaint or question in writing within ten (10) business days. We will tell you the results of our investigation within ten (10) business days after we hear from you, and we will correct any error promptly. If we need more time, however, we may take up to forty-five (45) days to investigate your complaint or questions for ATM transactions made within the United States and up to ninety (90) days for new accounts, foreign initiated transactions and point-of-sale transactions. If we decide to do this, we will re-credit your account within ten (10) business days for the amount you think is in error, minus a maximum of $50. If we ask you to put your complaint in writing, and we do not receive it within ten (10) business days, we may not re-credit your account and you will not have use of the money during the time it takes us to complete our investigation.

Tell us AT ONCE if you believe your access device has been lost or stolen, or someone may have electronically transferred money from your account without your permission, or someone has used information from a check to conduct an unauthorized electronic fund transfer. If you tell us within two (2) business days after you learn of the loss or theft of your access device or the unauthorized transaction, you can lose no more than $50 if someone makes electronic transfers without your permission.

If you do NOT tell us within two (2) business days after you learn of the loss or theft of your access device or the unauthorized transaction, and we can prove we could have stopped someone from making electronic transfers without your permission if you had told us, you could lose as much as $500. Also, if your periodic statement shows transfers you did not make, tell us at once. If you do not tell us within sixty (60) days after the statement was mailed to you, you may not get back any money you lost after sixty (60) days if we can prove we could have stopped someone from taking the money if you had told us in time.

**Important information about your Truist Ready Now Credit Line Account**
Once advances are made from your Truist Ready Now Credit Line Account, an INTEREST CHARGE will automatically be imposed on the account's outstanding "Average daily balance." The **INTEREST CHARGE** is calculated by applying the "Daily periodic rate" to the 'Average daily balance" of your account (including current transactions) and multiplying this figure by the number of days in the billing cycle. To get the "Average daily balance," we take the beginning account balance each day, add any new advances or debits, and subtract any payments or credits and the last unpaid **INTEREST CHARGE**. This gives us the daily balance. Then we add all of the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the 'Average daily balance."

**Billing Rights Summary**
**In case of errors or questions about your Truist Ready Now Credit Line statement**
If you think your statement is incorrect, or if you need more information about a Truist Ready Now Credit Line transaction on your statement, please call 1-844-4TRUIST or visit your local Truist branch. To dispute a payment, please write to us on a separate sheet of paper at the following address:

    Card and Direct to Consumer Lending
    PO Box 200
    Wilson NC 27894-0200

We must hear from you no later than sixty (60) days after we sent you the FIRST statement on which the error or problem appeared. You may telephone us, but doing so will not preserve your rights. In your letter, please provide the following information:
- Your name and account number
- Describe the error or transfer you are unsure about, and explain in detail why you believe this is an error or why you need more information
- The dollar amount of the suspected error

During our investigation process, you are not responsible for paying any amount in question; you are, however, obligated to pay the items on your statement that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount in question.

**Mail-in deposits**
If you wish to mail a deposit, please send a deposit ticket and check to your local Truist branch. Visit Truist.com to locate the Truist branch closest to you. Please do not send cash.

**Change of address**
If you need to change your address, please visit your local Truist branch or call Truist Contact Center at 1-844-4TRUIST (1-844-487-8478).

| How to Reconcile Your Account | | Outstanding Checks and Other Debits (Section A) | | | |
|---|---|---|---|---|---|
| | | Date/Check # | Amount | Date/Check # | Amount |
| 1. | List the new balance of your account from your latest statement here: | | | | |
| 2. | Record any outstanding debits (checks, check card purchases, ATM withdrawals, electronic transactions, etc.) in section A. Record the transaction date, the check number or type of debit and the debit amount. Add up all of the debits, and enter the sum here: | | | | |
| 3. | Subtract the amount in Line 2 above from the amount in Line 1 above and enter the total here: | | | | |
| 4. | Record any outstanding credits in section B. Record the transaction date, credit type and the credit amount. Add up all of the credits and enter the sum here: | | Outstanding Deposits and Other Credits (Section B) | | | |
| 5. | Add the amount in Line 4 to the amount in Line 3 to find your balance. Enter the sum here. This amount should match the balance in your register. | | Date/Type | Amount | Date/Type | Amount |

For more information, please contact your local Truist branch, visit Truist.com or contact us at 1-844-4TRUIST (1-844-487-8478). MEMBER FDIC

0021869                                                                              EXHIBIT B  PAGE 3 OF 3