**EXHIBIT 4**

Received and E-Filed for Record
1/6/2025 12:00 AM
Melisa Miller, District Clerk
Montgomery County, Texas
Deputy Clerk, Julie Flowers

Cause No. 25-01-00068         **EXHIBIT 7**

| | | |
|---|---|---|
| **ALLIANCE FARM AND RANCH, LLC,** § | | IN THE DISTRICT COURT OF |
| *Plaintiff* § | | |
| § | | |
| vs. § | | |
| § | | MONTGOMERY COUNTY, TEXAS |
| § | | |
| **ERIK C. OSTRANDER and,** § | | |
| **DARLA OSTRANDER** § | | |
| *Defendants* § | | |
| § | | |
| RE: 5450 Honea Egypt Road § | | |
| Montgomery, TX 77316 § | | |
| § | | 284th JUDICIAL DISTRICT |

## PLAINTIFF'S SUPPLEMENTAL RESPONSE TO REQUEST FOR ADDITIONAL EVIDENCE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Plaintiff, **ALLIANCE FARM AND RANCH LLC**, and files this Response to Request for Additional Evidence and respectfully submits the following documents for the Court's consideration:

1. **Payment Statement Showing Transactions Out of Plaintiff's Accounts**

   o   This document provides a detailed record of transactions from Plaintiff's accounts, illustrating the financial activities relevant to Plaintiff's claims and supporting its contention regarding improper conduct by Defendant.

These materials are enclosed for your review and are submitted in support of Plaintiff's claims and its request for the issuance of a Temporary Restraining Order to prevent the foreclosure sale scheduled for January 7, 2025.

Respectfully submitted,

**REJAS HUA & HOANG, PLLC**

EXHIBIT C

By:   */s/ Thaison Hua*
    **Thaison Hua**
    Texas Bar No. 24097852
    4909 Bissonnet St. STE 100A
    Bellaire, TX 77401
    713-300-5075
    eservice@rhhlawgroup.com

    **ATTORNEY FOR PLAINTIFFS**

EXHIBIT C

## CERTIFICATE OF SERVICE

I hereby certify that on this **January 4, 2025**, a true and correct copy of the foregoing instrument was forwarded to all pro se parties and counsel of record by telephonic document transfer, messenger, hand delivery, express delivery, electronically, and/or certified mail, return receipt requested.

/s/ Thaison D. Hua
**THAISON D. HUA**

EXHIBIT C

12:13 PM
03/26/24

# Alliance Energy Partners
## Vendor QuickReport
### All Transactions

| | Date | Month | Account | Clr | Amount |
|---|---|---|---|---|---|
| **Eric Ostrander** | 04/01/22 | April | BB&T Business Checking | √ | -960,515.25 |
| | 04/29/22 | May | BB&T Business Checking | √ | -21,583.82 |
| | 05/11/22 | May | BB&T Business Checking | √ | -1,498.88 |
| | 06/01/22 | June | BB&T Business Checking | √ | -23,082.70 |
| | 06/29/22 | July | BB&T Business Checking | √ | -23,082.70 |
| | 08/05/22 | August | Frost Bank Check 1001 | √ | -23,082.70 |
| | 09/01/22 | September | Frost Bank Wire Transfer | √ | -23,082.70 |
| | 09/30/22 | October | Frost Bank Wire Transfer | √ | -23,082.70 |
| | 11/02/22 | November | Frost Bank Wire Transfer | √ | -23,082.70 |
| | 12/02/22 | December | Frost Bank Wire Transfer | √ | -23,082.70 |
| | 01/05/23 | January | Frost Bank Wire Transfer | √ | -23,082.70 |
| | 02/02/23 | February | Frost Bank Wire Transfer | √ | -23,082.70 |
| | 03/01/23 | March | Frost Bank Wire Transfer | √ | -23,082.70 |
| | 04/03/23 | April | Frost Bank Wire Transfer | √ | -23,082.70 |
| | 05/02/23 | May | Frost Bank Wire Transfer | √ | -23,082.70 |
| | 06/02/23 | June | Frost Bank Wire Transfer | √ | -23,082.70 |
| | 07/06/23 | July | Frost Bank Wire Transfer | √ | -23,082.70 |
| | 08/09/23 | August | Frost Bank Wire Transfer | √ | -23,082.70 |
| | 09/01/23 | September | Frost Bank Wire Transfer | √ | -23,082.70 |
| | 10/10/23 | October | Frost Bank Wire Transfer | √ | -23,082.70 |
| | 11/14/23 | November | Frost Bank Wire Transfer | √ | -23,082.70 |
| | 12/07/23 | December | Frost Bank Wire Transfer | √ | -23,082.70 |
| | 01/05/24 | January | Frost Bank Wire Transfer | √ | -23,082.70 |
| | 02/13/24 | February | Frost Bank Wire Transfer | √ | -23,082.70 |
| | 03/11/24 | March | Frost Bank Wire Transfer | √ | -23,082.70 |

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Thaison Hua
Bar No. 24097852
thaison@rhhlawgroup.com
Envelope ID: 95857481
Filing Code Description: Response
Filing Description: Plaintiff's Supplemental Response to Request for Additional Evidence
Status as of 1/6/2025 10:17 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Thaison Hua | | thaison@rhhlawgroup.com | 1/4/2025 12:54:49 PM | SENT |
| Thaison Hua | | eservice@rhhlawgroup.com | 1/4/2025 12:54:49 PM | SENT |
| Karla Ayala-Piesko | | karla@rhhlawgroup.com | 1/4/2025 12:54:49 PM | SENT |

EXHIBIT C