# EXHIBIT 5

| June 2022 | | | | | Recorded in Quickbooks |
|---|---|---|---|---|---|
| 6/1/2022 | Alliance Drilling Tool | 6,000.00 | | | x |
| 6/1/2022 | Arroyos Remodeling | 16,500.00 | | | x |
| 6/1/2022 | Drakewell | 8,435.00 | | | x |
| 6/1/2022 | Eric Ostrander | 23,082.70 | | | x |
| 6/1/2022 | Gator Technologies | 12,793.41 | | | x |
| 6/1/2022 | Gordon Technologies | 203,110.17 | | | x |
| 6/1/2022 | JL Henry Corp | 12,250.00 | | | x |
| 6/1/2022 | REME (Dig) | 222,245.64 | | | x |
| 6/1/2022 | RP Hydraulix | 2,570.94 | | | x |
| 6/1/2022 | Supreme Source Energy | 14,118.75 | | | x |
| 6/1/2022 | Turnazontal | 12,160.00 | | | x |
| 6/1/2022 | Dyna-Drill Technologies | 118,681.80 | | | x |
| 6/1/2022 | Harry Pierce | 22,680.00 | | | x |
| 6/1/2022 | Jeffrey Gibson | 20,412.00 | | | x |
| 6/1/2022 | John Wesley Lindsey | 13,608.00 | | | x |
| 6/1/2022 | Luis Garza | 20,412.00 | | | x |
| 6/1/2022 | Reynaldo Zarate | 11,340.00 | | | x |
| 6/1/2022 | Robert Roman Duran | 11,340.00 | 751,740.41 | ACH | x |
| 6/2/2022 | IRS | 483.12 | 483.12 | Internet Payment | |
| 6/2/2022 | BCBS (Health Care Services) | 3,694.66 | 3,694.66 | Internet Payment | x |
| 6/2/2022 | Sandridge Apartments (Embrey) | 2,400.00 | 2,400.00 | Internet Payment | x |
| 6/2/2022 | 90 Right Consulting | 18,144.00 | | | x |
| 6/2/2022 | Justin Bailey | 11,340.00 | | | x |
| 6/2/2022 | T. Gibson | 6,804.00 | | | x |
| 6/2/2022 | Ferretville Investment | 2,127.68 | 38,415.68 | ACH | x |
| 6/2/2022 | Gladiator Home Security | 1,661.64 | 1,661.64 | Check | x |
| 6/2/2022 | State Auto | 751.70 | 751.70 | Internet Payment | x |
| 6/6/2022 | Microsoft | 13.54 | 13.54 | Internet Payment | x |
| 6/6/2022 | Tax Rev.GRT | 5.00 | 5.00 | Internet Payment | |
| 6/6/2022 | Gladiator Home Security | 1,661.64 | 1,661.64 | Check | x |
| 6/7/2022 | American Express Blue | 10,675.20 | 10,675.20 | Internet Payment | x |
| 6/7/2022 | Jason Almand | 20,779.00 | | | x |
| 6/7/2022 | Robert Roman Duran | 4,536.00 | | | x |
| 6/7/2022 | Shane Davis | 27,216.00 | | | x |
| 6/7/2022 | Arroyos Remodeling | 28,337.00 | 80,868.00 | ACH | x |
| 6/7/2022 | Darrin Batchelor (Expenses) | 564.38 | 564.38 | Check | x |
| 6/8/2022 | Crimson Payment | 212,427.52 | 212,427.52 | Deposit | x |
| 6/8/2022 | Dustin Etter | 30,000.00 | 30,000.00 | ACH | x |
| 6/9/2022 | Tax Rev.GRT | 14,411.82 | 14,411.82 | Internet Payment | |
| 6/9/2022 | Tax Rev.GRT | 33,043.78 | 33,043.78 | Internet Payment | |
| 6/9/2022 | Tax Rev.GRT | 79,849.51 | 79,849.51 | Internet Payment | |
| 6/9/2022 | Tax Rev.GRT | 111,247.79 | 111,247.79 | Internet Payment | |
| 6/9/2022 | BD&S Solutions | 5,613.08 | | | x |
| 6/9/2022 | Cavare Inc | 25,072.90 | | | x |
| 6/9/2022 | DAC Electrical Services | 1,144.36 | | | x |

EXHIBIT D

| Date | Payee | Amount | Amount 2 | Method | X |
|---|---|---:|---:|---|:-:|
| 6/9/2022 | Discovery Downhole | 9,599.10 | | | x |
| 6/9/2022 | Dyna-Drill Technologies | 17,897.60 | | | x |
| 6/9/2022 | IAE International (Sniper) | 36,431.60 | | | x |
| 6/9/2022 | JL Henry Corp | 11,825.00 | | | x |
| 6/9/2022 | NOS | 7,209.45 | | | x |
| 6/9/2022 | Pegasus | 19,254.79 | | | x |
| 6/9/2022 | Turnazontal | 8,990.00 | | | x |
| 6/9/2022 | Viper Energy | 119,781.00 | | | x |
| 6/9/2022 | Eric Trowbridge | 5,670.00 | 268,488.88 | ACH | x |
| 6/10/2022 | Republic Services | 2,705.08 | 2,705.08 | Internet Payment | x |
| 6/10/2022 | Sandridge Apartments (Embrey) | 18.76 | 18.76 | Internet Payment | x |
| 6/13/2022 | MBFS (Mercedes) | 4,294.73 | 4,294.73 | Internet Payment | x |
| 6/13/2022 | Jerod | 75,000.00 | 75,000.00 | Transfer | x |
| 6/13/2022 | Checking (Payroll) | 15,000.00 | 15,000.00 | Transfer | x |
| 6/13/2022 | Xela Media | 35,876.85 | 35,876.85 | Check | x |
| 6/14/2022 | Microsoft | 13.53 | 13.53 | Internet Payment | x |
| 6/14/2022 | Ally (F150) | 859.55 | 859.55 | Internet Payment | x |
| 6/14/2022 | Arroyos Remodeling | 20,094.20 | 20,094.20 | ACH | x |
| 6/14/2022 | Brannon Wood | 14,175.00 | | | x |
| 6/14/2022 | Justin Bailey | 9,072.00 | | | x |
| 6/14/2022 | T. Gibson | 13,608.00 | 36,855.00 | ACH | x |
| 6/15/2022 | IRS | 4,189.36 | 4,189.36 | Internet Payment | x |
| 6/16/2022 | Alert 360 | 59.48 | 59.48 | Internet Payment | x |
| 6/16/2022 | American Express Platinum | 11,671.68 | 11,671.68 | Internet Payment | x |
| 6/16/2022 | 90 Right Consulting | 4,536.00 | 4,536.00 | ACH | x |
| 6/21/2022 | Slack | 8.25 | $8.25 | Internet Payment | x |
| 6/21/2022 | Arroyos Remodeling | 29,755.00 | 29,755.00 | ACH | x |
| 6/21/2022 | Service Charges | 138.87 | 138.87 | Service Charges | x |
| 6/22/2022 | Champion Energy | 3,052.27 | 3,052.27 | Internet Payment | x |
| 6/22/2022 | Insurance First | 9,926.23 | 9,926.23 | Internet Payment | x |
| 6/22/2022 | Dirrill Moore | 27,216.00 | | | x |
| 6/22/2022 | Harry Pierce | 15,876.00 | | | x |
| 6/22/2022 | Jeffrey Gibson | 20,412.00 | | | x |
| 6/22/2022 | John Wesley Lindsey | 13,608.00 | | | x |
| 6/22/2022 | Robert Roman Duran | 10,206.00 | 87,318.00 | ACH | x |
| 6/22/2022 | Darrin Batchelor (Expenses) | 623.62 | 623.62 | Check | x |
| 6/23/2022 | Colgate | 1,815,310.20 | 1,815,310.20 | Deposit | x |
| 6/23/2022 | Amazon | 35.60 | 35.60 | Internet Payment | x |
| 6/23/2022 | Amazon | 7.57 | 7.57 | Internet Payment | x |
| 6/23/2022 | Brinks Home Alarm Serv. | 67.07 | 67.07 | Internet Payment | x |
| 6/23/2022 | Alliance Drilling Tool | 17,195.00 | | | x |
| 6/23/2022 | Arroyos Remodeling | 34,155.80 | | | x |
| 6/23/2022 | Bico Drilling Tools | 23,720.00 | | | x |
| 6/23/2022 | Big H Transport | 760.00 | | | x |
| 6/23/2022 | Brittany Lopez | 2,780.15 | | | x |
| 6/23/2022 | Cavare Inc | 61,111.00 | | | x |
| 6/23/2022 | DAC Electrical Services | 579.95 | | | x |

EXHIBIT D

| Date | Payee | Amount | Amount 2 | Type | Status |
|---|---|---|---|---|---|
| 6/23/2022 | Discovery Downhole | 28,012.50 | | | x |
| 6/23/2022 | Dyna-Drill Technologies | 12,982.80 | | | x |
| 6/23/2022 | Gator Technologies | 43,254.00 | | | x |
| 6/23/2022 | Gordon Technologies | 52,025.53 | | | x |
| 6/23/2022 | I-Deal Hotshot | 1,750.00 | | | x |
| 6/23/2022 | IAE International (Sniper) | 21,294.60 | | | x |
| 6/23/2022 | JA Oilfield | 63,450.00 | | | x |
| 6/23/2022 | JL Henry Corp | 24,236.50 | | | x |
| 6/23/2022 | Liberty Logistics | 10,100.00 | | | x |
| 6/23/2022 | Pegasus | 23,990.57 | | | x |
| 6/23/2022 | Rising Star Hotshot | 7,000.00 | | | x |
| 6/23/2022 | Sacred Freedom Marketing | 7,980.00 | | | x |
| 6/23/2022 | Turnazontal | 5,700.00 | | | x |
| 6/23/2022 | Viper Energy | 115,448.60 | | | x |
| 6/23/2022 | DH3 Energy (Daniel Hudspeth) | 17,856.00 | | | x |
| 6/23/2022 | 405 Technology | 500.00 | 575,883.00 | ACH | x |
| 6/24/2022 | Arrow Energy | 8,952.87 | 8,952.87 | Deposit | x |
| 6/24/2022 | Amazon | 143.63 | 143.63 | Internet Payment | x |
| 6/24/2022 | ATT | 127.77 | 127.77 | Internet Payment | x |
| 6/24/2022 | Supreme Source Energy | 20,833.33 | 20,833.33 | Wire | |
| 6/24/2022 | Supreme Source Energy | 20,833.33 | 20,833.33 | Wire | |
| 6/24/2022 | Danny Williams | 20,833.33 | 20,833.33 | Wire | |
| 6/24/2022 | Supreme Source Energy | 750,000.00 | 750,000.00 | Wire | |
| 6/24/2022 | Chris Hargrave (expenses) | 262.74 | 262.74 | ACH | Returned 6/28 |
| 6/24/2022 | Supreme Source Energy | 71,760.25 | 71,760.25 | ACH | x |
| 6/28/2022 | Checking (Payroll) | 13,500.00 | 13,500.00 | Transfer | x |
| 6/28/2022 | Chris Hargrave (expenses) | 262.74 | 262.74 | ACH | x |
| 6/29/2022 | Brannon Wood | 5,720.00 | | | x |
| 6/29/2022 | Guerrero Morales | 32,712.00 | | | x |
| 6/29/2022 | Luis Garza | 20,412.00 | | | x |
| 6/29/2022 | Reynaldo Zarate | 20,412.00 | | | x |
| 6/29/2022 | Rodney Rice | 8,446.10 | | | x |
| 6/29/2022 | Bico Drilling Tools | 17,150.00 | | | x |
| 6/29/2022 | Dave Hubenak | 43,125.00 | | | x |
| 6/29/2022 | Eric Ostrander | 23,082.70 | | | x |
| 6/29/2022 | Extreme Coatings | 850.00 | | | x |
| 6/29/2022 | Ferretville Investment | 2,101.40 | | | x |
| 6/29/2022 | Gator Technologies | 11,535.50 | | | x |
| 6/29/2022 | Gordon Technologies | 554,170.92 | | | x |
| 6/29/2022 | JA Oilfield | 12,200.00 | | | x |
| 6/29/2022 | JL Henry Corp | 2,150.00 | | | x |
| 6/29/2022 | Liberty Logistics | 2,250.00 | | | x |
| 6/29/2022 | Pegasus | 7,357.79 | | | x |
| 6/29/2022 | Rising Star Hotshot | 3,475.00 | | | x |
| 6/29/2022 | Turnazontal | 4,090.00 | 771,240.41 | ACH | x |
| 6/30/2022 | IRS | 4,698.52 | 4,698.52 | Internet Payment | |
| 6/30/2022 | Dustin Etter | 30,000.00 | 30,000.00 | ACH | x |

EXHIBIT D