# EXHIBIT 6

| Nov. 2022 | | | | | Recorded in Quickbooks |
|---|---|---|---|---|---|
| 11/2/2022 | Sandridge Apartments (Embrey) | 2,347.74 | 2,347.74 | ACH | X |
| 11/2/2022 | Dustin Etter | 25,000.00 | 25,000.00 | ACH | X |
| 11/2/2022 | Alliance Drilling Tools | 1,400.00 | | | X |
| 11/2/2022 | Alliance Farm and Ranch | 20,000.00 | | | X |
| 11/2/2022 | Cavare | 44,317.85 | | | X |
| 11/2/2022 | Drakewell | 7,350.00 | | | X |
| 11/2/2022 | Ferretville | 2,068.80 | | | X |
| 11/2/2022 | IAE International (Sniper) | 29,910.00 | | | X |
| 11/2/2022 | JA Oilfield | 20,000.00 | | | X |
| 11/2/2022 | Pegasus | 1,745.00 | | | X |
| 11/2/2022 | Turnazontal | 15,075.00 | | | X |
| 11/2/2022 | Viper | 17,660.00 | | | X |
| 11/2/2022 | DH3 Energy | 49,476.00 | | | X |
| 11/2/2022 | Rodney Rice | 29018.75 | 238,022.10 | ACH | X |
| 11/3/2022 | Brinks Home Alarm Serv. | 67.07 | 67.07 | ACH | X |
| 11/3/2022 | Brinks Home Alarm Serv. | 67.07 | 67.07 | ACH | X |
| 11/3/2022 | Brinks Home Alarm Serv. | 67.07 | 67.07 | ACH | X |
| 11/3/2022 | State Auto | 905.13 | 905.13 | ACH | X |
| 11/4/2022 | Microsoft | 13.54 | 13.54 | ACH | X |
| 11/4/2022 | Republic Services | 1,120.52 | 1,120.52 | ACH | X |
| 11/4/2022 | Amex Blue | 2,885.92 | | | X |
| 11/8/2022 | Dave Hubenak | 1,500.00 | | | X |
| 11/8/2022 | Gator Technologies | 36,118.00 | | | X |
| 11/8/2022 | Gordon Technologies | 444,435.00 | | | X |
| 11/8/2022 | Invictus Drilling Motors | 69,339.60 | | | X |
| 11/8/2022 | Pegasus | 5,967.92 | 557,360.52 | | X |
| 11/9/2022 | Colgate | 613,300.00 | 613,300.00 | Deposit | X |
| 11/10/2022 | Chris Hargrave Expenses | 764.34 | 764.34 | ACH | X |
| 11/14/2022 | Arrow Energy | 24,380.00 | 24,380.00 | Deposit | X |
| 11/14/2022 | Microsoft | 13.34 | 13.34 | ACH | X |
| 11/14/2022 | MBFS (Mercedes) | 4,294.73 | 4,294.73 | ACH | X |
| 11/14/2022 | IRS | 71,107.11 | 71,107.11 | ACH | |
| 11/14/2022 | Hanover Insurance | 874.73 | 874.73 | ACH | X |
| 11/14/2022 | AMEX Platinum | 6,999.04 | 6,999.04 | ACH | X |
| 11/14/2022 | Transfer to Payroll | 26,000.00 | 26,000.00 | ACH | X |
| 11/15/2022 | Ally (F150) | 859.55 | 859.55 | ACH | X |
| 11/15/2022 | IRS | 7,459.50 | 7,459.50 | ACH | |
| 11/15/2022 | Champion Energy | 3,202.73 | 3,202.73 | ACH | X |
| 11/16/2022 | Alert 360 | 59.48 | 59.48 | ACH | X |
| 11/16/2022 | Cavare | 16,006.25 | | | X |
| 11/16/2022 | Gator Technologies | 21,061.00 | | | X |
| 11/16/2022 | IAE International (Sniper) | 7,785.25 | | | X |
| 11/16/2022 | Liberty Logistics | 1,975.00 | | | X |
| 11/16/2022 | Pegasus | 4,517.82 | | | X |
| 11/16/2022 | Rising Star Hot Shot | 12,075.00 | | | X |

EXHIBIT E

| Date | Payee | Amount | Amount 2 | Type | X |
|---|---|---:|---:|---|:-:|
| 11/16/2022 | Turnazontal | 5,975.00 | | | X |
| 11/16/2022 | Viper | 9,470.00 | | | X |
| 11/16/2022 | Rodney Rice | 23,000.00 | 101,865.32 | ACH | X |
| 11/17/2022 | Jerod Furr Transfer | 30,000.00 | 30,000.00 | TRANSFER | X |
| 11/21/2022 | Slack | 9.33 | 9.33 | ACH | X |
| 11/21/2022 | Bank Service Charges | 105.03 | 105.03 | ACH | X |
| 11/21/2022 | J. Parker Construction | 15,000.00 | 15,000.00 | TRANSFER | X |
| 11/22/2022 | Insurance First | 9,926.23 | 9,926.23 | ACH | X |
| 11/23/2022 | Colgate | 332,899.04 | 332,899.04 | Deposit | X |
| 11/23/2022 | Brinks Home Alarm Serv. | 67.07 | 67.07 | ACH | X |
| 11/25/2022 | ATT | 334.12 | 334.12 | ACH | X |
| 11/28/2022 | Dustin Etter | 25,000.00 | 25,000.00 | ACH | X |
| 11/28/2022 | Transfer Payroll | 20,000.00 | 20,000.00 | TRANSFER | X |
| 11/29/2022 | Republic Services | 125.86 | 125.86 | ACH | X |
| 11/29/2022 | BD&S Soulutions | 254.34 | | | X |
| 11/29/2022 | Brittany Lopez | 864.00 | | | X |
| 11/29/2022 | Cobra Trucking | 1,150.00 | | | X |
| 11/29/2022 | Drakewell | 4,500.00 | | | X |
| 11/29/2022 | Ferretville | 2,122.12 | | | X |
| 11/29/2022 | Gator Technologies | 19,038.50 | | | X |
| 11/29/2022 | Gordon Technologies | 372,192.50 | | | X |
| 11/29/2022 | IAE International (Sniper) | 20,545.60 | | | X |
| 11/29/2022 | Pegasus | 4,034.75 | | | X |
| 11/29/2022 | Rejuve Health | 3,559.00 | | | X |
| 11/29/2022 | Turnazontal | 1,870.00 | 430,130.81 | ACH | X |
| 11/30/2022 | IRS | 7,514.08 | 7,514.08 | ACH | |
| 11/30/2022 | Harry Pierce | 7,938.00 | | | X |
| 11/30/2022 | Shane Davis | 7,938.00 | 15,876.00 | ACH | X |
| 11/30/2022 | Justin Bailey | 7,938.00 | | | X |
| 11/30/2022 | T. Gibson | 7,938.00 | 15,876.00 | ACH | X |

| DEC. 2022 | | | | | Recorded in Quickbooks |
|---|---|---|---|---|---|
| 12/1/2022 | Alliance Farm and Ranch | 15,000.00 | 15,000.00 | Deposit | |
| 12/1/2022 | Blue Cross Blue Shield | 20,122.24 | 20,122.24 | ACH | x |
| 12/1/2022 | Alliance Farm and Ranch | 20,000.00 | 20,000.00 | ACH | x |
| 12/2/2022 | Amex Blue | 1,887.55 | 1,887.55 | ACH | x |
| 12/2/2022 | Sandridge Apartments (Embrey) | 2,346.46 | 2,346.46 | ACH | x |
| 12/2/2022 | J.Parker Construction | 500.00 | 500.00 | Transfer | |
| 12/5/2022 | Microsoft | 13.54 | 13.54 | ACH | x |
| 12/5/2022 | J.Parker Construction | 2,000.00 | 2,000.00 | Transfer | |
| 12/5/2022 | Republic Services | 967.21 | 967.21 | ACH | x |
| 12/5/2022 | State Auto | 905.13 | 905.13 | ACH | x |
| 12/5/2022 | Brinks Home Alarm Serv. | 67.07 | 67.07 | ACH | x |
| 12/5/2022 | Brinks Home Alarm Serv. | 67.07 | 67.07 | ACH | x |
| 12/5/2022 | Brinks Home Alarm Serv. | 67.07 | 67.07 | ACH | x |
| 12/5/2022 | Travis Daily Expenses | 1,621.53 | 1,621.53 | ACH | x |
| 12/6/2022 | Texas Mutual | 417.00 | 417.00 | ACH | x |
| 12/6/2022 | Justin Bailey | 5,670.00 | | | x |
| 12/6/2022 | T. Gibson | 5,670.00 | 11,340.00 | ACH | x |
| 12/7/2022 | Amazon | 64.52 | 64.52 | ACH | x |
| 12/8/2022 | Invictus Drilling Motors | 12,770.00 | 12,770.40 | ACH | x |
| 12/9/2022 | Arrow Energy | 31,846.38 | 31,846.38 | Deposit | x |
| 12/12/2022 | MBFS (Mercedes) | 4,294.73 | 4,294.73 | | x |
| 12/12/2022 | Rodney Rice | 30,043.75 | | | x |
| 12/12/2022 | 4D Guest Ranch | 9,500.00 | 39,543.75 | ACH | x |
| 12/13/2022 | Transfer Payroll | 24,000.00 | 24,000.00 | Transfer | x |
| 12/13/2022 | Hanover Insurance | 874.73 | 874.73 | ACH | x |
| 12/13/2022 | Ally (F150) | 859.55 | 859.55 | ACH | x |
| 12/14/2022 | Gordan Technologies | 7,725.00 | 7,725.00 | ACH | x |
| 12/15/2022 | Microsoft | 13.34 | 13.34 | ACH | x |
| 12/15/2022 | IRS | 9,432.94 | 9,432.94 | ACH | |
| 12/15/2022 | Invictus Drilling Motors | 39,773.00 | 39,773.00 | ACH | x |
| 12/16/2022 | Alert 360 | 59.48 | 59.48 | ACH | x |
| 12/16/2022 | AMEX Platinum | 10,688.66 | 10,688.66 | ACH | x |
| 12/19/2022 | Champion Energy | 2,967.59 | 2,967.59 | ACH | x |
| 12/20/2022 | Alliance Drilling Tools | 275.00 | | | x |
| 12/20/2022 | Arroyos Remodeling | 2,150.00 | | | x |
| 12/20/2022 | DrillPlus Solutions | 9,000.00 | | | x |
| 12/20/2022 | Invictus Drilling Motors | 54,904.00 | | | x |
| 12/20/2022 | JA Oilfield | 5,900.00 | | | x |
| 12/20/2022 | NOS | 1,500.00 | | | x |
| 12/20/2022 | DIG (REME) | 10,970.00 | | | x |
| 12/20/2022 | Brannon Wood | 6,804.00 | | | x |
| 12/20/2022 | Harry Pierce | 32,886.00 | | | x |
| 12/20/2022 | Justin Bailey | 17,010.00 | | | x |
| 12/20/2022 | Shane Davis | 32,886.00 | | | x |
| 12/20/2022 | T. Gibson | 10,206.00 | 184,491.00 | ACH | x |

EXHIBIT E

| Date | Payee | Amount | Amount 2 | Method | Mark |
|---|---|---:|---:|---|:---:|
| 12/21/2022 | Slack | 9.33 | 9.33 | ACH | x |
| 12/21/2022 | Bank Service Charges | 145.92 | 145.92 | ACH | x |
| 12/22/2022 | DH3 Energy | 28,830.00 | 28,830.00 | ACH | x |
| 12/23/2022 | Centennial Resources | 40,470.00 | 40,470.00 | ACH | x |
| 12/23/2022 | Brinks Home Alarm Serv. | 67.07 | 67.07 | ACH | x |
| 12/27/2022 | ATT | 146.14 | 146.14 | ACH | x |
| 12/29/2022 | AE Partners Holdings | 85,000.00 | 85,000.00 | Wire | |
| 12/29/2022 | BD&S Solutions | 238.49 | | | x |
| 12/29/2022 | Ferretville | 2,140.68 | 2,379.17 | ACH | x |
| 12/30/2022 | Republic Services | 125.86 | 125.86 | ACH | x |
| 12/30/2022 | IRS | 9,780.82 | 9,780.82 | ACH | |
| 12/30/2022 | Transfer to Payroll | 24,000.00 | 24,000.00 | ACH | x |
| 12/20/2022 | NOS | 1,500.00 | | | x |
| 12/20/2022 | DIG (REME) | 10,970.00 | | | x |
| 12/20/2022 | Brannon Wood | 6,804.00 | | | x |
| 12/20/2022 | Harry Pierce | 32,886.00 | | | x |
| 12/20/2022 | Justin Bailey | 17,010.00 | | | x |
| 12/20/2022 | Shane Davis | 32,886.00 | | | x |
| 12/20/2022 | T. Gibson | 10,206.00 | 184,491.00 | ACH | x |
| 12/21/2022 | Slack | 9.33 | 9.33 | ACH | x |
| 12/21/2022 | Bank Service Charges | 145.92 | 145.92 | ACH | x |
| 12/22/2022 | DH3 Energy | 28,830.00 | 28,830.00 | ACH | x |
| 12/23/2022 | Centennial Resources | 40,470.00 | 40,470.00 | ACH | x |
| 12/23/2022 | Brinks Home Alarm Serv. | 67.07 | 67.07 | ACH | x |
| 12/27/2022 | ATT | 146.14 | 146.14 | ACH | x |
| 12/29/2022 | AE Partners Holdings | 85,000.00 | 85,000.00 | Wire | |
| 12/29/2022 | BD&S Solutions | 238.49 | | | x |
| 12/29/2022 | Ferretville | 2,140.68 | 2,379.17 | ACH | x |
| 12/30/2022 | Republic Services | 125.86 | 125.86 | ACH | x |
| 12/30/2022 | IRS | 9,780.82 | 9,780.82 | ACH | |
| 12/30/2022 | Transfer to Payroll | 24,000.00 | 24,000.00 | ACH | x |

EXHIBIT E