# EXHIBIT 15

```
 1                    REPORTER'S RECORD
                       VOLUME 1 OF 1
 2
                 TRIAL COURT NO. 24-07-11639-CV
 3

 4  DUSTIN ETTER, ALLIANCE   )    IN THE DISTRICT COURT OF
    ENERGY PARTNERS, LLC, ET )
 5  AL                       )
                             )
 6  VS.                      )    MONTGOMERY COUNTY, TEXAS
                             )
 7  JEROD P. FURR, CORINA    )
    FURR, ALLIANCE FARM &    )
 8  RANCH LLC, ET AL         )    457TH  JUDICIAL DISTRICT

 9                -------------------------------

10                         (HEARING)

11                -------------------------------

12

13        On the 6th day of September, 2024, the

14  following proceedings came on to be heard in the

15  above-entitled and numbered cause before the Honorable

16  Vincent Santini, Judge presiding, held in Conroe,

17  Montgomery County, Texas:

18        Proceedings reported by Oral Stenography and

19  Computer-Assisted Transcription.

20

21

22

23

24

25
```

```
                        A P P E A R A N C E S


FOR THE PLAINTIFFS:

Mr. Jonathan W. Henley
SBOT No. 24057896
Attorney at Law
309 E. Pecan
Gainesville, TX 76240
(940) 668-2600
j.henley@bennetthenley law.com


FOR THE DEFENDANTS:

Mr. J. Randal Bays
SBOT No. 01943900
randy@baysandbays.com
Ms. Alyssa Cuellar
SBOT No. 24135656
alyssa@baysandbays.com
Messrs. Bays & Bays
1503 Hailey St.
Conroe, TX 77301
(936) 760-7670
```

CHRONOLOGICAL WITNESS INDEX

VOLUME 1

SEPTEMBER 6, 2024

                                                    PAGE  VOL.

Announcements ................................   5     1

Opening statement by Mr. Henley ..............   9     1
Opening statement by Mr. Bays ................  12     1


                              DIRECT  CROSS  VOIR DIRE  VOL.

DUSTIN ETTER                    21     48                1
                               138    139
JEROD FURR                     142                       1

Plaintiff Rests ............................... 154     1

Defendant's Motion for Directed Verdict ...... 154     1
Court's Ruling ............................... 154     1

Adjournment .................................. 154     1
Court Reporter Certificate ................... 155     1


                      EXHIBIT INDEX

EXHIBITS    DESCRIPTION                    OFFERED  ADMITTED  VOL.

  1         Contribution Agreement             8        8       1
            - AE Partners Holdings

  2         Contribution Agreement             8        8       1
            - AE Partners Holdings
            Inc. and AEP Asset
            Holdings, LLC

  3         Unanimous Written                  8        8       1
            Consent of Board of
            Directors

  4         Bylaws of AE Partners              8        8       1
            Holdings Inc.

```
 1  reduction in debt.
 2       Q.   Really.
 3       A.   The -- what --
 4              MR. BAYS:  I'll pass the witness, Judge.
 5              MR. HENLEY:  No more questions, Your Honor.
 6              THE COURT:  All right.  Thank you so much,
 7  Mr. Etter.
 8              THE WITNESS:  Thanks.
 9              THE COURT:  Do you have more witnesses,
10  sir?
11              MR. HENLEY:  I'd like to call Jerod Furr,
12  Your Honor.
13              THE COURT:  Okay.  Mr. Furr?
14              Mr. Furr, can I get you to raise your right
15  hand.
16              (WITNESS SWORN)
17              THE COURT:  All right.  Thank you so much.
18                       JEROD FURR,
19  having been first duly sworn, testified as follows:
20                   DIRECT EXAMINATION
21  BY MR. HENLEY:
22       Q.   Mr. Furr -- let me get that on.  Sorry.
23              Mr. Furr, are you the sole member of
24  Alliance Farm & Ranch LLC?
25       A.   Yes.
```

143

    Q.    Okay.  And when did you set that up?
    A.    March of 2022.
    Q.    Okay.  Why did you set that up?
    A.    I set it up to purchase the property at 5450 Honea-Egypt Road.
    Q.    Okay.  But you didn't inform Mr. Etter that you were setting that up to purchase the property, did you?
    A.    Originally, we had talked about buying the property in the company's name and we were doing all of these deals forming -- forming the company, I was advised by the attorney at the time not to own property in the company.
    Q.    Okay.  But did you tell Dusty Etter that you were purchasing this property with partial funds from the company and putting it in an LLC that you own?
    A.    I did tell him that.
    Q.    When did you tell him that?
    A.    Sometime after the transaction, maybe 30 days.
    Q.    Okay.  So did you this transaction and then you told him about it after it was too late?
    A.    I don't -- I told him after the fact.
    Q.    Okay.  Had you taken any steps to -- to -- is it your contention that 5450 Honea-Egypt is your property or is it company property?

Christina Cooksey, CSR
Deputy Official Court Reporter - 457th District Court
PO Box 1164; Willis, TX 77378
(281) 813-8393

144

```
 1      A.    It belongs to Alliance Farm & Ranch LLC.
 2      Q.    Okay.  So it's essentially your company;
 3 correct?
 4      A.    That's correct.
 5      Q.    Okay.  It's your property that you claim as an
 6 individual; is that correct?
 7      A.    Through an LLC that I own.
 8      Q.    So do you own the shop -- the company shop?
 9      A.    Yes.
10      Q.    As an individual?
11      A.    As an entity that -- I own the entity that
12 owns it.  I'm the sole owner of the entity.
13      Q.    You -- you've stated earlier that there is a
14 debt on the company books; is that correct?
15      A.    That's correct.
16      Q.    Okay.  Is there a written note?
17      A.    No.  We don't have a written note.  I just
18 told the accountants at the time that it was a loan.
19      Q.    Okay.  So just on some piece of paper, you
20 wrote that it's a loan.
21      A.    I told our accountants, our CPA, to put it on
22 the books as a loan that I owe back to the company.
23      Q.    Okay.  And so isn't a note evidence of debt?
24      A.    I would say, sitting --
25            MR. BAYS:  Objection, Judge.  That calls
```

Christina Cooksey, CSR
Deputy Official Court Reporter - 457th District Court
PO Box 1164; Willis, TX 77378
(281) 813-8393

```
 1  for a legal conclusion by this witness.
 2                  THE COURT:  Overruled.
 3      Q.   (BY MR. HENLEY)  How do you have -- you've
 4  done lots of paperwork here.  You've got lots of
 5  documents.  You brought all kinds of stuff to court
 6  today.  How come you haven't provided a note to the
 7  company that you owe a million dollars back to the
 8  company?
 9      A.   I just haven't.
10      Q.   Does that document exist?
11      A.   No.
12      Q.   Are you willing to do one?
13      A.   Certainly.  It sits on -- it sits on the
14  balance sheet.  It hasn't been removed from the balance
15  sheet.
16      Q.   Okay.  But have you -- did you bring a Deed of
17  Trust securing that note in the real estate today?
18      A.   No.
19      Q.   Does one exist?
20      A.   No.
21      Q.   So don't you think it might alleviate some of
22  Dusty Etter's concerns if he has formal documents and
23  there is a note that evidences this debt, that you're
24  going to actually pay the million dollars back to the
25  company, not just sell it and put it in your own pocket?
```

```
 1  COUNTY OF MONTGOMERY      )
 2  STATE OF TEXAS            )
 3          I, Christina Cooksey, Deputy Official Court
 4  Reporter in and for the 457th District Court of
 5  Montgomery County, State of Texas, do hereby certify
 6  that the above and foregoing contains a true and correct
 7  transcription of all portions of evidence and other
 8  proceedings requested in writing by counsel for the
 9  parties to be included in this volume of the Reporter's
10  Record, in the above-styled and numbered cause, all of
11  which occurred in open court or in chambers and were
12  reported by me.
13          I further certify that this Reporter's Record
14  of the proceedings truly and correctly reflects the
15  exhibits, if any, admitted, tendered in an offer of
16  proof, or offered into evidence.
17          I further certify that the total cost for the
18  preparation of this Reporter's Record is $1,039.55 and
19  was paid by Gauntt Koen Binney & Kidd, LLP.
20          WITNESS MY OFFICIAL HAND this the 12th day of
21  October, 2024.
22        _____
          Christina Cooksey, Texas CSR No. 12981
23        Expiration Date:  7-31-26
          Deputy Official Court Reporter
24        457th District Court; Montgomery County, Texas
          PO Box 1164; Willis, TX 77378
25        (281) 813-8393; christina.r.cooksey@gmail.com
```