# EXHIBIT 20

**EXHIBIT 10**

**GLADIATOR HOME SECURITY**

20102 Gunters Ridge Dr.
Spring, TX 77379
info@gladiatorhomesecurity.com
(832) 559-3489

BILLED TO:

Jerod Furr
5450 Honea Egypt Rd
Montgomery, TX, 77316
jerod.furr@alliance-energy.org

| Date | Invoice | Amount | Description |
|------|---------|--------|-------------|
| 04/03/22 | | $8,246.47 | Main House |
| 04/03/22 | | $2,904.38 | Back Barn |
| 04/03/22 | | $606.19 | Apartment |
| 04/03/22 | | $7,026.50 | Shop |
| 04/03/22 | | $1,700.61 | Gate |
| | | **$20,484.15** | **Total** |

Quotes signed by owner Michael Ezzelle

**Exhibit 16**

## QUOTE



| FROM: | | TO: | | |
|---|---|---|---|---|
| **GLADIATOR HOME SECURITY**<br>20102 Gunters Ridge Dr.<br>Spring, TX 77379<br>832-559-3489<br>info@gladiatorhomesecurity.com | | **Jerod Furr**<br>5450 Honea Egypt Road<br>Montgomery, Texas 77316<br>281-222-8366<br>jerod.furr@alliance-energy.org | | |

| Item Descripton | Price | Quantity | Total |
|---|---|---|---|
| **MAIN HOUSE** | | | |
| **ALARM** | | | |
| 2 GIG Edge Touchscreen Alarm Keypad | $199.00 | 1 | $199.00 |
| 2 GIG Edge Touchscreen Secondary Alarm Keypad | $125.00 | 1 | $125.00 |
| 2 GIG  345mhz Takeover Module | $65.00 | 1 | $65.00 |
| Verizon LTE Cellular Module | $119.00 | 1 | $119.00 |
| One-  time Cellular Activaton | | | $149.00 |
| **CAMERAS** | | | |
| 6MP IP Dome/Turret Camera | $255.00 | 12 | $3,060.00 |
| 64 Channel NVR | $965.00 | 1 | $965.00 |
| 10TB Western Digital Purple Survelliance HDD | $649.00 | 1 | $649.00 |
| Wireless Bridge (get signal from remote stations, ie shop) | $179.00 | 2 | $358.00 |
| 24 Port POE Switch | $245.00 | 1 | $245.00 |
| Router (keeps Camera system separate from home network ) | $129.00 | 1 | $129.00 |
| Installation, New Wiring, Set-up and Configuration | | | $1,500.00 |
| | | | |
| First Month of Alarm Monitoring | | | $54.99 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| Subtotal | | | $7,617.99 |
| Tax | | | $628.48 |
| | QUOTE TOTAL | | $8,246.47 |

**NOTES:**

_Micheal Ezzelle_
Owner

_04/03/2022_
Date

Exhibit 16

| | QUOTE | | | |
|---|---|---|---|---|
| **FROM:** | | | **TO:** | |

**GLADIATOR HOME SECURITY**
20102 Gunters Ridge Dr.
Spring, TX 77379
832-559-3489
info@gladiatorhomesecurity.com



**Jerod Furr**
5450 Honea Egypt Road
Montgomery, Texas 77316
281-222-8366
jerod.furr@alliance-energy.org

| Item Descripton | Price | Quantity | Total |
|---|---|---|---|
| **BACK BARN** | | | |
| 6MP IP Dome/Turret Camera | $255.00 | 6 | $1,530.00 |
| 8 Port POE Switch | $95.00 | 1 | $95.00 |
| 16" X 16" Plastic NEMA Enclosure Box | $79.00 | 1 | $79.00 |
| Wireless Nanostation (sends signal to Main House) | $179.00 | 1 | $179.00 |
| Installation, Set-up and Configuration | | | $800.00 |
| | | | |
| | | | |
| Subtotal | | | $2,683.00 |
| Tax | | | $221.38 |
| QUOTE TOTAL | | | $2,904.38 |

| NOTES: |
|---|
| |

Micheal Ezzelle
Owner

04/03/2022
Date

<span style="color:blue">Exhibit 16</span>

## QUOTE

| FROM: | | TO: |
|---|---|---|
| **GLADIATOR HOME SECURITY** |  | **Jerod Furr** |
| 20102 Gunters Ridge Dr. | | 5450 Honea Egypt Road |
| Spring, TX 77379 | | Montgomery, Texas 77316 |
| 832-559-3489 | | 281-222-8366 |
| info@gladiatorhomesecurity.com | | jerod.furr@alliance-energy.org |

| Item Descripton | Price | Quantity | Total |
|---|---|---|---|
| **APARTMENT** | | | |
| 2 GIG Edge Touchscreen Alarm Keypad | $199.00 | 1 | $199.00 |
| 2 GIG Wireless Door Contact | $39.00 | 2 | $78.00 |
| 2 GIG Wireless Motion Detector | $79.00 | 1 | $79.00 |
| One-Time Cellular Activation Fee | | | $149.00 |
| First Month Monitoring | | | $54.99 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | Subtotal | | $559.99 |
| | Tax | | $46.20 |
| | **QUOTE TOTAL** | | **$606.19** |

## NOTES:

_Micheal Ezzelle_
Micheal Ezzelle
Owner

04/03/2022
Date

**Exhibit 16**

## QUOTE

| FROM: | | TO: | | |
|---|---|---|---|---|
| **GLADIATOR HOME SECURITY** | | **Jerod Furr** | | |
| 20102 Gunters Ridge Dr. | | 5450 Honea Egypt Road | | |
| Spring, TX 77379 | | Montgomery, Texas 77316 | | |
| 832-559-3489 | | 281-222-8366 | | |
| info@gladiatorhomesecurity.com | | jerod.furr@alliance-energy.org | | |



GLADIATOR
Home Security

| Item Descripton | Price | Quantity | Total |
|---|---|---|---|
| **SHOP** | | | |
| 2 GIG Edge Touchscreen Alarm Keypad | $199.00 | 1 | $199.00 |
| 2 GIG Wireless Door Contact | $39.00 | 3 | $117.00 |
| Overhead Roll-up Door Contacts | $139.00 | 3 | $417.00 |
| One-Time Cellular Activation Fee | | | $149.00 |
| First Month Monitoring | | | $54.99 |
| **CAMERAS** | | | |
| 6MP IP Dome/Turret Camera | $255.00 | 16 | $4,080.00 |
| 24 Port POE Switch | $245.00 | 1 | $245.00 |
| Wireless Nanostation (sends signal to Main House) | $179.00 | 1 | $179.00 |
| Installation, Set-up and Configuration | | | $1,500.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| Subtotal | | | $6,490.99 |
| Tax | | | $535.51 |
| **QUOTE TOTAL** | | | $7,026.50 |

**NOTES:**

_Micheal Ezzelle_ signature        04/03/2022

Micheal Ezzelle                   Date
Owner

Exhibit 16

| QUOTE | | | | |
|---|---|---|---|---|
| **FROM:** | | | **TO:** | |
| **GLADIATOR HOME SECURITY** <br> 20102 Gunters Ridge Dr. <br> Spring, TX 77379 <br> 832-559-3489 <br> info@gladiatorhomesecurity.com |  | | **Jerod Furr** <br> 5450 Honea Egypt Road <br> Montgomery, Texas 77316 <br> 281-222-8366 <br> jerod.furr@alliance-energy.org | |
| Item Descripton | | Price | Quantity | Total |
| **GATE** | | | | |
| 6MP IP Dome Turret Camera | | $255.00 | 1 | $255.00 |
| IP LPR Licence Plate Camera with Motorized Zoom | | $459.00 | 1 | $459.00 |
| 5 Port POE Switch | | $79.00 | 1 | $79.00 |
| 12" X 12" Plastic NEMA Enclosure | | $99.00 | 1 | $99.00 |
| Wireless Nanostation | | $179.00 | 1 | $179.00 |
| Installation, Set-up and Configuration | | | | $500.00 |
| | | | | |
| | Subtotal | | | $1,571.00 |
| | Tax | | | $129.61 |
| | | QUOTE TOTAL | | $1,700.61 |
| NOTES: | | | | |
| | | | | |

Micheal Ezzelle
Owner

04/23/2022
Date

<span style="color:blue">Exhibit 16</span>

**ARROYO'S REMODELING**

6910 Skyline Park Dr
Katy, TX, 77449
arroyos-remodeling.com
(281) 620-2340

BILLED TO:

Jerod Furr
5450 Honea Egypt Rd
Montgomery, TX, 77316
jerod.furr@alliance-energy.org

| Date | Invoice | Amount | Description |
|------|---------|--------|-------------|
| 06/19/22 | 62 | $24,575.00 | Plumbing, sheetrock, electrical |
| | | $4,375.00 | Install five SCHLAGE door locks with padlock |
| | | $805.00 | 48' x 66' picture window |
| 06/23/22 | 63 | $38,500.00 | Wood floor, MAPEI ECO 995 glue, red oak shoe mold, float bags |
| | | $15,750.00 | Wood floor preparation and install |
| 07/26/22 | 66 | $11,350.00 | Guest shower |
| 07/26/22 | 67 | $28,350.00 | Paint french doors, framing, electrical, AC vents, window 24" x 36" |
| 08/21/22 | 68 | $43,150.00 | Carpentry, stain, paint |
| 09/13/22 | 69 | $9,900.00 | Floor tile installation Re Master bathroom, master closets, guest bathroom, hallway bathroom, laundry |
| 09/13/22 | 70 | $26,165.00 | Granite installation |
| 09/13/22 | 71 | $24,860.00 | Paint, electrical, plumbing |
| 11/14/22 | 76 | $1,550.00 | Old house repairs and new house items |
| | | **$229,330.00** | **Total** |

Exhibit 16

# ARROYO'S REMODELING

## Invoice

| | | | |
|---|---|---|---|
| Invoice No: | 62 | | 6910 Skyline Park Dr |
| Date: | 06/19/2022 | | Katy, TX, 77449 |
| Terms: | NET 7 | | arroyos-remodeling.com |
| Due Date: | 06/26/2022 | | 281-620-2340 |

Bill To:          ALLIANCE ENERGY JAROD
                  jerod.furr@alliance-energy.org

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| PLUMBING, SHEETROCK, ELECTRICAL | 1 | $24,575.00 | $24,575.00 |
| INSTALL FIVE SCHLAGE DOOR LOCKS WITH PADLOCK | 1 | $4,375.00 | $4,375.00 |
| 48'X66' PICTURE WINDOW | 1 | $805.00 | $805.00 |

Install 25 sheets of drywall on master bathroom ,tape,float and light texture

Install 4 sheets of drywall on entry hall way, tape, float and light texture

Install 1 sheet of drywall on bedroom #2 , tape float and light texture

install 3 sheets of drywall on office ,tape, float and light texture

install 6 sheets of drywall on living room walls ,tape,float and light texture

Install 8 sheets of drywall on living room ceiling ,tape,float and texture

install six sheets of drywall on kitchen ceiling ,tape,float and texture

install 15 sheets of drywall on laundry,tape,float and texture

install 4 sheets of drywall on hallway bathroom,tape,float and light texture

install 5 sheets of drywall on guest bathroom,tape,float and texture

install 16 sheets of drywall on pantry,tape,float and texture

install 4 sheets of greenrock on kitchen backsplash

Exhibit 16

| Description | Quantity | Rate | Amount |
|---|---|---|---|

install 3 sheets of drywall on wall on guest bathroom,tape,float and texture

install 4 sheets of drywall on garage furr down ,tape,float and texture

repair 4 holes on garage from mini split installation and install new insulation

relocate water supply on master bathroom for toilet on left side and install new angle stop valve

bust up of concrete to move toilet location and install new toilet flange with 4" pvc pipe

relocate water supply on master bathroom for toilet on right side and install new angle stop valve

bust up 4 ft of concrete to move toilet location and install new flange with 4" pvc pipe

bust up 3ft of concrete to relocate drain on new free standing tub

bust up concrete to cap 1-1/2 pipe from bidet on left side bathroom

run 25lf of 1/2 pex for new pot filler on kitchen

install two new washing machine outlet box on laundry

install two new gas outlet box for dryer

install 4 new receptacles in master bathroom closet

frame 14'X40' opening for niche on both closets

relocate shower valve from left side wall to right side wall on guest shower

bust up 15lf of concrete to run hot and cold water and electrical to island

install new exhaust fan on hallway bathroom

install two new 6" led lights on hallway bathroom

install new 4" dryer vent both sides

reroute 3/4 pipe and 1" pipe on laundry room

run new drain line and water supply from guest bathroom to pantry

demo office cabinets and sheetrock

repair wall on master bedroom,skim coat and texture

Exhibit 16

2 / 3

**Payment Details**

An advance payment of $11,021.25 is due by 06/02/2022.

| | |
|---|---|
| Subtotal | $29,755.00 |
| TAX 0% | $0.00 |
| Total | $29,755.00 |
| PAID | $0.00 |

## Balance Due            $29,755.00

| | |
|---|---|
| Deposit due 06/02/2022 | $11,021.25 |

Exhibit 16

# ARROYO'S REMODELING

## Invoice

| | | |
|---|---|---|
| Invoice No: | 63 | 6910 Skyline Park Dr |
| Date: | 06/23/2022 | Katy, TX, 77449 |
| Terms: | NET 7 | arroyos-remodeling.com |
| Due Date: | 06/30/2022 | 281-620-2340 |

Bill To:  ALLIANCE ENERGY JAROD
jerod.furr@alliance-energy.org

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| WOOD FLOOR , MAPEI ECO 995 GLUE ,RED OAK SHOE MOLD,FLOAT BAGS | 1 | $38,500.00 | $38,500.00 |
| WOOD FLOOR PREPARATION AND INSTALL | 1 | $15,750.00 | $15,750.00 |

**Payment Details**

An advance payment of $20,094.20 is due by 06/10/2022.

| | |
|---|---|
| Subtotal | $54,250.00 |
| TAX 0% | $0.00 |
| Total | $54,250.00 |
| PAID | $0.00 |

| **Balance Due** | **$54,250.00** |
|---|---|

| Deposit due 06/10/2022 | $20,094.20 |
|---|---|

Exhibit 16

1 / 1

# ARROYO'S REMODELING

## Invoice

| | | |
|---|---|---|
| Invoice No: | 66 | 6910 Skyline Park Dr |
| Date: | 07/26/2022 | Katy, TX, 77449 |
| Terms: | NET 7 | arroyos-remodeling.com |
| Due Date: | 08/02/2022 | 281-620-2340 |

Bill To:  ALLIANCE ENERGY JAROD
jerod.furr@alliance-energy.org

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| GUEST SHOWER | 1 | $11,350.00 | $11,350.00 |
| install 2X8 around shower wall for shower pan | 1 | $0.00 | $0.00 |
| bust up concrete to install new p trap and new fha drain | 1 | $0.00 | $0.00 |
| make slope prior to install shower pan | 1 | $0.00 | $0.00 |
| install shower pan | 1 | $0.00 | $0.00 |
| make slope after shower pan | 1 | $0.00 | $0.00 |
| install 18 sheets of hardie becker | 1 | $0.00 | $0.00 |
| water proof walls with redguard | 1 | $0.00 | $0.00 |
| install 320sqft of tile on walls,ceiling,and floor | 1 | $0.00 | $0.00 |
| install frameless glass door | 1 | $0.00 | $0.00 |
| install 100sqft of tile on walls toilete area | 1 | $0.00 | $0.00 |
| install 331f of bullnose | 1 | $0.00 | $0.00 |

Exhibit 16

**Payment Details**

An advance payment of $4,204.04 is due by 06/22/2022.

| | |
|---|---:|
| Subtotal | $11,350.00 |
| TAX 0% | $0.00 |
| Total | $11,350.00 |
| PAID | $0.00 |

## Balance Due        $11,350.00

Deposit due 06/22/2022                    $4,204.04

Exhibit 16

# ARROYO'S REMODELING

## Invoice

| | | | |
|---|---|---|---|
| Invoice No: | 67 | | 6910 Skyline Park Dr |
| Date: | 07/26/2022 | | Katy, TX, 77449 |
| Terms: | NET 7 | | arroyos-remodeling.com |
| Due Date: | 08/02/2022 | | 281-620-2340 |

Bill To:     ALLIANCE ENERGY JAROD
             jerod.furr@alliance-energy.org

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| PAINT,FRENCH DOORS,FRAMING, ELECTRICAL,AC VENTS | 1 | $28,350.00 | $28,350.00 |
| WINDOW 24"X46" | 0 | $550.00 | $0.00 |
| install 7 exterior french doors and paint both sides | 1 | $0.00 | $0.00 |
| Install 36" exterior door on laundry and paint both sides | 1 | $0.00 | $0.00 |
| frame 12ft long by 3ft opening from master bedroom to closet room and install sheetrock where needed | 1 | $0.00 | $0.00 |
| Reroute electrical on closet for opening | 1 | $0.00 | $0.00 |
| Install new receptacle on bedroom #2 for tv | 1 | $0.00 | $0.00 |
| remove ceiling fan and install new 6" led light on jarod's closet | 1 | $0.00 | $0.00 |
| paint bedroom #3 closet walls | 1 | $0.00 | $0.00 |
| paint one door with trim | 1 | $0.00 | $0.00 |
| paint 48lf of shelving | 1 | $0.00 | $0.00 |
| paint walls two coats bedroom #3 | 1 | $0.00 | $0.00 |
| paint two doors with trim | 1 | $0.00 | $0.00 |
| paint 56lf of baseboard | 1 | $0.00 | $0.00 |

Exhibit 16

ARROYO'S REMODELING - Invoice 67 - 07/06/2022

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| paint 3ftX8ft cabinet including 5 doors | 1 | $0.00 | $0.00 |
| paint 2 sets of shutters | 1 | $0.00 | $0.00 |
| paint 2 doors on guest bathroom,10lf of baseboard and 2 shutters | 1 | $0.00 | $0.00 |
| paint walls two coats on bedroom #2 | 1 | $0.00 | $0.00 |
| paint two doors with trim | 1 | $0.00 | $0.00 |
| paint 3ftX8ft including 5 doors | 1 | $0.00 | $0.00 |
| paint two sets of shutters | 1 | $0.00 | $0.00 |
| paint 45lf of baseboard | 1 | $0.00 | $0.00 |
| paint closet walls on bedroom #2 | 1 | $0.00 | $0.00 |
| paint one door with trim | 1 | $0.00 | $0.00 |
| paint 56lf of shelving | 1 | $0.00 | $0.00 |
| paint 32lf of baseboard | 1 | $0.00 | $0.00 |
| paint two coats bedroom hallway walls | 1 | $0.00 | $0.00 |
| paint one case opening | 1 | $0.00 | $0.00 |
| paint 22 lf of baseboard | 1 | $0.00 | $0.00 |
| paint closet walls by kitchen,shelf,door with trim,baseboard | 1 | $0.00 | $0.00 |
| paint walls two coats on entry way | 1 | $0.00 | $0.00 |
| paint one case opening | 1 | $0.00 | $0.00 |
| paint 23lf of baseboard | 1 | $0.00 | $0.00 |
| paint walls two coats on foyer | 1 | $0.00 | $0.00 |
| paint 24lf of baseboard | 1 | $0.00 | $0.00 |
| paint one case opening | 1 | $0.00 | $0.00 |
| paint walls two coats on dining room | 1 | $0.00 | $0.00 |
| paint one case opening | 1 | $0.00 | $0.00 |
| paint 30lf of baseboard | 1 | $0.00 | $0.00 |

Exhibit 16

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| paint walls two coats on laundry hallway | 1 | $0.00 | $0.00 |
| paint one case opening | 1 | $0.00 | $0.00 |
| paint one door with trim | 1 | $0.00 | $0.00 |
| install two doors on master bath toilete area | 1 | $0.00 | $0.00 |
| install one door on bedroom #2 | 1 | $0.00 | $0.00 |
| paint two sets of shutters on office | 1 | $0.00 | $0.00 |
| paint jarod's closet walls two coats | 1 | $0.00 | $0.00 |
| paint two sets of shutters for master bedroom doors | 1 | $0.00 | $0.00 |
| install 22 ac vents throughout entire house | 1 | $0.00 | $0.00 |
| install new exhaust vent on laundry room | 1 | $0.00 | $0.00 |
| frame new window 24"X46" on master closet | 1 | $0.00 | $0.00 |
| run electrical on master bathroom to add two new scounces | 1 | $0.00 | $0.00 |
| close up old opening where window was and install sheetrock,tape,float and texture | 1 | $0.00 | $0.00 |

**Payment Details**

An advance payment of $10,500.84 is due by 07/16/2022.

| | |
|---|---|
| Subtotal | $28,350.00 |
| TAX 0% | $0.00 |
| Total | $28,350.00 |
| PAID | $0.00 |

## Balance Due          $28,350.00

| | |
|---|---|
| Deposit due 07/16/2022 | $10,500.84 |

Exhibit 16

# ARROYO'S REMODELING

## Invoice

| | | |
|---|---|---|
| Invoice No: | 68 | 6910 Skyline Park Dr |
| Date: | 08/21/2022 | Katy, TX, 77449 |
| Terms: | NET 7 | arroyos-remodeling.com |
| Due Date: | 08/28/2022 | 281-620-2340 |

Bill To:     ALLIANCE ENERGY JAROD
             jerod.furr@alliance-energy.org

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| CARPENTRY , STAIN ,PAINT | 1 | $43,150.00 | $43,150.00 |
| paint old house kitchen,breakfast,dining,livingroom,toilete area and upstairs theater | 1 | $0.00 | $0.00 |
| install and paint 250lf of baseboard throughout the house | 1 | $0.00 | $0.00 |
| install and paint 350lf of crown molding | 1 | $0.00 | $0.00 |
| install 4" flexible pipe to all exhaust fans and venting them to the soffit | 1 | $0.00 | $0.00 |
| install two 4" led recessed light on venthood box | 1 | $0.00 | $0.00 |
| install master bathroom window and trim around | 1 | $0.00 | $0.00 |
| install three double doors in office and trim around | 1 | $0.00 | $0.00 |
| install ten pair of hinges on bedroom #2 and bedroom #3 | 1 | $0.00 | $0.00 |
| install powder room door and trim | 1 | $0.00 | $0.00 |
| install 7 exterior door locks | 1 | $0.00 | $0.00 |
| run 4" hard pipe to vent dryer | 1 | $0.00 | $0.00 |
| install venthood and connect 12" pipe | 1 | $0.00 | $0.00 |
| make opening on pantry for cabinets to fit | 1 | $0.00 | $0.00 |
| install double doors from hallway to master bedroom | 1 | $0.00 | $0.00 |

Exhibit 16

ARROYO'S REMODELING   Invoice 68   08/04/2022

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| prime and paint master cabinets including drawers,doors and shelfs | 1 | $0.00 | $0.00 |
| prime and paint master closet cabinets including drawers,doors and shelfs | 1 | $0.00 | $0.00 |
| prime and paint jarod's closet cabinets including drawers,doors and shelfs | 1 | $0.00 | $0.00 |
| prime and paint office cabinets inside closet including double doors,trim and shelfs | 1 | $0.00 | $0.00 |
| prime and paint office cabinet and island including drawers,doors and shelfs | 1 | $0.00 | $0.00 |
| prime and paint guest bathroom cabinet including drawers and doors | 1 | $0.00 | $0.00 |
| prime and paint laundry cabinets including beadboard, drawers and doors | 1 | $0.00 | $0.00 |
| stain and varnish master bedroom paneling | 1 | $0.00 | $0.00 |
| stain and varnish powder room cabinet including drawers and doors | 1 | $0.00 | $0.00 |
| stain and varnish kitchen island including drawers,doors and shelfs | 1 | $0.00 | $0.00 |
| stain and varnish vent hood box | 1 | $0.00 | $0.00 |
| stain and varnish living room beams | 1 | $0.00 | $0.00 |

**Payment Details**

An advance payment of $15,982.76 is due by 08/11/2022.

| | |
|---|---|
| Subtotal | $43,150.00 |
| TAX 0% | $0.00 |
| Total | $43,150.00 |
| PAID | $0.00 |

## Balance Due     $43,150.00

| Deposit due 08/11/2022 | $15,982.76 |
|---|---|

Exhibit 16

2 / 2

# ARROYO'S REMODELING

## Invoice

| | | | |
|---|---|---|---|
| Invoice No: | 69 | | 6910 Skyline Park Dr |
| Date: | 09/13/2022 | | Katy, TX, 77449 |
| Terms: | NET 7 | | arroyos-remodeling.com |
| Due Date: | 09/20/2022 | | 281-620-2340 |
| | | | |
| Bill To: | JAROD | | |

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| FLOOR TILE INSTALLATION | 1 | $9,900.00 | $9,900.00 |
| MASTER BATHROOM | | | |
| MASTER CLOSETS | | | |
| GUEST BATHROOM | | | |
| HALLWAY BATHROOM | | | |
| LAUNDRY | | | |

**Payment Details**

An advance payment of $3,666.96 is due by 05/20/2022.

| | |
|---|---|
| Subtotal | $9,900.00 |
| TAX 0% | $0.00 |
| Total | $9,900.00 |
| PAID | $0.00 |

| **Balance Due** | **$9,900.00** |
|---|---|

| Deposit due 05/20/2022 | $3,666.96 |
|---|---|

Exhibit 16

1 / 1

# ARROYO'S REMODELING

## Invoice

| | | | |
|---|---|---|---|
| Invoice No: | 70 | | 6910 Skyline Park Dr |
| Date: | 09/13/2022 | | Katy, TX, 77449 |
| Terms: | NET 7 | | arroyos-remodeling.com |
| Due Date: | 09/20/2022 | | 281-620-2340 |

Bill To:    ALLIANCE ENERGY JAROD
            jerod.furr@alliance-energy.org

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| GRANITE INSTALLATION | 1 | $26,165.00 | $26,165.00 |
| | | | |
| 8 slabs | | | |
| | | | |
| fabrication and install | | | |

**Payment Details**

An advance payment of $9,691.52 is due by 08/24/2022.

| | |
|---|---|
| Subtotal | $26,165.00 |
| TAX 0% | $0.00 |
| Total | $26,165.00 |
| PAID | $0.00 |

| | |
|---|---|
| **Balance Due** | **$26,165.00** |

| | |
|---|---|
| Deposit due 08/24/2022 | $9,691.52 |

Exhibit 16

1 / 1

# ARROYO'S REMODELING

## Invoice

| | | |
|---|---|---|
| Invoice No: | 71 | 6910 Skyline Park Dr |
| Date: | 09/13/2022 | Katy, TX, 77449 |
| Terms: | NET 7 | arroyos-remodeling.com |
| Due Date: | 09/20/2022 | 281-620-2340 |

Bill To:   ALLIANCE ENERGY JAROD
jerod.furr@alliance-energy.org

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| PAINT,ELECTRICAL,PLUMBING | 1 | $24,860.00 | $24,860.00 |
| paint kitchen cabinets | 1 | $0.00 | $0.00 |
| paint pantry cabinets | 1 | $0.00 | $0.00 |
| paint one set of shutters on master bedroom | 1 | $0.00 | $0.00 |
| paint chiminey two coats on living room | 1 | $0.00 | $0.00 |
| paint chiminey two coats on master bedroom | 1 | $0.00 | $0.00 |
| paint pantry walls two coats | 1 | $0.00 | $0.00 |
| paint two exterior doors on master bedroom | 1 | $0.00 | $0.00 |
| paint Jarod's closet door two coats | 1 | $0.00 | $0.00 |
| relocate ceiling fan on master bedroom repair two holes,patch and texture | 1 | $0.00 | $0.00 |
| relocate three 6" lights on kitchen, repair three holes,patch and texture | 1 | $0.00 | $0.00 |
| install laundry doors and trim, paint two coats both sides | 1 | $0.00 | $0.00 |
| install pantry double doors and trim,paint two coats both sides | 1 | $0.00 | $0.00 |
| paint office walls two coats | 1 | $0.00 | $0.00 |
| paint office closet walls two coats | 1 | $0.00 | $0.00 |

Exhibit 16

1 / 2

ARROYO'S REMODELING   Invoice 51   09/03/2022

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| paint master bedroom walls two coats | 1 | $0.00 | $0.00 |
| paint master bathroom walls two coats | 1 | $0.00 | $0.00 |
| paint master closet walls two coats | 1 | $0.00 | $0.00 |
| install double doors on master bedroom and paint trim | 1 | $0.00 | $0.00 |
| frame and install sheetrock on master closet to match door height | 1 | $0.00 | $0.00 |
| install door jam and trim on two openings master closet | 1 | $0.00 | $0.00 |
| install wallpaper on office ceiling | 1 | $0.00 | $0.00 |
| install wallpaper on laundry walls | 1 | $0.00 | $0.00 |
| install jacuzzi tub and tub filler on master bathroom | 1 | $0.00 | $0.00 |
| install guest bathroom toilet | 1 | $0.00 | $0.00 |
| install 20lf of led lights on pantry with switch | 1 | $0.00 | $0.00 |
| install two master bathroom toilets | 1 | $0.00 | $0.00 |
| Install powder room toilet | 1 | $0.00 | $0.00 |
| install wallpaper on powder room | 1 | $0.00 | $0.00 |
| install backsplash on laundry room | 1 | $0.00 | $0.00 |
| install backsplash on pantry | 1 | $0.00 | $0.00 |

**Payment Details**

An advance payment of $9,208.14 is due by 09/07/2022.

| | |
|---|---|
| Subtotal | $24,860.00 |
| TAX 0% | $0.00 |
| Total | $24,860.00 |
| PAID | $0.00 |

## Balance Due          $24,860.00

Deposit due 09/07/2022                              $9,208.14

**Exhibit 16**

# ARROYO'S REMODELING

## Invoice

| | | |
|---|---|---|
| Invoice No: | 76 | 6910 Skyline Park Dr |
| Date: | 11/14/2022 | Katy, TX, 77449 |
| Terms: | NET 7 | arroyos-remodeling.com |
| Due Date: | 11/21/2022 | 281-620-2340 |

Bill To:        ALLIANCE ENERGY JAROD
                jerod.furr@alliance-energy.org

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| OLD HOUSE REPAIRS AND NEW HOUSE ITEMS | 1 | $1,550.00 | $1,550.00 |
| remove garage fan and repair hole and paint | 1 | $0.00 | $0.00 |
| fix hole on bedroom door and paint door | 1 | $0.00 | $0.00 |
| fix drainage on bathroom tub | 1 | $0.00 | $0.00 |
| install 1/2 galvanized cap on gas supply | 1 | $0.00 | $0.00 |
| install 3 toilet paper holders | 1 | $0.00 | $0.00 |
| install dish washer on apt. | 1 | $0.00 | $0.00 |
| remove and install powder bath faucet | 1 | $0.00 | $0.00 |
| remove satellite dishes and haul away | 1 | $0.00 | $0.00 |
| install 35lf of french drain on outside bathroom | 1 | $0.00 | $0.00 |

Exhibit 16

ARROYO'S REMODELING · Invoice 76 · 11/04/2022

**Payment Details**

An advance payment of $574.12 is due by 11/14/2022.

| | |
|---|---:|
| Subtotal | $1,550.00 |
| TAX 0% | $0.00 |
| Total | $1,550.00 |
| PAID | $0.00 |

| **Balance Due** | **$1,550.00** |
|---|---:|

| Deposit due 11/14/2022 | $574.12 |
|---|---:|

Exhibit 16

2 / 2

**LUIS MARTINEZ, INC…REMODELING
& CUSTOM CABINETRY**
28 Yewleaf Rd
The Woodlands, TX, 77381
luismartinezinc@yahoo.com
(713) 240-5511

BILLED TO:

Jerod Furr
5450 Honea Egypt Rd
Montgomery, TX, 77316
jerod.furr@alliance-energy.org

| Date | Invoice | Amount | Description |
|------|---------|--------|-------------|
| 07/13/22 | **2603** | $5,000.00 | 1st draw to cover guys labor & materials |
| 07/30/22 | **2608** | $8,000.00 | 2nd draw to cover guys labor please |
| 08/01/22 | **2613** | $11,500.00 | 3rd draw to cover guys labor and part of materials |
| 08/07/22 | **2617** | $4,300.00 | 4th draw to cover guys labor please. |
| 08/13/22 | **2626** | $14,000.00 | 5th draw to cover guys labor/materials |
| 08/29/22 | **2636** | $16,000.00 | 6th draw to cover guys labor/materials |
| 09/20/22 | **2655** | $33,371.00 | Scope of Work [i] |
| | | **$92,171.00** | **Total** |

Exhibit 16

# End Notes

[i] SCOPE OF WORK...INCLUDES MATERIALS & LABOR MASTER BATHROOM:

### Her side

- o  Made 3'6 wide x 9' tall linen cabinet with flush inset doors & drawers with bead molding…
- o  Made vanity 5'6 wide x 3' tall with flush inset doors & drawers with bead molding and valance feet…
- o  Made 34 s/f of block paneling above vanity for mirror inserts…
- o  Made make up vanity 5' wide x 31" tall, with flush inset drawers on the sides, drawer above, Made upper left & right-angled cabinets at 6'6 tall, made 21 S/F of block paneling above vanity for mirror inserts, and crown molding over top. (Paint grade) $7,590

### His side

- o  Made 3'6 wide x 9' tall linen cabinet with flush inset doors and drawers
- o  Made vanity 5'6 wide x 3' tall with flush inset doors & drawers, and valance feet
- o  Made 34 s/f of block paneling above vanity, for mirror inserts. (Paint grade) $4,438

### Bench seat below window

- o  Made 5' wide x 16" tall x 18" deep, bench seat below window. (Paint grade) $378

### Master water closet

- o  Made insert wall cabinets, 16" wide x 42" tall x 7" deep with overlay flat panel doors. (Paint grade) $397

### Master bedroom

- o  Block paneled wall section 15' wide x 8'6" tall, (21 blocks)
- o  made door on lower right corner to cover beverage fridge and ran crown molding around top. (Maple wood) $3,900

Exhibit 16



# Luis Martinez,Inc....Remodeling & Custom Cabinetry

| Invoice No: | 2603 | | **Invoice** |
|---|---|---|---|
| Date: | 07/12/2022 | | |
| Terms: | NET 7 | | 28 Yewleaf Rd |
| Due Date: | 07/19/2022 | | The Woodlands, TX, 77381 |
| Bill To: | Jerod Furr | | 713-240-5511 |
| | jerod.furr@alliance-energy.org | | luismartinezinc@yahoo.com |
| | 5450 Honea Egypt Rd | | |
| | Montgomery, TX, 77316 | | |

| Description | Amount |
|---|---|
| * 1st draw to cover guys labor & materials. | $5,000.00 |
| | |
| Subtotal | $5,000.00 |
| Total | $5,000.00 |
| PAID | $0.00 |

| **Balance Due** | **$5,000.00** |
|---|---|

**Notes**

WE APPRECIATE YOUR BUSINESS!
THANK YOU!

Exhibit 16



# Luis Martinez,Inc....Remodeling & Custom Cabinetry

| Invoice No: | 2608 | | **Invoice** |
|---|---|---|---|
| Date: | 07/23/2022 | | |
| Terms: | NET 7 | | 28 Yewleaf Rd |
| Due Date: | 07/30/2022 | | The Woodlands, TX, 77381 |
| Bill To: | Jerod Furr | | 713-240-5511 |
| | jerod.furr@alliance-energy.org | | luismartinezinc@yahoo.com |
| | 5450 Honea Egypt Rd | | |
| | Montgomery, TX, 77316 | | |

| Description | Amount |
|---|---|
| * 2nd draw to cover guys labor please. | $8,000.00 |

| | |
|---|---|
| Subtotal | $8,000.00 |
| Total | $8,000.00 |
| PAID | $0.00 |

| **Balance Due** | **$8,000.00** |
|---|---|

**Notes**

WE APPRECIATE YOUR BUSINESS!
THANK YOU!

Exhibit 16



# Luis Martinez,Inc....Remodeling & Custom Cabinetry

| | | |
|---|---|---|
| Invoice No: | 2613 | |
| Date: | 08/01/2022 | |
| Terms: | NET 7 | |
| Due Date: | 08/08/2022 | |
| Bill To: | Jerod Furr | |
| | jerod.furr@alliance-energy.org | |
| | 5450 Honea Egypt Rd | |
| | Montgomery, TX, 77316 | |

## Invoice

28 Yewleaf Rd
The Woodlands, TX, 77381
713-240-5511
luismartinezinc@yahoo.com

| Description | Amount |
|---|---|
| * 3rd draw to cover guys labor and part of materials. | $11,500.00 |
| | |
| Subtotal | $11,500.00 |
| Total | $11,500.00 |
| PAID | $0.00 |
| **Balance Due** | **$11,500.00** |

**Notes**

WE APPRECIATE YOUR BUSINESS!
THANK YOU!

Exhibit 16



# Luis Martinez,Inc....Remodeling & Custom Cabinetry

| Invoice No: | 2617 | **Invoice** |
|---|---|---|
| Date: | 08/07/2022 | |
| Terms: | NET 7 | 28 Yewleaf Rd |
| Due Date: | 08/14/2022 | The Woodlands, TX, 77381 |
| Bill To: | Jerod Furr | 713-240-5511 |
| | jerod.furr@alliance-energy.org | luismartinezinc@yahoo.com |
| | 5450 Honea Egypt Rd | |
| | Montgomery, TX, 77316 | |

| Description | Amount |
|---|---|
| * 4th draw to cover guys labor please. | $4,300.00 |

| | |
|---|---|
| Subtotal | $4,300.00 |
| Total | $4,300.00 |
| PAID | $0.00 |

| **Balance Due** | **$4,300.00** |
|---|---|

**Notes**

WE APPRECIATE YOUR BUSINESS!
THANK YOU!

Exhibit 16

1 / 1



# Luis Martinez,Inc....Remodeling & Custom Cabinetry

| | | |
|---|---|---|
| Invoice No: | 2626 | |
| Date: | 08/13/2022 | |
| Terms: | NET 7 | |
| Due Date: | 08/20/2022 | |
| Bill To: | Jerod Furr | |
| | jerod.furr@alliance-energy.org | |
| | 5450 Honea Egypt Rd | |
| | Montgomery, TX, 77316 | |

## Invoice

28 Yewleaf Rd
The Woodlands, TX, 77381
713-240-5511
luismartinezinc@yahoo.com

| Description | Amount |
|---|---|
| * 5th draw to cover guys labor/materials | $14,000.00 |
| | |
| Subtotal | $14,000.00 |
| Total | $14,000.00 |
| PAID | $0.00 |
| **Balance Due** | **$14,000.00** |

## Notes

WE APPRECIATE YOUR BUSINESS!
THANK YOU!

Exhibit 16

1 / 1



# Luis Martinez,Inc....Remodeling & Custom Cabinetry

| | | |
|---|---|---|
| Invoice No: | 2636 | |
| Date: | 08/22/2022 | |
| Terms: | NET 7 | |
| Due Date: | 08/29/2022 | |
| Bill To: | Jerod Furr | |
| | jerod.furr@alliance-energy.org | |
| | 5450 Honea Egypt Rd | |
| | Montgomery, TX, 77316 | |

## Invoice

28 Yewleaf Rd
The Woodlands, TX, 77381
713-240-5511
luismartinezinc@yahoo.com

| Description | Amount |
|---|---|
| * 6th draw to cover guys labor/materials. | $16,000.00 |
| | |
| Subtotal | $16,000.00 |
| Total | $16,000.00 |
| PAID | $0.00 |

| Balance Due | $16,000.00 |
|---|---|

**Notes**

WE APPRECIATE YOUR BUSINESS!
THANK YOU!

Exhibit 16



# Luis Martinez,Inc....Remodeling & Custom Cabinetry

| | |
|---|---|
| Invoice No: | 2655 |
| Date: | 09/13/2022 |
| Terms: | NET 7 |
| Due Date: | 09/20/2022 |
| Bill To: | Jerod Furr |
| | jerod.furr@alliance-energy.org |
| | 5450 Honea Egypt Rd |
| | Montgomery, TX, 77316 |

# Invoice

28 Yewleaf Rd
The Woodlands, TX, 77381
713-240-5511
luismartinezinc@yahoo.com

| Description | Amount |
|---|---|
| SCOPE OF WORK...INCLUDES MATERIALS & LABOR | |
| | |
| MASTER BATHROOM: | $16,703.00 |
| * Her side: Made 3'6 wide x 9' tall linen cabinet with flush inset doors & drawers with bead molding...Made vanity 5'6 wide x 3' tall with flush inset doors & drawers with bead molding and valance feet...Made 34 s/f of block paneling above vanity for mirror inserts... Made make up vanity 5' wide x 31" tall, with flush inset drawers on the sides, drawer above, Made upper left & right angled cabinets at 6'6 tall, made 21 S/F of block paneling above vanity for mirror inserts, and crown molding over top. (Paint grade) $7,590 | |
| * His side...Made 3'6 wide x 9' tall linen cabinet with flush inset doors and drawers...Made vanity 5'6 wide x 3' tall with flush inset doors & drawers, and valance feet...Made 34 s/f of block paneling above vanity, for mirror inserts. (Paint grade) $4,438 | |
| * Made 5' wide x 16" tall x 18" deep, bench seat below window. (Paint grade) $378 | |
| * Master water closet: Made insert wall cabinets, 16" wide x 42" tall x 7" deep with overlay flat panel doors. (Paint grade) $397 | |
| | |
| * Master bedroom: Block paneled wall section 15' wide x 8'6 tall, (21 blocks), made door on lower right corner to cover beverage fridge and ran crown molding around top. (Maple wood) $3,900 | |

Exhibit 16

| Description | Amount |
|---|---|
| **CLOSETS:**<br>* Her closet window side: Made cabinet 9 l/f of cabinets (uppers & lowers) at 8' tall, with flush inset doors & drawers with bead molding, upper section cabinet with flush inset glass doors, adjustable shelfs and crown molding at top…Made 12 l/f of wardrobe (close hanging) at 9'6 tall x 24" deep, with tall overlay detailed glass doors below, smaller doors above, and crown molding at top. (Paint grade) $8,895<br>* Her other side closet: Made 12 l/f of wardrobe (close hanging cabinets) at 9'6 tall x 24" deep, with tall overlay detailed glass doors, smaller doors above and crown molding at top…Made 12 l/f of cabinets (for shoes & hand bags) at x 9'6 tall x 14" deep with tall overlay detailed glass doors on right side and smaller doors on the bottom on left side, with open sections on the top with bead molding and adjustable shelfs. (Paint grade) $7,842<br><br>* His closet: Made (2) 4' wide x 18" deep wardrobe built ins at 11'6" tall open for close hanging…Made middle section wardrobe cabinet 4' wide x 11'6" tall x 24" deep, with tall overlay glass doors with wood panel below, doors above, and crown molding at top. (Paint grade) $2,820<br>* His closet: Made 11'6 wide x 8'6 tall built in cabinet, with all drawers below with flat panel drawer fronts, Open at top adjustable shelfs, bead molding around openings, and crown molding over top. (Paint grade) $5,278 | $24,835.00 |
| **HOBBY ROOM:**<br>* Made furniture type cabinet 6' wide x 8' tall…Lower middle section cabinet with flush inset drawers below with bead molding, Upper section made detailed flush inset cabinet glass doors above with adjustable shelfs, ran decorative crown molding around top… Includes seven flush inset detailed drawers on each side of lower end cabinets and detailed glass doors above…NOTE: Cabinet was labor intense. (Paint grade) $4,698<br>* Made free standing island 8' x 3'6 with post/legs on corners, made a total of 15 flush inset stacked drawers in openings all around island, open lower shelf for baskets, includes bunn feet on the bottom of each post. (Paint grade) $2,675<br><br>* Closet: Made 4' wide x 8' tall shelf built in unit, open with bead molding around and adjustable shelfs, ran crown molding around top. $1,833<br>* Closet: Made lower cabinet with open cubbies for (gift wrapping rolls)…Made upper cabinet 2' wide x 2' deep open with shelfs, peg board above and ran crown molding. (Paint grade) $1,495 | $10,701.00 |
| **KITCHEN:**<br>* Oven side: Made built in cabinet for oven/microwave 3'2 wide x 9'6 tall x 26" deep with flush inset doors & drawers…Made cabinet to the right, 5'4 wide x 9'6 tall, lower cabinet with flush inset doors & drawers, top cabinet with flush detailed doors, adjustable shelfs and decorative crown molding at top. (Paint grade) $5,742<br>* Range side: Made (2) 2' wide x 3' tall lower cabinets left & right of range with flush inset doors & drawers. (Paint grade) $1,200<br>* Made upper vent-hood cabinet (above range) 9'5 wide x 6'2 tall x 26" deep, with block paneled ship lap wood. (Maple wood) $2,850<br>* Fridge side: Made built in cabinet for fridge 4'6 wide x 9'6 tall x 26" deep with flush inset doors above….Made 5.6 l/f of upper & lower cabinets to the right of fridge, with flush inset doors & drawers, adjustable shelfs. (Paint grade) $4,565<br>* Made island 12'6 x 6'9 x 3' tall, with flush inset doors & drawers, farm sink, pull out trash drawer, pull out below sink, stack of drawers on the sides, doors on back side for storage access and sitting area. (Maple wood) $7,985 | $22,342.00 |
| **LAUNDRY ROOM:**<br>* Made (2) 3' wide x 7' tall cabinets for washer & dryer, with crown molding at top and added crown molding header at top for tile to stop to…Made wood frame and two large doors to cover electrical panel boxes and water shut off valves. (Paint grade) $1,810<br>* Made 9' wide x 10' tall upper & lower cabinets, with flush inset doors & drawers with bead molding (lower cabinet all drawers) and ran crown molding around top. (Paint grade) $6,570<br>* Installed 130 s/f of 1x6 ship lap all around room, and ran 1x2 wood band around top of ship lap to break up. (Paint grade) $1,960 | $10,340.00 |

Exhibit 16

| Description | Amount |
|---|---|
| **POWDER BATH:** | $4,500.00 |
| * Made furniture piece vanity 4' wide x 3' tall, with flush inset drawers, decorative front and tapered legs. (Maple wood) $2,100 | |
| **JACK & JILL BATH:** | |
| * Made vanity 8' wide x 3' tall with flush inset doors & drawers with bead molding and valance feet below. (Paint grade) $2,400 | |
| **BEAMS:** | $2,750.00 |
| * Made crossed beams on pop up ceiling…Made two large beams being 24' long x 10" tall x 8" wide….Made two bemas 16' long x 9 1/2" tall x 8" wide. (Maple wood) | |
| **NOTE:** | |
| * All cabinets include soft close full extension drawer glides and soft close Euro hidden hinges. | |
| * Price does NOT include Installment of finished cabinet hardware, knobs, pulls, chrome rods & flanges, close rod pull downs, etc | |
| * Draws for labor paid up to date.... | - |
| | $58,800.00 |

| | |
|---|---|
| Subtotal | $33,371.00 |
| Total | $33,371.00 |
| PAID | $0.00 |
| **Balance Due** | **$33,371.00** |

**Notes**

WE APPRECIATE YOUR BUSINESS!
THANK YOU!

Exhibit 16

3 / 3