# EXHIBIT 25

CAUSE NO. 24-07-11639

| | | |
|---|---|---|
| DUSTIN ETTER, | § | IN THE DISTRICT CLERK OF |
| *Plaintiff* | § | |
| | § | |
| v. | § | MONTGOMERY COUNTY, TEXAS |
| | § | |
| AE PARTNERS HOLDINGS, INC., AEP | § | |
| ASSETS HOLDINGS, LLC, ALLIANCE | § | |
| ENERGY PARTNERS, LLC, ALLIANCE | § | |
| FARM & RANCH, LLC, CONNECT | § | |
| REALTY.COM, INC., CORINA FURR, | § | |
| JEROD P. FURR, HEAVEN LEE | § | |
| PROPERTIES, LLC D/B/A LUX GROUP | § | |
| TX, JEANA LEA HURLEY, INVICTIS | § | |
| DRILLING MOTORS, LLC, | § | |
| *Defendants.* | § | 457TH JUDICIAL DISTRICT |

**NOTICE OF SUBMISSION**

PLEASE TAKE NOTICE that Defendants Jerod Furr and Alliance Farm and Ranch, LLC, by and through undersigned counsel, has set for submission their Motion to Expunge Notice of Lis Pendens on **May 23, 2025**, at **9:00** A.M. before the 457th Judicial District Court of Montgomery County, Texas.

Respectfully submitted,

E-MERGER.LAW, PLLC

By: /s/ *Deborah L. Crain*
   Deborah L. Crain
   Texas Bar No. 24067319
   dcrain@e-merger.law
    1334 Brittmoore, Suite 2314
    Houston, Texas 77043
    Telephone: (346) 535-0818

ATTORNEY FOR DEFENDANTS

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above pleading has been forwarded via the court's electronic filing system, facsimile and/or certified mail/return receipt requested on this the 29th day of April, 2025.

*/s/ Deborah L. Crain*
Deborah L. Crain