# EXHIBIT 31

IMPROVEMENTS PAYMENTS

| Date | Amount | Purpose | Notes |
|---|---|---|---|
| 4/5/2022 | $20,484.15 | Security Install | In AEP Bank Statement, in Ostrander injunction suit exhibits, $8,246.47 is for "Main House" |
| 4/22/2022 | $14,000.00 | Arroyos Remodeling | In AEP Bank Statement |
| 5/12/2022 | $18,450.00 | Arroyos Remodeling | in bulk ACH, see ledger |
| 6/1/2022 | $16,500.00 | Arroyos Remodeling | in bulk ACH, see ledger |
| 6/7/2022 | $28,337.00 | Arroyos Remodeling | in bulk ACH, see ledger |
| 6/14/2022 | $20,094.20 | Arroyos Remodeling | ACH, see ledger, see Arroyos Invoice 63 (it's the advance payment, house stuff) |
| 6/21/2022 | $29,755.00 | Arroyos Remodeling | ACH, see ledger, see Arroyos Invoice 62 (it's the advance payment, house stuff) |
| 6/23/2022 | $34,155.80 | Arroyos Remodeling | in bulk ACH, see ledger |
| 7/11/2022 | $44,492.00 | Arroyos Remodeling | in bulk ACH, see ledger |
| 8/1/2022 | $39,700.00 | Arroyos Remodeling | ACH, see ledger, see Arroyos Invoices 66 & 67 (it's the total of these 2, house stuff) |
| 8/24/2022 | $43,150.00 | Arroyos Remodeling | ACH, see ledger, see Arroyos Invoice 68 (all house stuff) |
| 9/16/2022 | $60,925.00 | Arroyos Remodeling | ACH, see ledger, see Arroyos Invoices 69, 70, & 71 (it's the total of these 3, house stuff) |
| 10/3/2022 | $44,796.00 | Arroyos Remodeling | in bulk ACH, see ledger |
| 10/20/2022 | $26,403.00 | Arroyos Remodeling | in bulk ACH, see ledger |
| 12/20/2022 | $2,150.00 | Arroyos Remodeling | in bulk ACH, see ledger |
| **Total** | **$443,392.15** | | |