# EXHIBIT 32



**Business Platinum Card**

American Express
PO Box 297800
Ft Lauderdale, FL 33329-7800

February 21, 2022

Account  Ending In: 0-61006

Dear DUSTIN T ETTER,

We're making the switch to paperless Billing Statements (statements) and account communications, beginning May 2022.

**Here's what happens next**
We want to help you get ready to make the switch too. So, we've enrolled your account listed above in the paperless delivery option - but for now, we'll continue to send you communications about your account in the mail. We'll also mail your statements for the closing dates of February 2022, March 2022, and April 2022.

After that, we'll send account communications to you by email, and you'll receive your monthly statements electronically. When they're ready, you'll be able to view your statements anytime by logging into your account online at **americanexpress.com** or in the American Express® App*.

**What you can expect with paperless statements**
Each month, after your statement closing date, we'll send you an email alert letting you know your statement is ready to view online. You'll also receive:

- A Payment Reminder email alert as your due date approaches, if you haven't already made your payment.
- A Payment Received confirmation email alert after a payment has been posted to your account.

**The benefits of going paperless**
Going paperless is environmentally friendly and reduces the amount of mail you receive. You can easily view and manage your statements anytime in one secure location - and  you'll be able to see additional details about your purchases. You can even access up to seven years of statements online.

**Something we suggest**
If you'd like to learn more about how paperless delivery can improve your account experience, check out a series of helpful videos we made at **youtube.com/watch?v=0V8pRMZtl5E**.

**Not ready to go paperless?**
No problem! You can re-enroll in paper statements and account communications by going to **americanexpress.com/paperlesssettings**, selecting "U.S. Mail" and following the prompts to opt back in.

**We're here to help**
If you have any questions, you can chat with us online or give us a call at the Customer Care number listed on your statement and the back of your Card. We're here for you 24/7.

Thanks,
American Express

* iOS and Android only. See app store listing for operating system info.

DUSTIN T ETTER
ALLIANCE ENERGY PART
20008 CHAMPN FRST DR
STE 1203
SPRING TX 77379

499929141604860221



**AMERICAN EXPRESS**

p. 3/9

**Business Platinum Card**
ALLIANCE ENERGY PART
DUSTIN T ETTER
Closing Date 02/21/22    Next Closing Date 03/24/22
Account Ending 0-61006

Customer Care:    1-800-492-8468
TTY:    Use Relay 711
Website:    americanexpress.com

| | |
|---|---|
| **New Balance** | **$9,215.63** |
| **Minimum Payment Due** | **$92.00** |
| **Payment Due Date** | **03/18/22** |

**Late Payment Warning:** If you do not pay the Minimum Payment Due by the Payment Due Date of 03/18/22 , you may have to pay a late fee of $39.00 and your Pay Over Time APR may be increased to the Penalty APR of 29.24 %.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your Pay Over Time balance. For example:

| If you make no additional charges and each month you pay... | You will pay off the balance shown on this statement in about... | And you will pay an estimated total of... |
|---|---|---|
| Only the Minimum Payment Due | 21 years | $22,150 |
| $335 | 3 years | $12,047 (Savings = $10,103) |

If you would like information about credit counseling services, call 1-888-733-4139.

See page 4 for important information about your account.

Please refer to the **IMPORTANT NOTICES** section on **page 9.**

For information on your Pay Over Time feature and limit, see **page 8**

**Membership Rewards® Points**
Available and Pending as of 01/31/22

**22,525**

For up to date point balance and full program details, visit **membershiprewards.com**

**Account Summary**

**Pay In Full Portion**
| | |
|---|---|
| Previous Balance | $0.00 |
| Payments/Credits | -$0.00 |
| New Charges | +$0.00 |
| Fees | +$0.00 |
| New Balance    = | $0.00 |

**Pay Over Time Portion**
| | |
|---|---|
| Previous Balance | $5,364.66 |
| Payments/Credits | -$5,364.66 |
| New Charges | +$9,215.63 |
| Fees | +$0.00 |
| Interest Charged | +$0.00 |
| New Balance    = | $9,215.63 |
| Minimum Due | $92.00 |

**Account Total**
| | |
|---|---|
| **Previous Balance** | **$5,364.66** |
| Payments/Credits | -$5,364.66 |
| New Charges | +$9,215.63 |
| Fees | +$0.00 |
| Interest Charged | +$0.00 |
| **New Balance** | **$9,215.63** |
| **Minimum Payment Due** | **$92.00** |

| | |
|---|---|
| **Pay Over Time Limit** | $15,000.00 |
| **Available Pay Over Time Limit** | $5,784.37 |
| Days in Billing Period:  28 | |

↓ Please fold on the perforation below, detach and return with your payment ↓

 **Payment Coupon**
Do not staple or use paper clips

 **Pay by Computer**
americanexpress.com/
business

 **Pay by Phone**
1-800-472-9297

**Account Ending 0-61006**

Enter 15 digit account # on all payments.
Make check payable to American Express.

DUSTIN T ETTER
ALLIANCE ENERGY PART
20008 CHAMPN FRST DR
STE 1203
SPRING TX 77379

Payment Due Date
**03/18/22**

New Balance
**$9,215.63**

Minimum Payment Due
**$92.00**

See reverse side for instructions on how to update your address, phone number, or email.

AMERICAN EXPRESS
P.O. BOX 650448
DALLAS TX 75265-0448

$ _____ . _____
**Amount  Enclosed**

0000349992914160486  000921563000009200  20  н

DUSTIN T ETTER                                  Account Ending 0-61006                                           p. 4/9

**Payments:** Your payment must be sent to the payment address shown on your statement and must be received by 5 p.m. local time at that address to be credited as of the day it is received. Payments we receive after 5 p.m. will not be credited to your Account until the next day. Payments must also: (1) include the remittance coupon from your statement; (2) be made with a single check drawn on a US bank and payable in US dollars, or with a negotiable instrument payable in US dollars and clearable through the US banking system; and (3) include your Account number. If your payment does not meet all of the above requirements, crediting may be delayed and you may incur late payment fees and additional interest charges. Electronic payments must be made through an electronic payment method payable in US dollars and clearable through the US banking system. Please do not send post-dated checks as they will be deposited upon receipt. Any restrictive language on a payment we accept will have no effect on us without our express prior written approval. We will re-present to your financial institution any payment that is returned unpaid.

**Permission for Electronic Withdrawal:** (1) When you send a check for payment, you give us permission to electronically withdraw your payment from your deposit or other asset account. We will process checks electronically by transmitting the amount of the check, routing number, account number and check serial number to your financial institution, unless the check is not processable electronically or a less costly process is available. When we process your check electronically, your payment may be withdrawn from your deposit or other asset account as soon as the same day we receive your check, and you will not receive that cancelled check with your financial account statement. If we cannot collect the funds electronically we may issue a draft against your deposit or other asset account for the amount of the check. (2) By using Pay By Computer, Pay By Phone or any other electronic payment service of ours, you give us permission to electronically withdraw funds from the deposit or other asset account you specify in the amount you request. Payments using such services of ours received after 8:00 p.m. MST may not be credited until the next day.

**How We Calculate Your Balance:** We use the Average Daily Balance (ADB) method (including new transactions) to calculate the balance on which we charge interest for Pay Over Time balances on your Account. Call the Customer Care number on page 5 for more information about this balance computation method and how resulting interest charges are determined. *The method we use to calculate the ADB and interest results in daily compounding of interest.*

**How to Avoid Paying Interest:** If you have a Pay Over Time balance, your due date is at least 25 days after the close of each billing period. We will not charge interest on charges added to a Pay Over Time balance if you pay the Account Total New Balance by the due date each month.

**Foreign Currency Charges:** If you make a Charge in a foreign currency, we will convert it into US dollars on the date we or our agents process it. We will choose a conversion rate that is acceptable to us for that date, unless a particular rate is required by law. The conversion rate we use is no more than the highest official rate published by a government agency or the highest interbank rate we identify from customary banking sources on the conversion date or the prior business day. This rate may differ from rates in effect on the date of your charge. Charges converted by establishments will be billed at the rates such establishments use.

**Credit Balance:** A credit balance (designated CR) shown on this statement represents money owed to you. If within the six-month period following the date of the first statement indicating the credit balance you do not request a refund or charge enough to use up the credit balance, we will send you a check for the credit balance within 30 days if the amount is $1.00 or more.

**Credit Reporting:** We may report information about your Account to credit bureaus. Late payments, missed payments, or other defaults on your Account may be reflected in your credit report.

**Billing Dispute Procedures**

<u>What To Do If You Think You Find A Mistake On Your Statement</u>
If you think there is an error on your statement, write to us at:
American Express, PO Box 981535, El Paso TX 79998-1535
In your letter, give us the following information:
- *Account information:* Your name and account number.
- *Dollar amount:* The dollar amount of the suspected error.
- *Description of Problem:* Describe what you believe is wrong and why you believe it is a mistake.
You must contact us:
- Within 60 days after the error appeared on your statement.
- At least 2 business days before an automated payment is scheduled, if you want to stop payment on the amount you think is wrong.
You must notify us of any potential errors in writing. You may call us, but if you do we may not follow these procedures and you may have to pay the amount in question.

<u>What Will Happen After We Receive Your Letter</u>
When we receive your letter, we will do two things:
1. Within 30 days of receiving your letter, we will tell you that we received your letter. We will also tell you if we have already corrected the error.
2. We will investigate your inquiry and will either correct the error or explain to you why we believe the bill is correct.
While we investigate whether or not there has been an error:
- We will not try to collect the amount in question.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.
After we finish our investigation, one of two things will happen:
- If we made a mistake: You will not have to pay the amount in question or any interest or other fees related to that amount.
- If we do not believe there was a mistake: You will have to pay the amount in question, along with applicable interest and fees. We will send you a statement of the amount you owe and the date payment is due. We may report you as delinquent if you do not pay the amount we think you owe.

## Change of Address, phone number, email

- Online at **www.americanexpress.com/updatecontactinfo**
- Via mobile device
- Voice automated: call the number on the back of your card
- For name, company name, and foreign address or phone changes, please call Customer Care

## Please do not add any written communication or address change on this stub

## Pay Your Bill with AutoPay

Deduct your payment from your bank account automatically each month.

- Avoid late fees
- Save time

Visit **americanexpress.com/autopay** today to enroll.

For information on how we protect your privacy and to set your communication and privacy choices, please visit **www.americanexpress.com/privacy.**



**Business Platinum Card**
ALLIANCE ENERGY PART
DUSTIN T ETTER
Closing Date 02/21/22

p. 5/9

Account Ending 0-61006

| | |
|---|---|
| **Customer Care & Billing Inquiries** | **1-800-492-8468** |
| International Collect | 1-623-492-7719 |
| Express Cash | 1-800-CASH-NOW |
| **Large Print & Braille Statements** | **1-800-492-8468** |

**Website:** americanexpress.com

**Customer Care & Billing Inquiries**
P.O. BOX 981535
EL PASO, TX
79998-1535

**Payments**
P.O. BOX 650448
DALLAS TX 75265-0448

**Hearing Impaired**
Online chat at americanexpress.com or use **Relay dial 711** and **1-800-492-8468**

## Payments and Credits

### Summary

| | Pay In Full | Pay Over Time ♦ | Total |
|---|---|---|---|
| Payments | $0.00 | -$5,364.66 | -$5,364.66 |
| Credits | $0.00 | $0.00 | $0.00 |
| **Total Payments and Credits** | **$0.00** | **-$5,364.66** | **-$5,364.66** |

### Detail   *Indicates posting date

| Payments | | | Amount |
|---|---|---|---|
| 02/03/22* | DUSTIN T ETTER | ONLINE PAYMENT - THANK YOU | -$5,364.66 |

## New Charges

### Summary

| | Pay In Full | Pay Over Time ♦ | Total |
|---|---|---|---|
| DUSTIN T ETTER 0-61006 | $0.00 | $2,254.43 | $2,254.43 |
| JEROD P FURR 0-61014 | $0.00 | $6,961.20 | $6,961.20 |
| **Total New Charges** | **$0.00** | **$9,215.63** | **$9,215.63** |

### Detail   ♦ - denotes Pay Over Time activity



**DUSTIN T ETTER**
Card Ending 0-61006

| | | | | Amount |
|---|---|---|---|---|
| 01/24/22 | RAISING CANE'S #294 #294<br>1368 79601<br>RESTAURANT | ABILENE | TX | $17.30 ♦ |
| 01/24/22 | ALON DK #64058 000002893<br>2546291427 | EASTLAND | TX | $89.13 ♦ |
| 01/24/22 | HEB ONLINE 108<br>855-803-0611 | 855-803-0611 | TX | $155.10 ♦ |
| 01/25/22 | AplPay UBER EATS<br>8005928996 | SAN FRANCISCO | CA | $32.93 ♦ |
| 01/26/22 | IRON HORSE TRAVEL CENTER 000000098<br>3253130005 | MERKEL | TX | $70.36 ♦ |
| 01/26/22 | DONA ANITAS LLC 0000<br>432-683-6727 | MIDLAND | TX | $55.00 ♦ |
| 01/27/22 | DIETER BROS RESTAURANT 650000001639874<br>9406655253 | GAINESVILLE | TX | $90.00 ♦ |
| 02/01/22 | CENEX RED RIVER FARM COOP<br>AUTO FUEL DISPENSER | GAINESVILLE | TX | $100.00 ♦ |
| 02/01/22 | HUNTERS TUNNEL EXPRESS 041399800869510<br>9406653519 | GAINESVILLE | TX | $13.00 ♦ |

Continued on reverse

## Detail Continued

♦ - denotes Pay Over Time activity

| | | | | Amount |
|---|---|---|---|---|
| 02/02/22 | DIRECTV STREAM<br>SVOD | DALLAS | TX | $162.36 ♦ |
| 02/07/22 | AplPay DOORDASH*SAPPORO RAMEN<br>+16506819470 | SAN FRANCISCO | CA | $43.61 ♦ |
| 02/08/22 | HEB ONLINE 108<br>855-803-0611 | 855-803-0611 | TX | $59.40 ♦ |
| 02/09/22 | VOLCANO 0001<br>432-704-5588 | MIDLAND | TX | $145.00 ♦ |
| 02/10/22 | MURPHY5700ATWALMART 0927<br>800-843-4298 | MIDLAND | TX | $100.00 ♦ |
| 02/11/22 | AT&T  *PAYMENT<br>AT&T UVERSE | 800-288-2020 | FL | $71.16 ♦ |
| 02/14/22 | HUNTERS TUNNEL EXPRESS 041399800869510<br>9406653519 | GAINESVILLE | TX | $13.00 ♦ |
| 02/15/22 | CIRCLE K #2744503 000000000649791<br>9406653880 | GAINESVILLE | TX | $89.20 ♦ |
| 02/16/22 | SUNOCO ENERGY SERVICES<br>940-668-8518 | GAINESVILLE | TX | $100.00 ♦ |
| 02/16/22 | HUNTER'S OIL DEPOT 0000<br>940-665-6924 | GAINESVILLE | TX | $91.48 ♦ |
| 02/18/22 | DIETER BROS RESTAURANT 650000001639874<br>9406655253 | GAINESVILLE | TX | $40.00 ♦ |
| 02/20/22 | CHEVRON 0371975/CHEVRON<br>SERVICE STN | MIDLAND | TX | $94.89 ♦ |
| 02/20/22 | H-E-B<br>9999999999 | MIDLAND | TX | $93.24 ♦ |
| 02/20/22 | AMBIT TEXAS, LLC<br>UTL-EL/GS/WT | 877-282-6248 | TX | $528.27 ♦ |

**JEROD P FURR**
Card Ending 0-61014

| | | | | Amount |
|---|---|---|---|---|
| 01/25/22 | TST* GRAB N GO TACOS - SP 300546196<br>8325341166 | SPRING | TX | $44.20 ♦ |
| 01/26/22 | LENNYS SUB SHOP - 293 000000001<br>8327174800 | SPRING | TX | $24.85 ♦ |
| 01/29/22 | HCTRA EZ TAG REBILL<br>281-875-3279 | 281-875-3279 | | $80.00 ♦ |
| 02/01/22 | EL TIEMPO CANTINA VINTAG 0034<br>346-867-1604 | HOUSTON | TX | $159.02 ♦ |
| 02/03/22 | SNOOZE 416 THE WOODLANDS 0000<br>720-459-3140 | THE WOODLANDS | TX | $66.00 ♦ |
| 02/04/22 | BRADBURY BROTHERS HE 436845559212062<br>JASON@BRADBURYBROTHERS.CO | MAGNOLIA | TX | $596.00 ♦ |
| 02/04/22 | H-E-B GAS/CARWASH #725 000000000361988<br>8009874438 | SPRING | TX | $62.20 ♦ |
| 02/05/22 | BRADBURY BROTHERS HE 436845559212062<br>JASON@BRADBURYBROTHERS.CO | MAGNOLIA | TX | $596.00 ♦ |
| 02/10/22 | BEST BUY<br>888BESTBUY | SPRING | TX | $1,134.43 ♦ |
| 02/10/22 | H-E-B GAS/CARWASH #725 000000000361988<br>8009874438 | SPRING | TX | $72.54 ♦ |
| 02/10/22 | HCTRA EZ TAG REBILL<br>281-875-3279 | 281-875-3279 | | $80.00 ♦ |
| 02/10/22 | MCDONALD'S F39505 000000000677035<br>2814634022 | SPRING | TX | $14.67 ♦ |

Continued on next page



**Business Platinum Card**
ALLIANCE ENERGY PART
DUSTIN T ETTER
Closing Date 02/21/22

p. 7/9

Account Ending 0-61006

| Detail Continued | | | ♦ - denotes Pay Over Time activity |
|---|---|---|---|
| | | | **Amount** |
| 02/11/22 | FREE LOGO DESIGN<br>4186942033 | QUEBEC | | $69.99 ♦ |
| 02/11/22 | VITALITY CLINICS<br>+18325623390 | SPRING | TX | $360.00 ♦ |
| 02/11/22 | H-E-B GAS/CARWASH #725 000000000361988<br>8009874438 | SPRING | TX | $69.81 ♦ |
| 02/11/22 | CHICK-FIL-A #03902 000000000566382<br>2812510996 | SPRING | TX | $13.15 ♦ |
| 02/11/22 | GOOGLE*DOMAINS GOOGLE PAYMENT<br>DIGITAL GOODS: GAMES | G.CO HELPPAY# | | $12.00 ♦ |
| 02/11/22 | VKCBT LP<br>FAST FOOD RESTAURANT | SUGAR LAND | TX | $2.49 ♦ |
| 02/14/22 | THE POST OAK SPA&SALON 1600<br>21857323 77027<br>COUPLES 2 - PURELY RELAXINg - 90min<br>GRATUITY<br>COUPLES 1 - PURELY RELAXINg - 90min | HOUSTON | TX | $801.19 ♦ |
| 02/14/22 | GOOGLE*DOMAINS GOOGLE PAYMENT<br>DIGITAL GOODS: GAMES | G.CO HELPPAY# | | $2.62 ♦ |
| 02/15/22 | MASTROS SH HOUSTON 1265<br>110035 77027<br>RESTAURANT | HOUSTON | TX | $476.30 ♦ |
| 02/15/22 | H-E-B GAS/CARWASH #725 000000000361988<br>8009874438 | SPRING | TX | $85.47 ♦ |
| 02/15/22 | THE POST OAK HOTEL 263<br>Arrival Date 02/14/22   Departure Date 02/15/22<br>00000000<br>LODGING | HOUSTON | TX | $1,341.55 ♦ |
| 02/15/22 | THE POST OAK HOTEL 263<br>Arrival Date 02/14/22   Departure Date 02/15/22<br>00000000<br>LODGING | HOUSTON | TX | $112.58 ♦ |
| 02/15/22 | HCTRA EZ TAG REBILL<br>281-875-3279 | 281-875-3279 | TX | $80.00 ♦ |
| 02/18/22 | UNITED AIRLINES<br>UNITED AIRLINES<br>From:   To:<br>HOUSTON INTERCONTI   MIDLAND ODESSA REG<br>   HOUSTON INTERCONTI<br>Ticket Number: 01623953485910<br>Passenger Name: FURR/JERODPARKER<br>Document Type: PASSENGER TICKET<br>Carrier: Class:<br>UA   00<br>UA   00<br>Date of Departure: 02/20 | HOUSTON | TX | $512.20 ♦ |
| 02/18/22 | HCTRA EZ TAG REBILL<br>281-875-3279 | 281-875-3279 | TX | $80.00 ♦ |
| 02/20/22 | Sunoco Gas<br>00828647 79707<br>General Tobaco<br>General packaged beverage | 215-977-3000 | TX | $11.94 ♦ |

| **Fees** | |
|---|---|
| | **Amount** |
| **Total Fees for this Period** | **$0.00** |

Continued on reverse

## Interest Charged

| | Amount |
|---|---|
| **Total Interest Charged for this Period** | **$0.00** |

**About Trailing Interest**
You may see interest on your next statement even if you pay the new balance in full and on time and make no new charges. This is called "trailing interest". Trailing interest is the interest charged when, for example, you didn't pay your previous balance in full. When that happens, we charge interest from the first day of the billing period until we receive your payment in full. You can avoid paying interest on purchases by paying your balance in full and on time each month. Please see the "When we charge interest" sub-section in your Cardmember Agreement for details.

## 2022 Fees and Interest Totals Year-to-Date

| | Amount |
|---|---|
| Total Fees in 2022 | $0.00 |
| Total Interest in 2022 | $0.00 |

## Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| | Annual Percentage Rate | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| Pay Over Time option | 18.24% (v) | $0.00 | $0.00 |
| **Total** | | | **$0.00** |

(v) Variable Rate

## Information on Pay Over Time

**There is a no pre-set spending limit on your Card**
No Preset Spending Limit means your spending limit is flexible. Unlike a traditional card with a set limit, the amount you can spend adjusts based on factors such as your purchase, payment, and credit history.

**Pay Over Time Limit**
There is a limit to your Pay Over Time feature balance. Your Pay Over Time Limit is $15,000.00. We may approve or decline a charge regardless of whether your Card account balance exceeds or does not exceed your Pay Over Time Limit. You must pay in full all charges that are not placed into a Pay Over Time balance by the Payment Due Date.

**Available Pay Over Time Limit**
Your Available Pay Over Time Limit is $5,784.37 and is accurate as of your statement date. This Limit is the remaining amount that you can add to your Pay Over Time balance. The Available Pay Over Time Limit amount is calculated by subtracting your Pay Over Time balance from your Pay Over Time Limit. If you have a preset spending limit on your account that is less than your Pay Over Time Limit, you may not be able to use some or all of your Available Pay Over Time Limit.

**Pay Over Time Setting:   ON**
The setting indicated above is accurate as of your statement closing date. For the most up to date setting, please refer to your online account. If your setting is On, eligible charges will be placed in your Pay Over Time balance up to your Pay Over Time Limit. If your setting is Off, all charges will be added to your Pay In Full balance and no new charges will be included in your Pay Over Time balance. If you have an existing Pay Over Time balance, you can continue to pay this off over time with interest, as long as you pay your minimum due each month by your Payment Due Date.



ALLIANCE ENERGY PART
DUSTIN T ETTER                    Closing Date 02/21/22

p. 9/9
Account Ending 0-61006

## IMPORTANT NOTICES

### EFT Error Resolution Notice

In Case of Errors or Questions About Your Electronic Transfers Telephone us at 1-800-IPAY-AXP for Pay By Phone questions, at 1-800-528-2122 for Pay By Computer questions, and at 1-800-528-4800 for AutoPay and at 1-800-CASH NOW for Express Cash questions. You may also write us at American Express, Electronic Funds Services, P.O. Box 981531, El Paso TX 79998-1531, or contact us online at www.americanexpress.com/ inquirycenter as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

### Departures

Your Business Platinum Card® membership gives you access to the exclusive Departures™ world, which includes original stories told from unexpected perspectives, found only on Departures.com.

*End of Important Notices.*



**Business Platinum Card**
ALLIANCE ENERGY PART
DUSTIN T ETTER
Closing Date 07/24/22    Next Closing Date 08/24/22
Account Ending 0-61006

p. 1/9

Customer Care:   1-800-492-8468
TTY:              Use Relay 711
Website:          americanexpress.com

| | |
|---|---|
| New Balance | **$10,144.38** |
| Minimum Payment Due | **$5,320.89** |
| Payment Due Date | **08/18/22** |

**Late Payment Warning:** If you do not pay the Minimum Payment Due by the Payment Due Date 08/18/22 , you may have to pay a late fee of $39.00 and your Pay Over Time APR may be increased to the Penalty APR of 29.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your Pay Over Time balance. For example:

| If you make no additional charges and each month you pay... | You will pay off the balance shown on this statement in about... | And you will pay an estimated total of... |
|---|---|---|
| Only the Minimum Payment Due | 16 years | $11,335 |

If you would like information about credit counseling services, call 1-888-733-4139.

⯈ See page 2 for important information about your account.

⯈ Please refer to the **IMPORTANT NOTICES** section on **page 9.**

⯈ For information on your Pay Over Time feature and limit, see **page 7**

*Continued on page 3*

**Membership Rewards® Points**
Available and Pending as of 06/30/22
**78,924**
For up to date point balance and full program details, visit **membershiprewards.com**

## Account Summary

**Pay In Full Portion**
| | |
|---|---|
| Previous Balance | $21,251.61 |
| Payments/Credits | -$21,473.58 |
| New Charges | +$5,493.86 |
| Fees | +$0.00 |
| New Balance = | $5,271.89 |

**Pay Over Time Portion**
| | |
|---|---|
| Previous Balance | $12,809.82 |
| Payments/Credits | -$12,809.82 |
| New Charges | +$4,872.49 |
| Fees | +$0.00 |
| Interest Charged | +$0.00 |
| New Balance = | $4,872.49 |
| Minimum Due | $49.00 |

**Account Total**
| | |
|---|---|
| **Previous Balance** | **$34,061.43** |
| Payments/Credits | -$34,283.40 |
| New Charges | +$10,366.35 |
| Fees | +$0.00 |
| Interest Charged | +$0.00 |
| **New Balance** | **$10,144.38** |
| **Minimum Payment Due** | **$5,320.89** |

| | |
|---|---|
| **Pay Over Time Limit** | **$15,000.00** |
| **Available Pay Over Time Limit** | **$10,127.51** |
| Days in Billing Period: 31 | |

---

↓ Please fold on the perforation below, detach and return with your payment ↓

 **Payment Coupon**
Do not staple or use paper clips

 **Pay by Computer**
americanexpress.com/
business

 **Pay by Phone**
1-800-472-9297

**Account Ending 0-61006**
Enter 15 digit account # on all payments.
Make check payable to American Express.

DUSTIN T ETTER
ALLIANCE ENERGY PART
20008 CHAMPN FRST DR
STE 1203
SPRING TX 77379

| | |
|---|---|
| Payment Due Date | **08/18/22** |
| New Balance | **$10,144.38** |
| Minimum Payment Due | **$5,320.89** |

See reverse side for instructions on how to update your address, phone number, or email.

AMERICAN EXPRESS
P.O. BOX 650448
DALLAS TX 75265-0448

$ _____ • _____
**Amount Enclosed**

0000349992914160486  001014438000532089  20  ⊣

Account Ending 0-61006

**Payments:** Your payment must be sent to the payment address shown on your statement and must be received by 5 p.m. local time at that address to be credited as of the day it is received. Payments we receive after 5 p.m. will not be credited to your Account until the next day. Payments must also: (1) include the remittance coupon from your statement; (2) be made with a single check drawn on a US bank and payable in US dollars, or with a negotiable instrument payable in US dollars and clearable through the US banking system; and (3) include your Account number. If your payment does not meet all of the above requirements, crediting may be delayed and you may incur late payment fees and additional interest charges. Electronic payments must be made through an electronic payment method payable in US dollars and clearable through the US banking system. Please do not send post-dated checks as they will be deposited upon receipt. Any restrictive language on a payment we accept will have no effect on us without our express prior written approval. We will re-present to your financial institution any payment that is returned unpaid.

**Permission for Electronic Withdrawal:** (1) When you send a check for payment, you give us permission to electronically withdraw your payment from your deposit or other asset account. We will process checks electronically by transmitting the amount of the check, routing number, account number and check serial number to your financial institution, unless the check is not processable electronically or a less costly process is available. When we process your check electronically, your payment may be withdrawn from your deposit or other asset account as soon as the same day we receive your check, and you will not receive that cancelled check with your financial account statement. If we cannot collect the funds electronically we may issue a draft against your deposit or other asset account for the amount of the check. (2) By using Pay By Computer, Pay By Phone or any other electronic payment service of ours, you give us permission to electronically withdraw funds from the deposit or other asset account you specify in the amount you request. Payments using such services of ours received after 8:00 p.m. MST may not be credited until the next day.

**How We Calculate Your Balance:** We use the Average Daily Balance (ADB) method (including new transactions) to calculate the balance on which we charge interest for Pay Over Time balances on your Account. Call the Customer Care number on page 3 for more information about this balance computation method and how resulting interest charges are determined. *The method we use to calculate the ADB and interest results in daily compounding of interest.*

**How to Avoid Paying Interest:** If you have a Pay Over Time balance, your due date is at least 25 days after the close of each billing period. We will not charge interest on charges added to a Pay Over Time balance if you pay the Account Total New Balance by the due date each month.

**Foreign Currency Charges:** If you make a Charge in a foreign currency, we will convert it into US dollars on the date we or our agents process it. We will choose a conversion rate that is acceptable to us for that date, unless a particular rate is required by law. The conversion rate we use is no more than the highest official rate published by a government agency or the highest interbank rate we identify from customary banking sources on the conversion date or the prior business day. This rate may differ from rates in effect on the date of your charge. Charges converted by establishments will be billed at the rates such establishments use.

**Credit Balance:** A credit balance (designated CR) shown on this statement represents money owed to you. If within the six-month period following the date of the first statement indicating the credit balance you do not request a refund or charge enough to use up the credit balance, we will send you a check for the credit balance within 30 days if the amount is $1.00 or more.

**Credit Reporting:** We may report information about your Account to credit bureaus. Late payments, missed payments, or other defaults on your Account may be reflected in your credit report.

**Billing Dispute Procedures**

<u>What To Do If You Think You Find A Mistake On Your Statement</u>
If you think there is an error on your statement, write to us at:
American Express, PO Box 981535, El Paso TX 79998-1535
In your letter, give us the following information:
- *Account information:* Your name and account number.
- *Dollar amount:* The dollar amount of the suspected error.
- *Description of Problem:* Describe what you believe is wrong and why you believe it is a mistake.
You must contact us:
- Within 60 days after the error appeared on your statement.
- At least 2 business days before an automated payment is scheduled, if you want to stop payment on the amount you think is wrong.
You must notify us of any potential errors in writing. You may call us, but if you do do we may not follow these procedures and you may have to pay the amount in question.

<u>What Will Happen After We Receive Your Letter</u>
When we receive your letter, we will do two things:
1. Within 30 days of receiving your letter, we will tell you that we received your letter. We will also tell you if we have already corrected the error.
2. We will investigate your inquiry and will either correct the error or explain to you why we believe the bill is correct.
While we investigate whether or not there has been an error:
- We will not try to collect the amount in question.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.
After we finish our investigation, one of two things will happen:
- If we made a mistake: You will not have to pay the amount in question or any interest or other fees related to that amount.
- If we do not believe there was a mistake: You will have to pay the amount in question, along with applicable interest and fees. We will send you a statement of the amount you owe and the date payment is due. We may report you as delinquent if you do not pay the amount we think you owe.

**Change of Address, phone number, email**

- Online at **www.americanexpress.com/updatecontactinfo**
- Via mobile device
- Voice automated: call the number on the back of your card
- For name, company name, and foreign address or phone changes, please call Customer Care

**Please do not add any written communication or address change on this stub**

## Pay Your Bill with AutoPay

Deduct your payment from your bank account automatically each month.

- Avoid late fees
- Save time

Visit **americanexpress.com/autopay** today to enroll.

For information on how we protect your privacy and to set your communication and privacy choices, please visit **www.americanexpress.com/privacy.**



**Business Platinum Card**
ALLIANCE ENERGY PART
DUSTIN T ETTER
Closing Date 07/24/22

p. 3/9

Account Ending 0-61006

| | | |
|---|---|---|
| **Customer Care & Billing Inquiries** | | **1-800-492-8468** |
| International Collect | | 1-623-492-7719 |
| Express Cash | | 1-800-CASH-NOW |
| **Large Print & Braille Statements** | | **1-800-492-8468** |

**Hearing Impaired**
Online chat at **americanexpress.com** or use **Relay dial 711** and **1-800-492-8468**

**Website:** americanexpress.com

**Customer Care & Billing Inquiries**
P.O. BOX 981535
EL PASO, TX
79998-1535

**Payments**
P.O. BOX 650448
DALLAS TX 75265-0448



Put More Time to Business and Less Time to Bills

Grant a member of your team access to your account to log in and securely handle expense management on your behalf. Terms apply.

Visit **www.AmericanExpress.com/enrollAM** to enroll an Account Manager now.

## Payments and Credits

### Summary

| | Pay In Full | Pay Over Time ♦ | Total |
|---|---|---|---|
| **Payments** | -$21,251.61 | -$12,809.82 | -$34,061.43 |
| Credits | | | |
| DUSTIN T ETTER 0-61006 | -$221.97 | $0.00 | -$221.97 |
| **Total Payments and Credits** | **-$21,473.58** | **-$12,809.82** | **-$34,283.40** |

### Detail   *Indicates posting date

| Payments | | | Amount |
|---|---|---|---|
| 07/15/22* | DUSTIN T ETTER | ONLINE PAYMENT - THANK YOU | -$34,061.43 |

| Credits | | | Amount |
|---|---|---|---|
| 07/20/22* | DUSTIN T ETTER | AMAZON SHOP WITH POINTS CREDIT | -$221.97 |

## New Charges

### Summary

| | Pay In Full | Pay Over Time ♦ | Total |
|---|---|---|---|
| DUSTIN T ETTER 0-61006 | $3,256.15 | $2,669.14 | $5,925.29 |
| JEROD P FURR 0-61014 | $2,237.71 | $2,203.35 | $4,441.06 |
| **Total New Charges** | **$5,493.86** | **$4,872.49** | **$10,366.35** |

### Detail   ♦ - denotes Pay Over Time activity

 **DUSTIN T ETTER**
Card Ending 0-61006

| | | | | Amount |
|---|---|---|---|---|
| 06/24/22 | CENEX RED RIVER FARM COOP<br>AUTO FUEL DISPENSER | GAINESVILLE | TX | $100.00 ♦ |
| 06/24/22 | CENEX RED RIVER FARM COOP<br>AUTO FUEL DISPENSER | GAINESVILLE | TX | $100.00 ♦ |
| 06/28/22 | AplPay UBER EATS<br>8005928996 | SAN FRANCISCO | CA | $22.71 ♦ |

Continued on reverse

DUSTIN T ETTER

Account Ending 0-61006

## Detail Continued

♦ - denotes Pay Over Time activity

| Date | Description | Location | State | Amount |
|---|---|---|---|---|
| 06/28/22 | CONROE WELDING SUPPLY CONROE WELDING INDUSTRIAL SUPPLY | CONROE | TX | $1,191.63 |
| 06/28/22 | NORTHERN TOOL & EQUIPMENT CO 000000000000000077304 | CONROE | TX | $677.07 ♦ |
| 06/29/22 | AplPay UBER EATS 8005928996 | SAN FRANCISCO | CA | $32.11 ♦ |
| 06/29/22 | CONROE WELDING SUPPLY CONROE WELDING INDUSTRIAL SUPPLY | CONROE | TX | $1,229.78 |
| 06/29/22 | AMBIT TEXAS, LLC UTL-EL/GS/WT | 877-282-6248 | TX | $98.91 ♦ |
| 06/29/22 | OFFICEMAX/DEPOT 6820 000006820 8004633768 | MAGNOLIA | TX | $537.28 ♦ |
| 06/29/22 | EXXONMOBIL 4744 936-447-1471 | CONROE | TX | $174.53 ♦ |
| 06/29/22 | EXXONMOBIL 4744 00329591 77304 400 | CONROE | TX | $5.40 ♦ |
| 06/30/22 | AplPay UBER EATS 8005928996 | SAN FRANCISCO | CA | $89.82 ♦ |
| 07/02/22 | DIRECTV STREAM SVOD | DALLAS | TX | $162.36 |
| 07/05/22 | ERA CORNER STORE 000000000021926 9999999999 | ERA | TX | $40.66 ♦ |
| 07/05/22 | ERA CORNER STORE 000000000021926 9999999999 | ERA | TX | $4.68 ♦ |
| 07/06/22 | STARBUCKS STORE 2919 FAST FOOD RESTAURANT | GAINESVILLE | TX | $5.14 ♦ |
| 07/10/22 | LAKE KIOWA TRADING POST 09510264 LAKE KIOWA TRADING POST | LAKE KIOWA | TX | $85.17 |
| 07/10/22 | AT&T *PAYMENT AT&T UVERSE | 800-288-2020 | FL | $71.16 |
| 07/11/22 | HEB ONLINE #108 0000 855-803-0611 | 855-803-0611 | TX | $100.18 |
| 07/11/22 | AplPay DOORDASH*HOPDODDY BURG +16506819470 | SAN FRANCISCO | CA | $36.06 ♦ |
| 07/11/22 | ERA CORNER STORE 000000000021926 9999999999 | ERA | TX | $97.50 |
| 07/12/22 | AplPay DOORDASH*SUMO SUSHI & +16506819470 | SAN FRANCISCO | CA | $61.52 |
| 07/12/22 | AplPay DOORDASH*SAPPORO RAMEN +16506819470 | SAN FRANCISCO | CA | $43.78 |
| 07/13/22 | CENEX RED RIVER FARM COOP AUTO FUEL DISPENSER | GAINESVILLE | TX | $66.60 |
| 07/13/22 | IRON HORSE TRAVEL CENTER 000000098 3253130005 | MERKEL | TX | $100.00 |
| 07/13/22 | GARELY'S MEXICAN RESTAURANT 4326867393 | MIDLAND | TX | $46.47 |
| 07/15/22 | THE LAZY HEART GRILL 940-995-2967 | SAINT JO | TX | $6.50 ♦ |
| 07/15/22 | THE LAZY HEART GRILL 940-995-2967 | SAINT JO | TX | $42.00 ♦ |
| 07/18/22 | SUNOCO ENERGY SERVICES 940-668-8518 | GAINESVILLE | TX | $143.93 ♦ |
| 07/18/22 | SUNOCO ENERGY SERVICES 940-668-8518 | GAINESVILLE | TX | $21.85 ♦ |
| 07/18/22 | HUNTERS TUNNEL EXPRESS 041399800869510 9406653519 | GAINESVILLE | TX | $18.00 ♦ |

Continued on next page



**Business Platinum Card**
ALLIANCE ENERGY PART
DUSTIN T ETTER
Closing Date 07/24/22

p. 5/9

Account Ending 0-61006

| **Detail Continued** | | | ♦ - denotes Pay Over Time activity |
|---|---|---|---|
| | | | **Amount** |

| 07/19/22 | AplPay UBER EATS<br>8005928996 | SAN FRANCISCO | CA | $36.62 ♦ |
|---|---|---|---|---|
| 07/19/22 | AplPay UBER EATS<br>8005928996 | SAN FRANCISCO | CA | $101.11 ♦ |
| 07/19/22 | AMAZON.COM<br>GENERAL MERCHANDISE | SEATTLE | WA | $221.97 ♦ |
| 07/20/22 | AplPay UBER EATS<br>8005928996 | SAN FRANCISCO | CA | $52.79 ♦ |
| 07/21/22 | NEIL'S VALERO 000000000640490<br>9407592923 | MUENSTER | TX | $100.00 ♦ |

**JEROD P FURR**
Card Ending 0-61014

| | | | | **Amount** |
|---|---|---|---|---|
| 06/24/22 | SHERWIN WILLIAMS 707501 7501<br>281-356-7107 | MAGNOLIA | TX | $127.58 ♦ |
| 06/25/22 | SONIC DRIVE IN OF HONEA<br>9362714757 | MAGNOLIA | TX | $23.56 ♦ |
| 06/27/22 | INTUIT *PAYROLLEE USAGE<br>CL.INTUIT.COM | 800-446-8848 | CA | $8.66 ♦ |
| 06/27/22 | HCTRA EZ TAG REBILL<br>281-875-3279 | 281-875-3279 | TX | $80.00 ♦ |
| 06/29/22 | ECOSHIELD PEST SOLUTIONS 4368455582590<br>INFO@THESHIELDCO.COM | HOUSTON | TX | $568.31 |
| 06/29/22 | ENVERUS 092490014387188<br>271859 000000 | 888-477-7667 | TX | $222.79 |
| 07/01/22 | UNITED AIRLINES<br>UNITED AIRLINES<br>From:  To:<br>HOUSTON INTERCONTI  OKLAHOMA CITY WILL<br>Ticket Number: 01624215838372<br>Passenger Name: HICKS/JOSLYN<br>Document Type: PASSENGER TICKET<br>Carrier:  Class:<br>UA  00<br>Date of Departure: 07/05 | HOUSTON | TX | $467.60 |
| 07/01/22 | UNITED AIRLINES<br>UNITED AIRLINES<br>From:  To:<br>HOUSTON INTERCONTI  OKLAHOMA CITY WILL<br>Ticket Number: 01624215838383<br>Passenger Name: HICKS/TAYLORDAVID<br>Document Type: PASSENGER TICKET<br>Carrier:  Class:<br>UA  00<br>Date of Departure: 07/05 | HOUSTON | TX | $467.60 |
| 07/03/22 | 15528 FM 2854 RD 57546413600<br>9365882636 | MONTGOMERY | TX | $128.60 |
| 07/08/22 | UBER EATS<br>8005928996 | SAN FRANCISCO | CA | $19.63 ♦ |
| 07/08/22 | UBER EATS<br>8005928996 | SAN FRANCISCO | CA | $4.00 ♦ |
| 07/08/22 | HCTRA EZ TAG REBILL<br>281-875-3279 | 281-875-3279 | TX | $80.00 |
| 07/10/22 | ESCALANTE'S WOODLAND<br>RESTAURANT | THE WOODLANDS | TX | $96.40 |
| 07/10/22 | 15528 FM 2854 RD 57546413600<br>9365882636 | MONTGOMERY | TX | $44.56 |
| 07/12/22 | CITIZENS GRILL 650000011183251<br>9363200022 | CONROE | TX | $56.55 |
| 07/14/22 | HCTRA EZ TAG REBILL<br>281-875-3279 | 281-875-3279 | TX | $80.00 |

Continued on reverse

DUSTIN T ETTER                      Account Ending 0-61006                                    p. 6/9

## Detail Continued

♦ - denotes Pay Over Time activity

| | | | | Amount |
|---|---|---|---|---|
| 07/15/22 | UBER EATS<br>KFZVNYPS 94103 | SAN FRANCISCO | CA | $25.30 |
| 07/15/22 | CUTTEN MOWERS Y MAS LLC 000000001<br>2812524545 | MAGNOLIA | TX | $1,074.09 ♦ |
| 07/15/22 | GOOGLE*DOMAINS GOOGLE PAYMENT<br>COMPUTER PROGRAMMING | G.CO HELPPAY# | | $90.17 ♦ |
| 07/16/22 | TMOBILE*AUTO PAY<br>981209502 98006 | 800-937-8997 | WA | $200.00 ♦ |
| 07/16/22 | 15528 FM 2854 RD 57546413600<br>9365882636 | MONTGOMERY | TX | $124.93 ♦ |
| 07/17/22 | SONIC DRIVE IN #3255 000000000493116<br>9365882100 | MONTGOMERY | TX | $22.58 ♦ |
| 07/18/22 | HCTRA EZ TAG REBILL<br>281-875-3279 | 281-875-3279 | TX | $80.00 ♦ |
| 07/19/22 | TMOBILE*AUTO PAY<br>981203869 98006 | 800-937-8997 | WA | $50.00 ♦ |
| 07/19/22 | TMOBILE*AUTO PAY<br>981204081 98006 | 800-937-8997 | WA | $50.00 ♦ |
| 07/19/22 | TAILGATORS PUB AND GRILL 00-0803354903<br>BAR/NIGHTCLUB | MAGNOLIA | TX | $41.61 ♦ |
| 07/21/22 | KUNTRY KATFISH<br>USFC1MAGD77304 | CONROE | TX | $56.00 ♦ |
| 07/22/22 | UBER EATS<br>8005928996 | SAN FRANCISCO | CA | $7.00 ♦ |
| 07/22/22 | UBER EATS<br>8005928996 | SAN FRANCISCO | CA | $32.74 ♦ |
| 07/22/22 | HCTRA EZ TAG REBILL<br>281-875-3279 | 281-875-3279 | TX | $80.00 ♦ |
| 07/24/22 | KOLACHE FACTORY - #101 0000<br>FAST FOOD RESTAURANT | MAGNOLIA | TX | $30.80 ♦ |

## Fees

| | Amount |
|---|---|
| Total Fees for this Period | $0.00 |

## Interest Charged

| | Amount |
|---|---|
| Total Interest Charged for this Period | $0.00 |

### About Trailing Interest

You may see interest on your next statement even if you pay the new balance in full and on time and make no new charges. This is called "trailing interest". Trailing interest is the interest charged when, for example, you didn't pay your previous balance in full. When that happens, we charge interest from the first day of the billing period until we receive your payment in full. You can avoid paying interest on purchases by paying your balance in full and on time each month. Please see the "When we charge interest" sub-section in your Cardmember Agreement for details.

Continued on next page

**Business Platinum Card**
ALLIANCE ENERGY PART
DUSTIN T ETTER
Closing Date 07/24/22

p. 7/9

Account Ending 0-61006

---

## 2022 Fees and Interest Totals Year-to-Date

| | Amount |
|---|---|
| Total Fees in 2022 | $0.00 |
| Total Interest in 2022 | $0.00 |
| | |

---

## Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| | Annual Percentage Rate | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| Pay Over Time option | 19.74% (v) | $0.00 | $0.00 |
| Promotional Pay Over Time Rate Expires 12/23/2022 then will go to 19.74% (v) | 3.99% | $0.00 | $0.00 |
| **Total** | | | **$0.00** |

(v) Variable Rate

---

## Information on Pay Over Time

### There is a no pre-set spending limit on your Card
No Preset Spending Limit means your spending limit is flexible. Unlike a traditional card with a set limit, the amount you can spend adjusts based on factors such as your purchase, payment, and credit history.

### Pay Over Time Limit
There is a limit to your Pay Over Time feature balance. Your Pay Over Time Limit is $15,000.00. We may approve or decline a charge regardless of whether your Card account balance exceeds or does not exceed your Pay Over Time Limit. You must pay in full all charges that are not placed into a Pay Over Time balance by the Payment Due Date.

### Available Pay Over Time Limit
Your Available Pay Over Time Limit is $10,127.51 and is accurate as of your statement date. This Limit is the remaining amount that you can add to your Pay Over Time balance. The Available Pay Over Time Limit amount is calculated by subtracting your Pay Over Time balance from your Pay Over Time Limit. If you have a preset spending limit on your account that is less than your Pay Over Time Limit, you may not be able to use some or all of your Available Pay Over Time Limit.

### Pay Over Time Setting:   ON
The setting indicated above is accurate as of your statement closing date. For the most up to date setting, please refer to your online account. If your setting is On, eligible charges will be placed in your Pay Over Time balance up to your Pay Over Time Limit. If your setting is Off, all charges will be added to your Pay In Full balance and no new charges will be included in your Pay Over Time balance. If you have an existing Pay Over Time balance, you can continue to pay this off over time with interest, as long as you pay your minimum due each month by your Payment Due Date.

DUSTIN T ETTER

Account Ending 0-61006



ALLIANCE ENERGY PART
DUSTIN T ETTER

Closing Date 07/24/22

p. 9/9
Account Ending 0-61006

## IMPORTANT NOTICES

### EFT Error Resolution Notice

In Case of Errors or Questions About Your Electronic Transfers Telephone us at 1-800-IPAY-AXP for Pay By Phone questions, at 1-800-528-2122 for Pay By Computer questions, and at 1-800-528-4800 for AutoPay and at 1-800-CASH NOW for Express Cash questions. You may also write us at American Express, Electronic Funds Services, P.O. Box 981531, El Paso TX 79998-1531, or contact us online at www.americanexpress.com/inquirycenter as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

### Your Cardmember Agreement

To access the most up to date version of your Cardmember Agreement, please log in to your Account at **www.americanexpress.com**.

### Delta Sky Club® Access Policy Update

**Effective June 1, 2022**, the Delta Sky Club access policy is changing. Platinum Card Member(s) must present a boarding pass that shows a reservation for a same-day Delta-marketed or Delta-operated flight departing from or arriving at the airport in which the Delta Sky Club is located. Eligible Card Members on departing flights can only access the Delta Sky Club within 3 hours of their flight's scheduled departure time. Card Members with a connecting flight may access Delta Sky Clubs at any time during their layover. All Delta Sky Club rules apply. To review the Delta Sky Club access policy and rules, please visit **delta.com/us/en/delta-sky-club/access**. Additional restrictions may apply. For the Delta Sky Club access requirements as part of the Global Lounge Collection benefit, please visit **thecenturionlounge.com**.

### Departures

Your Business Platinum Card® membership gives you access to the exclusive Departures™ world, which includes original stories told from unexpected perspectives, found only on Departures.com.

*End of Important Notices.*



**Business Platinum Card**
ALLIANCE ENERGY PART
DUSTIN T ETTER
Closing Date 05/24/23     Next Closing Date 06/23/23
Account Ending 0-61006

p. 1/10

Customer Care:  1-800-492-8468
TTY:  Use Relay 711
Website:  americanexpress.com

| | |
|---|---|
| New Balance | **$16,466.53** |
| Minimum Payment Due | **$4,289.59** |
| Payment Due Date | **06/18/23** |

**Late Payment Warning:** If you do not pay the Minimum Payment Due by the Payment Due Date of 06/18/23 , you may have to pay a late fee of $39.00 and your Pay Over Time APR may be increased to the Penalty APR of 29.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your Pay Over Time balance. For example:

| If you make no additional charges and each month you pay... | You will pay off the balance shown on this statement in about... | And you will pay an estimated total of... |
|---|---|---|
| Only the Minimum Payment Due | 24 years | $35,234 |

If you would like information about credit counseling services, call 1-888-733-4139.

➡ See page 2 for important information about your account.

➡ Please refer to the **IMPORTANT NOTICES** section on **page 9.**

➡ For information on your Pay Over Time feature and limit, see **page 8**

**Membership Rewards® Points**
Available and Pending as of 04/30/23

**17,630**

For up to date point balance and full program details, visit **membershiprewards.com**

**Account Summary**

**Pay In Full Portion**
| | |
|---|---|
| Previous Balance | $2,431.92 |
| Payments/Credits | -$2,431.92 |
| New Charges | +$4,166.59 |
| Fees | +$0.00 |
| New Balance  = | $4,166.59 |

**Pay Over Time Portion**
| | |
|---|---|
| Previous Balance | $10,918.05 |
| Payments/Credits | -$10,918.05 |
| New Charges | +$12,299.94 |
| Fees | +$0.00 |
| Interest Charged | +$0.00 |
| New Balance  = | $12,299.94 |
| Minimum Due | $123.00 |

**Account Total**
| | |
|---|---|
| **Previous Balance** | **$13,349.97** |
| Payments/Credits | -$13,349.97 |
| New Charges | +$16,466.53 |
| Fees | +$0.00 |
| Interest Charged | +$0.00 |
| **New Balance** | **$16,466.53** |
| **Minimum Payment Due** | **$4,289.59** |

| | |
|---|---|
| **Pay Over Time Limit** | $15,000.00 |
| **Available Pay Over Time Limit** | $2,700.06 |
| Days in Billing Period:  31 | |

⇓ Please fold on the perforation below, detach and return with your payment ⇓

 **Payment Coupon**
Do not staple or use paper clips

 **Pay by Computer**
americanexpress.com/
business

 **Pay by Phone**
1-800-472-9297

**Account Ending 0-61006**

Enter 15 digit account # on all payments.
Make check payable to American Express.

DUSTIN T ETTER
ALLIANCE ENERGY PART
20008 CHAMPN FRST DR
STE 1203
SPRING TX 77379

Payment Due Date
**06/18/23**

New Balance
**$16,466.53**

Minimum Payment Due
**$4,289.59**

See reverse side for instructions on how to update your address, phone number, or email.

AMERICAN EXPRESS
PO BOX 6031
CAROL STREAM IL 60197-6031

$_____•_____
**Amount Enclosed**

0000349929141460486  001646653000428959  20  H

**Payments:** Your payment must be sent to the payment address shown on your statement and must be received by 5 p.m. local time at that address to be credited as of the day it is received. Payments we receive after 5 p.m. will not be credited to your Account until the next day. Payments must also: (1) include the remittance coupon from your statement; (2) be made with a single check drawn on a US bank and payable in US dollars, or with a negotiable instrument payable in US dollars and clearable through the US banking system; and (3) include your Account number. If your payment does not meet all of the above requirements, crediting may be delayed and you may incur late payment fees and additional interest charges. Electronic payments must be made through an electronic payment method payable in US dollars and clearable through the US banking system. Please do not send post-dated checks as they will be deposited upon receipt. Any restrictive language on a payment we accept will have no effect on us without our express prior written approval. We will re-present to your financial institution any payment that is returned unpaid.

**Permission for Electronic Withdrawal:** (1) When you send a check for payment, you give us permission to electronically withdraw your payment from your deposit or other asset account. We will process checks electronically by transmitting the amount of the check, routing number, account number and check serial number to your financial institution, unless the check is not processable electronically or a less costly process is available. When we process your check electronically, your payment may be withdrawn from your deposit or other asset account as soon as the same day we receive your check, and you will not receive that cancelled check with your financial account statement. If we cannot collect the funds electronically we may issue a draft against your deposit or other asset account for the amount of the check. (2) By using Pay By Computer, Pay By Phone or any other electronic payment service of ours, you give us permission to electronically withdraw funds from the deposit or other asset account you specify in the amount you request. Payments using such services of ours received after 8:00 p.m. MST may not be credited until the next day.

**How We Calculate Your Balance:** We use the Average Daily Balance (ADB) method (including new transactions) to calculate the balance on which we charge interest for Pay Over Time balances on your Account. Call the Customer Care number on page 3 for more information about this balance computation method and how resulting interest charges are determined. *The method we use to calculate the ADB and interest results in daily compounding of interest.*

**How to Avoid Paying Interest:** If you have a Pay Over Time balance, your due date is at least 25 days after the close of each billing period. We will not charge interest on charges added to a Pay Over Time balance if you pay the Account Total New Balance by the due date each month.

**Foreign Currency Charges:** If you make a Charge in a foreign currency, we will convert it into US dollars on the date we or our agents process it. We will choose a conversion rate that is acceptable to us for that date, unless a particular rate is required by law. The conversion rate we use is no more than the highest official rate published by a government agency or the highest interbank rate we identify from customary banking sources on the conversion date or the prior business day. This rate may differ from rates in effect on the date of your charge. Charges converted by establishments will be billed at the rates such establishments use.

**Credit Balance:** A credit balance (designated CR) shown on this statement represents money owed to you. If within the six-month period following the date of the first statement indicating the credit balance you do not request a refund or charge enough to use up the credit balance, we will send you a check for the credit balance within 30 days if the amount is $1.00 or more.

**Credit Reporting:** We may report information about your Account to credit bureaus. Late payments, missed payments, or other defaults on your Account may be reflected in your credit report.

**Billing Dispute Procedures**

What To Do If You Think You Find A Mistake On Your Statement
If you think there is an error on your statement, write to us at:
American Express, PO Box 981535, El Paso TX 79998-1535
In your letter, give us the following information:
- *Account information:* Your name and account number.
- *Dollar amount:* The dollar amount of the suspected error.
- *Description of Problem:* Describe what you believe is wrong and why you believe it is a mistake.
You must contact us:
- Within 60 days after the error appeared on your statement.
- At least 2 business days before an automated payment is scheduled, if you want to stop payment on the amount you think is wrong.
You must notify us of any potential errors in writing. You may call us, but if you do we may not follow these procedures and you may have to pay the amount in question.

What Will Happen After We Receive Your Letter
When we receive your letter, we will do two things:
1. Within 30 days of receiving your letter, we will tell you that we received your letter. We will also tell you if we have already corrected the error.
2. We will investigate your inquiry and will either correct the error or explain to you why we believe the bill is correct.
While we investigate whether or not there has been an error:
- We will not try to collect the amount in question.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.
After we finish our investigation, one of two things will happen:
- If we made a mistake: You will not have to pay the amount in question or any interest or other fees related to that amount.
- If we do not believe there was a mistake: You will have to pay the amount in question, along with applicable interest and fees. We will send you a statement of the amount you owe and the date payment is due. We may report you as delinquent if you do not pay the amount we think you owe.

**Change of Address, phone number, email**

- Online at **www.americanexpress.com/updatecontactinfo**
- Via mobile device
- Voice automated: call the number on the back of your card
- For name, company name, and foreign address or phone changes, please call Customer Care

**Please do not add any written communication or address change on this stub**

## Pay Your Bill with AutoPay

Deduct your payment from your bank account automatically each month.

- Avoid late fees
- Save time

Visit **americanexpress.com/autopay** today to enroll.

For information on how we protect your privacy and to set your communication and privacy choices, please visit **www.americanexpress.com/privacy.**



**Business Platinum Card**
ALLIANCE ENERGY PART
DUSTIN T ETTER
Closing Date 05/24/23

p. 3/10

Account Ending 0-61006

 **Customer Care & Billing Inquiries**
International Collect
Express Cash
**Large Print & Braille Statements**

1-800-492-8468
1-623-492-7719
1-800-CASH-NOW
**1-800-492-8468**

**Hearing Impaired**
Online chat at **americanexpress.com** or use **Relay dial 711** and **1-800-492-8468**

**Website:** americanexpress.com

**Customer Care** | **Payments**
**& Billing Inquiries** | PO BOX 6031
P.O. BOX 981535 | CAROL STREAM IL
EL PASO, TX | 60197-6031
79998-1535

---

## Payments and Credits

### Summary

|  | Pay In Full | Pay Over Time ♦ | Total |
|---|---|---|---|
| Payments | -$2,431.92 | -$10,918.05 | -$13,349.97 |
| Credits | $0.00 | $0.00 | $0.00 |
| **Total Payments and Credits** | **-$2,431.92** | **-$10,918.05** | **-$13,349.97** |

### Detail   *Indicates posting date

| Payments | | | Amount |
|---|---|---|---|
| 05/05/23* | DUSTIN T ETTER | ONLINE PAYMENT - THANK YOU | -$13,349.97 |

---

## New Charges

### Summary

|  | Pay In Full | Pay Over Time ♦ | Total |
|---|---|---|---|
| DUSTIN T ETTER 0-61006 | $946.40 | $3,764.15 | $4,710.55 |
| JEROD P FURR 0-61014 | $3,220.19 | $5,249.60 | $8,469.79 |
| JEANA HURLEY 0-63028 | $0.00 | $3,286.19 | $3,286.19 |
| **Total New Charges** | **$4,166.59** | **$12,299.94** | **$16,466.53** |

### Detail   ♦ - denotes Pay Over Time activity

 **DUSTIN T ETTER**
Card Ending 0-61006

|  |  |  |  | Amount |
|---|---|---|---|---|
| 04/22/23 | THE CORNERSTONE CAFE 940-736-5998 | GAINESVILLE | TX | $46.36 ♦ |
| 04/24/23 | FFS GAINESVILLE CARDLOCK 956-722-5251 | GAINESVILLE | TX | $35.39 ♦ |
| 04/25/23 | SONIC DRIVE-IN 9407592429 | MUENSTER | TX | $7.29 ♦ |
| 04/25/23 | STARBUCKS 8007827282 | 800-782-7282 | WA | $30.00 ♦ |
| 04/25/23 | 319 HWY 82 WEST 57521834903 9406122032 | LINDSAY | TX | $65.95 ♦ |
| 04/25/23 | 319 HWY 82 WEST 57521834903 9406122032 | LINDSAY | TX | $5.72 ♦ |
| 04/27/23 | AplPay TRULATA +14055518399 | WASHINGTON | DC | $25.00 ♦ |
| 04/27/23 | STARBUCKS 8007827282 | 800-782-7282 | WA | $30.00 ♦ |
| 04/27/23 | HEB ONLINE #108 0000 855-803-0611 | 855-803-0611 | TX | $82.56 ♦ |

Continued on reverse

DUSTIN T ETTER                          Account Ending 0-61006

## Detail Continued                                                          ♦ - denotes Pay Over Time activity

|  |  |  |  | Amount |
|---|---|---|---|---|
| 04/28/23 | AplPay BT*DD *DOORDASH PISOCIAL<br>8559731040 | SAN FRANCISCO | CA | $54.10 ♦ |
| 04/28/23 | AplPay BT*DD *DOORDASH NOODLEHOU<br>8559731040 | SAN FRANCISCO | CA | $27.16 ♦ |
| 04/28/23 | AplPay BT*DD *DOORDASH KUNGFUTEA<br>8559731040 | SAN FRANCISCO | CA | $19.19 ♦ |
| 04/29/23 | CHEVRON 0371975/CHEVRON<br>SERVICE STN | MIDLAND | TX | $92.34 ♦ |
| 04/29/23 | CHEVRON 0371975/CHEVRON<br>SERVICE STN | MIDLAND | TX | $14.05 ♦ |
| 04/29/23 | AplPay BT*DD *DOORDASH RAYSITALI<br>8559731040 | SAN FRANCISCO | CA | $51.50 ♦ |
| 04/29/23 | STARBUCKS<br>8007827282 | 800-782-7282 | WA | $30.00 ♦ |
| 04/30/23 | AMBIT TEXAS, LLC<br>UTL-EL/GS/WT | DALLAS | TX | $127.73 |
| 05/01/23 | AplPay BT*DD *DOORDASH WINGSTOP<br>8559731040 | SAN FRANCISCO | CA | $117.07 |
| 05/01/23 | HUNTERS TUNNEL EXPRESS 041399800869510<br>9406653519 | GAINESVILLE | TX | $16.00 |
| 05/02/23 | DIRECTV STREAM<br>SVOD | DALLAS | TX | $167.78 |
| 05/03/23 | MICROSOFT*MICROSOFT 365 F<br>Z521U7DQXPZ4 98052 | MSBILL.INFO |  | $108.24 |
| 05/03/23 | STARBUCKS<br>8007827282 | 800-782-7282 | WA | $30.00 |
| 05/03/23 | ADOBE ACROPRO SUBS Adobe Systems<br>8004438158 | SAN JOSE | CA | $51.94 |
| 05/04/23 | AplPay BT*DD *DOORDASH VILLAGRAN<br>8559731040 | SAN FRANCISCO | CA | $168.09 |
| 05/04/23 | STARBUCKS<br>8007827282 | 800-782-7282 | WA | $30.00 |
| 05/04/23 | FFS GAINESVILLE CARDLOCK<br>956-722-5251 | GAINESVILLE | TX | $129.55 |
| 05/06/23 | STARBUCKS<br>8007827282 | 800-782-7282 | WA | $30.00 ♦ |
| 05/07/23 | STARBUCKS<br>8007827282 | 800-782-7282 | WA | $30.00 ♦ |
| 05/07/23 | CENEX RED RIVER FARM COOP<br>AUTO FUEL DISPENSER | GAINESVILLE | TX | $64.14 ♦ |
| 05/07/23 | CENEX RED RIVER FARM COOP<br>AUTO FUEL DISPENSER | GAINESVILLE | TX | $52.56 ♦ |
| 05/07/23 | CENEX RED RIVER FARM COOP<br>AUTO FUEL DISPENSER | GAINESVILLE | TX | $6.63 ♦ |
| 05/08/23 | AT&T  *PAYMENT<br>AT&T UVERSE | 800-288-2020 | FL | $71.16 ♦ |
| 05/08/23 | ADOBE CREATIVE CLOUD Adobe Systems<br>ADOBE.LY/ENUS | SAN JOSE | CA | $59.53 ♦ |
| 05/08/23 | HEB ONLINE #108 0000<br>855-803-0611 | 855-803-0611 | TX | $88.50 ♦ |
| 05/08/23 | TKILAZ MEXICAN RESTAURANT 545500001700<br>FRAGOK13@HOTMAIL.COM | MIDLAND | TX | $80.00 ♦ |
| 05/09/23 | AplPay BT*DD *DOORDASH HOPDODDYB<br>8559731040 | SAN FRANCISCO | CA | $23.37 ♦ |
| 05/09/23 | AplPay BT*DD *DOORDASH PRESOTEA-<br>8559731040 | SAN FRANCISCO | CA | $10.17 ♦ |

Continued on next page



**Business Platinum Card**
ALLIANCE ENERGY PART
DUSTIN T ETTER
Closing Date 05/24/23

p. 5/10

Account Ending 0-61006

| **Detail Continued** | | | ♦ - denotes Pay Over Time activity |
|---|---|---|---|
| | | | **Amount** |
| 05/10/23 | CHEVRON 0371975/CHEVRON<br>SERVICE STN | MIDLAND | TX | $99.17 ♦ |
| 05/10/23 | AplPay BT*DD *DOORDASH PISOCIAL<br>8559731040 | SAN FRANCISCO | CA | $32.20 ♦ |
| 05/10/23 | AplPay BT*DD *DOORDASH KUNGFUTEA<br>8559731040 | SAN FRANCISCO | CA | $12.19 ♦ |
| 05/10/23 | STARBUCKS<br>8007827282 | 800-782-7282 | WA | $30.00 ♦ |
| 05/10/23 | DOLLAR GENERAL #22930 000022930<br>8006789258 | FORESTBURG | TX | $2.39 ♦ |
| 05/10/23 | KING & I 0000<br>432-682-0988 | MIDLAND | TX | $112.67 ♦ |
| 05/11/23 | AplPay SWEET JAYNE'S BAKESHOP 0000<br>940-902-8038 | GAINESVILLE | TX | $37.47 ♦ |
| 05/12/23 | STARBUCKS<br>8007827282 | 800-782-7282 | WA | $30.00 ♦ |
| 05/12/23 | PGA TOUR SUPERSTORE<br>817-722-5190 | SOUTHLAKE | TX | $517.44 ♦ |
| 05/13/23 | CENEX RED RIVER FARM COOP<br>AUTO FUEL DISPENSER | GAINESVILLE | TX | $57.65 ♦ |
| 05/13/23 | CENEX RED RIVER FARM COOP<br>AUTO FUEL DISPENSER | GAINESVILLE | TX | $99.77 ♦ |
| 05/13/23 | CENEX RED RIVER FARM COOP<br>AUTO FUEL DISPENSER | GAINESVILLE | TX | $77.54 ♦ |
| 05/13/23 | STARBUCKS<br>8007827282 | 800-782-7282 | WA | $30.00 ♦ |
| 05/13/23 | SWEET JAYNE'S BAKESHOP 0000<br>940-902-8038 | GAINESVILLE | TX | $26.74 ♦ |
| 05/13/23 | Paymentwall<br>GENERAL MERCHANDISE | SEOUL | | $10.99 ♦ |
| 05/15/23 | AplPay DOORDASH*MARBLE SLAB C<br>+16506819470 | SAN FRANCISCO | CA | $33.06 ♦ |
| 05/15/23 | HEB ONLINE #108 0000<br>855-803-0611 | 855-803-0611 | TX | $59.05 ♦ |
| 05/16/23 | STARBUCKS<br>8007827282 | 800-782-7282 | WA | $30.00 ♦ |
| 05/16/23 | IRON HORSE TRAVEL CENTER 000000098<br>3253130005 | MERKEL | TX | $100.00 ♦ |
| 05/16/23 | EXXONMOBIL 4823<br>00580319 76251<br>400<br>480 | MONTAGUE | TX | $16.19 ♦ |
| 05/17/23 | SIRIUS XM RADIO INC.<br>RADIO SERVICE | 888-635-5144 | NY | $48.58 ♦ |
| 05/17/23 | AplPay SWEET JAYNE'S BAKESHOP 0000<br>940-902-8038 | GAINESVILLE | TX | $23.71 ♦ |
| 05/17/23 | AT&T MOBILITY RECURRING<br>800-331-0500 | 800-288-2020 | TX | $322.25 ♦ |
| 05/17/23 | ROCK CREEK - GOLF SHOP ROCK CREEK - GO<br>SPORTING GOODS STORE | GORDONVILLE | TX | $134.61 ♦ |
| 05/17/23 | ROCK CREEK - RESTAURAN ROCK CREEK - RE<br>RESTAURANT | GORDONVILLE | TX | $25.00 ♦ |
| 05/19/23 | SONIC DRIVE-IN<br>9407592429 | MUENSTER | TX | $7.37 ♦ |

Continued on reverse

DUSTIN T ETTER

Account Ending 0-61006

## Detail Continued

♦ - denotes Pay Over Time activity

| | | | | | Amount |
|---|---|---|---|---|---|
| 05/20/23 | SWEET JAYNE'S BAKESHOP 0000<br>940-902-8038 | GAINESVILLE | TX | | $19.60 ♦ |
| 05/20/23 | STARBUCKS<br>8007827282 | 800-782-7282 | WA | | $30.00 ♦ |
| 05/20/23 | CENEX RED RIVER FARM COOP<br>AUTO FUEL DISPENSER | GAINESVILLE | TX | | $99.13 ♦ |
| 05/20/23 | CENEX RED RIVER FARM COOP<br>AUTO FUEL DISPENSER | GAINESVILLE | TX | | $76.56 ♦ |
| 05/21/23 | STARBUCKS<br>8007827282 | 800-782-7282 | WA | | $30.00 ♦ |
| 05/21/23 | CENEX RED RIVER FARM COOP<br>AUTO FUEL DISPENSER | GAINESVILLE | TX | | $94.23 ♦ |
| 05/23/23 | CHEVRON 0371975/CHEVRON<br>SERVICE STN | MIDLAND | TX | | $153.65 ♦ |
| 05/23/23 | AplPay BT*DD *DOORDASH PRESOTEA-<br>8559731040 | SAN FRANCISCO | CA | | $10.17 ♦ |
| 05/23/23 | AplPay BT*DD *DOORDASH JERSEYMIK<br>8559731040 | SAN FRANCISCO | CA | | $33.72 ♦ |
| 05/23/23 | STARBUCKS<br>8007827282 | 800-782-7282 | WA | | $30.00 ♦ |
| 05/23/23 | O'REILLY AUTO PARTS<br>800-755-6759 | BRECKENRIDGE | TX | | $72.99 ♦ |
| 05/23/23 | SUNSET GAS & GRILL 000000000625663<br>9408454771 | SUNSET | TX | | $5.39 ♦ |

**JEROD P FURR**
Card Ending 0-61014

| | | | | | Amount |
|---|---|---|---|---|---|
| 04/21/23 | HOTEL DEREK 650000012409564<br>Arrival Date          Departure Date<br>04/21/23              04/23/23<br>00000000<br>LODGING | HOUSTON | TX | | $2,862.50 ♦ |
| 04/23/23 | STARBUCKS STORE 0624<br>FAST FOOD RESTAURANT | HOUSTON | TX | | $22.68 ♦ |
| 04/26/23 | SUBWAY<br>FAST FOOD RESTAURANT | HOUSTON | TX | | $18.27 ♦ |
| 04/27/23 | INTUIT *PAYROLLEE USAGE<br>CL.INTUIT.COM | 800-446-8848 | CA | | $43.30 ♦ |
| 04/28/23 | EXXONMOBIL 4790<br>936-273-0301 | MAGNOLIA | TX | | $102.32 |
| 04/29/23 | ENVERUS<br>SOFTWARE | 800-282-4245 | TX | | $1,111.32 |
| 05/01/23 | ECOSHIELD PEST SOLUTIONS 4368455582590<br>INFO@THESHIELDCO.COM | HOUSTON | TX | | $568.31 |
| 05/02/23 | ON STREET<br>PARKING LOT & GARAGE | HOUSTON | TX | | $3.50 ♦ |
| 05/03/23 | TST* MAGNOLIA DINER- MONT 00069107<br>RESTAURANT | MONTGOMERY | TX | | $48.49 |
| 05/03/23 | 15528 FM 2854 RD 57546413600<br>9365882636 | MONTGOMERY | TX | | $74.58 |
| 05/05/23 | UNITED AIRLINES<br>UNITED AIRLINES<br>From:                    To:<br>HOUSTON INTERCONTI     CALGARY<br>                         HOUSTON INTERCONTI<br>Ticket Number: 01624845318062<br>Passenger Name: FURR/CORRINALUISE<br>Document Type: PASSENGER TICKET | HOUSTON<br><br>Carrier:     Class:<br>UA           00<br>UA           00<br>Date of Departure: 05/24 | TX | | $1,315.17 |

Continued on next page



**Business Platinum Card**
ALLIANCE ENERGY PART
DUSTIN T ETTER
Closing Date 05/24/23

p. 7/10

Account Ending 0-61006

## Detail Continued

♦ - denotes Pay Over Time activity

| | | | | Amount |
|---|---|---|---|---|
| 05/09/23 | JERSEY MIKES 15128 0000<br>281-789-7446 | MAGNOLIA | TX | $37.77 ♦ |
| 05/10/23 | BUC-EE'S #17/UNBRANDED<br>GROCERY STOR | LULING | TX | $23.29 ♦ |
| 05/11/23 | QT 4058 OUTSIDE/QUIKTRIP 554204058<br>FUEL OUTSIDE | SAN ANTONIO | TX | $78.85 ♦ |
| 05/11/23 | ELMENDORF HOTEL<br>Arrival Date          Departure Date<br>05/10/23              05/11/23<br>00000000<br>LODGING | ELMENDORF | TX | $103.91 ♦ |
| 05/11/23 | ELMENDORF HOTEL<br>Arrival Date          Departure Date<br>05/10/23              05/11/23<br>00000000<br>LODGING | ELMENDORF | TX | $103.91 ♦ |
| 05/11/23 | CHIPOTLE 3680 0000<br>303-595-4000 | MAGNOLIA | TX | $21.81 ♦ |
| 05/12/23 | HCTRA EZ TAG REBILL<br>281-875-3279 | | 281-875-3279 | TX | $80.00 ♦ |
| 05/16/23 | TMOBILE*AUTO PAY<br>981209502 98006 | | 800-937-8997 | WA | $200.00 ♦ |
| 05/16/23 | SUBWAY<br>FAST FOOD RESTAURANT | MAGNOLIA | TX | $33.67 ♦ |
| 05/16/23 | GRAND LIQUOR<br>936-588-8987 | MONTGOMERY | TX | $90.84 ♦ |
| 05/18/23 | MCDONALD'S F32281 000000000976681<br>2812552434 | TOMBALL | TX | $40.06 ♦ |
| 05/19/23 | TMOBILE*AUTO PAY<br>981203869 98006 | | 800-937-8997 | WA | $50.00 ♦ |
| 05/19/23 | TMOBILE*AUTO PAY<br>981204081 98006 | | 800-937-8997 | WA | $50.00 ♦ |
| 05/19/23 | PERRYS STEAK HOUSE & G 0000<br>RESTAURANT | SPRING | TX | $1,136.18 ♦ |
| 05/19/23 | EXXONMOBIL 4790<br>01176093 77354<br>420<br>480<br>410 | MAGNOLIA | TX | $21.87 ♦ |
| 05/20/23 | AUGUSTA PINES GOLF CLUB<br>2812901900 | SPRING | TX | $198.97 ♦ |
| 05/22/23 | SUBWAY<br>FAST FOOD RESTAURANT | MAGNOLIA | TX | $28.22 ♦ |

**JEANA HURLEY**
Card Ending 0-63028

| | | | | Amount |
|---|---|---|---|---|
| 04/29/23 | AGP*BTPROPANE<br>UTILITIES | | 610-337-7000 | PA | $503.48 ♦ |
| 05/09/23 | FGT*ACL AMEX WKND 1<br>8885127469 | AUSTIN | TX | $1,020.00 ♦ |
| 05/12/23 | COMCAST HOUSTON CS 1X<br>CABLE SVCS | (800)266-2278 | TX | $688.97 ♦ |
| 05/17/23 | ASMC LLC 0602<br>888-660-0334 | LIBERTYVILLE | IL | $1,045.70 ♦ |
| 05/23/23 | H-E-B #725 000000000361983<br>8009874438 | SPRING | TX | $28.04 ♦ |

Continued on reverse

DUSTIN T ETTER                 Account Ending 0-61006                          p. 8/10

---

## Fees

| | Amount |
|---|---|
| **Total Fees for this Period** | **$0.00** |

---

## Interest Charged

| | Amount |
|---|---|
| **Total Interest Charged for this Period** | **$0.00** |

### About Trailing Interest

You may see interest on your next statement even if you pay the new balance in full and on time and make no new charges. This is called "trailing interest". Trailing interest is the interest charged when, for example, you didn't pay your previous balance in full. When that happens, we charge interest from the first day of the billing period until we receive your payment in full. You can avoid paying interest on purchases by paying your balance in full and on time each month. Please see the "When we charge interest" sub-section in your Cardmember Agreement for details.

---

## 2023 Fees and Interest Totals Year-to-Date

| | Amount |
|---|---|
| Total Fees in 2023 | $0.00 |
| Total Interest in 2023 | $0.00 |

---

## Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| | Annual Percentage Rate | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| Pay Over Time option | 23.24% (v) | $0.00 | $0.00 |
| **Total** | | | **$0.00** |

(v) Variable Rate

---

### Information on Pay Over Time

#### There is a no pre-set spending limit on your Card

No Preset Spending Limit means your spending limit is flexible. Unlike a traditional card with a set limit, the amount you can spend adjusts based on factors such as your purchase, payment, and credit history.

#### Pay Over Time Limit

There is a limit to your Pay Over Time feature balance. Your Pay Over Time Limit is $15,000.00. We may approve or decline a charge regardless of whether your Card account balance exceeds or does not exceed your Pay Over Time Limit. You must pay in full all charges that are not placed into a Pay Over Time balance by the Payment Due Date.

#### Available Pay Over Time Limit

Your Available Pay Over Time Limit is $2,700.06 and is accurate as of your statement date. This Limit is the remaining amount that you can add to your Pay Over Time balance. The Available Pay Over Time Limit amount is calculated by subtracting your Pay Over Time balance from your Pay Over Time Limit. If you have a preset spending limit on your account that is less than your Pay Over Time Limit, you may not be able to use some or all of your Available Pay Over Time Limit.

#### Pay Over Time Setting:   ON

The setting indicated above is accurate as of your statement closing date. For the most up to date setting, please refer to your online account. If your setting is On, eligible charges will be placed in your Pay Over Time balance up to your Pay Over Time Limit. If your setting is Off, all charges will be added to your Pay In Full balance and no new charges will be included in your Pay Over Time balance. If you have an existing Pay Over Time balance, you can continue to pay this off over time with interest, as long as you pay your minimum due each month by your Payment Due Date.



ALLIANCE ENERGY PART
DUSTIN T ETTER

Closing Date 05/24/23

p. 9/10
Account Ending 0-61006

## IMPORTANT NOTICES

### EFT Error Resolution Notice

In Case of Errors or Questions About Your Electronic Transfers Telephone us at 1-800-IPAY-AXP for Pay By Phone questions, at 1-800-528-2122 for Pay By Computer questions, and at 1-800-528-4800 for AutoPay and at 1-800-CASH NOW for Express Cash questions. You may also write us at American Express, Electronic Funds Services, P.O. Box 981531, El Paso TX 79998-1531, or contact us online at www.americanexpress.com/inquirycenter as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

### Update to $189 CLEAR® Credit

We want to inform you that the statement credit benefit, formerly known as $189 CLEAR® Credit, will now be known as $189 CLEAR® Plus Credit. The benefit itself remains unchanged.

As a reminder, with this benefit, Business Platinum Card® Members can earn up to $189 in statement credits per calendar year after they use their Business Platinum Card® to pay for the annual CLEAR® Plus membership (subject to auto-renewal). Purchases by both the Basic Card Member and any Additional Card Members on the Card Account are eligible for statement credits. However, the total amount of statement credits for eligible purchases will not exceed $189 on the Card Account per calendar year. Additional terms apply, please see **americanexpress.com/businessplatinum**

*End of Important Notices.*

DUSTIN T ETTER

Account Ending 0-61006



**Business Platinum Card**
ALLIANCE ENERGY PART
DUSTIN T ETTER
Closing Date 05/24/23

Account Ending 0-61006



Auto
Purchasing
Program

Powered by

TrueCar®



Buy your next car with ease. With the AMEX Auto Purchasing Program, you can shop new and used vehicles online and see what others paid for the car you want. Compare top models and get upfront price offers on in-stock inventory, before visiting a dealership. When you are ready to purchase your next car, you can put $2,000 or more towards your car purchase on your American Express® Card at participating Certified Dealers. Once you have your new ride – earn up to $2,000 in post-sale benefits when you report your purchase from a participating Certified Dealer. Terms apply, see site for details.

To learn more and start your search, visit amexnetwork.truecar.com or scan the QR code.



DUSTIN T ETTER

Account Ending 0-61006

## American Express® Cards Warmly Welcomed

**LIVECHAT**
LiveChat is a complete customer service platform that delights your customers & can help fuel your sales. Turn website traffic into growing revenue. Visit us at **livechat.com**.

**RACKSOLUTIONS**
Helping solve some of IT's tough mounting challenges, small IT to some of the largest data centers. Ready-made and custom solutions. Visit **racksolutions.com/small**

**MUD PIE**
Home - Kids - Women. Shop gifts & décor that add style & inspiration to special moments & everyday celebrations. Because every day is a gift.
**mudpie.com**
**678-397-0170**



### Business Platinum Card
ALLIANCE ENERGY PART
DUSTIN T ETTER
Closing Date 08/24/23     Next Closing Date 09/22/23
Account Ending 0-61006

p. 1/12

Customer Care: 1-800-492-8468
TTY: Use Relay 711
Website: americanexpress.com

| | |
|---|---|
| **New Balance** | **$46,445.74** |
| **Minimum Payment Due** | **$31,681.83** |
| **Payment Due Date** | **09/18/23** |

**Late Payment Warning:** If you do not pay the Minimum Payment Due by the Payment Due Date 09/18/23 , you may have to pay a late fee of $39.00 and your Pay Over Time APR may be increased to the Penalty APR of 29.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your Pay Over Time balance. For example:

| If you make no additional charges and each month you pay... | You will pay off the balance shown on this statement in about... | And you will pay an estimated total of... |
|---|---|---|
| Only the Minimum Payment Due | 26 years | $43,373 |

If you would like information about credit counseling services, call 1-888-733-4139.

See page 2 for important information about your account.

Please refer to the **IMPORTANT NOTICES** section on **page 11.**

For information on your Pay Over Time feature and limit, see **page 10**

*Continued on page 3*

### Membership Rewards® Points
Available and Pending as of 07/31/23

**4,898**

For up to date point balance and full program details, visit **membershiprewards.com**

### Account Summary

**Pay In Full Portion**
| | |
|---|---|
| Previous Balance | $5,556.56 |
| Payments/Credits | -$5,695.78 |
| New Charges | +$31,672.05 |
| Fees | +$0.00 |
| New Balance = | $31,532.83 |

**Pay Over Time Portion**
| | |
|---|---|
| Previous Balance | $7,605.23 |
| Payments/Credits | -$7,811.91 |
| New Charges | +$15,119.59 |
| Fees | +$0.00 |
| Interest Charged | +$0.00 |
| New Balance = | $14,912.91 |
| Minimum Due | $149.00 |

**Account Total**
| | |
|---|---|
| **Previous Balance** | **$13,161.79** |
| Payments/Credits | -$13,507.69 |
| New Charges | +$46,791.64 |
| Fees | +$0.00 |
| Interest Charged | +$0.00 |
| **New Balance** | **$46,445.74** |
| **Minimum Payment Due** | **$31,681.83** |

| | |
|---|---|
| **Pay Over Time Limit** | $15,000.00 |
| **Available Pay Over Time Limit** | $87.09 |
| Days in Billing Period: 31 | |

---

↓ Please fold on the perforation below, detach and return with your payment ↓

 **Payment Coupon**
Do not staple or use paper clips

 **Pay by Computer**
americanexpress.com/
business

 **Pay by Phone**
1-800-472-9297

**Account Ending 0-61006**

Enter 15 digit account # on all payments.
Make check payable to American Express.

DUSTIN T ETTER
ALLIANCE ENERGY PART
20008 CHAMPN FRST DR
STE 1203
SPRING TX 77379

Payment Due Date
**09/18/23**

New Balance
**$46,445.74**

Minimum Payment Due
**$31,681.83**

See reverse side for instructions on how to update your address, phone number, or email.

AMERICAN EXPRESS
PO BOX 6031
CAROL STREAM IL 60197-6031

$_____ • _____
**Amount Enclosed**

0000349929141160486  0046445740003168183  20  H

**Payments:** Your payment must be sent to the payment address shown on your statement and must be received by 5 p.m. local time at that address to be credited as of the day it is received. Payments we receive after 5 p.m. will not be credited to your Account until the next day. Payments must also: (1) include the remittance coupon from your statement; (2) be made with a single check drawn on a US bank and payable in US dollars, or with a negotiable instrument payable in US dollars and clearable through the US banking system; and (3) include your Account number. If your payment does not meet all of the above requirements, crediting may be delayed and you may incur late payment fees and additional interest charges. Electronic payments must be made through an electronic payment method payable in US dollars and clearable through the US banking system. Please do not send post-dated checks as they will be deposited upon receipt. Any restrictive language on a payment we accept will have no effect on us without our express prior written approval. We will re-present to your financial institution any payment that is returned unpaid.

**Permission for Electronic Withdrawal:** (1) When you send a check for payment, you give us permission to electronically withdraw your payment from your deposit or other asset account. We will process checks electronically by transmitting the amount of the check, routing number, account number and check serial number to your financial institution, unless the check is not processable electronically or a less costly process is available. When we process your check electronically, your payment may be withdrawn from your deposit or other asset account as soon as the same day we receive your check, and you will not receive that cancelled check with your financial account statement. If we cannot collect the funds electronically we may issue a draft against your deposit or other asset account for the amount of the check. (2) By using Pay By Computer, Pay By Phone or any other electronic payment service of ours, you give us permission to electronically withdraw funds from the deposit or other asset account you specify in the amount you request. Payments using such services of ours received after 8:00 p.m. MST may not be credited until the next day.

**How We Calculate Your Balance:** We use the Average Daily Balance (ADB) method (including new transactions) to calculate the balance on which we charge interest for Pay Over Time balances on your Account. Call the Customer Care number on page 3 for more information about this balance computation method and how resulting interest charges are determined. *The method we use to calculate the ADB and interest results in daily compounding of interest.*

**How to Avoid Paying Interest:** If you have a Pay Over Time balance, your due date is at least 25 days after the close of each billing period. We will not charge interest on charges added to a Pay Over Time balance if you pay the Account Total New Balance by the due date each month.

**Foreign Currency Charges:** If you make a Charge in a foreign currency, we will convert it into US dollars on the date we or our agents process it. We will choose a conversion rate that is acceptable to us for that date, unless a particular rate is required by law. The conversion rate we use is no more than the highest official rate published by a government agency or the highest interbank rate we identify from customary banking sources on the conversion date or the prior business day. This rate may differ from rates in effect on the date of your charge. Charges converted by establishments will be billed at the rates such establishments use.

**Credit Balance:** A credit balance (designated CR) shown on this statement represents money owed to you. If within the six-month period following the date of the first statement indicating the credit balance you do not request a refund or charge enough to use up the credit balance, we will send you a check for the credit balance within 30 days if the amount is $1.00 or more.

**Credit Reporting:** We may report information about your Account to credit bureaus. Late payments, missed payments, or other defaults on your Account may be reflected in your credit report.

**Billing Dispute Procedures**

<u>What To Do If You Think You Find A Mistake On Your Statement</u>
If you think there is an error on your statement, write to us at:
American Express, PO Box 981535, El Paso TX 79998-1535
In your letter, give us the following information:
- *Account information:* Your name and account number.
- *Dollar amount:* The dollar amount of the suspected error.
- *Description of Problem:* Describe what you believe is wrong and why you believe it is a mistake.
You must contact us:
- Within 60 days after the error appeared on your statement.
- At least 2 business days before an automated payment is scheduled, if you want to stop payment on the amount you think is wrong.
You must notify us of any potential errors in writing. You may call us, but if you do we may not follow these procedures and you may have to pay the amount in question.

<u>What Will Happen After We Receive Your Letter</u>
When we receive your letter, we will do two things:
1. Within 30 days of receiving your letter, we will tell you that we received your letter. We will also tell you if we have already corrected the error.
2. We will investigate your inquiry and will either correct the error or explain to you why we believe the bill is correct.
While we investigate whether or not there has been an error:
- We will not try to collect the amount in question.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.
After we finish our investigation, one of two things will happen:
- If we made a mistake: You will not have to pay the amount in question or any interest or other fees related to that amount.
- If we do not believe there was a mistake: You will have to pay the amount in question, along with applicable interest and fees. We will send you a statement of the amount you owe and the date payment is due. We may report you as delinquent if you do not pay the amount we think you owe.

**Change of Address, phone number, email**

- Online at **www.americanexpress.com/updatecontactinfo**
- Via mobile device
- Voice automated: call the number on the back of your card
- For name, company name, and foreign address or phone changes, please call Customer Care

**Please do not add any written communication or address change on this stub**

### Pay Your Bill with AutoPay

Deduct your payment from your bank account automatically each month.

- Avoid late fees
- Save time

Visit **americanexpress.com/autopay** today to enroll.

For information on how we protect your privacy and to set your communication and privacy choices, please visit **www.americanexpress.com/privacy.**



**Business Platinum Card**
ALLIANCE ENERGY PART
DUSTIN T ETTER
Closing Date 08/24/23

p. 3/12

Account Ending 0-61006

| 📞 | **Customer Care & Billing Inquiries** | | 🖥️ | **Website:** americanexpress.com |
|---|---|---|---|---|
| | International Collect | **1-800-492-8468** | | |
| | Express Cash | 1-623-492-7719 | | **Customer Care** / **Payments** |
| | **Large Print & Braille Statements** | 1-800-CASH-NOW | | **& Billing Inquiries** / PO BOX 6031 |
| | | **1-800-492-8468** | | P.O. BOX 981535 / CAROL STREAM IL |
| | **Hearing Impaired** | | | EL PASO, TX / 60197-6031 |
| | Online chat at **americanexpress.com** or use **Relay dial 711** and **1-800-492-8468** | | | 79998-1535 |



Put More Time to Business
and Less Time to Bills

Grant a member of your team access to your account to log in and
securely handle expense management on your behalf. Terms apply.
Learn more.
Visit **www.AmericanExpress.com/enrollAM** to enroll an Account Manager now.

AMEX

## Payments and Credits

### Summary

| | Pay In Full | Pay Over Time ♦ | Total |
|---|---|---|---|
| **Payments** | -$5,556.56 | -$7,605.23 | -$13,161.79 |
| **Credits** | | | |
| DUSTIN T ETTER 0-61006 | -$139.22 | -$206.68 | -$345.90 |
| **Total Payments and Credits** | **-$5,695.78** | **-$7,811.91** | **-$13,507.69** |

| **Detail**  *Indicates posting date | | | ♦ - denotes Pay Over Time activity |
|---|---|---|---|
| **Payments** | | | **Amount** |
| 07/26/23* | DUSTIN T ETTER | ONLINE PAYMENT - THANK YOU | -$13,161.79 |
| **Credits** | | | **Amount** |
| 07/31/23* | DUSTIN T ETTER | AMAZON SHOP WITH POINTS CREDIT | -$139.22 |
| 08/07/23 | DUSTIN T ETTER | FLOWER SHOP NETWORK | -$154.04 ♦ |
| | | PARAGOULD        AR | |
| | | 17001322 72450 | |
| 08/24/23 | DUSTIN T ETTER | AplPay UBER EATS | -$52.64 ♦ |
| | | help.uber.com    CA | |
| | | 8005928996 | |

## New Charges

### Summary

| | Pay In Full | Pay Over Time ♦ | Total |
|---|---|---|---|
| DUSTIN T ETTER 0-61006 | $246.91 | $8,390.04 | $8,636.95 |
| JEROD P FURR 0-61014 | $31,425.14 | $4,023.74 | $35,448.88 |
| JEANA HURLEY 0-63028 | $0.00 | $2,705.81 | $2,705.81 |
| **Total New Charges** | **$31,672.05** | **$15,119.59** | **$46,791.64** |

Continued on reverse

| **Detail** | ♦ - denotes Pay Over Time activity |
| --- | --- |

**DUSTIN T ETTER**
Card Ending 0-61006

| | | | | Amount |
| --- | --- | --- | --- | --- |
| 07/23/23 | HEB ONLINE #108 0000<br>855-803-0611 | 855-803-0611 | TX | $163.92 ♦ |
| 07/24/23 | STARBUCKS<br>8007827282 | 800-782-7282 | WA | $30.00 ♦ |
| 07/24/23 | IRON HORSE TRAVEL CENTER 000000098<br>3253130005 | MERKEL | TX | $100.00 ♦ |
| 07/24/23 | IRON HORSE TRAVEL CENTER 000000098<br>3253130005 | MERKEL | TX | $23.80 ♦ |
| 07/24/23 | MUNICIPAL GOLF COURS<br>4326857360 | MIDLAND | TX | $5.00 ♦ |
| 07/24/23 | MUNICIPAL GOLF COURS<br>4326857360 | MIDLAND | TX | $22.87 ♦ |
| 07/24/23 | O MULLIGANS 19TH HOLE LTD 000000001<br>4326872441 | MIDLAND | TX | $4.20 ♦ |
| 07/24/23 | MUNICIPAL GOLF COURS<br>4326857360 | MIDLAND | TX | $94.22 ♦ |
| 07/25/23 | AplPay BT*DD *DOORDASH SUMOSUSHI<br>8559731040 | SAN FRANCISCO | CA | $55.17 ♦ |
| 07/26/23 | AplPay BT*DD *DOORDASH PRESOTEA-<br>8559731040 | SAN FRANCISCO | CA | $10.17 ♦ |
| 07/26/23 | AplPay BT*DD *DOORDASH NOODLEHOU<br>8559731040 | SAN FRANCISCO | CA | $47.27 ♦ |
| 07/26/23 | TST* THE HUMAN BEAN - MID 300551197<br>5416012347 | MIDLAND | TX | $6.50 ♦ |
| 07/26/23 | STARBUCKS<br>8007827282 | 800-782-7282 | WA | $25.00 ♦ |
| 07/26/23 | STARBUCKS<br>8007827282 | 800-782-7282 | WA | $30.00 ♦ |
| 07/27/23 | AplPay TRULATA<br>+14055518399 | WASHINGTON | DC | $25.00 ♦ |
| 07/27/23 | STARBUCKS<br>8007827282 | 800-782-7282 | WA | $30.00 ♦ |
| 07/28/23 | STARBUCKS<br>8007827282 | 800-782-7282 | WA | $30.00 ♦ |
| 07/28/23 | PATRIOT PRODCTS LLC 0000<br>888-561-4748 | SANGER | TX | $2.50 ♦ |
| 07/28/23 | GULF OIL<br>9406121121 | 800-774-4853 | MA | $96.32 ♦ |
| 07/28/23 | GULF OIL<br>9406121121 | 800-774-4853 | MA | $49.27 ♦ |
| 07/28/23 | PATRIOT PRODCTS LLC 0000<br>888-561-4748 | SANGER | TX | $2.50 ♦ |
| 07/29/23 | CENEX RED RIVER FARM COOP<br>AUTO FUEL DISPENSER | GAINESVILLE | TX | $65.47 ♦ |
| 07/29/23 | CENEX RED RIVER FARM COOP<br>AUTO FUEL DISPENSER | GAINESVILLE | TX | $83.28 ♦ |
| 07/29/23 | SWEET JAYNE'S BAKESHOP 0000<br>940-902-8038 | GAINESVILLE | TX | $28.33 ♦ |
| 07/29/23 | 319 HWY 82 WEST 57521834903<br>9406122032 | LINDSAY | TX | $102.55 ♦ |
| 07/29/23 | PATRIOT PRODCTS LLC 0000<br>888-561-4748 | SANGER | TX | $2.50 ♦ |
| 07/30/23 | AMAZON MARKETPLACE PAYMENTS<br>AMZN.COM/BILL | AMZN.COM/BILL | WA | $139.22 ♦ |

Continued on next page



**Business Platinum Card**
ALLIANCE ENERGY PART
DUSTIN T ETTER
Closing Date 08/24/23

p. 5/12

Account Ending 0-61006

| **Detail Continued** | | | ♦ - denotes Pay Over Time activity |
|---|---|---|---|
| | | | **Amount** |
| 07/30/23 | STARBUCKS<br>8007827282 | 800-782-7282 | WA | $25.00 ♦ |
| 07/30/23 | AMBIT TEXAS, LLC<br>UTL-EL/GS/WT | DALLAS | TX | $158.74 ♦ |
| 07/30/23 | FFS GAINESVILLE CARDLOCK<br>956-722-5251 | GAINESVILLE | TX | $91.00 ♦ |
| 07/30/23 | ATWOOD 56 GAINESVILLE 0000<br>940-668-0983 | GAINESVILLE | TX | $247.01 ♦ |
| 07/31/23 | AMAZON MARKETPLACE NA PA<br>BOOK STORES | AMZN.COM/BILL | WA | $81.11 ♦ |
| 07/31/23 | STARBUCKS<br>8007827282 | 800-782-7282 | WA | $30.00 ♦ |
| 07/31/23 | FFS GAINESVILLE CARDLOCK<br>956-722-5251 | GAINESVILLE | TX | $17.64 ♦ |
| 08/01/23 | AplPay BT*DD *DOORDASH SUMOSUSHI<br>8559731040 | SAN FRANCISCO | CA | $62.02 ♦ |
| 08/01/23 | AplPay BT*DD *DOORDASH PRESOTEA-<br>8559731040 | SAN FRANCISCO | CA | $10.17 ♦ |
| 08/01/23 | GARELY'S MEXICAN RESTAURANT<br>4326867393 | MIDLAND | TX | $39.74 ♦ |
| 08/02/23 | JUJI'S KITCHEN, LLC<br>squareup.com/receipts | Midland | TX | $36.00 ♦ |
| 08/02/23 | AplPay BT*DD *DOORDASH NOODLEHOU<br>8559731040 | SAN FRANCISCO | CA | $38.40 ♦ |
| 08/02/23 | AplPay BT*DD *DOORDASH PRESOTEA-<br>8559731040 | SAN FRANCISCO | CA | $9.85 ♦ |
| 08/02/23 | STARBUCKS<br>8007827282 | 800-782-7282 | WA | $30.00 ♦ |
| 08/02/23 | DIRECTV STREAM<br>SVOD | DALLAS | TX | $167.78 ♦ |
| 08/02/23 | IRON HORSE TRAVEL CENTER 000000098<br>3253130005 | MERKEL | TX | $100.00 ♦ |
| 08/02/23 | FORESTBURG STORE 00-08023965018<br>MISC FOOD STORE | FORESTBURG | TX | $4.20 ♦ |
| 08/03/23 | FLOWER SHOP NETWORK<br>17001322 72450 | PARAGOULD | AR | $154.04 ♦ |
| 08/03/23 | ST. ANN'S FAMILY FAIR<br>squareup.com/receipts | Midland | TX | $100.00 ♦ |
| 08/03/23 | HUNTERS TUNNEL EXPRESS 041399800869510<br>9406653519 | GAINESVILLE | TX | $18.00 ♦ |
| 08/03/23 | STARBUCKS<br>8007827282 | 800-782-7282 | WA | $30.00 ♦ |
| 08/03/23 | ADOBE ACROPRO SUBS Adobe Systems<br>8004438158 | SAN JOSE | CA | $51.94 ♦ |
| 08/03/23 | D MAX CINEMA 000000001<br>9406659999 | GAINESVILLE | TX | $18.25 ♦ |
| 08/04/23 | AplPay BT*DD *DOORDASH FUKUJAPAN<br>8559731040 | SAN FRANCISCO | CA | $173.47 ♦ |
| 08/04/23 | DONALD ROSS SPORTWEAR WEB 565500000542<br>ROB@DONALDROSS.COM | CLARENCE CTR | NY | $372.83 ♦ |
| 08/04/23 | STARBUCKS<br>8007827282 | 800-782-7282 | WA | $25.00 ♦ |
| 08/05/23 | HUNTERS TUNNEL EXPRESS 041399800869510<br>9406653519 | GAINESVILLE | TX | $18.00 ♦ |

Continued on reverse

DUSTIN T ETTER

Account Ending 0-61006

## Detail Continued

♦ - denotes Pay Over Time activity

| | | | | Amount |
|---|---|---|---|---|
| 08/05/23 | STARBUCKS<br>8007827282 | 800-782-7282 | WA | $25.00 ♦ |
| 08/05/23 | CENEX RED RIVER FARM COOP<br>AUTO FUEL DISPENSER | GAINESVILLE | TX | $73.72 ♦ |
| 08/05/23 | PEGASUS BAR OMNI DCCH PEGASUS BAR OMN<br>214-744-6664 | DALLAS | TX | $90.00 ♦ |
| 08/05/23 | BOBS STK & CHOP LAMAR<br>214-744-6664 | DALLAS | TX | $620.00 ♦ |
| 08/05/23 | SWEET JAYNE'S BAKESHOP 0000<br>940-902-8038 | GAINESVILLE | TX | $17.80 ♦ |
| 08/05/23 | 2AMERAIR CENTR 1488044004<br>994882169129223817SZ19<br>food and beverage | DALLAS | TX | $71.82 ♦ |
| 08/06/23 | Uber Trip<br>DJBQQ2W6 75202 | help.uber.com | CA | $23.85 ♦ |
| 08/06/23 | W DALLAS VICTORY FB W DALLAS VICTOR<br>214-397-4100 | DALLAS | TX | $350.00 ♦ |
| 08/07/23 | CHEVRON 0358937/CHEVRON<br>SERVICE STN | SANTO | TX | $138.10 ♦ |
| 08/07/23 | CHEVRON 0358937/CHEVRON<br>SERVICE STN | SANTO | TX | $14.24 ♦ |
| 08/07/23 | TACO CABANA<br>800-580-8668 | SEGUIN | TX | $13.60 ♦ |
| 08/07/23 | STARBUCKS<br>8007827282 | 800-782-7282 | WA | $30.00 ♦ |
| 08/07/23 | TACO CASA #045 000000001<br>8179919362 | SANTO | TX | $11.21 ♦ |
| 08/07/23 | CASEY'S TIRE AND BRAKE 739293975301826<br>CASEYTIREANDBRAKE@YAHOO.C | GAINESVILLE | TX | $15.45 ♦ |
| 08/08/23 | AplPay UBER EATS<br>8005928996 | help.uber.com | CA | $24.10 ♦ |
| 08/08/23 | AT&T  *PAYMENT<br>AT&T UVERSE | 800-288-2020 | FL | $76.18 ♦ |
| 08/08/23 | AplPay UBER EATS<br>8005928996 | help.uber.com | CA | $13.81 ♦ |
| 08/08/23 | ADOBE CREATIVE CLOUD Adobe Systems<br>ADOBE.LY/ENUS | SAN JOSE | CA | $59.53 ♦ |
| 08/09/23 | AplPay BT*DD *DOORDASH SAPPOROJA<br>8559731040 | SAN FRANCISCO | CA | $88.75 ♦ |
| 08/09/23 | AplPay BT*DD *DOORDASH COLDSTONE<br>8559731040 | SAN FRANCISCO | CA | $25.78 ♦ |
| 08/09/23 | ANGUS VALERO 000000000476499<br>9999999999 | CORSICANA | TX | $48.96 ♦ |
| 08/10/23 | STARBUCKS<br>8007827282 | 800-782-7282 | WA | $30.00 ♦ |
| 08/10/23 | HUNTER'S OIL DEPOT 0000<br>940-665-6924 | GAINESVILLE | TX | $195.98 ♦ |
| 08/10/23 | NEIL'S VALERO 000000000640490<br>9407592923 | MUENSTER | TX | $100.00 ♦ |
| 08/11/23 | CENEX RED RIVER FARM COOP<br>AUTO FUEL DISPENSER | GAINESVILLE | TX | $99.21 ♦ |
| 08/11/23 | CENEX RED RIVER FARM COOP<br>AUTO FUEL DISPENSER | GAINESVILLE | TX | $69.12 ♦ |
| 08/11/23 | STARBUCKS<br>8007827282 | 800-782-7282 | WA | $30.00 ♦ |
| 08/12/23 | VITA 10 IV THERAPY GAINESVILLE<br>squareup.com/receipts | Gainesville | TX | $350.00 ♦ |

Continued on next page



**Business Platinum Card**
ALLIANCE ENERGY PART
DUSTIN T ETTER
Closing Date 08/24/23

p. 7/12

Account Ending 0-61006

## Detail Continued

♦ - denotes Pay Over Time activity

| | | | | Amount |
|---|---|---|---|---|
| 08/12/23 | CENEX RED RIVER FARM COOP<br>AUTO FUEL DISPENSER | GAINESVILLE | TX | $66.97 ♦ |
| 08/12/23 | CENEX RED RIVER FARM COOP<br>AUTO FUEL DISPENSER | GAINESVILLE | TX | $75.81 ♦ |
| 08/12/23 | SWEET JAYNE'S BAKESHOP 0000<br>940-902-8038 | GAINESVILLE | TX | $27.96 ♦ |
| 08/13/23 | STARBUCKS<br>8007827282 | 800-782-7282 | WA | $30.00 ♦ |
| 08/13/23 | STARBUCKS<br>8007827282 | 800-782-7282 | WA | $25.00 ♦ |
| 08/13/23 | Paymentwall<br>GENERAL MERCHANDISE | SEOUL | | $10.99 ♦ |
| 08/14/23 | STARBUCKS<br>8007827282 | 800-782-7282 | WA | $30.00 ♦ |
| 08/15/23 | STARBUCKS<br>8007827282 | 800-782-7282 | WA | $30.00 ♦ |
| 08/15/23 | HEB ONLINE #108 0000<br>855-803-0611 | 855-803-0611 | TX | $112.95 ♦ |
| 08/15/23 | SZECHUAN HOUSE 0001<br>432-247-1636 | MIDLAND | TX | $78.17 ♦ |
| 08/16/23 | CAVENDERS BOOT #48 0000<br>432-689-9378 | MIDLAND | TX | $226.27 ♦ |
| 08/17/23 | SIRIUS XM RADIO INC.<br>RADIO SERVICE | 888-635-5144 | NY | $48.58 ♦ |
| 08/17/23 | STARBUCKS<br>8007827282 | 800-782-7282 | WA | $30.00 ♦ |
| 08/17/23 | IRON HORSE TRAVEL CENTER 000000098<br>3253130005 | MERKEL | TX | $100.00 ♦ |
| 08/17/23 | AT&T MOBILITY RECURRING<br>800-331-0500 | 800-288-2020 | TX | $346.06 ♦ |
| 08/17/23 | ALLSUPS 102430 000000000840420<br>9999999999 | JACKSBORO | TX | $31.81 ♦ |
| 08/18/23 | EL TAPATIO 403903142701271<br>SINALOA1203@ICLOUD.COM | GAINESVILLE | TX | $65.00 ♦ |
| 08/18/23 | AplPay SWEET JAYNE'S BAKESHOP 0000<br>940-902-8038 | GAINESVILLE | TX | $55.81 ♦ |
| 08/19/23 | NETFLIX.COM<br>NETFLIX.COM | 866-579-7172 | CA | $21.64 ♦ |
| 08/19/23 | CENEX RED RIVER FARM COOP<br>AUTO FUEL DISPENSER | GAINESVILLE | TX | $23.26 ♦ |
| 08/19/23 | CENEX RED RIVER FARM COOP<br>AUTO FUEL DISPENSER | GAINESVILLE | TX | $70.76 ♦ |
| 08/19/23 | AplPay SWEET JAYNE'S BAKESHOP 0000<br>940-902-8038 | GAINESVILLE | TX | $16.71 ♦ |
| 08/20/23 | AplPay UBER EATS<br>8005928996 | help.uber.com | CA | $86.10 ♦ |
| 08/20/23 | STARBUCKS<br>8007827282 | 800-782-7282 | WA | $30.00 ♦ |
| 08/21/23 | CORK AND PIG TAVERN MIDLA 650000011463<br>4324004121 | MIDLAND | TX | $120.00 ♦ |
| 08/21/23 | STARBUCKS<br>8007827282 | 800-782-7282 | WA | $30.00 ♦ |
| 08/21/23 | CRISP GARDEN OPPA KOREAN 0001<br>646-858-9185 | MIDLAND | TX | $182.76 ♦ |

Continued on reverse

## Detail Continued

♦ - denotes Pay Over Time activity

| | | | | Amount |
|---|---|---|---|---|
| 08/22/23 | JUJI'S KITCHEN, LLC<br>squareup.com/receipts | Midland | TX | $55.00 ♦ |
| 08/22/23 | TKILAZ MEXICAN RESTAURANT 924719096497<br>MELY62@HOTMAIL.COM | MIDLAND | TX | $16.12 ♦ |
| 08/22/23 | STRIPES 0909695900 0909<br>999-999-9999 | MIDLAND | TX | $175.00 ♦ |
| 08/22/23 | MICHAEL'S CHARCOAL GRILL 5611050012095<br>432-686-9030 | MIDLAND | TX | $49.85 ♦ |
| 08/22/23 | THE BLUE DOOR 436845559753321<br>THEBLUEDOOR79705@GMAIL.CO | MIDLAND | TX | $246.91 |
| 08/23/23 | STARBUCKS<br>8007827282 | 800-782-7282 | WA | $30.00 ♦ |

**JEROD P FURR**
Card Ending 0-61014

| | | | | Amount |
|---|---|---|---|---|
| 07/25/23 | SONIC DRIVE IN #4076 000000000005625<br>2814191874 | SPRING | TX | $15.57 ♦ |
| 07/26/23 | ECOSHIELD PEST SOLUTIONS 4368455582590<br>INFO@THESHIELDCO.COM | HOUSTON | TX | $568.31 ♦ |
| 07/27/23 | INTUIT *PAYROLLEE USAGE<br>CL.INTUIT.COM | 800-446-8848 | CA | $43.30 ♦ |
| 07/27/23 | TRULUCKS SEAFOOD STEA<br>7137837270 | HOUSTON | TX | $198.08 ♦ |
| 07/28/23 | 15528 FM 2854 RD 57546413600<br>9365882636 | MONTGOMERY | TX | $102.48 ♦ |
| 07/31/23 | SONIC DRIVE IN #4076 000000000005625<br>2814191874 | SPRING | TX | $23.99 ♦ |
| 08/02/23 | BEST BUY<br>888BESTBUY | HOUSTON | TX | $162.36 ♦ |
| 08/04/23 | BUC-EE'S #26 OUTSIDE/UNBRANDED<br>GAS AND CONVENIENCE STO | MADISONVILLE | TX | $107.80 ♦ |
| 08/04/23 | BUC-EE'S #26/UNBRANDED<br>GROCERY STOR | MADISONVILLE | TX | $57.46 ♦ |
| 08/04/23 | TST* CHICKEN FOOT CHISHOL 00003733<br>RESTAURANT | OKLAHOMA CITY | OK | $62.15 ♦ |
| 08/04/23 | TST* RISERVA CHISHOLM CRE 00113806<br>RESTAURANT | OKLAHOMA CITY | OK | $40.20 ♦ |
| 08/04/23 | TST* CHICKEN FOOT CHISHOL 00003733<br>RESTAURANT | OKLAHOMA CITY | OK | $42.40 ♦ |
| 08/05/23 | MCDONALD'S<br>4054785444 | EDMOND | OK | $23.10 ♦ |
| 08/05/23 | MCDONALD'S<br>4054785444 | EDMOND | OK | $7.58 ♦ |
| 08/06/23 | QT<br>INSIDE SALE | HUTCHINS | TX | $19.65 ♦ |
| 08/06/23 | ENVERUS, INC.<br>SOFTWARE | 800-282-4245 | TX | $256.21 ♦ |
| 08/06/23 | ONCUE 134 09485327<br>ONCUE 134 | OKLAHOMA CITY | OK | $19.29 ♦ |
| 08/06/23 | ONCUE 134 09485327<br>ONCUE 134 | OKLAHOMA CITY | OK | $83.08 ♦ |
| 08/10/23 | SUNOCO 0893649400 0893<br>936-756-6738 | CONROE | TX | $110.39 ♦ |
| 08/10/23 | NAPA PARTS 0031703 0031<br>936-597-5355 | MONTGOMERY | TX | $296.50 ♦ |

Continued on next page



**Business Platinum Card**
ALLIANCE ENERGY PART
DUSTIN T ETTER
Closing Date 08/24/23

p. 9/12

Account Ending 0-61006

## Detail Continued

♦ - denotes Pay Over Time activity

| | | | | Amount |
|---|---|---|---|---|
| 08/11/23 | CHEVRON 0376813/CHEVRON SERVICE STN | MAGNOLIA | TX | $86.21 ♦ |
| 08/12/23 | TST* ESCALANTES - THE WO 00104127 RESTAURANT | THE WOODLANDS | TX | $288.56 ♦ |
| 08/12/23 | PERRYS STEAK HOUSE & G 0000 RESTAURANT | SPRING | TX | $109.05 ♦ |
| 08/12/23 | PERRYS STEAK HOUSE & G 0000 RESTAURANT | SPRING | TX | $57.63 ♦ |
| 08/12/23 | PERRYS STEAK HOUSE & G 0000 RESTAURANT | SPRING | TX | $278.20 ♦ |
| 08/14/23 | THE HOME DEPOT 6819 HOME SUPPLY WAREHOUSE | MAGNOLIA | TX | $465.96 ♦ |
| 08/14/23 | THE TOASTED YOLK - MAGNOL 000000001 4695991581 | MAGNOLIA | TX | $61.52 ♦ |
| 08/15/23 | GOODSHUFFLE 2146376334 | DALLAS | TX | $31,387.28 |
| 08/16/23 | TMOBILE*AUTO PAY 981209502 98006 | 800-937-8997 | WA | $200.00 ♦ |
| 08/16/23 | MCDONALD'S F39505 000000000677035 2814634022 | SPRING | TX | $16.32 ♦ |
| 08/17/23 | POPEYES 12638 0000 713-266-8799 | SPRING | TX | $30.39 ♦ |
| 08/17/23 | HCTRA EZ TAG REBILL 281-875-3279 | 281-875-3279 | TX | $80.00 ♦ |
| 08/19/23 | TMOBILE*AUTO PAY 981203869 98006 | 800-937-8997 | WA | $55.00 ♦ |
| 08/19/23 | TMOBILE*AUTO PAY 981204081 98006 | 800-937-8997 | WA | $55.00 ♦ |
| 08/23/23 | AUTOZONE #4201 000004201 8002886966 | MAGNOLIA | TX | $37.86 |

**JEANA HURLEY**
Card Ending 0-63028

| | | | | Amount |
|---|---|---|---|---|
| 07/28/23 | HP INSTANT INK DELIVERY 3231895196525963 77379 HP INSTANT INK 2023.06.27 - 2023.07.26 | 855-785-2777 | CA | $6.48 ♦ |
| 07/30/23 | AGP*BTPROPANE UTILITIES | 610-337-7000 | PA | $37.70 ♦ |
| 08/06/23 | GOOGLE*DOMAINS GOOGLE PAYMENT BUSINESS SERVICE | G.CO HELPPAY# | | $100.87 ♦ |
| 08/10/23 | AMAZON MARKETPLACE NA PA BOOK STORES | AMZN.COM/BILL | WA | $115.47 ♦ |
| 08/22/23 | HP.COM H355411720 77316 H355411720-539.93 | 800-473-4732 | CA | $539.93 ♦ |
| 08/22/23 | HP.COM H355411737 77316 H355411737-326.86 | 800-473-4732 | CA | $326.86 ♦ |
| 08/22/23 | ASMC LLC 0602 888-660-0334 | LIBERTYVILLE | IL | $1,578.50 ♦ |

Continued on reverse

DUSTIN T ETTER                    Account Ending 0-61006                          p. 10/12

## Fees

| | Amount |
|---|---|
| **Total Fees for this Period** | **$0.00** |

## Interest Charged

| | Amount |
|---|---|
| **Total Interest Charged for this Period** | **$0.00** |

### About Trailing Interest

You may see interest on your next statement even if you pay the new balance in full and on time and make no new charges. This is called "trailing interest". Trailing interest is the interest charged when, for example, you didn't pay your previous balance in full. When that happens, we charge interest from the first day of the billing period until we receive your payment in full. You can avoid paying interest on purchases by paying your balance in full and on time each month. Please see the "When we charge interest" sub-section in your Cardmember Agreement for details.

## 2023 Fees and Interest Totals Year-to-Date

| | Amount |
|---|---|
| Total Fees in 2023 | $0.00 |
| Total Interest in 2023 | $0.00 |

## Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| | Annual Percentage Rate | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| Pay Over Time option | 23.49% (v) | $0.00 | $0.00 |
| **Total** | | | **$0.00** |

(v) Variable Rate

### Information on Pay Over Time

#### There is a no pre-set spending limit on your Card

No Preset Spending Limit means your spending limit is flexible. Unlike a traditional card with a set limit, the amount you can spend adjusts based on factors such as your purchase, payment, and credit history.

#### Pay Over Time Limit

There is a limit to your Pay Over Time feature balance. Your Pay Over Time Limit is $15,000.00. We may approve or decline a charge regardless of whether your Card account balance exceeds or does not exceed your Pay Over Time Limit. You must pay in full all charges that are not placed into a Pay Over Time balance by the Payment Due Date.

#### Available Pay Over Time Limit

Your Available Pay Over Time Limit is $87.09 and is accurate as of your statement date. This Limit is the remaining amount that you can add to your Pay Over Time balance. The Available Pay Over Time Limit amount is calculated by subtracting your Pay Over Time balance from your Pay Over Time Limit. If you have a preset spending limit on your account that is less than your Pay Over Time Limit, you may not be able to use some or all of your Available Pay Over Time Limit.

#### Pay Over Time Setting:   ON

The setting indicated above is accurate as of your statement closing date. For the most up to date setting, please refer to your online account. If your setting is On, eligible charges will be placed in your Pay Over Time balance up to your Pay Over Time Limit. If your setting is Off, all charges will be added to your Pay In Full balance and no new charges will be included in your Pay Over Time balance. If you have an existing Pay Over Time balance, you can continue to pay this off over time with interest, as long as you pay your minimum due each month by your Payment Due Date.



ALLIANCE ENERGY PART
DUSTIN T ETTER

Closing Date 08/24/23

p. 11/12
Account Ending 0-61006

## IMPORTANT NOTICES

### EFT Error Resolution Notice

In Case of Errors or Questions About Your Electronic Transfers Telephone us at 1-800-IPAY-AXP for Pay By Phone questions, at 1-800-528-2122 for Pay By Computer questions, and at 1-800-528-4800 for AutoPay and at 1-800-CASH NOW for Express Cash questions. You may also write us at American Express, Electronic Funds Services, P.O. Box 981531, El Paso TX 79998-1531, or contact us online at www.americanexpress.com/ inquirycenter as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

### Important Information About Your Card

**Effective August 17, 2023**, the Additional Business Green Rewards Card will become the Additional Business Expense Card. The Card, Card Member communications, and all other references will be updated to reflect this name change. When any Additional Business Green Rewards Card(s) associated with your account expire(s), you will receive the updated Additional Business Expense Card by mail. Alternatively, you or your Additional Card Member(s) can request a replacement by going online or calling the number on the back of your Card(s). Your Additional Card Member(s) can continue to use the Additional Business Green Rewards Card(s) associated with your account until expiration and/or replacement.

**Effective November 2, 2023**, your Cardmember Agreement will be updated to reflect the new Card name. We encourage you to share this information with any impacted Additional Card Member(s) on your account.

*End of Important Notices.*

DUSTIN T ETTER

Account Ending 0-61006

p. 12/12

 **Business Platinum Card**
ALLIANCE ENERGY PART
DUSTIN T ETTER
Closing Date 08/24/23

Account Ending 0-61006

**Hiscox.com**




Protecting business dreams since 1901.

# Protect the business you worked so hard to build.

Business insurance provides essential coverage for your company's property, assets, and income. It protects your business from financial losses, legal claims, and other perils you can't see coming. Hiscox offers customized plans for hundreds of professions.



**General Liability**

Protects your business from third-party claims of property damage, bodily injury and more.



**Professional Liability**

Covers errors and omissions or negligence, actual or alleged, related to professional services you provide.



**Business Owners Policy**

Includes general liability coverage plus coverage for your business property, like tools and equipment.



**Cyber Security**

Protects your business from the costs associated with malware, data breaches, phishing attacks and other computer-related crimes.

You can get a quote in just a few minutes, and your coverage could start today. Or, call us at **1-866-470-1371** and speak to one of our licensed advisors to find the plan that's right for your business needs.

 Warmly Welcomed



Learn more

DUSTIN T ETTER

Account Ending 0-61006



# Leave manual payments behind.

Pay online or by phone. We've got you.



**Scan this QR Code for easy payments** or call 1-800-472-9297 for an American Express Customer Care Professional to help you pay your bill online or by phone. We are available 24/7.

---



## Drive ahead with Azuga

Your partner for end-to-end fleet management



**More Info**
www.azuga.com

 

 Warmly Welcomed

---

## American Express® Cards Warmly Welcomed

**WHEATON VAN LINES**
From packing & planning to loading & delivery, we keep you updated with clear communication during your relocation.
**Wheatonworldwide.com
866-979-4446**

**QTEGO LLC**
Are you a school, hospital, or another industry looking to fundraise? Fundraise easier with us!
Visit us @ **Qtego.com**

**MAINSTREETHOST**
Affordable Digital Marketing for Small Businesses. SEO, PPC, Websites, Content & Social Media. Trusted Professionals for 20+ Yrs!
**Mainstreethost.com
888-874-3791**

**CRYSTORAMA**
A wholesale luxurious interior lighting design showcasing chandeliers, ceiling, pendant lighting, and sconces.
**crystorama.com**