IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 25-30155 |
| | § | |
| ALLIANCE FARM AND RANCH, LLC, | § | (CHAPTER 11) |
| | § | |
| DEBTOR | § | |
| | § | |
| IN RE: | § | CASE NO. 25-31937 |
| | § | |
| ALLIANCE ENERGY PARTNERS, LLC, | § | (CHAPTER 11) |
| | § | |
| DEBTOR | § | |
| | § | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**PLEASE TAKE NOTICE** that, pursuant to section 1109(b) of Title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), the law firm of Dykema Gossett PLLC ("**Counsel**") hereby enters its appearance as counsel for the Official Committee of Unsecured Creditors (the "**Committee**").

**PLEASE TAKE FURTHER NOTICE** that Counsel requests that the undersigned be added to the official mailing matrix and service lists in the above captioned chapter 11 cases. Counsel requests, pursuant to Bankruptcy Rules 2002, 3017 and 9007, and section 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or required to be given in these chapter 11 cases and copies of all papers served or required to be served in these chapter 11 cases and all other matters arising herein or in any related adversary proceeding, be given and served upon the Committee through service upon Counsel, at the address, telephone, and email addresses set forth below:

DYKEMA GOSSETT PLLC
William Hotze
Nicholas Zugaro
5 Houston Center
1401 McKinney Street, Suite 1625
Houston, Texas 77010
Phone: 713-904-6900
E-mail: whotze@dykema.com
E-mail: nzugaro@dykema.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant section 1109(b) of the Bankruptcy Code the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, complaint or demand, motion, petition, pleading or request, and answering or reply papers filed in these cases, whether formal or informal, written or oral, and whether served, transmitted or conveyed by mail, email, hand delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-captioned cases and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and Request for Service shall not be deemed or construed to be a waiver of any of the rights of the Committee, including, without limitation, to (i) have final orders in non-core matters entered only after de novo review by a higher court; (ii) trial by jury in any proceeding so triable in these cases, or any cases, controversy, or adversary proceeding related to these cases; (iii) have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which the Committee may be entitled in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: May 14, 2025                                         Respectfully submitted,

                                                **DYKEMA GOSSETT PLLC**

                                                By:  /s/ *William Hotze*
                                                William Hotze
                                                TX State Bar No. 24087754
                                                Nicholas Zugaro
                                                TX State Bar No. 24070905
                                                5 Houston Center
                                                1401 McKinney Street, Suite 1625
                                                Houston, Texas 77010
                                                Telephone: (713) 904-6900
                                                Email: whotze@dykema.com
                                                         nzugaro@dykema.com

                                                *Proposed Co-Counsel for Official Committee of Unsecured Creditors*

**CERTIFICATE OF SERVICE**

    This is to certify that on May 14, 2025, a true and correct copy of the foregoing Notice of Appearance was served via the Court's CM/ECF notification system.

                                                           */s/ William Hotze*
                                                           William Hotze