# IN THE UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 25-30155 |
| | § | |
| ALLIANCE FARM AND RANCH, LLC, | § | (CHAPTER 11) |
| | § | |
| DEBTOR | § | |
| | § | |
| IN RE: | § | CASE NO. 25-31937 |
| | § | |
| ALLIANCE ENERGY PARTNERS, LLC, | § | (CHAPTER 11) |
| | § | |
| DEBTOR | § | |
| | § | |

## WITNESS AND EXHIBIT LIST FOR HEARING ON MAY 20, 2025

| **Main Case No.**: 25-30155 | **Name of Debtor**: Alliance Farm and Ranch, LLC |
|---|---|
| **Witnesses**: | **Judge**: Alfredo R. Perez |
| | **Courtroom Deputy**: Akeita House |
| Corporate representative for the Debtor(s) | **Hearing Date**: May 20, 2025 |
| Any witness(es) designated by any other party | **Hearing Time**: 10:00 A.M. |
| Any rebuttal witness(es) | **Party's Name**: The Official Committee of Unsecured Creditors of Alliance Farm and Ranch, LLC and Alliance Energy Partners, LLC (the "Committee") |
| Any rebuttal witness(es) | **Attorney's Name**: William Hotze |
| | **Attorney's Phone Number**: 713-904-6900 |

## MOTIONS TO BE HEARD

1. Application to Employ Okin Adams Bartlett Curry, LLP as General Counsel to the Debtor [ECF No. 26]; Application to Employ Deborah L. Crain and E-Merger Law, PLLC as Special Counsel [ECF No. 31]; Emergency Motion to Convert Case from Chapter 11 to Chapter 7 [ECF No. 68].

## EXHIBITS

| Ex. No. | Description | Offered | Objection | Admitted/Not Admitted | Disposition |
|---|---|---|---|---|---|
| 1. | Any Exhibits designated by any other party to this matter. | | | | |

      The Committee reserves the right to supplement or amend this Exhibit and Witness list.

Dated:  May 16, 2025

                              Respectfully submitted,

                              **DYKEMA GOSSETT PLLC**

                              By:  <u>/s/ *Nicholas Zugaro*</u>
                              William Hotze
                              TX State Bar No. 24087754
                              Nicholas Zugaro
                              TX State Bar No. 24070905
                              5 Houston Center
                              1401 McKinney Street, Suite 1625
                              Houston, Texas 77010
                              Telephone: (713) 904-6900
                              Email: whotze@dykema.com
                                          nzugaro@dykema.com

                              *Proposed Counsel for Official Committee of*
                              *Unsecured Creditors*

## CERTIFICATE OF SERVICE

    This is to certify that on May 16, 2025, a true and correct copy of the foregoing Notice of Appearance was served via the Court's CM/ECF notification system.

*/s/ Nicholas Zugaro*
Nicholas Zugaro
