IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 25-30155 |
| | § | |
| ALLIANCE FARM AND RANCH, LLC, | § | (CHAPTER 11) |
| | § | |
| DEBTOR | § | |
| | § | |
| IN RE: | § | CASE NO. 25-31937 |
| | § | |
| ALLIANCE ENERGY PARTNERS, LLC, | § | (CHAPTER 11) |
| | § | |
| DEBTOR | § | JOINTLY ADMINISTERED |

## DEBTORS' WITNESS AND EXHIBIT LIST

| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF TEXAS<br>HOUSTON DIVISION ||
|---|---|
| Case No: 25-30155 | Name of Debtor:<br>**Alliance Farm and Ranch, LLC**<br>**Alliance Energy Partners, LLC**<br>**Jointly Administered** |
| Witnesses:<br>　1. Jerod Furr<br>　2. Deborah Crain<br>　3. Timothy L. Wentworth<br>　4. Dustin Etter<br>　5. Witnesses called by opposing counsel | Judge: Alfredo Perez |
| | Hearing Date: May 20, 2025 |
| | Hearing Time: 10:00 a.m. |
| | Party Names:<br>Alliance Farm and Ranch, LLC<br>Alliance Energy Partners, LLC |
| | Attorney's Name: Timothy L. Wentworth |
| | Attorney's Phone: (713) 228-4100 |

**Nature of Proceedings:**

Hearing on *Emergency Motion to Convert Chapter 11 Cases to Chapter 7* (Docket No. 68), *Application for an Order Pursuant to Sections 327(a) and 328(a) of the Bankruptcy Code Authorizing the Employment and Retention of Okin Adams Bartlett Curry LLP as Counsel for the Debtor* (Docket No. 26) and *Application for an Order Pursuant to Section 327 of The Bankruptcy Code Authorizing the Employment and Retention of Deborah L. Crain and E-Merger Law, PLLC as Special Counsel for the Debtor* (Docket No. 31)

| *Ex.#* | *Description* | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| 1 | Okin Adams Engagement Agreement – Alliance Energy Partners | X | | | |
| 2 | Okin Adams Engagement Agreement – Alliance Farm and Ranch | X | | | |
| 3 | Declaration of Timothy L. Wentworth | X | | | |
| 4 | Amended Declaration of Timothy L. Wentworth | X | | | |
| 5 | Crain Engagement Agreement | X | | | |
| 6 | Crain CV | X | | | |
| 7 | Declaration of Deborah Crain | X | | | |

Respectfully submitted this 16th day of May, 2025.

By*:    /s/ Timothy L. Wentworth*
Timothy L. Wentworth
Texas Bar No. 21179000
OKIN ADAMS BARTLETT CURRY LLP
twentworth@okinadams.com
1113 Vine St., Suite 240
Houston, Texas 77002
Tel: 713.228.4100
Fax: 346.247.7158
**PROPOSED ATTORNEYS FOR ALLIANCE FARM AND RANCH, LLC**