# Deborah L. Crain

Attorney at Law

CONTACT INFORMATION
deborah.crain@outlook.com
(832) 449-0222

TEXAS BAR CARD NUMBER (ALSO LICENSED IN LA)
24067319

TX LICENSE DATE
04/02/2009

COURTS OF ADMITTANCE
US Tax Court
Texas Southern District & Bankruptcy Court

EDUCATION
1999
B.S. Marketing, University of New Orleans

2002
J.D., Louisiana State University, Paul M. Hebert School of Law

ADDITIONAL LANGUAGES
American Sign Language

CERTIFICATIONS



Business Coaching Certification

# EXPERIENCE

March 2025 – Present – President, E-MERGER.LAW
1334 Brittmoore Road, #2314, Houston, Texas
At E-Merger, I run a full litigation and transactional practice.  My litigation practice includes business, construction and real estate matters.  I have been twice named as the "litigation attorney" by the Bankruptcy Court, wherein I successfully obtained assets for the estate.  I have extensive litigation experience at every stage of the dispute (including trials).  I have been the President of two BNI chapters, which is a networking group that has national recognition, and I have my Business Coaching Certification from Business Made Simple University.

April 2023 – March 2025 Shareholder, LUGENBUHL
801 Travis Street, Houston, Texas 77002
My practice at Lugenbuhl was identical to what I do at E-Merger (a full transactional and litigation docket).

2020 – (March) 2023 Senior Attorney and Shareholder: Business and Litigation
KEARNEY, MCWILLIAMS & DAVIS, PLLC
55 Waugh Drive, #150, Houston, Texas 77007
My practice at KMD was identical to what I do at E-Merger (a full transactional and litigation docket).

2009 – 2020 Owner, LAW OFFICE OF DEBORAH L. CRAIN, P.C.
10707 Corporate Drive, Suite 100, Stafford, Texas 77477
My practice at the Law Office of Deborah L. Crain, P.C. was the same at Lugenbuhl and KMD, including successful jury trials. I built my book of business to seven figures organically.  I merged with KMD after realizing that I could not scale up further without a full group of attorneys.  I also brought two of my team members to KMD.

2005 – 2009 Staff Attorney - LOUISIANA TAX COMMISSION
5420 Corporate Boulevard, Baton Rouge, LA 70806
At the Tax Commission, I focused on handling hundreds of appeals filed both by Taxpayers and Assessors.  I drafted numerous important decisions on behalf of the Commission, and successfully defended those decisions in Court and one of my cases is still the leading case on due process (for tax sales) in Louisiana.

2002 – 2005 Associate, WHITEHEAD LAW FIRM
11909 Bricksome Ave, Suite W-3, Baton Rouge, LA 70816
While at the Whitehead Law Firm, I successfully defended the Louisiana Department of Transportation and Development in two multi-million dollar claims against seasoned plaintiffs' lawyers. One lawyer in particular, John deGravelles, had only lost three trials in twenty years. He is now a federal court judge. Additionally, I handled corporate matters for clients.

MEMBERSHIPS
Texas State Bar Association, Fort Bend Bar Association, Fort Bend Independent School District Volunteer Corporate Counsel, and Business and Networking International. I also volunteer weekly as a sign language interpreter at my church, Triumph Church in Stafford.  Serving the community is an integral part of who I am.