# SUPPLEMENTAL WITNESS AND EXHIBIT LIST
### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

**U.S. Bankruptcy Judge: Alfredo R Perez**

| | |
|---|---|
| **Main Case No:** | 25-30155 |
| **Name of Debtor:** | Alliance Farm & Ranch, LLC, *et al.* |
| **Adversary Case No:** | |
| **Style of Adversary:** | |

| | | |
|---|---|---|
| **Does this amend or supplement a previously filed Witness & Exhibit List? If so, state the date and CM/ECF No. of such previous filing.** | **Yes** X | **No** |
| | **Date** 5/14/2025 | **CM/ECF No.** Doc. 80 |

| | |
|---|---|
| **Hearing/Trial Date:** | May 20, 2025 |
| **Hearing Time:** | 10:00 AM |
| **Party's Name:** | Dustin Etter |
| **Attorney's Name:** | Heather Heath McIntyre / Noah Meek |

| | CM/ECF No. | Matter |
|---|---|---|
| **Nature of Proceeding(s):** | 26 | Application to Employ Okin Adams Bartlett Curry, LLP as General Counsel |
| | 31 | Application to Employ Deborah L. Crain and E-Merger Law, PLLC as Special Counsel |
| | 68 | Emergency Motion to Convert Case from Chapter 11 to Chapter 7 |

| | | FOR COURT USE ONLY | | |
|---|---|---|---|---|
| **EX. NO.** | **DESCRIPTION** | **OFFERED** | **OBJECTION** | **DISPOSITION** |
| 34. | Mercedes Sales Contract | | | |
| 35. | Mercedes Application for Title | | | |
| 36. | Email with 2021 AEP Balance Sheet | | | |
| 37. | Excerpt from 2022 Tax Return | | | |
| 38. | State Court Discovery Request Excerpt | | | |

Dustin Etter reserves any and all rights to amend or supplement this *Supplemental Witness and Exhibit List*, to call any witnesses designated by any other party, and use any other exhibit designated by any other party to the hearing.

Respectfully submitted,

IRELAN MCDANIEL, PLLC

By: /s/ Noah Meek
     Noah E. W. Meek
     State Bar No. 24084554
     Email: nmeek@imtexaslaw.com
     2520 Caroline St., 2nd Floor
     Houston, Texas 77004
     Phone:   (713) 222-7666
     Fax:        (713) 222-7669

**ATTORNEYS FOR DUSTIN ETTER**

**CERTIFICATE OF SERVICE**

     This is to certify that on May 19, 2025, a true and correct copy of this instrument was served upon all parties **VIA the Court's CM/ECF System** in compliance with the Federal Rules of Bankruptcy Procedure.

/s/ Noah Meek
_____
Noah Meek