# APPLICATION FOR TEXAS TITLE

TYPE OR PRINT NEATLY IN INK

24719

## TAX OFFICE USE ONLY

Tax Collector: _____   County: _____
Date: _____   Transaction Number: _____

**Standard Presumptive Value**
☐ SPV $ _____
Appraisal Value $ _____

| # | Field | Value |
|---|---|---|
| 1 | Vehicle Identification Number | W1NYC7HJ6MX401235 |
| 2 | Year | 2021 |
| 3 | Make | MERCEDES |
| 4 | Body Style | UV |
| 5 | Model | G63W4 |
| 6 | Major Color | WHITE |
| 7 | Minor Color | |
| 8 | Plate No. | |
| 9 | Odometer Reading (no tenths) | 30 |

10. This is the Actual mileage unless one of the following is checked:
☐ N- Not Actual Mileage (WARNING-ODOMETER DISCREPANCY)
☐ Exempt
☐ X- Mileage Exceeds Mechanical Limits

11. Empty Weight: 7,055
12. Carrying Capacity (if any):

13. For corrected title, check reason(s):
☐ Make  ☐ Body Style  ☐ Model  ☐ Change in Vehicle Description  ☐ VIN  ☐ Year
☐ Add Lien  ☐ Remove Lien  ☐ Other  ☐ Odometer Reading  ☐ Odometer Brand

14. Applicant Type: ☒ Individual  ☐ Business  ☐ Government  ☐ Trust  ☐ Non-Profit
First Applicant/Owner Photo ID Number: 20029442   or FEIN/EIN: _____

15. ID Type: ☒ U.S. Driver's License/ID Card   TX   (State/Territory)
☐ U.S. Military ID  ☐ NATO ID  ☐ Passport  _____ (Country)
☐ U.S. Citizenship & Immigration Services/DOJ ID  ☐ U.S. Department of State ID  ☐ Other Military Status of Forces Photo ID  ☐ U.S. Department of Homeland Security ID

16a. Applicant/Owner Legal Name — First / Middle / Last / Suffix (if any)

16b. Entity Name: ALLIANCE ENERGY PARTNERS
17. Owner County of Residence: MIDLAND

18. Additional Owner Name (if applicable) — First / Middle / Last / Suffix

19. Mailing Address: 1412 MOCKINGBIRD LN M210   City: MIDLAND   State: TX   Zip: 79705

20. Previous Owner Name/Business Name: MERCEDES BENZ OF THE WOODLANDS
City: 16917 I-45 SOUTH THE WOODLANDS   State: TX   Zip: 77385
Dealer GDN (if applicable): P128973   Unit No. (if applicable):

21. Renewal Recipient Name (if different) — First / Middle / Last / Suffix
22. Renewal Mailing Address (if different) — City / State / Zip
23. Vehicle Location Address (if different) — City / State / Zip

24. First Lien Date: 08/11/2021
25. Lienholder Name (first): MERCEDES-BENZ FIN SERV USA LLC
26. Certified Lienholder ID No.:
27. Electronic Title Request? ☐ (Cannot check # 28)
28. Additional Lien(s)? ☐ (Attach Form VTR-267)

29. Lienholder Mailing Address: PO BOX 997545   City: SACRAMENTO   State: CA   Zip: 95899

30. Check only if applicable:  **MOTOR VEHICLE TAX STATEMENT**
☐ I hold Motor Vehicle Retailer's (Rental) Permit No. _____ and will satisfy the minimum tax liability (V.A.T.S., Tax Code, §152.046 [c]).
☐ I am a dealer or lessor and qualify to take the Fair Market Value Deduction (V.A.T.S., Tax Code, §152.002 [c]). GDN or Lessor Number _____

31. ☐ Trade-in (if any) Vehicle Identification Number / Year / Make
32. ☐ Additional Trade-ins?

### 33. SALES AND USE TAX COMPUTATION

| | | | |
|---|---|---|---|
| ☒ (a) Sales Price ($ N/A rebate has been deducted) | $ 304175.00 | ☐ $90 New Resident Tax - (Previous State) | N/A |
| (b) Less Trade-in Amount, described in Item 31 above | $( N/A ) | ☐ $5 Even Trade Tax | |
| (c) For Dealers/Lessors/Rental ONLY - Fair Market Value Deduction, described in Item 31 above | $( N/A ) | ☐ $10 Gift Tax - Use Comptroller Form 14-317 | |
| (d) Taxable Amount (Item a minus Item b or Item c) | $ 304175.00 | ☐ $65 Rebuilt Salvage Fee | |
| (e) 6.25% Tax on Taxable Amount (Multiply Item d by .0625) | $ 19010.94 | ☐ 2.5% Emissions Fee (Diesel Vehicles 1996 and Older > 14,000 lbs.) | N/A |
| (f) Late Tax Payment Penalty ☐ 5% or ☐ 10% | $ N/A | ☐ 1% Emissions Fee (Diesel Vehicles 1997 and Newer > 14,000 lbs.) | N/A |
| (g) Tax Paid to _____ (STATE) | $ N/A | Exemption claimed under the Motor Vehicle Sales and Use Tax Law because: | |
| (h) AMOUNT OF TAX AND PENALTY DUE (Item e plus Item f minus Item g) | $ 19010.94 | ☒ $28 or $33 Application Fee for Texas Title (Contact your county tax assessor-collector for the correct fee.) | |

**I Hereby Certify That All Statements In This Document Are True And Correct To The Best Of My Knowledge And Belief.**

34. Signature of Seller, Donor, or Trader — Printed Name: MERCEDES BENZ OF THE WOODLANDS — Date: 08/11/2021
35. Signature of Additional Seller(s), Donor(s), or Trader(s) — Printed Name(s) — Date
36. Signature of Applicant/Owner — Printed Name: ALLIANCE ENERGY PARTNERS — Date: 08/11/2021
37. Signature of Additional Owner(s) — Printed Name(s) — Date

WARNING: Transportation Code, §501.155, provides that falsifying information on title transfer documents is a third-degree felony offense.

Form 130-U (Rev 02/2015)   Online Form at www.TxDMV.gov   42479-1-MBW-FI   Page 1 of 2

AEPARTNERS00728

## GENERAL INSTRUCTIONS
## APPLICATION FOR TEXAS TITLE

This form must be completed and submitted to your county tax assessor-collector accompanied by any required application fee, supporting documents, registration fee, if applicable, and any motor vehicle tax due. An application form may be reproduced or faxed. A completed form must contain the original signature of the buyer. The seller's signature may be reproduced or faxed. All title applications must include one of the government-issued photo IDs listed in Item 15.

**Rights of Survivorship (Optional)** - Two or more persons may enter into a rights of survivorship agreement. It is not restricted to husband and wife. Please use Form VTR-122, *Rights of Survivorship Ownership Agreement for a Motor Vehicle.*

### AVAILABLE HELP

- For assistance in completing this form, contact your county tax assessor-collector.
- For information about motor vehicle sales and use tax or emission fees, contact the Texas Comptroller of Public Accounts, Tax Assistance Section, at 1-800-252-1382 toll free nationwide or call 512-463-4600.
- For title or registration information, contact your county tax assessor-collector or the Texas Department of Motor Vehicles at 1-888-368-4689 or 512-465-3000.

With a few exceptions, you are entitled to be informed about the information the department collects about you. The Texas Government Code entitles you to receive and review the information on request and to request that the department correct any information about you that is deemed incorrect. Please contact the Texas Department of Motor Vehicles at **1-888-368-4689 or 512-465-3000** for details.

### NOTICE

The sales and use tax must be paid to the county tax assessor-collector within 30 days from the date of purchase or entry of the vehicle into Texas. A $2.50 fee for transfer of current registration is due in addition to the title application fees and other applicable fees. If not currently registered, registration fees will be due.

A 6.25 percent motor vehicle sales or use tax is imposed on the sales price (less trade-in allowance) of motor vehicles for use in Texas or a motor vehicle purchased outside of the state and later brought into this state by a Texas resident.

Standard Presumptive Value (SPV) applies to private-party sales of most used motor vehicles purchased or brought into Texas. The tax is computed on the greater of the sales price or 80 percent of the SPV on the day of title application.

New Texas residents are subject to a $90 use tax on a vehicle brought into this state that was previously registered to the new resident in another state or foreign country. This is in lieu of the 6.25 percent use tax imposed on a Texas resident.

There is a $10 gift tax when a person receives a motor vehicle as a gift from an immediate family member, guardian, or a decedent's estate. A vehicle donated to, or given by, a nonprofit service organization qualifying under IRC 501(c)(3) is also taxed as a gift. Both donor and recipient must sign the Comptroller's joint affidavit **Form 14-317**, *Affidavit of Motor Vehicle Gift Transfer*. The affidavit and the title application must be submitted in person by either the donor or recipient.

A transaction in which a motor vehicle is transferred to another person without payment of consideration and one that does not qualify as a gift described above is a sale and will be subject to tax calculated on the vehicle's standard presumptive value.

A late penalty equal to 5 percent of the tax will be charged if the tax or surcharge is paid from 1 to 30 calendar days late. If more than 30 calendar days late, the penalty will be 10 percent of the tax, minimum penalty is $1.

In addition to the late tax payment penalty, Texas Transportation Code provides for an escalating delinquent transfer penalty of up to $250 for failure to apply for title within 30 days from the date of title assignment. Submit this application along with proper evidence of ownership and appropriate valid proof of financial responsibility such as a liability insurance card or policy.

All new residents applying for a Texas title and registration for a motor vehicle must file at the county tax assessor-collector of the county in Texas where the applicant resides within 30 days of establishing residency. Texas law requires that all vehicles previously registered and titled or registered in another state or country be inspected for safety and the vehicle identification number verified before such vehicles may be registered in Texas. These inspections must be made by a state appointed safety inspection station that will complete a Texas Vehicle Inspection Report. This form must be submitted to the county tax assessor-collector with your application for registration and Texas title.