Outlook

## FW: BS

█████████████████████████████████

🔗 1 attachment (172 KB)
2021 Balance Sheet - Accrual.pdf;

█████████████████████████████████

 **Jerod P Furr**
**President / CEO**
**C**: **281.222.8366**
**O: 832.559.7588**
jerod.furr@alliance-energy.org
allianceEP.co

This e-mail and any attachment are confidential and may be privileged or otherwise protected from disclosure. It is solely intended for the person(s) named above. If you are not the intended recipient, any reading, use, disclosure, copying or distribution of all or parts of this e-mail or associated attachments is strictly prohibited. If you are not an intended recipient, please notify the sender immediately by replying to this message or by telephone and delete this e-mail and any attachments permanently from your system.

**From:** jerod.furr@alliance-energy.org <jerod.furr@alliance-energy.org>
**Sent:** Wednesday, February 2, 2022 10:47 AM
**To:** dustin.etter@alliance-energy.org
**Subject:** BS


Jerod P Furr – President/CEO
281-222-8366
Jerod.furr@alliance-energy.org



20008 Champion Forest Dr Ste. 1203
Spring, TX 77379

This e-mail and any attachment are confidential and may be privileged or otherwise protected from disclosure. It is solely intended for the person(s) named above. If you are not the intended recipient, any reading, use, disclosure, copying or distribution of all or parts of this e-mail or associated attachments is

strictly prohibited. If you are not an intended recipient, please notify the sender immediately by replying to this message or by telephone and delete this e-mail and any attachments permanently from your system.

AEPARTNERS000716

1:21 PM
01/19/22
Accrual Basis

# Alliance Energy Partners
## Balance Sheet
### As of December 31, 2021

|  | Dec 31, 21 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| BB&T Business Checking | 1,575,917.19 |
| **Total Checking/Savings** | 1,575,917.19 |
| **Accounts Receivable** | |
| Accounts Receivable | 3,272,216.25 |
| **Total Accounts Receivable** | 3,272,216.25 |
| **Total Current Assets** | 4,848,133.44 |
| **Fixed Assets** | |
| 2021 Mercedes | 335,440.25 |
| Drilling Motors | 89,840.00 |
| F150 Truck - 6103 | 53,070.41 |
| Ford Truck - Dustin - 5943 | 74,000.00 |
| Furniture and Equipment | 5,143.26 |
| Golf Cart | 10,000.00 |
| **Total Fixed Assets** | 567,493.92 |
| **Other Assets** | |
| Investment - Isodrill | 1,125,000.00 |
| **Total Other Assets** | 1,125,000.00 |
| **TOTAL ASSETS** | **6,540,627.36** |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| Accounts Payable | 2,477,782.36 |
| **Total Accounts Payable** | 2,477,782.36 |
| **Other Current Liabilities** | |
| BB&T Line of Credit | -1,772.60 |
| **Total Other Current Liabilities** | -1,772.60 |
| **Total Current Liabilities** | 2,476,009.76 |
| **Long Term Liabilities** | |
| NP - F150 Truck | 44,457.21 |
| NP - Mercedes | 212,223.02 |
| **Total Long Term Liabilities** | 256,680.23 |
| **Total Liabilities** | 2,732,689.99 |
| **Equity** | |
| Member 1 Draws | -642,554.73 |
| Member 1 Equity | 67,000.00 |
| Member 2 Draws | -206,000.00 |
| Retained Earnings | 216,650.61 |
| Net Income | 4,372,841.49 |
| **Total Equity** | 3,807,937.37 |
| **TOTAL LIABILITIES & EQUITY** | **6,540,627.36** |

Page 1

AEPARTNERS000717