| 2022 | Federal Statements | Page 3 |
|---|---|---|
| Client AECON | AE Partners Holdings Inc | 281 |
| 10/13/23 | | 01:55PM |

**Statement 3**
**Form 1120, Schedule L, Line 14**
**Other Assets**

| | AE Partners Holdings Inc. 281 | Alliance Energy Partners LLC 852 | Total | Eliminations | Adjustments | Consolidated |
|---|---|---|---|---|---|---|
| **Beginning:** | | | | | | |
| Investment - Isodrill | | 1,125,000. | 1,125,000. | | | 1,125,000. |
| R&D | | 50,000. | 50,000. | | | 50,000. |
| Total | 0. | 1,175,000. | 1,175,000. | 0. | 0. | 1,175,000. |

| | AE Partners Holdings Inc. 281 | Alliance Energy Partners LLC 852 | Total | Eliminations | Adjustments | Consolidated |
|---|---|---|---|---|---|---|
| **Ending:** | | | | | | |
| Due from AEP Assets Holdings | 939,722. | 2,953,042. | 3,892,764. | 3,892,764. | | 0. |
| Due from AEP Holdings | | 1,086,000. | 1,086,000. | 1,086,000. | | 0. |
| Due from Shareholders | 1,000. | | 1,000. | | | 1,000. |
| Investment - Isodrill | 1,125,000. | | 1,125,000. | | | 1,125,000. |
| NR - Alliance Farm and Ranch | | 1,064,763. | 1,064,763. | | | 1,064,763. |
| R&D | 50,000. | | 50,000. | | | 50,000. |
| US Patent | 50,000. | | 50,000. | | | 50,000. |
| Total | 2,165,722. | 5,103,805. | 7,269,527. | 4,978,764. | 0. | 2,290,763. |

AEPARTNERS000440