CAUSE NO. 24-07-11639

| | | |
|---|---|---|
| DUSTIN ETTER,<br>Plaintiff, | §<br>§<br>§ | IN THE DISTRICT COURT OF |
| v. | §<br>§ | MONTGOMERY COUNTY, TEXAS |
| JEROD P. FURR, et al,<br>Defendants. | §<br>§ | 457TH JUDICIAL DISTRICT |

**SECOND SET OF WRITTEN DISCOVERY TO PLAINTIFF DUSTIN ETTER**

TO:    Plaintiff, Dustin Etter, by and through his attorney of record, Noah Meek of Irelan McDaniel, PLLC located at 2520 Caroline Street, 2nd floor, Houston, Texas 77004.

Pursuant to Rules 196, 197, and 198 of the Texas Rules of Civil Procedure, Defendant Justin P. Furr serves this, his Second Set of Written Discovery to Plaintiff Dustin Etter and ask that he fully answers the discovery requests herein as well as produce the documents and tangible things identified herein on or before the expiration of thirty (30) days from the date of service hereof to E-Merger.Law PLLC, located at 1334 Brittmoore Road, Suite 2314, Houston, Texas 77043, with a copy also served upon lead counsel, Randy Bays.

Respectfully submitted,

**EMERGER.LAW PLLC**

*/s/ Deborah L. Crain*
Deborah L. Crain
State Bar No. 24067319
1334 Brittmoore Road #2314
Houston, Texas 77043
dcrain@e-merger.law
(346) 535-0818
*Co-Counsel for Defendants AE Partners Holdings, Inc., AE Partners Holdings, LLC, AEP Asset Holdings, LLC, Alliance Energy Partners, LLC, Alliance Farm & Ranch, LLC, Invictis Drilling Motors, LLC, Corina Furr and Jerod P. Furr*

**THE BAYS FIRM**

*/s/ Alyssa M. Cueller**
J. Randal Bays (Lead Counsel)
State Bar No. 01943900
randy@baysfirm.com
Alyssa M. Cuellar
State Bar No. 24135656
alyssa@baysfirm.com
1503 Hailey Street
Conroe, Texas 77301
Tel: (936) 760-7670
Fax: (936) 760-7671

*Co-Counsel for Defendants AE Partners Holdings, Inc., AE Partners Holdings, LLC, AEP Asset Holdings, LLC, Alliance Energy Partners, LLC, Alliance Farm & Ranch, LLC, Invictis Drilling Motors, LLC, Corina Furr and Jerod P. Furr*

*\*signed by permission*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies the foregoing was served on May 16, 2025 in accordance with the Texas Rules of Civil Procedure upon the following:

Noah Meek
Irelan McDaniel, PLLC
2520 Caroline St Fl 2
Houston, TX 77004-1000

*/s/ Deborah L. Crain*
Deborah L. Crain