IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 25-30155 |
| | § | |
| ALLIANCE FARM AND RANCH, LLC, | § | (CHAPTER 11) |
| | § | |
| DEBTOR | § | |
| | § | |
| | § | |
| IN RE: | § | CASE NO. 25-31937 |
| | § | |
| ALLIANCE ENERGY PARTNERS, LLC, | § | (CHAPTER 11) |
| | § | |
| DEBTOR | § | JOINTLY ADMINISTERED |

**DEBTOR ALLIANCE FARM AND RANCH, LLC MOTION TO DISMISS CASE**

---

**NOTICE PURSUANT TO LOCAL RULE 9013-1**

**THIS MOTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THE MOTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE. IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY. YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN 21 DAYS OF THE DATE THIS WAS SERVED ON YOU. YOUR RESPONSE MUST STATE WHY THE MOTION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE MOTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING.**

**REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEY.**

---

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

Alliance Farm and Ranch, LLC ("AFR") hereby files this Motion to Dismiss Case and respectfully states the following:

1. AFR no longer wishes to prosecute this case. AFR's representative has instructed the undersigned counsel to request that this Court dismiss the AFR case. The declaration of the representative of AFR stating his reasons for dismissal is attached hereto as Exhibit "A".

**WHEREFORE**, AFR prays that this Court enter an order dismissing the AFR bankruptcy case; and that it be granted such other and further relief as the Court deems just and proper.

**OKIN ADAMS BARTLETT CURRY LLP**

By: /s/ *Timothy L. Wentworth*
Timothy L. Wentworth
Texas Bar No. 21179000
1113 Vine St., Suite 240
Houston, Texas 77002
Tel: 713.228.4100
Fax: 346.247.7158

**PROPOSED COUNSEL FOR ALLIANCE FARM AND RANCH, LLC AND ALLIANCE ENERGY PARTNERS, LLC**

- 2 -

4922-3957-4597, v. 4

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 21, 2025, a true and correct copy of the foregoing Motion was served via the Court's CM/ECF system and by United States First Class Mail to the parties listed on the attached service list.

> By: /s/ *Timothy L. Wentworth*
> Timothy L. Wentworth

4922-3957-4597, v. 4

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0541-4<br>Case 25-30155<br>Southern District of Texas<br>Houston<br>Wed May 21 14:07:59 CDT 2025 | ALLIANCE FARM AND RANCH, LLC<br>5450 Honea Egypt Rd<br>Montgomery, TX 77316-2364 | Alliance Energy Partners, LLC<br>20008 Champions Forest Dr.<br>Suite 1203<br>Spring, TX 77379-8697 |
| (p)KEAN MILLER LLP<br>ATTN ATTN LLOYD A LIM AND RACHEL K THOMPSON KUBAND<br>711 LOUISIANA STREET<br>SUITE 1800 SOUTH TOWER<br>HOUSTON TX 77002-2716 | 4<br>United States Bankruptcy Court<br>PO Box 61010<br>Houston, TX 77208-1010 | Alliance Energy Partners, LLC<br>5450 Honea Egypt Rd<br>Montgomery, TX 77316-2364 |
| Alliance Energy Resources LLC<br>c/o Idomeia Gibson<br>2700 Industrial Ln<br>Conroe, TX 77301-4072 | Amerisource Funding, Inc.<br>P.O. Box 4738<br>Houston TX 77210-4738 | Dustin Etter<br>c/o Noah E. W. Meek<br>Irelan McDaniel, PLLC<br>2520 Caroline, 2nd Floor<br>Houston, TX 77004-1000 |
| Erik and Darla Ostrander<br>20105 Krahn Rd.<br>Spring, TX 77388-4012 | Reagan H. 'Tres' Gibbs, III<br>Cokinos Young<br>1221 Lamar, 16th Floor<br>Houston, TX 77010-3039 | Timothy L. Wentworth<br>Okin Adams Bartlett Curry LLP<br>1113 Vine St., Suite 240<br>Houston, TX 77002-1044 |
| US Trustee<br>Office of the US Trustee<br>515 Rusk Ave<br>Ste 3516<br>Houston, TX 77002-2604 | United States Trustee's Office<br>515 Rusk St., Suite 3516<br>Houston, TX 77002-2604 | Deborah Louise Crain<br>E-Merger.Law<br>1334 Brittmoore Rd.<br>Suite 2314<br>Houston, TX 77043-4037 |
| Timothy L. Wentworth<br>Okin Adams, LLP<br>1113 Vine St., Suite 240<br>Houston, TX 77002-1044 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

DrilTech, LLC
C/O Rachel Kubanda
711 Louisiana Street
Suite 1800
Houston, TX 77002


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)KLEIN INDEPENDENT SCHOOL DISTRICT | (u)Official Committee of Unsecured Creditors | (d)Alliance Energy Partners, LLC<br>20008 Champions Forest Dr., Suite 1203<br>Spring, TX 77379-8697 |

(d)Alliance Farm and Ranch, LLC
5450 Honea Egypt Rd.
Montgomery, TX 77316-2364

(u)Dustin Etter

(u)Erik and Darla Ostrander

**End of Label Matrix**
**Mailable recipients**    15
**Bypassed recipients**     6
**Total**                  21

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0541-4<br>Case 25-31937<br>Southern District of Texas<br>Houston<br>Wed May 21 14:08:32 CDT 2025 | Alliance Energy Partners, LLC<br>20008 Champions Forest Dr.<br>Suite 1203<br>Spring, TX 77379-8697 | IAE International, Inc<br>co Renshaw PC<br>2900 Weslayan<br>Suite 360<br>Houston, TX 77027-5132 |
| 4<br>United States Bankruptcy Court<br>PO Box 61010<br>Houston, TX 77208-1010 | 405 Technology Solutions<br>PO Box 8433<br>Moore, OK 73153-8433 | ADM Machine Shop<br>14217 HWY TX-105<br>Conroe, TX 77306-5356 |
| AI Driller Inc<br>1801 W Wall St<br>Midland, TX 79701-6531 | ASAP Thread Protecters<br>Jose Carrasco<br>Houston, TX 77066 | Adobe Oilfield Services, Ltd<br>705 W. Hillmont<br>Odessa, TX 79764-1931 |
| All-American Trucking<br>P.O. Box 270568<br>Houston, TX 77277-0568 | Alliance Drilling Tools, LLC<br>PO Box 1503<br>Evanston, WY 82931-1503 | Alliance Farm and Ranch<br>5450 Honea Egypt Rd.<br>Montgomery, TX 77316-2364 |
| ArcoTech Drilling Solutions<br>REME Technologies dba Arcotech<br>PO Box 916<br>Broussard, LA 70518-0916 | Arrington Directional LLC<br>Camp Arrington<br>2029 Eagle View Dr.<br>Navasota, TX 77868-3951 | Bench Tree Rentals, LLC<br>2933 E. Davis<br>Conroe, TX 77301-7216 |
| Benjamin W. Kadden<br>Lugenbuhl, Wheaton, Peck, Rankin<br>601 Poydras, Suite 2775<br>New Orleans, LA 70130-6041 | Big H Transport LLC<br>PO Box 215<br>Dobbin, TX 77333-0215 | Black Diamond<br>15425 North Freeway Suite 350<br>Houston, TX 77090-6016 |
| Black Diamond Oilfield Rentals, LLC<br>15425 North Freeway Suite 350<br>Houston, TX 77090-6016 | Brent William Smith<br>16516 El Camino Real, Suite 406<br>Houston, TX 77062-5723 | Brittany Lopez CPA PC<br>7 Grogans Park, Suite 10<br>The Woodlands, TX 77380-2402 |
| Cavare Inc<br>Bill Beattie<br>12066 FM 3083 Rd<br>Conroe, TX 77301-6104 | Conroe Welding Supply Inc<br>415 South Frazier<br>Conroe, TX 77301-5098 | DAC Electrical Services, LLC<br>7926 Adcock Acres Dr.<br>Conroe, TX 77303-4014 |
| DAVM, LLC<br>12419 Bagwell Rd<br>Willis, TX 77378-4705 | DIG<br>PO Box 916<br>Broussard, LA 70518-0916 | Directional Manufacturing and Supply<br>1098 Marcon Dr<br>Lafayette, LA 70507 |
| Discovery Downhole Services<br>1855 Skyview Dr.<br>Casper, WY 82601-9641 | Downhole Works LLC<br>28723 Shirley Court<br>Magnolia, TX 77355-5613 | Drakewell LLC<br>3324 NW 135TH ST<br>Oklahoma City, OK 73120-4054 |

| | | |
|---|---|---|
| Dril Tech, LLC<br>PO Box 622039<br>Dallas, TX 75262-2039 | Drilling Tools International<br>10370 Richmond Avenue, Suite 1000<br>Houston, TX 77042-4157 | Drilling Tools International<br>1514 South County Road 1309<br>Midland, TX 79707-5839 |
| Dura Coatings<br>13920 South Meridian<br>Oklahoma City, OK 73173-8804 | Dustin Etter<br>c/o Noah E. W. Meek<br>Irelan McDaniel, PLLC<br>2520 Caroline, 2nd Floor<br>Houston, TX 77004-1000 | Dyna-Drill<br>23400 Colonial Parkway<br>Katy, TX 77493-3598 |
| Dyna-Drill Technologies LLC<br>23400 Colonial Parkway<br>Katy, TX 77493-3598 | DynoMax Drilling Tools USA, Inc.<br>2830 Farrell Road<br>Houston, TX 77073-4106 | FT Machine LLC<br>820 Turney Dr<br>Houston, TX 77038-3922 |
| Ferretville Investments LLC<br>20008 Champion Forest Dr., Suite 1204<br>Spring, TX 77379-8697 | Gator Technologies<br>2017 Traders Ridge Drive<br>Conroe, TX 77301-2153 | GeoGuidance Drilling Services<br>P.O. Box 42647<br>Bakersfield, CA 93384-2647 |
| Gordon Technologies LLC<br>PO Box 1486<br>Scott, LA 70583-1486 | IAE International, Inc. d/b/a Sniper<br>13300 Stonefield Dr.<br>Houston, TX 77014-2923 | IMECH - Innovative Mech. Solutions, LLC<br>2418 Greens Rd<br>Houston, TX 77032-1332 |
| InMotion Technical Support<br>P.O. Box 770391<br>Houston, TX 77215-0391 | Innova Drilling and Intervention<br>3050 Post Oak Blvd  Suite 510<br>Houston, TX 77056-6512 | J & B Breakout Unit Repairs LLC<br>PO Box 604<br>Conroe, TX 77305-0604 |
| Justin Renshaw<br>2900 Weslayan, Suite 360<br>Houston, TX 77027-5132 | Keystone Manufacturing<br>12243 Northwoods Park Drive Suite A<br>Houston, TX 77041 | Kyle V. Littlefield<br>32084 Ponderosa Way<br>Evergreen, CO 80439-6645 |
| LMJ Solutions Oilfield Services<br>2700 Industrial Ln<br>Conroe, TX 77301-4072 | Lion Inspection Services<br>3002 Farrell Rd<br>Houston, TX 77073-3007 | Lone Star Trucking<br>P.O. Box 872<br>Odessa, TX 79760-0872 |
| NOS<br>2800 Broadway, Suite C-709<br>Pearland, TX 77581-9502 | On Point Logistics<br>15814 Champion Forest Dr. Suite 1083<br>Spring, TX 77379-7141 | Pegasus NGV Trucking<br>PO Box 689<br>Broussard, LA 70518-0689 |
| Performance Power Inc.<br>P.O. Box 1608<br>Casper, WY 82602-1608 | Platinum Transport Service<br>3526 Azalea Sands Dr.<br>Spring, TX 77386-2926 | Pmax Energy Services Inc<br>16655-2 Telge Road<br>Cypress, TX 77429-1387 |

| | | |
|---|---|---|
| Rig Runner<br>24955 I45 North<br>The Woodlands, TX 77380 | Schumacher-Dixie, LLC<br>5610 Polk Street<br>Houston, TX 77023-2106 | Spira Systems Inc<br>16518 Aldine Westfield Road Suite A<br>Houston, TX 77032-1363 |
| Steel River Manufacturing LLC<br>18300 Strack Drive Suite 800<br>Spring, TX 77379-8798 | Surface Resistance Technologies LLC<br>2998 Old Highway 105 E<br>Conroe, TX 77301-6452 | Tellez Machine<br>606 Midland Dr<br>Houston, TX 77037-1227 |
| Timothy L. Wentworth<br>Okin Adams Bartlett Curry LLP<br>1113 Vine St., Suite 240<br>Houston, TX 77002-1044 | Timothy W. Strickland<br>Kean Miller, LLC<br>711 Louisiana St., Suite 1800<br>Houston, TX 77002-2832 | Triumph Express<br>5805 Archduke Dr.<br>Houston, TX 77032 |
| Truist Bank, Support Services<br>P.O. Box 85092<br>Richmond, VA 23286-0001 | Turnazontal LLC<br>8514 Hamer Ranch<br>San Antonio, TX 78254-4526 | US Trustee<br>Office of the US Trustee<br>515 Rusk Ave<br>Ste 3516<br>Houston, TX 77002-2604 |
| United Machine Works<br>P O Box 525<br>New Waverly, TX 77358-0525 | United States Trustee's Office<br>515 Rusk St., Suite 3516<br>Houston, TX 77002-2604 | Viking Power Technologies<br>5203 Aeropark Dr.<br>Houston, TX 77032-4039 |
| Viper Energy Technology<br>16623 Aldine Westfield Rd.<br>Houston, TX 77032-1351 | William Hotze<br>Kane Russell Coleman Logan, PC<br>5151 San Felipe, 8th Floor<br>Houston, TX 77056-3607 | Workrise - Rusco Operating, LLC<br>111 Congress Ave. Suite 1300<br>Austin, TX 78701-4092 |
| Xela Media<br>851 Fisher Street unit B<br>Houston, TX 77018-5338 | Dustin Etter<br>2520 Caroline, 2nd Floor<br>Houston, TX 77004-1000 | Timothy L. Wentworth<br>Okin Adams, LLP<br>1113 Vine St., Suite 240<br>Houston, TX 77002-1044 |

**The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.**

| | | |
|---|---|---|
| (d)Alliance Energy Partners, LLC<br>20008 Champions Forest Dr., Suite 1203<br>Spring, TX 77379-8697 | (u)Alliance Energy Partners, LLC20008 Champio<br>United States Trustee's Office515 R<br>405 Technology SolutionsPO Box 8433M<br>ADM Machine Shop14217 HWY TX-105Conr<br>Adobe Oilfield Services, Ltd705 W. Hill<br>AI Driller Inc1801 W Wall StMidland | (d)Alliance Farm and Ranch, LLC<br>5450 Honea Egypt Rd.<br>Montgomery, TX 77316-2364 |
| (u)Timothy L. WentworthOkin Adams Bartlett Cu | (u)Timothy L. WentworthOkin Adams Bartlett Cu<br>Alliance Energy Partners, LLC20008 Cham<br>United States Trustee's Office515 R<br>405 Technology SolutionsPO Box 8433M<br>ADM Machine Shop14217 HWY TX-105Conr<br>Adobe Oilfield Services, Ltd705 W. Hill | (d)Workrise- Rusco Operating, LLC<br>111 Congress Ave. Suite 1300<br>Austin, TX 78701-4092 |

```
End of Label Matrix
Mailable recipients    80
Bypassed recipients     6
Total                  86
```