**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 25-30155 |
| | § | |
| ALLIANCE FARM AND RANCH, LLC, | § | (CHAPTER 11) |
| | § | |
| DEBTOR | § | |
| | § | |
| IN RE: | § | CASE NO. 25-31937 |
| | § | |
| ALLIANCE ENERGY PARTNERS, LLC, | § | (CHAPTER 11) |
| | § | |
| DEBTOR | § | |
| | § | |

**SUPPLEMENTAL WITNESS AND EXHIBIT LIST FOR HEARING ON MAY 23, 2025**

| **Main Case No.**: 25-30155 | **Name of Debtor**: Alliance Farm and Ranch, LLC |
|---|---|
| **Witnesses**: | **Judge**: Alfredo R. Perez |
| Jerod Furr | **Courtroom Deputy**: Akeita House |
| Deborah L. Crain | **Hearing Date**: May 23, 2025 |
| Any witness(es) designated by any other party | **Hearing Time**: 8:00 A.M. |
| Any rebuttal witness(es) | **Party's Name**: The Official Committee of Unsecured Creditors of Alliance Farm and Ranch, LLC and Alliance Energy Partners, LLC (the "Committee") |
| Any rebuttal witness(es) | **Attorney's Name**: William Hotze |
| | **Attorney's Phone Number**: 713-904-6900 |

### MOTIONS TO BE HEARD

1. Emergency Motion for Appointment of Chapter 11 Trustee [ECF No. 98]; Emergency Motion to Withdraw as Counsel [ECF No. 93]; Application to Employ Deborah L. Crain and E-Merger Law, PLLC as Special Counsel [ECF No. 31]; Emergency Motion to Convert Case from Chapter 11 to Chapter 7 [ECF No. 68].

### EXHIBITS

| Ex. No. | Description | Offered | Objection | Admitted/Not Admitted | Disposition |
|---|---|---|---|---|---|
| 1. | Transcript of April 9, 2025, Hearing | | | | |

900500.006429  4906-2695-8150.1 7177685 v1 (23009.00050.000)

| 2. | Notice of Nonsuit | | | | |
| 3. | Settlement Agreement [under seal] | | | | |
| 4. | Declaration of Jarod Furr | | | | |
| 5. | Any Exhibits designated by any other party to this matter. | | | | |

The Committee reserves the right to supplement or amend this Exhibit and Witness list.

Dated:  May 22, 2025

Respectfully submitted,

**DYKEMA GOSSETT PLLC**

By: /s/ *William Hotze*
William Hotze
TX State Bar No. 24087754
Nicholas Zugaro
TX State Bar No. 24070905
5 Houston Center
1401 McKinney Street, Suite 1625
Houston, Texas 77010
Telephone: (713) 904-6900
Email: whotze@dykema.com
          nzugaro@dykema.com

*Proposed Counsel for Official Committee of Unsecured Creditors*

## **CERTIFICATE OF SERVICE**

      This is to certify that on May 22, 2025, a true and correct copy of the foregoing Notice of Appearance was served via the Court's CM/ECF notification system.

                                                */s/ William Hotze*
                                                  William Hotze