IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 25-30155 |
| | § | |
| ALLIANCE FARM AND RANCH, LLC, | § | (CHAPTER 11) |
| | § | |
| DEBTOR | § | |
| | § | |
| | § | |
| IN RE: | § | CASE NO. 25-31937 |
| | § | |
| ALLIANCE ENERGY PARTNERS, LLC, | § | (CHAPTER 11) |
| | § | |
| DEBTOR | § | JOINTLY ADMINISTERED |

NOTICE OF FILING ON APPLICATION OF EMPLOYMENT AND
APPLICATION OF COMPENSATION AND REIMBURSEMENT OF EXPENSES OF
OKIN ADAMS BARTLETT CURRY LLP AS COUNSEL FOR THE DEBTORS
FOR THE PERIODS MARCH 14, 2025, THROUGH MAY 23, 2025 (ALLIANCE FARM AND
RANCH, LLC) AND APRIL 7, 2025 THROUGH MAY 23, 2025,
<u>(ALLIANCE ENERGY PARNTERS, LLC)</u>

**NOTICE PURSUANT TO LOCAL RULE 9013-1**

THIS MOTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THE MOTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE. IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY. YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN 21 DAYS OF THE DATE THIS WAS SERVED ON YOU. YOUR RESPONSE MUST STATE WHY THE MOTION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE MOTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING.

REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEY.

**PLEASE TAKE NOTICE** that Okin Adams Bartlett Curry LLP ("Okin Adams"), counsel for the Debtors in the above-captioned bankruptcy estate (Jointly Administered) (the "Debtors"),

filed its *Application For Approval of Employment of Okin Adams Bartlett Curry, LLP as Counsel for Debtors and Application of Compensation and Reimbursement of Expenses of Okin Adams Bartlett Curry LLP, Counsel for the Debtors, for the Period March 14, 2025 through May 23, 2025(Alliance Farm and Ranch) and April 7, 2025 through May 23,2025, (Alliance Energy Partners, LLC)* (the "Application")[1] [**ECF # 130**].

The total fees incurred for the Alliance Farm and Ranch, LLC Application Period of *March 14, 2025, through May 23, 2025* (the "AFR Application Period") for which Okin Adams seeks approval of compensation of $43,537.50 for professional fees, $1,651.56 for reimbursable expenses and $2,100.00 for preparation of this Application, for a total of $47,289.06 in fees and expenses during the *AFR Application Period*.

The total fees incurred for the Alliance Energy Partners, LLC Application Period of *April 7, 2025, through May 23,*2025 (the "AEP Application Period") for which Okin Adams seeks approval of compensation of $10,995.00 for professional fees, $2,032.72 for reimbursable expenses and $2,100.00 for preparation of this Application, for a total of $15,127.72 in fees and expenses during the *AEP Application Period*.

Copies of the above referenced Application may be (i) requested from counsel for the Trustee using the contact information below; (ii) inspected in the office of the Clerk of the Bankruptcy Court during normal business hours; and (iii) downloaded from the Bankruptcy Court's website at http://www.txs.uscourts.gov/bankruptcy. Please note that prior registration with the PACER Service Center and payment of a fee may be required to access such documents.

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Application.

4930-7521-4154, v. 1

Dated: June 4, 2025.

                    Respectfully submitted,

                    **OKIN ADAMS BARTLETT CURRY LLP**

                    By:  */s/ Timothy L. Wentworth*  
                    Timothy L. Wentworth  
                    Texas Bar No. 21179000  
                    Email:  twentworth@okinadams.com  
                    1113 Vine Street, Suite 240  
                    Houston, Texas 77002  
                    Telephone: 713.228.4100  
                    Facsimile:  346.247.7158

                    **PROPOSED ATTORNEYS FOR THE DEBTOR**

### CERTIFICATE OF SERVICE

I hereby certify that on June 4, 2025, a true and correct copy of the foregoing Notice was served via the Court's CM/ECF system to all parties consenting to service through the same, and to all parties on the attached service list via US First Class Mail.

                    By:  */s/ Timothy L. Wentworth*  
                        Timothy L. Wentworth