| | | |
|---|---|---|
| Label Matrix for local noticing<br>0541-4<br>Case 25-30155<br>Southern District of Texas<br>Houston<br>Wed Jun  4 15:41:39 CDT 2025 | ALLIANCE FARM AND RANCH, LLC<br>5450 Honea Egypt Rd<br>Montgomery, TX 77316-2364 | Alliance Energy Partners, LLC<br>20008 Champions Forest Dr.<br>Suite 1203<br>Spring, TX 77379-8697 |
| (p)KEAN MILLER LLP<br>ATTN ATTN LLOYD A LIM AND RACHEL K THOMPSON KUBAND<br>711 LOUISIANA STREET<br>SUITE 1800 SOUTH TOWER<br>HOUSTON TX 77002-2716 | Patriot Drilling Services LLC<br>c/o William R. Sudela<br>Crady Jewett McCulley & Houren LLP<br>2727 Allen Parkway, Suite 1700<br>Houston, TX 77019-2125 | 4<br>United States Bankruptcy Court<br>PO Box 61010<br>Houston, TX 77208-1010 |
| Alliance Energy Partners, LLC<br>5450 Honea Egypt Rd<br>Montgomery, TX 77316-2364 | Alliance Energy Resources LLC<br>c/o Idomeia Gibson<br>2700 Industrial Ln<br>Conroe, TX 77301-4072 | Amerisource Funding, Inc.<br>P.O. Box 4738<br>Houston TX 77210-4738 |
| Dustin Etter<br>c/o Noah E. W. Meek<br>Irelan McDaniel, PLLC<br>2520 Caroline, 2nd Floor<br>Houston, TX 77004-1000 | Erik and Darla Ostrander<br>20105 Krahn Rd.<br>Spring, TX 77388-4012 | Reagan H. 'Tres' Gibbs, III<br>Cokinos Young<br>1221 Lamar, 16th Floor<br>Houston, TX 77010-3039 |
| Timothy L. Wentworth<br>Okin Adams Bartlett Curry LLP<br>1113 Vine St., Suite 240<br>Houston, TX 77002-1044 | Triumph Express Oilfield LLC<br>15805 Archduke Dr<br>Houston, TX 77032-1501 | US Trustee<br>Office of the US Trustee<br>515 Rusk Ave<br>Ste 3516<br>Houston, TX 77002-2604 |
| United States Trustee's Office<br>515 Rusk St., Suite 3516<br>Houston, TX 77002-2604 | Deborah Louise Crain<br>E-Merger.Law<br>1334 Brittmoore Rd.<br>Suite 2314<br>Houston, TX 77043-4037 | Eric Terry<br>Howley Law PLLC<br>700 Louisiana Street, Ste 4545<br>Houston, TX 77002-2869 |
| Thomas A Howley<br>Howley Law PLLC<br>700 Louisiana Street, Ste. 4545<br>Houston, TX 77002-2869 | Timothy L. Wentworth<br>Okin Adams, LLP<br>1113 Vine St., Suite 240<br>Houston, TX 77002-1044 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

DrilTech, LLC
C/O Rachel Kubanda
711 Louisiana Street
Suite 1800
Houston, TX 77002

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)KLEIN INDEPENDENT SCHOOL DISTRICT | (u)Official Committee of Unsecured Creditors | (u)Okin Adams Bartlett Curry LLP |
| (d)Alliance Energy Partners, LLC<br>20008 Champions Forest Dr., Suite 1203<br>Spring, TX 77379-8697 | (d)Alliance Farm and Ranch, LLC<br>5450 Honea Egypt Rd.<br>Montgomery, TX 77316-2364 | (u)Dustin Etter |
| (u)Erik and Darla Ostrander | End of Label Matrix<br>Mailable recipients    19<br>Bypassed recipients     7<br>Total                  26 | |