| | | |
|---|---|---|
| Label Matrix for local noticing<br>0541-4<br>Case 25-31937<br>Southern District of Texas<br>Houston<br>Wed Jun  4 15:42:50 CDT 2025 | Alliance Energy Partners, LLC<br>20008 Champions Forest Dr.<br>Suite 1203<br>Spring, TX 77379-8697 | IAE International, Inc<br>co Renshaw PC<br>2900 Weslayan<br>Suite 360<br>Houston, TX 77027-5132 |
| 4<br>United States Bankruptcy Court<br>PO Box 61010<br>Houston, TX 77208-1010 | 405 Technology Solutions<br>PO Box 8433<br>Moore, OK 73153-8433 | ADM Machine Shop<br>14217 HWY TX-105<br>Conroe, TX 77306-5356 |
| AI Driller Inc<br>1801 W Wall St<br>Midland, TX 79701-6531 | ASAP Thread Protecters<br>Jose Carrasco<br>Houston, TX 77066 | Adobe Oilfield Services, Ltd<br>705 W. Hillmont<br>Odessa, TX 79764-1931 |
| All-American Trucking<br>P.O. Box 270568<br>Houston, TX 77277-0568 | Alliance Drilling Tools, LLC<br>PO Box 1503<br>Evanston, WY 82931-1503 | Alliance Farm and Ranch<br>5450 Honea Egypt Rd.<br>Montgomery, TX 77316-2364 |
| ArcoTech Drilling Solutions<br>REME Technologies dba Arcotech<br>PO Box 916<br>Broussard, LA 70518-0916 | Arrington Directional LLC<br>Camp Arrington<br>2029 Eagle View Dr.<br>Navasota, TX 77868-3951 | Bench Tree Rentals, LLC<br>2933 E. Davis<br>Conroe, TX 77301-7216 |
| Benjamin W. Kadden<br>Lugenbuhl, Wheaton, Peck, Rankin<br>601 Poydras, Suite 2775<br>New Orleans, LA 70130-6041 | Big H Transport LLC<br>PO Box 215<br>Dobbin, TX 77333-0215 | Black Diamond<br>15425 North Freeway Suite 350<br>Houston, TX 77090-6016 |
| Black Diamond Oilfield Rentals, LLC<br>15425 North Freeway Suite 350<br>Houston, TX 77090-6016 | Brent William Smith<br>16516 El Camino Real, Suite 406<br>Houston, TX 77062-5723 | Brittany Lopez CPA PC<br>7 Grogans Park, Suite 10<br>The Woodlands, TX 77380-2402 |
| Cavare Inc<br>Bill Beattie<br>12066 FM 3083 Rd<br>Conroe, TX 77301-6104 | Conroe Welding Supply Inc<br>415 South Frazier<br>Conroe, TX 77301-5098 | DAC Electrical Services, LLC<br>7926 Adcock Acres Dr.<br>Conroe, TX 77303-4014 |
| DAVM, LLC<br>12419 Bagwell Rd<br>Willis, TX 77378-4705 | DIG<br>PO Box 916<br>Broussard, LA 70518-0916 | Directional Manufacturing and Supply<br>1098 Marcon Dr<br>Lafayette, LA 70507 |
| Discovery Downhole Services<br>1855 Skyview Dr.<br>Casper, WY 82601-9641 | Downhole Works LLC<br>28723 Shirley Court<br>Magnolia, TX 77355-5613 | Drakewell LLC<br>3324 NW 135TH ST<br>Oklahoma City, OK 73120-4054 |

| | | |
|---|---|---|
| Dril Tech, LLC<br>PO Box 622039<br>Dallas, TX 75262-2039 | Drilling Tools International<br>10370 Richmond Avenue, Suite 1000<br>Houston, TX 77042-4157 | Drilling Tools International<br>1514 South County Road 1309<br>Midland, TX 79707-5839 |
| Dura Coatings<br>13920 South Meridian<br>Oklahoma City, OK 73173-8804 | Dustin Etter<br>c/o Noah E. W. Meek<br>Irelan McDaniel, PLLC<br>2520 Caroline, 2nd Floor<br>Houston, TX 77004-1000 | Dyna-Drill<br>23400 Colonial Parkway<br>Katy, TX 77493-3598 |
| Dyna-Drill Technologies LLC<br>23400 Colonial Parkway<br>Katy, TX 77493-3598 | DynoMax Drilling Tools USA, Inc.<br>2830 Farrell Road<br>Houston, TX 77073-4106 | FT Machine LLC<br>820 Turney Dr<br>Houston, TX 77038-3922 |
| Ferretville Investments LLC<br>20008 Champion Forest Dr., Suite 1204<br>Spring, TX 77379-8697 | Gator Technologies<br>2017 Traders Ridge Drive<br>Conroe, TX 77301-2153 | GeoGuidance Drilling Services<br>P.O. Box 42647<br>Bakersfield, CA 93384-2647 |
| Gordon Technologies LLC<br>PO Box 1486<br>Scott, LA 70583-1486 | IAE International, Inc. d/b/a Sniper<br>13300 Stonefield Dr.<br>Houston, TX 77014-2923 | IMECH - Innovative Mech. Solutions, LLC<br>2418 Greens Rd<br>Houston, TX 77032-1332 |
| InMotion Technical Support<br>P.O. Box 770391<br>Houston, TX 77215-0391 | Innova Drilling and Intervention<br>3050 Post Oak Blvd  Suite 510<br>Houston, TX 77056-6512 | J & B Breakout Unit Repairs LLC<br>PO Box 604<br>Conroe, TX 77305-0604 |
| Justin Renshaw<br>2900 Weslayan, Suite 360<br>Houston, TX 77027-5132 | Keystone Manufacturing<br>12243 Northwoods Park Drive Suite A<br>Houston, TX 77041 | Kyle V. Littlefield<br>32084 Ponderosa Way<br>Evergreen, CO 80439-6645 |
| LMJ Solutions Oilfield Services<br>2700 Industrial Ln<br>Conroe, TX 77301-4072 | Lion Inspection Services<br>3002 Farrell Rd<br>Houston, TX 77073-3007 | Lone Star Trucking<br>P.O. Box 872<br>Odessa, TX 79760-0872 |
| NOS<br>2800 Broadway, Suite C-709<br>Pearland, TX 77581-9502 | On Point Logistics<br>15814 Champion Forest Dr. Suite 1083<br>Spring, TX 77379-7141 | Pegasus NGV Trucking<br>PO Box 689<br>Broussard, LA 70518-0689 |
| Performance Power Inc.<br>P.O. Box 1608<br>Casper, WY 82602-1608 | Platinum Transport Service<br>3526 Azalea Sands Dr.<br>Spring, TX 77386-2926 | Pmax Energy Services Inc<br>16655-2 Telge Road<br>Cypress, TX 77429-1387 |

| | | |
|---|---|---|
| Rig Runner<br>24955 I45 North<br>The Woodlands, TX 77380 | Schumacher-Dixie, LLC<br>5610 Polk Street<br>Houston, TX 77023-2106 | Spira Systems Inc<br>16518 Aldine Westfield Road Suite A<br>Houston, TX 77032-1363 |
| Steel River Manufacturing LLC<br>18300 Strack Drive Suite 800<br>Spring, TX 77379-8798 | Surface Resistance Technologies LLC<br>2998 Old Highway 105 E<br>Conroe, TX 77301-6452 | Tellez Machine<br>606 Midland Dr<br>Houston, TX 77037-1227 |
| Timothy L. Wentworth<br>Okin Adams Bartlett Curry LLP<br>1113 Vine St., Suite 240<br>Houston, TX 77002-1044 | Timothy W. Strickland<br>Kean Miller, LLC<br>711 Louisiana St., Suite 1800<br>Houston, TX 77002-2832 | Triumph Express<br>5805 Archduke Dr.<br>Houston, TX 77032 |
| Truist Bank, Support Services<br>P.O. Box 85092<br>Richmond, VA 23286-0001 | Turnazontal LLC<br>8514 Hamer Ranch<br>San Antonio, TX 78254-4526 | US Trustee<br>Office of the US Trustee<br>515 Rusk Ave<br>Ste 3516<br>Houston, TX 77002-2604 |
| United Machine Works<br>P O Box 525<br>New Waverly, TX 77358-0525 | United States Trustee's Office<br>515 Rusk St., Suite 3516<br>Houston, TX 77002-2604 | Viking Power Technologies<br>5203 Aeropark Dr.<br>Houston, TX 77032-4039 |
| Viper Energy Technology<br>16623 Aldine Westfield Rd.<br>Houston, TX 77032-1351 | William Hotze<br>Kane Russell Coleman Logan, PC<br>5151 San Felipe, 8th Floor<br>Houston, TX 77056-3607 | Workrise - Rusco Operating, LLC<br>111 Congress Ave. Suite 1300<br>Austin, TX 78701-4092 |
| Xela Media<br>851 Fisher Street unit B<br>Houston, TX 77018-5338 | Dustin Etter<br>2520 Caroline, 2nd Floor<br>Houston, TX 77004-1000 | Timothy L. Wentworth<br>Okin Adams, LLP<br>1113 Vine St., Suite 240<br>Houston, TX 77002-1044 |

**The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.**

| | | |
|---|---|---|
| (d)Alliance Energy Partners, LLC<br>20008 Champions Forest Dr., Suite 1203<br>Spring, TX 77379-8697 | (u)Alliance Energy Partners, LLC20008 Champio<br>United States Trustee's Office515 R<br>405 Technology SolutionsPO Box 8433M<br>ADM Machine Shop14217 HWY TX-105Conr<br>Adobe Oilfield Services, Ltd705 W. Hill<br>AI Driller Inc1801 W Wall StMidland | (d)Alliance Farm and Ranch, LLC<br>5450 Honea Egypt Rd.<br>Montgomery, TX 77316-2364 |
| (u)Timothy L. WentworthOkin Adams Bartlett Cu | (u)Timothy L. WentworthOkin Adams Bartlett Cu<br>Alliance Energy Partners, LLC20008 Cham<br>United States Trustee's Office515 R<br>405 Technology SolutionsPO Box 8433M<br>ADM Machine Shop14217 HWY TX-105Conr<br>Adobe Oilfield Services, Ltd705 W. Hill | (d)Workrise- Rusco Operating, LLC<br>111 Congress Ave. Suite 1300<br>Austin, TX 78701-4092 |

```
End of Label Matrix
Mailable recipients    80
Bypassed recipients     6
Total                  86
```