IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| ALLIANCE FARM & RANCH, LLC and | § | Bankruptcy No. 25-30155 |
| ALLIANCE ENERGY PARTNERS, LLC. | § | Chapter 11 |
| | § | (Jointly Administered) |
| *Debtors.* | § | |
| | § | |
| | § | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that on behalf of Jerod P. Furr, the undersigned hereby appears as counsel and requests that copies of any and all notices, pleadings, motions, or other documents, filed or entered in this case, be transmitted to:

> Leonard H. Simon
> TBN: 18387400
> PENDERGRAFT & SIMON, LLP
> 2777 Allen Parkway, Suite 800
> Houston, Texas 77019
> Tel. (713) 528-8555
> Cell (713) 253-2810
> Fax. (832) 202-2810
> E-mail: lsimon@pendergraftsimon.com

Respectfully submitted this 5th day of June 2025.

**PENDERGRAFT & SIMON, L.L.P.**

*/s/ Leonard H. Simon*

> Leonard H. Simon
> TBN: 18387400
> PENDERGRAFT & SIMON, LLP
> 2777 Allen Parkway, Suite 800
> Houston, Texas 77019
> Tel. (713) 528-8555
> Cell (713) 253-2810
> Fax. (832) 202-2810
> E-mail: lsimon@pendergraftsimon.com
> ***Attorney for Debtor***

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was duly served by electronic transmission to all registered ECF users appearing in the case on June 5, 2025.

*/s/ Leonard H. Simon*