IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 25-30155 |
| | § | |
| ALLIANCE FARM AND RANCH, LLC, | § | (CHAPTER 11) |
| | § | |
| DEBTOR | § | |
| | § | |
| IN RE: | § | CASE NO. 25-31937 |
| | § | |
| ALLIANCE ENERGY PARTNERS, LLC, | § | (CHAPTER 11) |
| | § | |
| DEBTOR | § | |

NOTICE OF WITHDRAWAL WITHOUT PREJUDICE OF
MOTION TO QUASH SUBPOENAS
(Relates to Docket No. 91)

Tom A. Howley, in his capacity as the chapter 11 trustee in the above-numbered and styled bankruptcy proceedings and having resolved the dispute addressed in the Motion to Quash (Docket No. 91) filed by the Alliance Farm and Ranch, LLC, files this notice that the Motion to Quash Subpoenas, filed at Docket No. 91, is hereby withdrawn without prejudice to refiling.

DATED: June 5, 2025                    Respectfully submitted,

/s/ Eric Terry
**Eric Terry**
Texas Bar No.  00794729
HOWLEY LAW PLLC
700 Louisiana St., Suite 4545
Houston, Texas 77002
Telephone:  713-333-9125
Email:  eric@howley-law.com

*Proposed Counsel  for Tom A. Howley - Trustee*

## CERTIFICATE OF SERVICE

  I certify that on June 5, 2025, I caused a copy of the foregoing document to be served by electronic transmission to all registered ECF users appearing in these cases.

                */s/ Eric Terry*
                Eric Terry