IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: § <br> ALLIANCE FARM & RANCH, LLC and § <br> ALLIANCE ENERGY PARTNERS, LLC. § <br> § <br> § <br> *Debtors.* § | Bankruptcy No. 25-30155 <br> Chapter 11 <br> (Jointly Administered) |

## NOTICE REGARDING BANK ACCOUNTS

### To TRUIST BANK AND FROST BANK:

PLEASE TAKE NOTICE that, on behalf of Jerod P. Furr,, the undersigned, you are advised that Thomas Howley has been appointed by the Court as the Trustee for the bankruptcy estates of **Alliance Farm & ranch, LLC and Alliance Energy Partners, LLC** (the "Debtors")

**YOU ARE HEREBY NOTIFIED THAT THE TRUSTEE APPOINTED BY THE BANKRUPTCY COURT, THOMAS HOWLEY, HAS THE EXCLUSIVE AUTHORITY AND RIGHT TO POSSESS, AND THE UNDERSIGNED'S CONSENT, TO TAKE POSSESSION AND EXERCISE EXCLUSIVE CONTROL OF ALL FINANCIAL ACCOUNTS AT YOUR FINANCIAL INSTITUTION IN THE NAME OF ALLIANCE FARM & RANCH, LLC OR ALLIANCE ENERGY PARTNERS, LLC.**

I, Jerod Furr, do hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that I am the sole manager of **Alliance Farm & ranch, LLC** and the sole manager of **Alliance Energy Partners, LLC** and have the corporate authority to issue this notice.

Respectfully submitted this 13th day of June 2025.

_____
JEROD FURR


PENDERGRAFT & SIMON, L.L.P.

*/s/ Leonard H. Simon*

        Leonard H. Simon
        TBN: 18387400
        PENDERGRAFT & SIMON, LLP
        2777 Allen Parkway, Suite 800
        Houston, Texas 77019
        Tel. (713) 528-8555
        Cell (713) 253-2810
        Fax. (832) 202-2810
        E-mail: lsimon@pendergraftsimon.com
        ***Attorney for Jerod Furr***

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing instrument was duly served by electronic transmission to all registered ECF users appearing in the case on June 14, 2025.

        */s/ Leonard H. Simon*