| | | |
|---|---|---|
| Label Matrix for local noticing<br>0541-4<br>Case 25-30155<br>Southern District of Texas<br>Houston<br>Wed Jun 18 09:50:53 CDT 2025 | ALLIANCE FARM AND RANCH, LLC<br>5450 Honea Egypt Rd<br>Montgomery, TX 77316-2364 | Alliance Energy Partners, LLC<br>20008 Champions Forest Dr.<br>Suite 1203<br>Spring, TX 77379-8697 |
| (p)KEAN MILLER LLP<br>ATTN ATTN LLOYD A LIM AND RACHEL K THOMPSON KUBAND<br>711 LOUISIANA STREET<br>SUITE 1800 SOUTH TOWER<br>HOUSTON TX 77002-2716 | Patriot Drilling Services LLC<br>c/o William R. Sudela<br>Crady Jewett McCulley & Houren LLP<br>2727 Allen Parkway, Suite 1700<br>Houston, TX 77019-2125 | 4<br>United States Bankruptcy Court<br>PO Box 61010<br>Houston, TX 77208-1010 |
| Alliance Energy Partners, LLC<br>5450 Honea Egypt Rd<br>Montgomery, TX 77316-2364 | Alliance Energy Resources LLC<br>c/o Idomeia Gibson<br>2700 Industrial Ln<br>Conroe, TX 77301-4072 | Amerisource Funding, Inc.<br>P.O. Box 4738<br>Houston TX 77210-4738 |
| Dustin Etter<br>c/o Noah E. W. Meek<br>Irelan McDaniel, PLLC<br>2520 Caroline, 2nd Floor<br>Houston, TX 77004-1000 | Erik and Darla Ostrander<br>20105 Krahn Rd.<br>Spring, TX 77388-4012 | Reagan H. 'Tres' Gibbs, III<br>Cokinos Young<br>1221 Lamar, 16th Floor<br>Houston, TX 77010-3039 |
| Timothy L. Wentworth<br>Okin Adams Bartlett Curry LLP<br>1113 Vine St., Suite 240<br>Houston, TX 77002-1044 | Triumph Express Oilfield LLC<br>15805 Archduke Dr<br>Houston, TX 77032-1501 | US Trustee<br>Office of the US Trustee<br>515 Rusk Ave<br>Ste 3516<br>Houston, TX 77002-2604 |
| United States Trustee's Office<br>515 Rusk St., Suite 3516<br>Houston, TX 77002-2604 | Deborah Louise Crain<br>E-Merger.Law<br>1334 Brittmoore Rd.<br>Suite 2314<br>Houston, TX 77043-4037 | Eric Terry<br>Howley Law PLLC<br>700 Louisiana Street, Ste 4545<br>Houston, TX 77002-2869 |
| Jerod P Furr<br>259 Saddle Ridge<br>Spring, TX 77380-2748 | Thomas A Howley<br>Howley Law PLLC<br>700 Louisiana Street, Ste. 4545<br>Houston, TX 77002-2869 | Timothy L. Wentworth<br>Okin Adams, LLP<br>1113 Vine St., Suite 240<br>Houston, TX 77002-1044 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

DrilTech, LLC
C/O Rachel Kubanda
711 Louisiana Street
Suite 1800
Houston, TX 77002

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)KLEIN INDEPENDENT SCHOOL DISTRICT

(u)Official Committee of Unsecured Creditors

(u)Okin Adams Bartlett Curry LLP

(d)Alliance Energy Partners, LLC
20008 Champions Forest Dr., Suite 1203
Spring, TX 77379-8697

(d)Alliance Farm and Ranch, LLC
5450 Honea Egypt Rd.
Montgomery, TX 77316-2364

(u)Dustin Etter

(u)Erik and Darla Ostrander

End of Label Matrix
Mailable recipients    20
Bypassed recipients     7
Total                  27

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0541-4<br>Case 25-31937<br>Southern District of Texas<br>Houston<br>Wed Jun 18 09:49:01 CDT 2025 | Alliance Energy Partners, LLC<br>20008 Champions Forest Dr.<br>Suite 1203<br>Spring, TX 77379-8697 | IAE International, Inc<br>co Renshaw PC<br>2900 Weslayan<br>Suite 360<br>Houston, TX 77027-5132 |
| 4<br>United States Bankruptcy Court<br>PO Box 61010<br>Houston, TX 77208-1010 | 405 Technology Solutions<br>PO Box 8433<br>Moore, OK 73153-8433 | ADM Machine Shop<br>14217 HWY TX-105<br>Conroe, TX 77306-5356 |
| AI Driller Inc<br>1801 W Wall St<br>Midland, TX 79701-6531 | ASAP Thread Protecters<br>Jose Carrasco<br>Houston, TX 77066 | Adobe Oilfield Services, Ltd<br>705 W. Hillmont<br>Odessa, TX 79764-1931 |
| All-American Trucking<br>P.O. Box 270568<br>Houston, TX 77277-0568 | Alliance Drilling Tools, LLC<br>PO Box 1503<br>Evanston, WY 82931-1503 | Alliance Farm and Ranch<br>5450 Honea Egypt Rd.<br>Montgomery, TX 77316-2364 |
| ArcoTech Drilling Solutions<br>REME Technologies dba Arcotech<br>PO Box 916<br>Broussard, LA 70518-0916 | Arrington Directional LLC<br>Camp Arrington<br>2029 Eagle View Dr.<br>Navasota, TX 77868-3951 | Bench Tree Rentals, LLC<br>2933 E. Davis<br>Conroe, TX 77301-7216 |
| Benjamin W. Kadden<br>Lugenbuhl, Wheaton, Peck, Rankin<br>601 Poydras, Suite 2775<br>New Orleans, LA 70130-6041 | Big H Transport LLC<br>PO Box 215<br>Dobbin, TX 77333-0215 | Black Diamond<br>15425 North Freeway Suite 350<br>Houston, TX 77090-6016 |
| Black Diamond Oilfield Rentals, LLC<br>15425 North Freeway Suite 350<br>Houston, TX 77090-6016 | Brent William Smith<br>16516 El Camino Real, Suite 406<br>Houston, TX 77062-5723 | Brittany Lopez CPA PC<br>7 Grogans Park, Suite 10<br>The Woodlands, TX 77380-2402 |
| Cavare Inc<br>Bill Beattie<br>12066 FM 3083 Rd<br>Conroe, TX 77301-6104 | Conroe Welding Supply Inc<br>415 South Frazier<br>Conroe, TX 77301-5098 | DAC Electrical Services, LLC<br>7926 Adcock Acres Dr.<br>Conroe, TX 77303-4014 |
| DAVM, LLC<br>12419 Bagwell Rd<br>Willis, TX 77378-4705 | DIG<br>PO Box 916<br>Broussard, LA 70518-0916 | Directional Manufacturing and Supply<br>1098 Marcon Dr<br>Lafayette, LA 70507 |
| Discovery Downhole Services<br>1855 Skyview Dr.<br>Casper, WY 82601-9641 | Downhole Works LLC<br>28723 Shirley Court<br>Magnolia, TX 77355-5613 | Drakewell LLC<br>3324 NW 135TH ST<br>Oklahoma City, OK 73120-4054 |

| | | |
|---|---|---|
| Dril Tech, LLC<br>PO Box 622039<br>Dallas, TX 75262-2039 | Drilling Tools International<br>10370 Richmond Avenue, Suite 1000<br>Houston, TX 77042-4157 | Drilling Tools International<br>1514 South County Road 1309<br>Midland, TX 79707-5839 |
| Dura Coatings<br>13920 South Meridian<br>Oklahoma City, OK 73173-8804 | Dustin Etter<br>c/o Noah E. W. Meek<br>Irelan McDaniel, PLLC<br>2520 Caroline, 2nd Floor<br>Houston, TX 77004-1000 | Dyna Drill Technologies, LLC<br>Mehaffy Weber, P.C. c/o Holly C. Hamm<br>P.O. Box 16<br>Beaumont, TX 77704-0016 |
| Dyna-Drill<br>23400 Colonial Parkway<br>Katy, TX 77493-3598 | Dyna-Drill Technologies LLC<br>23400 Colonial Parkway<br>Katy, TX 77493-3598 | DynoMax Drilling Tools USA, Inc.<br>2830 Farrell Road<br>Houston, TX 77073-4106 |
| FT Machine LLC<br>820 Turney Dr<br>Houston, TX 77038-3922 | Ferretville Investments LLC<br>20008 Champion Forest Dr., Suite 1204<br>Spring, TX 77379-8697 | Gator Technologies<br>2017 Traders Ridge Drive<br>Conroe, TX 77301-2153 |
| GeoGuidance Drilling Services<br>P.O. Box 42647<br>Bakersfield, CA 93384-2647 | Gordon Technologies LLC<br>PO Box 1486<br>Scott, LA 70583-1486 | IAE International, Inc. d/b/a Sniper<br>13300 Stonefield Dr.<br>Houston, TX 77014-2923 |
| IMECH - Innovative Mech. Solutions, LLC<br>2418 Greens Rd<br>Houston, TX 77032-1332 | InMotion Technical Support<br>P.O. Box 770391<br>Houston, TX 77215-0391 | Innova Drilling and Intervention<br>3050 Post Oak Blvd  Suite 510<br>Houston, TX 77056-6512 |
| J & B Breakout Unit Repairs LLC<br>PO Box 604<br>Conroe, TX 77305-0604 | Justin Renshaw<br>2900 Weslayan, Suite 360<br>Houston, TX 77027-5132 | Keystone Manufacturing<br>12243 Northwoods Park Drive Suite A<br>Houston, TX 77041 |
| Kyle V. Littlefield<br>32084 Ponderosa Way<br>Evergreen, CO 80439-6645 | LMJ Solutions Oilfield Services<br>2700 Industrial Ln<br>Conroe, TX 77301-4072 | Lion Inspection Services<br>3002 Farrell Rd<br>Houston, TX 77073-3007 |
| Lone Star Trucking<br>P.O. Box 872<br>Odessa, TX 79760-0872 | NOS<br>2800 Broadway, Suite C-709<br>Pearland, TX 77581-9502 | On Point Logistics<br>15814 Champion Forest Dr. Suite 1083<br>Spring, TX 77379-7141 |
| Pegasus NGV Trucking<br>PO Box 689<br>Broussard, LA 70518-0689 | Performance Power Inc.<br>P.O. Box 1608<br>Casper, WY 82602-1608 | Platinum Transport Service<br>3526 Azalea Sands Dr.<br>Spring, TX 77386-2926 |

Pmax Energy Services Inc
16655-2 Telge Road
Cypress, TX 77429-1387

Rig Runner
24955 I45 North
The Woodlands, TX 77380

Schumacher-Dixie, LLC
5610 Polk Street
Houston, TX 77023-2106


Spira Systems Inc
16518 Aldine Westfield Road Suite A
Houston, TX 77032-1363

Steel River Manufacturing LLC
18300 Strack Drive Suite 800
Spring, TX 77379-8798

Surface Resistance Technologies LLC
2998 Old Highway 105 E
Conroe, TX 77301-6452


Tellez Machine
606 Midland Dr
Houston, TX 77037-1227

Timothy L. Wentworth
Okin Adams Bartlett Curry LLP
1113 Vine St., Suite 240
Houston, TX 77002-1044

Timothy W. Strickland
Kean Miller, LLC
711 Louisiana St., Suite 1800
Houston, TX 77002-2832


Triumph Express
5805 Archduke Dr.
Houston, TX 77032

Truist Bank, Support Services
P.O. Box 85092
Richmond, VA 23286-0001

Turnazontal LLC
8514 Hamer Ranch
San Antonio, TX 78254-4526


US Trustee
Office of the US Trustee
515 Rusk Ave
Ste 3516
Houston, TX 77002-2604

United Machine Works
P O Box 525
New Waverly, TX 77358-0525

United States Trustee's Office
515 Rusk St., Suite 3516
Houston, TX 77002-2604


Viking Power Technologies
5203 Aeropark Dr.
Houston, TX 77032-4039

Viper Energy Technology
16623 Aldine Westfield Rd.
Houston, TX 77032-1351

William Hotze
Kane Russell Coleman Logan, PC
5151 San Felipe, 8th Floor
Houston, TX 77056-3607


Workrise - Rusco Operating, LLC
111 Congress Ave. Suite 1300
Austin, TX 78701-4092

Xela Media
851 Fisher Street unit B
Houston, TX 77018-5338

Dustin Etter
2520 Caroline, 2nd Floor
Houston, TX 77004-1000


Timothy L. Wentworth
Okin Adams, LLP
1113 Vine St., Suite 240
Houston, TX 77002-1044


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(d)Alliance Energy Partners, LLC
20008 Champions Forest Dr., Suite 1203
Spring, TX 77379-8697

(u)Alliance Energy Partners, LLC20008 Champio
United States Trustee's Office515 R
405 Technology SolutionsPO Box 8433M
ADM Machine Shop14217 HWY TX-105Conr
Adobe Oilfield Services, Ltd705 W. Hill
AI Driller Inc1801 W Wall StMidland

(d)Alliance Farm and Ranch, LLC
5450 Honea Egypt Rd.
Montgomery, TX 77316-2364

| | | |
|---|---|---|
| (u)Timothy L. WentworthOkin Adams Bartlett Cu | (u)Timothy L. WentworthOkin Adams Bartlett Cu<br>Alliance Energy Partners, LLC20008 Cham<br>United States Trustee's Office515 R<br>405 Technology SolutionsPO Box 8433M<br>ADM Machine Shop14217 HWY TX-105Conr<br>Adobe Oilfield Services, Ltd705 W. Hill | (d)Workrise- Rusco Operating, LLC<br>111 Congress Ave. Suite 1300<br>Austin, TX 78701-4092 |

**End of Label Matrix**
**Mailable recipients**    81
**Bypassed recipients**     6
**Total**                  87