INTERNATIONAL SURETIES, LTD.
701 POYDRAS STREET
SUITE 420
NEW ORLEANS, LA  70139
504-581-1876 - FAX

STEPHEN BEAHM                                            SARA DEJARNETTE
504-581-6441                                             504-581-4227
sbeahm@internationalsureties.com                         sdejarnette@internationalsureties.com

May 27, 2025

INVOICE

                                                         PHONE - (713) 333-9120
TOM A. HOWLEY                                            FAX   -
700 LOUISIANA STREET, SUITE 4545                         eMAIL - tom@howley-law.com
HOUSTON, TX  77002


BOND #           - 612420162

YOUR CASE #      - 25-30155

SURETY COMPANY   - UNITED STATES FIRE INSURANCE COMPANY

BOND AMOUNT      - $ 2,250,000.00

TERM             - 05/27/25 to 05/27/26


CH. 11 BOND - RE: ALLIANCE FARM AND RANCH LLC AND ALLIANCE ENERGY PARTNERS, LLC

                           BALANCE DUE              $    6,795.00


PAYMENT IS DUE UPON RECEIPT
25-31937

MAIL CHECK PAYABLE TO INTERNATIONAL SURETIES, LTD. TO THE ADDRESS ABOVE

PLEASE WRITE YOUR BOND NUMBER IN THE CHECK MEMO


YOU MAY ALSO REMIT PAYMENT VIA WIRE TRANSFER TO:

   WHITNEY BANK
   228 ST. CHARLES AVENUE
   NEW ORLEANS, LA 70130