UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 25-30155 |
| | § | |
| ALLIANCE FARM AND RANCH, LLC, | § | (CHAPTER 11) |
| | § | |
| DEBTOR | § | |
| | § | |
| IN RE: | § | CASE NO. 25-31937 |
| | § | |
| ALLIANCE ENERGY PARTNERS, LLC, | § | (CHAPTER 11) |
| | § | |
| DEBTOR | § | |

### ORDER AUTHORIZING REIMBURSEMENT OF ADMINISTRATIVE EXPENSE PAID BY CHAPTER 11 TRUSTEE

CAME on for consideration the Chapter 11 Trustee's *Application for Authority to Reimburse the Chapter 11 Trustee* for the bond fee and it appearing that the expense has been incurred in the necessary administration of the estate, it is therefore:

ORDERED that the Chapter 11 Trustee is authorized to reimburse himself in the amount of $6,795.00 for the bond fee previously paid.

Signed: _____, 2025

_____
ALFREDO R. PEREZ
United States Bankruptcy Judge