Label Matrix for local noticing
0541-4
Case 25-30155
Southern District of Texas
Houston
Wed Jun 18 09:50:53 CDT 2025

ALLIANCE FARM AND RANCH, LLC
5450 Honea Egypt Rd
Montgomery, TX 77316-2364

Alliance Energy Partners, LLC
20008 Champions Forest Dr.
Suite 1203
Spring, TX 77379-8697

(p)KEAN MILLER LLP
ATTN ATTN LLOYD A LIM AND RACHEL K THOMPSON KUBAND
711 LOUISIANA STREET
SUITE 1800 SOUTH TOWER
HOUSTON TX 77002-2716

Patriot Drilling Services LLC
c/o William R. Sudela
Crady Jewett McCulley & Houren LLP
2727 Allen Parkway, Suite 1700
Houston, TX 77019-2125

4
United States Bankruptcy Court
PO Box 61010
Houston, TX 77208-1010

Alliance Energy Partners, LLC
5450 Honea Egypt Rd
Montgomery, TX 77316-2364

Alliance Energy Resources LLC
c/o Idomeia Gibson
2700 Industrial Ln
Conroe, TX 77301-4072

Amerisource Funding, Inc.
P.O. Box 4738
Houston TX 77210-4738

Dustin Etter
c/o Noah E. W. Meek
Irelan McDaniel, PLLC
2520 Caroline, 2nd Floor
Houston, TX 77004-1000

Erik and Darla Ostrander
20105 Krahn Rd.
Spring, TX 77388-4012

Reagan H. 'Tres' Gibbs, III
Cokinos Young
1221 Lamar, 16th Floor
Houston, TX 77010-3039

Timothy L. Wentworth
Okin Adams Bartlett Curry LLP
1113 Vine St., Suite 240
Houston, TX 77002-1044

Triumph Express Oilfield LLC
15805 Archduke Dr
Houston, TX 77032-1501

US Trustee
Office of the US Trustee
515 Rusk Ave
Ste 3516
Houston, TX 77002-2604

United States Trustee's Office
515 Rusk St., Suite 3516
Houston, TX 77002-2604

Deborah Louise Crain
E-Merger.Law
1334 Brittmoore Rd.
Suite 2314
Houston, TX 77043-4037

Eric Terry
Howley Law PLLC
700 Louisiana Street, Ste 4545
Houston, TX 77002-2869

Jerod P Furr
259 Saddle Ridge
Spring, TX 77380-2748

Thomas A Howley
Howley Law PLLC
700 Louisiana Street, Ste. 4545
Houston, TX 77002-2869

Timothy L. Wentworth
Okin Adams, LLP
1113 Vine St., Suite 240
Houston, TX 77002-1044

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

DrilTech, LLC
C/O Rachel Kubanda
711 Louisiana Street
Suite 1800
Houston, TX 77002

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)KLEIN INDEPENDENT SCHOOL DISTRICT          (u)Official Committee of Unsecured Creditors          (u)Okin Adams Bartlett Curry LLP


(d)Alliance Energy Partners, LLC          (d)Alliance Farm and Ranch, LLC          (u)Dustin Etter
20008 Champions Forest Dr., Suite 1203     5450 Honea Egypt Rd.
Spring, TX 77379-8697                      Montgomery, TX 77316-2364


(u)Erik and Darla Ostrander                End of Label Matrix
                                           Mailable recipients    20
                                           Bypassed recipients     7
                                           Total                  27

Label Matrix for local noticing
0541-4
Case 25-31937
Southern District of Texas
Houston
Wed Jun 18 09:49:01 CDT 2025

Alliance Energy Partners, LLC
20008 Champions Forest Dr.
Suite 1203
Spring, TX 77379-8697

IAE International, Inc
co Renshaw PC
2900 Weslayan
Suite 360
Houston, TX 77027-5132

4
United States Bankruptcy Court
PO Box 61010
Houston, TX 77208-1010

405 Technology Solutions
PO Box 8433
Moore, OK 73153-8433

ADM Machine Shop
14217 HWY TX-105
Conroe, TX 77306-5356

AI Driller Inc
1801 W Wall St
Midland, TX 79701-6531

ASAP Thread Protecters
Jose Carrasco
Houston, TX 77066

Adobe Oilfield Services, Ltd
705 W. Hillmont
Odessa, TX 79764-1931

All-American Trucking
P.O. Box 270568
Houston, TX 77277-0568

Alliance Drilling Tools, LLC
PO Box 1503
Evanston, WY 82931-1503

Alliance Farm and Ranch
5450 Honea Egypt Rd.
Montgomery, TX 77316-2364

ArcoTech Drilling Solutions
REME Technologies dba Arcotech
PO Box 916
Broussard, LA 70518-0916

Arrington Directional LLC
Camp Arrington
2029 Eagle View Dr.
Navasota, TX 77868-3951

Bench Tree Rentals, LLC
2933 E. Davis
Conroe, TX 77301-7216

Benjamin W. Kadden
Lugenbuhl, Wheaton, Peck, Rankin
601 Poydras, Suite 2775
New Orleans, LA 70130-6041

Big H Transport LLC
PO Box 215
Dobbin, TX 77333-0215

Black Diamond
15425 North Freeway Suite 350
Houston, TX 77090-6016

Black Diamond Oilfield Rentals, LLC
15425 North Freeway Suite 350
Houston, TX 77090-6016

Brent William Smith
16516 El Camino Real, Suite 406
Houston, TX 77062-5723

Brittany Lopez CPA PC
7 Grogans Park, Suite 10
The Woodlands, TX 77380-2402

Cavare Inc
Bill Beattie
12066 FM 3083 Rd
Conroe, TX 77301-6104

Conroe Welding Supply Inc
415 South Frazier
Conroe, TX 77301-5098

DAC Electrical Services, LLC
7926 Adcock Acres Dr.
Conroe, TX 77303-4014

DAVM, LLC
12419 Bagwell Rd
Willis, TX 77378-4705

DIG
PO Box 916
Broussard, LA 70518-0916

Directional Manufacturing and Supply
1098 Marcon Dr
Lafayette, LA 70507

Discovery Downhole Services
1855 Skyview Dr.
Casper, WY 82601-9641

Downhole Works LLC
28723 Shirley Court
Magnolia, TX 77355-5613

Drakewell LLC
3324 NW 135TH ST
Oklahoma City, OK 73120-4054

Dril Tech, LLC
PO Box 622039
Dallas, TX 75262-2039

Drilling Tools International
10370 Richmond Avenue, Suite 1000
Houston, TX 77042-4157

Drilling Tools International
1514 South County Road 1309
Midland, TX 79707-5839

Dura Coatings
13920 South Meridian
Oklahoma City, OK 73173-8804

Dustin Etter
c/o Noah E. W. Meek
Irelan McDaniel, PLLC
2520 Caroline, 2nd Floor
Houston, TX 77004-1000

Dyna Drill Technologies, LLC
Mehaffy Weber, P.C. c/o Holly C. Hamm
P.O. Box 16
Beaumont, TX 77704-0016

Dyna-Drill
23400 Colonial Parkway
Katy, TX 77493-3598

Dyna-Drill Technologies LLC
23400 Colonial Parkway
Katy, TX 77493-3598

DynoMax Drilling Tools USA, Inc.
2830 Farrell Road
Houston, TX 77073-4106

FT Machine LLC
820 Turney Dr
Houston, TX 77038-3922

Ferretville Investments LLC
20008 Champion Forest Dr., Suite 1204
Spring, TX 77379-8697

Gator Technologies
2017 Traders Ridge Drive
Conroe, TX 77301-2153

GeoGuidance Drilling Services
P.O. Box 42647
Bakersfield, CA 93384-2647

Gordon Technologies LLC
PO Box 1486
Scott, LA 70583-1486

IAE International, Inc. d/b/a Sniper
13300 Stonefield Dr.
Houston, TX 77014-2923

IMECH - Innovative Mech. Solutions, LLC
2418 Greens Rd
Houston, TX 77032-1332

InMotion Technical Support
P.O. Box 770391
Houston, TX 77215-0391

Innova Drilling and Intervention
3050 Post Oak Blvd  Suite 510
Houston, TX 77056-6512

J & B Breakout Unit Repairs LLC
PO Box 604
Conroe, TX 77305-0604

Justin Renshaw
2900 Weslayan, Suite 360
Houston, TX 77027-5132

Keystone Manufacturing
12243 Northwoods Park Drive Suite A
Houston, TX 77041

Kyle V. Littlefield
32084 Ponderosa Way
Evergreen, CO 80439-6645

LMJ Solutions Oilfield Services
2700 Industrial Ln
Conroe, TX 77301-4072

Lion Inspection Services
3002 Farrell Rd
Houston, TX 77073-3007

Lone Star Trucking
P.O. Box 872
Odessa, TX 79760-0872

NOS
2800 Broadway, Suite C-709
Pearland, TX 77581-9502

On Point Logistics
15814 Champion Forest Dr. Suite 1083
Spring, TX 77379-7141

Pegasus NGV Trucking
PO Box 689
Broussard, LA 70518-0689

Performance Power Inc.
P.O. Box 1608
Casper, WY 82602-1608

Platinum Transport Service
3526 Azalea Sands Dr.
Spring, TX 77386-2926

Pmax Energy Services Inc
16655-2 Telge Road
Cypress, TX 77429-1387

Rig Runner
24955 I45 North
The Woodlands, TX 77380

Schumacher-Dixie, LLC
5610 Polk Street
Houston, TX 77023-2106

Spira Systems Inc
16518 Aldine Westfield Road Suite A
Houston, TX 77032-1363

Steel River Manufacturing LLC
18300 Strack Drive Suite 800
Spring, TX 77379-8798

Surface Resistance Technologies LLC
2998 Old Highway 105 E
Conroe, TX 77301-6452

Tellez Machine
606 Midland Dr
Houston, TX 77037-1227

Timothy L. Wentworth
Okin Adams Bartlett Curry LLP
1113 Vine St., Suite 240
Houston, TX 77002-1044

Timothy W. Strickland
Kean Miller, LLC
711 Louisiana St., Suite 1800
Houston, TX 77002-2832

Triumph Express
5805 Archduke Dr.
Houston, TX 77032

Truist Bank, Support Services
P.O. Box 85092
Richmond, VA 23286-0001

Turnazontal LLC
8514 Hamer Ranch
San Antonio, TX 78254-4526

US Trustee
Office of the US Trustee
515 Rusk Ave
Ste 3516
Houston, TX 77002-2604

United Machine Works
P O Box 525
New Waverly, TX 77358-0525

United States Trustee's Office
515 Rusk St., Suite 3516
Houston, TX 77002-2604

Viking Power Technologies
5203 Aeropark Dr.
Houston, TX 77032-4039

Viper Energy Technology
16623 Aldine Westfield Rd.
Houston, TX 77032-1351

William Hotze
Kane Russell Coleman Logan, PC
5151 San Felipe, 8th Floor
Houston, TX 77056-3607

Workrise - Rusco Operating, LLC
111 Congress Ave. Suite 1300
Austin, TX 78701-4092

Xela Media
851 Fisher Street unit B
Houston, TX 77018-5338

Dustin Etter
2520 Caroline, 2nd Floor
Houston, TX 77004-1000

Timothy L. Wentworth
Okin Adams, LLP
1113 Vine St., Suite 240
Houston, TX 77002-1044

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Alliance Energy Partners, LLC
20008 Champions Forest Dr., Suite 1203
Spring, TX 77379-8697

(u)Alliance Energy Partners, LLC20008 Champio
United States Trustee's Office515 R
405 Technology SolutionsPO Box 8433M
ADM Machine Shop14217 HWY TX-105Conr
Adobe Oilfield Services, Ltd705 W. Hill
AI Driller Inc1801 W Wall StMidland

(d)Alliance Farm and Ranch, LLC
5450 Honea Egypt Rd.
Montgomery, TX 77316-2364

(u)Timothy L. WentworthOkin Adams Bartlett Cu

(u)Timothy L. WentworthOkin Adams Bartlett Cu
Alliance Energy Partners, LLC20008 Cham
United States Trustee's Office515 R
405 Technology SolutionsPO Box 8433M
ADM Machine Shop14217 HWY TX-105Conr
Adobe Oilfield Services, Ltd705 W. Hill

(d)Workrise- Rusco Operating, LLC
111 Congress Ave. Suite 1300
Austin, TX 78701-4092

**End of Label Matrix**
**Mailable recipients**     81
**Bypassed recipients**      6
**Total**                   87