IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 25-30155 |
| | § | |
| ALLIANCE FARM AND RANCH, LLC, | § | (CHAPTER 11) |
| | § | |
| DEBTOR | § | |
| | § | |
| IN RE: | § | CASE NO. 25-31937 |
| | § | |
| ALLIANCE ENERGY PARTNERS, LLC, | § | (CHAPTER 11) |
| | § | |
| DEBTOR | § | |

**WITNESS AND EXHIBIT LIST
FOR EMERGENCY HEARING ON JUNE 25, 2025**

Tom A. Howley Chapter 11 Trustee (the "**Trustee**") in the above-captioned chapter 11 cases files this witness and exhibit list (the "**Witness and Exhibit List**") for the telephone and video only hearing scheduled for **June 25, 2025 at 12:00 p.m. (CT)** (the "**Hearing**") before the Honorable Alfredo R. Perez, United States Bankruptcy Judge.

**WITNESSES**

The Trustee may call the following witnesses at the Hearing:

1. Tom A. Howley, Chapter 11 Trustee.

2. Any witness listed by any other party.

3. Rebuttal witnesses as necessary.

The Trustee further reserves the right to cross-examine any witness called by any other party.

**EXHIBITS**

| Exhibit | Description | Offered | Objection | Admitted |
|---|---|---|---|---|
| 1 | *Trustee's Emergency Motion for Order (I) Setting the General Claims Bar Date for Filing Proofs of Claim, (II) Approving the Form and Manner of Notice of Bar Date and* | | | |

1

| Exhibit | Description | Offered | Objection | Admitted |
|---|---|---|---|---|
| | *(III) Granting Related Relief* [Docket No 141] | | | |
| 2 | Revised Notice of General Bar Date | | | |
| 3 | Redline Notice of General Bar Date to Original [Docket No. 141-1] | | | |
| 4 | Revised Proposed Order (I) Setting the General Claims Bar Date for Filing Proofs of Claim, (II) Approving the Form and Manner of Notice of Bar Date and (III) Granting Related Relief | | | |
| 5 | Redline Proposed Order (I) Setting the General Claims Bar Date for Filing Proofs of Claim, (II) Approving the Form and Manner of Notice of Bar Date and (III) Granting Related Relief [Docket No. 141-2] | | | |
| | Any document or pleading filed in the above-captioned cases | | | |
| | Any exhibit necessary for cross-examination, impeachment and/or rebuttal purposes | | | |
| | Any exhibit identified or offered by any other party | | | |

## RESERVATION OF RIGHTS

The Trustee reserves the right to call or to introduce one or more, or none, of the witnesses and exhibits listed above, and further reserves the right to supplement this Witness and Exhibit List at any time prior to or during the hearing.

Dated: June 24, 2025　　　　　　　　Respectfully submitted,
　　　　Houston, Texas

　　　　　　　　　　　　　　　　　　*/s/ Eric Terry*
　　　　　　　　　　　　　　　　　　Eric Terry **-** Texas Bar No.  00794729
　　　　　　　　　　　　　　　　　　**HOWLEY LAW PLLC**
　　　　　　　　　　　　　　　　　　700 Louisiana St., Suite 4545
　　　　　　　　　　　　　　　　　　Houston, Texas 77002
　　　　　　　　　　　　　　　　　　Telephone:  713-333-9125
　　　　　　　　　　　　　　　　　　Email:  eric@howley-law.com

　　　　　　　　　　　　　　　　　　***Proposed Counsel  for Tom A. Howley - Trustee***

## CERTIFICATE OF SERVICE

This is to certify that on June 24, 2025, a true and correct copy of the foregoing Motion was served via the Court's CM/ECF notification system.

<u>/s/ Eric Terry</u><br>
Eric Terry