United States Bankruptcy Court
Southern District of Texas

**ENTERED**

July 07, 2025

Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | **CASE NO. 25-30155** |
| | § | |
| **ALLIANCE FARM AND RANCH, LLC,** | § | **(CHAPTER 11)** |
| | § | |
| DEBTOR | § | |
| | § | |
| IN RE: | § | **CASE NO. 25-31937** |
| | § | |
| **ALLIANCE ENERGY PARTNERS, LLC,** | § | **(CHAPTER 11)** |
| | § | |
| DEBTOR | § | |
| | § | |

**ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF
DYKEMA GOSSETT, PLLC AS ATTORNEYS FOR THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS OF ALLIANCE FARM AND RANCH, LLC AND
ALLIANCE ENERGY PARTNERS, LLC, EFFECTIVE AS OF MAY 13, 2025**

This matter is before the Court upon the *Application of the Official Committee of Unsecured Creditors for Entry of an Order Authorizing the Employment and Retention of Dykema Gossett, PLLC as Counsel, Effective as of May 13, 2025* (the "Application"), filed by the Official Committee of Unsecured Creditors (the "Committee") on June 12, 2025, pursuant to sections 327, 328, and 1103 of title 11 of the United States Code (the "Bankruptcy Code"), Rules 2014 and 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rules 2014-1 and 2016-1 of the Local Bankruptcy Rules for the Southern District of Texas (the "Local Rules"). In the Application, the Committee seeks authority to retain and employ Dykema Gossett, PLLC ("Dykema") as its attorneys, effective as of May 13, 2025. Upon the representation that, while employed by the Committee, Dykema does not represent any other entity having an adverse interest in connection with these chapter 11 Cases in accordance with section 1103(b) of the Bankruptcy Code, and that Dykema has disclosed any connections with parties set forth in Rule

2014 of the Bankruptcy Rules; and it appearing that relief requested in the Application is in the best interest of the Committee and the Debtor's estate, and the Court having jurisdiction to consider the Application and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b), and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409, and having reviewed the Application and the accompanying *Declaration of William Hotze in Support of Application of the Official Committee of Unsecured Creditors for Entry of an Order Authorizing the Employment and Retention of Dykema Gossett, PLLC as Counsel, Effective as of May 13, 2025*, the Court finds and determines that Dykema does not represent any other entity having an adverse interest in connection with this chapter 11 Case in accordance with section 1103(b) of the Bankruptcy Code. Due and proper notice of the Application having been provided, and it appearing that no other or further notice is necessary or required, and the Court having reviewed the Application and having determine that the legal and factual bases set forth in the Application establish just cause for the relief granted herein, and upon all of the proceedings had before the Court, and after due deliberation and sufficient cause appearing thereof, it is **HEREBY ORDER THAT:**

1.      The Application is **GRANTED**, as set forth herein.

2.      Pursuant to section 328 and 1103(a) of the Bankruptcy Code, Rules 2014 and 2016 of the Bankruptcy Rules, and Rules 2014-1 and 2016-1 of the Local Rules, the Committee is authorized to employ and retain Dykema as its counsel in this chapter 11 Case, with such employment being effective April 26, 2023.

3.      Dykema is authorized to render professional services to the Committee in connection with this chapter 11 Case, as described in the Application.

126985.000001 4901-2740-0525.1

4.     Dykema shall apply for compensation for professional services rendered and reimbursement of expenses incurred in connection with this chapter 11 Case in accordance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, the U.S. Trustee Guidelines, and any other applicable procedures and orders of this Court.

5.     Notice of the Application as provided therein shall be deemed good and sufficient notice of such Application and the requirements of the Bankruptcy Rules and the Local Rules are satisfied by such notice.

6.     This Court shall retain jurisdiction over any and all issues arising from or related to the implementation and interpretation of this Order.

Signed: July 07, 2025

Alfredo R Pérez
United States Bankruptcy Judge

3

United States Bankruptcy Court
Southern District of Texas

In re:                                                                    Case No. 25-30155-arp

ALLIANCE FARM AND RANCH, LLC                                              Chapter 11

Alliance Energy Partners, LLC

   Debtors

# CERTIFICATE OF NOTICE

District/off: 0541-4                      User: ADIuser                      Page 1 of 3
Date Rcvd: Jul 07, 2025                   Form ID: pdf002                    Total Noticed: 6

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 09, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | ALLIANCE FARM AND RANCH, LLC, 5450 Honea Egypt Rd, Montgomery, TX 77316-2364 |
| jdb | + | Alliance Energy Partners, LLC, 20008 Champions Forest Dr., Suite 1203, Spring, TX 77379-8697 |
| aty | + | Eric Terry, Howley Law PLLC, 700 Louisiana Street, Ste 4545, Houston, TX 77002, UNITED STATES 77002-2869 |
| cr | + | Jerod P Furr, 259 Saddle Ridge, Spring, TX 77380-2748 |
| cr | + | Patriot Drilling Services LLC, c/o William R. Sudela, Crady Jewett McCulley & Houren LLP, 2727 Allen Parkway, Suite 1700, Houston, TX 77019-2125 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/Text: lloyd.lim@keanmiller.com | Jul 07 2025 21:36:00 | DrilTech, LLC, C/O Rachel Kubanda, 711 Louisiana Street, Suite 1800, Houston, TX 77002 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | | Okin Adams Bartlett Curry LLP |
| cr | | Dustin Etter |
| intp | | Erik and Darla Ostrander |
| cr | | KLEIN INDEPENDENT SCHOOL DISTRICT |
| crcm | | Official Committee of Unsecured Creditors |

TOTAL: 5 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 09, 2025                    Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 7, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Abdiel Lopez-Castro | on behalf of Creditor Dustin Etter alopezcastro@hwa.com |
| Branch Masterson Sheppard | on behalf of Defendant Jeana Lea Hurley bsheppard@mcglinchey.com  sdeleon@gallowaylawfirm.com |
| Branch Masterson Sheppard | on behalf of Defendant Connect Realty.com  Inc. bsheppard@mcglinchey.com, sdeleon@gallowaylawfirm.com |
| Branch Masterson Sheppard | on behalf of Defendant Heaven Lee Properties  LLC bsheppard@mcglinchey.com, sdeleon@gallowaylawfirm.com |
| Deborah Louise Crain | on behalf of Defendant Alliance Energy Partners  LLC shannon@e-merger.law |
| Deborah Louise Crain | on behalf of Defendant AE Partners Holdings  Inc. shannon@e-merger.law |
| Deborah Louise Crain | on behalf of Defendant ALLIANCE FARM AND RANCH  LLC shannon@e-merger.law |
| Deborah Louise Crain | on behalf of Defendant AEP Asset Holdings  LLC shannon@e-merger.law |
| Deborah Louise Crain | on behalf of Defendant Jerod P Furr shannon@e-merger.law |
| Deborah Louise Crain | on behalf of Debtor ALLIANCE FARM AND RANCH  LLC shannon@e-merger.law |
| Deborah Louise Crain | on behalf of Defendant Invictus Drilling Motors  LLC shannon@e-merger.law |
| Deborah Louise Crain | on behalf of Defendant Corina Furr shannon@e-merger.law |
| Eric Brad Terry | on behalf of Trustee Tom Howley eric@howley-law.com |
| Ha Minh Nguyen | on behalf of U.S. Trustee US Trustee ha.nguyen@usdoj.gov |
| Heather Heath McIntyre | on behalf of Creditor Dustin Etter HMcIntyre@hwallp.com  dek@hwallp.com;lslater@hwa.com |
| James Randal Bays | on behalf of Defendant AE Partners Holdings  Inc. randy@baysfirm.com, Kerry@baysfirm.com;randybays@hotmail.com;Vickie@baysfirm.com |
| James Randal Bays | on behalf of Defendant Alliance Energy Partners  LLC randy@baysfirm.com, Kerry@baysfirm.com;randybays@hotmail.com;Vickie@baysfirm.com |
| James Randal Bays | on behalf of Defendant ALLIANCE FARM AND RANCH  LLC randy@baysfirm.com, Kerry@baysfirm.com;randybays@hotmail.com;Vickie@baysfirm.com |
| James Randal Bays | on behalf of Defendant AEP Asset Holdings  LLC randy@baysfirm.com, Kerry@baysfirm.com;randybays@hotmail.com;Vickie@baysfirm.com |
| James Randal Bays | on behalf of Defendant Jerod P Furr randy@baysfirm.com  Kerry@baysfirm.com;randybays@hotmail.com;Vickie@baysfirm.com |
| James Randal Bays | on behalf of Defendant Invictus Drilling Motors  LLC randy@baysfirm.com, Kerry@baysfirm.com;randybays@hotmail.com;Vickie@baysfirm.com |
| James Randal Bays | on behalf of Defendant Corina Furr randy@baysfirm.com  Kerry@baysfirm.com;randybays@hotmail.com;Vickie@baysfirm.com |
| Justin William Randall Renshaw | on behalf of Creditor IAE International  Inc justin@renshaw-law.com, kim@renshaw-law.com |
| Leonard H Simon | |

Leonard H Simon

on behalf of Creditor Jerod P Furr lsimon@pendergraftsimon.com
csanchez@pendergraftsimon.com;jdavila@pendergraftsimon.com;rlp@pendergraftsimon.com

on behalf of Defendant Jerod P Furr lsimon@pendergraftsimon.com
csanchez@pendergraftsimon.com;jdavila@pendergraftsimon.com;rlp@pendergraftsimon.com

Melissa E Valdez

on behalf of Creditor KLEIN INDEPENDENT SCHOOL DISTRICT mvaldez@pbfcm.com
mvaldez@ecf.courtdrive.com;arandermann@pbfcm.com

Nicholas Zugaro

on behalf of Creditor Committee Official Committee of Unsecured Creditors Nzugaro@dykema.com
DocketHOU@dykema.com;ccastic@dykema.com

Noah E Meek

on behalf of Plaintiff Dustin Etter nmeek@irelanlaw.com  nperez@irelanlaw.com;scartwright@irelanlaw.com

Noah E Meek

on behalf of Interested Party Dustin Etter nmeek@irelanlaw.com  nperez@irelanlaw.com;scartwright@irelanlaw.com

Noah E Meek

on behalf of Creditor Dustin Etter nmeek@irelanlaw.com  nperez@irelanlaw.com;scartwright@irelanlaw.com

Rachel Kubanda

on behalf of Creditor DrilTech  LLC rachel.kubanda@keanmiller.com,
michelle.friery@keanmiller.com;kristina.tipton@keanmiller.com;teresa.miller@keanmiller.com

Reagan H. Tres Gibbs, III

on behalf of Interested Party Erik and Darla Ostrander tgibbs@cokinoslaw.com  jjohnson@cokinoslaw.com

Samuel Thomas Pendergast

on behalf of Interested Party Erik and Darla Ostrander spendergast@cokinoslaw.com  jgraffagnino@cokinoslaw.com

Sara Aniece Morton

on behalf of Defendant Jeana Lea Hurley smorton@rmjelaw.com

Sara Aniece Morton

on behalf of Defendant Connect Realty.com  Inc. smorton@rmjelaw.com

Sara Aniece Morton

on behalf of Defendant Heaven Lee Properties  LLC smorton@rmjelaw.com

Thomas A Howley

on behalf of Trustee Thomas A Howley tom@howley-law.com  thowley@ecf.axosfs.com

Thomas A Howley

on behalf of Attorney Eric Terry tom@howley-law.com  thowley@ecf.axosfs.com

Thomas A Howley

on behalf of Trustee Tom Howley tom@howley-law.com  roland@howley-law.com;eric@howley-law.com

Thomas A Howley

tom@howley-law.com  thowley@ecf.axosfs.com

Timothy L. Wentworth

on behalf of Joint Debtor Alliance Energy Partners  LLC twentworth@okinadams.com,
sgonzales@okinadams.com;nhollon@okinadams.com

Timothy L. Wentworth

on behalf of Attorney Okin Adams Bartlett Curry LLP twentworth@okinadams.com
sgonzales@okinadams.com;nhollon@okinadams.com

Timothy L. Wentworth

on behalf of Debtor ALLIANCE FARM AND RANCH  LLC twentworth@okinadams.com,
sgonzales@okinadams.com;nhollon@okinadams.com

Timothy L. Wentworth

on behalf of Debtor Alliance Energy Partners  LLC twentworth@okinadams.com,
sgonzales@okinadams.com;nhollon@okinadams.com

US Trustee

USTPRegion07.HU.ECF@USDOJ.GOV

William James Hotze

on behalf of Creditor Committee Official Committee of Unsecured Creditors whotze@dykema.com

William R Sudela

on behalf of Creditor Patriot Drilling Services LLC wsudela@cjmhlaw.com

TOTAL: 47