United States Bankruptcy Court
Southern District of Texas
**ENTERED**
July 09, 2025
Nathan Ochsner, Clerk

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 25-30155 |
| | § | |
| ALLIANCE FARM AND RANCH, LLC, | § | (CHAPTER 11) |
| | § | |
| DEBTOR | § | |
| | § | |
| IN RE: | § | CASE NO. 25-31937 |
| | § | |
| ALLIANCE ENERGY PARTNERS, LLC, | § | (CHAPTER 11) |
| | § | |
| DEBTOR | § | |
| | § | |

### SECOND STIPULATION AND AGREED ORDER EXTENDING THE OBJECTION DEADLINE REGARDING APPLICATION FOR APPROVAL OF EMPLOYMENT OF OKIN ADAMS BARTLETT CURRY, LLP AS COUNSEL FOR DEBTORS AND APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIODS MARCH 14, 2025 THROUGH MAY 23, 2025 (ALLIANCE FARM AND RANCH, LLC) AND APRIL 7, 2025 THROUGH MAY 23, 2025 (ALLIANCE ENERGY PARTNERS, LLC)
**[Related to Doc No. 130]**

This Second Stipulation ("Stipulation") is entered into by (a) Tom A. Howley in his capacity as the chapter 11 trustee (the "Trustee") in the above-numbered and styled bankruptcy proceedings; and (b) Okin Adams Bartlett Curry, LLP ("Okin Adams") (together the "Parties"). The Parties hereby stipulate and agree as follows:

WHEREAS, the Trustee was appointed on May 27, 2025 at Docket No. 115.

WHEREAS, on June 4, 2025 Okin Adams filed its *Application for Approval of Employment of Okin Adams Bartlett Curry, LLP as Counsel for Debtors and Application for Compensation and Reimbursement of Expenses for the Periods March 14, 2025 Through May 23, 2025 (Alliance Farm and Ranch, LLC) and April 7, 2025 Through May 23, 2025 (Alliance Energy Partners, LLC)* (the "Application").

1

WHEREAS, the deadline to object to the Application was June 25, 2025 ("Objection Deadline").

WHEREAS, the Parties have been engaging in discussions relating to a possible resolution of any objections to the Application. The Court entered the first Stipulation and Agreed Order extending the deadline to July 9, 2025, at Docket No. 140. The Parties have agreed to further extend the Objection Deadline for the Parties to this Stipulation.

WHEREAS, the Parties have agreed that the Objection Deadline should be extended to July 16, 2025 ("Extended Objection Deadline") for the Parties to this Stipulation.

**NOW, THEREFORE**, the Parties hereby stipulate and agree and it is **ORDERED** that:

1. The foregoing recitals are hereby incorporated by reference into this Stipulation with the same force and effect as if fully set forth hereinafter.

2. Unless otherwise agreed to by the parties by separate stipulation, the Extended Objection Deadline of July 16, 2025 shall be the objection deadline for the Parties to this Stipulation regarding Okin Adam's Application.

3. The provisions of this Stipulation shall be binding on the Parties and their successors, heirs, and assigns and shall inure to the benefit of the Parties and their successors and assigns.

4. Each person who executes this Stipulation on behalf of a Party hereto represents that he or she is duly authorized to execute this Stipulation and agrees to the terms set forth herein.

5. This Stipulation shall be effective and enforceable immediately upon entry of this Stipulation, in accordance with its terms.

6. The Bankruptcy Court retains jurisdiction with respect to the implementation of this Stipulation, and the Parties hereby consent to such jurisdiction to resolve any disputes or controversies with respect to this Stipulation.

Signed: July 09, 2025

Alfredo R Pérez
United States Bankruptcy Judge

Dated: July 8, 2025

*/s/ Eric Terry*
**Eric Terry**
Texas Bar No. 00794729
**HOWLEY LAW PLLC**
TC Energy Center
700 Louisiana St., Suite 4545
Houston, Texas 77002
Telephone: 713-333-9125
Email: eric@howley-law.com

**Proposed Counsel for Tom A. Howley – Trustee**

- and -

**OKIN ADAMS BARTLETT CURRY LLP**
*/s/ Timothy L. Wentworth*
Timothy L. Wentworth
Texas Bar No. 21179000
Email: twentworth@okinadams.com
1113 Vine Street, Suite 240
Houston, Texas 77002
Telephone: 713.228.4100
Facsimile: 346.247.7158

**Proposed Attorneys for the Debtor**

### CERTIFICATE OF SERVICE

I certify that on June 8, 2025, I caused a copy of the foregoing document to be served by electronic transmission to all registered ECF users appearing in these cases.

*/s/ Eric Terry*
Eric Terry

1

United States Bankruptcy Court
Southern District of Texas

| | |
|---|---|
| In re: | Case No. 25-30155-arp |
| ALLIANCE FARM AND RANCH, LLC | Chapter 11 |
| Alliance Energy Partners, LLC | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 1 of 3 |
| Date Rcvd: Jul 09, 2025 | Form ID: pdf002 | Total Noticed: 6 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 11, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | ALLIANCE FARM AND RANCH, LLC, 5450 Honea Egypt Rd, Montgomery, TX 77316-2364 |
| jdb | + | Alliance Energy Partners, LLC, 20008 Champions Forest Dr., Suite 1203, Spring, TX 77379-8697 |
| aty | + | Eric Terry, Howley Law PLLC, 700 Louisiana Street, Ste 4545, Houston, TX 77002, UNITED STATES 77002-2869 |
| cr | + | Jerod P Furr, 259 Saddle Ridge, Spring, TX 77380-2748 |
| cr | + | Patriot Drilling Services LLC, c/o William R. Sudela, Crady Jewett McCulley & Houren LLP, 2727 Allen Parkway, Suite 1700, Houston, TX 77019-2125 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/Text: lloyd.lim@keanmiller.com | Jul 09 2025 20:05:00 | DrilTech, LLC, C/O Rachel Kubanda, 711 Louisiana Street, Suite 1800, Houston, TX 77002 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | | Okin Adams Bartlett Curry LLP |
| cr | | Dustin Etter |
| intp | | Erik and Darla Ostrander |
| cr | | KLEIN INDEPENDENT SCHOOL DISTRICT |
| crcm | | Official Committee of Unsecured Creditors |

TOTAL: 5 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: Jul 11, 2025 | Signature: | /s/Gustava Winters |

| District/off: 0541-4 | User: ADIuser | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 09, 2025 | Form ID: pdf002 | Total Noticed: 6 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 9, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Abdiel Lopez-Castro | on behalf of Creditor Dustin Etter alopezcastro@hwa.com |
| Branch Masterson Sheppard | on behalf of Defendant Jeana Lea Hurley bsheppard@mcglinchey.com  sdeleon@gallowaylawfirm.com |
| Branch Masterson Sheppard | on behalf of Defendant Connect Realty.com  Inc. bsheppard@mcglinchey.com, sdeleon@gallowaylawfirm.com |
| Branch Masterson Sheppard | on behalf of Defendant Heaven Lee Properties  LLC bsheppard@mcglinchey.com, sdeleon@gallowaylawfirm.com |
| Deborah Louise Crain | on behalf of Defendant Alliance Energy Partners  LLC dcrain@e-merger.law |
| Deborah Louise Crain | on behalf of Defendant AE Partners Holdings  Inc. dcrain@e-merger.law |
| Deborah Louise Crain | on behalf of Defendant ALLIANCE FARM AND RANCH  LLC dcrain@e-merger.law |
| Deborah Louise Crain | on behalf of Defendant AEP Asset Holdings  LLC dcrain@e-merger.law |
| Deborah Louise Crain | on behalf of Defendant Jerod P Furr dcrain@e-merger.law |
| Deborah Louise Crain | on behalf of Debtor ALLIANCE FARM AND RANCH  LLC dcrain@e-merger.law |
| Deborah Louise Crain | on behalf of Defendant Invictus Drilling Motors  LLC dcrain@e-merger.law |
| Deborah Louise Crain | on behalf of Defendant Corina Furr dcrain@e-merger.law |
| Eric Brad Terry | on behalf of Trustee Tom Howley eric@howley-law.com |
| Ha Minh Nguyen | on behalf of U.S. Trustee US Trustee ha.nguyen@usdoj.gov |
| Heather Heath McIntyre | on behalf of Creditor Dustin Etter HMcIntyre@hwallp.com  dek@hwallp.com;lslater@hwa.com |
| James Randal Bays | on behalf of Defendant AE Partners Holdings  Inc. randy@baysfirm.com, Kerry@baysfirm.com;randybays@hotmail.com;Vickie@baysfirm.com |
| James Randal Bays | on behalf of Defendant Alliance Energy Partners  LLC randy@baysfirm.com, Kerry@baysfirm.com;randybays@hotmail.com;Vickie@baysfirm.com |
| James Randal Bays | on behalf of Defendant ALLIANCE FARM AND RANCH  LLC randy@baysfirm.com, Kerry@baysfirm.com;randybays@hotmail.com;Vickie@baysfirm.com |
| James Randal Bays | on behalf of Defendant AEP Asset Holdings  LLC randy@baysfirm.com, Kerry@baysfirm.com;randybays@hotmail.com;Vickie@baysfirm.com |
| James Randal Bays | on behalf of Defendant Jerod P Furr randy@baysfirm.com  Kerry@baysfirm.com;randybays@hotmail.com;Vickie@baysfirm.com |
| James Randal Bays | on behalf of Defendant Invictus Drilling Motors  LLC randy@baysfirm.com, Kerry@baysfirm.com;randybays@hotmail.com;Vickie@baysfirm.com |
| James Randal Bays | on behalf of Defendant Corina Furr randy@baysfirm.com  Kerry@baysfirm.com;randybays@hotmail.com;Vickie@baysfirm.com |
| Justin William Randall Renshaw | on behalf of Creditor IAE International  Inc justin@renshaw-law.com, kim@renshaw-law.com |
| Leonard H Simon | |

| District/off: 0541-4 | User: ADIuser | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jul 09, 2025 | Form ID: pdf002 | Total Noticed: 6 |

Leonard H Simon
    on behalf of Creditor Jerod P Furr lsimon@pendergraftsimon.com csanchez@pendergraftsimon.com;jdavila@pendergraftsimon.com;rlp@pendergraftsimon.com

    on behalf of Defendant Jerod P Furr lsimon@pendergraftsimon.com csanchez@pendergraftsimon.com;jdavila@pendergraftsimon.com;rlp@pendergraftsimon.com

Melissa E Valdez
    on behalf of Creditor KLEIN INDEPENDENT SCHOOL DISTRICT mvaldez@pbfcm.com mvaldez@ecf.courtdrive.com;arandermann@pbfcm.com

Nicholas Zugaro
    on behalf of Creditor Committee Official Committee of Unsecured Creditors Nzugaro@dykema.com DocketHOU@dykema.com;ccastic@dykema.com

Noah E Meek
    on behalf of Plaintiff Dustin Etter nmeek@irelanlaw.com  nperez@irelanlaw.com;scartwright@irelanlaw.com

Noah E Meek
    on behalf of Interested Party Dustin Etter nmeek@irelanlaw.com  nperez@irelanlaw.com;scartwright@irelanlaw.com

Noah E Meek
    on behalf of Creditor Dustin Etter nmeek@irelanlaw.com  nperez@irelanlaw.com;scartwright@irelanlaw.com

Rachel Kubanda
    on behalf of Creditor DrilTech  LLC rachel.kubanda@keanmiller.com, michelle.friery@keanmiller.com;kristina.tipton@keanmiller.com;teresa.miller@keanmiller.com

Reagan H. Tres Gibbs, III
    on behalf of Interested Party Erik and Darla Ostrander tgibbs@cokinoslaw.com  jjohnson@cokinoslaw.com

Samuel Thomas Pendergast
    on behalf of Interested Party Erik and Darla Ostrander spendergast@cokinoslaw.com  jgraffagnino@cokinoslaw.com

Sara Aniece Morton
    on behalf of Defendant Jeana Lea Hurley smorton@rmjelaw.com

Sara Aniece Morton
    on behalf of Defendant Connect Realty.com  Inc. smorton@rmjelaw.com

Sara Aniece Morton
    on behalf of Defendant Heaven Lee Properties  LLC smorton@rmjelaw.com

Thomas A Howley
    on behalf of Trustee Thomas A Howley tom@howley-law.com  thowley@ecf.axosfs.com

Thomas A Howley
    on behalf of Attorney Eric Terry tom@howley-law.com  thowley@ecf.axosfs.com

Thomas A Howley
    on behalf of Trustee Tom Howley tom@howley-law.com  roland@howley-law.com;eric@howley-law.com

Thomas A Howley
    tom@howley-law.com  thowley@ecf.axosfs.com

Timothy L. Wentworth
    on behalf of Joint Debtor Alliance Energy Partners  LLC twentworth@okinadams.com, sgonzales@okinadams.com;nhollon@okinadams.com

Timothy L. Wentworth
    on behalf of Attorney Okin Adams Bartlett Curry LLP twentworth@okinadams.com sgonzales@okinadams.com;nhollon@okinadams.com

Timothy L. Wentworth
    on behalf of Debtor ALLIANCE FARM AND RANCH  LLC twentworth@okinadams.com, sgonzales@okinadams.com;nhollon@okinadams.com

Timothy L. Wentworth
    on behalf of Debtor Alliance Energy Partners  LLC twentworth@okinadams.com, sgonzales@okinadams.com;nhollon@okinadams.com

US Trustee
    USTPRegion07.HU.ECF@USDOJ.GOV

William James Hotze
    on behalf of Creditor Committee Official Committee of Unsecured Creditors whotze@dykema.com

William R Sudela
    on behalf of Creditor Patriot Drilling Services LLC wsudela@cjmhlaw.com

TOTAL: 47