United States Bankruptcy Court
Southern District of Texas
**ENTERED**
July 14, 2025
Nathan Ochsner, Clerk

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 25-30155 |
| ALLIANCE FARM AND RANCH, LLC, | § | (CHAPTER 11) |
| DEBTOR | § | |
| IN RE: | § | CASE NO. 25-31937 |
| ALLIANCE ENERGY PARTNERS, LLC, | § | (CHAPTER 11) |
| DEBTOR | § | |

**ORDER AUTHORIZING REIMBURSEMENT OF**
**ADMINISTRATIVE EXPENSE PAID BY CHAPTER 11 TRUSTEE**

CAME on for consideration the Chapter 11 Trustee's *Application for Authority to Reimburse the Chapter 11 Trustee* for the bond fee and it appearing that the expense has been incurred in the necessary administration of the estate, it is therefore:

ORDERED that the Chapter 11 Trustee is authorized to reimburse himself in the amount of $6,795.00 for the bond fee previously paid.

Signed: July 14, 2025

_____
Alfredo R Pérez
United States Bankruptcy Judge