IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 25-30155 |
| | § | |
| ALLIANCE FARM AND RANCH, LLC, | § | (CHAPTER 11) |
| | § | |
| DEBTOR | § | |
| | § | |
| | § | |
| IN RE: | § | CASE NO. 25-31937 |
| | § | |
| ALLIANCE ENERGY PARTNERS, LLC, | § | (CHAPTER 11) |
| | § | |
| DEBTOR | § | JOINTLY ADMINISTERED |

**AGREED ORDER AUTHORIZING THE EMPLOYMENT OF OKIN ADAMS BARTLETT CURRY LLP AS COUNSEL FOR THE DEBTORS *NUNC PRO TUNC* AND ORDER AWARDING FINAL FEES AND EXPENSES OF OKIN ADAMS BARTLETT CURRY LLP, COUNSEL FOR THE DEBTORS**

The Court considered the *Application For Approval of Employment of Okin Adams Bartlett Curry, LLP as Counsel for Debtors and Application for Compensation and Reimbursement of Expenses for the Periods March 19, 2025 Through May 23, 2025 (Alliance Farm and Ranch, LLC) and April 7, 2025 Through May 23, 2025 (Alliance Energy Partners, LLC)* ") (the "Application")[1] filed by Okin Adams Bartlett Curry, LLP ("Okin Adams"), the Declaration of Timothy L. Wentworth (the "Wentworth Declaration") submitted in support of the Application and the objection to the Application filed by Dustin Etter ("Etter"). Okin Adams, Etter and Tom Howley, Trustee (the "Trustee") having advised the Court that an agreement had been reach on the Application, and that such agreement should be entered as an Agreed Order, it is therefore **ORDERED** that:

---

[1] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Application.

1. In accordance with section 327(a) of the Bankruptcy Code, the Debtors are authorized to employ and retain Okin Adams to represent the Debtors as general bankruptcy counsel in these cases *nunc pro tunc* to the AFR Conversion Date and AEP Petition Date, as applicable.

2. The Trustee and Etter approve Okin Adams's receipt of the AFR Retainer and the AEP Retainer.

3. The Application seeking compensation of professional fees and expenses in connection with the AFR Case is allowed in the total amount of $25,000.00.

4. Okin Adams is authorized to draw down the full amount of the AFR Retainer ($25,000.00) in full payment of its approved fees and expenses incurred during the AFR Application Period.

5. The Application seeking compensation of professional fees and expenses in connection with the AEP Case is allowed in the total amount of $15,127.72.

6. Okin Adams is authorized to draw down $15,127.72 from the AEP Retainer in full payment of its approved fees and expenses incurred during the AEP Application Period.

7. Okin Adams shall remit any balance of the AEP Retainer after such payment to the Chapter 11 Trustee for the benefit of the AEP estate.

8. After payment of the fees and expenses contemplated herein, Okin Adams shall not have any further claims, administrative or otherwise, in the bankruptcy cases.

9. This Order is without prejudice to any claims that Etter may have individually or derivatively on behalf of any non-debtors.

10. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Signed: _____, 2025.

_____
UNITED STATES BANKRUPTCY JUDGE

APPROVED AND ENTRY REQUESTED:

By: */s/ Timothy L. Wentworth*
Timothy L. Wentworth
Texas Bar No. 21179000
Email: twentworth@okinadams.com
Okin Adams Bartlett Curry, LLP
1113 Vine Street, Suite 201
Houston, Texas 77002
Tel. 713.228.4100
Fax 346.247.7158
**COUNSEL FOR DEBTORS ALLIANCE FARM AND RANCH, LLC AND ALLIANCE ENERGY PARTNERS, LLC**

By: */s/ Eric Terry*
Eric Terry
Texas Bar No. 00794729
Email: eric@howley-law.com
Howley Law PLLC
TC Energy Center
700 Louisiana St., Suite 4545
Houston, Texas 77002
Telephone: 713-333-9125
**ATTORNEYS FOR TOM A. HOWLEY, TRUSTEE**

By: */s/ Noah Meek*
Noah E. W. Meek
Texas Bar No. 24084554
Email: nmeek@irelanlaw.com
Irelan Stephens, PLLC
2520 Caroline St., 2ndFloor
Houston, Texas 77004
Phone: (713) 222-7666
Fax: (713) 222-7669
**ATTORNEYS FOR DUSTIN ETTER**