# **Exhibit A**
# **Acknowledgement**

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 25-30155 |
| | § | |
| ALLIANCE FARM AND RANCH, LLC, | § | (CHAPTER 11) |
| | § | |
| DEBTOR | § | |
| | § | |
| IN RE: | § | CASE NO. 25-31937 |
| | § | |
| ALLIANCE ENERGY PARTNERS, LLC, | § | (CHAPTER 11) |
| | § | |
| DEBTOR | § | |

**ACKNOWLEDGMENT**

I hereby acknowledge that I have read the Protective Order dated July __, 2025, in the above-captioned action, and that I understand the terms thereof. I agree to be bound by the Order and understand that execution of this Acknowledgment is a prerequisite to my review of any Confidential Information or Highly Confidential—Professionals' Eyes Only Information to which I am not otherwise authorized to review under the terms of the Order. I agree to submit to the jurisdiction of the Court solely for purposes of enforcing this Order and affirm that, in the event I fail to abide by the terms of this Order, I may be subject to sanctions imposed by the Court.

Dated: _____     Name: _____

Signature: _____