United States Bankruptcy Court
Southern District of Texas
**ENTERED**
July 14, 2025
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 25-30155 |
| ALLIANCE FARM AND RANCH, LLC, | § | (CHAPTER 11) |
| DEBTOR | § | |
| IN RE: | § | CASE NO. 25-31937 |
| ALLIANCE ENERGY PARTNERS, LLC, | § | (CHAPTER 11) |
| DEBTOR | § | |

### ORDER AUTHORIZING REIMBURSEMENT OF
### ADMINISTRATIVE EXPENSE PAID BY CHAPTER 11 TRUSTEE

CAME on for consideration the Chapter 11 Trustee's *Application for Authority to Reimburse the Chapter 11 Trustee* for the bond fee and it appearing that the expense has been incurred in the necessary administration of the estate, it is therefore:

ORDERED that the Chapter 11 Trustee is authorized to reimburse himself in the amount of $6,795.00 for the bond fee previously paid.

Signed: July 14, 2025

Alfredo R Pérez
United States Bankruptcy Judge

United States Bankruptcy Court
Southern District of Texas

| | |
|---|---|
| In re: | Case No. 25-30155-arp |
| ALLIANCE FARM AND RANCH, LLC | Chapter 11 |
| Alliance Energy Partners, LLC | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 1 of 3 |
| Date Rcvd: Jul 14, 2025 | Form ID: pdf002 | Total Noticed: 6 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 16, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | ALLIANCE FARM AND RANCH, LLC, 5450 Honea Egypt Rd, Montgomery, TX 77316-2364 |
| jdb | + | Alliance Energy Partners, LLC, 20008 Champions Forest Dr., Suite 1203, Spring, TX 77379-8697 |
| aty | + | Eric Terry, Howley Law PLLC, 700 Louisiana Street, Ste 4545, Houston, TX 77002, UNITED STATES 77002-2869 |
| cr | + | Jerod P Furr, 259 Saddle Ridge, Spring, TX 77380-2748 |
| cr | + | Patriot Drilling Services LLC, c/o William R. Sudela, Crady Jewett McCulley & Houren LLP, 2727 Allen Parkway, Suite 1700, Houston, TX 77019-2125 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/Text: lloyd.lim@keanmiller.com | Jul 14 2025 20:21:00 | DrilTech, LLC, C/O Rachel Kubanda, 711 Louisiana Street, Suite 1800, Houston, TX 77002 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | | Okin Adams Bartlett Curry LLP |
| cr | | Dustin Etter |
| intp | | Erik and Darla Ostrander |
| cr | | KLEIN INDEPENDENT SCHOOL DISTRICT |
| crcm | | Official Committee of Unsecured Creditors |

TOTAL: 5 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: Jul 16, 2025 | Signature: | /s/Gustava Winters |

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 2 of 3 |
| Date Rcvd: Jul 14, 2025 | Form ID: pdf002 | Total Noticed: 6 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 14, 2025 at the address(es) listed below:**

**Name**     **Email Address**

Abdiel Lopez-Castro
    on behalf of Creditor Dustin Etter alopezcastro@hwa.com

Branch Masterson Sheppard
    on behalf of Defendant Jeana Lea Hurley bsheppard@mcglinchey.com  sdeleon@gallowaylawfirm.com

Branch Masterson Sheppard
    on behalf of Defendant Connect Realty.com  Inc. bsheppard@mcglinchey.com, sdeleon@gallowaylawfirm.com

Branch Masterson Sheppard
    on behalf of Defendant Heaven Lee Properties  LLC bsheppard@mcglinchey.com, sdeleon@gallowaylawfirm.com

Deborah Louise Crain
    on behalf of Defendant Alliance Energy Partners  LLC dcrain@e-merger.law

Deborah Louise Crain
    on behalf of Defendant AE Partners Holdings  Inc. dcrain@e-merger.law

Deborah Louise Crain
    on behalf of Defendant ALLIANCE FARM AND RANCH  LLC dcrain@e-merger.law

Deborah Louise Crain
    on behalf of Defendant AEP Asset Holdings  LLC dcrain@e-merger.law

Deborah Louise Crain
    on behalf of Defendant Jerod P Furr dcrain@e-merger.law

Deborah Louise Crain
    on behalf of Debtor ALLIANCE FARM AND RANCH  LLC dcrain@e-merger.law

Deborah Louise Crain
    on behalf of Defendant Invictus Drilling Motors  LLC dcrain@e-merger.law

Deborah Louise Crain
    on behalf of Defendant Corina Furr dcrain@e-merger.law

Eric Brad Terry
    on behalf of Trustee Tom Howley eric@howley-law.com

Ha Minh Nguyen
    on behalf of U.S. Trustee US Trustee ha.nguyen@usdoj.gov

Heather Heath McIntyre
    on behalf of Creditor Dustin Etter HMcIntyre@hwallp.com  dek@hwallp.com;lslater@hwa.com

James Randal Bays
    on behalf of Defendant AE Partners Holdings  Inc. randy@baysfirm.com, Kerry@baysfirm.com;randybays@hotmail.com;Vickie@baysfirm.com

James Randal Bays
    on behalf of Defendant Alliance Energy Partners  LLC randy@baysfirm.com, Kerry@baysfirm.com;randybays@hotmail.com;Vickie@baysfirm.com

James Randal Bays
    on behalf of Defendant ALLIANCE FARM AND RANCH  LLC randy@baysfirm.com, Kerry@baysfirm.com;randybays@hotmail.com;Vickie@baysfirm.com

James Randal Bays
    on behalf of Defendant AEP Asset Holdings  LLC randy@baysfirm.com, Kerry@baysfirm.com;randybays@hotmail.com;Vickie@baysfirm.com

James Randal Bays
    on behalf of Defendant Jerod P Furr randy@baysfirm.com  Kerry@baysfirm.com;randybays@hotmail.com;Vickie@baysfirm.com

James Randal Bays
    on behalf of Defendant Invictus Drilling Motors  LLC randy@baysfirm.com, Kerry@baysfirm.com;randybays@hotmail.com;Vickie@baysfirm.com

James Randal Bays
    on behalf of Defendant Corina Furr randy@baysfirm.com  Kerry@baysfirm.com;randybays@hotmail.com;Vickie@baysfirm.com

Justin William Randall Renshaw
    on behalf of Creditor IAE International  Inc justin@renshaw-law.com, kim@renshaw-law.com

Leonard H Simon

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 3 of 3 |
| Date Rcvd: Jul 14, 2025 | Form ID: pdf002 | Total Noticed: 6 |

| | |
|---|---|
| | on behalf of Creditor Jerod P Furr lsimon@pendergraftsimon.com csanchez@pendergraftsimon.com;jdavila@pendergraftsimon.com;rlp@pendergraftsimon.com |
| Leonard H Simon | |
| | on behalf of Defendant Jerod P Furr lsimon@pendergraftsimon.com csanchez@pendergraftsimon.com;jdavila@pendergraftsimon.com;rlp@pendergraftsimon.com |
| Melissa E Valdez | |
| | on behalf of Creditor KLEIN INDEPENDENT SCHOOL DISTRICT mvaldez@pbfcm.com mvaldez@ecf.courtdrive.com;arandermann@pbfcm.com |
| Nicholas Zugaro | |
| | on behalf of Creditor Committee Official Committee of Unsecured Creditors Nzugaro@dykema.com DocketHOU@dykema.com;ccastic@dykema.com |
| Noah E Meek | |
| | on behalf of Plaintiff Dustin Etter nmeek@irelanlaw.com  nperez@irelanlaw.com;scartwright@irelanlaw.com |
| Noah E Meek | |
| | on behalf of Interested Party Dustin Etter nmeek@irelanlaw.com  nperez@irelanlaw.com;scartwright@irelanlaw.com |
| Noah E Meek | |
| | on behalf of Creditor Dustin Etter nmeek@irelanlaw.com  nperez@irelanlaw.com;scartwright@irelanlaw.com |
| Rachel Kubanda | |
| | on behalf of Creditor DrilTech  LLC rachel.kubanda@keanmiller.com, michelle.friery@keanmiller.com;kristina.tipton@keanmiller.com;teresa.miller@keanmiller.com |
| Reagan H. Tres Gibbs, III | |
| | on behalf of Interested Party Erik and Darla Ostrander tgibbs@cokinoslaw.com  jjohnson@cokinoslaw.com |
| Samuel Thomas Pendergast | |
| | on behalf of Interested Party Erik and Darla Ostrander spendergast@cokinoslaw.com  jgraffagnino@cokinoslaw.com |
| Sara Aniece Morton | |
| | on behalf of Defendant Jeana Lea Hurley smorton@rmjelaw.com |
| Sara Aniece Morton | |
| | on behalf of Defendant Connect Realty.com  Inc. smorton@rmjelaw.com |
| Sara Aniece Morton | |
| | on behalf of Defendant Heaven Lee Properties  LLC smorton@rmjelaw.com |
| Thomas A Howley | |
| | on behalf of Trustee Thomas A Howley tom@howley-law.com  thowley@ecf.axosfs.com |
| Thomas A Howley | |
| | on behalf of Attorney Eric Terry tom@howley-law.com  thowley@ecf.axosfs.com |
| Thomas A Howley | |
| | on behalf of Trustee Tom Howley tom@howley-law.com  roland@howley-law.com;eric@howley-law.com |
| Thomas A Howley | |
| | tom@howley-law.com  thowley@ecf.axosfs.com |
| Timothy L. Wentworth | |
| | on behalf of Joint Debtor Alliance Energy Partners  LLC twentworth@okinadams.com, sgonzales@okinadams.com;nhollon@okinadams.com |
| Timothy L. Wentworth | |
| | on behalf of Attorney Okin Adams Bartlett Curry LLP twentworth@okinadams.com sgonzales@okinadams.com;nhollon@okinadams.com |
| Timothy L. Wentworth | |
| | on behalf of Debtor ALLIANCE FARM AND RANCH  LLC twentworth@okinadams.com, sgonzales@okinadams.com;nhollon@okinadams.com |
| Timothy L. Wentworth | |
| | on behalf of Debtor Alliance Energy Partners  LLC twentworth@okinadams.com, sgonzales@okinadams.com;nhollon@okinadams.com |
| US Trustee | |
| | USTPRegion07.HU.ECF@USDOJ.GOV |
| William James Hotze | |
| | on behalf of Creditor Committee Official Committee of Unsecured Creditors whotze@dykema.com |
| William R Sudela | |
| | on behalf of Creditor Patriot Drilling Services LLC wsudela@cjmhlaw.com |

TOTAL: 47