United States Bankruptcy Court
Southern District of Texas
**ENTERED**
July 16, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 25-30155 |
| | § | |
| ALLIANCE FARM AND RANCH, LLC, | § | (CHAPTER 11) |
| | § | |
| DEBTOR | § | |
| | § | |
| | § | |
| IN RE: | § | CASE NO. 25-31937 |
| | § | |
| ALLIANCE ENERGY PARTNERS, LLC, | § | (CHAPTER 11) |
| | § | |
| DEBTOR | § | JOINTLY ADMINISTERED |

**AGREED ORDER AUTHORIZING THE EMPLOYMENT OF OKIN ADAMS BARTLETT CURRY LLP AS COUNSEL FOR THE DEBTORS *NUNC PRO TUNC* AND ORDER AWARDING FINAL FEES AND EXPENSES OF OKIN ADAMS BARTLETT CURRY LLP, COUNSEL FOR THE DEBTORS**

The Court considered the *Application For Approval of Employment of Okin Adams Bartlett Curry, LLP as Counsel for Debtors and Application for Compensation and Reimbursement of Expenses for the Periods March 19, 2025 Through May 23, 2025 (Alliance Farm and Ranch, LLC) and April 7, 2025 Through May 23, 2025 (Alliance Energy Partners, LLC)* ") (the "Application")[1] filed by Okin Adams Bartlett Curry, LLP ("Okin Adams"), the Declaration of Timothy L. Wentworth (the "Wentworth Declaration") submitted in support of the Application and the objection to the Application filed by Dustin Etter ("Etter"). Okin Adams, Etter and Tom Howley, Trustee (the "Trustee") having advised the Court that an agreement had been reach on the Application, and that such agreement should be entered as an Agreed Order, it is therefore **ORDERED** that:

---

[1] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Application.

1. In accordance with section 327(a) of the Bankruptcy Code, the Debtors are authorized to employ and retain Okin Adams to represent the Debtors as general bankruptcy counsel in these cases *nunc pro tunc* to the AFR Conversion Date and AEP Petition Date, as applicable.

2. The Trustee and Etter approve Okin Adams's receipt of the AFR Retainer and the AEP Retainer.

3. The Application seeking compensation of professional fees and expenses in connection with the AFR Case is allowed in the total amount of $25,000.00.

4. Okin Adams is authorized to draw down the full amount of the AFR Retainer ($25,000.00) in full payment of its approved fees and expenses incurred during the AFR Application Period.

5. The Application seeking compensation of professional fees and expenses in connection with the AEP Case is allowed in the total amount of $15,127.72.

6. Okin Adams is authorized to draw down $15,127.72 from the AEP Retainer in full payment of its approved fees and expenses incurred during the AEP Application Period.

7. Okin Adams shall remit any balance of the AEP Retainer after such payment to the Chapter 11 Trustee for the benefit of the AEP estate.

8. After payment of the fees and expenses contemplated herein, Okin Adams shall not have any further claims, administrative or otherwise, in the bankruptcy cases.

9. This Order is without prejudice to any claims that Etter may have individually or derivatively on behalf of any non-debtors.

10. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Signed: July 16, 2025

*[signature]*
Alfredo R Pérez
United States Bankruptcy Judge

APPROVED AND ENTRY REQUESTED:

By: */s/ Timothy L. Wentworth*
Timothy L. Wentworth
Texas Bar No. 21179000
Email: twentworth@okinadams.com
Okin Adams Bartlett Curry, LLP
1113 Vine Street, Suite 201
Houston, Texas 77002
Tel. 713.228.4100
Fax 346.247.7158
**COUNSEL FOR DEBTORS ALLIANCE FARM AND RANCH, LLC AND ALLIANCE ENERGY PARTNERS, LLC**


By: */s/ Eric Terry*
Eric Terry
Texas Bar No. 00794729
Email: eric@howley-law.com
Howley Law PLLC
TC Energy Center
700 Louisiana St., Suite 4545
Houston, Texas 77002
Telephone: 713-333-9125
**ATTORNEYS FOR TOM A. HOWLEY, TRUSTEE**


By: */s/ Noah Meek*
Noah E. W. Meek
Texas Bar No. 24084554
Email: nmeek@irelanlaw.com
Irelan Stephens, PLLC
2520 Caroline St., 2ndFloor
Houston, Texas 77004
Phone: (713) 222-7666
Fax: (713) 222-7669
**ATTORNEYS FOR DUSTIN ETTER**

4930-9732-6166, v. 4

United States Bankruptcy Court
Southern District of Texas

In re:  
ALLIANCE FARM AND RANCH, LLC  
Alliance Energy Partners, LLC  
    Debtors

Case No. 25-30155-arp  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0541-4      User: ADIuser      Page 1 of 3  
Date Rcvd: Jul 16, 2025      Form ID: pdf002      Total Noticed: 6

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 18, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | ALLIANCE FARM AND RANCH, LLC, 5450 Honea Egypt Rd, Montgomery, TX 77316-2364 |
| jdb | + | Alliance Energy Partners, LLC, 20008 Champions Forest Dr., Suite 1203, Spring, TX 77379-8697 |
| aty | + | Eric Terry, Howley Law PLLC, 700 Louisiana Street, Ste 4545, Houston, TX 77002, UNITED STATES 77002-2869 |
| cr | + | Jerod P Furr, 259 Saddle Ridge, Spring, TX 77380-2748 |
| cr | + | Patriot Drilling Services LLC, c/o William R. Sudela, Crady Jewett McCulley & Houren LLP, 2727 Allen Parkway, Suite 1700, Houston, TX 77019-2125 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/Text: lloyd.lim@keanmiller.com | Jul 16 2025 20:27:00 | DrilTech, LLC, C/O Rachel Kubanda, 711 Louisiana Street, Suite 1800, Houston, TX 77002 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | | Okin Adams Bartlett Curry LLP |
| cr | | Dustin Etter |
| intp | | Erik and Darla Ostrander |
| cr | | KLEIN INDEPENDENT SCHOOL DISTRICT |
| crcm | | Official Committee of Unsecured Creditors |

TOTAL: 5 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 18, 2025      Signature:      /s/Gustava Winters

Case 25-30155   Document 168   Filed in TXSB on 07/18/25   Page 5 of 6

| District/off: 0541-4 | User: ADIuser | Page 2 of 3 |
| --- | --- | --- |
| Date Rcvd: Jul 16, 2025 | Form ID: pdf002 | Total Noticed: 6 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 16, 2025 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Abdiel Lopez-Castro | on behalf of Creditor Dustin Etter alopezcastro@hwa.com |
| Branch Masterson Sheppard | on behalf of Defendant Jeana Lea Hurley bsheppard@mcglinchey.com  sdeleon@gallowaylawfirm.com |
| Branch Masterson Sheppard | on behalf of Defendant Connect Realty.com  Inc. bsheppard@mcglinchey.com, sdeleon@gallowaylawfirm.com |
| Branch Masterson Sheppard | on behalf of Defendant Heaven Lee Properties  LLC bsheppard@mcglinchey.com, sdeleon@gallowaylawfirm.com |
| Deborah Louise Crain | on behalf of Defendant Alliance Energy Partners  LLC dcrain@e-merger.law |
| Deborah Louise Crain | on behalf of Defendant AE Partners Holdings  Inc. dcrain@e-merger.law |
| Deborah Louise Crain | on behalf of Defendant ALLIANCE FARM AND RANCH  LLC dcrain@e-merger.law |
| Deborah Louise Crain | on behalf of Defendant AEP Asset Holdings  LLC dcrain@e-merger.law |
| Deborah Louise Crain | on behalf of Defendant Jerod P Furr dcrain@e-merger.law |
| Deborah Louise Crain | on behalf of Debtor ALLIANCE FARM AND RANCH  LLC dcrain@e-merger.law |
| Deborah Louise Crain | on behalf of Defendant Invictus Drilling Motors  LLC dcrain@e-merger.law |
| Deborah Louise Crain | on behalf of Defendant Corina Furr dcrain@e-merger.law |
| Eric Brad Terry | on behalf of Trustee Tom Howley eric@howley-law.com |
| Ha Minh Nguyen | on behalf of U.S. Trustee US Trustee ha.nguyen@usdoj.gov |
| Heather Heath McIntyre | on behalf of Creditor Dustin Etter HMcIntyre@hwallp.com  dek@hwallp.com;lslater@hwa.com |
| James Randal Bays | on behalf of Defendant AE Partners Holdings  Inc. randy@baysfirm.com, Kerry@baysfirm.com;randybays@hotmail.com;Vickie@baysfirm.com |
| James Randal Bays | on behalf of Defendant Alliance Energy Partners  LLC randy@baysfirm.com, Kerry@baysfirm.com;randybays@hotmail.com;Vickie@baysfirm.com |
| James Randal Bays | on behalf of Defendant ALLIANCE FARM AND RANCH  LLC randy@baysfirm.com, Kerry@baysfirm.com;randybays@hotmail.com;Vickie@baysfirm.com |
| James Randal Bays | on behalf of Defendant AEP Asset Holdings  LLC randy@baysfirm.com, Kerry@baysfirm.com;randybays@hotmail.com;Vickie@baysfirm.com |
| James Randal Bays | on behalf of Defendant Jerod P Furr randy@baysfirm.com  Kerry@baysfirm.com;randybays@hotmail.com;Vickie@baysfirm.com |
| James Randal Bays | on behalf of Defendant Invictus Drilling Motors  LLC randy@baysfirm.com, Kerry@baysfirm.com;randybays@hotmail.com;Vickie@baysfirm.com |
| James Randal Bays | on behalf of Defendant Corina Furr randy@baysfirm.com  Kerry@baysfirm.com;randybays@hotmail.com;Vickie@baysfirm.com |
| Justin William Randall Renshaw | on behalf of Creditor IAE International  Inc justin@renshaw-law.com, kim@renshaw-law.com |
| Leonard H Simon | |

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 3 of 3 |
| Date Rcvd: Jul 16, 2025 | Form ID: pdf002 | Total Noticed: 6 |

| | |
|---|---|
| | on behalf of Creditor Jerod P Furr lsimon@pendergraftsimon.com csanchez@pendergraftsimon.com;jdavila@pendergraftsimon.com;rlp@pendergraftsimon.com |
| Leonard H Simon | |
| | on behalf of Defendant Jerod P Furr lsimon@pendergraftsimon.com csanchez@pendergraftsimon.com;jdavila@pendergraftsimon.com;rlp@pendergraftsimon.com |
| Melissa E Valdez | |
| | on behalf of Creditor KLEIN INDEPENDENT SCHOOL DISTRICT mvaldez@pbfcm.com mvaldez@ecf.courtdrive.com;arandermann@pbfcm.com |
| Nicholas Zugaro | |
| | on behalf of Creditor Committee Official Committee of Unsecured Creditors Nzugaro@dykema.com DocketHOU@dykema.com;ccastic@dykema.com |
| Noah E Meek | |
| | on behalf of Plaintiff Dustin Etter nmeek@irelanlaw.com  nperez@irelanlaw.com;scartwright@irelanlaw.com |
| Noah E Meek | |
| | on behalf of Interested Party Dustin Etter nmeek@irelanlaw.com  nperez@irelanlaw.com;scartwright@irelanlaw.com |
| Noah E Meek | |
| | on behalf of Creditor Dustin Etter nmeek@irelanlaw.com  nperez@irelanlaw.com;scartwright@irelanlaw.com |
| Rachel Kubanda | |
| | on behalf of Creditor DrilTech  LLC rachel.kubanda@keanmiller.com, michelle.friery@keanmiller.com;kristina.tipton@keanmiller.com;teresa.miller@keanmiller.com |
| Reagan H. Tres Gibbs, III | |
| | on behalf of Interested Party Erik and Darla Ostrander tgibbs@cokinoslaw.com  jjohnson@cokinoslaw.com |
| Samuel Thomas Pendergast | |
| | on behalf of Interested Party Erik and Darla Ostrander spendergast@cokinoslaw.com  jgraffagnino@cokinoslaw.com |
| Sara Aniece Morton | |
| | on behalf of Defendant Jeana Lea Hurley smorton@rmjelaw.com |
| Sara Aniece Morton | |
| | on behalf of Defendant Connect Realty.com  Inc. smorton@rmjelaw.com |
| Sara Aniece Morton | |
| | on behalf of Defendant Heaven Lee Properties  LLC smorton@rmjelaw.com |
| Thomas A Howley | |
| | on behalf of Trustee Thomas A Howley tom@howley-law.com  thowley@ecf.axosfs.com |
| Thomas A Howley | |
| | on behalf of Attorney Eric Terry tom@howley-law.com  thowley@ecf.axosfs.com |
| Thomas A Howley | |
| | on behalf of Trustee Tom Howley tom@howley-law.com  roland@howley-law.com;eric@howley-law.com |
| Thomas A Howley | |
| | tom@howley-law.com  thowley@ecf.axosfs.com |
| Timothy L. Wentworth | |
| | on behalf of Joint Debtor Alliance Energy Partners  LLC twentworth@okinadams.com, sgonzales@okinadams.com;nhollon@okinadams.com |
| Timothy L. Wentworth | |
| | on behalf of Attorney Okin Adams Bartlett Curry LLP twentworth@okinadams.com sgonzales@okinadams.com;nhollon@okinadams.com |
| Timothy L. Wentworth | |
| | on behalf of Debtor ALLIANCE FARM AND RANCH  LLC twentworth@okinadams.com, sgonzales@okinadams.com;nhollon@okinadams.com |
| Timothy L. Wentworth | |
| | on behalf of Debtor Alliance Energy Partners  LLC twentworth@okinadams.com, sgonzales@okinadams.com;nhollon@okinadams.com |
| US Trustee | |
| | USTPRegion07.HU.ECF@USDOJ.GOV |
| William James Hotze | |
| | on behalf of Creditor Committee Official Committee of Unsecured Creditors whotze@dykema.com |
| William R Sudela | |
| | on behalf of Creditor Patriot Drilling Services LLC wsudela@cjmhlaw.com |

TOTAL: 47