

## Yearly Total Compensation

|  | Dustin Etter | Jerod Furr |
|---|---|---|
| **2020** | -45,000 | -22,000 |
| **2021** | 550,000 | 618,740 |
| **2022** | 802,580 | 2,675,809 |
| **2023** | 308,681 | 692,592 |
| **2024** | 100,000 | 921,695 |
| **2025** | 0 | 335,865 |
| **TOTAL** | 1,716,260 | 5,222,700 |

|  | AFR | JParker | Salary | Living expenses | Remodeling | Gwagon | Money for 5450 Honea | Transfer to 2389 | MOKE+UTV |
|---|---|---|---|---|---|---|---|---|---|
| **2021** |  | 415,000 | 66,000 |  |  | $137739.82 |  |  |  |
| **2022** | 220,000 | 665,000 | 17,778 | 42,480 | 612,334 | 51,537 | 1,041,681 | 25,000 | 52,654 |
| **2023** | 360,000 | 6,600 | 200,000 | 74,455 |  | 51,537 |  |  |  |
| **2024** | 439,300 | 40,000 | 300,000 | 60,678 |  | 51,537 |  | 30,180 |  |
| **2025** |  | 299,000 |  | 16,775 |  | *8589.46* |  | 11,500 |  |

1