```
                                            STATEMENT ISSUED
                                 <eI>         01-31-2024
                                                PAGE  1

    ALLIANCE FARM AND RANCH LLC
    5450 HONEA EGYPT RD
    MONTGOMERY TX  77316
                                                                      0
                                    Frost will never call, email or text you to request account
                                    access credentials. If you notice any unusual activity or
                                    for additional information, call us 24/7 at (800)513-7678.
FROST_BUSINESS_CHECKING__:__ACCOUNT_NO.__50_3207412_____                                   503207412
___BALANCE_LAST_STATEMENT____|__NO.__|___DEPOSITAMOUNT_____|__NO.__|ITHDRAWALAMOUNT     |    BALANCE THIS STATEMENT
           5,934.54          |   3   |       60,000.00      |   9   |     29,423.50      |         36,511.04

         Activity Items Processed          8                 Cash Processed         0.00

------------------------------------ DEPOSITS/CREDITS --------------------------------------

  DATE          AMOUNT        TRANSACTION             DESCRIPTION

  01-04        20,000.00      ELECTRONIC DEPOSIT      ALLIANCE ENERGY   CORP PAY
  01-08        20,000.00      ELECTRONIC DEPOSIT      INVICTUS DRILLIN CORP PAY
  01-30        20,000.00      ELECTRONIC DEPOSIT      ALLIANCE ENERGY   CORP PAY


---------------------------------------  CHECKS PAID  -----------------------------------------

  DATE     CHECK         AMOUNT  |   DATE     CHECK         AMOUNT  |   DATE     CHECK         AMOUNT
                                 |                                  |
  01-29    1032  #     1,000.00  |                                  |
# RECEIVED ELECTRONICALLY AS AN IMAGE OF THE ORIGINAL CHECK


------------------------------------ OTHER WITHDRAWALS/DEBITS -----------------------------------

  DATE          AMOUNT        TRANSACTION             DESCRIPTION

  01-02          129.81        POS DEBIT               THE HOME DEPOT 6819       MAGNOLIA   TX    CARD: 5516404
  01-03           75.65        POS DEBIT               THE HOME DEPOT 6819       MAGNOLIA   TX    CARD: 5516404
  01-05          575.00        DEBIT CARD PURCHASE     AAA WATER WELL SERVICE    281-703-2004     CARD: 5516404
  01-05       23,082.72        WIRE TRANSFER           FROST BANK     WIRE OUT   05399
  01-18           32.80        TREASURY MGMT SVCS
  01-22          180.19        POS DEBIT               TRACTOR SUPPLY #2463      MONTGOMERY  TX   CARD: 5516404
  01-24        4,000.00        INTERNET FUND TRANSFER  TO ACCOUNT XXXXX2389
  01-29           45.38        DEBIT CARD PURCHASE     SAN JOAQUIN TRACTOR CO    BAKERSFIELD      CARD: 5516404
  01-29          301.95        DEBIT CARD PURCHASE     LESLIES POOL SPLY 738     MAGNOLIA         CARD: 5516404

---------------------------------------  DAILY BALANCE ------------------------------------------
  DATE       BALANCE          |   DATE       BALANCE          |   DATE       BALANCE
                              |                               |
  12-29      5,934.54         |   01-05      2,071.36         |   01-24     17,858.37
  01-02      5,804.73         |   01-08     22,071.36         |   01-29     16,511.04
  01-03      5,729.08         |   01-18     22,038.56         |   01-30     36,511.04
  01-04     25,729.08         |   01-22     21,858.37         |
```

```
                                          STATEMENT ISSUED
                                <eI>         02-29-2024
                                              PAGE 1

     ALLIANCE FARM AND RANCH LLC
     5450 HONEA EGYPT RD
     MONTGOMERY TX   77316
                                                                     0

                              Frost offers a loan for almost every business need. We will
                              work closely to make sure you get the right loan. Call us at
                              (866)376-7889 to learn how we can help your business grow.
```

| FROST BUSINESS CHECKING : ACCOUNT NO. 50 3207412 | | | | | | 503207412 |
|---|---|---|---|---|---|---|
| BALANCE LAST STATEMENT | NO. | DEPOSIT AMOUNT | NO. | WITHDRAWAL AMOUNT | BALANCE THIS STATEMENT | |
| 36,511.04 | 3 | 50,000.00 | 12 | 79,260.26 | 7,250.78 | |

```
          Activity Items Processed       14              Cash Processed       0.00
```

--------------------------------------- DEPOSITS/CREDITS --------------------------------------

| DATE | AMOUNT | TRANSACTION | DESCRIPTION |
|---|---|---|---|
| 02-09 | 10,000.00 | INTERNET FUND TRANSFER | FROM ACCOUNT XXXXX7404 |
| 02-09 | 20,000.00 | INTERNET FUND TRANSFER | FROM ACCOUNT XXXXX7447 |
| 02-13 | 20,000.00 | FROST CONNECT TRANSFER | FROM ACCOUNT xxxxx7447 |

--------------------------------------- CHECKS PAID -------------------------------------------

| DATE | CHECK | AMOUNT | DATE | CHECK | AMOUNT | DATE | CHECK | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 02-05 | 1034 # | 600.00 | | | | | | |

# RECEIVED ELECTRONICALLY AS AN IMAGE OF THE ORIGINAL CHECK

--------------------------------------- OTHER WITHDRAWALS/DEBITS ------------------------------

| DATE | AMOUNT | TRANSACTION | DESCRIPTION | | |
|---|---|---|---|---|---|
| 02-08 | 1,591.28 | DEBIT CARD PURCHASE | PRO STAR APPRATUS REPA | HOUSTON | CARD: 5516404 |
| 02-09 | 50,000.00 | INTERNET FUND TRANSFER | TO ACCOUNT XXXXX2389 | | |
| 02-13 | 658.16 | DEBIT CARD PURCHASE | MILSTEAD GLASS COMPANY | MAGNOLIA | CARD: 5516404 |
| 02-13 | 23,082.72 | WIRE TRANSFER | FROST BANK     WIRE OUT | 03737 | |
| 02-14 | 352.40 | DEBIT CARD PURCHASE | Professional Pool Supp | SPRING | CARD: 5516404 |
| 02-16 | 1,039.15 | DEBIT CARD PURCHASE | Professional Pool Supp | SPRING | CARD: 5516404 |
| 02-16 | 33.30 | TREASURY MGMT SVCS | | | |
| 02-20 | 115.50 | POS DEBIT | THE HOME DEPOT 6819 | MAGNOLIA TX | CARD: 5516404 |
| 02-21 | 550.00 | DEBIT CARD PURCHASE | Professional Pool Supp | SPRING | CARD: 5516404 |
| 02-21 | 1,006.69 | DEBIT CARD PURCHASE | Professional Pool Supp | SPRING | CARD: 5516404 |
| 02-21 | 81.06 | POS DEBIT | THE HOME DEPOT 6819 | MAGNOLIA TX | CARD: 5516404 |
| 02-23 | 150.00 | DEBIT CARD PURCHASE | Professional Pool Supp | SPRING | CARD: 5516404 |

--------------------------------------- DAILY BALANCE -----------------------------------------

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|
| 01-31 | 36,511.04 | 02-13 | 10,578.88 | 02-20 | 9,038.53 |
| 02-05 | 35,911.04 | 02-14 | 10,226.48 | 02-21 | 7,400.78 |
| 02-08 | 34,319.76 | 02-16 | 9,154.03 | 02-23 | 7,250.78 |
| 02-09 | 14,319.76 | | | | |

```
                                              STATEMENT ISSUED
                                         <eI>     03-29-2024
                                     1                PAGE 1


   ALLIANCE FARM AND RANCH LLC
   5450 HONEA EGYPT RD
   MONTGOMERY TX  77316

                                                                        0
                                 Interested in accepting in-store, online or mobile credit
                                 and debit card payments? Frost Merchant Services can help.
                                  Contact Customer Service at (800)513-7678 to get started.
FROST BUSINESS CHECKING :  ACCOUNT NO.  50 3207412                                             503207412
  BALANCE LAST STATEMENT   | NO. | DEPOSITAMOUNT    | NO. |ITHDRAWALAMOUNT   | BALANCE THIS STATEMENT
           7,250.78        |  3  |    54,000.00     |  5  |    23,290.60     |        37,960.18

       Activity Items Processed       6              Cash Processed     0.00

--------------------------------- DEPOSITS/CREDITS --------------------------------------

 DATE          AMOUNT     TRANSACTION            DESCRIPTION

 03-01      20,000.00     ELECTRONIC DEPOSIT     ALLIANCE ENERGY   CORP PAY
 03-28      10,000.00     INTERNET FUND TRANSFER FROM ACCOUNT XXXXX7404
 03-28      24,000.00     INTERNET FUND TRANSFER FROM ACCOUNT XXXXX7447


------------------------------- OTHER WITHDRAWALS/DEBITS ---------------------------------

 DATE          AMOUNT     TRANSACTION            DESCRIPTION

 03-06          75.00     DEBIT CARD PURCHASE    Professional Pool Supp    SPRING         CARD: 5516404
 03-11          69.85     DEBIT CARD PURCHASE    F&B NRG STADIUM CONCES    HOUSTON        CARD: 5516404
 03-11           6.60     DEBIT CARD PURCHASE    F&B NRG STADIUM CONCES    HOUSTON        CARD: 5516404
 03-11          22.83     DEBIT CARD PURCHASE    F&B NRG STADIUM CONCES    HOUSTON        CARD: 5516404
 03-11      23,082.72     WIRE TRANSFER          FROST BANK     WIRE OUT   00300
 03-18          33.60     TREASURY MGMT SVCS

--------------------------------- DAILY BALANCE --------------------------------------
 DATE       BALANCE          | DATE      BALANCE          | DATE      BALANCE
                             |                            |
 02-29      7,250.78         | 03-06    27,175.78         | 03-18     3,960.18
 03-01     27,250.78         | 03-11     3,993.78         | 03-28    37,960.18
```

```
                                   STATEMENT ISSUED
                           <eI>       04-30-2024
                                        PAGE 1

    ALLIANCE FARM AND RANCH LLC
    5450 HONEA EGYPT RD
    MONTGOMERY TX  77316

                                                                    0
                            Interested in accepting in-store, online or mobile credit
                            and debit card payments? Frost Merchant Services can help.
                            Contact Customer Service at (800)513-7678 to get started.
FROST_BUSINESS_CHECKING_:__ACCOUNT_NO.__50_3207412                                          503207412
___BALANCE_LAST_STATEMENT____|__NO.__|__DEPOSITAMOUNT_____|__NO.__|ITHDRAWALAMOUNT      |   BALANCE THIS STATEMENT
          37,960.18          |   1   |       20,000.00     |   8   |       40,416.70     |         17,543.48

        Activity Items Processed        8             Cash Processed       0.00

---------------------------------------- DEPOSITS/CREDITS --------------------------------------------

 DATE            AMOUNT      TRANSACTION          DESCRIPTION

 04-04        20,000.00      ELECTRONIC DEPOSIT   ALLIANCE ENERGY   CORP PAY


---------------------------------------- CHECKS PAID ---------------------------------------
  DATE      CHECK            AMOUNT |   DATE     CHECK          AMOUNT  |    DATE    CHECK             AMOUNT
                                    |                                   |
  04-05     1033    #        185.56 |  04-02    1035 * #      36,034.63 |
 * A BREAK IN CHECK NUMBER SEQUENCE
 # RECEIVED ELECTRONICALLY AS AN IMAGE OF THE ORIGINAL CHECK


----------------------------------- OTHER WITHDRAWALS/DEBITS ----------------------------------

 DATE            AMOUNT      TRANSACTION          DESCRIPTION

 04-03            81.48      DEBIT CARD PURCHASE  TRACTOR SUPPLY #2463      MONTGOMERY       CARD: 5516404
 04-03           104.99      DEBIT CARD PURCHASE  TRACTOR SUPPLY #2463      MONTGOMERY       CARD: 5516404
 04-08         3,250.00      DEBIT CARD PURCHASE  AAA WATER WELL SERVICE    281-703-2004     CARD: 5516404
 04-08            67.07      DEBIT CARD PURCHASE  SHELL OIL 57546413600     MONTGOMERY       CARD: 5516404
 04-15           453.00      ATM WITHDRAWAL       0000 CAPITAL ONE WOODLANDS- SPRING  TX     CARD: 5516404
 04-16            37.90      TREASURY MGMT SVCS
 04-30           200.07      POS DEBIT            TRACTOR SUPPLY # 19281    MONTGOMERY  TX   CARD: 5516404
 04-30             2.00      SERVICE CHARGE/FEE   NON-FROST ATM WITHDRAWAL FEE

---------------------------------------- DAILY BALANCE --------------------------------------
 DATE        BALANCE              |  DATE        BALANCE              |  DATE        BALANCE
                                  |                                   |
 03-29       37,960.18            |  04-04       21,739.08            |  04-15       17,783.45
 04-02        1,925.55            |  04-05       21,553.52            |  04-16       17,745.55
 04-03        1,739.08            |  04-08       18,236.45            |  04-30       17,543.48
```

```
                                                      STATEMENT ISSUED
                                               <eI>      05-31-2024
                                                           PAGE 1


    ALLIANCE FARM AND RANCH LLC
    5450 HONEA EGYPT RD
    MONTGOMERY TX   77316

                                                                            0
                                          Interested in accepting in-store, online or mobile credit
                                          and debit card payments? Frost Merchant Services can help.
                                          Contact Customer Service at (800)513-7678 to get started.
FROST_BUSINESS_CHECKING_:__ACCOUNT_NO.__50_3207412_____                        503207412
___BALANCE_LAST_STATEMENT____|__NO.__|__DEPOSITAMOUNT_____|__NO.__|ITHDRAWALAMOUNT_____|  BALANCE THIS STATEMENT
          17,543.48          |   0   |          .00        |   5   |      1,072.13      |        16,471.35


       Activity Items Processed          5               Cash Processed      0.00



---------------------------------------- CHECKS PAID ----------------------------------------
  DATE     CHECK           AMOUNT  |  DATE    CHECK         AMOUNT   |  DATE    CHECK           AMOUNT
                                   |                                 |
  05-29    1036    #       400.00  |                                 |
# RECEIVED ELECTRONICALLY AS AN IMAGE OF THE ORIGINAL CHECK


---------------------------------------- OTHER WITHDRAWALS/DEBITS -----------------------------------

  DATE           AMOUNT   TRANSACTION             DESCRIPTION

  05-02           56.99   POS DEBIT               TRACTOR SUPPLY # 19281    MONTGOMERY   TX    CARD: 5516404
  05-06           10.00   DEBIT CARD PURCHASE     THE UPS STORE 7206        831-3454875        CARD: 5516404
  05-06           15.12   DEBIT CARD PURCHASE     CHEVRON 0376813           MAGNOLIA           CARD: 5516404
  05-16           26.10   TREASURY MGMT SVCS
  05-28          563.92   DEBIT CARD PURCHASE     LESLIES POOL SPLY 738     MAGNOLIA           CARD: 5516404

---------------------------------------- DAILY BALANCE ----------------------------------------
  DATE        BALANCE            |   DATE       BALANCE            |   DATE       BALANCE
                                 |                                 |
  04-30      17,543.48           |   05-06     17,461.37           |   05-28     16,871.35
  05-02      17,486.49           |   05-16     17,435.27           |   05-29     16,471.35
```

```
                                           STATEMENT ISSUED
                                    <eI>     06-28-2024
                              1                PAGE 1


   ALLIANCE FARM AND RANCH LLC
   5450 HONEA EGYPT RD
   MONTGOMERY TX  77316

                                                                  0

                            Interested in accepting in-store, online or mobile credit
                            and debit card payments? Frost Merchant Services can help.
                             Contact Customer Service at (800)513-7678 to get started.
FROST_BUSINESS_CHECKING_:__ACCOUNT_NO.__50_3207412_____                        503207412
__BALANCE_LAST_STATEMENT____|__NO.__|__DEPOSITAMOUNT_____|__NO.__|ITHDRAWALAMOUNT     |  BALANCE THIS STATEMENT
           16,471.35        |   2   |       8,894.75      |   9   |      9,583.85      |       15,782.25


        Activity Items Processed         11            Cash Processed       0.00

---------------------------------------- DEPOSITS/CREDITS ---------------------------------------

 DATE            AMOUNT      TRANSACTION             DESCRIPTION

 06-03         4,894.75      MOBILE DEPOSIT
 06-20         4,000.00      INTERNET FUND TRANSFER   FROM ACCOUNT XXXXX7404


----------------------------------------- CHECKS PAID -------------------------------------------

 DATE    CHECK        AMOUNT   |  DATE    CHECK         AMOUNT   |  DATE    CHECK           AMOUNT
                               |                                 |
 06-11    1037    #     52.62  |  06-18    1038    #    900.00   |
# RECEIVED ELECTRONICALLY AS AN IMAGE OF THE ORIGINAL CHECK


------------------------------------ OTHER WITHDRAWALS/DEBITS -----------------------------------

 DATE            AMOUNT      TRANSACTION             DESCRIPTION

 06-03           127.85      POS DEBIT               THE HOME DEPOT 6819     MAGNOLIA   TX     CARD: 5516404
 06-06            86.60      DEBIT CARD PURCHASE     CUTTEN MOWERS Y MAS LL  MAGNOLIA         CARD: 5516404
 06-13         4,000.00      INTERNET FUND TRANSFER   TO ACCOUNT XXXXX7404
 06-18            25.60      TREASURY MGMT SVCS
 06-20         2,000.00      INTERNET FUND TRANSFER   TO ACCOUNT XXXXX2389
 06-21           214.11      POS DEBIT               TRACTOR SUPPLY # 19281  MONTGOMERY TX    CARD: 5516404
 06-24           177.07      POS DEBIT               H-E-B #722              MAGNOLIA   TX    CARD: 5516404
 06-26         2,000.00      INTERNET FUND TRANSFER   TO ACCOUNT XXXXX2389

----------------------------------------- DAILY BALANCE -----------------------------------------

 DATE        BALANCE           |  DATE        BALANCE           |  DATE        BALANCE
                               |                                |
 05-31      16,471.35          |  06-13     17,099.03           |  06-21     17,959.32
 06-03      21,238.25          |  06-18     16,173.43           |  06-24     17,782.25
 06-06      21,151.65          |  06-20     18,173.43           |  06-26     15,782.25
 06-11      21,099.03          |                                |
```

```
                                           STATEMENT ISSUED
                                   <eI>       07-31-2024
                                               PAGE 1


    ALLIANCE FARM AND RANCH LLC
    5450 HONEA EGYPT RD
    MONTGOMERY TX  77316

                                                               0

                                   We are here to help you best protect yourself from
                                   fraudsters. If you notice any unusual activity or for
                                   additional information call us 24/7 at (800)513-7678.

FROST_BUSINESS_CHECKING_:__ACCOUNT_NO.__50_3207412                                              503207412
___BALANCE_LAST_STATEMENT____|__NO.__|___DEPOSITAMOUNT_____|__NO.__|ITHDRAWALAMOUNT    |   BALANCE THIS STATEMENT
         15,782.25           |   1   |      10,000.00       |  12   |    14,446.30      |        11,335.95


        Activity Items Processed         13              Cash Processed       0.00

--------------------------------------- DEPOSITS/CREDITS -------------------------------------

  DATE           AMOUNT      TRANSACTION           DESCRIPTION

  07-26        10,000.00     INTERNET FUND TRANSFER   FROM ACCOUNT XXXXX7404


---------------------------------------- CHECKS PAID -----------------------------------------
  DATE      CHECK             AMOUNT  |  DATE      CHECK             AMOUNT  |  DATE     CHECK             AMOUNT
                                      |                                      |
  07-05      1039   #          900.00 |  07-23      1040   #         800.00  |
# RECEIVED ELECTRONICALLY AS AN IMAGE OF THE ORIGINAL CHECK


-------------------------------------- OTHER WITHDRAWALS/DEBITS -------------------------------------

  DATE           AMOUNT      TRANSACTION           DESCRIPTION

  07-01            42.46     POS DEBIT             THE HOME DEPOT 6819      MAGNOLIA   TX     CARD: 5516404
  07-01           109.54     POS DEBIT             TRACTOR SUPPLY # 19281   MONTGOMERY  TX    CARD: 5516404
  07-01         2,000.00     INTERNET FUND TRANSFER   TO ACCOUNT XXXXX2389
  07-02           396.00     DEBIT CARD PURCHASE   THE UPS STORE 6915       832-6981779       CARD: 5516404
  07-05            66.00     DEBIT CARD PURCHASE   ALMIRION LLC             SPRING            CARD: 5516404
  07-15           215.41     DEBIT CARD PURCHASE   LESLIES POOL SPLY 738    MAGNOLIA          CARD: 5516404
  07-17         3,500.00     INTERNET FUND TRANSFER   TO ACCOUNT XXXXX7404
  07-17            26.20     TREASURY MGMT SVCS
  07-22            43.16     POS DEBIT             7-ELEVEN                 DALLAS   TX       CARD: 5516404
  07-26         3,000.00     INTERNET FUND TRANSFER   TO ACCOUNT XXXXX2389
  07-30         3,347.53     DEBIT CARD PURCHASE   AAA WATER WELL SERVICE   281-703-2004      CARD: 5516404

---------------------------------------- DAILY BALANCE -----------------------------------------
  DATE       BALANCE             |  DATE       BALANCE             |  DATE       BALANCE
                                 |                                 |
  06-28      15,782.25           |  07-15      12,052.84           |  07-23       7,683.48
  07-01      13,630.25           |  07-17       8,526.64           |  07-26      14,683.48
  07-02      13,234.25           |  07-22       8,483.48           |  07-30      11,335.95
  07-05      12,268.25           |                                 |
```

```
                                           STATEMENT ISSUED
                                  <eI>         08-30-2024
                               1                PAGE  1


    ALLIANCE FARM AND RANCH LLC
    5450 HONEA EGYPT RD
    MONTGOMERY TX  77316

                                                              0

                            Interested in accepting in-store, online or mobile credit
                            and debit card payments? Frost Merchant Services can help.
                             Contact Customer Service at (800)513-7678 to get started.
FROST_BUSINESS_CHECKING_:__ACCOUNT_NO.__50_3207412                                          503207412
___BALANCE_LAST_STATEMENT____|__NO.__|__DEPOSITAMOUNT_____|__NO.__|ITHDRAWALAMOUNT     |  BALANCE THIS STATEMENT
         11,335.95           |   2   |     43,460.00       |  26   |    27,601.38       |        27,194.57

       Activity Items Processed       28            Cash Processed       0.00

--------------------------------------- DEPOSITS/CREDITS -------------------------------------------

 DATE     TRANSACTION                        AMOUNT    |  DATE     TRANSACTION                         AMOUNT
                                                       |
 08-21    TELLER DEPOSIT                  32,460.00    |

 DATE           AMOUNT      TRANSACTION           DESCRIPTION

 08-19        11,000.00     FROST CONNECT TRANSFER   FROM ACCOUNT xxxxx7404


---------------------------------------- CHECKS PAID  ----------------------------------------------
 DATE     CHECK         AMOUNT   |  DATE     CHECK         AMOUNT   |  DATE     CHECK         AMOUNT
                                 |                                  |
 08-26    1041   #     2,287.90  |                                  |
 # RECEIVED ELECTRONICALLY AS AN IMAGE OF THE ORIGINAL CHECK


---------------------------------- OTHER WITHDRAWALS/DEBITS ----------------------------------

 DATE           AMOUNT      TRANSACTION           DESCRIPTION

 08-01             2.00     DEBIT CARD PURCHASE   TX.GOV*SERVICEFEE-DIR    EGOV.COM          CARD: 5516404
 08-01            32.45     DEBIT CARD PURCHASE   CHEVRON 0384171          MAGNOLIA          CARD: 5516404
 08-02            71.75     DEBIT CARD PURCHASE   MONTGOMERY VEHREG        EGOV.COM          CARD: 5516404
 08-02            37.35     DEBIT CARD PURCHASE   TACO BELL 032967         SPRING            CARD: 5516404
 08-05         1,896.50     DEBIT CARD PURCHASE   LESLIES POOL SPLY 738    MAGNOLIA          CARD: 5516404
 08-05           186.74     DEBIT CARD PURCHASE   SQ *THE HAT STORE        HOUSTON           CARD: 5516404
 08-05            37.86     DEBIT CARD PURCHASE   CHEVRON 0380330          MAGNOLIA          CARD: 5516404
 08-05            46.66     POS DEBIT             HONEY FARMS #806         THE WOODLAND  TX  CARD: 5516404
 08-06            14.60     DEBIT CARD PURCHASE   SHELL OIL 12529538006    SPRING            CARD: 5516404
 08-06         1,605.00     DEBIT CARD PURCHASE   CREME DE LA CREME - WO   303-2247731       CARD: 5516404
 08-13         5,000.00     INTERNET FUND TRANSFER   TO ACCOUNT XXXXX2389
 08-16            26.40     TREASURY MGMT SVCS
 08-19        11,000.00     WIRE TRANSFER         FROST BANK    WIRE OUT   02613
 08-21         1,000.00     INTERNET FUND TRANSFER   TO ACCOUNT XXXXX2389
 08-23            27.57     DEBIT CARD PURCHASE   SHELL OIL 57546413600    MONTGOMERY        CARD: 5516404
 08-23             7.57     POS DEBIT             PAPA KEITH'S #3          MAGNOLIA  TX      CARD: 5516404
 08-23            65.85     DEBIT CARD PURCHASE   PAPA KEITH'S #3          MAGNOLIA          CARD: 5516404
 08-26            27.57     DEBIT CARD PURCHASE   SHELL OIL 57546413600    MONTGOMERY        CARD: 5516404
 08-26            23.29     DEBIT CARD PURCHASE   SONIC DRIVE IN #5274     MAGNOLIA          CARD: 5516404
 08-26           538.19     DEBIT CARD PURCHASE   LESLIES POOL SPLY 738    MAGNOLIA          CARD: 5516404
 08-26            12.33     POS DEBIT             HONEY FARMS #806         THE WOODLAND  TX  CARD: 5516404
 08-26           110.19     POS DEBIT             TRACTOR SUPPLY # 19281   MONTGOMERY  TX    CARD: 5516404
 08-26            11.04     POS DEBIT             HONEY FARMS #806         THE WOODLAND  TX  CARD: 5516404
 08-26         3,000.00     INTERNET FUND TRANSFER   TO ACCOUNT XXXXX2389
 08-27            27.57     DEBIT CARD PURCHASE   SHELL OIL 57546413600    MONTGOMERY        CARD: 5516404
 08-27           503.00     ATM WITHDRAWAL        0000 CAPITAL ONE WOODLANDS-  SPRING   TX   CARD: 5516404
 08-31             2.00     SERVICE CHARGE/FEE    NON-FROST ATM WITHDRAWAL FEE
```

```
                                                            STATEMENT ISSUED
                                                   <eI>        08-30-2024
                                      1                          PAGE 2
         ALLIANCE FARM AND RANCH LLC




FROST_BUSINESS_CHECKING_:__ACCOUNT_NO.__50_3207412_____(CONTINUED)_____                         503207412
_____

---------------------------------------- DAILY BALANCE ---------------------------------------
  DATE         BALANCE            |   DATE         BALANCE           |   DATE         BALANCE
                                  |                                  |
  07-31      11,335.95            |   08-13       2,405.04           |   08-23      33,737.65
  08-01      11,301.50            |   08-16       2,378.64           |   08-26      27,727.14
  08-02      11,192.40            |   08-19       2,378.64           |   08-27      27,196.57
  08-05       9,024.64            |   08-21      33,838.64           |   08-30      27,194.57
  08-06       7,405.04            |                                  |
```

```
                                            STATEMENT ISSUED
                                  <eI>      09-30-2024
                                            PAGE 1


    ALLIANCE FARM AND RANCH LLC
    5450 HONEA EGYPT RD
    MONTGOMERY TX  77316

                                                                     0
                              Interested in accepting in-store, online or mobile credit
                              and debit card payments? Frost Merchant Services can help.
                              Contact Customer Service at (800)513-7678 to get started.

FROST_BUSINESS_CHECKING_:__ACCOUNT_NO.__50_3207412_____                                  503207412
___BALANCE_LAST_STATEMENT____|__NO.__|__DEPOSITAMOUNT_____|__NO.__|ITHDRAWALAMOUNT       |   BALANCE THIS STATEMENT
              27,194.57      |   1   |      10,000.00      |  19   |      22,073.72       |          15,120.85

         Activity Items Processed        20              Cash Processed          0.00

--------------------------------------- DEPOSITS/CREDITS --------------------------------------------

  DATE            AMOUNT    TRANSACTION          DESCRIPTION

  09-10        10,000.00    INTERNET FUND TRANSFER  FROM ACCOUNT XXXXX7404


---------------------------------------- CHECKS PAID ------------------------------------------------
  DATE    CHECK         AMOUNT  | DATE    CHECK         AMOUNT  | DATE    CHECK            AMOUNT
                                |                               |
  09-05    1042  #     1,544.10 |                               |
# RECEIVED ELECTRONICALLY AS AN IMAGE OF THE ORIGINAL CHECK


-------------------------------------- OTHER WITHDRAWALS/DEBITS ------------------------------------

  DATE           AMOUNT    TRANSACTION          DESCRIPTION

  09-03          214.25    POS DEBIT              KROGER #389 6616 FM 14    MAGNOLIA  TX     CARD: 5516404
  09-06        1,076.30    DEBIT CARD PURCHASE    Professional Pool Supp    SPRING           CARD: 5516404
  09-06           32.53    DEBIT CARD PURCHASE    SONIC DRIVE IN #4076      SPRING           CARD: 5516404
  09-06        1,830.00    DEBIT CARD PURCHASE    CREME DE LA CREME - WO    303-2247731      CARD: 5516404
  09-09           28.86    DEBIT CARD PURCHASE    SUNOCO 0448646000         CONROE           CARD: 5516404
  09-09           22.47    DEBIT CARD PURCHASE    CHEVRON 0376813           MAGNOLIA         CARD: 5516404
  09-09          114.34    POS DEBIT              H-E-B #722                MAGNOLIA  TX     CARD: 5516404
  09-09        2,000.00    INTERNET FUND TRANSFER  TO ACCOUNT XXXXX2389
  09-10           27.58    DEBIT CARD PURCHASE    RAISING CANES 0332        MAGNOLIA         CARD: 5516404
  09-10       10,000.00    INTERNET FUND TRANSFER  TO ACCOUNT XXXXX2389
  09-16           29.09    DEBIT CARD PURCHASE    EXXON HONEY FARMS #806    THE WOODLANDS    CARD: 5516404
  09-16           22.18    DEBIT CARD PURCHASE    SUNOCO 0548710300         MAGNOLIA         CARD: 5516404
  09-17           21.27    DEBIT CARD PURCHASE    SHELL OIL 57546413600     MONTGOMERY       CARD: 5516404
  09-17        3,000.00    INTERNET FUND TRANSFER  TO ACCOUNT XXXXX2389
  09-18           20.90    DEBIT CARD PURCHASE    SONIC DRIVE IN #4076      SPRING           CARD: 5516404
  09-18           19.68    DEBIT CARD PURCHASE    SHELL OIL13011469015      SPRING           CARD: 5516404
  09-18           40.00    TREASURY MGMT SVCS
  09-19           30.17    DEBIT CARD PURCHASE    SHELL OIL 12529538006     SPRING           CARD: 5516404
  09-25        2,000.00    INTERNET FUND TRANSFER  TO ACCOUNT XXXXX2389

---------------------------------------- DAILY BALANCE ----------------------------------------------
  DATE       BALANCE             | DATE       BALANCE             | DATE       BALANCE
                                 |                                |
  08-30     27,194.57            | 09-09     20,331.72            | 09-18     17,151.02
  09-03     26,980.32            | 09-10     20,304.14            | 09-19     17,120.85
  09-05     25,436.22            | 09-16     20,252.87            | 09-25     15,120.85
  09-06     22,497.39            | 09-17     17,231.60            |
```

```
                                         STATEMENT ISSUED
                                  <eI>      10-31-2024
                                            PAGE 1


    ALLIANCE FARM AND RANCH LLC
    5450 HONEA EGYPT RD
    MONTGOMERY TX  77316

                                                                           0
                          October is Cybersecurity Awareness Month. Keep alert by
                          changing your passwords, avoiding phishing scams and
                          safeguarding your data. Your online safety begins with you.
FROST_BUSINESS_CHECKING_:__ACCOUNT_NO.__50_3207412                                              503207412
__BALANCE_LAST_STATEMENT____|__NO.__|__DEPOSITAMOUNT_____|__NO.__|ITHDRAWALAMOUNT    |   BALANCE THIS STATEMENT
           15,120.85        |   3   |      35,081.20      |  42   |      47,166.24    |         3,035.81


       Activity Items Processed           42              Cash Processed        0.00

--------------------------------------- DEPOSITS/CREDITS -------------------------------------

  DATE         AMOUNT       TRANSACTION        DESCRIPTION

  10-07      30,000.00      WIRE TRANSFER      FROST BANK     WIRE IN    03127
  10-16       5,000.00      WIRE TRANSFER      FROST BANK     WIRE IN    05383
  10-22          81.20      MOBILE DEPOSIT


---------------------------------------- CHECKS PAID -----------------------------------------

  DATE    CHECK           AMOUNT  |  DATE    CHECK           AMOUNT  |  DATE   CHECK            AMOUNT
                                  |                                  |
  10-07   1043    #     1,440.00  |  10-09   1044    #     4,200.00  |
# RECEIVED ELECTRONICALLY AS AN IMAGE OF THE ORIGINAL CHECK


-------------------------------------- OTHER WITHDRAWALS/DEBITS ------------------------------------

  DATE         AMOUNT       TRANSACTION           DESCRIPTION

  10-01       4,000.00      INTERNET FUND TRANSFER   TO ACCOUNT XXXXX2389
  10-03         205.61      POS DEBIT                Carters Country 1         SPRING   TX    CARD: 5516404
  10-04          77.54      DEBIT CARD PURCHASE      TST*KATZS - WOODLANDS     SHENANDOAH     CARD: 5516404
  10-07       2,500.00      DEBIT CARD PURCHASE      SP STEEL FOX DESIGNS      HTTPSWWW.STEE  CARD: 5516404
  10-07         105.13      DEBIT CARD PURCHASE      DAVE & BUSTERS #142 TA    SHENANDOAH     CARD: 5516404
  10-07          65.14      DEBIT CARD PURCHASE      DAVE & BUSTER'S #142      SHENANDOAH     CARD: 5516404
  10-07          50.00      DEBIT CARD PURCHASE      DAVE & BUSTERS #142 PW    SHENANDOAH     CARD: 5516404
  10-07      20,000.00      WIRE TRANSFER            FROST BANK     WIRE OUT   05310
  10-10       8,000.00      INTERNET FUND TRANSFER   TO ACCOUNT XXXXX2389
  10-11          36.77      DEBIT CARD PURCHASE      SHELL OIL 57546413600     MONTGOMERY     CARD: 5516404
  10-11         114.08      POS DEBIT                TRACTOR SUPPLY # 19281    MONTGOMERY  TX CARD: 5516404
  10-15         269.00      DEBIT CARD PURCHASE      CHICK-FIL-A #02030        MAGNOLIA       CARD: 5516404
  10-16       4,000.00      INTERNET FUND TRANSFER   TO ACCOUNT XXXXX2389
  10-17          27.10      TREASURY MGMT SVCS
  10-18          11.90      DEBIT CARD PURCHASE      CHEVRON 0371975           MIDLAND        CARD: 5516404
  10-18          28.79      DEBIT CARD PURCHASE      CHEVRON 0371975           MIDLAND        CARD: 5516404
  10-21          22.35      DEBIT CARD PURCHASE      MCDONALD'S F39555         LUBBOCK        CARD: 5516404
  10-21          15.00      DEBIT CARD PURCHASE      SQ *SAINTS AND SINNERS    LUBBOCK        CARD: 5516404
  10-21          18.00      DEBIT CARD PURCHASE      SQ *SAINTS AND SINNERS    LUBBOCK        CARD: 5516404
  10-21          10.00      DEBIT CARD PURCHASE      SQ *SAINTS AND SINNERS    LUBBOCK        CARD: 5516404
  10-21          15.00      DEBIT CARD PURCHASE      SQ *SAINTS AND SINNERS    LUBBOCK        CARD: 5516404
  10-21          18.00      DEBIT CARD PURCHASE      SQ *SAINTS AND SINNERS    LUBBOCK        CARD: 5516404
  10-21          18.00      DEBIT CARD PURCHASE      SQ *SAINTS AND SINNERS    LUBBOCK        CARD: 5516404
  10-21          33.21      POS DEBIT                TOOT'N TOTUM #136         LUBBOCK  TX    CARD: 5516404
  10-21          17.21      DEBIT CARD PURCHASE      TOOT'N TOTUM #136         LUBBOCK        CARD: 5516404
  10-21         203.00      ATM WITHDRAWAL           P710 TOOT N TOTUM-710980 50  LUBBOCK TX  CARD: 5516404
  10-21           8.00      DEBIT CARD PURCHASE      CHEVRON 0377969           EASTLAND       CARD: 5516404
  10-21          29.75      DEBIT CARD PURCHASE      CHEVRON 0374711           DOBBIN         CARD: 5516404
  10-21         400.00      INTERNET FUND TRANSFER   TO ACCOUNT XXXXX2389
  10-22         100.00      DEBIT CARD PURCHASE      IAH PARKING AREA AB       HOUSTON        CARD: 5516404
  10-24          32.88      DEBIT CARD PURCHASE      SHELL OIL 57546413600     MONTGOMERY     CARD: 5516404
  10-25          28.12      DEBIT CARD PURCHASE      EXXON PAPA KEITH'S #3     MAGNOLIA       CARD: 5516404
  10-28          26.28      DEBIT CARD PURCHASE      SHELL OIL 12529538006     SPRING         CARD: 5516404
```

```
                                          STATEMENT ISSUED
                            <eI>             10-31-2024
                                                PAGE 2

        ALLIANCE FARM AND RANCH LLC
```

**FROST_BUSINESS_CHECKING_:__ACCOUNT_NO.__50_3207412_____(CONTINUED)_____                                503207412**

```
--------------------------------------- OTHER WITHDRAWALS/DEBITS ----------------------------------
  DATE           AMOUNT    TRANSACTION            DESCRIPTION

  10-28           15.13    DEBIT CARD PURCHASE    SHELL OIL 57546413600     MONTGOMERY      CARD: 5516404
  10-28           36.77    DEBIT CARD PURCHASE    CHEVRON 0376813           MAGNOLIA        CARD: 5516404
  10-28           13.81    DEBIT CARD PURCHASE    MCDONALD'S F32281         TOMBALL         CARD: 5516404
  10-28           25.98    DEBIT CARD PURCHASE    SPRING CREEK FEED CENT    MAGNOLIA        CARD: 5516404
  10-28           22.93    DEBIT CARD PURCHASE    JERSEY MIKES 15128        MAGNOLIA        CARD: 5516404
  10-28          395.64    DEBIT CARD PURCHASE    H-E-B #722                MAGNOLIA        CARD: 5516404
  10-29          500.00    INTERNET FUND TRANSFER TO ACCOUNT XXXXX2389
  10-30           28.12    DEBIT CARD PURCHASE    EXXON PAPA KEITH'S #3     MAGNOLIA        CARD: 5516404
  10-31            2.00    SERVICE CHARGE/FEE     NON-FROST ATM WITHDRAWAL FEE
----------------------------------------- DAILY BALANCE ---------------------------------------------
  DATE          BALANCE         | DATE         BALANCE          | DATE         BALANCE
                                |                               |
  09-30       15,120.85         | 10-11       4,326.58          | 10-24       4,130.59
  10-01       11,120.85         | 10-15       4,057.58          | 10-25       4,102.47
  10-03       10,915.24         | 10-16       5,015.58          | 10-28       3,565.93
  10-04       10,837.70         | 10-17       5,030.48          | 10-29       3,065.93
  10-07       16,677.43         | 10-18       4,989.79          | 10-30       3,037.81
  10-09       12,477.43         | 10-21       4,182.27          | 10-31       3,035.81
  10-10        4,477.43         | 10-22       4,163.47          |
```

```
                                              STATEMENT ISSUED
                                       <eI>     11-29-2024
                                                  PAGE 1

        ALLIANCE FARM AND RANCH LLC
        5450 HONEA EGYPT RD
        MONTGOMERY TX  77316
                                                                          0

                                         We're here to help you protect yourself from fraudsters.
                                         If you notice unusual activity on your account or for more
                                         information call us 24/7 at (800)513-7678.
 FROST_BUSINESS_CHECKING_:__ACCOUNT_NO.__50_3207412_____                                                503207412
 ___BALANCE_LAST_STATEMENT____|__NO.__|__DEPOSITAMOUNT_____|__NO.__|ITHDRAWALAMOUNT       |   BALANCE THIS STATEMENT
             3,035.81         |   3   |       132,800.00    |  24   |     123,814.12       |          12,021.69


        Activity Items Processed        25               Cash Processed         0.00

--------------------------------------- DEPOSITS/CREDITS --------------------------------------

 DATE          AMOUNT         TRANSACTION           DESCRIPTION

 11-06        2,800.00        INTERNET FUND TRANSFER   FROM ACCOUNT XXXXX7447
 11-20       30,000.00        INTERNET FUND TRANSFER   FROM ACCOUNT XXXXX7404
 11-22      100,000.00        INTERNET FUND TRANSFER   FROM ACCOUNT XXXXX7404


---------------------------------------- CHECKS PAID -----------------------------------------

 DATE     CHECK           AMOUNT    |  DATE     CHECK           AMOUNT    |  DATE     CHECK           AMOUNT
                                    |                                     |
 11-01    1045     #      2,430.00  |                                     |
 # RECEIVED ELECTRONICALLY AS AN IMAGE OF THE ORIGINAL CHECK


--------------------------------------- OTHER WITHDRAWALS/DEBITS -----------------------------------

 DATE          AMOUNT         TRANSACTION           DESCRIPTION

 11-01           36.77        DEBIT CARD PURCHASE   SHELL OIL 57546413600     MONTGOMERY       CARD: 5516404
 11-01          400.00        INTERNET FUND TRANSFER   TO ACCOUNT XXXXX2389
 11-04           11.89        DEBIT CARD PURCHASE   CHEVRON 0376813           MAGNOLIA         CARD: 5516404
 11-04           76.18        DEBIT CARD PURCHASE   KROGER #389               MAGNOLIA         CARD: 5516404
 11-05           50.85        DEBIT CARD PURCHASE   SHELL OIL 57546413600     MONTGOMERY       CARD: 5516404
 11-06           15.13        DEBIT CARD PURCHASE   SHELL OIL 57546413600     MONTGOMERY       CARD: 5516404
 11-06           21.09        DEBIT CARD PURCHASE   EXXON PAPA KEITH'S #3     MAGNOLIA         CARD: 5516404
 11-06        1,000.00        INTERNET FUND TRANSFER   TO ACCOUNT XXXXX2389
 11-07           65.86        DEBIT CARD PURCHASE   CHEVRON 0376813           MAGNOLIA         CARD: 5516404
 11-08           10.80        DEBIT CARD PURCHASE   CHEVRON 0376813           MAGNOLIA         CARD: 5516404
 11-12           15.13        DEBIT CARD PURCHASE   SHELL OIL 57546413600     MONTGOMERY       CARD: 5516404
 11-13          600.00        INTERNET FUND TRANSFER   TO ACCOUNT XXXXX2389
 11-14           20.00        DEBIT CARD PURCHASE   EXXON PAPA KEITH'S #3     MAGNOLIA         CARD: 5516404
 11-14           95.78        DEBIT CARD PURCHASE   TULSA AIRPORT             TULSA            CARD: 5516404
 11-14           75.00        DEBIT CARD PURCHASE   IAH PARKING AREA AB       HOUSTON          CARD: 5516404
 11-15           16.78        DEBIT CARD PURCHASE   EXXON HONEY FARMS #806    THE WOODLANDS    CARD: 5516404
 11-15          213.23        DEBIT CARD PURCHASE   TST* THE BLIND FINCH      SPRING           CARD: 5516404
 11-15           24.10        DEBIT CARD PURCHASE   JACK IN THE BOX 3949      MAGNOLIA         CARD: 5516404
 11-18           31.65        DEBIT CARD PURCHASE   CIRCLE K # 41431          SPRING           CARD: 5516404
 11-19           22.18        POS DEBIT             7-ELEVEN                  MONTGOMERY  TX   CARD: 5516404
 11-19           71.70        TREASURY MGMT SVCS
 11-20       15,000.00        INTERNET FUND TRANSFER   TO ACCOUNT XXXXX2389
 11-22      100,000.00        WIRE TRANSFER         FROST BANK     WIRE OUT   06592
 11-22        3,500.00        ELECTRONIC DEBIT      CHAMBERLAIN HRDL PAYMENT  000000135348478
 11-30           10.00        SERVICE CHARGE/FEE    MONTHLY SERVICE CHARGE

---------------------------------------- DAILY BALANCE -----------------------------------------
 DATE      BALANCE             | DATE     BALANCE            | DATE     BALANCE
                               |                             |
 10-31     3,035.81            | 11-07    1,728.04           | 11-15       657.22
 11-01       169.04            | 11-08    1,717.24           | 11-18       625.57
 11-04        80.97            | 11-12    1,702.11           | 11-19       531.69
 11-05        30.12            | 11-13    1,102.11           | 11-20    15,531.69
 11-06     1,793.90            | 11-14      911.33           | 11-22    12,031.69
```

```
                                             STATEMENT ISSUED
                                  <eI>         11-29-2024
                                                 PAGE 2

        ALLIANCE FARM AND RANCH LLC
```

**FROST_BUSINESS_CHECKING_:__ACCOUNT_NO.__50_3207412_____(CONTINUED)_____                                      503207412**

```
----------------------------------------- DAILY BALANCE ---------------------------------------
  DATE       BALANCE             | DATE       BALANCE             | DATE       BALANCE
                                 |                                |
 11-29      12,021.69            |                                |
```

```
                                         STATEMENT ISSUED
                                  <eI>     12-31-2024
                                              PAGE 1


    ALLIANCE FARM AND RANCH LLC
    5450 HONEA EGYPT RD
    MONTGOMERY TX  77316

                                                                0
                                    Frost will never call, email or text you to request account
                                    access credentials. If you notice any unusual activity or
                                    for additional information call us 24/7 at (800)513-7678.
FROST_BUSINESS_CHECKING_:__ACCOUNT_NO.__50_3207412_____                                    503207412
___BALANCE_LAST_STATEMENT____|__NO.__|__DEPOSITAMOUNT_____|__NO.__|ITHDRAWALAMOUNT_____|__BALANCE_THIS_STATEMENT__
          12,021.69          |   3   |       85,000.00      |   42  |       22,871.73     |       74,149.96


        Activity Items Processed       45              Cash Processed        0.00

---------------------------------- DEPOSITS/CREDITS --------------------------------------

 DATE            AMOUNT      TRANSACTION            DESCRIPTION

 12-02        30,000.00      INTERNET FUND TRANSFER   FROM ACCOUNT XXXXX7404
 12-18        25,000.00      INTERNET FUND TRANSFER   FROM ACCOUNT XXXXX2389
 12-24        30,000.00      INTERNET FUND TRANSFER   FROM ACCOUNT XXXXX7404


---------------------------------- CHECKS PAID --------------------------------------

 DATE    CHECK         AMOUNT  |  DATE    CHECK         AMOUNT  |  DATE    CHECK         AMOUNT
                                |                                |
 12-12    1046   #    1,612.00 |                                |
 # RECEIVED ELECTRONICALLY AS AN IMAGE OF THE ORIGINAL CHECK


---------------------------------- OTHER WITHDRAWALS/DEBITS --------------------------------------

 DATE            AMOUNT      TRANSACTION            DESCRIPTION

 12-04            25.00      DEBIT CARD PURCHASE    91532-4 HOUSTON CENTER      HOUSTON          CARD: 5516404
 12-04           154.33      DEBIT CARD PURCHASE    TST*PUTTSHACK - HOUSTO      HOUSTON          CARD: 5516404
 12-04            26.73      DEBIT CARD PURCHASE    TST*PUTTSHACK - HOUSTO      HOUSTON          CARD: 5516404
 12-04            56.46      DEBIT CARD PURCHASE    EXXON HONEY FARMS #806      THE WOODLANDS    CARD: 5516404
 12-06            29.83      DEBIT CARD PURCHASE    QT 23                       SAND SPRINGS     CARD: 5516404
 12-09           480.48      DEBIT CARD PURCHASE    AVIS RENT-A-CAR             TULSA            CARD: 5516404
 12-09            75.00      DEBIT CARD PURCHASE    IAH PARKING AREA AB         HOUSTON          CARD: 5516404
 12-09            24.99      DEBIT CARD PURCHASE    SQ *SANTA'S WONDERLAND      COLLEGE STATI    CARD: 5516404
 12-09            17.27      DEBIT CARD PURCHASE    DisneyPLUS                  888-9057888      CARD: 5516404
 12-09            26.99      DEBIT CARD PURCHASE    SQ *ST. NICK'S DRAW -       COLLEGE STATI    CARD: 5516404
 12-09           129.80      DEBIT CARD PURCHASE    SQ *SANTA'S WONDERLAND      COLLEGE STATI    CARD: 5516404
 12-09            27.01      DEBIT CARD PURCHASE    SQ *SANTA'S WONDERLAND      NAVASOTA         CARD: 5516404
 12-09            26.99      DEBIT CARD PURCHASE    SQ *ST. NICK'S DRAW -       COLLEGE STATI    CARD: 5516404
 12-09           117.72      DEBIT CARD PURCHASE    SANTA'S WONDERLAND GIF      COLLEGE STATI    CARD: 5516404
 12-09            12.94      DEBIT CARD PURCHASE    SANTA'S WONDERLAND GIF      COLLEGE STATI    CARD: 5516404
 12-09            42.96      DEBIT CARD PURCHASE    SQ *ST. NICK'S DRAW -       COLLEGE STATI    CARD: 5516404
 12-09            26.50      POS DEBIT              NAVASOTA CIRCLE T           NAVASOTA  TX     CARD: 5516404
 12-09         3,000.00      INTERNET FUND TRANSFER TO ACCOUNT XXXXX2389
 12-10            15.13      DEBIT CARD PURCHASE    SHELL OIL 57546413600       MONTGOMERY       CARD: 5516404
 12-12            18.80      DEBIT CARD PURCHASE    SHELL OIL 57546413600       MONTGOMERY       CARD: 5516404
 12-13         6,000.00      INTERNET FUND TRANSFER TO ACCOUNT XXXXX2389
 12-16             7.25      DEBIT CARD PURCHASE    ETOLLAVIS U766603902        800-482-0159     CARD: 5516404
 12-17           285.26      DEBIT CARD PURCHASE    CHEESECAKE THE WOODLAN      THE WOODLANDS    CARD: 5516404
 12-17            40.44      DEBIT CARD PURCHASE    SHELL OIL 57546413600       MONTGOMERY       CARD: 5516404
 12-17            56.47      DEBIT CARD PURCHASE    CHEVRON 0376813             MAGNOLIA         CARD: 5516404
 12-17           418.82      DEBIT CARD PURCHASE    CAVENDERS BOOTCITY 88       SPRING           CARD: 5516404
 12-17            39.90      TREASURY MGMT SVCS
 12-20           145.22      DEBIT CARD PURCHASE    LOS CUCOS MEXICAN CAFE      281-5495027      CARD: 5516404
 12-20            47.06      DEBIT CARD PURCHASE    SHELL OIL 57546413600       MONTGOMERY       CARD: 5516404
 12-20            18.43      DEBIT CARD PURCHASE    LOS CUCOS MEXICAN CAFE      281-5495027      CARD: 5516404
 12-20             9.85      DEBIT CARD PURCHASE    ETOLLAVIS U766603902        800-482-0159     CARD: 5516404
 12-23            40.44      DEBIT CARD PURCHASE    SHELL OIL 57546413600       MONTGOMERY       CARD: 5516404
 12-23           130.00      DEBIT CARD PURCHASE    LOS CUCOS MEXICAN CAFE      281-5495027      CARD: 5516404
```

```
                                             STATEMENT ISSUED
                                  <eI>         12-31-2024
                                                 PAGE 2

         ALLIANCE FARM AND RANCH LLC
```

**FROST_BUSINESS_CHECKING_:__ACCOUNT_NO.__50_3207412_____(CONTINUED)_____                                                            503207412**

```
-------------------------------------- OTHER WITHDRAWALS/DEBITS ----------------------------------
 DATE            AMOUNT    TRANSACTION           DESCRIPTION

 12-23            99.95    POS DEBIT             TRACTOR-SUPPLY-C 27400    TOMBALL   TX     CARD: 5516404
 12-23            52.06    POS DEBIT             SUNOCO 8000776902         TOMBALL   TX     CARD: 5516404
 12-24           380.09    DEBIT CARD PURCHASE   TST*THE CHEFS TABLE       HOUSTON          CARD: 5516404
 12-27            25.96    DEBIT CARD PURCHASE   CHEVRON 0376813           MAGNOLIA         CARD: 5516404
 12-30            42.08    DEBIT CARD PURCHASE   MOD PIZZA GLEANNLOCH      SPRING           CARD: 5516404
 12-30            64.94    DEBIT CARD RECURRING  GOOGLE *YouTube TV        G.CO/HELPPAY#    CARD: 5516404
 12-30           143.92    DEBIT CARD PURCHASE   LOS CUCOS MEXICAN CAFE    281-5495027      CARD: 5516404
 12-31           396.66    POS DEBIT             THE HOME DEPOT #6819      MAGNOLIA  TX     CARD: 5516404
 12-31         8,480.00    DEBIT CARD PURCHASE   MCP*REJAS HUA & HOANG     BELLAIRE         CARD: 5516404
---------------------------------------- DAILY BALANCE ---------------------------------------
 DATE         BALANCE              | DATE         BALANCE             | DATE         BALANCE
                                   |                                  |
 11-29       12,021.69             | 12-12       36,074.76            | 12-23       53,683.61
 12-02       42,021.69             | 12-13       30,074.76            | 12-24       83,303.52
 12-04       41,759.17             | 12-16       30,067.51            | 12-27       83,277.56
 12-06       41,729.34             | 12-17       29,226.62            | 12-30       83,026.62
 12-09       37,720.69             | 12-18       54,226.62            | 12-31       74,149.96
 12-10       37,705.56             | 12-20       54,006.06            |
```

```
                                          STATEMENT ISSUED
                                 <eI>        01-31-2025
                                              PAGE 1


    ALLIANCE FARM AND RANCH LLC
    5450 HONEA EGYPT RD
    MONTGOMERY TX   77316

                                                                          0

                                  Frost offers a variety of cards - select the right one and
                                  track transactions via the easy-to-use Frost online banking
                                  and mobile app. Talk to a Frost Banker at (866)376-7889.
 FROST BUSINESS CHECKING : ACCOUNT NO. 50 3207412                                                       503207412
  BALANCE LAST STATEMENT    | NO. | DEPOSITAMOUNT    | NO. |ITHDRAWALAMOUNT    |  BALANCE THIS STATEMENT
          74,149.96         |  1  |     300.00       |  6  |   70,473.54       |       3,976.42


         Activity Items Processed       7              Cash Processed       0.00

--------------------------------- DEPOSITS/CREDITS -------------------------------------

 DATE           AMOUNT     TRANSACTION          DESCRIPTION

 01-06          300.00     MOBILE DEPOSIT


------------------------------ OTHER WITHDRAWALS/DEBITS ---------------------------------

 DATE           AMOUNT     TRANSACTION          DESCRIPTION

 01-02           68.33     DEBIT CARD PURCHASE    GOOGLE*GSUITE ALLIANCE    CC GOOGLE.COM      CARD: 5516404
 01-07           17.27     DEBIT CARD RECURRING   DisneyPLUS                888-9057888        CARD: 5516404
 01-07       70,000.00     INTERNET FUND TRANSFER TO ACCOUNT XXXXX2389
 01-13          202.78     POS DEBIT              TRACTOR SUPPLY # 19281    MONTGOMERY  TX     CARD: 5516404
 01-17           29.60     TREASURY MGMT SVCS
 01-23           90.62     DEBIT CARD PURCHASE    LOS CUCOS MEXICAN CAFE    281-5495027        CARD: 5516404
 01-31           64.94     DEBIT CARD RECURRING   GOOGLE *YouTube TV        G.CO/HELPPAY#      CARD: 5516404

--------------------------------------- DAILY BALANCE -------------------------------------
 DATE       BALANCE           | DATE        BALANCE            | DATE        BALANCE
                              |                                |
 12-31      74,149.96         | 01-07       4,364.36           | 01-23       4,041.36
 01-02      74,081.63         | 01-13       4,161.58           | 01-31       3,976.42
 01-06      74,381.63         | 01-17       4,131.98           |
```