IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 25-30155 |
| | § | |
| ALLIANCE FARM AND RANCH, LLC, | § | (CHAPTER 11) |
| | § | |
| DEBTOR | § | |
| | § | |
| IN RE: | § | CASE NO. 25-31937 |
| | § | |
| ALLIANCE ENERGY PARTNERS, LLC, | § | (CHAPTER 11) |
| | § | |
| DEBTOR | § | |
| | § | |

## NOTICE OF AGREED ORDER ON
## DUSTIN ETTER'S MOTION FOR RELIEF FROM STAY

PLEASE TAKE NOTICE that attached hereto as "Proposed Order" is an agreed proposed order in connection with the Plaintiff's Motion for Relief from Automatic Stay ("Stay Motion"), Docket No. 170.

Respectfully submitted August 20, 2025.

                                                                          HOWLEY LAW PLLC

                                                                          /s/ Eric Terry
                                                                          Eric Terry
                                                                          State Bar No. 00794729
                                                                          HOWLEY LAW PLLC
                                                                          TC Energy Center
                                                                          700 Louisiana Street Suite 4220
                                                                          Houston, Texas 77002
                                                                          Phone: 713-333-9125
                                                                          Email: tom@howley-law.com
                                                                          Email: eric@howley-law.com

                                                                          *Trustee Counsel*

## CERTIFICATE OF SERVICE

This is to certify that on August 20, 2025, a true and correct copy of the foregoing Notice was served via the Court's CM/ECF notification system.

                                                                          /s/ Eric Terry