IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 25-30155 |
| | § | |
| ALLIANCE FARM AND RANCH, LLC, | § | (CHAPTER 11) |
| | § | |
| DEBTOR | § | |
| | § | |
| IN RE: | § | CASE NO. 25-31937 |
| | § | |
| ALLIANCE ENERGY PARTNERS, LLC, | § | (CHAPTER 11) |
| | § | |
| DEBTOR | § | |
| | § | |

## AGREED ORDER ON
## DUSTIN ETTER'S MOTION FOR RELIEF FROM STAY

Dustin Etter's Motion for Relief from Stay (Doc. 170) brought pursuant to 11 USC § 362(d)(1) is GRANTED as set out below.

In Adversary Proceeding No. 25-03382, the stay is lifted with respect to: (a) any request by Dustin Etter to lift the abatement in the adversary proceeding on or after 9/15/2025 and (b) any claims in the adversary proceeding upon the abatement being lifted including but not limited to claims against Debtors Alliance Farm & Ranch, LLC and Alliance Energy Partners, LLC.

For clarity, it is the intent of this order that Dustin Etter shall not be required to seek a further or additional lift stay order in the adversary proceeding to proceed on claims in that case, whether against Debtors or against non-debtors claiming the benefit of the automatic stay, if/when the abatement in the adversary proceeding is lifted.

Dated: _____, 2025
Houston, Texas

_____
**ALFREDO R. PEREZ**
**UNITED STATES BANKRUPTCY JUDGE**

**1** of **2**

**HOWLEY LAW PLLC**

/s/  Eric Terry
Eric Terry
State Bar No. 00794729
HOWLEY LAW PLLC
TC Energy Center
700 Louisiana Street Suite 4545
Houston, Texas 77002
Phone: 713-333-9125
Email: tom@howley-law.com
Email: eric@howley-law.com

*Trustee Counsel*

-and-

/s/ Noah Meek
Noah E. W. Meek
State Bar No. 24084554
Email: nmeek@irelanlaw.com
2520 Caroline St., 2nd Floor
Houston, Texas 77004
Phone: (713) 222-7666
Fax: (713) 222-7669

*Attorneys For Plaintiff Dustin Etter*