United States Bankruptcy Court
Southern District of Texas
**ENTERED**
August 21, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 25-30155 |
| ALLIANCE FARM AND RANCH, LLC, | § | (CHAPTER 11) |
| DEBTOR | § | |
| IN RE: | § | CASE NO. 25-31937 |
| ALLIANCE ENERGY PARTNERS, LLC, | § | (CHAPTER 11) |
| DEBTOR | § | |

**AGREED ORDER ON
DUSTIN ETTER'S MOTION FOR RELIEF FROM STAY**

Dustin Etter's Motion for Relief from Stay (Doc. 170) brought pursuant to 11 USC § 362(d)(1) is GRANTED as set out below.

In Adversary Proceeding No. 25-03382, the stay is lifted with respect to: (a) any request by Dustin Etter to lift the abatement in the adversary proceeding on or after 9/15/2025 and (b) any claims in the adversary proceeding upon the abatement being lifted including but not limited to claims against Debtors Alliance Farm & Ranch, LLC and Alliance Energy Partners, LLC.

For clarity, it is the intent of this order that Dustin Etter shall not be required to seek a further or additional lift stay order in the adversary proceeding to proceed on claims in that case, whether against Debtors or against non-debtors claiming the benefit of the automatic stay, if/when the abatement in the adversary proceeding is lifted.

Signed: August 21, 2025

Alfredo R Pérez
United States Bankruptcy Judge

**HOWLEY LAW PLLC**

/s/  Eric Terry
Eric Terry
State Bar No. 00794729
HOWLEY LAW PLLC
TC Energy Center
700 Louisiana Street Suite 4545
Houston, Texas 77002
Phone: 713-333-9125
Email: tom@howley-law.com
Email: eric@howley-law.com

*Trustee Counsel*

-and-

/s/ Noah Meek
Noah E. W. Meek
State Bar No. 24084554
Email: nmeek@irelanlaw.com
2520 Caroline St., 2nd Floor
Houston, Texas 77004
Phone: (713) 222-7666
Fax: (713) 222-7669

*Attorneys For Plaintiff Dustin Etter*

United States Bankruptcy Court
Southern District of Texas

| | |
|---|---|
| In re: | Case No. 25-30155-arp |
| ALLIANCE FARM AND RANCH, LLC | Chapter 11 |
| Alliance Energy Partners, LLC | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 1 of 3 |
| Date Rcvd: Aug 21, 2025 | Form ID: pdf002 | Total Noticed: 6 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 23, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | ALLIANCE FARM AND RANCH, LLC, 5450 Honea Egypt Rd, Montgomery, TX 77316-2364 |
| jdb | + | Alliance Energy Partners, LLC, 20008 Champions Forest Dr., Suite 1203, Spring, TX 77379-8697 |
| aty | + | Eric Terry, Howley Law PLLC, 700 Louisiana Street, Ste 4545, Houston, TX 77002, UNITED STATES 77002-2869 |
| cr | + | Jerod P Furr, 259 Saddle Ridge, Spring, TX 77380-2748 |
| cr | + | Patriot Drilling Services LLC, c/o William R. Sudela, Crady Jewett McCulley & Houren LLP, 2727 Allen Parkway, Suite 1700, Houston, TX 77019-2125 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/Text: lloyd.lim@keanmiller.com | Aug 21 2025 20:47:00 | DrilTech, LLC, C/O Rachel Kubanda, 711 Louisiana Street, Suite 1800, Houston, TX 77002 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | | Okin Adams Bartlett Curry LLP |
| cr | | Dustin Etter |
| intp | | Erik and Darla Ostrander |
| cr | | KLEIN INDEPENDENT SCHOOL DISTRICT |
| crcm | | Official Committee of Unsecured Creditors |

TOTAL: 5 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 23, 2025        Signature:    /s/Gustava Winters

| District/off: 0541-4 | User: ADIuser | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 21, 2025 | Form ID: pdf002 | Total Noticed: 6 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 21, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Abdiel Lopez-Castro | on behalf of Creditor Dustin Etter alopezcastro@hwa.com |
| Branch Masterson Sheppard | on behalf of Defendant Jeana Lea Hurley bsheppard@mcglinchey.com  sdeleon@gallowaylawfirm.com |
| Branch Masterson Sheppard | on behalf of Defendant Connect Realty.com  Inc. bsheppard@mcglinchey.com, sdeleon@gallowaylawfirm.com |
| Branch Masterson Sheppard | on behalf of Defendant Heaven Lee Properties  LLC bsheppard@mcglinchey.com, sdeleon@gallowaylawfirm.com |
| Deborah Louise Crain | on behalf of Defendant Alliance Energy Partners  LLC dcrain@e-merger.law |
| Deborah Louise Crain | on behalf of Defendant AE Partners Holdings  Inc. dcrain@e-merger.law |
| Deborah Louise Crain | on behalf of Defendant ALLIANCE FARM AND RANCH  LLC dcrain@e-merger.law |
| Deborah Louise Crain | on behalf of Defendant AEP Asset Holdings  LLC dcrain@e-merger.law |
| Deborah Louise Crain | on behalf of Defendant Jerod P Furr dcrain@e-merger.law |
| Deborah Louise Crain | on behalf of Debtor ALLIANCE FARM AND RANCH  LLC dcrain@e-merger.law |
| Deborah Louise Crain | on behalf of Defendant Invictus Drilling Motors  LLC dcrain@e-merger.law |
| Deborah Louise Crain | on behalf of Defendant Corina Furr dcrain@e-merger.law |
| Eric Brad Terry | on behalf of Trustee Thomas A Howley eric@howley-law.com |
| Ha Minh Nguyen | on behalf of U.S. Trustee US Trustee ha.nguyen@usdoj.gov |
| Heather Heath McIntyre | on behalf of Creditor Dustin Etter HMcIntyre@hwallp.com  dek@hwallp.com;lslater@hwa.com |
| James Randal Bays | on behalf of Defendant AE Partners Holdings  Inc. randy@baysfirm.com, Kerry@baysfirm.com;randybays@hotmail.com;Vickie@baysfirm.com |
| James Randal Bays | on behalf of Defendant Alliance Energy Partners  LLC randy@baysfirm.com, Kerry@baysfirm.com;randybays@hotmail.com;Vickie@baysfirm.com |
| James Randal Bays | on behalf of Defendant ALLIANCE FARM AND RANCH  LLC randy@baysfirm.com, Kerry@baysfirm.com;randybays@hotmail.com;Vickie@baysfirm.com |
| James Randal Bays | on behalf of Defendant AEP Asset Holdings  LLC randy@baysfirm.com, Kerry@baysfirm.com;randybays@hotmail.com;Vickie@baysfirm.com |
| James Randal Bays | on behalf of Defendant Jerod P Furr randy@baysfirm.com  Kerry@baysfirm.com;randybays@hotmail.com;Vickie@baysfirm.com |
| James Randal Bays | on behalf of Defendant Invictus Drilling Motors  LLC randy@baysfirm.com, Kerry@baysfirm.com;randybays@hotmail.com;Vickie@baysfirm.com |
| James Randal Bays | on behalf of Defendant Corina Furr randy@baysfirm.com  Kerry@baysfirm.com;randybays@hotmail.com;Vickie@baysfirm.com |
| Justin William Randall Renshaw | on behalf of Creditor IAE International  Inc justin@renshaw-law.com, kim@renshaw-law.com |

| District/off: 0541-4 | User: ADIuser | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Aug 21, 2025 | Form ID: pdf002 | Total Noticed: 6 |

Leonard H Simon
    on behalf of Creditor Jerod P Furr lsimon@pendergraftsimon.com csanchez@pendergraftsimon.com;jdavila@pendergraftsimon.com;rlp@pendergraftsimon.com

Leonard H Simon
    on behalf of Defendant Jerod P Furr lsimon@pendergraftsimon.com csanchez@pendergraftsimon.com;jdavila@pendergraftsimon.com;rlp@pendergraftsimon.com

Melissa E Valdez
    on behalf of Creditor KLEIN INDEPENDENT SCHOOL DISTRICT mvaldez@pbfcm.com mvaldez@ecf.courtdrive.com;arandermann@pbfcm.com

Nicholas Zugaro
    on behalf of Creditor Committee Official Committee of Unsecured Creditors Nzugaro@dykema.com DocketHOU@dykema.com;ccastic@dykema.com

Noah E Meek
    on behalf of Plaintiff Dustin Etter nmeek@irelanlaw.com rbraham@irelanlaw.com;scartwright@irelanlaw.com

Noah E Meek
    on behalf of Interested Party Dustin Etter nmeek@irelanlaw.com rbraham@irelanlaw.com;scartwright@irelanlaw.com

Noah E Meek
    on behalf of Creditor Dustin Etter nmeek@irelanlaw.com rbraham@irelanlaw.com;scartwright@irelanlaw.com

Rachel Kubanda
    on behalf of Creditor DrilTech LLC rachel.kubanda@keanmiller.com, michelle.friery@keanmiller.com;kristina.tipton@keanmiller.com;teresa.miller@keanmiller.com

Reagan H. Tres Gibbs, III
    on behalf of Interested Party Erik and Darla Ostrander tgibbs@cokinoslaw.com jjohnson@cokinoslaw.com

Samuel Thomas Pendergast
    on behalf of Interested Party Erik and Darla Ostrander spendergast@cokinoslaw.com jgraffagnino@cokinoslaw.com

Sara Aniece Morton
    on behalf of Defendant Jeana Lea Hurley smorton@rmjelaw.com

Sara Aniece Morton
    on behalf of Defendant Connect Realty.com Inc. smorton@rmjelaw.com

Sara Aniece Morton
    on behalf of Defendant Heaven Lee Properties LLC smorton@rmjelaw.com

Thomas A Howley
    on behalf of Trustee Thomas A Howley tom@howley-law.com thowley@ecf.axosfs.com

Thomas A Howley
    on behalf of Attorney Eric Terry tom@howley-law.com thowley@ecf.axosfs.com

Thomas A Howley
    tom@howley-law.com thowley@ecf.axosfs.com

Timothy L. Wentworth
    on behalf of Joint Debtor Alliance Energy Partners LLC twentworth@okinadams.com, sgonzales@okinadams.com;nhollon@okinadams.com

Timothy L. Wentworth
    on behalf of Attorney Okin Adams Bartlett Curry LLP twentworth@okinadams.com sgonzales@okinadams.com;nhollon@okinadams.com

Timothy L. Wentworth
    on behalf of Debtor ALLIANCE FARM AND RANCH LLC twentworth@okinadams.com, sgonzales@okinadams.com;nhollon@okinadams.com

Timothy L. Wentworth
    on behalf of Debtor Alliance Energy Partners LLC twentworth@okinadams.com, sgonzales@okinadams.com;nhollon@okinadams.com

US Trustee
    USTPRegion07.HU.ECF@USDOJ.GOV

William James Hotze
    on behalf of Creditor Committee Official Committee of Unsecured Creditors whotze@dykema.com

William R Sudela
    on behalf of Creditor Patriot Drilling Services LLC wsudela@cjmhlaw.com

TOTAL: 46