IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| ALLIANCE FARM AND RANCH, LLC, | § | Bankruptcy No. 2530155 |
| and ALLIANCE ENERGY PARTNERS, LLC, | § | Chapter 11 |
| *Debtors,* | § | Jointly Administered |
| | § | |
| DUSTIN ETTER, | § | |
| *Plaintiff,* | § | Adversary No. 25-03382 |
| | § | |
| v. | § | |
| | § | |
| JEROD P. FURR, et al, | § | |
| *Defendants.* | § | |

### AMENDED STATEMENT OF FINANCIAL AFFAIRS
List Certain Transfers Made Before Filing for Bankruptcy

| Name | Date | Amount | Bates Label |
|---|---|---|---|
| Alliance Farm & Ranch | 01/03/24 | $20,000.00 | FURR TRUSTEE DOCS 000936 |
| | 01/30/24 | $20,000.00 | FURR TRUSTEE DOCS 000937 |
| | 02/29/24 | $20,000.00 | FURR TRUSTEE DOCS 000938 |
| | 03/01/24 | $30,000.00 | FURR TRUSTEE DOCS 000967 |
| | 04/01/24 | $30,000.00 | FURR TRUSTEE DOCS 000969 |
| | 06/01/24 | $30,000.00 | FURR TRUSTEE DOCS 000972 |
| | 07/01/24 | $30,000.00 | FURR TRUSTEE DOCS 000973 |
| | 08/01/24 | $30,000.00 | FURR TRUSTEE DOCS 000975 |
| | 09/01/24 | $30,000.00 | FURR TRUSTEE DOCS 000976 |
| | 10/01/24 | $30,000.00 | FURR TRUSTEE DOCS 000978 |
| | 11/01/24 | $30,000.00 | FURR TRUSTEE DOCS 000979 |
| | | **$300,000.00** | |
| | | | |
| Invictus Drilling Motors | 01/03/24 | $51,574.40 | FURR TRUSTEE DOCS 000963 |
| | 01/05/24 | $38,092.40 | FURR TRUSTEE DOCS 000963 |
| | 01/19/24 | $59,256.80 | FURR TRUSTEE DOCS 000964 |
| | | **$148,923.60** | |

| | | | |
|---|---|---|---|
| Thomas Wayne, LLC | 01/19/24 | $25,000.00 | FURR TRUSTEE DOCS 000937 |
| | 02/14/24 | $25,000.00 | FURR TRUSTEE DOCS 000938 |
| | 03/20/24 | $25,000.00 | FURR TRUSTEE DOCS 000939 |
| | 04/15/24 | $25,000.00 | FURR TRUSTEE DOCS 001029 |
| | 05/03/24 | $25,000.00 | FURR TRUSTEE DOCS 000941 |
| | | **$125,000.00** | |

Statement of Jerod Furr:

After multiple efforts to meet with the CPA for Alliance Energy Partners to update and correct the SOFA, I was unable to do so without payment to the CPA. Accordingly, myself, along with counsel, reviewed the General Ledger for AEP to identify any transfers within the time period set forth in the SOFA (questions 3, 4, and 30). Over 1,000 pages were reviewed, and to the best of my ability as a non-CPA, I believe I have identified the transfers responsive to the requests. The supporting documentation has been provided to the trustee, and our references to those specific page numbers are set forth herein.

*Jerod Furr*
_____
Jerod Furr, President, Alliance Energy Partners

 Audit trail

| | |
|---|---|
| Title | 2025.08.28 Am. SOFA attach updated dlc.pdf |
| File name | 2025.08.28%20Am.%...updated%20dlc.pdf |
| Document ID | d6cde9bee892b00dfe45d95110a6995fa5f96c2b |
| Audit trail date format | MM / DD / YYYY |
| Status | ● Signed |

This document was requested from app.clio.com

## Document History

**SENT**  
**08 / 28 / 2025**  
21:02:28 UTC  
Sent for signature to Jerod Furr (jerod.furr@alliance-energy.org) from deborah@e-merger.law  
IP: 67.200.146.21

**VIEWED**  
**08 / 28 / 2025**  
21:03:06 UTC  
Viewed by Jerod Furr (jerod.furr@alliance-energy.org)  
IP: 73.32.247.106

**SIGNED**  
**08 / 28 / 2025**  
21:03:42 UTC  
Signed by Jerod Furr (jerod.furr@alliance-energy.org)  
IP: 73.32.247.106

**COMPLETED**  
**08 / 28 / 2025**  
21:03:42 UTC  
The document has been completed.

Powered by Dropbox Sign