**Addendum to Alliance Farm and Ranch, LLC**
**July 2025 Monthly Operating Report**

**Part 1:** This section includes the receipts and disbursements for the trustee's fiduciary account which was opened June 3, 2025.

**Part 2:** Zeros were entered in all fields because the trustee has not yet been able to determine actual amounts for these categories.

**Part3:**  No assets were sold or transferred for this current month.

**Part 4:** The debtor ceased business before the petition date.  As a result, zeros were entered in all fields.

**Part 5:** The court has not yet approved any professional fees and expenses for payment.  As a result, this section was left blank.

**Part 6:**  The trustee is not aware of any taxes accrued post-petition.  Per the MOR instructions, zeros were recorded in these fields.

**Part 7:**
- **a, b, c, f:** The trustee is not aware of any payments made in these categories.  The trustee is not aware of any trust fund taxes and therefore marked YES.
- **d & e:** The trustee is attempting to work with the Debtor regarding any tax returns that are due.  The trustee does not believe that any tax returns are currently due and does not believe that any estimated tax payments have come due since the filing of the petition.

**Part 8:** This section is not applicable to non-individual debtors.

**VERITEX**
COMMUNITY BANK

*0035912   S3
ALLIANCE FARM AND RANCH LLC
DEBTOR IN POSSESSION CH11 CASE# 25-30155
THOMAS A HOWLEY, TRUSTEE
700 LOUISIANA ST STE 4545
HOUSTON TX 77002-2869

| ACCOUNT NUMBER | |
|---|---|
| **PAGE** | |



Find our Privacy Notice on our website under About Us at veritexbank.com.
Notice of Change to Terms and Conditions of Your Account Agreement
is available in Online Banking under E-Documents.

## ACCOUNT SUMMARY

**Business Checking**

| | | | | |
|---|---|---|---|---|
| Account Number | | XXXXXX | Statement Dates | 7/01/25 thru 7/31/25 |
| Previous Balance | | 1,500,000.00 | Days in Statement Period | 31 |
| 0 | Deposits/Credits | 0.00 | Average Ledger | 1,497,588.87 |
| 1 | Checks/Debits | 6,795.00 | Average Collected | 1,497,588.87 |
| Service Charge | | 0.00 | | |
| Interest Paid | | 0.00 | | |
| Current Balance | | 1,493,205.00 | | |

Account Title:
ALLIANCE FARM AND RANCH LLC
DEBTOR IN POSSESSION CH11 CASE# 25-30155
THOMAS A HOWLEY, TRUSTEE

## OVERDRAFT SUMMARY

| | Total For This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Item Fees | 0.00 | 0.00 |
| Total Return Item Fees | 0.00 | 0.00 |

**FOR CONSUMER ACCOUNTS ONLY:**

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS, PLEASE WRITE US AT THE ADDRESS LISTED BELOW OR CALL US.

Please respond as soon as you can if you think your statement or receipt is wrong. Also, if you need more information about a transfer on the statement or receipt please respond to us as soon as possible. We must hear from you no later than 60 days after we send you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**Veritex Community Bank | 12750 Merit Drive, Suite 1300, Dallas, Texas 75251 | 833-VERITEX (833-837-4839)**

---

| THIS IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT | CHECKS OUTSTANDING | | THIS IS PROVIDED TO HELP YOU BALANCE YOUR CHECKBOOK |
|---|---|---|---|
| | NO. | AMOUNT | |
| BANK BALANCE SHOWN ON THIS STATEMENT   $ _____ | | | CHECKBOOK BALANCE AT STATEMENT DATE   $ _____ |
| ADD + (IF ANY) DEPOSITS NOT SHOWN ON THIS STATEMENT   _____ | | | SUBTRACT - (IF ANY) ACTIVITY CHARGE   _____ |
| TOTAL   _____ | | | SUB-TOTAL   _____ |
| SUBTRACT - (IF ANY) CHECKS OUTSTANDING   _____ | | | SUBTRACT - (IF ANY) OTHER BANK CHARGES   _____ |
| BALANCE  $ _____ SHOULD AGREE WITH YOUR CHECKBOOK BALANCE | | | BALANCE  $ _____ SHOULD AGREE WITH YOUR STATEMENT BALANCE |

## IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR STATEMENT

You must examine your statement of account with "reasonable promptness". If you discover (or reasonably should have discovered) any unauthorized signature or alterations, you must promptly notify us of the relevant facts. As between you and us, if you fail to do either of these duties you will have to either share the loss with us or bear the loss entirely yourself (depending on whether we used ordinary care and, if not, whether we contributed to the loss). This loss could be not only with respect to items on the statement but other items with unauthorized signatures or alteration by the same wrong doer.

You agree that the time you have to examine your statement and report to us will depend on the circumstances, but will not, in any circumstance, exceed a total of 30 days from when the statement is first sent or made available to you.

You further agree that if you fail to report any unauthorized signature, alterations, forgeries, or any of the errors in your account within 60 days of when we first send or make the statement available, you cannot assert a claim against us on any items in that statement, and as between you and us the loss will be entirely yours. This 60-day limitation is without regard to whether we used ordinary care. The limitation in this paragraph is in addition to that contained in the first paragraph of this section.

## TERMS GOVERNING ACCOUNTS

Deposits in or presentments to the Bank of any item for a customer's account shall constitute the customer's consent to the terms hereof with respect to the account and all items deposited therein or presented to the Bank for payment. All deposits and collections shall be governed by the pertinent provisions of the Uniform Commercial Code – Bank Deposits & Collection (of Texas) as from time to time amended, or as varied by agreements permitted by that statute, including those hereinafter set out.

Receipt from others of items for credit to a customer's account shall render the customer liable to the Bank to the same extent as though they had been endorsed by and received directly from the customer. No money or item shall be deemed to have been received by the Bank unless it shall have issued a receipt therefore.

The account shall at all times be subject to service and maintenance charges according to the practice of the Bank prevailing at the time.

When the Bank deems such action proper, the Bank may require that the account be closed.

The provisions hereof shall control, in event of conflict with any deposit slip or passbook.

The Bank reserves the right to change the provisions hereof by printing on its statement Terms Governing Accounts, incorporating the change. The new Terms Governing Account will be effective, prospectively, when the statement containing the change is made available to the customer, by mailing or otherwise.

| ACCOUNT NUMBER | |
|---|---|
| **PAGE** | 3 of 4 |

ALLIANCE FARM AND RANCH LLC
DEBTOR IN POSSESSION CH11 CASE# 25-30155
THOMAS A HOWLEY, TRUSTEE
700 LOUISIANA ST STE 4545
HOUSTON TX 77002-2869

## CHECKS IN NUMBER ORDER

| Date | Check Number | Amount | Date | Check Number | Amount |
|---|---|---|---|---|---|
| 7/21 | 1001 | 6,795.00 0 | | | |

*(\*) Denotes missing check numbers*

## DAILY BALANCE INFORMATION

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 7/01 | 1,500,000.00 | 7/21 | 1,493,205.00 | | |

Veritex Community Bank
XXXXXX2075

Page: 4 of 4
Date: 7/31/25



Check 1001 Amount $6,795.00 Date 7/21/2025