United States Bankruptcy Court
Southern District of Texas
**ENTERED**
August 29, 2025
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 25-30155 |
| | § | |
| ALLIANCE FARM AND RANCH, LLC, | § | (CHAPTER 11) |
| | § | |
| DEBTOR | § | |
| | § | |
| IN RE: | § | CASE NO. 25-31937 |
| | § | |
| ALLIANCE ENERGY PARTNERS, LLC, | § | (CHAPTER 11) |
| | § | |
| DEBTOR | § | |
| | § | |

## ORDER AUTHORIZING EMPLOYMENT OF HMP ADVISORY HOLDINGS, LLC DBA HARNEY PARTNERS TO PROVIDE FORENSIC ACCOUNTING SERVICES TO THE CHAPTER 11 TRUSTEE

CAME ON FOR CONSIDERATION the *Chapter 11 Trustee's Application for Order Authorizing Employment of HMP Advisory Holdings, LLC, dba Harney Partners to Provide Forensic Accounting Services* (the "Application")[1] filed by Tom A. Howley, Chapter 11 Trustee ("Trustee"), for the bankruptcy estates (the "Estates") of Alliance Farm and Ranch, LLC and Alliance Energy Partners, LLC (the "Debtors") in the above-captioned chapter 11 bankruptcy cases (the "Cases"), pursuant to Section 327(a) of the Bankruptcy Code, Bankruptcy Rule 2014, Local Bankruptcy Rules 2014 and 2016; and the Court, having considered the Application, the White Declaration, the record in the Cases, and the representations of the Trustee; and the Court being satisfied, based on the representations made in the Application and the White Declaration, that Harney Partners ("HP") is "disinterested" as that term is defined in section 101(14) of the Bankruptcy Code, and as required under section 327(a) of the Bankruptcy Code; and that HP represents no interest adverse to the Estates; and the Court having jurisdiction to consider the

---

[1] Capitalized terms not otherwise defined herein are used as defined in the Application.

**ORDER AUTHORIZING EMPLOMENT OF HARNEY PARTNERS**
**TO PROVIDE FORENSIC ACCOUNTANTING SERVICES TO THE CHAPTER 11 TRUSTEE**          PAGE 1 OF 3

Application and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and it appearing that venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 & 1409; and due and proper notice of the Application having been provided and it appearing that no other or further notice need be provided; and all objections, if any, to the Application have been withdrawn, resolved or overruled; and the Court having determined that the legal and factual bases set forth in the Application establish just cause for the relief granted herein; and it appearing that the relief requested in the Application is in the best interest of the Estate,

    IT IS HEREBY ORDERED THAT:

1.    The Application is GRANTED.

2.    The Trustee is authorized, but not directed, pursuant to Section 327(a) of the Bankruptcy Code, Bankruptcy Rule 2014, Local Bankruptcy Rules 2014 and 2016, to employ and retain HP to provide forensic accounting services in the Cases beginning on August 1, 2025, in accordance with HP's hourly rates and policies, all as contemplated and disclosed in the Application.

3.    HP is authorized to render professional services to the Trustee related to the Cases. Specifically, but without limitation, HP will render the following services to the Trustee:

    a. Analyze historical cash transactions by and between Alliance Farm Ranch, LLC, Alliance Energy Partners, two non-debtor affiliate entities, and two individual equity holders for a to be specified period of time across also to be identified bank accounts;

    b. Produce a forensic report detailing the historical cash transactions;

    c. Provide testimony, as necessary, to support the reported findings; and,

    d. Other services as may be agreed upon between HP and the Trustee.

4. HP will be compensated pursuant to interim and final fee applications for allowance of its compensation and expenses subject to sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules, and any further order of the Court.

5. HP will provide ten-business-days' notice before presenting any invoices reflecting any periodic increases in the rates set forth in the Application and will file such notice with the Court. The U.S. Trustee retains all rights to object to any rate increase on any grounds, including the reasonableness standard set forth in Section 330 of the Bankruptcy Code, and the Court retains the right to review any rate increase pursuant to Section 330 of the Bankruptcy Code.

6. The Trustee and HP are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Application.

7. To the extent the Application or White Declaration is inconsistent with this Order, the terms of this Order will govern.

8. The terms and conditions of this Order are immediately effective and enforceable upon its entry.

9. The Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Signed: August 29, 2025

_____
Alfredo R Pérez
United States Bankruptcy Judge

United States Bankruptcy Court
Southern District of Texas

| | |
|---|---|
| In re: | Case No. 25-30155-arp |
| ALLIANCE FARM AND RANCH, LLC | Chapter 11 |
| Alliance Energy Partners, LLC | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 1 of 3 |
| Date Rcvd: Aug 29, 2025 | Form ID: pdf002 | Total Noticed: 6 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 31, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | ALLIANCE FARM AND RANCH, LLC, 5450 Honea Egypt Rd, Montgomery, TX 77316-2364 |
| jdb | + | Alliance Energy Partners, LLC, 20008 Champions Forest Dr., Suite 1203, Spring, TX 77379-8697 |
| aty | + | Eric Terry, Howley Law PLLC, 700 Louisiana Street, Ste 4545, Houston, TX 77002, UNITED STATES 77002-2869 |
| cr | + | Jerod P Furr, 259 Saddle Ridge, Spring, TX 77380-2748 |
| cr | + | Patriot Drilling Services LLC, c/o William R. Sudela, Crady Jewett McCulley & Houren LLP, 2727 Allen Parkway, Suite 1700, Houston, TX 77019-2125 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/Text: lloyd.lim@keanmiller.com | Aug 29 2025 20:10:00 | DrilTech, LLC, C/O Rachel Kubanda, 711 Louisiana Street, Suite 1800, Houston, TX 77002 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | | Okin Adams Bartlett Curry LLP |
| cr | | Dustin Etter |
| intp | | Erik and Darla Ostrander |
| cr | | KLEIN INDEPENDENT SCHOOL DISTRICT |
| crcm | | Official Committee of Unsecured Creditors |

TOTAL: 5 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 31, 2025               Signature:         /s/Gustava Winters

Case 25-30155   Document 184   Filed in TXSB on 08/31/25   Page 5 of 6

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 2 of 3 |
| Date Rcvd: Aug 29, 2025 | Form ID: pdf002 | Total Noticed: 6 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 29, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Abdiel Lopez-Castro | on behalf of Creditor Dustin Etter alopezcastro@hwa.com |
| Branch Masterson Sheppard | on behalf of Defendant Jeana Lea Hurley bsheppard@mcglinchey.com sdeleon@gallowaylawfirm.com |
| Branch Masterson Sheppard | on behalf of Defendant Connect Realty.com Inc. bsheppard@mcglinchey.com, sdeleon@gallowaylawfirm.com |
| Branch Masterson Sheppard | on behalf of Defendant Heaven Lee Properties LLC bsheppard@mcglinchey.com, sdeleon@gallowaylawfirm.com |
| Deborah Louise Crain | on behalf of Defendant Alliance Energy Partners LLC dcrain@e-merger.law |
| Deborah Louise Crain | on behalf of Defendant AE Partners Holdings Inc. dcrain@e-merger.law |
| Deborah Louise Crain | on behalf of Defendant ALLIANCE FARM AND RANCH LLC dcrain@e-merger.law |
| Deborah Louise Crain | on behalf of Defendant AEP Asset Holdings LLC dcrain@e-merger.law |
| Deborah Louise Crain | on behalf of Defendant Jerod P Furr dcrain@e-merger.law |
| Deborah Louise Crain | on behalf of Debtor ALLIANCE FARM AND RANCH LLC dcrain@e-merger.law |
| Deborah Louise Crain | on behalf of Defendant Invictus Drilling Motors LLC dcrain@e-merger.law |
| Deborah Louise Crain | on behalf of Defendant Corina Furr dcrain@e-merger.law |
| Eric Brad Terry | on behalf of Trustee Thomas A Howley eric@howley-law.com |
| Ha Minh Nguyen | on behalf of U.S. Trustee US Trustee ha.nguyen@usdoj.gov |
| Heather Heath McIntyre | on behalf of Creditor Dustin Etter HMcIntyre@hwallp.com dek@hwallp.com;lslater@hwa.com |
| James Randal Bays | on behalf of Defendant AE Partners Holdings Inc. randy@baysfirm.com, Kerry@baysfirm.com;randybays@hotmail.com;Vickie@baysfirm.com |
| James Randal Bays | on behalf of Defendant Alliance Energy Partners LLC randy@baysfirm.com, Kerry@baysfirm.com;randybays@hotmail.com;Vickie@baysfirm.com |
| James Randal Bays | on behalf of Defendant ALLIANCE FARM AND RANCH LLC randy@baysfirm.com, Kerry@baysfirm.com;randybays@hotmail.com;Vickie@baysfirm.com |
| James Randal Bays | on behalf of Defendant AEP Asset Holdings LLC randy@baysfirm.com, Kerry@baysfirm.com;randybays@hotmail.com;Vickie@baysfirm.com |
| James Randal Bays | on behalf of Defendant Jerod P Furr randy@baysfirm.com Kerry@baysfirm.com;randybays@hotmail.com;Vickie@baysfirm.com |
| James Randal Bays | on behalf of Defendant Invictus Drilling Motors LLC randy@baysfirm.com, Kerry@baysfirm.com;randybays@hotmail.com;Vickie@baysfirm.com |
| James Randal Bays | on behalf of Defendant Corina Furr randy@baysfirm.com Kerry@baysfirm.com;randybays@hotmail.com;Vickie@baysfirm.com |
| Justin William Randall Renshaw | on behalf of Creditor IAE International Inc justin@renshaw-law.com, kim@renshaw-law.com |

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 3 of 3 |
| Date Rcvd: Aug 29, 2025 | Form ID: pdf002 | Total Noticed: 6 |

Leonard H Simon
    on behalf of Creditor Jerod P Furr lsimon@pendergraftsimon.com csanchez@pendergraftsimon.com;jdavila@pendergraftsimon.com;rlp@pendergraftsimon.com

Leonard H Simon
    on behalf of Defendant Jerod P Furr lsimon@pendergraftsimon.com csanchez@pendergraftsimon.com;jdavila@pendergraftsimon.com;rlp@pendergraftsimon.com

Melissa E Valdez
    on behalf of Creditor KLEIN INDEPENDENT SCHOOL DISTRICT mvaldez@pbfcm.com mvaldez@ecf.courtdrive.com;arandermann@pbfcm.com

Nicholas Zugaro
    on behalf of Creditor Committee Official Committee of Unsecured Creditors Nzugaro@dykema.com DocketHOU@dykema.com;ccastic@dykema.com

Noah E Meek
    on behalf of Plaintiff Dustin Etter nmeek@irelanlaw.com  rbraham@irelanlaw.com;scartwright@irelanlaw.com

Noah E Meek
    on behalf of Interested Party Dustin Etter nmeek@irelanlaw.com  rbraham@irelanlaw.com;scartwright@irelanlaw.com

Noah E Meek
    on behalf of Creditor Dustin Etter nmeek@irelanlaw.com  rbraham@irelanlaw.com;scartwright@irelanlaw.com

Rachel Kubanda
    on behalf of Creditor DrilTech  LLC rachel.kubanda@keanmiller.com, michelle.friery@keanmiller.com;kristina.tipton@keanmiller.com;teresa.miller@keanmiller.com

Reagan H. Tres Gibbs, III
    on behalf of Interested Party Erik and Darla Ostrander tgibbs@cokinoslaw.com  jjohnson@cokinoslaw.com

Samuel Thomas Pendergast
    on behalf of Interested Party Erik and Darla Ostrander spendergast@cokinoslaw.com  jgraffagnino@cokinoslaw.com

Sara Aniece Morton
    on behalf of Defendant Jeana Lea Hurley smorton@rmjelaw.com

Sara Aniece Morton
    on behalf of Defendant Connect Realty.com  Inc. smorton@rmjelaw.com

Sara Aniece Morton
    on behalf of Defendant Heaven Lee Properties  LLC smorton@rmjelaw.com

Thomas A Howley
    on behalf of Trustee Thomas A Howley tom@howley-law.com  thowley@ecf.axosfs.com

Thomas A Howley
    on behalf of Attorney Eric Terry tom@howley-law.com  thowley@ecf.axosfs.com

Thomas A Howley
    tom@howley-law.com  thowley@ecf.axosfs.com

Timothy L. Wentworth
    on behalf of Joint Debtor Alliance Energy Partners  LLC twentworth@okinadams.com, sgonzales@okinadams.com;nhollon@okinadams.com

Timothy L. Wentworth
    on behalf of Attorney Okin Adams Bartlett Curry LLP twentworth@okinadams.com sgonzales@okinadams.com;nhollon@okinadams.com

Timothy L. Wentworth
    on behalf of Debtor ALLIANCE FARM AND RANCH  LLC twentworth@okinadams.com, sgonzales@okinadams.com;nhollon@okinadams.com

Timothy L. Wentworth
    on behalf of Debtor Alliance Energy Partners  LLC twentworth@okinadams.com, sgonzales@okinadams.com;nhollon@okinadams.com

US Trustee
    USTPRegion07.HU.ECF@USDOJ.GOV

William James Hotze
    on behalf of Creditor Committee Official Committee of Unsecured Creditors whotze@dykema.com

William R Sudela
    on behalf of Creditor Patriot Drilling Services LLC wsudela@cjmhlaw.com

TOTAL: 46