**Addendum to Alliance Farm and Ranch, LLC**
**August 2025 Monthly Operating Report**

**Part 2:** Zeros were entered in all fields because the trustee has not yet been able to determine actual amounts for these categories.

**Part3:**  No assets were sold or transferred for this current month.

**Part 4:** The debtor ceased business before the petition date.  As a result, zeros were entered in all fields.

**Part 5:** The court has not yet approved any professional fees and expenses for payment.  As a result, this section was left blank.

**Part 6:**  The trustee is not aware of any taxes accrued post-petition.  Per the MOR instructions, zeros were recorded in these fields.

**Part 7:**
- **a, b, c, f:** The trustee is not aware of any payments made in these categories.  The trustee is not aware of any trust fund taxes and therefore marked YES.
- **d & e:** The trustee is attempting to work with the Debtor regarding any tax returns that are due.  The trustee does not believe that any tax returns are currently due and does not believe that any estimated tax payments have come due since the filing of the petition.

**Part 8:** This section is not applicable to non-individual debtors.