IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | Bankruptcy No. 25-30155 |
| | § | Chapter 11 |
| ALLIANCE FARM AND RANCH, LLC, and | § | Jointly Administered |
| ALLIANCE ENERGY PARTNERS, LLC, | § | |
| *Debtors*. | § | |
| | § | |

**WITNESS AND EXHIBIT LIST FOR HEARING ON OCTOBER 23, 2025
MOTION FOR ALLOWANCE OF ATTORNEY'S FEES AND COSTS
AS AN ADMINISTRATIVE EXPENSE PERSUANT TO 11 U.S.C. § 503(b)**

| | |
|---|---|
| **Main Case No.:** 23-30155 | **Name of Debtor:** Alliance Farm and Ranch, LLC |
| **Witnesses:**<br>Deborah L. Crain | **Judge:** Christopher M. Perez |
| | **Courtroom Deputy:** Akeita House |
| | **Date:** October 23, 2025 |
| Any witness(es) designated: | **Time:** 8:30 A.M. |
| | **Name:** Deborah L. Crain |
| Any rebuttal witness(es): | **Attorney's Name:** Deborah L. Crain |
| | **Attorney's Phone No.:** 832.449.0222 |

**MOTION TO BE HEARD**

1. Motion for Allowance Of Attorney's Fees And Costs As An Administrative Expense Pursuant To 11 U.S.C. § 503(b)

**EXHIBITS**

| Ex. | Description of Instrument | Offered | Objection | Admitted | Disposition |
|---|---|---|---|---|---|
| 01 | Orig. Pet. Re AF&R v. Ostranders | | | | |
| 02 | Honea Egypt Foreclosure | | | | |
| 03 | Orig. Bankruptcy Pet. | | | | |
| 04 | E-Merger.Law Engagement Letter | | | | |
| 05 | 1st Am. Orig. Pet., AF&R v. Ostranders | | | | |
| 06 | ORDER signed denying Mto dismiss #054 | | | | |
| 07 | Orig. Settlement Agreement | | | | |

| Ex. | Description of Instrument | Offered | Objection | Admitted | Disposition |
|---|---|---|---|---|---|
| 08 | Trustee's Settlement Agreement | | | | |
| 09 | Orig. Sales Contract $4.8M 01/20/22 | | | | |
| 10 | MILNER Sales Contract $6.8M 02/27/25 | | | | |
| 11 | E-Merger.Law billing records | | | | |
| 12 | Spreadsheet showing what entries were part of the settlement, excluded from the Settlement work and what specifically was related to assisting the Chapter 11 Trustee | | | | |
| 13 | Attorney's Fee Affidavit | | | | |

Movant reserves the right to supplement or amend this Exhibit and Witness list.

Dated: October 20, 2025

*/s/ Deborah L. Crain*

Deborah L. Crain
SBN: 24067319
E-MERGER LAW, PLLC
1334 Brittmoore, Suite 2314
Houston, Texas 77043
dcrain@e-merger.law
(832) 535-0818

## CERTIFICATE OF SERVICE

This is to certify that on October 20, 2025, a true and correct copy of the foregoing Motion was served via the Court's CM/ECF notification system.

/s/ *Deborah L. Crain*
Deborah L. Crain