# E-Merger Law

Redacted

# INVOICE

1334 Brittmoore Road, #2314
Houston, Texas 77043

Invoice # 62
Date: 04/06/2025
Due On: 04/07/2025

Jerod Furr

## Furr-326-00001-25

| Type | Date | Notes | Quantity | Rate | Total |
|------|------|-------|----------|------|-------|
| Service | 03/10/2025 | Communicate with client, opposing counsel and former counsel. Receipt and review Petition for Eviction. | 0.70 | $600.00 | $420.00 |
| Service | 03/13/2025 | Reviewed client documents to assess circumstances of the non-judicial foreclosure. | 0.80 | $300.00 | $240.00 |
| Service | 03/13/2025 | Reviewed client documents to ascertain circumstances of the non-judicial foreclosure. | 0.30 | $300.00 | $90.00 |
| Service | 03/13/2025 | Reviewed client documents regarding improvements made to the property in order to assess viability of promissory estoppel. | 0.20 | $300.00 | $60.00 |
| Service | 03/13/2025 | Conducted research on Texas requirements for non-judicial foreclosure. Reviewed client documents to determine compliance by opposing party. | 0.80 | $300.00 | $240.00 |
| Service | 03/13/2025 | Research: Pull bankruptcy case from PACER, review the two timelines for the two cases in Montgomery Co. and weave into timeline | 2.50 | $165.00 | $412.50 |
| Service | 03/14/2025 | Meeting with client. Review of client documents. Legal research issues presented. Preparation of draft answer for JP court. | 2.00 | $600.00 | $1,200.00 |

Exhibit 11

Invoice # 62 - 04/06/2025

| | | | | | |
|---|---|---|---|---|---|
| Service | 03/14/2025 | Fact Investigation/Development: Furr document intake; document review and organization for attorney review | 5.00 | $165.00 | $825.00 |
| Service | 03/14/2025 | Reviewed documents & law, analyzing for possibility of fraudulent transfer. | 1.90 | $300.00 | $570.00 |
| Service | 03/15/2025 | Reviewed client documents & law, analyzing for issues in the foreclosure process. | 8.60 | $300.00 | $2,580.00 |
| Service | 03/16/2025 | Reviewed documents & law, analyzing for possibility of fraudulent transfer. | 1.40 | $300.00 | $420.00 |
| Service | 03/17/2025 | Communicate with bankruptcy attorney regarding status. Review his filings from Friday. Work on a collaborative plan of action to pursue the matter for the estate. | 0.50 | $600.00 | $300.00 |
| Service | 03/17/2025 | Drafted original response and affirmative defense to eviction petition. | 1.90 | $300.00 | $570.00 |
| Service | 03/17/2025 | Reviewed client documents provided by Thaison Hua and updated analysis of foreclosure issue. | 0.90 | $300.00 | $270.00 |
| Service | 03/18/2025 | Review bankruptcy filings and prepare for hearing. Review legal research. Conference calls with client and bankruptcy attorney. | 1.50 | $600.00 | $900.00 |
| Service | 03/18/2025 | Reviewed client documents & law, analyzing for issues in the foreclosure process. | 0.70 | $300.00 | $210.00 |
| Service | 03/18/2025 | Reviewed documents & law, analyzing for possibility of fraudulent transfer. | 2.40 | $300.00 | $720.00 |
| Service | 03/18/2025 | Researched applicability of promissory estoppel & parol evidence issues. | 1.90 | $300.00 | $570.00 |
| Service | 03/18/2025 | Draft master contacts directory, summary of all venues, parties and counsel for attorney notebooks and reference | 3.50 | $165.00 | $577.50 |
| Service | 03/19/2025 | Travel to and attend bankruptcy court hearing. | 1.00 | $600.00 | $600.00 |
| Service | 03/19/2025 | Researched applicability of promissory estoppel & parol evidence issues. | 0.70 | $300.00 | $210.00 |
| Service | 03/19/2025 | Reviewed documents and law related to potential promissory estoppel issue & issues with the foreclosure process. | 3.10 | $300.00 | $930.00 |
| Service | 03/19/2025 | Reviewed documents & law, analyzing for possibility of fraudulent transfer. | 1.00 | $300.00 | $300.00 |
| Service | 03/19/2025 | Fact Investigation/Development: Con't work on timeline and curate elements for demonstrative exhibit for hearing scheduled for April 9, 2025 | 3.50 | $165.00 | $577.50 |
| Service | 03/20/2025 | Communicate with parties on status and review | 0.40 | $600.00 | $240.00 |

Exhibit 11

Invoice # 62 - 04/06/2025

| | | eviction proceeding dismissal. | | | |
|---|---|---|---|---|---|
| Service | 03/20/2025 | Reviewed documents & law, analyzing for possibility of fraudulent transfer. | 2.50 | $300.00 | $750.00 |
| Service | 03/21/2025 | Fact Investigation/Development: Review all exhibits from federal case and weave into timeline, as well as points made in Coselli Memo, draft contact directory of all attorneys from all cases | 6.00 | $165.00 | $990.00 |
| Service | 03/23/2025 | Researched the laws and facts regarding a claim of unreasonable Substitute Trustee's fees for handling foreclosure sale. | 0.50 | $300.00 | $150.00 |
| Service | 03/25/2025 | Draft pleadings index for Bankruptcy Case and draft hearing notebook index, begin preparing digital notebook | 4.50 | $165.00 | $742.50 |
| Service | 03/26/2025 | Other Discovery: Background research Re Ostranders and Etter, pull SOS records of other entities associated with Etter, draft summary for att review | 2.50 | $165.00 | $412.50 |
| Service | 03/31/2025 | Receipt and review emergency motion to dismiss. | 0.20 | $600.00 | $120.00 |
| Service | 03/31/2025 | Review documents and start outlining strategy for next week's hearing. | 1.50 | $600.00 | $900.00 |

Redacted

| | |
|---|---|
| **Total** | **$20,010.00** |
| **Payment (03/31/2025)** | **-$10,000.00** |
| **Payment (04/10/2025)** | **-$10,000.00** |
| **Payment (07/31/2025)** | **-$10.00** |
| **Balance Owing** | **$0.00** |

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 141 | 06/02/2025 | $37,732.50 | $14,590.50 | $23,142.00 |
| 166 | 07/11/2025 | $17,420.55 | $0.00 | $17,420.55 |
| 192 | 08/08/2025 | $26,122.05 | $0.00 | $26,122.05 |
| 243 | 09/08/2025 | $19,135.80 | $0.00 | $19,135.80 |

Exhibit 11

| 278 | 10/08/2025 | $5,143.50 | $0.00 | $5,143.50 |

Redacted

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 62 | 04/07/2025 | $20,010.00 | $20,010.00 | $0.00 |
| | | | Outstanding Balance | $90,963.90 |
| | | | Total Amount Outstanding | $90,963.90 |

Please make all amounts payable to: E-Merger Law

Please pay within 1 day.

Exhibit 11

# E-Merger Law

Redacted

# INVOICE

1334 Brittmoore Road, #2314
Houston, Texas 77043

Invoice # 100
Date: 04/30/2025
Due On: 05/30/2025

Jerod Furr

## Furr-326-00001-25

| Type | Date | Notes | Quantity | Rate | Discount | Total |
|------|------|-------|----------|------|----------|-------|
| Service | 04/02/2025 | Conducted legal research and reviewed case facts to evaluate claims of wrongful foreclosure due to violation of notice requirements. | 2.00 | $300.00 | - | $600.00 |
| Service | 04/03/2025 | Intake of client's phone, processing and conversion | 6.00 | $165.00 | - | $990.00 |
| Service | 04/03/2025 | Prepared research memo on potential claims. | 6.00 | $300.00 | - | $1,800.00 |
| Service | 04/04/2025 | Weave all communications of interested parties into timeline for attorney review. | 7.50 | $165.00 | - | $1,237.50 |
| Service | 04/04/2025 | Completed research memo on potential claims. | 1.50 | $300.00 | - | $450.00 |
| Service | 04/07/2025 | Complete weaving of timeline, draft hearing notebook index and assemble notebook | 5.75 | $165.00 | - | $948.75 |
| Service | 04/07/2025 | Compiled downloads of case law and statutes for arguments. | 1.10 | $300.00 | - | $330.00 |
| Service | 04/07/2025 | Prepared memo on framework for causes of action. | 1.00 | $300.00 | - | $300.00 |
| Service | 04/08/2025 | Prepare for hearing on 4/9. Create Q&A. Review timeline and all documents relevant to our claims. Legal research on same. | 4.00 | $600.00 | - | $2,400.00 |
| Service | 04/09/2025 | Review/analyze: Transcribe Recording | 0.75 | $165.00 | - | $123.75 |
| Service | 04/09/2025 | Prepare for and attend court hearing on Motion to Dismiss and Motion to Administer both bankruptcies. | 4.00 | $600.00 | - | $2,400.00 |

Exhibit 11

| | | | | | | |
|---|---|---|---|---|---|---|
| Expense | 04/09/2025 | Client Costs Advanced: Parking at the Museum District. Redacted | 1.00 | $20.00 | - | $20.00 |
| Service | 04/10/2025 | Outline and collaborate on all legal research issues for amended pleadings and work with associate on same. | 1.00 | $600.00 | - | $600.00 |
| Service | 04/11/2025 | Performed legal research; reviewed case facts; began draft of Plaintiff's 1st Amended Petition & Request for TRO. | 6.80 | $300.00 | - | $2,040.00 |
| Service | 04/13/2025 | Performed legal research on claims. | 3.50 | $300.00 | - | $1,050.00 |
| Service | 04/14/2025 | Reviewed client documents and continued drafting amended petition and related documents. | 4.10 | $300.00 | - | $1,230.00 |
| Service | 04/14/2025 | Conducted legal research on claims. | 2.50 | $300.00 | - | $750.00 |
| Service | 04/15/2025 | Performed legal research; Reviewed client documents; and continued drafting Plaintiff's 1st Amended Petition and Request for TRO and related documents. | 2.40 | $300.00 | - | $720.00 |
| Service | 04/15/2025 | Performed legal research; Reviewed client documents; and continued drafting Plaintiff's 1st Amended Petition and Request for TRO and related documents. | 4.80 | $300.00 | - | $1,440.00 |
| Service | 04/16/2025 | Communication with client and Stephanie Bryant regarding what is needed for her case. Provide documentation to counsel. | 0.70 | $600.00 | - | $420.00 |
| Service | 04/16/2025 | Performed legal research; reviewed client documents; and continued revisions of amended petition, TRO, and related documents. | 3.20 | $300.00 | - | $960.00 |
| Service | 04/17/2025 | Work on amended petition and TRO. Review exhibits. | 4.50 | $600.00 | - | $2,700.00 |
| Service | 04/17/2025 | Conducted legal research and made edits to amended petition. | 1.60 | $300.00 | - | $480.00 |
| Service | 04/18/2025 | Updated declaration of Jared Furr verifying MSJ exhibits. | 0.60 | $300.00 | - | $180.00 |
| Service | 04/18/2025 | Draft notices of removal for State and Bankruptcy Court. | 1.70 | $300.00 | - | $510.00 |
| Service | 04/18/2025 | Continue to work on amended suit and related documents. | 1.00 | $600.00 | - | $600.00 |

Exhibit 11

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | 04/18/2025 | Plan and prepare for: Assist attorney with preparing exhibits for production to attach to First Amened Original Petition in state court. | 3.00 | $165.00 | - | $495.00 |
| Service | 04/21/2025 | Assist attorneys with final exhibits and prepare for e-file, e-file | 1.30 | $165.00 | - | $214.50 |
| Service | 04/21/2025 | Assisted attorney with contacting Thaison Hue for approval of motion for substitution of attorney; filed same. | 0.70 | $150.00 | - | $105.00 |
| Service | 04/21/2025 | Conference with senior attorney regarding case strategy and next steps. | 0.50 | $300.00 | - | $150.00 |
| Service | 04/21/2025 | Conducted legal research; obtained county records regarding real estate parcels. | 2.20 | $300.00 | - | $660.00 |
| Service | 04/22/2025 | Work on settlement. Multiple communications with client and all involved. Communicate with Tim Wentworth. Collaborate on additional filings that will need to be done if we move forward. Start working on settlement agreement. Collaborate on legal research for extinguishment of liens. | 3.50 | $600.00 | - | $2,100.00 |
| Service | 04/22/2025 | Draft research memo regarding cloud on title due to lis pendens. | 1.10 | $300.00 | - | $330.00 |
| Service | 04/23/2025 | Communicate: Assisted attorney with contacting the court regarding upcoming DWOP hearing; awaiting response. | 0.30 | $150.00 | - | $45.00 |
| Service | 04/23/2025 | Draft motion to retain with accompanying declaration and proposed order. | 1.60 | $300.00 | - | $480.00 |
| Service | 04/23/2025 | Work on Motion to Expunge Notice of Lis Pendens. Multiple calls with opposing counsel and client. Communicate with the court. Review and revise motion to retain and declaration. Work on settlement. | 4.00 | $600.00 | - | $2,400.00 |
| Service | 04/28/2025 | Finalize Motion to Expunge and Settlement Agreement. Communicate with all parties on settlement and motion. Communicate with client. | 4.50 | $600.00 | -$220.00 | $2,480.00 |
| Service | 04/28/2025 | Assisted attorney with Motion to Expunge Lis Pendens and gathering exhibits; file same. | 2.00 | $150.00 | - | $300.00 |

Exhibit 11

| Service | 04/29/2025 | Phone conferences with client and work on issues related to settlement and sale of property. | 0.60 | $600.00 | - | $360.00 |
|---------|-----------|------|------|------|------|------|

| | Line Item Discount Subtotal | -$220.00 |
|---|---|---|
| | **Total** | **$35,399.50** |
| | **Payment (05/18/2025)** | **-$20,000.00** |
| | **Payment (06/25/2025)** | **-$15,000.00** |
| | **Payment (07/31/2025)** | **-$399.50** |
| | **Balance Owing** | **$0.00** |

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 141 | 06/02/2025 | $37,732.50 | $14,590.50 | $23,142.00 |
| 166 | 07/11/2025 | $17,420.55 | $0.00 | $17,420.55 |
| 192 | 08/08/2025 | $26,122.05 | $0.00 | $26,122.05 |
| 243 | 09/08/2025 | $19,135.80 | $0.00 | $19,135.80 |
| 278 | 10/08/2025 | $5,143.50 | $0.00 | $5,143.50 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 100 | 05/30/2025 | $35,399.50 | $35,399.50 | $0.00 |
| | | | **Outstanding Balance** | **$90,963.90** |
| | | | **Total Amount Outstanding** | **$90,963.90** |

Please make all amounts payable to: E-Merger Law

Please pay within 30 days.

*Exhibit 11*

# E-Merger Law

Redacted

# INVOICE

1334 Brittmoore Road, #2314
Houston, Texas 77043

Invoice # 141
Date: 06/02/2025
Due Upon Receipt

Jerod Furr

## Furr-326-00001-25

| Type | Date | Notes | Quantity | Rate | Total |
|------|------|-------|----------|------|-------|
| Service | 05/04/2025 | Review settlement agreement changes and communicate with opposing counsel and client on same. | 1.00 | $600.00 | $600.00 |
| Service | 05/06/2025 | Research: Assisted attorney with gathering information regarding Lis Pendens. | 0.30 | $150.00 | $45.00 |
| Service | 05/06/2025 | Final reviews to Settlement Agreement and communicate with client on same and Len Walker on same. | 1.50 | $600.00 | $900.00 |
| Service | 05/06/2025 | Communications with Len Walker back and forth on settlement. | 0.50 | $600.00 | $300.00 |
| Service | 05/06/2025 | Request to object to Bank subpoenas | 0.40 | $600.00 | $240.00 |
| Service | 05/09/2025 | Communications with client and call with Len Walker about strategy. | 1.00 | $600.00 | $600.00 |
| Service | 05/12/2025 | Communicate with client and work on (1) discovery requests (2) subpoena requests (3) motion to quash (4) strategy for Etter motions and (4) strategy for bankruptcy issues. | 3.00 | $600.00 | $1,800.00 |
| Service | 05/12/2025 | Obtaining copies of 052 - 078, cataloging exhibits, service list, prepare for file, update pleadings index and troubleshooting | 5.00 | $165.00 | $825.00 |
| Service | 05/12/2025 | Assist attorney with drafting subpoena. | 1.00 | $150.00 | $150.00 |
| Service | 05/13/2025 | Assisted attorney with drafting subpoena. | 2.00 | $150.00 | $300.00 |
| Service | 05/13/2025 | Work on information and research for new suit (third party demand) and collaborate with associate and client on same. Communicate with Randy Bays firm. Work on motion to quash issues and discovery issues. | 2.00 | $600.00 | $1,200.00 |
| Service | 05/13/2025 | Updated first amended motion to expunge lis pendens. | 0.60 | $300.00 | $180.00 |

Exhibit 11

Invoice # 141 - 06/02/2025

| Service | 05/14/2025 | Work on discovery. Communicate with client and bankruptcy attorney. Review recent bankruptcy pleadings. | 2.00 | $600.00 | $1,200.00 |
|---------|------------|----------------------------------------------------------|------|---------|-----------|
| Service | 05/14/2025 | Compiled legal authorities cited by opposing counsel in motion to strike, in prep for hearing. | 0.40 | $300.00 | $120.00 |
| Service | 05/14/2025 | Draft set of written discovery for Plaintiff, draft pleadings index and build file | 3.00 | $165.00 | $495.00 |
| Service | 05/15/2025 | Review and revise Notice of Appearance | 0.30 | $600.00 | $180.00 |
| Service | 05/15/2025 | Collaborate with Tim Wentworth and client on Alliance creditor's committee | 0.40 | $600.00 | $240.00 |
| Service | 05/15/2025 | Assisted attorney with gathering information and the status of Court signing nonsuit. | 0.30 | $150.00 | $45.00 |
| Service | 05/15/2025 | Communicate with Tim Wentworth on settlement | 0.20 | $600.00 | $120.00 |
| Service | 05/16/2025 | Communication with Len Walker regarding Nonsuit of 5450 Honea Egypt Rd. | 0.20 | $600.00 | $120.00 |
| Service | 05/16/2025 | Assisted attorney with providing settlement agreement to counsel. | 0.10 | $150.00 | $15.00 |
| Service | 05/17/2025 | Conducted legal research on federal/bankruptcy law; draft motions to quash bank subpoenas. | 2.70 | $300.00 | $810.00 |
| Service | 05/19/2025 | Assisted attorney with Nonsuit and Proposed Order; forward same to opposing counsel and client. | 1.00 | $150.00 | $150.00 |
| Service | 05/19/2025 | Draft motion for continuance of hearing to employ special counsel for the debtor (Alliance Farm and Ranch, LLC). | 0.20 | $300.00 | $60.00 |
| Service | 05/19/2025 | Obtaining and reviewing all bankruptcy filings and preparation of hearing notebook | 9.00 | $165.00 | $1,485.00 |
| Service | 05/19/2025 | Communications about settlement and bankruptcy. | 3.00 | $600.00 | $1,800.00 |
| Service | 05/20/2025 | Work with bankruptcy court to get hearing moved. Multiple communications with client and attorneys regarding all issues involved. Legal research regarding issues related to settlement and upcoming hearing. Formulate hearing notes and work on a plan for hearing. | 6.00 | $600.00 | $3,600.00 |
| Service | 05/20/2025 | Conducted legal research and consulted with senior counsel on response to Dustin Etter's removal of the Etter v. Furr, et al case in Montgomery County to bankruptcy court. | 1.10 | $300.00 | $330.00 |
| Service | 05/20/2025 | Performed legal research, reviewed pleadings, and drafted Motion to Remand Etter v. Furr, et al case pending in Montgomery County back to | 3.20 | $300.00 | $960.00 |

*Exhibit 11*

state court from bankruptcy court.

| | | Redacted | | | |
|---|---|---|---|---|---|
| Service | 05/20/2025 | Con't review and indexing of documents including the Motion to Remove from state court | 6.00 | $165.00 | $990.00 |
| Service | 05/20/2025 | Discuss with Noah Meek AEP-Alliance Farm Bankruptcy Motion to Quash. | 0.30 | $600.00 | $180.00 |
| Service | 05/21/2025 | Work on issues related to upcoming hearing. Communications with client and trustee. Work with bankruptcy attorney to file a Motion to Dismiss. | 4.50 | $600.00 | $2,700.00 |
| Service | 05/21/2025 | Drafted proposed order for motion to remand Etter v. Furr, et al case back to state court from bankruptcy court. | 0.60 | $300.00 | $180.00 |
| Service | 05/21/2025 | Reviewing QuickBook files and preparation of hearing con't | 8.00 | $165.00 | $1,320.00 |
| Service | 05/21/2025 | Additional conversations about dismissing bankruptcy. | 0.40 | $600.00 | $240.00 |
| Service | 05/22/2025 | Communicate with bankruptcy attorney and prepare for hearing regarding Motion to Convert (and our related part). | 3.00 | $600.00 | $1,800.00 |
| Service | 05/22/2025 | Preparation of digital notebook and exhibits, e-filing and receiving and indexing #85-106 | 10.00 | $165.00 | $1,650.00 |
| Service | 05/22/2025 | Prepare for hearing on motion to convert and status. | 2.00 | $600.00 | $1,200.00 |
| Service | 05/23/2025 | Prepare for and attend AEP / Alliance Farm bankruptcy - Etter v. Furr, et al. - Conference on Motion for Relief from Automatic Stay and appointment of chapter 11 trustee | 3.00 | $600.00 | $1,800.00 |
| Service | 05/23/2025 | Attend hearing on motion to convert. | 2.00 | $600.00 | $1,200.00 |
| Service | 05/28/2025 | Prepare for and attend AFR and AEP - Chapter 11 Trustee meeting. Post conference with client. | 2.00 | $600.00 | $1,200.00 |
| Service | 05/28/2025 | Attend Trustee meeting | 1.00 | $165.00 | $165.00 |
| Service | 05/29/2025 | Compile additional documents and information for Chapter 11 Trustee. | 0.50 | $600.00 | $300.00 |
| Service | 05/29/2025 | Communications with client regarding contract Addendum | 0.30 | $600.00 | $180.00 |
| Service | 05/29/2025 | Build document folder for Ch. 11 Trustee | 2.00 | $165.00 | $330.00 |
| Service | 05/29/2025 | Multiple communications with Ch 11 Trustee re: Alliance / AEP Docs | 0.50 | $600.00 | $300.00 |
| Service | 05/29/2025 | Additional discussions on items needed for Trustee. | 0.40 | $600.00 | $240.00 |

Exhibit 11

| Service | 05/30/2025 | Communications with client and Chapter 11 trustee regarding additional assets and a path going forward. | 0.50 | $600.00 | $300.00 |
| | | | | **Subtotal** | **$35,145.00** |

Exhibit 11

Redacted

# Detailed Statement of Account

## Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 166 | 07/11/2025 | $17,420.55 | $0.00 | $17,420.55 |
| 192 | 08/08/2025 | $26,122.05 | $0.00 | $26,122.05 |
| 243 | 09/08/2025 | $19,135.80 | $0.00 | $19,135.80 |
| 278 | 10/08/2025 | $5,143.50 | $0.00 | $5,143.50 |

## Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 141 | 06/02/2025 | $37,732.50 | $14,590.50 | $23,142.00 |
| | | | **Outstanding Balance** | **$90,963.90** |
| | | | **Total Amount Outstanding** | **$90,963.90** |

Please make all amounts payable to: E-Merger Law

Payment is due upon receipt.

Exhibit 11

Invoice # 141 - 06/02/2025

# E-Merger Law

Redacted

# INVOICE

1334 Brittmoore Road, #2314
Houston, Texas 77043

Invoice # 141
Date: 06/02/2025
Due Upon Receipt



## Pay your invoice online

**To pay your invoice, open the camera on your mobile device and place the QR code in the camera's view.**

Or, **click here** if you're viewing on a computer or smartphone.

Exhibit 11

# E-Merger Law

Redacted

## INVOICE

1334 Brittmoore Road, #2314
Houston, Texas 77043

Invoice # 166
Date: 07/01/2025
Due On: 07/11/2025

Jerod Furr

## Furr-326-00001-25

| Type | Date | Notes | Quantity | Rate | Discount | Total |
|------|------|-------|----------|------|----------|-------|
| Service | 06/02/2025 | Assisted attorney with communicating with Howley Law Firm about necessary information being sent. | 0.10 | $150.00 | - | $15.00 |
| Service | 06/02/2025 | Assisted attorney with documents received. | 0.10 | $150.00 | - | $15.00 |
| Service | 06/02/2025 | Examination of books to pull out payments to Etter and further scope of background research. Update file with documents 116 - 126. | 3.00 | $165.00 | - | $495.00 |
| Service | 06/03/2025 | Prepare ADV case number file. Review order for scheduling hearing, calendar deadlines and hearing, send client update as well as contact information for new bankruptcy attorney | 0.75 | $165.00 | - | $123.75 |
| Service | 06/03/2025 | Review various orders signed and communicate with client on next steps. | 0.50 | $600.00 | - | $300.00 |
| Service | 06/03/2025 | Review correspondence and orders from the court. | 0.30 | $600.00 | - | $180.00 |
| Service | 06/04/2025 | Draft Preliminary Findings: Etter received $725,728.01 more than Furr and Appendices 1-8 | 2.00 | $165.00 | - | $330.00 |
| Service | 06/04/2025 | Consolidate all Quickbooks reports 2021-2024 and draft index, word search index; Prepare double dipping and other anomalies for meeting | 2.00 | $165.00 | - | $330.00 |
| Service | 06/04/2025 | Review documents, collaborate and work on presentation for Chapter 11 trustee. | 1.50 | $600.00 | - | $900.00 |
| Service | 06/04/2025 | Reviewed documents and made | 1.10 | $300.00 | - | $330.00 |

Exhibit 11

| | | | | | | |
|---|---|---|---|---|---|---|
| | | notes for lead counsel in preparation for June 5th conference call. | | | | |
| Service | 06/05/2025 | Prepare for meeting with trustee. Review documents, text messages and accounting records and attend meeting. Outline executive summary. | 4.00 | $600.00 | 15.0% | $2,040.00 |
| Service | 06/05/2025 | Continued review of documents and making notes for lead counsel in preparation for June 5th conference call. | 3.10 | $300.00 | - | $930.00 |
| Service | 06/06/2025 | Receipt, review, index and prepare for file: 131 NOTICE of Appearance (Simon) 06/04/25 132 T's NOTICE of withdrawal of Mto quash sub 06/05/25 133 ORDER signed approving global settlement 06/05/25 134 PDF Audio file Re 06/03/25 06/05/25 135 OCUC's App to employ Dykema Gossette 06/06/25 | 0.67 | $165.00 | - | $110.55 |
| Service | 06/07/2025 | Reviewed files and began creation of an executive timeline. | 1.00 | $300.00 | - | $300.00 |
| Service | 06/10/2025 | Multiple communications with Noah Meek. Review discovery order proposed. | 0.40 | $600.00 | - | $240.00 |
| Service | 06/10/2025 | Run Quickbooks Reports for Executive Summary, Draft index, keyword search indexes, prepare Exhibits A-C for attorney executive summary | 3.50 | $165.00 | - | $577.50 |
| Service | 06/11/2025 | Continued review of documents and drafting of executive timeline. | 3.20 | $300.00 | - | $960.00 |
| Service | 06/12/2025 | Go through documents, communicate with client, prepare for meeting and work on executive summary. | 3.00 | $600.00 | - | $1,800.00 |
| Service | 06/12/2025 | Finished first draft of executive timeline. | 1.50 | $300.00 | - | $450.00 |
| Service | 06/12/2025 | Further analysis of the Quickbooks records in search of anomalies in billing, run specific totals for attorney | 5.00 | $165.00 | - | $825.00 |
| Service | 06/13/2025 | Work on review of general ledger documents. Conference call with client and br attorney. | 2.50 | $600.00 | 15.0% | $1,275.00 |
| Service | 06/16/2025 | Assist attorney with bank statements | 1.40 | $150.00 | - | $210.00 |

Exhibit 11

Invoice # 166 - 07/01/2025

| | | | | | | |
|---|---|---|---|---|---|---|
| | | and forwarding to counsel. | | | | |
| Service | 06/16/2025 | Communicate with Mr. Simmons office regarding status. | 0.20 | $150.00 | - | $30.00 |
| Service | 06/16/2025 | Work with BR attorney and trustee and provide additional documentation and information. | 1.00 | $600.00 | - | $600.00 |
| Service | 06/16/2025 | Create USB for trustee and delivery | 2.50 | $165.00 | - | $412.50 |
| Service | 06/17/2025 | Attend phone hearing with trustee and post call with client to discuss plan of action. | 1.20 | $600.00 | - | $720.00 |
| Service | 06/17/2025 | Attended zoom meeting with bankruptcy trustee & attorney. | 1.00 | $300.00 | - | $300.00 |
| Service | 06/18/2025 | Communicate with all - respond to issues related to abatement. Propose a plan for Leonard Simon to put forth to the trustee. Pull documents for trustee. Review and respond to Noah Meek's ridiculous request. Communicate with Frost Bank for client and Trustee. | 1.50 | $600.00 | - | $900.00 |
| Service | 06/18/2025 | Receipt, review, index and prepare for file: 136 T's NOTICE Re Bank accounts`` 06/12/25 137 ORDER signed granting OCUC's Mto file Ex C under seal 06/16/25 138 T's App for entry of order auth retention & employment 06/16/25 139 AGREED Order extending deadline to Obj to Okin 06/16/25 140 T's Emerg. Mto set claims bar date 06/18/25 | 0.75 | $165.00 | - | $123.75 |
| Service | 06/19/2025 | Communicate with Trustee on additional information requested | 0.30 | $600.00 | - | $180.00 |
| Service | 06/20/2025 | Receipt, review, index and prepare for file: 141 ORDER signed granting OCUC's Mto file Ex. C under seal 06/18/25 142 T's Mto Reimburse Trustee Admin Expense 06/16/25 1) Surety Bond 2) Proposed Order 3) Service List 143 T's Mto Reimburse Admin Expense 06/19/25 144 ORDER signed granting #140 AGREED Order Re Obj deadline 06/19/25 | 0.50 | $165.00 | - | $82.50 |

*Redacted*

**Exhibit 11**

| | | | | | | |
|---|---|---|---|---|---|---|
| | | 145 Cert. of Notice Re #144 06/18/25 Redacted | | | | |
| Service | 06/22/2025 | Review and upload 003. BNC Certificate of Mailing. (Related document(s):[2] Order for Conference) No. of Notices: 3. Notice Date 06/04/2025. (Admin.) 004. Furr's Notice of Appearance (Simon) 006. P's Emerg. Mto Expedite Disc/po 007. Furr's Objection to #006 Emerg. Mto to Expedite 008. Etter's Rto #007 Obj to #006 Mto Expedite Disc 009. NOH Re #006 Mto Expedite Jul. 7th Calendar hearing | 1.00 | $165.00 | - | $165.00 |
| Service | 06/24/2025 | Phone call with Alyssa with Randy Bays office regarding  . Communicate with trustee on status related to records from banks. | 0.40 | $600.00 | - | $240.00 |
| Service | 06/25/2025 | Receipt, review, index and prepare for file: 146 Etter's Rto Okins' App for Approval 06/22/25 147 T's E&W List 06/23/25  Draft notebook index, review register of actions and build digital notebook for attorneys | 2.00 | $165.00 | - | $330.00 |
| Service | 06/25/2025 | Prepare for and attend hearings (emergency motion and also meeting of the creditors). | 2.00 | $600.00 | 50.0% | $600.00 |

| | |
|---|---|
| **Line Item Discount Subtotal** | **-$1,185.00** |

| | |
|---|---|
| **Total** | **$17,420.55** |

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 141 | 06/02/2025 | $37,732.50 | $14,590.50 | $23,142.00 |

Exhibit 11

Invoice # 166 - 07/01/2025

| | | | | |
|---|---|---|---|---|
| 192 | 08/08/2025 | $26,122.05 | $0.00 | $26,122.05 |
| 243 | 09/08/2025 | $19,135.80 | $0.00 | $19,135.80 |
| 278 | 10/08/2025 | $5,143.50 | $0.00 | $5,143.50 |

Redacted

**Current Invoice**

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 166 | 07/11/2025 | $17,420.55 | $0.00 | $17,420.55 |
| | | | **Outstanding Balance** | **$90,963.90** |
| | | | **Total Amount Outstanding** | **$90,963.90** |

Please make all amounts payable to: E-Merger Law

Please pay within 10 days.

Exhibit 11

Invoice # 166 - 07/01/2025

# E-Merger Law

Redacted

# INVOICE

1334 Brittmoore Road, #2314
Houston, Texas 77043

Invoice # 166
Date: 07/01/2025
Due On: 07/11/2025



## Pay your invoice online

**To pay your invoice, open the camera on your mobile device and place the QR code in the camera's view.**

Or, **click here** if you're viewing on a computer or smartphone.

Exhibit 11

# E-Merger Law

Redacted

# **INVOICE**

1334 Brittmoore Road, #2314
Houston, Texas 77043

Invoice # 192
Date: 08/01/2025
Due On: 08/08/2025

Jerod Furr

## **Furr-326-00001-25**

| Type | Date | Notes | Quantity | Rate | Total |
|------|------|-------|----------|------|-------|
| Service | 07/07/2025 | Receipt, review and update ADV file with 010. T's Notice of App and Req for Notice; 011. T's Emerg. Mto Con't Rule 16 Conference & Abating All Deadlines; 012. T's Rto Mto to Expedite Disc; 013. Etter's Rto Trustee's Mto Abate All Deadlines; Draft hearing notebook index and assemble for attorney review. | 0.80 | $165.00 | $132.00 |
| Service | 07/07/2025 | Appear for/attend: Review hearing notebook, pull research and provide summary of information to co-counsel and participate in a GoTo Meeting session - bankruptcy matter. | 2.00 | $600.00 | $1,200.00 |
| Service | 07/08/2025 | Receipt and review multiple additional filings by the parties subsequent to hearing on discovery. | 0.30 | $600.00 | $180.00 |
| Service | 07/08/2025 | Collaborated with attorney with getting CPA meeting set up. Communicate with client to get CPA information. | 0.50 | $150.00 | $75.00 |
| Service | 07/08/2025 | Review/analyze: Reviewing email correspondence regarding aep/afr matters. Phone conference with client and Leonard Simon. Collaborate on next steps. | 1.00 | $600.00 | $600.00 |
| Service | 07/08/2025 | Review/analyze: Reviewing tasks and case updates; review additional orders from court. | 0.40 | $600.00 | $240.00 |
| Service | 07/08/2025 | Begin review of truist bank records. Collaborate on meeting with CPA. | 0.40 | $600.00 | $240.00 |
| Service | 07/09/2025 | Update ADV file with 014. Proposed scheduling order 015. Courtroom Minutes. Time Hearing Held: 4:00 PM to. Appearances: Noah Meek, Jonathan McKinney, Deborah Crane, Willian Hotze, Leonard Simon, Eric Terry, and Tom A. Howley. Motion hearing held. Oral arguments heard. Motion [6] is abated for two weeks. Motion [11] is | 0.70 | $165.00 | $115.50 |

*Exhibit 11*

| | | | | | |
|---|---|---|---|---|---|
| | | granted. Defendant Furr is ordered to produce the account documents to the ~~trustee within~~ seven days from August 1, 2024, to the present for account ending in 2389. The trustee is to provide an assessment. A follow-up status conference is scheduled for 7/22/2025 at 4:00 PM. The scheduling conference and all other discovery is abated until 8/11/2025 at 9:00 am virtually. ERO: yes. (Related document(s):[6] Emergency Motion (Adversary), [11] Emergency Motion (Adversary)). Status conference to be held on 7/22/2025 at 04:00 PM at telephone and video conference. (abh4)<br>016. Audio file Re Jul 07, 2025<br>017. Proposed Order granting con't & abating disc<br>018. ORDER signed granting con't & abating disc deadlines<br>and calendar new settings, update pleadings index | | | |
| Service | 07/09/2025 | Receipt, review and update AFRR Bankruptcy file with<br>149. Courtroom Minutes. Time Hearing Held: 12:00 pm - 12:09 pm. Appearances: Eric Terry for Ch. 11 Trustee. Ch. 11 Trustee Thomas Howley present. Nicholas Zugaro for the Official Committee of Unsecured Creditors. Heather McIntyre and Noah Meek for Dustin Etter. Witnesses: Thomas Howley sworn in and testimony proffered by counsel. Motion granted; order signed. (Related document(s):[141] Emergency Motion) (tjl4)<br>150. ORDER signed setting general claims bar date JUL. 25, 2025; 151. Audio Attachment; ; 152. BNC Cert Re #150 ORDER setting general bar date JUL 25, 2025; 153. T's NOTICE of General Bar Date; Update calendar with 316 meeting; download Truist Bank records, upload to Clio and update index. | 1.00 | $165.00 | $165.00 |
| Service | 07/09/2025 | Reviewing emails regarding AEP/AFR bankruptcy and Truist Bank records, and reviewing AEP Truist Bank statements. | 1.50 | $600.00 | $900.00 |
| Service | 07/11/2025 | Review mutual disclosures of payments in Etter v. Furr adversary case. Back and forth email communications. | 0.40 | $600.00 | $240.00 |
| Service | 07/14/2025 | Phone conference with client, review documents and assist with SOFA report. Review general ledgers and go through 2024 report for SOFA. Communicate with Eric Terry regarding status, request for injunction. | 5.70 | $600.00 | $3,420.00 |
| Service | 07/14/2025 | Document '2025.07.14 SOFA with attachments.pdf' custom message shared via Clio for Co-Counsel | 0.17 | $165.00 | $28.05 |

Exhibit 11

| Service | 07/15/2025 | Collaborated with attorney about outstanding issues. Corresponded with CPA office regarding meeting. Corresponded with client regarding getting meeting set up. Assisted attorney with documents sent by opposing counsel. | 1.00 | $150.00 | $150.00 |
| Service | 07/15/2025 | Back and forth communication with the CPA to better understand Noah's allegations and determine if they had merit. | 0.50 | $600.00 | $300.00 |
| Service | 07/15/2025 | Fact Investigation/Development: Attended internal team meeting to review and discuss case-specific deadlines, task assignments, and procedural developments; participated in matter-specific planning and coordination to support timely and effective case management. | 0.20 | $160.00 | $32.00 |
| Service | 07/15/2025 | Fact Investigation/Development: Attended internal team meeting to review and discuss case-specific deadlines, task assignments, and procedural developments; participated in matter-specific planning and coordination to support timely and effective case management. | 0.20 | $160.00 | $32.00 |
| Service | 07/15/2025 | Collaboration with senior counsel. | 0.10 | $300.00 | $30.00 |
| Service | 07/16/2025 | Review request for inspection for drills and reviewing legal request spreadsheet in Excel. Prepare for and attend meeting with CPA. Post meeting with client. | 1.50 | $600.00 | $900.00 |
| Service | 07/17/2025 | Review/analyze: Review Zoom meeting with CPA and client. Confer with Leonard Simon. Review Etter's again supplemental request for discovery. Begin working on response. Communicate with Trustee on conference call. Prepare response to Etter's stupid emergency motion. | 4.00 | $600.00 | $2,400.00 |
| Service | 07/17/2025 | Collaborated with attorneys regarding next steps for client's file. | 0.20 | $150.00 | $30.00 |
| Service | 07/18/2025 | Fact Investigation/Development: Searched the Texas Secretary of State's online records to locate and retrieve Thomas Wayne, LLC's certificate of formation - entity affiliated with the opposing party, in connection with ongoing investigation into corporate relationships and potential fraudulent transfers. | 0.30 | $160.00 | $48.00 |
| Service | 07/18/2025 | Prepare for and meet with Trustee and work on issues related to case. Conference call with client. | 2.50 | $600.00 | $1,500.00 |
| Service | 07/21/2025 | Compile documents and work on response to emergency motion. | 1.20 | $600.00 | $720.00 |
| Service | 07/22/2025 | Assist attorney with final draft of response to Etter's claims and exhibit production for e-filing. | 0.50 | $165.00 | $82.50 |

Exhibit 11

| Service | 07/22/2025 | Collaborated with attorney regarding new documents from client; uploaded same documents. | 0.50 | $150.00 | $75.00 |
|---|---|---|---|---|---|
| Service | 07/22/2025 | Prepare for hearing. Multiple calls with trustee, client, and Leonard Simon. Update our response to Etter's motion and forward to trustee and Leonard Simon. Prepare for and attend hearing. Work on outline for proof of claim. Review J parker bank records to be able to explain to trustee how money came in and out. Review injunction order and make recommendations to same. | 6.00 | $600.00 | $3,600.00 |

.

| Service | 07/23/2025 | Review documents and work on counterclaim against Etter. | 1.10 | $600.00 | $660.00 |
|---|---|---|---|---|---|
| Service | 07/23/2025 | Receipt and review multiple bankruptcy court filings. | 0.40 | $600.00 | $240.00 |
| Service | 07/23/2025 | Assist attorney with proof of claim to file Friday | 4.00 | $165.00 | $660.00 |
| Service | 07/23/2025 | Communications back and forth on Etter v. Furr & AEP/AFR - 2389 Bank Statements | 0.30 | $600.00 | $180.00 |
| Service | 07/24/2025 | Review supporting documentation for proof of claim and lengthy call with Leonard Simon on same. Provide Leonard with the documents and spreadsheet with totals. Communicate with client on same. | 2.50 | $600.00 | $1,500.00 |
| Service | 07/24/2025 | Reviewing email regarding Etter v. Furr & AEP/AFR about bank statements and designation of confidentiality and multiple emails back and forth on upcoming pre-trial conference. | 0.50 | $600.00 | $300.00 |
| Service | 07/24/2025 | Assist attorney with proof of claim | 2.00 | $165.00 | $330.00 |
| Service | 07/25/2025 | Review Proof of Claim 25-30155; collaborate with Leonard Simon on exact amounts for our proofs of claims. Collaborate with client. Review proposal for sale of assets. | 1.30 | $600.00 | $780.00 |
| Service | 07/25/2025 | Assist attorney with proof of claim con't (going through invoices and creating information for POC) | 1.00 | $165.00 | $165.00 |
| Service | 07/28/2025 | Fact Investigation/Development: Conducted background investigation on Trinidad Pena; reviewed case documents to locate identifying personal identifiers to support search accuracy. Performed Lexis background search, extracted report, and uploaded results to the document | 1.50 | $160.00 | $240.00 |

**Exhibit 11**

| | | | | | |
|---|---|---|---|---|---|
| | | management system. Also conducted a corporate background search on Specialized Energy Services, LLC ; compiled and uploaded report for case reference. | | | |
| Service | 07/28/2025 | Prepare for and attend 341 meeting of creditors. Finalize suit against Dustin, Specialized, Travis Daily and Trinidad Pena. Review additional documents for updated proof of claim. | 3.00 | $600.00 | $1,800.00 |
| Service | 07/29/2025 | Review re-compiled documents regarding amended proof of claim for Egypt improvements and emails back and forth with Eric Terry regarding 341 Meeting of Creditors. Collaborate with client on same. | 0.80 | $600.00 | $480.00 |
| Service | 07/30/2025 | Subject: Fwd: Notification from USPTO Patent Maintenance Fees Storefront; communicate with client and Eric Terry regarding payment for patent. | 0.20 | $600.00 | $120.00 |
| Service | 07/31/2025 | Review final report and corporate records and communicate with client and trustee on next steps. Work on amending suit against Daily and Etter based on new claims. | 1.70 | $600.00 | $1,020.00 |
| Service | 07/31/2025 | Communicate with trustee on equipment up for sale (AEP) Tranzon Proposal and findings into the relations of Etter and Daily and Danny Williams. | 0.30 | $600.00 | $180.00 |
| **Non-billable entries** | | | | | |
| Service | 07/22/2025 | Research: Pull QB reports. | | | |

|  | |
|---|---|
| **Subtotal** | **$26,090.05** |

Exhibit 11

Redacted

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 141 | 06/02/2025 | $37,732.50 | $14,590.50 | $23,142.00 |
| 166 | 07/11/2025 | $17,420.55 | $0.00 | $17,420.55 |
| 243 | 09/08/2025 | $19,135.80 | $0.00 | $19,135.80 |
| 278 | 10/08/2025 | $5,143.50 | $0.00 | $5,143.50 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 192 | 08/08/2025 | $26,122.05 | $0.00 | $26,122.05 |
| | | | **Outstanding Balance** | **$90,963.90** |
| | | | **Total Amount Outstanding** | **$90,963.90** |

Please make all amounts payable to: E-Merger Law

Please pay within 7 days.

Exhibit 11

Invoice # 192 - 08/01/2025

# E-Merger Law

<span style="color:red">Redacted</span>

# INVOICE

1334 Brittmoore Road, #2314
Houston, Texas 77043

Invoice # 192
Date: 08/01/2025
Due On: 08/08/2025



## Pay your invoice online

**To pay your invoice, open the camera on your mobile device and place the QR code in the camera's view.**

Or, **click here** if you're viewing on a computer or smartphone.

Exhibit 11

# E-Merger Law

Redacted

# INVOICE

1334 Brittmoore Road, #2314
Houston, Texas 77043

Invoice # 243
Date: 09/01/2025
Due On: 09/08/2025

Jerod Furr

## Furr-326-00001-25

| Type | Date | Notes | Quantity | Rate | Total |
|------|------|-------|----------|------|-------|
| Service | 07/28/2025 | Document intake Re Mary Ross, Builders Inv and Ferguson | 2.00 | $165.00 | $330.00 |
| Service | 07/29/2025 | Assist attorneys with Documents Re First Supplemental to Proof of claim | 3.50 | $165.00 | $577.50 |
| Service | 07/30/2025 | Deep background research into all entities tied to Etter, Daily, Danny Williams, TD Drilling, Supreme Source Energy, L&L Ventures and Specialized Energy Sources. Draft report of connections, index reports and build demonstrative chart for attorney review 5.50 | 5.50 | $165.00 | $907.50 |
| Service | 07/31/2025 | Continued research Re Etter, Daily, Danny Williams, TD Drilling, Supreme Source Energy, L&L Ventures and Specialized Energy Sources. 3.5 | 3.84 | $165.00 | $633.60 |
| Service | 08/04/2025 | Back and forth communications regarding Etter v. Furr Scheduling Order and Rule 26(f) Conference. Conference call with Eric Terry regarding pending issues. Conference call with client regarding theft and activities of TD Drilling and its partners. Summarize information for trustee to investigate. Work on suit to add additional claims. | 1.10 | $600.00 | $660.00 |
| Service | 08/04/2025 | Continued research Re Etter, Daily, Danny Williams, TD Drilling, Supreme Source Energy, L&L Ventures and Specialized Energy Sources for packet for the Trustee | 3.34 | $165.00 | $551.10 |
| Service | 08/05/2025 | Review Etter v. Furr Scheduling Order and Rule 26(f) Conference and phone conference with Leonard Simon regarding current issues. | 0.50 | $600.00 | $300.00 |
| Service | 08/05/2025 | Answer Creditor's attorney with detailed answers regarding Drilling Motors and patent infringement. | 0.40 | $600.00 | $240.00 |
| Service | 08/05/2025 | Review/analyze: Reviewing emails regarding | 0.40 | $600.00 | $240.00 |

*Exhibit 11*

| | | Etter v. Furr scheduling order, Rule 26(f) conference, and upcoming hearing. | | | |
|---|---|---|---|---|---|
| Service | 08/05/2025 | Communicate: Reviewing email correspondence regarding protective order; aep/afr. Object to giving access to Clio to Noah Meek. | 0.30 | $600.00 | $180.00 |
| Service | 08/06/2025 | Reviewing counterclaim and third-party complaint document in Word. Update some with additional facts. Collaborate on same - client may want to allow patent lawyer move forward with certain claims. | 0.40 | $600.00 | $240.00 |
| Service | 08/06/2025 | Draft preliminary document inventory for Trustee 1.2 | 1.34 | $165.00 | $221.10 |
| Service | 08/07/2025 | Review emails regarding Furr document inventory. Approve inventory for production. Phone conference with client and Leonard Simon. Email back and forth with trustee regarding drilling motors. | 1.00 | $600.00 | $600.00 |
| Service | 08/07/2025 | Curate key documents to be included with inventory, draft index for all entities, draft index for all banking documents, draft index for all documents previously produced and where they were produced, Quickbooks and all other financial documents, prepare each section for production, watermark, Bates label for attorney review and production to Trustee FURR TRUSTEE DOCS 000001 - 001048 | 9.50 | $165.00 | $1,567.50 |
| Service | 08/08/2025 | Final review of FURR TRUSTEE DOCS 000001 – 001048, update sections of master index with the Bates label numbers, prepare each section for production, watermark, Bates label for attorney review and production to Trustee | 3.50 | $165.00 | $577.50 |
| Service | 08/14/2025 | Review of counterclaim, fact checking and further research into potential Defendants, produce relationship charts and other demonstrative materials | 6.50 | $165.00 | $1,072.50 |
| Service | 08/15/2025 | Emails back and forth regarding Etter v. Furr Lawsuit & Injunction Applying to Drilling Motors of Invictus and AE Partners Holdings | 0.40 | $600.00 | $240.00 |
| Service | 08/15/2025 | and construction of timeline focusing on the counterclaim | 8.00 | $165.00 | $1,320.00 |
| Service | 08/18/2025 | Draft/revise: Prepared email correspondence regarding claims against Etter. Communicate with client and draft talking points to Trustee. Review timeline and go over additional claims to be added to suit. | 1.10 | $600.00 | $660.00 |
| Service | 08/18/2025 | Assist attorney with draft of counterclaim and | 7.50 | $165.00 | $1,237.50 |

Redacted

Exhibit 11

Invoice # 243 - 09/01/2025

| | | third-party petition and exhibit production | | | |
|---|---|---|---|---|---|
| | | Redacted | | | |
| Service | 08/19/2025 | Reviewing and updating counterclaim and third-party complaint documents in Word, and accessing related documents in Clio. Lengthy call with trustee. Email trustee and client outlining our position. | 1.80 | $600.00 | $1,080.00 |
| Service | 08/20/2025 | Review employment agreement and communicate with client and US Trustee. Calendar one year SOL deadlines. | 0.50 | $600.00 | $300.00 |
| Service | 08/21/2025 | Communicate with client | 0.30 | $600.00 | $180.00 |
| Service | 08/26/2025 | Review employment agreement of Travis Daily. Review entity reports.                  Work on outline for updated SOFA response. | 2.20 | $600.00 | $1,320.00 |
| Service | 08/27/2025 | Identify all transfers made by each entity/member on the 2024 Ledger for Attorney Review | 4.00 | $165.00 | $660.00 |
| Service | 08/28/2025 | Prepare for and meeting with client to go over information for SOFA and work on strategy for motion for AFR and other matters. Work on Motion to dismiss. Work on attachment for sofa. Work on memo for client. | 4.00 | $600.00 | $2,400.00 |
| Service | 08/29/2025 | Re: 25-30155 Order on Application to Employ CPA, related orders and review motions. | 0.40 | $600.00 | $240.00 |
| Service | 08/29/2025 | Prepare draft of Motion to Dismiss AFR bankruptcy. | 1.00 | $600.00 | $600.00 |

| | | | | Total | $19,135.80 |
|---|---|---|---|---|---|

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 141 | 06/02/2025 | $37,732.50 | $14,590.50 | $23,142.00 |
| 166 | 07/11/2025 | $17,420.55 | $0.00 | $17,420.55 |
| 192 | 08/08/2025 | $26,122.05 | $0.00 | $26,122.05 |
| 278 | 10/08/2025 | $5,143.50 | $0.00 | $5,143.50 |

Exhibit 11

**Current Invoice**                    <span style="color:red">Redacted</span>

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 243 | 09/08/2025 | $19,135.80 | $0.00 | $19,135.80 |
| | | | **Outstanding Balance** | **$90,963.90** |
| | | | **Total Amount Outstanding** | **$90,963.90** |

Please make all amounts payable to: E-Merger Law

Please pay within 7 days.

*Exhibit 11*

# E-Merger Law

Redacted

# INVOICE

1334 Brittmoore Road, #2314
Houston, Texas 77043

Invoice # 243
Date: 09/01/2025
Due On: 09/08/2025



## Pay your invoice online

**To pay your invoice, open the camera on your mobile device
and place the QR code in the camera's view.**

Or, **click here** if you're viewing on a computer or smartphone.

Exhibit 11

# E-Merger Law

Redacted

# INVOICE

1334 Brittmoore Road, #2314
Houston, Texas 77043

Invoice # 278
Date: 10/01/2025
Due On: 10/08/2025

Jerod Furr

## Furr-326-00001-25

| Type | Date | Notes | Quantity | Rate | Total |
|------|------|-------|----------|------|-------|
| Service | 06/24/2025 | Review banking records and inventory | 3.00 | $165.00 | $495.00 |
| Service | 06/25/2025 | Draft index and prepare mini digital notebook for hearing | 2.50 | $165.00 | $412.50 |
| Service | 06/27/2025 | Receipt and review of banking records and inventory Re AE Partners Holdings, AEP Asset Holding's, AEP and AF&R | 3.50 | $165.00 | $577.50 |
| Service | 07/25/2025 | Assist attorneys with document inventory and production Re Proof of claim | 3.50 | $165.00 | $577.50 |
| Service | 09/02/2025 | Conference call and status update with Eric Terry. Continue to work on Motion for Substantial Contribution. | 1.00 | $600.00 | $600.00 |
| Service | 09/08/2025 | Analysis/Strategy: Collaborated with legal team regarding counterclaim strategy; | 0.10 | $160.00 | $16.00 |
| Service | 09/15/2025 | Review courtroom minutes regarding last hearing. | 0.20 | $600.00 | $120.00 |
| Service | 09/16/2025 | Review the bankruptcy and adv matters' registers of action and deadlines and hearings, discuss with attorney and calendar | 1.00 | $165.00 | $165.00 |
| Service | 09/16/2025 | Review/analyze: Review courtroom minutes. | 0.20 | $600.00 | $120.00 |
| Service | 09/19/2025 | Review/analyze: Review the amended complaint filed by Noah Meek and forward to client. | 0.30 | $600.00 | $180.00 |
| Service | 09/23/2025 | Communicate with client and continue to work on Motion for Substantial Contribution. | 1.00 | $600.00 | $600.00 |
| Service | 09/23/2025 | Analysis/Strategy: Conferred with lead counsel on case strategy regarding preparation of Chapter 11 fee application for Alliance Farm and Ranch, LLC (Case No. 25-30155); Performed research-intensive work to develop a comprehensive draft of the application; Extracted and reviewed | 8.00 | $160.00 | $1,280.00 |

Exhibit 11

multiple docket reports and filing histories to identify all relevant pleadings, hearings, and orders, ensuring no procedural detail was overlooked; Cross-referenced Judge Alfredo R. Pérez's fee application protocols and Southern District of Texas Bankruptcy Court requirements; Drafted narrative description of services performed and benefits rendered; Constructed structured summary table and first-page application table with placeholders for billing metrics and confirmation details; Incorporated applicable case law, procedural rules, and local practice guidance to support the application's compliance and credibility; Developed a timeline of key case events to contextualize the application and support the narrative; Organized findings, formatted content, and outlined next steps for finalizing the application; Work required high-level synthesis of procedural rules, docket analysis, legal standards, and tailored drafting aligned with judicial expectations.

**Total      $5,143.50**

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 141 | 06/02/2025 | $37,732.50 | $14,590.50 | $23,142.00 |
| 166 | 07/11/2025 | $17,420.55 | $0.00 | $17,420.55 |
| 192 | 08/08/2025 | $26,122.05 | $0.00 | $26,122.05 |
| 243 | 09/08/2025 | $19,135.80 | $0.00 | $19,135.80 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 278 | 10/08/2025 | $5,143.50 | $0.00 | $5,143.50 |

|  |  | | **Outstanding Balance** | **$90,963.90** |
|  |  | | **Total Amount Outstanding** | **$90,963.90** |

Please make all amounts payable to: E-Merger Law

*Exhibit 11*

Please pay within 7 days.

Redacted

Exhibit 11

Invoice # 278 - 10/01/2025

# E-Merger Law

Redacted

# INVOICE

1334 Brittmoore Road, #2314
Houston, Texas 77043

Invoice # 278
Date: 10/01/2025
Due On: 10/08/2025



## Pay your invoice online

**To pay your invoice, open the camera on your mobile device
and place the QR code in the camera's view.**

Or, **click here** if you're viewing on a computer or smartphone.

*Exhibit 11*