SUMMARY OF ATTORNEY'S FEES AND COSTS AS

AN ADMINISTRATIVE EXPENSE PERSUANT TO 11 U.S.C. § 503(b)

Attorney's Fees and Costs.................................................................................................................... Pg. 2

Original Time Entries.................................................................................................................. Pgs. 3 - 34

Exhibit 12

Summary of Attorney's Fees and Costs                                                    Page **1** of **34**

## Attorney's Fees and Costs

| Timekeeper | Rate | Description | | Hours | Amount |
|---|---|---|---|---|---|
| Deborah L. Crain | $600.00 | Re Settlement | | 36.40 | $21,840.00 |
| *Lead Attorney* | | Re Trustee Assistance | | 42.00 | $25,200.00 |
| | | | **Total:** | **78.40** | **$47,040.00** |
| | | | | | |
| Steven Coselli | $300.00 | Re Settlement | | 77.80 | $23,340.00 |
| *Attorney* | | Re Trustee Assistance | | 10.90 | $3,270.00 |
| | | | **Total:** | **88.70** | **$26,610.00** |
| | | | | | |
| Shannon Frizzell | $165.00 | Re Settlement | | 51.80 | $8,547.00 |
| *Paralegal* | | Re Trustee Assistance | | 46.34 | $7,646.10 |
| | | | **Total:** | **98.14** | **$16,193.10** |
| | | | | | |
| Summer Riehle | $150.00 | Re Settlement | | 2.90 | $435.00 |
| *Paralegal* | | Re Trustee Assistance | | 3.00 | $450.00 |
| | | | **Total:** | **5.90** | **$885.00** |
| | | | | | |
| | | **Total Attorney's Fees and Costs Requested:** | | **271.14** | **$90,728.10** |

**Omitted Time Entries**

| | | | Hours | Amount |
|---|---|---|---|---|
| *Attorneys* | | | | |
| Deborah L. Crain | $600.00 | Omitted Time Entries | 60.80 | $36,480.00 |
| Stephen Coselli | $300.00 | Omitted Time Entries | 3.80 | $1,140.00 |
| *Paralegals* | | | | |
| Diana Beltran | $150.00 | Omitted Time Entries | 10.20 | $1,530.00 |
| Shannon Frizzell | $165.00 | Omitted Time Entries | 94.02 | $15,513.30 |
| Summer Riehl | $150.00 | Omitted Time Entries | 6.70 | $1,005.00 |
| | | Total Omitted Time Entries: | 175.52 | $55,668.30 |

Exhibit 12

Summary of Attorney's Fees and Costs                                    Page **2** of **34**

# Original Time Entries

| Date | Hours | Description | Rate | Billable | Non-billable | Timekeeper | INV# |
|------|-------|-------------|------|----------|--------------|------------|------|
| | **1.20** | Confidential | $600.00 | $720.00 | | Deborah Crain | 062 |
| | **0.20** | Confidential | $600.00 | $120.00 | | Deborah Crain | 062 |
| | **3.50** | Confidential | $165.00 | $577.50 | | Shannon Frizzell | 062 |
| | **3.00** | Confidential | $165.00 | $495.00 | | Shannon Frizzell | 062 |
| 03/10/25 | **0.70** | Communicate with client, opposing counsel and former counsel. Receipt and review Petition for Eviction. | $600.00 | $420.00 | | Deborah Crain | 062 |
| 03/13/25 | **2.50** | Pull bankruptcy case from PACER, review the two timelines for the two cases in Montgomery Co. and weave into timeline | $165.00 | $412.50 | | Shannon Frizzell | 062 |
| 03/13/25 | **0.80** | Reviewed client documents to assess circumstances of the non-judicial foreclosure. | $300.00 | $240.00 | | Stephen Coselli | 062 |
| 03/13/25 | **0.30** | Reviewed client documents to ascertain circumstances of the non-judicial foreclosure. | $300.00 | $90.00 | | Stephen Coselli | 062 |
| 03/13/25 | **0.20** | Reviewed client documents regarding improvements made to the property in order to assess viability of promissory estoppel. | $300.00 | $60.00 | | Stephen Coselli | 062 |
| 03/13/25 | **0.80** | Conducted research on Texas requirements for non-judicial foreclosure. Reviewed client documents to determine compliance by opposing party. | $300.00 | $240.00 | | Stephen Coselli | 062 |
| 03/14/25 | **2.00** | Meeting with client. Review of client documents.  Legal research issues presented. Preparation of draft answer for JP court. | $600.00 | $1,200.00 | | Deborah Crain | 062 |
| 03/14/25 | **5.00** | Furr document intake; document review and organization for attorney review | $165.00 | $825.00 | | Shannon Frizzell | 062 |

Exhibit 12

Summary of Attorney's Fees and Costs

Page 3 of 34

| Date | Hours | Description | Rate | Billable | Non-billable | Timekeeper | INV# |
|------|-------|-------------|------|----------|--------------|------------|------|
| 03/14/25 | 1.90 | Reviewed documents & law, analyzing for possibility of fraudulent transfer. | $300.00 | $570.00 | | Stephen Coselli | 062 |
| 03/15/25 | 8.60 | Reviewed client documents & law, analyzing for issues in the foreclosure process. | $300.00 | $2,580.00 | | Stephen Coselli | 062 |
| 03/16/25 | 1.40 | Reviewed documents & law, analyzing for possibility of fraudulent transfer. | $300.00 | $420.00 | | Stephen Coselli | 062 |
| 03/17/25 | 0.50 | Communicate with bankruptcy attorney regarding status. Review his filings from Friday. Work on a collaborative plan of action to pursue the matter for the estate. | $600.00 | $300.00 | | Deborah Crain | 062 |
| 03/17/25 | 1.90 | Drafted original response and affirmative defense to eviction petition. | $300.00 | $570.00 | | Stephen Coselli | 062 |
| 03/17/25 | 0.90 | Reviewed client documents provided by Thaison Hua and updated analysis of foreclosure issue. | $300.00 | $270.00 | | Stephen Coselli | 062 |
| 03/18/25 | 1.50 | Review bankruptcy filings and prepare for hearing. Review legal research. Conference calls with client and bankruptcy attorney. | $600.00 | $900.00 | | Deborah Crain | 062 |
| 03/18/25 | 3.50 | Draft master contacts directory, summary of all venues, parties and counsel for attorney notebooks and reference | $165.00 | $577.50 | | Shannon Frizzell | 062 |
| 03/18/25 | 0.70 | Reviewed client documents & law, analyzing for issues in the foreclosure process. | $300.00 | $210.00 | | Stephen Coselli | 062 |
| 03/18/25 | 2.40 | Reviewed documents & law, analyzing for possibility of fraudulent transfer. | $300.00 | $720.00 | | Stephen Coselli | 062 |
| 03/18/25 | 1.90 | Researched applicability of promissory estoppel & parol evidence issues. | $300.00 | $570.00 | | Stephen Coselli | 062 |

Exhibit 12

Summary of Attorney's Fees and Costs                                        Page 4 of 34

| Date | Hours | Description | Rate | Billable | Non-billable | Timekeeper | INV# |
|------|-------|-------------|------|----------|--------------|------------|------|
| 03/19/25 | 1.00 | Travel to and attend bankruptcy court hearing. | $600.00 | $600.00 | | Deborah Crain | 062 |
| 03/19/25 | 3.50 | Con't work on timeline and curate elements for demonstrative exhibit for hearing scheduled for April 9, 2025 | $165.00 | $577.50 | | Shannon Frizzell | 062 |
| 03/19/25 | 0.70 | Researched applicability of promissory estoppel & parol evidence issues. | $300.00 | $210.00 | | Stephen Coselli | 062 |
| 03/19/25 | 3.10 | Reviewed documents and law related to potential promissory estoppel issue & issues with the foreclosure process. | $300.00 | $930.00 | | Stephen Coselli | 062 |
| 03/19/25 | 1.00 | Reviewed documents & law, analyzing for possibility of fraudulent transfer. | $300.00 | $300.00 | | Stephen Coselli | 062 |
| 03/20/25 | 0.40 | Communicate with parties on status and review eviction proceeding dismissal. | $600.00 | $240.00 | | Deborah Crain | 062 |
| 03/20/25 | 2.50 | Reviewed documents & law, analyzing for possibility of fraudulent transfer. | $300.00 | $750.00 | | Stephen Coselli | 062 |
| 03/21/25 | 6.00 | Review all exhibits from federal case and weave into timeline, as well as points made in Coselli Memo, draft contact directory of all attorneys from all cases | $165.00 | $990.00 | | Shannon Frizzell | 062 |
| 03/23/25 | 0.50 | Researched the laws and facts regarding a claim of unreasonable Substitute Trustee's fees for handling foreclosure sale. | $300.00 | $150.00 | | Stephen Coselli | 062 |
| 03/25/25 | 4.50 | Draft pleadings index for Bankruptcy Case and draft hearing notebook index, begin preparing digital notebook | $165.00 | $742.50 | | Shannon Frizzell | 062 |
| 03/26/25 | 2.50 | Background research Re Ostranders and Etter, pull SOS records of other entities associated with | $165.00 | $412.50 | | Shannon Frizzell | 062 |

**Exhibit 12**

Summary of Attorney's Fees and Costs                                    Page **5** of 34

| Date | Hours | Description | Rate | Billable | Non-billable | Timekeeper | INV# |
|------|-------|-------------|------|----------|--------------|------------|------|
| | | Etter, draft summary for att review | | | | | |
| 03/31/25 | 0.20 | Receipt and review emergency motion to dismiss. | $600.00 | $120.00 | | Deborah Crain | 062 |
| 03/31/25 | 1.50 | Review documents and start outlining strategy for next week's hearing. | $600.00 | $900.00 | | Deborah Crain | 062 |
| 04/02/25 | 2.00 | Conducted legal research and reviewed case facts to evaluate claims of wrongful foreclosure due to violation of notice requirements. | $300.00 | $600.00 | | Stephen Coselli | 100 |
| 04/03/25 | 6.00 | Intake of client's phone, processing and conversion | $165.00 | $990.00 | | Shannon Frizzell | 100 |
| 04/03/25 | 6.00 | Prepared research memo on potential claims. | $300.00 | $1,800.00 | | Stephen Coselli | 100 |
| 04/04/25 | 7.50 | Weave all communications of interested parties into timeline for attorney review. | $165.00 | $1,237.50 | | Shannon Frizzell | 100 |
| 04/04/25 | 1.50 | Completed research memo on potential claims. | $300.00 | $450.00 | | Stephen Coselli | 100 |
| 04/07/25 | 5.75 | Complete weaving of timeline, draft hearing notebook index and assemble notebook | $165.00 | $948.75 | | Shannon Frizzell | 100 |
| 04/07/25 | 1.10 | Compiled downloads of case law and statutes for arguments. | $300.00 | $330.00 | | Stephen Coselli | 100 |
| 04/07/25 | 1.00 | Prepared memo on framework for causes of action. | $300.00 | $300.00 | | Stephen Coselli | 100 |
| 04/08/25 | 4.00 | Prepare for hearing on 4/9. Create Q&A. Review timeline and all documents relevant to our claims. Legal research on same. | $600.00 | $2,400.00 | | Deborah Crain | 100 |
| 04/09/25 | 4.00 | Prepare for and attend court hearing on Motion to Dismiss and Motion to Administer both bankruptcies. | $600.00 | $2,400.00 | | Deborah Crain | 100 |

Exhibit 12

Summary of Attorney's Fees and Costs                                                    Page **6** of 34

| Date | Hours | Description | Rate | Billable | Non-billable | Timekeeper | INV# |
|---|---|---|---|---|---|---|---|
| 04/09/25 | 1.00 | Parking at the Museum District. | $20.00 | $20.00 | | Deborah Crain | 100 |
| 04/09/25 | 0.75 | Transcribe Recording | $165.00 | $123.75 | | Shannon Frizzell | 100 |
| 04/10/25 | 1.00 | Outline and collaborate on all legal research issues for amended pleadings and work with associate on same. | $600.00 | $600.00 | | Deborah Crain | 100 |
| 04/11/25 | 6.80 | Performed legal research; reviewed case facts; began draft of Plaintiff's 1st Amended Petition & Request for TRO. | $300.00 | $2,040.00 | | Stephen Coselli | 100 |
| 04/13/25 | 3.50 | Performed legal research on claims. | $300.00 | $1,050.00 | | Stephen Coselli | 100 |
| 04/14/25 | 4.10 | Reviewed client documents and continued drafting amended petition and related documents. | $300.00 | $1,230.00 | | Stephen Coselli | 100 |
| 04/14/25 | 2.50 | Conducted legal research on claims. | $300.00 | $750.00 | | Stephen Coselli | 100 |
| 04/15/25 | 2.40 | Performed legal research; Reviewed client documents; and continued drafting Plaintiff's 1st Amended Petition and Request for TRO and related documents. | $300.00 | $720.00 | | Stephen Coselli | 100 |
| 04/15/25 | 4.80 | Performed legal research; Reviewed client documents; and continued drafting Plaintiff's 1st Amended Petition and Request for TRO and related documents. | $300.00 | $1,440.00 | | Stephen Coselli | 100 |
| 04/16/25 | 0.70 | Communication with client and Stephanie Bryant regarding what is needed for her case. Provide documentation to counsel. | $600.00 | $420.00 | | Deborah Crain | 100 |
| 04/16/25 | 3.20 | Performed legal research; reviewed client documents; and continued revisions of amended petition, TRO, and related documents. | $300.00 | $960.00 | | Stephen Coselli | 100 |

Exhibit 12

Summary of Attorney's Fees and Costs

Page 7 of 34

| Date | Hours | Description | Rate | Billable | Non-billable | Timekeeper | INV# |
|------|-------|-------------|------|----------|--------------|------------|------|
| 04/17/25 | 4.50 | Work on amended petition and TRO. Review exhibits. | $600.00 | $2,700.00 | | Deborah Crain | 100 |
| 04/17/25 | 1.60 | Conducted legal research and made edits to amended petition. | $300.00 | $480.00 | | Stephen Coselli | 100 |
| 04/18/25 | 1.00 | Continue to work on amended suit and related documents. | $600.00 | $600.00 | | Deborah Crain | 100 |
| 04/18/25 | 3.00 | Assist attorney with preparing exhibits for production to attach to First Amened Original Petition in state court. | $165.00 | $495.00 | | Shannon Frizzell | 100 |
| 04/18/25 | 0.60 | Updated declaration of Jared Furr verifying TRO exhibits. | $300.00 | $180.00 | | Stephen Coselli | 100 |
| 04/18/25 | 1.70 | Draft notices of removal for State and Bankruptcy Court. | $300.00 | $510.00 | | Stephen Coselli | 100 |
| 04/21/25 | 0.00 | Final preparation of amended suit and all related documents.  Legal research.  Communications with client.  Update Motion to Substitute Counsel.  Update Affidavit.  Review appraisal district documents. | $600.00 | $0.00 | | Deborah Crain | |
| 04/21/25 | 0.00 | Subject: FW: Real estate contract for 5450 Honea Egypt - Alliance Farm and Ranch LLC | $600.00 | $0.00 | | Deborah Crain | |
| 04/21/25 | 0.00 | Subject: Updated | $600.00 | $0.00 | | Deborah Crain | |
| 04/21/25 | 1.30 | Assist attorneys with final exhibits and prepare for e-file, e-file | $165.00 | $214.50 | | Shannon Frizzell | 100 |
| 04/21/25 | 0.50 | Conference with senior attorney regarding case strategy and next steps. | $300.00 | $150.00 | | Stephen Coselli | 100 |
| 04/21/25 | 2.20 | Conducted legal research; obtained county records regarding real estate parcels. | $300.00 | $660.00 | | Stephen Coselli | 100 |
| 04/21/25 | 0.70 | Assisted attorney with contacting Thaison Hue for approval of motion for | $150.00 | $105.00 | | Summer Riehle | 100 |

Exhibit 12

Summary of Attorney's Fees and Costs

Page 8 of 34

| Date | Hours | Description | Rate | Billable | Non-billable | Timekeeper | INV# |
|------|-------|-------------|------|----------|--------------|------------|------|
| | | substitution of attorney; filed same. | | | | | |
| 04/22/25 | 3.50 | Work on settlement. Multiple communications with client and all involved.  Communicate with Tim Wentworth. Collaborate on additional filings that will need to be done if we move forward. Start working on settlement agreement. Collaborate on legal research for extinguishment of liens. | $600.00 | $2,100.00 | | Deborah Crain | 100 |
| 04/22/25 | 0.00 | Subject: Alliance Farm and Ranch order | $600.00 | $0.00 | | Deborah Crain | |
| 04/22/25 | 0.00 | Subject: FW: Agreement - Alliance Farm and Ranch v. Ostrander | $600.00 | $0.00 | | Deborah Crain | |
| 04/22/25 | 1.10 | Draft research memo regarding cloud on title due to lis pendens. | $300.00 | $330.00 | | Stephen Coselli | 100 |
| 04/23/25 | 4.00 | Work on Motion to Expunge Notice of Lis Pendens.  Multiple calls with opposing counsel and client.  Communicate with the court.  Review and revise motion to retain and declaration. Work on settlement. | $600.00 | $2,400.00 | | Deborah Crain | 100 |
| 04/23/25 | 1.60 | Draft motion to retain with accompanying declaration and proposed order. | $300.00 | $480.00 | | Stephen Coselli | 100 |
| 04/23/25 | 0.30 | Assisted attorney with contacting the court regarding upcoming DWOP hearing; awaiting response. | $150.00 | $45.00 | | Summer Riehle | 100 |
| 04/28/25 | 4.50 | Finalize Motion to Expunge and Settlement Agreement. Communicate with all parties on settlement and | $600.00 | $2,700.00 | | Deborah Crain | 100 |

Exhibit 12

Summary of Attorney's Fees and Costs                                    Page 9 of 34

| Date | Hours | Description | Rate | Billable | Non-billable | Timekeeper | INV# |
|------|-------|-------------|------|----------|--------------|------------|------|
| | | motion. Communicate with client. | | | | | |
| 04/28/25 | **0.00** | Transcribe Recording | $165.00 | $0.00 | | Shannon Frizzell | |
| 04/28/25 | **2.00** | Assisted attorney with Motion to Expunge Lis Pendens and gathering exhibits; file same. | $150.00 | $300.00 | | Summer Riehle | 100 |
| 04/29/25 | **0.60** | Phone conferences with client and work on issues related to settlement and sale of property. | $600.00 | $360.00 | | Deborah Crain | 100 |
| 05/06/25 | **0.40** | Request to object to Bank subpoenas | $600.00 | $240.00 | | Deborah Crain | 141 |
| 05/12/25 | **3.00** | Communicate with client and work on (1) discovery requests (2) subpoena requests (3) motion to quash (4) strategy for Etter motions and (4) strategy for bankruptcy issues. | $600.00 | $1,800.00 | | Deborah Crain | 141 |
| 05/12/25 | **1.00** | Assist attorney with drafting subpoena. | $150.00 | $150.00 | | Summer Riehle | 141 |
| 05/13/25 | **2.00** | Work on information and research for new suit (third party demand) and collaborate with associate and client on same. Communicate with Randy Bays firm.  Work on motion to quash issues and discovery issues. | $600.00 | $1,200.00 | | Deborah Crain | 141 |
| 05/13/25 | **2.00** | Assisted attorney with drafting subpoena. | $150.00 | $300.00 | | Summer Riehle | 141 |
| 05/14/25 | **0.00** | Review Etter filed documents and collaborate with client on same. | $600.00 | $0.00 | | Deborah Crain | |
| 05/14/25 | **3.00** | Draft set of written discovery for Plaintiff, draft pleadings index and build file | $165.00 | $495.00 | | Shannon Frizzell | 141 |
| 05/14/25 | **0.40** | Compiled legal authorities cited by opposing counsel in motion to strike, in prep for hearing. | $300.00 | $120.00 | | Stephen Coselli | 141 |

**Exhibit 12**

Summary of Attorney's Fees and Costs

Page **10** of **34**

| Date | Hours | Description | Rate | Billable | Non-billable | Timekeeper | INV# |
|---|---|---|---|---|---|---|---|
| 05/15/25 | 0.30 | Assisted attorney with gathering information and the status of Court signing nonsuit. | $150.00 | $45.00 | | Summer Riehle | 141 |
| 05/16/25 | 0.20 | Communication with Len Walker regarding Nonsuit of 5450 Honea Egypt Rd. | $600.00 | $120.00 | | Deborah Crain | 141 |
| 05/17/25 | 2.70 | Conducted legal research on federal/bankruptcy law; draft motions to quash bank subpoenas. | $300.00 | $810.00 | | Stephen Coselli | 141 |
| 05/19/25 | 9.00 | Obtaining and reviewing all bankruptcy filings and preparation of hearing notebook | $165.00 | $1,485.00 | | Shannon Frizzell | 141 |
| 05/19/25 | 1.00 | Assisted attorney with Nonsuit and Proposed Order; forward same to opposing counsel and client. | $150.00 | $150.00 | | Summer Riehle | 141 |
| 05/20/25 | 0.30 | Discuss with Noah Meek AEP-Alliance Farm Bankruptcy Motion to Quash. | $600.00 | $180.00 | | Deborah Crain | 141 |
| 05/20/25 | 6.00 | Con't review and indexing of documents including the Motion to Remove from state court | $165.00 | $990.00 | | Shannon Frizzell | 141 |
| 05/21/25 | 4.50 | Work on issues related to upcoming hearing. Communications with client and trustee.  Work with bankruptcy attorney to file a Motion to Dismiss. | $600.00 | $2,700.00 | | Deborah Crain | 141 |
| 05/21/25 | 0.40 | Additional conversations about dismissing bankruptcy. | $600.00 | $240.00 | | Deborah Crain | 141 |
| 05/21/25 | 8.00 | Reviewing QuickBook files and preparation of hearing con't | $165.00 | $1,320.00 | | Shannon Frizzell | 141 |
| 05/21/25 | 0.60 | Drafted proposed order for motion to remand Etter v. Furr, et al case back to state court from bankruptcy court. | $300.00 | $180.00 | | Stephen Coselli | 141 |

Exhibit 12

Summary of Attorney's Fees and Costs

Page **11** of **34**

| Date | Hours | Description | Rate | Billable | Non-billable | Timekeeper | INV# |
|---|---|---|---|---|---|---|---|
| 05/22/25 | 3.00 | Communicate with bankruptcy attorney and prepare for hearing regarding Motion to Convert (and our related part). | $600.00 | $1,800.00 | | Deborah Crain | 141 |
| 05/22/25 | 2.00 | Prepare for hearing on motion to convert and status. | $600.00 | $1,200.00 | | Deborah Crain | 141 |
| 05/23/25 | 3.00 | Prepare for and attend AEP / Alliance Farm bankruptcy - Etter v. Furr, et al. - Conference on Motion for Relief from Automatic Stay and appointment of chapter 11 trustee | $600.00 | $1,800.00 | | Deborah Crain | 141 |
| 05/23/25 | 2.00 | Attend hearing on motion to convert. | $600.00 | $1,200.00 | | Deborah Crain | 141 |
| 06/02/25 | 3.00 | Examination of books to pull out payments to Etter and further scope of background research. Update file with documents 116 - 126. | $165.00 | $495.00 | | Shannon Frizzell | 166 |
| 06/02/25 | 0.10 | Assisted attorney with communicating with Howley Law Firm about necessary information being sent. | $150.00 | $15.00 | | Summer Riehle | 166 |
| 06/02/25 | 0.10 | Assisted attorney with documents recevied. | $150.00 | $15.00 | | Summer Riehle | 166 |
| 06/03/25 | 0.50 | Review various orders signed and communicate with client on next steps. | $600.00 | $300.00 | | Deborah Crain | 166 |
| 06/03/25 | 0.30 | Review correspondence and orders from the court. | $600.00 | $180.00 | | Deborah Crain | 166 |
| 06/03/25 | 0.75 | Prepare ADV case number file. Review order for scheduling hearing, calendar deadlines and hearing, send client update as well as contact information for new bankruptcy attorney | $165.00 | $123.75 | | Shannon Frizzell | 166 |
| 06/04/25 | 1.50 | Review documents, collaborate and work on presentation for Chapter 11 trustee. | $600.00 | $900.00 | | Deborah Crain | 166 |

*Exhibit 12*

Summary of Attorney's Fees and Costs                                      Page **12** of 34

| Date | Hours | Description | Rate | Billable | Non-billable | Timekeeper | INV# |
|------|-------|-------------|------|----------|--------------|------------|------|
| 06/04/25 | **2.00** | Draft Preliminary Findings: Etter received $725,728.01 more than Furr and Appendices 1-8 | $165.00 | $330.00 | | Shannon Frizzell | 166 |
| 06/04/25 | **2.00** | Consolidate all Quickbooks reports 2021-2024 and draft index, word search index; Prepare double dipping and other anomalies for meeting | $165.00 | $330.00 | | Shannon Frizzell | 166 |
| 06/04/25 | **1.10** | Reviewed documents and made notes for lead counsel in preparation for June 5th conference call. | $300.00 | $330.00 | | Stephen Coselli | 166 |
| 06/05/25 | **4.00** | Prepare for meeting with trustee.  Review documents, text messages and accounting records and attend meeting. Outline executive summary. | $600.00 | $2,400.00 | | Deborah Crain | 166 |
| 06/05/25 | **3.10** | Continued review of documents and making notes for lead counsel in preparation for June 5th conference call. | $300.00 | $930.00 | | Stephen Coselli | 166 |
| 06/06/25 | **0.67** | Receipt, review, index and prepare for file: 131 NOTICE of Appearance (Simon) 06/04/25 132 T's NOTICE of withdrawal of Mto quash sub 06/05/25 133 ORDER signed approving global settlement 06/05/25 134 PDF Audio file Re 06/03/25 06/05/25 135 OCUC's  App to employ Dykema Gossette 06/06/25 | $165.00 | $110.55 | | Shannon Frizzell | 166 |
| 06/07/25 | **1.00** | Reviewed files and began creation of an executive timeline. | $300.00 | $300.00 | | Stephen Coselli | 166 |
| 06/10/25 | **0.40** | Multiple communications with Noah Meek.  Review discovery order proposed. | $600.00 | $240.00 | | Deborah Crain | 166 |

*Exhibit 12*

Summary of Attorney's Fees and Costs                                    Page **13** of **34**

| Date | Hours | Description | Rate | Billable | Non-billable | Timekeeper | INV# |
|------|-------|-------------|------|----------|--------------|------------|------|
| 06/10/25 | 3.50 | Run Quickbooks Reports for Executive Summary, Draft index, keyword search indexes, prepare Exhibits A-C for attorney executive summary | $165.00 | $577.50 | | Shannon Frizzell | 166 |
| 06/11/25 | 3.20 | Continued review of documents and drafting of executive timeline. | $300.00 | $960.00 | | Stephen Coselli | 166 |
| 06/12/25 | 3.00 | Go through documents, communicate with client, prepare for meeting and work on executive summary. | $600.00 | $1,800.00 | | Deborah Crain | 166 |
| 06/12/25 | 5.00 | Further analysis of the Quickbooks records in search of anomalies in billing, run specific totals for attorney | $165.00 | $825.00 | | Shannon Frizzell | 166 |
| 06/12/25 | 1.50 | Finished first draft of executive timeline. | $300.00 | $450.00 | | Stephen Coselli | 166 |
| 06/13/25 | 2.50 | Work on review of general ledger documents. Conference call with client and br attorney. | $600.00 | $1,500.00 | | Deborah Crain | 166 |
| 06/16/25 | 0.00 | Subject: RE: 2025-06-13 Notice to Debtors' Banks | $600.00 | $0.00 | | Deborah Crain | |
| 06/16/25 | 0.20 | Communicate with Mr. Simmons office regarding status. | $150.00 | $30.00 | | Summer Riehle | 166 |
| 06/16/25 | 1.00 | Work with BR attorney and trustee and provide additional documentation and information. | $600.00 | $600.00 | | Deborah Crain | 166 |
| 06/16/25 | 2.50 | Create USB for trustee and delivery | $165.00 | $412.50 | | Shannon Frizzell | 166 |
| 06/16/25 | 1.40 | Assist attorney with bank statements and forwarding to counsel. | $150.00 | $210.00 | | Summer Riehle | 166 |
| 06/17/25 | 1.20 | Attend phone hearing with trustee and post call with client to discuss plan of action. | $600.00 | $720.00 | | Deborah Crain | 166 |
| 06/17/25 | 1.00 | Attended zoom meeting with bankruptcy trustee & attorney. | $300.00 | $300.00 | | Stephen Coselli | 166 |

*Exhibit 12*

Summary of Attorney's Fees and Costs

Page **14** of **34**

| Date | Hours | Description | Rate | Billable | Non-billable | Timekeeper | INV# |
|------|-------|-------------|------|----------|--------------|------------|------|
| 06/18/25 | **1.50** | Communicate with all - respond to issues related to abatement.  Propose a plan for Leonard Simon to put forth to the trustee.  Pull documents for trustee.  Review and respond to Noah Meek's ridiculous request.  Communicate with Frost Bank for client and Trustee. | $600.00 | $900.00 | | Deborah Crain | 166 |
| 06/18/25 | **0.00** | Subject: RE: Etter v. Furr, et al.; Case No. 25-03382 - IM# 007Furr - Initial Disclosures and Rule 26 Conference | $600.00 | $0.00 | | Deborah Crain | |
| 06/18/25 | **0.75** | Receipt, review, index and prepare for file: 136 T's  NOTICE Re Bank accounts`` 06/12/25 137 ORDER signed granting OCUC's Mto file Ex C under seal 06/16/25 138 T's App for entry of order auth retention & employment 06/16/25 139 AGREED Order extending deadline to Obj to Okin 06/16/25 140 T's Emerg. Mto set claims bar date 06/18/25 | $165.00 | $123.75 | | Shannon Frizzell | 166 |
| 06/19/25 | **0.30** | Communicate with Trustee on additional information requested | $600.00 | $180.00 | | Deborah Crain | 166 |

Exhibit 12

Summary of Attorney's Fees and Costs

Page **15** of 34

| Date | Hours | Description | Rate | Billable | Non-billable | Timekeeper | INV# |
|------|-------|-------------|------|----------|--------------|------------|------|
| 06/20/25 | 0.50 | Receipt, review, index and prepare for file: 141 ORDER signed granting OCUC's Mto file Ex. C  under seal 06/18/25 142 T's Mto Reimburse Trustee Admin Expense 06/16/25 1)   Surety Bond 2)   Proposed Order 3)   Service List 143 T's Mto Reimburse Admin Expense 06/19/25 144 ORDER signed granting #140 AGREED Order Re Obj deadline 06/19/25 145 Cert. of Notice Re #144 06/18/25 | $165.00 | $82.50 | | Shannon Frizzell | 166 |
| 06/22/25 | 1.00 | Review and upload 003. BNC Certificate of Mailing. (Related document(s):[2] Order for Conference) No. of Notices: 3. Notice Date 06/04/2025. (Admin.) 004. Furr's Notice of Appearance (Simon) 006. P's Emerg. Mto Expedite Disc/po 007. Furr's Objection to #006 Emerg. Mto to Expedite 008. Etter's Rto #007 Obj to #006 Mto Expedite Disc 009. NOH Re #006 Mto Expedite Jul. 7th Calendar hearing | $165.00 | $165.00 | | Shannon Frizzell | 166 |
| 06/24/25 | 0.40 | Phone call with Alyssa with Randy Bays office regarding Communicate with trustee on status related to records from banks. | $600.00 | $240.00 | | Deborah Crain | 166 |
| 06/24/25 | 3.00 | Review banking records and inventory | $165.00 | $495.00 | | Shannon Frizzell | 278 |

Exhibit 12

Summary of Attorney's Fees and Costs

Page **16** of **34**

| Date | Hours | Description | Rate | Billable | Non-billable | Timekeeper | INV# |
|---|---|---|---|---|---|---|---|
| 06/25/25 | 2.50 | Draft index and prepare mini digital notebook for hearing | $165.00 | $412.50 | | Shannon Frizzell | 278 |
| 06/25/25 | 2.00 | Prepare for and attend hearings (emergency motion and also meeting of the creditors). | $600.00 | $1,200.00 | | Deborah Crain | 166 |
| 06/25/25 | 2.00 | Receipt, review, index and prepare for file: 146 Etter's Rto Okins' App for Approval 06/22/25 147 T's E&W List 06/23/25  Draft notebook index, review register of actions and build digital notebook for attorneys | $165.00 | $330.00 | | Shannon Frizzell | 166 |
| 06/27/25 | 3.50 | Receipt and review of banking records and inventory Re AE Partners Holdings, AEP Asset Holding's, AEP and AF&R | $165.00 | $577.50 | | Shannon Frizzell | 278 |
| 07/07/25 | 0.80 | Receipt, review and update ADV file with 010. T's Notice of App and Req for Notice; 011. T's Emerg. Mto Con't Rule 16 Conference & Abating All Deadlines; 012. T's Rto Mto to Expedite Disc; 013. Etter's Rto Trustee's Mto Abate All Deadlines; Draft hearing notebook index and assemble for attorney review. | $165.00 | $132.00 | | Shannon Frizzell | 192 |
| 07/07/25 | 2.00 | Review hearing notebook, pull research and provide summary of information to co-counsel and participate in a GoTo Meeting session - bankruptcy matter. | $600.00 | $1,200.00 | | Deborah Crain | 192 |
| 07/07/25 | 0.00 | Subject: 25-03382 Courtroom Minutes | $600.00 | $0.00 | | Deborah Crain | |

Exhibit 12

Summary of Attorney's Fees and Costs                                    Page 17 of 34

| Date | Hours | Description | Rate | Billable | Non-billable | Timekeeper | INV# |
|------|-------|-------------|------|----------|--------------|------------|------|
| 07/08/25 | 0.30 | Receipt and review multiple additional filings by the parties subsequent to hearing on discovery. | $600.00 | $180.00 | | Deborah Crain | 192 |
| 07/08/25 | 0.40 | Reviewing tasks and case updates; review additional orders from court. | $600.00 | $240.00 | | Deborah Crain | 192 |
| 07/08/25 | 0.00 | Subject: 25-03382 Docket Entry #15 has been updated | $600.00 | $0.00 | | Deborah Crain | |
| 07/08/25 | 0.00 | Subject: 25-03382 Docket Entry #15 has been updated | $600.00 | $0.00 | | Deborah Crain | |
| 07/08/25 | 0.00 | Subject: 25-03382 Docket Entry #15 has been updated | $600.00 | $0.00 | | Deborah Crain | |
| 07/08/25 | 0.00 | Subject: 25-03382 Docket Entry #15 has been updated | $600.00 | $0.00 | | Deborah Crain | |
| 07/08/25 | 0.50 | Collaborated with attorney with getting CPA meeting set up. Communicate with client to get CPA information. | $150.00 | $75.00 | | Summer Riehle | 192 |
| 07/08/25 | 1.00 | Reviewing email correspondence regarding aep/afr matters.  Phone conference with client and Leonard Simon. Collaborate on next steps. | $600.00 | $600.00 | | Deborah Crain | 192 |
| 07/08/25 | 0.40 | Begin review of Truist bank records.  Collaborate on meeting with CPA. | $600.00 | $240.00 | | Deborah Crain | 192 |
| 07/09/25 | 1.50 | Reviewing emails regarding AEP/AFR bankruptcy and Truist Bank records, and reviewing AEP Truist Bank statements. | $600.00 | $900.00 | | Deborah Crain | 192 |

Exhibit 12

Summary of Attorney's Fees and Costs

Page **18** of **34**

| Date | Hours | Description | Rate | Billable | Non-billable | Timekeeper | INV# |
|------|-------|-------------|------|----------|--------------|------------|------|
| 07/09/25 | 0.70 | Update ADV file with 014. Proposed scheduling order 015. Courtroom Minutes. Time Hearing Held: 4:00 PM to. Appearances: Noah Meek, Jonathan McKinney, Deborah Crane, Willian Hotze, Leonard Simon, Eric Terry, and Tom A. Howley. Motion hearing held. Oral arguments heard. Motion [6] is abated for two weeks. Motion [11] is granted. Defendant Furr is ordered to produce the account documents to the trustee within seven days from August 1, 2024, to the present for account ending in 2389. The trustee is to provide an assessment. A follow-up status conference is scheduled for 7/22/2025 at 4:00 PM. The scheduling conference and all other discovery is abated until 8/11/2025 at 9:00 am virtually. ERO: yes. (Related document(s):[6] Emergency Motion (Adversary), [11] Emergency Motion (Adversary)). Status conference to be held on 7/22/2025 at 04:00 PM at telephone and video conference. (abh4) 016. Audio file Re Jul 07, 2025 017. Proposed Order granting con't & abating disc 018. ORDER signed granting con't & abating disc deadlines | $165.00 | $115.50 | | Shannon Frizzell | 192 |

Exhibit 12

Summary of Attorney's Fees and Costs                                    Page 19 of 34

| Date | Hours | Description | Rate | Billable | Non-billable | Timekeeper | INV# |
|------|-------|-------------|------|----------|--------------|------------|------|
| | | and calendar new settings, update pleadings index | | | | | |

Exhibit 12

Summary of Attorney's Fees and Costs                                    Page **20** of **34**

| Date | Hours | Description | Rate | Billable | Non-billable | Timekeeper | INV# |
|------|-------|-------------|------|----------|--------------|------------|------|
| 07/09/25 | 1.00 | Receipt, review and update AFRR Bankruptcy file with 149. Courtroom Minutes. Time Hearing Held: 12:00 pm - 12:09 pm. Appearances: Eric Terry for Ch. 11 Trustee. Ch. 11 Trustee Thomas Howley present. Nicholas Zugaro for the Official Committee of Unsecured Creditors. Heather McIntyre and Noah Meek for Dustin Etter. Witnesses: Thomas Howley sworn in and testimony proffered by counsel. Motion granted; order signed. (Related document(s):[141] Emergency Motion) (tjl4) 150. ORDER signed setting general claims bar date  JUL. 25, 2025; 151. Audio Attachment; ; 152. BNC Cert Re #150 ORDER setting general bar date JUL 25, 2025; 153. T's NOTICE of General Bar Date; Update calendar with 316 meeting; download Truist Bank records, upload to Clio and update index. | $165.00 | $165.00 | | Shannon Frizzell | 192 |
| 07/11/25 | 0.40 | Review mutual disclosures of payments in Etter v. Furr adversary case. Back and forth email communications. | $600.00 | $240.00 | | Deborah Crain | 192 |
| 07/14/25 | 5.70 | Phone conference with client, review documents and assist with SOFA report. Review general ledgers and go through 2024 report for SOFA. Communicate with Eric Terry regarding status, request for injunction. | $600.00 | $3,420.00 | | Deborah Crain | 192 |

Exhibit 12

Summary of Attorney's Fees and Costs                                    Page 21 of 34

| Date | Hours | Description | Rate | Billable | Non-billable | Timekeeper | INV# |
|------|-------|-------------|------|----------|--------------|------------|------|
| 07/14/25 | 0.17 | Document '2025.07.14 SOFA with attachments.pdf' custom message shared via Clio for Co-Counsel | $165.00 | $28.05 | | Shannon Frizzell | 192 |
| 07/15/25 | 0.50 | Back and forth communication with the CPA | $600.00 | $300.00 | | Deborah Crain | 192 |
| 07/15/25 | 0.20 | Attended internal team meeting to review and discuss case-specific deadlines, task assignments, and procedural developments; participated in matter-specific planning and coordination to support timely and effective case management. | $160.00 | $32.00 | | Diana Beltran | 192 |
| 07/15/25 | 0.20 | Attended internal team meeting to review and discuss case-specific deadlines, task assignments, and procedural developments; participated in matter-specific planning and coordination to support timely and effective case management. | $160.00 | $32.00 | | Diana Beltran | 192 |
| 07/15/25 | 0.10 | Collaboration with senior counsel. | $300.00 | $30.00 | | Stephen Coselli | 192 |
| 07/15/25 | 1.00 | Collaborated with attorney about outstanding issues. Corresponded with CPA office regarding meeting. Corresponded with client regarding getting meeting set up.  Assisted attorney with documents sent by opposing counsel. | $150.00 | $150.00 | | Summer Riehle | 192 |
| 07/16/25 | 1.50 | Review request for inspection for drills and reviewing legal request spreadsheet in Excel. Prepare for and attend | $600.00 | $900.00 | | Deborah Crain | 192 |

Exhibit 12

Summary of Attorney's Fees and Costs                                      Page **22** of **34**

| Date | Hours | Description | Rate | Billable | Non-billable | Timekeeper | INV# |
|------|-------|-------------|------|----------|--------------|------------|------|
| | | meeting with CPA. Post meeting with client. | | | | | |
| 07/17/25 | 0.20 | Collaborated with attorneys regarding next steps for client's file. | $150.00 | $30.00 | | Summer Riehle | 192 |
| 07/17/25 | 4.00 | Review Zoom meeting with CPA and client. Confer with Leonard Simon.  Review Etter's again supplemental request for discovery. Begin working on response. Communicate with Trustee on conference call.  Prepare response to Etter's stupid emergency motion. | $600.00 | $2,400.00 | | Deborah Crain | 192 |
| 07/18/25 | 0.30 | Searched the Texas Secretary of State's online records to locate and retrieve Thomas Wayne, LLC's certificate of formation - entity affiliated with the opposing party, in connection with ongoing investigation into corporate relationships and potential fraudulent transfers. | $160.00 | $48.00 | | Diana Beltran | 192 |
| 07/18/25 | 2.50 | Prepare for and meet with Trustee and work on issues related to case. Conference call with client. | $600.00 | $1,500.00 | | Deborah Crain | 192 |
| 07/21/25 | 1.20 | Compile documents and work on response to emergency motion. | $600.00 | $720.00 | | Deborah Crain | 192 |
| 07/22/25 | 0.50 | Assist attorney with final draft of response to Etter's claims and exhibit production for e-filing. | $165.00 | $82.50 | | Shannon Frizzell | 192 |
| 07/22/25 | 0.50 | Collaborated with attorney regarding new documents from client; | $150.00 | $75.00 | | Summer Riehle | 192 |

Exhibit 12

Summary of Attorney's Fees and Costs

Page 23 of 34

| Date | Hours | Description | Rate | Billable | Non-billable | Timekeeper | INV# |
|---|---|---|---|---|---|---|---|
| | | uploaded same documents. | | | | | |
| 07/22/25 | 6.00 | Prepare for hearing. Multiple calls with trustee, client, and Leonard Simon. Update our response to Etter's motion and forward to trustee and Leonard Simon. Prepare for and attend hearing. Work on outline for proof of claim. Review J parker bank records to be able to explain to trustee how money came in and out. Review injunction order and make recommendations to same | $600.00 | $3,600.00 | | Deborah Crain | 192 |
| 07/22/25 | 0.50 | Pull QB reports. | $100.00 | | $50.00 | Jim Crain | 192 |
| 07/23/25 | 1.10 | Review documents and work on counterclaim against Etter. | $600.00 | $660.00 | | Deborah Crain | 192 |
| 07/23/25 | 0.40 | Receipt and review multiple bankruptcy court filings. | $600.00 | $240.00 | | Deborah Crain | 192 |
| 07/23/25 | 0.30 | Communications back and forth on Etter v. Furr & AEP/AFR - 2389 Bank Statements | $600.00 | $180.00 | | Deborah Crain | 192 |
| 07/23/25 | 4.00 | Assist attorney with proof of claim to file Friday | $165.00 | $660.00 | | Shannon Frizzell | 192 |
| 07/24/25 | 2.50 | Review supporting documentation for proof of claim and lengthy call with Leonard Simon on same. Provide Leonard with the documents and spreadsheet with totals. Communicate with client on same. | $600.00 | $1,500.00 | | Deborah Crain | 192 |
| 07/24/25 | 0.50 | Reviewing email regarding Etter v. Furr & AEP/AFR about bank statements and designation of confidentiality and | $600.00 | $300.00 | | Deborah Crain | 192 |

Exhibit 12

| Date | Hours | Description | Rate | Billable | Non-billable | Timekeeper | INV# |
|------|-------|-------------|------|----------|--------------|------------|------|
| | | multiple emails back and forth on upcoming pre-trial conference. | | | | | |
| 07/24/25 | 2.00 | Assist attorney with proof of claim | $165.00 | $330.00 | | Shannon Frizzell | 192 |
| 07/25/25 | 1.30 | Review Proof of Claim 25-30155; collaborate with Leonard Simon on exact amounts for our proofs of claims. Collaborate with client. Review proposal for sale of assets. | $600.00 | $780.00 | | Deborah Crain | 192 |
| 07/25/25 | 1.00 | Assist attorney with proof of claim con't (going through invoices and creating information for POC) | $165.00 | $165.00 | | Shannon Frizzell | 192 |
| 07/25/25 | 3.50 | Assist attorneys with document inventory and production Re Proof of claim | $165.00 | $577.50 | | Shannon Frizzell | 278 |
| 07/28/25 | 3.00 | Prepare for and attend 341 meeting of creditors. Finalize suit against Dustin, Specialized, Travis Daily and Trinidad Pena.  Review additional documents for updated proof of claim. | $600.00 | $1,800.00 | | Deborah Crain | 192 |
| 07/28/25 | 0.00 | Subject: updated Proof of Claim and backup | $600.00 | $0.00 | | Deborah Crain | |
| 07/28/25 | 0.00 | Subject: Re: AEP / AFR Bankruptcy - Furr Proof of Claim for Improvments | $600.00 | $0.00 | | Deborah Crain | |

Exhibit 12

| Date | Hours | Description | Rate | Billable | Non-billable | Timekeeper | INV# |
|---|---|---|---|---|---|---|---|
| 07/28/25 | 1.50 | Conducted background investigation on Trinidad Pena; reviewed case documents to locate identifying personal identifiers to support search accuracy. Performed Lexis background search, extracted report, and uploaded results to the document management system. Also conducted a corporate background search on Specialized Energy Services, LLC ; compiled and uploaded report for case reference. | $160.00 | $240.00 | | Diana Beltran | 192 |
| 07/28/25 | 2.00 | Document intake Re Mary Ross, Builders Inv and Ferguson | $165.00 | $330.00 | | Shannon Frizzell | 243 |
| 07/29/25 | 0.80 | Review re-compiled documents regarding amended proof of claim for Egypt improvements and emails back and forth with Eric Terry regarding 341 Meeting of Creditors. Collaborate with client on same. | $600.00 | $480.00 | | Deborah Crain | 192 |
| 07/29/25 | 3.50 | Assist attorneys with Documents Re First Supplemental to Proof of claim | $165.00 | $577.50 | | Shannon Frizzell | 243 |
| 07/30/25 | 5.50 | Deep background research into all entities tied to Etter, Daily, Danny Williams, TD Drilling, Supreme Source Energy, L&L Ventures and Specialized Energy Sources. Draft report of connections, index reports and build demonstrative chart for attorney review 5.50 | $165.00 | $907.50 | | Shannon Frizzell | 243 |

Exhibit 12

Summary of Attorney's Fees and Costs

Page **26** of 34

| Date | Hours | Description | Rate | Billable | Non-billable | Timekeeper | INV# |
|---|---|---|---|---|---|---|---|
| 07/30/25 | 0.20 | Subject: Fwd: Notification from USPTO Patent Maintenance Fees Storefront; communicate with client and Eric Terry regarding payment for patent. | $600.00 | $120.00 | | Deborah Crain | 192 |
| 07/31/25 | 3.84 | Continued research Re Etter, Daily, Danny Williams, TD Drilling, Supreme Source Energy, L&L Ventures and Specialized Energy Sources. 3.5 | $165.00 | $633.60 | | Shannon Frizzell | 243 |
| 07/31/25 | 1.70 | Review final report and corporate records and communicate with client and trustee on next steps. Work on amending suit against Daily and Etter based on new claims. | $600.00 | $1,020.00 | | Deborah Crain | 192 |
| 07/31/25 | 0.30 | Communicate with trustee on equipment up for sale (AEP) Tranzon Proposal and findings into the relations of Etter and Daily and Danny Williams. | $600.00 | $180.00 | | Deborah Crain | 192 |
| 08/04/25 | 1.10 | Back and forth communications regarding Etter v. Furr Scheduling Order and Rule 26(f) Conference. Conference call with Eric Terry regarding pending issues. Conference call with client regarding theft and activities of TD Drilling and its partners. Summarize information for trustee to investigate. Work on suit to add additional claims. | $600.00 | $660.00 | | Deborah Crain | 243 |
| 08/04/25 | 3.34 | Continued research Re Etter, Daily, Danny Williams, TD Drilling, Supreme Source Energy, L&L Ventures and Specialized Energy | $165.00 | $551.10 | | Shannon Frizzell | 243 |

Exhibit 12

Summary of Attorney's Fees and Costs                                    Page 27 of 34

| Date | Hours | Description | Rate | Billable | Non-billable | Timekeeper | INV# |
|------|-------|-------------|------|----------|--------------|------------|------|
| | | Sources for packet for the Trustee | | | | | |
| 08/05/25 | 0.50 | Review Etter v. Furr Scheduling Order and Rule 26(f) Conference and phone conference with Leonard Simon regarding current issues. | $600.00 | $300.00 | | Deborah Crain | 243 |
| 08/05/25 | 0.40 | Answer Creditor's attorney with detailed answers regarding Drilling Motors and patent infringement. | $600.00 | $240.00 | | Deborah Crain | 243 |
| 08/05/25 | 0.40 | Reviewing emails regarding Etter v. Furr scheduling order, Rule 26(f) conference, and upcoming hearing. | $600.00 | $240.00 | | Deborah Crain | 243 |
| 08/05/25 | 0.30 | Reviewing email correspondence regarding protective order; aep/afr. Object to giving access to Clio to Noah Meek. | $600.00 | $180.00 | | Deborah Crain | 243 |
| 08/06/25 | 0.40 | Reviewing counterclaim and third-party complaint document in Word. Update some with additional facts. Collaborate on same - client may want to allow patent lawyer move forward with certain claims. | $600.00 | $240.00 | | Deborah Crain | 243 |
| 08/06/25 | 1.34 | Draft preliminary document inventory for Trustee 1.2 | $165.00 | $221.10 | | Shannon Frizzell | 243 |
| 08/07/25 | 1.00 | Review emails regarding Furr document inventory. Approve inventory for production. Phone conference with client and Leonard Simon.  Email back and forth with trustee regarding drilling motors. | $600.00 | $600.00 | | Deborah Crain | 243 |

Exhibit 12

Summary of Attorney's Fees and Costs                                    Page 28 of 34

| Date | Hours | Description | Rate | Billable | Non-billable | Timekeeper | INV# |
|------|-------|-------------|------|----------|--------------|------------|------|
| 08/07/25 | 9.50 | Curate key documents to be included with inventory, draft index for all entities, draft index for all banking documents, draft index for all documents previously produced and where they were produced, Quickbooks and all other financial documents, prepare each section for production, watermark, Bates label for attorney review and production to Trustee FURR TRUSTEE DOCS 000001 - 001048 | $165.00 | $1,567.50 | | Shannon Frizzell | 243 |
| 08/08/25 | 3.50 | Final review of FURR TRUSTEE DOCS 000001 – 001048, update sections of master index with the Bates label numbers, prepare each section for production, watermark, Bates label for attorney review and production to Trustee | $165.00 | $577.50 | | Shannon Frizzell | 243 |
| 08/14/25 | 6.50 | Review of counterclaim, fact checking and further research into potential Defendants, produce relationship charts and other demonstrative materials | $165.00 | $1,072.50 | | Shannon Frizzell | 243 |
| 08/15/25 | 0.40 | Emails back and forth regarding Etter v. Furr Lawsuit & Injunction Applying to Drilling Motors of Invictus and AE Partners Holdings | $600.00 | $240.00 | | Deborah Crain | 243 |
| 08/15/25 | 8.00 | construction of timeline focusing on the counterclaim | $165.00 | $1,320.00 | | Shannon Frizzell | 243 |
| 08/18/25 | 7.50 | Assist attorney with draft of counterclaim and third-party petition and exhibit production | $165.00 | $1,237.50 | | Shannon Frizzell | 243 |

Exhibit 12

Summary of Attorney's Fees and Costs

Page 29 of 34

| Date | Hours | Description | Rate | Billable | Non-billable | Timekeeper | INV# |
|---|---|---|---|---|---|---|---|
| 08/18/25 | 1.10 | Prepared email correspondence regarding claims against Etter. Communicate with client and draft talking points to Trustee. Review timeline and go over additional claims to be added to suit. | $600.00 | $660.00 | | Deborah Crain | 243 |
| 08/19/25 | 1.80 | Reviewing and updating counterclaim and third-party complaint documents in Word, and accessing related documents in Clio. Lengthy call with trustee. Email trustee and client outlining our position. | $600.00 | $1,080.00 | | Deborah Crain | 243 |
| 08/20/25 | 0.50 | Review employment agreement and communicate with client and US Trustee. Calendar one year SOL deadlines. | $600.00 | $300.00 | | Deborah Crain | 243 |
| 08/21/25 | 0.30 | Communicate with client | $600.00 | $180.00 | | Deborah Crain | 243 |
| 08/26/25 | 2.20 | Review employment agreement of Travis Daily. Review entity reports. Work on outline for updated SOFA response. | $600.00 | $1,320.00 | | Deborah Crain | 243 |
| 08/27/25 | 4.00 | Identify all transfers made by each entity/member on the 2024 Ledger for Attorney Review | $165.00 | $660.00 | | Shannon Frizzell | 243 |
| 08/28/25 | 4.00 | Prepare for and meeting with client to go over information for SOFA and work on strategy for motion for AFR and other matters. Work on Motion to dismiss. Work on attachment for sofa. Work on memo for client. | $600.00 | $2,400.00 | | Deborah Crain | 243 |
| 08/28/25 | 2.00 | Prepare for meeting SOFA meeting and attend | $165.00 | | $330.00 | Shannon Frizzell | |

Exhibit 12

Summary of Attorney's Fees and Costs                                   Page **30** of **34**

| Date | Hours | Description | Rate | Billable | Non-billable | Timekeeper | INV# |
|------|-------|-------------|------|----------|--------------|------------|------|
| 08/29/25 | 0.40 | Re: 25-30155 Order on Application to Employ CPA, related orders and review motions. | $600.00 | $240.00 | | Deborah Crain | 243 |
| 08/29/25 | 1.00 | Prepare draft of Motion to Dismiss AFR bankruptcy. | $600.00 | $600.00 | | Deborah Crain | 243 |
| 09/02/25 | 1.00 | Conference call and status update with Eric Terry. Continue to work on Motion for Substantial Contribution. | $600.00 | $600.00 | | Deborah Crain | 278 |
| 09/08/25 | 0.10 | Collaborated with legal team regarding counterclaim strategy | $160.00 | $16.00 | | Diana Beltran | 278 |
| 09/15/25 | 0.20 | Review courtroom minutes regarding last hearing. | $600.00 | $120.00 | | Deborah Crain | 278 |
| 09/16/25 | 0.20 | Review courtroom minutes. | $600.00 | $120.00 | | Deborah Crain | 278 |
| 09/16/25 | 1.00 | Review the bankruptcy and adv matters' registers of action and deadlines and hearings, discuss with attorney and calendar | $165.00 | $165.00 | | Shannon Frizzell | 278 |
| 09/19/25 | 0.30 | Review the amended complaint filed by Noah Meek and forward to client. | $600.00 | $180.00 | | Deborah Crain | 278 |

*Exhibit 12*

Summary of Attorney's Fees and Costs                    Page **31** of **34**

| Date | Hours | Description | Rate | Billable | Non-billable | Timekeeper | INV# |
|------|-------|-------------|------|----------|--------------|------------|------|
| 09/23/25 | **8.00** | Conferred with lead counsel on case strategy regarding preparation of Chapter 11 fee application for Alliance Farm and Ranch, LLC (Case No. 25-30155); Performed research-intensive work to develop a comprehensive draft of the application; Extracted and reviewed multiple docket reports and filing histories to identify all relevant pleadings, hearings, and orders, ensuring no procedural detail was overlooked; Cross-referenced Judge Alfredo R. Pérez's fee application protocols and Southern District of Texas Bankruptcy Court requirements; Drafted narrative description of services performed and benefits rendered; Constructed structured summary table and first-page application table with placeholders for billing metrics and confirmation details; Incorporated applicable case law, procedural rules, and local practice guidance to support the application's compliance and credibility; Developed a timeline of key case events to contextualize the application and support the narrative; Organized findings, formatted content, and outlined next steps for finalizing the application; Work required high-level synthesis of procedural rules, docket analysis, | $160.00 | $1,280.00 | | Diana Beltran | 278 |

Exhibit 12

Summary of Attorney's Fees and Costs

Page **32** of **34**

| Date | Hours | Description | Rate | Billable | Non-billable | Timekeeper | INV# |
|------|-------|-------------|------|----------|--------------|------------|------|
| | | legal standards, and tailored drafting aligned with judicial expectations. | | | | | |
| 09/23/25 | **1.00** | Communicate with client and continue to work on Motion for Substantial Contribution. | $600.00 | $600.00 | | Deborah Crain | 278 |
| 10/09/25 | **3.70** | Review Proposed Plan confirmation and attachments.  Collaborate and communicate with Leonard Simon on plan and next steps.  Work on exhibits for Motion for Substantial contribution. Go through line items of entries to see what time was related to what. Review financial report | $600.00 | $2,220.00 | | Deborah Crain | |

Exhibit 12

Summary of Attorney's Fees and Costs                                                    P a g e 3 3 o f 3 4

| Date | Hours | Description | Rate | Billable | Non-billable | Timekeeper | INV# |
|------|-------|-------------|------|----------|--------------|------------|------|
| | | from expert and discuss same with client. | | | | | |
| 10/09/25 | **1.30** | Reviewed email from lead counsel regarding outstanding tasks related to case documentation; retrieved invoices from matter file, redacted sensitive information (e.g., client personal data and confidential billing details); uploaded redacted invoices to Clio; notified team member via email of completed redactions and provided instructions on locating the uploaded invoices in Clio for further review or action. | $150.00 | $195.00 | | Summer Riehle | |

Exhibit 12

Summary of Attorney's Fees and Costs                                    Page 34 of 34