IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | Bankruptcy No. 25-30155 |
| | § | Chapter 11 |
| ALLIANCE FARM AND RANCH, LLC, and | § | Jointly Administered |
| ALLIANCE ENERGY PARTNERS, LLC, | § | |
| *Debtors*. | § | |
| | § | |

**ORDER GRANTING MOTION FOR ALLOWANCE OF ATTORNEY'S FEES AND COSTS AS AN ADMINISTRATIVE EXPENSE PURSUANT TO 11 U.S.C. § 503(b)**

On this day, the Court considered the Motion for Allowance of Attorney's Fees and Costs as an Administrative Expense Pursuant to 11 U.S.C. § 503(b) (the "Motion") filed by E-Merger Law PLLC ("Applicant"), through its principal attorney, Deborah L. Crain. The Court, having considered the Motion, any responses or objections thereto, the evidence and arguments presented, and the record in this case, finds that:

1. Notice of the Motion was proper and sufficient under the Federal Rules of Bankruptcy Procedure and the Local Rules of this Court.

2. The services rendered by Applicant provided a substantial contribution to the bankruptcy estate as contemplated by 11 U.S.C. § 503(b)(3)(D) and § 503(b)(4).

3. The fees and costs requested are reasonable and necessary, and the amounts requested are supported by the evidence.

IT IS THEREFORE ORDERED THAT:

The Motion is GRANTED.

1. E-Merger Law PLLC is awarded attorney's fees and costs as an administrative expense in the total amount of $90,728.10, consisting of:

2. $54,162.00 for services related to obtaining the settlement agreement with Erik and Darla Ostrander, resulting in $1,500,000.00 in value added to the bankruptcy estate;

3. $36,566.10 for substantial contribution in assistance to the administration and preservation of the bankruptcy estate.

4. The awarded administrative expense shall be paid in accordance with the priorities and procedures set forth in the Bankruptcy Code and applicable orders of this Court.

5. The Court reserves jurisdiction to resolve any disputes regarding the implementation or enforcement of this Order.

All other relief not expressly granted herein is DENIED

SIGNED this ___ day of _____, 2025.

_____
HON. CHRISTOPHER M. PEREZ
UNITED STATES BANKRUPTCY JUDGE