United States Bankruptcy Court
Southern District of Texas
**ENTERED**
November 13, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 25-30155 |
| | § | |
| ALLIANCE FARM AND RANCH, LLC, | § | (CHAPTER 11) |
| | § | |
| DEBTOR | § | |
| | § | |
| IN RE: | § | CASE NO. 25-31937 |
| | § | |
| ALLIANCE ENERGY PARTNERS, LLC, | § | (CHAPTER 11) |
| | § | |
| DEBTOR | § | |

**STIPULATION AND AGREED ORDER EXTENDING DEADLINE**

This *Stipulation and Agreed Order* (the "**Stipulation and Agreed Order**"), is made and entered into by and among (i) Tom A. Howley, in his capacity as Chapter 11 Trustee (the "**Trustee**") of Alliance Farm and Ranch, LLC ("**AFR**" or the "**AFR Debtor**") and Alliance Energy Partners, LLC ( "**AEP**" or the "**AEP Debtor**" and together with AFR, the "**Debtors**"), in the above-captioned chapter 11 cases (the "**Chapter 11 Case**"); (ii) the Official Committee of Unsecured Creditors of the Debtors (the "**Committee**"); (iii) Jerod Furr ("**Furr**"); (iv) Dustin Etter ("**Etter**"); and (v) E-Merger Law, PLLC ("**EML**" and together with the Trustee, Committee, Furr, and Etter the "**Parties**"). The Parties hereby stipulate and agree as follows:

**RECITALS**

**WHEREAS,** on January 7, 2025 (the "**AFR Petition Date**"), the AFR Debtor commenced its bankruptcy case (the "**AFR Case**") under chapter 7 of title 11 of the United States Code (the "**Bankruptcy Code**").

1

**WHEREAS,** on March 17, 2025, the AFR Debtor filed its *Emergency Motion to Convert Case to Chapter 11* (the "**Chapter 11 Conversion Motion**") [DE 13] and on March 19, 2025, the Court entered its order granting the Chapter 11 Conversion Motion. [DE 24].

**WHEREAS,** on April 7, 2025 (the "**AEP Petition Date**"), the AEP Debtor commenced its bankruptcy case (the "**AEP Case**").

**WHEREAS,** on May 5, 2025, Mr. Etter filed a *Motion to Convert Case from Chapter 11 to Chapter 7* [DE 68] (the "**Motion to Convert**"), seeking to convert the Case to Chapter 7**WHEREAS,** on May 12, 2025, the United States Trustee filed its *Notice of Appoint of Committee of Unsecured Creditors* [DE 77] appointing an official committee of unsecured creditors of the Debtors (the "**Committee**").

**WHEREAS**, on May 20, 2025, Dustin Etter filed his *Notice of Removal*, removing a state court action in which the Parties, the Debtors, and the Debtors non-debtor affiliates were involved and relates to prepetition disputes (the "**Adversary Proceeding**").

**WHEREAS,** on May 22, 2025, the Committee filed its Emergency Motion for Appointment of Chapter 11 Trustee (the "**Trustee Motion**") [DE 98] and on May 23, 2025, the Court entered its order granting the Trustee Motion [DE 112].

**WHEREAS,** on May 27, 20025, the United States Trustee filed its *Emergency Motion to Approve Appointment of Tom A. Howley as Chapter 11 Trustee* [DE 115] and on May 27, 2025, the Court entered its *Order Approving Appointment of Tom A. Howley as Chapter 11 Trustee* [DE 117].

**WHEREAS**, on October 2, 2025, the Committee and Trustee filed their *Combined Disclosure Statement and Chapter 11 Plan of Liquidation of Alliance Farm and Ranch, LLC and Alliance Energy Partners, LLC* (the "**Plan**").

**WHEREAS**, the Court has set a hearing to consider the confirmation of the Plan on November 24, 2025 (the "**Confirmation Hearing**").

**WHEREAS**, on October 20, 2025, EML filed its *Motion for Allowance of Attorney's Fees and Costs as an Administrative Expense Pursuant to 11 U.S.C. § 503(b)* (the "**EML Admin Expense Motion**") [DE 194].

**WHEREAS**, on October 21, 2025, Etter filed his *Motion for Allowance and Immediate Payment of Chapter 11 Administrative Expense Claim* (the "**Etter Admin Expense Motion**" and together with the EML Admin Expense Motion, the "**Admin Expense Motions**") [DE 195].

**WHEREAS**, on November 10, 2025, the Trustee, the Committee, and EML entered into the *Stipulation and Agreed Order Extending Deadline* (the ""**EML Extension Stipulation**") [DE 210] extending the Trustee and Committee's deadline to object to the EML Admin Expense Motion and on November 12, 2025, the Court entered the EML Extension Stipulation [DE 213].

**WHEREAS**, on November 11, 2025, the Committee filed a preliminary objection to the Etter Admin Expense Motion (the "**Preliminary Objection**") [DE 213].

**WHEREAS**, the Parties have various interrelated disputes that include: (i) the management of the Debtors and their non-debtor affiliates, (ii) the conduct of Etter and Furr, (iii) the claims related to the Adversary Proceeding, (iv) the Plan, and (v) the Admin Expense Motions (the "**Global Disputes**").

**WHEREAS**, the Parties have engaged in fruitful discussions about a resolution to the Global Disputes but have been unable to come to an agreement amongst the Parties.

**WHEREAS**, the Parties wish to continue the deadlines to object to the Plan and the Admin Expense Motions, and to continue the Confirmation Hearing so that the they can attempt to resolve the Global Disputes through mediation.

**WHEREAS**, the Parties have agreed to continue the objection deadlines to the Admin Expense Motions and the Plan until five (5) business days following any of the Parties filing a notice with the Court stating that settlement discussions have failed (the "**Response Deadline Notice**" and such date 5 business following the filing of the Response Deadline Notice, the "**New Response Deadline**").

**WHEREAS,** the Parties hereby file this Stipulation and Agreed Order to effect such a consensual resolution.

**THEREFORE, IT IS HEREBY STIPULATED AND AGREED, AND UPON APPROVAL BY THE COURT OF THIS STIPULATION, IT IS SO ORDERED** as follows:

1. The Parties' deadline to file a responsive pleading to the Admin Expense Motions and the Plan is extended to the New Response Deadline, without prejudice to the Parties seeking further agreed extensions.

2. The Committee will withdraw the Preliminary Objection within three (3) business days of the entry of this Stipulation and Agreed Order, without prejudice to refiling before the New Response Deadline.

3. The Confirmation hearing shall be continued to a date not sooner than one week after the New Response Deadline .

4. This Court retains jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Stipulation and Agreed Order.

Signed: November 13, 2025

*[signature]*
Alfredo R Pérez
United States Bankruptcy Judge

4

AGREED AS TO FORM AND SUBSTANCE AND SUBMITTED FOR ENTRY BY:

| **DYKEMA GOSSETT PLLC**<br><br>By:  /s/ William Hotze_____<br>　　William Hotze<br>　　Texas State Bar No. 24087754<br>　　5 Houston Center<br>　　1401 McKinney Street, Suite 1625<br>　　Houston, Texas  77010<br>　　Telephone:  (713) 904-6900<br>　　whotze@dykema.com<br><br>*Counsel to the Official Committee of Unsecured Creditors* | **HUGHES WATTERS ASKANASE LLP**<br><br>By:   /s/ Heather H. McIntyre _____<br>　　Heather H. McIntyre  TBN 24041076<br>　　hmcintyre@hwa.com<br>　　Abdiel Lopez-Castro  TBN 24140125<br>　　alopezcastro@hwa.com<br>　　Beatrice Grevel　　　TBN 00796677<br>　　bgrevel@hwa.com<br>　　1201 Louisiana, 28th Floor<br>　　Houston, Texas 77002<br>　　Telephone: (713) 590-4200<br>　　Facsimile: (713) 590-4230<br><br>*Attorneys for Dustin Etter* |
|---|---|
| **HOWLEY LAW PLLC**<br><br>By:  /s/ Eric Terry_____<br>Eric Terry **-** Texas Bar No.  00794729<br>700 Louisiana St., Suite 4220<br>Houston, Texas 77002<br>Telephone:  713-333-9125<br>Email:  eric@howley-law.com<br><br>*Counsel  for Tom A. Howley - Trustee* | **E-MERGER LAW, PLLC**<br><br>By:   /s/ Deborah L. Crain_____<br>　　Deborah L. Crain<br>　　Texas State Bar No. 14067319<br>　　Email: dcrain@e-merger.law<br>　　1334 Brittmoore, Suite 2314<br>　　Houston, Texas 77043<br>　　Telephone: (832) 535-0818<br><br><br>*Counsel for Jerod Furr* |
| **PENDERGRAFT & SIMON, LLP**<br><br> By:  /s/ Leonard H. Simon_____<br>Leonard H. Simon<br>Texas Bar No. 18387400<br>S.D. Tex. Adm. No. 8200<br>William P. Haddock<br>Texas Bar No. 00793875<br>S.D. Tex. Adm. No. 19637 2777<br>Allen Parkway, Suite 800<br>Houston, TX 77019<br>Tel. (713) 528-8555<br>Fax. (713) 868-1267<br><br>*Attorney in Charge for Jerod Furr* | |