IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 25-30155 |
| | § | |
| ALLIANCE FARM AND RANCH, LLC, | § | (CHAPTER 11) |
| | § | |
|     DEBTOR | § | |
| | § | |
| IN RE: | § | CASE NO. 25-31937 |
| | § | |
| ALLIANCE ENERGY PARTNERS, LLC, | § | (CHAPTER 11) |
| | § | |
|     DEBTOR | § | |

### WITNESS AND EXHIBIT LIST
### FOR HEARING ON MARCH 4, 2026

Tom A. Howley Chapter 11 Trustee (the "**Trustee**") in the above-captioned chapter 11 cases files this witness and exhibit list (the "**Witness and Exhibit List**") for the hearing scheduled for **March 4, 2026 at 3:00 p.m. (CT)** (the "**Hearing**") before the Honorable Alfredo R. Perez, United States Bankruptcy Judge.

### WITNESSES

The Trustee may call the following witnesses at the Hearing:

1. Tom A. Howley, Chapter 11 Trustee.
2. Jerod Furr.
3. Deborah L. Crain.
4. Any witness listed by any other party.
5. Rebuttal witnesses as necessary.

The Trustee further reserves the right to cross-examine any witness called by any other party.

### EXHIBITS

| Exhibit | Description | Offered | Objection | Admitted |
|---|---|---|---|---|
| 1 | May 23, 2025 Hearing Transcript | | | |

1

| Exhibit | Description | Offered | Objection | Admitted |
|---|---|---|---|---|
| 2 | Debtor's Application for an Order Pursuant to Section 327 of the Bankruptcy Code Authorizing the Employment and Retention of Deborah L. Crain and E-Merger Law, PLLC as Special Counsel for the Debtor [Docket No. 31] | | | |
| 3 | Debtors Witness & Exhibit List for Hearing on May 20, 2025[Docket No. 83] | | | |
| 4 | E-Merger.Law / Deborah L. Crain Engagement Agreement [Docket No. 83-5] | | | |
| 5 | Deborah L. Crain CV [Docket No. 83-6] | | | |
| 6 | Declaration of Deborah L. Crain in Support of Application to Employ Deborah L. Crain and E-Merger Law, PLLC as Special Counsel for the Debtor [Docket No. 83-7] | | | |
| 7 | Response to Emergency Motion for Appointment of Chapter 11 Trustee [Docket No. 103] | | | |
| 8 | Motion for Allowance of Attorney's Fees and Costs as an Administrative Expense Pursuant to 11 U.S.C. § 503(b) [Docket No. 194] | | | |
| 9 | Dustin Etter's Response to Deborah Crain's Motion for Allowance of Attorney's Fees and Costs [Docket No. 209] | | | |
| 10 | Committee's Preliminary Objection to Motion for Allowance of Administrative Expense Claim [Docket No. 212] | | | |
| 11 | Trustee's Objection to Motion for Allowance of Attorney's Fees and Costs as an Administrative Expense Pursuant to 11 U.S.C. §503(B) [Docket No. 245] | | | |
| 12 | Dustin Etter's Amended Response to Deborah Crain's Motion for Allowance of Attorney's Fees and Costs [Docket No. 246] | | | |

| Exhibit | Description | Offered | Objection | Admitted |
|---|---|---|---|---|
| 13 | Email dated 9/12/2025 at 9:12 a.m. from William Hotze | | | |
| | Any document or pleading filed in the above-captioned cases | | | |
| | Any exhibit necessary for cross-examination, impeachment and/or rebuttal purposes | | | |
| | Any exhibit identified or offered by any other party | | | |

## RESERVATION OF RIGHTS

The Trustee reserves the right to call or to introduce one or more, or none, of the witnesses and exhibits listed above, and further reserves the right to supplement this Witness and Exhibit List at any time prior to or during the hearing.

Dated: March 2, 2026
     Houston, Texas

Respectfully submitted,

*/s/ Eric Terry*
Eric Terry - Texas Bar No. 00794729
**HOWLEY LAW PLLC**
700 Louisiana St., Suite 4220
Houston, Texas 77002
Telephone: 713-333-9125
Email: eric@howley-law.com

***Counsel for Tom A. Howley - Trustee***

## CERTIFICATE OF SERVICE

This is to certify that on March 2, 2026, a true and correct copy of the foregoing Motion was served via the Court's CM/ECF notification system.

     */s/ Eric Terry*
     Eric Terry

3