UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

U.S. Bankruptcy Judge: Alfredo R Perez

| | |
|---|---|
| **Main Case No. :** | 25-30155 |
| **Name of Debtors:** | Alliance Farm and Ranch, LLC and Alliance Energy Partners, LLC |

| Does this amend or supplement previously filed Witness & Exhibit List? | Date | CM/ECF No. |
|---|---|---|
| ✓ Yes   ☐ No | 10/20/2025 | 194-1 |

| | |
|---|---|
| **Hearing Date:** | March 4, 2026 |
| **Hearing Time:** | 3:00 PM |
| **Party's Name:** | Alliance Farm and Ranch, LLC |
| **Attorney's Name:** | Deborah L. Crain |

| **Nature of Proceeding:** | **CM/ECF No.** | **Matter** |
|---|---|---|
| | 194 | MOTION FOR ALLOWANCE OF ATTORNEY'S FEES AND COSTS AS AN ADMINISTRATIVE EXPENSE PURSUANT TO 11 U.S.C. § 503(b) |

## SUPPLEMENTAL WITNESS & EXHIBIT LIST

**[Related to Dkt. 194]**

| | |
|---|---|
| **Lay Witnesses:** | Jerod Furr<br>Deborah Crain<br>Will Hotze<br>Tom Howley<br>Dustin Etter |
| **Expert Witnesses:** | Deborah L. Crain |

| **Rebuttal/Impeachment Witnesses** | |
|---|---|
| **Lay Witnesses:** | Any witness called or designated by another party |
| **Expert Witnesses:** | Any witness called or designated by another party |

# Supplemental Exhibit List

| Ex. | Description of Instrument | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| 01 | Orig. Pet. Re AF&R v. Ostranders 01/03/25 | | | | |
| 02 | Honea Egypt Foreclosure 01/07/25 | | | | |
| 03 | Orig. Bankruptcy Pet. 01/07/25 | | | | |
| 04 | E-Merger.Law Engagement Letter 03/26/25 | | | | |
| 05 | 1st Am. Orig. Pet., AF&R v. Ostranders 04/21/25 | | | | |
| 06 | ORDER signed denying Mto dismiss **[Dkt. 55]** 04/22/25 | | | | |
| 07 | Orig. Settlement Agreement 05/06/25 | | | | |
| 08 | Trustee's Settlement Agreement 05/01/25 | | | | |
| 09 | Orig. Sales Contract $4.8M 01/20/22 | | | | |
| 10 | MILNER Sales Contract $6.8M 02/27/25 | | | | |
| 11 | E-Merger Billing Records | | | | |
| 12 | Spreadsheet showing what entries were part of the settlement, excluded from the Settlement work and what specifically was related to assisting the Chapter 11 Trustee | | | | |
| 13 | Attorney's Fee Affidavit 10/17/25 | | | | |
| 14 | Email Re Title company requirement 04/22/25 | | | | |
| 15 | Gibbs Re property of the estate 04/23/25 | | | | |
| 16 | Meeks Re expungement 04/28/25 | | | | |
| 17 | Motion to Expunge with Exhibits 04/28/25 | | | | |
| 18 | Meeks Re Expungement  04/28/25 | | | | |

| Ex. | Description of Instrument | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| 19 | Title company requirements 04/29/25 | | | | |
| 20 | Working folder shared with Trustee | | | | |
| 21 | Re new accounts for Veritex 06/02/25 | | | | |
| 22 | Re: Settlement approved and request for a meeting 06/04/25 | | | | |
| 23 | Howley Re DLC working on highlighting the General Ledger 06/12/25 | | | | |
| 24 | Email with Howley – extensive year by year general ledger review 06/12/25 | | | | |
| 25 | Clio notification to Howley that I sent him the QB from 2021-2024 for AEP (y) 06/16/25 | | | | |
| 26 | Clio notification that we sent the parties text messages between the parties 06/16/25 | | | | |
| 27 | Email to bank requesting bank records 06/18/25 | | | | |
| 28 | Clio notification giving Howley the structure of AEP and related entities 06/18/25 | | | | |
| 29 | Email to Howley's office confirming we have everything in folders for them in Clio 06/19/25 | | | | |
| 30 | Hand delivered the QB and then provided access support 06/19/25 | | | | |
| 31 | My office personally ran the QB reports requested 06/19/25 | | | | |
| 32 | Confirmation that we gave them the details of the personal property 06/24/25 | | | | |
| 33 | Email that also confirms offering the drills as assets even though they were not property of the estate 06/27/25 | | | | |
| 34 | We notified of issues with Thaison and also assisted with a litany of more requests about the bank, the drills, etc.  07/09/25 | | | | |

| Ex. | Description of Instrument | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| 35 | Requests for agreement on injunction and requests for more statements 07/10/25 | | | | |
| 36 | Sent Statements through Clio 07/14/25 | | | | |
| 37 | Resent requests about injunction, etc. 07/14/25 | | | | |
| 38 | More requests about the non-debtor entities 07/14/25 | | | | |
| 39 | Update after the CPA meeting (y) 07/17/25 | | | | |
| 40 | Confirmation of zoom meeting 07/17/25 | | | | |
| 41 | Provided documentation of what the CPA gave me. 07/18/25 | | | | |
| 42 | Provided drill spreadsheet and asking about location and additional documents. 07/22/25 | | | | |
| 43 | Clio notification showing we gave the drilling spreadsheet 07/23/25 | | | | |
| 44 | Email showing back and forth on questions and answers about the equipment. 07/29/25 | | | | |
| 45 | Email confirming who owns the patent 07/29/25 | | | | |
| 46 | Email confirming that we will work on getting an inspection scheduled 07/30/25 | | | | |
| 47 | Email regarding the patent fee (which Jerod ended up paying) 07/30/25 | | | | |
| 48 | My first request to get an application to get my fees paid 07/31/25 | | | | |
| 49 | Email Re: drill inspection 08/02/25 | | | | |
| 50 | Email to Jerod and "team" regarding broker inspection 08/06/25 | | | | |
| 51 | Email regarding proposed drill agreement 08/07/25 | | | | |
| 52 | Produced Furr Trustee documents 08/08/25 | | | | |

| Ex. | Description of Instrument | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| 53 | Response to request about violation of the patents  08/15/25 | | | | |
| 54 | Request that Etter be investigated 08/15/25 | | | | |
| 55 | Concerns about a public sale 08/19/25 | | | | |
| 56 | Trustee is brought non-compete claims 08/19/25 | | | | |
| 57 | Shared employment agreement with Travis Daily with trustee 08/20/25 | | | | |
| 58 | More information on the drills and cannot personally fund the bankruptcy any longer – second request for filing a Motion for Substantial Contribution 09/09/25 | | | | |
| 59 | Email Re cannot fund this bankruptcy any longer and had already provided those items. 09/15/25 | | | | |
| 60 | Email alerting them that there is a malpractice claim. 01/16/26 | | | | |
| 61 | Document Inventory made for the Trustee 08/06/25 | | | | |
| 62 | Forensic Report submitted by the Trustee **[Dkt. 187-1]** 09/30/25 | | | | |
| 63 | Notice Of Mediated Settlement Agreement Between Limited Number of Mediating Parties **[Dkt. 242]** 02/06/26 | | | | |
| 64 | Trustee's proposed Plan **[Dkt. 187]** 10/22/25 | | | | |
| 65 | Total of Attorney's fees of Trustee and Hotze **[Dkt. 200]** | | | | |
| 66 | Demonstrative Exhibit number 1 – Furr demonstrative sub contribution | | | | |

| | **Rebuttal/Impeachment Exhibits** | | | | |
|---|---|---|---|---|---|
| **01** | Any and all exhibits listed or used by another other party | | | | |