**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| **ALLIANCE FARM & RANCH, LLC and** | § | **Bankruptcy No. 25-30155** |
| **ALLIANCE ENERGY PARTNERS, LLC.** | § | **Chapter 11** |
| | § | **(Jointly Administered)** |
| *Debtors.* | § | |
| | § | |
| | § | |

**NOTICE OF RULE 2004 EXAMINATION WITH SUBPOENA DUCES TECUM**

TO:  **Tom A. Howley, Chapter 11 Trustee
c/o Eric Terry
Texas Bar No. 00794729
HOWLEY LAW PLLC
700 Louisiana St., Suite 4220
Houston, Texas 77002
Telephone: 713-333-9125
Email: eric@howley-law.com**

PLEASE TAKE NOTICE that pursuant to Federal Rule of Bankruptcy Procedure 2004 and Federal Rule of Civil Procedure 30(b)(6), made applicable in bankruptcy by Federal Rules of Bankruptcy Procedure 9014 and 7030, and Local Bankruptcy Rule 2004-1, Jared Furr ("Furr"), intends to conduct a Rule 2004 Examination of William Hotz ("Hotz"). The examination will take place before a certified court reporter at the following date, time and location:

**DATE:**    **March 26, 2026**
**TIME:**    **9:00 a..m. CST**
**PLACE:**    **VIA Zoom**

The deposition will be conducted before a Court Reporter authorized to take oaths, and will continue until completed.  Counsel for Furr shall be responsible for the Court Reporter and the Court Reporter will attend via ZOOM.  The deposition will cover, among other things, the topics set forth on **Exhibit A**.

Further, pursuant to Rules 2004 and 9016 of the Federal Rules of Bankruptcy Procedure and Bankruptcy Local Rule 2004-1, Furr hereby serves this notice of a Rule 2004 Subpoena Duces Tecum to the Debtors, who are further commanded to produce via EMAIL to Leonard H. Simon at lsimon@pendergraftsimon.com the documents identified in **Exhibit B by March 20, 2026.**. The Trustee and his counsel have agreed to the parameters of this Notice.

Respectfully submitted this __ day of March 2026.

**PENDERGRAFT & SIMON, L.L.P.**

*/s/ Leonard H. Simon*

Leonard H. Simon
TBN: 18387400
PENDERGRAFT & SIMON, LLP
2777 Allen Parkway, Suite 800
Houston, Texas 77019
Tel. (713) 528-8555
Cell (713) 253-2810
Fax. (832) 202-2810
E-mail: lsimon@pendergraftsimon.com
***Attorney for Debtor***

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing instrument was duly served by electronic transmission to all registered ECF users appearing in the case on March __, 2026.

*/s/ Leonard H. Simon*

**EXHIBIT A**

The matters for examination include the following:

1.  The Documents requested and produced pursuant to the Subpoena Duces Tecum attached hereto as **Exhibit "B"**.

2.  ECF Document 187 and all exhibits thereto.

3.  ECF Document 242 and all exhibits thereto.

4.  ECF Document 255 and all exhibits thereto.

5.  ECF Document 256 and all exhibits thereto.

6.  ECF Document 257 and all exhibits thereto.

7.  ECF Document 258 and all exhibits thereto.

8.  ECF Documents 39, 40 and 41 in the *Etter, et al v. Furr, et* al Adversary, pending in the United States Bankruptcy Court for the Southern District of Texas – Houston Division, Adversaery No. 25-03382

## **EXHIBIT B**

SUBPOENA DUCES TECUM

- 1. (i) monthly billing statements from inception to March 13, 2026 for Eric Terry; and (ii) monthly billing statements from inception to March 13, 2026 for Tom Howley, Chapter 11 Trustee
- 2. The trustee will <u>not</u> produce for purposes of this 2004, even if he relied upon them through privilege discussions or not, (i) any documents produced by Furr or on his behalf; (ii) any documents that are of record including all pleadings filed in this case and the forensic report ("or record" includes the filed agreed protective order and all documents produced pursuant to the agreed protective order on the shared filed).
- 3.  Subject to privilege objections, the trustee will produce all documents that he relied upon that were produced by Etter or his counsel or any third party, and/or their legal counsel excluding any documents pursuant to 2 above.

"Documents" means that which is described in FRCP Rule 34(a)(1)(A), including,, specifically emails, faxes, letters and memoranda

**This production will be with full reservation of the Trustee's rights/objections/reservations including but not limited to relevance; ripeness; and privilege.  Any production will not be a waiver/estoppel of any of the Trustee's (or his counsel's) rights including regarding filing final fee applications at the appropriate time including reasonable revisions/supplement/adjustments.**