**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | **CASE NO. 25-30155** |
| | § | |
| **ALLIANCE FARM AND RANCH, LLC,** | § | **(CHAPTER 11)** |
| | § | |
| DEBTOR | § | |
| | § | |
| IN RE: | § | **CASE NO. 25-31937** |
| | § | |
| **ALLIANCE ENERGY PARTNERS, LLC,** | § | **(CHAPTER 11)** |
| | § | |
| DEBTOR | § | |

**NOTICE OF CANCELLATION BY FURR OF MARCH 26, 2026
DEPOSITION OF TRUSTEE AND TRUSTEE'S RESERVATION OF
RIGHTS**

PLEASE TAKE NOTICE that the *Notice of Rule 2004 Examination with Subpoena Duces Tecum* [Docket No. 267] (the "Notice") requiring a deposition ("Deposition") of Tom A. Howley, Chapter 11 Trustee ("Trustee") and the production of certain documents ("Production") filed by Leonard Simon ("Simon"), counsel for Jared Furr ("Furr" or "Displaced Debtor Representative") has been cancelled by Furr.  The Trustee files this cancellation notice to inform the Court and the parties in interest and to reserve his rights including for claims against Furr associated with the cancellation.

On March 10, 2026, Simon requested a 2004 exam of the Trustee and production of all invoices of the Trustee and counsel for the Trustee ("Invoice Production").  With reservation of all of his rights, the Trustee agreed to a deposition on March 18, 2026 and agreed to produce the Invoice Production before such date.

1

On that same day, Simon also made a demand for documents not shared through the protective order entered in this case (with the Invoice Production, "Production").

On March 12, 2026, Counsel for the Trustee and Simon agreed (and memorialized the agreement in the Notice) to the parameters of the Production and also agreed that the Deposition would be held on March 26, 2026 at 9a.m. by zoom.  This agreement was made with full reservation of the Trustee's rights in order to efficiently manage the demands of Simon without increasing costs associated with involvement of this Court.

On March 16, 2025, the Notice was filed.

On March 20, 2026, the Trustee complied with the agreement and delivered the Production.

During the days of March 23, 24, and 25, 2026 counsel for the Trustee had numerous emails and calls with Simon.  Counsel for the Trustee had no reason to believe that the Deposition would be cancelled.  Accordingly, the Trustee continued preparing for the Deposition.

On March 25, 2026 at 4:24 p.m. (after calling counsel for the Trustee at 4:00 p.m stating that he was considering canceling the deposition because he did not see any utility in taking it and wanted to save fees and costs), Simon sent an email cancelling the deposition.

Counsel for the Trustee explained to Simon that he would object to any further attempt to take the Trustee's deposition.  Simon confirmed that he would not attempt to depose the Trustee.

The Trustee reserves his rights including claims for fees and costs incurred for preparation of this cancelled deposition.

DATED: March 27, 2026           Respectfully submitted,

*/s/ Eric Terry*

**Eric Terry**
Texas Bar No.  00794729
HOWLEY LAW PLLC
700 Louisiana St., Suite 4220
Houston, Texas 77002
Telephone: 713-333-9125
Email:  eric@howley-law.com

***Counsel for Tom A. Howley - Trustee***

## CERTIFICATE OF SERVICE

I certify that on March 27, 2026, I caused a copy of the foregoing document to be served by electronic transmission to all registered ECF users appearing in these cases.

*/s/ Eric Terry*
Eric Terry