IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 25-30155 |
| | § | |
| ALLIANCE FARM AND RANCH, LLC, | § | (CHAPTER 11) |
| | § | |
|     DEBTOR | § | |
| | § | |
| | § | |
| IN RE: | § | CASE NO. 25-31937 |
| | § | |
| ALLIANCE ENERGY PARTNERS, LLC, | § | (CHAPTER 11) |
| | § | |
| | § | |
| | § | |
|     DEBTOR | § | |

**JEROD FURR'S OBJECTION TO TRUSTEE'S EXHIBITS**

(Relates to ECF Doc 287)

**TO THE HONORABLE ALFREDO R. PEREZ, UNITED STATES BANKRUPTCY JUDGE.**

Jerod Furr hereby objects to the Trustee's Exhibits, and would respectfully show:

| NO. | Description of Exhibit | Objection |
|---|---|---|
| 1 | Voluntary Petition [Docket No. 1] | No Objection |
| 2 | Emergency Motion to Convert Case to Chapter 11 [Docket No. 13] | Objection as to relevance and because allegations in pleadings and |

1

| | | |
|---|---|---|
| | | motions cannot be admitted for the truth of the matters alleged. |
| 3 | Order Granting Motion to Convert to Chapter 11 [Docket No. 24] | No Objection |
| 4 | Application to Employ Deborah L. Crain [Dcket No. 31] | Objection as to relevance and because allegations in pleadings and motions cannot be admitted for the truth of the matters alleged. |
| 5 | Schedule A/B, Schedule D, Schedule E/F, Schedule G, Schedule H & Summary of Assets & Liabilities [Docket No. 34] | |
| 6 | Statement of Financial Affairs [Docket No. 36] | |
| 7 | Emergency Motion to Appoint Chapter 11 Trustee [Docket No. 98] | Objection as to relevance and because allegations in pleadings and motions cannot be admitted for the truth of the matters alleged. |
| 8 | Response to Emergency Motion to Appoint Chapter 11 Trustee [Docket No. 103] | Objection as to relevance and because allegations in pleadings and motions cannot be admitted for the truth of the matters alleged. |
| 9 | Witness & Exhibit List of UCC [Docket No. 105] | Objection as to relevance |
| 10 | Order Granting Emergency Motion to Appoint Chapter 11 Trustee [Docket No. 112] | No Objection |
| 11 | Notice of Appointment of Chapter 11 Trustee [Docket No. 116] | Objection as to relevance and because allegations in pleadings and motions cannot be admitted for the truth of the matters alleged. |
| 12 | Order Approving Appointment of Tom A. Howley as Chapter 11 Trustee [Docket No. 117] | No Objection |
| 13 | Trustee's Emergency Motion for Order Approving Global Settlement [Docket No. 121] | Objection as to relevance and because allegations in pleadings and motions cannot be admitted for the truth of the matters alleged. |

| 14 | Notice of Hearing on Trustee's Emergency Motion for Order Approving Global Settlement [Docket No. 122] | Objection as to relevance. |
|---|---|---|
| 15 | Amended Notice of Hearing on Trustee's Emergency Motion for Order Approving Global Settlement [Docket No. 123] | Objection as to Relevance |
| 16 | Statement of UCC on Trustee's Emergency Motion for Order Approving Global Settlement [Docket No. 126] | Objection as to relevance and because allegations in pleadings and motions cannot be admitted for the truth of the matters alleged. |
| 17 | Order Approving Global Settlement [Docket No. 128] | No Objection |
| 18 | Trustee's Emergency Bar Date Motion [Docket No. 141] | Objection as to relevance and because allegations in pleadings and motions cannot be admitted for the truth of the matters alleged. |
| 19 | Order Setting Bar Date [Docket No. 150] | No Objection |
| 20 | Notice of General Bar Date [Docket No. 153] | Objection as to relevance |
| 21 | Statement of Financial Affairs [Docket No. 162] | No Objection |
| 22 | Stipulated Protective Order [Docket No. 167] | No Objection |
| 23 | Application to Appoint HMP Advisory Holdings, LLC [Docket No. 171] | Objection as to relevance and because allegations in pleadings and motions cannot be admitted for the truth of the matters alleged. |
| 24 | Statement of Financial Affairs [Docket No.  177] | No Objection |
| 25 | Order Approving Appointment of HMP Advisory Holdings, LLC [Docket No. 183] | No Objection |
| 26 | Disclosure Statement [Docket No. 187] | No Objection |
| 27 | Joint Emergency Motion for Order Approving Disclosure Statement [Docket No. 188] | Objection as to relevance and because allegations in pleadings and |

| | | motions cannot be admitted for the truth of the matters alleged. |
|---|---|---|
| 28 | Objection to Emergency Motion [Docket No. 191] | Objection as to relevance and because allegations in pleadings and motions cannot be admitted for the truth of the matters alleged. |
| 29 | First Application for Administrative Expense for E-Merger Law, PLLC [Docket No. 194] | Objection as to relevance and because allegations in pleadings and motions cannot be admitted for the truth of the matters alleged. |
| 30 | Application for Administrative Expense for Dustin Etter [Docket No. 195] | Objection as to relevance and because allegations in pleadings and motions cannot be admitted for the truth of the matters alleged. |
| 31 | Notice of Plan Supplement [Docket No. 200] | No Objection |
| 32 | Objection "Renewed" [Docket No. 201] | Objection as to relevance and because allegations in pleadings and motions cannot be admitted for the truth of the matters alleged. |
| 33 | Order Granting Plan Proponent Emergency Motion Conditionally Approving Disclosure Statement [Docket No. 203] | No Objection |
| 34 | Notice of Second Plan Supplement [Docket No. 211] | No Objection |
| 35 | Agreed Order Appointing Judge Marvin Isgur as Mediator [Docket No. 231] | No Objection |
| 36 | Notice of Mediated Settlement Agreement [Docket No. 237] | No Objection |
| 37 | Notice of Mediated Settlement Agreement Between Limited Number of Mediating Parties [Docket No. 242] | No Objection |
| 38 | Notice of Hearing [Docket No. 244] | Objection as to relevance. |
| 39 | Trustee's Objection to Motion for Allowance of Attorney's Fees and Cost [Docket No. 245] | No objection |

| 40 | Amended Response by Deborah Crain [Docket No. 246] | No Objection |
|---|---|---|
| 41 | Joint Amended Chapter 11 Plan [Docket No. 255] | No Ob jection |
| 42 | Plan Proponents Objection to Claim No. 10-3 [Docket No. 256] | No Objection |
| 43 | Plan Proponents Objection to Claim No. 11-1 [Docket No. 257] | No Objection |
| 44 | Plan Proponents Objection to Claim No. 12-1[Docket No. 258] | No Objection |
| 45 | Order Conditionally Approving Disclosure Statement [Docket No. 262] | No Objection |
| 46 | Notice of Hearing [Docket No. 263] | Objection as to relevance |
| 47 | Motion to Convert Case from Chapter 11 to Chapter 7 [Docket No. 266] | No Objection |
| 48 | Notice of Rule 2004 Examination [Docket No. 267] | No Objection |
| 49 | Transcript of 3/4/2026 Hearing [Docket No. 268] | Objection as to relevance and hearsay. |
| 50 | Notice of Hearing on Disclosure Statement [Docket No. 269] | No Objection |
| 51 | Notice of Cancellation of Trustee Deposition [Docket No. 275] | No Objection |
| 52 | Chapter 11 Trustee Response to Convert Chapter 11 case to Chapter 7 [Docket No. 276] | No objection except as to admission of allegations for the truth of the matters stated. |
| 53 | Noah Meek Response to Convert Chapter 11 case to Chapter 7 [Docket No. 277] | No objection |
| 54 | Committee's Joinder to Chapter 11 Trustee Response to Convert Chapter 11 case to Chapter 7 [Docket No. 278] | No objection except as to admission of allegations for the truth of the matters stated. |
| 55 | Response filed by Leonard Simon [Docket No. 279] | No Objection |

5

| 56 | Objection to Confirmation of Plan by Jerod Furr [Docket No. 280] | No Objection |
|---|---|---|
| 57 | Notice of Intent to Adduce Testimony [Docket No. 281] | No Objection |
| 58 | Reply to Jerod Furr's Response to Plan Proponents Objections to Claims [Docket No. 282] | No Objection |
| 59 | Adversary Docket Case No. 2503382 | No Objection |
| 60 | Trustees Emergency Motion for Order Continuing Rule 16 Conference [Docket No. 11] | No Objection |
| 61 | Trustee's Response to Limited Expedited Discovery [Docket No. 12] | Objection as to relevance and because allegations in pleadings and motions cannot be admitted for the truth of the matters alleged. |
| 62 | Order Granting Motion Continuing Rule 16 Conference [Docket No. 18] | No Objection |
| 63 | Response by Dustin Etter to Emergency Motion for Limited Expedited Discovery [Docket No. 20] | Objection as to relevance and because allegations in pleadings and motions cannot be admitted for the truth of the matters alleged. |
| 64 | Notice of Filing Demonstrative for Status Conference [Docket No. 21] | Objection as to relevance. |
| 65 | Stipulation by Trustee and Noah Meek [Docket No. 22] | Objection as to relevance – unsigned order. |
| 66 | Stipulation and Agreed Temporary Injunction [Docket No. 23] | No Objection |
| 67 | Trustees Emergency Motion for Order Continuing Rule 16 Conference [Docket No. 28] | Objection as to relevance and because allegations in pleadings and motions cannot be admitted for the truth of the matters alleged. |
| 68 | Witness & Exhibit List for Hearing on 8/11/2026 [Docket No. 29] | Objection as to relevance |
| 69 | Order Granting Motion Continuing Rule 16 Conference [Docket No. 32] | No Objection |
| 70 | Amended Complaint [Docket No. 39] | No Objection except that allegations in pleadings and motions are not admissible for the truth of the matters alleged. |

| 71 | Counterclaim by Jerod P. Furr [Docket No. 40] | No Objection except that allegations in pleadings and motions are not admissible for the truth of the matters alleged. |
|----|----|----|
| 72 | Trustee's Position Statement for Status Conference [Docket No. 41] | Objection as to relevance |
| 73 | Joint Emergency Motion to Lift Abatement [Docket No. 47] | No Objection |
| 74 | Joint Motion for Temporary Restraining Order [Docket No. 48] | No Objection |
| 75 | Amended Motion for Temporary Restraining Order [Docket No. 51] | No Objection |
| 76 | Amended Emergency Motion to Lift Abatement [Docket No. 52] | No Objection |
| 77 | Stipulation and Agreed Supplemental Temporary Injunction [Docket No. 63] | No Objection |
| 78 | Withdraw Document [Docket No. 64] | Objection as to authenticity, hearsay and relevance |
| 79 | Email Dated 04/08/2026 From L. Simon Regarding Ballot | Objection as to authenticity, hearsay and relevance |
| 80 | Demand Letter Dated 04/03/2026 | Objection as to authenticity, hearsay and relevance |
| 81 | Email Dated 03/12/2026 From L. Simon Regarding Motion to Convert | Objection as to authenticity, hearsay and relevance – Settlement offer |
| 82 | Email Dated 09/29/2025 From L. Simon RE Private Sale | Objection as to authenticity, hearsay and relevance |
| 83 | Email Dated 08/07/2025 RE M&E Proposal Draft Agreement | Objection as to authenticity, hearsay and relevance |
| 84 | Email Dated 08/07/2025 RE M&E Proposal Draft Agreement Trustee Continued Follow Up | Objection as to authenticity, hearsay and relevance |
| 85 | Email Dated 08/07/2025 RE M&E Proposal Draft Agreement Crain Delay | Objection as to authenticity, hearsay and relevance |
| 86 | Email Dated 08/06/2025 RE M&E Proposal Draft Agreement Trustee to Crain Regarding Visit | Objection as to authenticity, hearsay and relevance |

| 87 | Email Dated 08/06/2025 RE M&E Proposal Draft Agreement Trustee Follow Up | Objection as to authenticity, hearsay and relevance |
|---|---|---|
| 88 | Email Dated 08/06/2025 RE M&E Proposal Draft Agreement Broker Visit | Objection as to authenticity, hearsay and relevance |
| 89 | Email Dated 08/06/2025 RE M&E Proposal Draft Agreement Crain Response to Trustee | Objection as to authenticity, hearsay and relevance |
| 90 | Email Dated 08/06/2025 RE M&E Proposal Draft Agreement Trustee Confirming Agreement to Sell | Objection as to authenticity, hearsay and relevance |
| 91 | Email Dated 08/06/2025 RE Potential Broker | Objection as to authenticity, hearsay and relevance |
| 92 | Attachment to Email Dated 08/06/2025 - Hileman Bio | Objection as to authenticity, hearsay and relevance |
| 93 | Attachment to Email Dated 08/06/2025 - Agreement | Objection as to authenticity, hearsay and relevance |
| 94 | Email Dated 08/05/2025 RE Counter Claim to Settle | Objection as to authenticity, hearsay and relevance |
| 95 | Email Dated 07/31/2025 RE L. Simon Threat Regarding Debtor Duties | Objection as to authenticity, hearsay and relevance |
| 96 | Email Dates 07/29/2025 RE Equipment For Sale AEP Tranzon Proposal | Objection as to authenticity, hearsay and relevance |
| | Any document or pleading filed in the above-captioned cases | |
| | Any exhibit necessary for crossexamination, impeachment and/or rebuttal purposes | |
| | Any exhibit identified or offered by any other party | |

Respectfully submitted this 15th day of April 2026.

**PENDERGRAFT & SIMON, L.L.P.**

/s/ *Leonard H. Simon*
Leonard H. Simon
Texas Bar No. 18387400
S.D. Tex. Adm. No. 8200
William P. Haddock
Texas Bar No. 00793875
S.D. Tex. Adm. No. 19637
2777 Allen Parkway, Suite 800
Houston, TX 77019
Tel. (713) 528-8555
Fax. (713) 868-1267

*Counsel for Jerod Furr*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was duly served by electronic transmission to all registered ECF users appearing in the case on April 15, 2026.


/s/ *Leonard H. Simon*

Leonard H. Simon

9