**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| ALLIANCE FARM AND RANCH, | § | CASE NO. 25-30155 |
| LLC AND ALLIANCE ENERGY | § | (CHAPTER 11) |
| PARTNERS, LLC, | § | Jointly Administered |
| | | |
| Debtors. | | |

**ORDER GRANTING AE PARTNERS HOLDING , INC., AEP ASSET HOLDINGS, LLC, INVICTUS DRILLING MOTORS, LLC, J PARKER CONSTRUCTION, LLC, AND JEROD FURR'S MOTION FOR LEAVE TO INTERVENE PURSUANT TO FED. R. BANKR. P. 7024 AND 9014**

Upon consideration of the *Motion for Leave to Intervene Pursuant to Fed. R. Bankr. P. 7024 and 9014* (the "Motion") filed by AE Partners Holdings, Inc., AEP Asset Holdings, LLC, Invictus Drilling Motors, LLC, J Parker Construction, LLC, and Jerod Furr (collectively, the "Movants") in the above-captioned, jointly administered Chapter 11 cases (the "Chapter 11 Cases"); and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and venue being proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having considered the Motion, any responses thereto, and the arguments of counsel; and the Court finding that (i) notice of the Motion was sufficient under the circumstances, (ii) the Motion is timely, (iii) Movants have demonstrated cognizable interests in property and rights addressed by the Mediated Settlement Agreement [DE 242-1] and the Modified Combined Disclosure Statement and Chapter 11 Plan [DE 255], (iv) disposition of the matter without intervention may, as a practical matter, impair or impede Movants' ability to protect those interests, (v) Movants' interests are not adequately represented by the existing parties, and (vi) good cause otherwise exists for granting the relief requested in the Motion; it is hereby

**ORDERED** that the Motion is **GRANTED** as set forth herein; and it is further

**ORDERED** that, pursuant to 11 U.S.C. § 1109(b) and Federal Rules of Bankruptcy Procedure 7024 and 9014, AE Partners Holdings, Inc., AEP Asset Holdings, LLC, Invictus

Drilling Motors, LLC, J Parker Construction, LLC, and Jerod Furr are granted leave to intervene in the Chapter 11 Cases for all purposes relating to approval of the Mediated Settlement Agreement [DE 242-1], confirmation of the Modified Combined Disclosure Statement and Chapter 11 Plan [DE 255], and entry of any proposed Confirmation Order; and it is further

ORDERED that Movants shall be deemed parties in interest entitled to receive notice of, appear at, file pleadings in connection with, and be heard on all matters within the scope of this Order; and it is further

ORDERED that all rights, claims, defenses, counterclaims, cross-claims, third-party claims, and objections of Movants are expressly preserved, including without limitation any rights arising under Article III of the United States Constitution, the Due Process Clause of the Fifth Amendment, 11 U.S.C. §§ 105, 363, 541, 1109, and 1129, Federal Rules of Bankruptcy Procedure 7001, 7024, 9014, and 9024, and any applicable non-bankruptcy law; and it is further

ORDERED that nothing in this Order shall be construed as (i) a determination of the merits of any objection to approval of the Mediated Settlement Agreement or confirmation of the Modified Plan, (ii) a waiver by any Movant of any right, claim, or defense, or (iii) consent by any Movant to the entry of final orders or judgments by this Court on any matter as to which the Court lacks constitutional authority absent the parties' consent under *Stern v. Marshall*, 564 U.S. 462 (2011); and it is further

ORDERED that this Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Signed: _____, 2026


_____
**UNITED STATES BANKRUPTCY JUDGE**