**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **CASE NO. 25-30155** |
| | § | **(CHAPTER 11)** |
| **ALLIANCE FARM AND RANCH,** | § | |
| **LLC,** | § | |
| Debtor. | § | |
| | § | **CASE NO. 25-31937** |
| **IN RE:** | § | **(CHAPTER 11)** |
| | § | |
| **ALLIANCE ENERGY PARTNERS,** | § | **Jointly Administered** |
| **LLC,** | § | |
| Debtor. | | |

**NOTICE OF HEARING AND CERTIFICATE OF SERVICE**

Please take notice that the two following emergency motions have been set for hearing on

April 23, 2026, at 3PM:

1. **EMERGENCY MOTION OF AE PARTNERS HOLDINGS, INC., AEP ASSET HOLDINGS, LLC, INVICTUS DRILLING MOTORS, LLC, J PARKER CONSTRUCTION, LLC, AND JEROD FURR FOR LEAVE TO INTERVENE PURSUANT TO FED. R. BANKR. P. 7024 AND 9014, ECF Doc 319**

2. **DEMERGENCY MOTION TO CONFORM CONFIRMATION ORDER TO THE COURT'S BENCH RULING AND TO STRIKE OR MODIFY UNENFORCEABLE PROVISIONS OF THE PARTIAL MEDIATED SETTLEMENT AGREEMENT AND THE MODIFIED PLAN, OR IN THE ALTERNATIVE FOR RECONSIDERATION AND OBJECTION TO ENTRY OF PROPOSED CONFIRMATION ORDER, ECF Doc 320.**

Respectfully Submitted this 23rd day of April 2026.

PENDERGRAFT & SIMON, LLP
2777 Allen Parkway, Suite 800
Houston, TX 77019
Tel. (713) 528-8555

1

Fax. (713) 868-1267

*/s/ Leonard H. Simon*
By: Leonard H. Simon
Texas Bar No. 18387400
lsimon@pendergraftsimon.com

***ATTORNEY IN CHARGE FOR JEROD
FURR  ET AL, MOVANTS***

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above Notice of Hearing was served on all creditors and parties in interest registered to receive notices in the ECF system in and for the Southern District of Texas on this 23rd day of April 2026.

*/s/ Leonard H. Simon*