**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **CASE NO. 25-30155** |
| | § | |
| **ALLIANCE FARM AND RANCH, LLC,** | § | **(CHAPTER 11)** |
| | § | |
| DEBTOR | § | |
| | § | |
| **IN RE:** | § | **CASE NO. 25-31937** |
| | § | |
| **ALLIANCE ENERGY PARTNERS, LLC,** | § | **(CHAPTER 11)** |
| | § | |
| DEBTOR | § | |
| | § | |

## WITNESS & EXHIBIT LIST FOR HEARING ON APRIL 23, 2026

The Official Committee of Unsecured Creditors (the "**Committee**"), by and through its undersigned counsel, files its Witness & Exhibit List for the hearing on April 23, 2026, at 3:00 p.m. prevailing central time (the "**Hearing**"), before the Honorable Alfredo R. Perez, United States Bankruptcy Judge.

## WITNESSES

The Committee may call any of the following witnesses at the Hearing:

1.      Jerod Furr.

2.      Leonard Simon.

3.      Deborah Crain.

4.      Any witness called or designated by any other party.

5.      Any witness necessary to impeach the testimony of any witness called or designated by any other party.

6.      Any witness necessary to rebut the testimony of any witness called or designated by any other party.

7.      The Committee reserves the right to cross examine any witness called by any other party.

## **EXHIBITS**

The Committee may offer into evidence one or more of the following exhibits at the Hearing:

| Ex. # | Description of Exhibit | Offered | Objection | Admitted |
|---|---|---|---|---|
| A. | BNC Certificate of Mailing related to *Order (I) Conditionally Approving the Adequacy of the Modified Disclosure Statement; (II) Approving the Solicitation and Notice Procedures with Respect to Confirmation of the Modified Plan; (III) Approving the Form of Various Ballots and Notices in Connection Therewith; and (IV) Approving the Scheduling of Certain dates in Connection with Confirmation of the Modified Plan* [DE 264] | | | |
| B. | *Certificate of Service* [DE 262] | | | |
| C. | Creditor Matrix – Case No. 25-30155 as of March 6, 2026 at 11:57 a.m. (central) | | | |
| D. | Case No. 25-30155 – Claim No. 11-1 – J. Parker Construction | | | |
| E. | Any document, pleading, exhibit, transcript, order, or other document filed in the above-captioned bankruptcy case | | | |
| F. | Any exhibit necessary for impeachment and/or rebuttal purposes | | | |
| G. | Any exhibit offered or identified by any other party | | | |

The Committee reserves the right to supplement and/or amend this Witness & Exhibit List prior to the Hearing.

Dated: April 23, 2026

Respectfully submitted,

**DYKEMA GOSSETT PLLC**

By: /s/ *William Hotze*
William Hotze
TX State Bar No. 24087754
5 Houston Center
1401 McKinney Street, Suite 1625
Houston, Texas 77010
Telephone: (713) 904-6900
Email: whotze@dykema.com

*Counsel for Official Committee of Unsecured Creditors*

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that on April 23, 2026, a true and correct copy of the foregoing notice was filed with the Court and served via the Court's electronic case filing system (ECF) upon all parties receiving such electronic service in this bankruptcy case.

<i>/s/ William Hotze</i>
William Hotze
