# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | **CASE NO. 25-30155** |
| | § | |
| **ALLIANCE FARM AND RANCH, LLC,** | § | **(CHAPTER 11)** |
| | § | |
| **DEBTOR** | § | |
| | § | |
| IN RE: | § | **CASE NO. 25-31937** |
| | § | |
| **ALLIANCE ENERGY PARTNERS, LLC,** | § | **(CHAPTER 11)** |
| | § | |
| **DEBTOR** | § | |
| | § | |

## CERTIFICATE OF SERVICE
(Relates to DE 262)

The undersigned hereby certifies that on March 10, 2026, in compliance with the *Order (I) Conditionally Approving the Adequacy of the Modified Disclosure Statement; (II) Approving the Solicitation and Notice Procedures with Respect to Confirmation of the Modified Plan; (III) Approving the Form of Various Ballots and Notices in Connection Therewith; and (IV) Approving the Scheduling of Certain Dates in Connection with Confirmation of the Modified Plan* (the "**Modified Disclosure Statement Order**") [DE 262], (i) all materials in the Solicitation Package[1] (excluding the Ballots) were served on the U.S. Trustee by regular first-class mail; (ii) the Combined Hearing Notice was served by regular first-class mail on all parties required to be notified under Bankruptcy Rule 2002 as of the Voting Record Date and all parties on the creditor matrix maintained on CM/ECF for both jointly-administered Debtors; (iii) the Modified Disclosure Statement Order was served via the Court's CM/ECF system to all parties registered to receive such notice; (iv) the Solicitation Package was served by regular first-class mail to all Holders of Claims in the Voting Classes that are entitled to vote; and (v) the Deemed to Accept Notice and Deemed to Reject Notice was served, as applicable, by regular first-class mail on the Deemed to Accept Classes and Deemed to Reject Classes.

---

[1] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Modified Disclosure Statement Order.

Dated:  April 17, 2026

Respectfully submitted,

**DYKEMA GOSSETT PLLC**

By:  /s/ *William Hotze*
William Hotze
TX State Bar No. 24087754
5 Houston Center
1401 McKinney Street, Suite 1625
Houston, Texas 77010
Telephone: (713) 904-6900
Email: whotze@dykema.com

*Counsel for Official Committee of Unsecured Creditors*