Label Matrix for local noticing
0541-4
Case 25-30155
Southern District of Texas
Houston
Fri Mar  6 11:57:47 CST 2026

ALLIANCE FARM AND RANCH, LLC
5450 Honea Egypt Rd
Montgomery, TX 77316-2364

ARGO PARTNERS
12 W 37TH ST RM 900
NEW YORK, NY 10018-7381

Alliance Energy Partners, LLC
20008 Champions Forest Dr.
Suite 1203
Spring, TX 77379-8697

CRG Financial LLC
84 Herbert Avenue
Building B
Suite 202
Closter, NJ 07624-1343

(p)KEAN MILLER LLP
ATTN ATTN LLOYD A LIM AND RACHEL K THOMPSON K
711 LOUISIANA STREET
SUITE 1800 SOUTH TOWER
HOUSTON TX 77002-2716

Patriot Drilling Services LLC
c/o William R. Sudela
Crady Jewett McCulley & Houren LLP
2727 Allen Parkway, Suite 1700
Houston, TX 77019-2125

4
United States Bankruptcy Court
PO Box 61010
Houston, TX 77208-1010

Alliance Energy Partners, LLC
5450 Honea Egypt Rd
Montgomery, TX 77316-2364

Alliance Energy Resources LLC
c/o Idomeia Gibson
2700 Industrial Ln
Conroe, TX 77301-4072

Amerisource Funding, Inc.
P.O. Box 4738
Houston TX 77210-4738

ArcoTech Drilling Solutions
2511 N Frazier St.
Conroe, Texas 77303-1586

Argo Partners
12 West 37th Street, Ste 900
New York, NY 10018-7381

Cathedral Energy Services Inc. dba Discovery
1855 Skyview Drive
Casper, WY 82601-9641

Dustin Etter
c/o Noah E. W. Meek
Irelan McDaniel, PLLC
2520 Caroline, 2nd Floor
Houston, TX 77004-1000

Erik and Darla Ostrander
20105 Krahn Rd.
Spring, TX 77388-4012

Gator Technologies, LLC
2017 Traders Ridge Dr.
Conroe, TX 77301-2153

J. Parker Construction, LLC
C/O Leonard H. Simon
2777 Allen Parkway, Suite 800
Houston, Texas 77019-2129

Jared Furr
C/O Leonard H. Simon
1777 Allen Parkway, Suite 800
Houston, Texas 77019

Jerod Furr
C/O Leonard H. Simon
2777 Allen Parkway, Suite 800
Houston, Texas 77019-2129

Jerod Furr on Behalf of Alliance Farm and Ra
C/O Leonard H. Simon
2777 Allen Parkway, Suite 800
Houston, Texas 77019-2129

NOS, INC.
2222 Green Tee Drive
Pearland TX 77581-5130

RUSCO Operating, LLC
111 Congress Ave., Suite 1300
Austin, Texas 78701-4092

Reagan H. 'Tres' Gibbs, III
Cokinos Young
1221 Lamar, 16th Floor
Houston, TX 77010-3039

Rig Runners LLC
ATTN: Rodger Hogan
24955 I45 N
Ste 300
The Woodlands, TX 77380

Timothy L. Wentworth
Okin Adams Bartlett Curry LLP
1113 Vine St., Suite 240
Houston, TX 77002-1044

Triumph Express Oilfield LLC
15805 Archduke Dr
Houston, TX 77032-1501

US Trustee
Office of the US Trustee
515 Rusk Ave
Ste 3516
Houston, TX 77002-2604

United States Trustee's Office
515 Rusk St., Suite 3516
Houston, TX 77002-2604

Deborah Louise Crain
E-Merger.Law
1334 Brittmoore Rd.
Suite 2314
Houston, TX 77043-4037

Eric Terry
Howley Law PLLC
700 Louisiana Street, Ste 4545
Houston, TX 77002-2869

Jerod P Furr
259 Saddle Ridge
Spring, TX 77380-2748

Thomas A Howley
Howley Law PLLC
700 Louisiana Street, Ste. 4220
Houston, TX 77002-2881

Timothy L. Wentworth
Okin Adams, LLP
1113 Vine St., Suite 240
Houston, TX 77002-1044

William James Hotze
Dykema Gossett PLLC
5 Houston Center
1401 McKinney St.
Suite 1625
Houston, TX 77010-4069

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

DrilTech, LLC
C/O Rachel Kubanda
711 Louisiana Street
Suite 1800
Houston, TX 77002

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)KLEIN INDEPENDENT SCHOOL DISTRICT

(u)Official Committee of Unsecured Creditors

(u)Okin Adams Bartlett Curry LLP

(d)Alliance Energy Partners, LLC
20008 Champions Forest Dr., Suite 1203
Spring, TX 77379-8697

(d)Alliance Farm and Ranch, LLC
5450 Honea Egypt Rd.
Montgomery, TX 77316-2364

(d)CRG Financial LLC
84 Herbert Ave. Building B - Suite 202
Closter, NJ 07624-1344

(u)Deborah L Crain
Law Office of Deborah L Crain, P C
10707 Corporate Drive
Suite 126
Stafford77477

(u)Dustin Etter

(u)Erik and Darla Ostrander

End of Label Matrix
Mailable recipients    34
Bypassed recipients     9
Total                  43