**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **CASE NO. 25-30155** |
| | § | **(Jointly Administered)** |
| **ALLIANCE FARM AND RANCH, LLC,** | § | |
| | § | **(CHAPTER 11)** |
| DEBTOR | § | |
| | § | |
| **IN RE:** | § | |
| | § | **CASE NO. 25-31937** |
| **ALLIANCE ENERGY PARTNERS, LLC,** | § | |
| | § | **(CHAPTER 11)** |
| DEBTOR | § | |
| | § | |

**NOTICE OF FILING REDLINE OF PROPOSED CONFIRMATION ORDERS**

The Official Committee of Unsecured Creditors of the above-captioned debtors (the "**Committee**") file this *Notice of Filing Redline of Proposed Confirmation Orders* with a redline attached as **Exhibit 1** showing the changes to the Plan Proponents' proposed form of order (the "**Plan Proponents' Proposed Order**") [DE 312-1] made by Jerod Furr in his proposed form of Order (the "**Furr Proposed Order**") [DE 317].

Dated: April 23, 2026

Respectfully submitted,

**DYKEMA GOSSETT PLLC**

By:   /s/ *William Hotze*
William Hotze
TX State Bar No. 24087754
5 Houston Center
1401 McKinney Street, Suite 1625
Houston, Texas 77010
Telephone: (713) 904-6900
Email: whotze@dykema.com

*Counsel for Official Committee of*
*Unsecured Creditors*

2

## CERTIFICATE OF SERVICE

I certify that on April 23, 2026, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ William Hotze*
William Hotze