## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

In re:                                              §
                                                    §
ALLIANCE ENERGY PARTNERS, LLC,   §   CASE NO. 25-30155
ALLIANCE FIELD RENTALS, LLC,         §   (CHAPTER 11)
                                                    §   Jointly Administered
                   Debtors.

### ORDER

AE Partners Holdings, Inc., AEP Asset Holdings, LLC, Invictus Drilling Motors, LLC, J Parker Construction, LLC, and Jerod Furr (collectively, "Movants") have filed a Motion, as Supplemented, requesting entry of an Order granting sanctions for the contempt violations of the Trustee, Committee, Dustin Etter and their respective counsel for violations of the Original Temporary Injunction Order and Supplemental Temporary Injunction Order at ECF Docs 23 and 63 in Adversary Case 25-03382. Finding that the Trustee, Committee, Dustin Etter and their respective counsel have violated the Original and Supplemental Temporary Injunction Orders, it is

jointly ORDERED, ADJUDGED AND DECREED that the Trustee, Thomas Howley, the Committee and Dustin Etter, and their respective counsel have violated the Original and Supplemental Temporary Injunction Orders; and it is further

ORDERED, ADJUDGED AND DECREED that Movants shall be awarded $_____ against the Trustee, the Committee, Dustin Etter, and their respective counsel, jointly and severally, as a sanction; and it is further

ORDERED, ADJUDGED AND DECREED that the Partial Mediated Settlement Agreement between the Trustee and Dustin Etter is void and unenforceable.

Signed this \_\_\_ day of April 2026.

_____
HONORABLE ALFREDO PEREZ,
UNITED STATES BANKRUPTCY JUDGE