**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **ALLIANCE FARM AND RANCH, LLC** | § | **Bankruptcy Case No. 25-30155** |
| **and** | § | |
| **ALLIANCE ENERGY PARTNERS, LLC** | § | |

**ORDER DENYING
JEROD FURR'S RECENT FILINGS IN OPPOSITION TO PLAN CONFIRMATION**

The various motions (i.e. Docs. 319, 320, and 327, as well as any other filings on the same or substantially similar matters) filed by Jerod Furr, AE Partners Holdings, Inc. ("AEPH"), AEP Asset Holdings, LLC ("AEP Asset Holdings"), Invictus Drilling Motors, LLC ("Invictus"), and J Parker Construction, LLC ("J Parker") ("Furr and Furr-Controlled Entities") in opposition to the confirmation of the plan and seeking reconsideration of the Court's rulings at the 4/16/2026-4/17/2026 hearing are in all things DENIED WITH PREJUDICE.

Without limitation on the previous paragraph, the Court SPECIFICALLY FINDS that the request for sanctions against the Trustee and Mr. Etter in Doc. 327 is without factual or legal merit.

SIGNED on _____, 2026.

_____
JUDGE PRESIDING

**1** of **1**