United States Bankruptcy Court
Southern District of Texas

**ENTERED**
June 09, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | **CASE NO. 25-30155** |
| | § | **(Jointly Administered)** |
| **ALLIANCE FARM AND RANCH, LLC,** | § | |
| | § | **(CHAPTER 11)** |
| DEBTOR | § | |
| | § | |
| IN RE: | § | |
| | § | **CASE NO. 25-31937** |
| **ALLIANCE ENERGY PARTNERS, LLC,** | § | |
| | § | **(CHAPTER 11)** |
| DEBTOR | § | |
| | § | |

**ORDER GRANTING THE FINAL APPLICATION OF TOM A. HOWLEY AS
CHAPTER 11 TRUSTEE FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES AS THE CHAPTER 11 TRUSTEE FOR THE
<u>PERIOD FROM MAY 26, 2025 TO APRIL 17, 2026</u>**

(Relates to Docket No. 347)

On this day, came on for consideration the *Final Application of Tom A. Howley for Compensation for Services Rendered and Reimbursement of Expenses as the Chapter 11 Trustee for the Period from May 26, 2025 to April 17, 2026* (the "**Application**"), filed by Tom A. Howley ("**Trustee**"), in his capacity as Trustee for Alliance Farm and Ranch LLC and Alliance Energy Partners, LLC (the "**Debtors**"), in the above captioned proceeding, for the period from May 26, 2025 to April 17, 2026.  The Court has reviewed the Application and finds that no objections were filed, and that all of the services rendered, and costs advanced by the Trustee on behalf of the chapter 11 estate, as set out in the Application, were reasonable, actual and necessary. Accordingly, it is, therefore, ORDERED that

1.      The Application is APPROVED on a final basis.

2.    The Court approves compensation to Tom A. Howley, in his capacity as the Trustee, on a final basis in the amount of $69,875.00 fees and $0.00 in expenses.  The Trustee is authorized to process final payment out of the Debtor's  estate account maintained at Huntington Bank.

 Signed: June 08, 2026

_____
Alfredo R Pérez
United States Bankruptcy Judge