United States Bankruptcy Court
Southern District of Texas

**ENTERED**

June 09, 2026

Nathan Ochsner, Clerk

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 25-30155 |
| | § | (Jointly Administered) |
| ALLIANCE FARM AND RANCH, LLC, | § | |
| | § | (CHAPTER 11) |
| DEBTOR | § | |
| | § | |
| IN RE: | § | |
| | § | CASE NO. 25-31937 |
| ALLIANCE ENERGY PARTNERS, LLC, | § | |
| | § | (CHAPTER 11) |
| DEBTOR | § | |
| | § | |

### ORDER GRANTING THE FIRST AND FINAL FEE APPLICATION OF HMP ADVISORY HOLDINGS LLC, DBA HARNEY PARTNERS FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS FORENSIC ACCOUNTANTS TO THE CHAPTER 11 TRUSTEE FOR PERIOD OF AUGUST 1, 2025 THROUGH APRIL 17, 2026

(Relates to Docket No. 349)

On this day, came on for consideration the *First and Final Fee Application of HMP Advisory Holdings LLC, dba Harney Partners For Compensation For Services Rendered And Reimbursement of Expenses as Forensic Accountants to the Chapter 11 Trustee For Period of August 1, 2025 Through April 22, 2026* (the "**Application**"), filed by HMP Advisory Holdings dba Harney Partners (**"Harney"**) as forensic accountants to the Chapter 11 Trustee for Alliance Farm and Ranch LLC and Alliance Energy Partners, LLC (the **"Debtors"**), in the above captioned proceeding, for the period from August 1, 2025 to April 17, 2026.  The Court has reviewed the Application and finds that no objections were filed, and that all of the services rendered, and costs advanced by the Harney on behalf of the chapter 11 estate, as set out in the Application, were reasonable, actual and necessary.  Accordingly, it is, therefore, ORDERED that

1.      The Application is APPROVED on a final basis.

2.      The Court approves compensation to Harney on a final basis in the amount of **$44,865.00** in fees and **$2,398.50** in expenses.  The Trustee is authorized to process final payment to Harney in the total amount of **$47,263.50** from the Debtor's estate account maintained at Huntington Bank.

Signed: June 08, 2026

Alfredo R Pérez
United States Bankruptcy Judge